UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIANO ERRICHIELLO, individually and
on behalf of all others similarly situated,

Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,
MICHAEL F. MAHONEY, JOSEPH M.
FITZGERALD, and DANIEL J. BRENNAN,

Defendants.

Civil Action
No. 20-12225-DPW

**UNOPPOSED MOTION AND [PROPOSED] ORDER**
**TO CORRECT LEAD PLAINTIFF MOTION DEADLINE**

Plaintiff Mariano Errichiello hereby moves the Court to correct docket entry No. 9 which

sets forth the deadline for filing motions to seek appointment as lead plaintiff. As set forth herein,

due to the filing of an earlier lawsuit against Boston Scientific Corp., and the publishing of notice

in the earlier filed action, the deadline to file Lead Plaintiff motions should be February 2, 2021.[1]

As grounds for this motion, Plaintiff states as follows:

1.      On December 16, 2020, Plaintiff filed the above-captioned securities fraud class

action asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15

U.S.C. § 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder. (ECF No. 1).

2.      On January 5, 2021, the Court ordered that "Plaintiff shall file the Motion for

Appointment as Lead Plaintiff no later than Tuesday, February 16, 2021." (ECF No. 9).

_____

[1] The undersigned counsel for Plaintiff has conferred with counsel for Defendants, who do not oppose this Motion.

3.      Previously, on December 4, 2020, a related action was filed in the U.S. District Court for the Eastern District of New York, *Jevons v. Boston Scientific Corp., et al.*, No. 1:20-cv-05894 (E.D.N.Y.), asserting the same claims against primarily the same Defendants.[2]

4.      On January 7, 2021, the *Jevons* action was transferred to the U.S. District Court for the District of Massachusetts and assigned to Judge Nathaniel M. Gorton, *Jevons v. Boston Scientific Corp., et al.*, No. 1:21-cv-10033 (D. Mass.) (*see* ECF Nos. 11-12).

5.      Plaintiff, and others, may move the Court for appointment as Lead Plaintiff under the process set forth in the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3).

6.      Under the PSLRA, interested parties who wish to seek appointment as lead plaintiff must move the Court by no later than 60 days after the date on which the notice is published for first-filed related action. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).

7.      The 60-day deadline for interested parties to move for appointment as lead plaintiff runs from the December 4, 2020 publication of the notice of the filing of the *Jevons* action. *See Jevons* Notice filed contemporaneously herewith as Exhibit A. The correct deadline should therefore be February 2, 2021.

Wherefore, Plaintiff respectfully requests that the Court enter a corrected order providing that the deadline for interested parties to move for appointment as lead plaintiff to be February 2, 2021, instead of the previously-ordered February 16, 2021, as set forth in ECF No. 9.

---

[2] The *Jevons* action does not name Mr. Fitzgerald as a Defendant.

Dated: January 15, 2021

By his attorneys,

/s/ Jeffrey C. Block

Jeffrey C. Block (BBO # 600747)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 (phone)
jeff@blockleviton.com

Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
(212) 687-1980 (phone)
jcampisi@kaplanfox.com

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

**Dated:** _____

_____
**United States District Court Judge**

## CERTIFICATE OF SERVICE

I, Jeffrey C. Block, hereby certify that a copy of the foregoing Unopposed Motion, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 15, 2021.

/s/ Jeffrey C. Block

4