UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARIANO ERRICHIELLO, individually and  :
on behalf of all others similarly situated,       :
                                                              :
                                        Plaintiff,       :       Civil Action
                                                              :       No. 20-12225-DPW
                v.                                          :
                                                              :
BOSTON SCIENTIFIC CORPORATION,         :
MICHAEL F. MAHONEY, JOSEPH M.         :
FITZGERALD, and DANIEL J. BRENNAN,    :
                                                              :
                                     Defendants.       :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF RELATED CASE

Pursuant to Local Rule 40.1, Defendants Boston Scientific Corporation, Michael

F. Mahoney, Joseph M. Fitzgerald and Daniel J. Brennan submit this Notice to inform the Court

of a related action currently pending before Judge Nathaniel M. Gorton, *Jevons v. Boston*

*Scientific Corp.*, Civ. No. 21-10033-NMG (D. Mass.), and respectfully request that the *Jevons*

action be transferred to this session.  A copy of the Notice Of Related Cases And Assented-To

Motion To Transfer filed in *Jevons v. Boston Scientific Corp.*, Civ. No. 21-10033-NMG (D.

Mass.) is attached hereto.

Dated: January 22, 2021            Respectfully submitted,
       Boston, Massachusetts

                        /s/ James R. Carroll
                        James R. Carroll (BBO #554426)
                        Alisha Q. Nanda (BBO #657266)
                        Yaw A. Anim (BBO #569512)
                        SKADDEN, ARPS, SLATE,
                          MEAGHER & FLOM LLP
                        500 Boylston Street
                        Boston, Massachusetts 02116
                        (617) 573-4800
                        james.carroll@skadden.com
                        alisha.nanda@skadden.com
                        yaw.anim@skadden.com

                        *Counsel for Defendants*
                        *Boston Scientific Corporation,*
                        *Michael F. Mahoney,*
                        *Joseph M. Fitzgerald and*
                        *Daniel J. Brennan*

2