UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ENRIQUE JEVONS, individually and on
behalf of all others similarly situated,     :

    :

            Plaintiff,     :     Civil Action

    :     No. 21-10033-NMG

    v.     :

    :

BOSTON SCIENTIFIC CORPORATION,     :
MICHAEL F. MAHONEY, and DANIEL J.     :
BRENNAN,     :

    :

            Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF RELATED CASES AND ASSENTED-TO MOTION TO TRANSFER

Pursuant to Local Rule 40.1, Defendants Boston Scientific Corporation, Michael F. Mahoney and Daniel J. Brennan ("Defendants") submit this Notice and Motion to inform the Court that this securities class action is related to another securities class action pending in this Court before Judge Douglas P. Woodlock. Accordingly, Defendants respectfully request that this case be transferred to Judge Woodlock's session.

On December 4, 2020, Plaintiff filed the above-captioned matter in the United States District Court for the Eastern District of New York. Subsequent to the filing of this action, but before it was transferred to this District, another securities class action was filed in this District and assigned to Judge Woodlock's session. *Errichiello v. Boston Scientific Corp.*, No. 20-cv-12225-DPW ("*Errichiello*"). Pursuant to Local Rule 40.1(g), this action is related to *Errichiello* because it concerns substantially the same parties and arises out of substantially similar issues of fact as those in *Errichiello*.

A copy of this Notice and Motion is being filed in Judge Woodlock's session in *Errichiello* contemporaneously herewith.

## <u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

The undersigned hereby certifies that counsel for Defendants has conferred with

counsel for Plaintiff, who assents to the relief sought by this Motion.

Dated: January 22, 2021
    Boston, Massachusetts

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Alisha Q. Nanda (BBO #657266)
Yaw A. Anim (BBO #569512)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
yaw.anim@skadden.com

*Counsel for Defendants*
*Boston Scientific Corporation,*
*Michael F. Mahoney, and*
*Daniel J. Brennan*
