**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARIANO ERRICHIELLO, Individually and on behalf of All Others Similarly Situated, | No. 1:20-cv-12225-DPW |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, JOSEPH M. FITZGERALD, and DANIEL J. BRENNAN, | |
| Defendants. | |
| ENRIQUE JEVONS, Individually and on Behalf of All Others Similarly Situated, | No. 1:21-cv-10033-DPW |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, and DANIEL J. BRENNAN, | |
| Defendants. | |

**MOTION OF UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

PLEASE TAKE NOTICE that Union Asset Management Holding AG ("Union") respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Union as Lead Plaintiff; (2) approving Union's selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel and Donnelly, Conroy & Gelhaar, LLP as Liaison Counsel for the Class; (3) consolidating the above-captioned related actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Union believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Union believes that it has the "largest financial interest" in the relief sought by the Class in the Related Actions by virtue of, among other things, the approximately $51.5 million in losses that it incurred on its purchases of more than 8.6 million shares of Boston Scientific Corporation stock between April 24, 2019 and November 16, 2020, inclusive. Union also believes that it otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class. Moreover, Union is a paradigmatic Lead Plaintiff under the PSLRA because it is a sophisticated institutional investor with a substantial financial interest in the litigation and the proven ability to supervise and monitor counsel.

---

[1] Counsel for Union understand that Local Rule 7.1(a)(2) generally requires counsel to "certify that they have conferred and have attempted in good faith to resolve or narrow the issue" before a motion is filed. Union respectfully seeks relief from this requirement. Under the PSLRA, all motions seeking appointment as Lead Plaintiff must be filed 60 days after notice of the action is published—in this case, February 2, 2021. *See* 15 U.S.C. § 78u-4(a)(3)(A). However, here, no lead plaintiff motions were filed prior to February 2, 2021. Thus, it was not possible for counsel for Union to identify or approach any competing movants.

In support of this Motion, Union submits the accompanying Memorandum of Law, the Declaration of T. Christopher Donnelly and the exhibits attached thereto, the prior pleadings and other filings herein, and such other written and/or oral argument as may be presented to the Court.

## REQUEST FOR ORAL ARGUMENT

Union hereby requests oral argument on the instant Motion.  Union believes that oral argument may assist the Court in adjudicating the Lead Plaintiff motions that Union anticipates will be filed in this case.  Further, the appointment of Lead Plaintiff is an important matter because the Lead Plaintiff will be representing the interests of hundreds or thousands of absent Class members.

Dated: February 2, 2021

**DONNELLY, CONROY & GELHAAR, LLP**

*/s/ T. Christopher Donnelly*
T. Christopher Donnelly (BBO #129930)
Peter E. Gelhaar (BBO #18830)
Peter K. Levitt (BBO #565761)
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880
Facsimile: (617) 720-3554
tcd@dcglaw.com
peg@dcglaw.com
pkl@dcglaw.com

*Liaison Counsel for Proposed Lead Plaintiff Union Asset Management Holding AG and Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Gerald H. Silk, *pro hac vice* forthcoming
Mark Lebovitch, *pro hac vice* forthcoming
Avi Josefson, *pro hac vice* forthcoming
Rebecca N. Kim, *pro hac vice* forthcoming
1251 Avenue of the Americas

2

New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
markl@blbglaw.com
avi@blbglaw.com
rebecca.kim@blbglaw.com

*Counsel for Proposed Lead Plaintiff Union*
*Asset Management Holding AG and Proposed*
*Lead Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants on the Notice of Electronic Filing (NEF).

/s/ T. Christopher Donnelly
T. Christopher Donnelly

4