**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARIANO ERRICHIELLO, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, JOSEPH M. FITZGERALD, and DANIEL J. BRENNAN, <br><br> Defendants. | No. 1:20-cv-12225-DPW <br><br> CLASS ACTION |
| ENRIQUE JEVONS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, and DANIEL J. BRENNAN, <br><br> Defendants. | No. 1:21-cv-10033-DPW <br><br> CLASS ACTION |

**[PROPOSED] ORDER APPOINTING UNION ASSET MANAGEMENT HOLDING AG AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF COUNSEL, AND CONSOLIDATING RELATED ACTIONS**

Upon consideration of: (1) the Motion of Union Asset Management Holding AG ("Union") for appointment as Lead Plaintiff, approval of its selection of Counsel, and consolidation of the above-captioned related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of T. Christopher Donnelly in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.      Union's Motion is **GRANTED**.

2.      Union is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned securities class actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3.      Union's selection of Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class, and Donnelly, Conroy & Gelhaar, LLP is **APPOINTED** as Liaison Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Jevons v. Boston Scientific Corporation*, No. 1:21-cv-10033-NMG (D. Mass.), is consolidated with *Errichiello v. Boston Scientific Corporation*, No. 1:20-cv-12225-DPW (D. Mass.) (collectively, the "Consolidated Action").

5.      In accordance with Rule 42(a), any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

6.      The Consolidated Action shall be captioned *In re Boston Scientific Corporation Securities Litigation*, and the file shall be maintained under Master File No. 1:20-cv-12225-DPW.

**IT IS SO ORDERED**.

Dated: _____, _____

_____

HON. DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

2