**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARIANO ERRICHIELLO, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br><br>BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, JOSEPH M. FITZGERALD, and DANIEL J. BRENNAN,<br><br>    Defendants. | No.: 1:20-cv-12225-DPW |
| ENRIQUE JEVONS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, and DANIEL J. BRENNAN,<br><br>    Defendants. | No.: 1:21-cv-10033-DPW |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF BANGALORE SATYANARAYANA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Bangalore Satyanarayana ("Satyanarayana") and have personal knowledge of the facts set forth herein. I make this Declaration in support of Satyanarayana's motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiff for the Class, and approval of Satyanarayana's selection of Pomerantz as Lead Counsel and Andrews DeValerio LLP ("Andrews DeValerio") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss Chart of Satyanarayana;

Exhibit B:    Press release published over *PRNewswire* on December 4, 2020, announcing the pendency of the matter styled *Jevons v. Boston Scientific Corporation et al*, No. 1:20-cv-05894, filed in the United States District Court for the Eastern District of New York;

Exhibit C:    Shareholder Certification;

Exhibit D:    Declaration executed by Satyanarayana;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of Andrews Devalerio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 2, 2021, at New York, New York.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on February 2, 2021.

_/s/ Daryl Andrews_
Daryl Andrews