**Boston Scientific Corporation (BSX)**
**Class Period: April 24, 2019 to November 16, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 77-Day Mean Price $35.1194 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Satyanarayana, Bangalore | 9/4/2020 | 5,800 | $41.8500 | ($242,730) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 2,130 | $41.8481 | ($89,136) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 2,043 | $41.8400 | ($85,479) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 500 | $41.8300 | ($20,915) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 1,500 | $41.8200 | ($62,730) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 2,642 | $41.8100 | ($110,462) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 2,371 | $41.8000 | ($99,108) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 2,600 | $41.7998 | ($108,679) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 4,100 | $41.7900 | ($171,339) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 3,200 | $41.7800 | ($133,696) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 2,201 | $41.7700 | ($91,936) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 302 | $41.7600 | ($12,612) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 302 | $41.7500 | ($12,609) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 300 | $41.7400 | ($12,522) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 5 | $41.7390 | ($209) | | | | | | | |
| Satyanarayana, Bangalore | 9/4/2020 | 4 | $41.7300 | ($167) | | | | | | | |
| **Satyanarayana, Bangalore** | | **30,000** | | **($1,254,328)** | | | | | **30,000** | **$1,053,582** | **($200,746)** |