# Pomerantz Law Firm Announces the Filing of a Class Action against Boston Scientific Corporation and Certain Officers - BSX

NEWS PROVIDED BY
**Pomerantz LLP →**
Dec 04, 2020, 19:46 ET

NEW YORK, Dec. 4, 2020 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Boston Scientific Corporation ("Boston Scientific" or the "Company") (NYSE: BSX) and certain of its officers.  The class action, filed in United States District Court for the Eastern District of New York, and docketed under 20-cv-05894, is on behalf of a class consisting of all persons other than Defendants who purchased or otherwise, acquired Boston Scientific securities between April 24, 2019 and November 16, 2020, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Boston Scientific securities during the Class Period, you have until February 2, 2021, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Boston Scientific develops, manufactures, and markets medical devices for use in various interventional medical specialties worldwide.  The Company's products include, among others, the LOTUS Edge Aortic Valve System, which is a Transcatheter Aortic Valve Replacement ("TAVR") product.  Boston Scientific announced the U.S. Food and Drug Administration's ("FDA") approval for the LOTUS Edge Aortic Valve System in April 2019.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational, and compliance policies.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the LOTUS Edge Aortic Valve System's product delivery system was dysfunctional and threatened the continued viability of the entire product line; (ii) as a result, the Company had materially overstated the continued commercial viability and profitability of the LOTUS Edge Aortic Valve System; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On November 17, 2020, Boston Scientific announced a global recall of all unused inventory of the LOTUS Edge Aortic Valve System, citing "complexities associated with the product delivery system."  Boston Scientific further announced that "[g]iven the additional time and investment required to develop and reintroduce an enhanced delivery system, the company has chosen to retire the entire LOTUS product platform immediately."

On this news, Boston Scientific's stock price fell $3.00 per share, or 7.89%, to close at $35.03 per share on November 17, 2020.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980


SOURCE Pomerantz LLP


Related Links

www.pomerantzlaw.com