UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIANO ERRICHIELLO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 1:20-cv-12225-DPW |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| BOSTON SCIENTIFIC CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| ENRIQUE JEVONS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 1:21-cv-10033-DPW |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| BOSTON SCIENTIFIC CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

4825-0087-6250.v1

I, THEODORE M. HESS-MAHAN declare as follows:

1.     I am local counsel for lead plaintiff movant Howard County Master Trust (the "Trust").  I submit this declaration in support of the Trust's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

2.     Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of the first-filed *Jevons* action, published on *PR Newswire* on December 4, 2020.

3.     Attached hereto as Exhibit B is a true and accurate copy of the notice regarding the pendency of the *Errichiello* action, published on *Globe Newswire* on December 17, 2020.

4.     Attached hereto as Exhibit C is the Certification of the Trust stating that it is willing to serve as the representative party on behalf of the class.

5.     Attached hereto as Exhibit D is a true and accurate copy of a loss chart presenting the Trust's estimated losses (prepared by counsel).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 2, 2021.


/s/Theodore M. Hess-Mahan
THEODORE M. HESS-MAHAN


**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 2, 2021.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan


- 1 -

4825-0087-6250.v1