# EXHIBIT B

**SHAREHOLDER ALERT: Block & Leviton LLP Reminds Investors that it has Filed a Lawsuit Against Boston Scientific Corporation for Securities Fraud; Investors Who Lost Money Should Contact the Firm**

BOSTON, Dec. 17, 2020 (GLOBE NEWSWIRE) -- On November 17, 2020, Boston Scientific Corporation (NYSE: BSX) stunned the markets when it announced that it had "initiated a global, voluntary recall of the unused inventory of the LOTUS Edge Aortic Valve System due to complexities associated with the product." The Company further stated that it "has chosen to retire the entire LOTUS product platform immediately," and that it expected to record $225 to $300 million in pre-tax GAAP charges as a result of this decision. BSX shares fell approximately 8% on heavier than usual volume, representing billions of dollars in lost market capitalization.

Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, reminds investors that it has filed a class action lawsuit on behalf of shareholders against Boston Scientific and certain of its executives for securities fraud. Investors who purchased BSX shares between April 24, 2019 and November 16, 2020 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or at https://www.blockleviton.com/cases/bsx. The lead plaintiff deadline is February 2, 2021.

The lawsuit was filed in the U.S. District Court for the District of Massachusetts, located at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210. The case is captioned *Errichiello v. Boston Scientific Corp., et al.*, No. 1:20-cv-12225 (D. Mass.), and has been assigned to the Honorable Douglas P. Woodlock. A related action has been filed in the Eastern District of New York, *Jevons v. Boston Scientific Corp., et al.*, No. 1:20-cv-05894 (E.D.N.Y.).

If you purchased or acquired shares of Boston Scientific between April 24, 2019 and November 16, 2020 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or at https://www.blockleviton.com/cases/bsx. The deadline to seek appointment as lead plaintiff in the matter is February 2, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.
CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com
SOURCE: Block & Leviton LLP
www.blockleviton.com