## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIANO ERRICHIELLO, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, JOSEPH M. FITZGERALD, and DANIEL J. BRENNAN,<br><br>Defendants. | No. 1:20-cv-12225-DPW<br><br>CLASS ACTION |
| ENRIQUE JEVONS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, and DANIEL J. BRENNAN,<br><br>Defendants. | No. 1:21-cv-10033-DPW<br><br>CLASS ACTION |

**DECLARATION OF T. CHRISTOPHER DONNELLY IN SUPPORT OF THE MOTION OF UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

I, T. Christopher Donnelly, declare as follows:

1.      I am a member in good standing of the bar of the State of Massachusetts and am admitted to practice before this Court.  I am a partner with the law firm Donnelly, Conroy & Gelhaar, LLP ("Donnelly, Conroy & Gelhaar").  I respectfully submit this declaration in support of the Motion of Union Asset Management Holding AG ("Union") for entry of an Order: (1) appointing Union as Lead Plaintiff; (2) approving Union's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel and Donnelly, Conroy & Gelhaar as Liaison Counsel for the Class; (3) consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

> EXHIBIT A:  Union's Declarations of Assignment;
>
> EXHIBIT B:  Certification of Union;
>
> EXHIBIT C:  Chart of transactions and losses of Union;
>
> EXHIBIT D:  Notice of pendency of *Jevons v. Boston Scientific Corporation*, No. 1:20-cv-05894 (E.D.N.Y.), published December 4, 2020;
>
> EXHIBIT E:  Bernstein Litowitz's Firm Résumé; and
>
> EXHIBIT F:  Biographies of T. Christopher Donnelly, Peter E. Gelhaar, and Peter K. Levitt of Donnelly, Conroy & Gelhaar.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of February, 2021.

*/s/ T. Christopher Donnelly*
T. Christopher Donnelly

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants on the Notice of Electronic Filing (NEF).

*/s/ T. Christopher Donnelly*
T. Christopher Donnelly

2