# EXHIBIT A

## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT PRIVATFONDS GMBH
## TO UNION ASSET MANAGEMENT HOLDING AG

We, Giovanni Gay and Dr. Frank Engels, hereby declare as follows:

1.  We are Managing Directors of Union Investment Privatfonds GmbH ("UIP") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Schedule A (the "Funds") are managed under German law by UIP.

3.  On behalf of the UIP, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against Boston Scientific Corporation ("Boston Scientific") and certain of its senior executives on or around 2 February 2021; (b) declaring that UIP will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIP in any and all claims, demands, and causes of action of any kind whatsoever that UIP has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Boston Scientific.  Further, UIP hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Union agrees to remit any proceeds received as a result of this Assignment to UIP.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of _January_, 2021 in Frankfurt, Germany.

For Union Investment Privatfonds GmbH (Assignor):

| | |
|---|---|
| Giovanni Gay | Dr. Frank Engels |
| Managing Director | Managing Director |

For Union Asset Management Holding AG (Assignee):

| | |
|---|---|
| Dr. Carsten Fischer | Marcus Hermanns |
| General Counsel | Assistant General Counsel |

## Schedule A

UniProInvest: Chance
UniFavorit: Aktien
UniNachhaltig Aktien Global
Uni21.Jahrhundert -net-
VR Westmünsterland Aktiv

**DECLARATION OF ASSIGNMENT BY
UNION INVESTMENT LUXEMBOURG S.A.
TO UNION ASSET MANAGEMENT HOLDING AG**

We, Maria Löwenbrück and Marc Lauterfeld, hereby declare as follows:

1.  We are Board Members of Union Investment Luxembourg S.A. ("UIL") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Schedule A (the "Funds") are managed under Luxembourg law by UIL.

3.  On behalf of the UIL, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against Boston Scientific Corporation ("Boston Scientific") and certain of its senior executives on or around 2 February 2021; (b) declaring that UIL will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIL in any and all claims, demands, and causes of action of any kind whatsoever that UIL has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Boston Scientific. Further, UIL hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIL.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of _____January_____, 2021 in Luxembourg, Luxembourg/Frankfurt, Germany.

For Union Investment Luxembourg S.A. (Assignor):

_____          _____
Maria Löwenbrück                   Marc Lauterfeld
Board Member                       Board Member

For Union Asset Management Holding AG (Assignee):

_____          _____
Dr. Carsten Fischer                Marcus Hermanns
General Counsel                    Assistant General Counsel

**<u>Schedule A</u>**

UniRak Nachhaltig Konservativ
UniRak Nachhaltig
UniSector: HighTech
UniDynamicFonds: Global
LIGA-Pax-Cattolico-Union
UniInstitutional SDG Equities
UniGarant80: Dynamik

**DECLARATION OF ASSIGNMENT BY
UNION INVESTMENT INSTITUTIONAL GMBH
TO UNION ASSET MANAGEMENT HOLDING AG**

We, André Haagmann and Klaus Bollmann, hereby declare as follows:

1. We are Managing Directors of Union Investment Institutional GmbH ("UIN") and we have personal knowledge of all matters stated herein.

2. The funds listed in Schedule A (the "Funds") are managed under German law by UIN.

3. On behalf of the UIN, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against Boston Scientific Corporation ("Boston Scientific") and certain of its senior executives on or around 2 February 2021; (b) declaring that UIN will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIN in any and all claims, demands, and causes of action of any kind whatsoever that UIN has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Boston Scientific. Further, UIN hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIN.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of    January    , 2021 in Frankfurt, Germany.

For Union Investment Institutional GmbH (Assignor):

André Haagmann
Managing Director

Klaus Bollmann
Managing Director

For Union Asset Management Holding AG (Assignee):

Dr. Carsten Fischer
General Counsel

Marcus Hermanns
Assistant General Counsel

**Schedule A**

UIN-Fonds Nr. 816
UIN-Fonds Nr. 759
DEVIF-Fonds Nr. 91
MKD-Union-Fonds
UIN-Fonds Nr. 727
UIN-Fonds Nr. 997
SV-Union-Fonds
Demografiefonds
UIN-Fonds Nr. 860
UIN-Fonds Nr. 982
UIN-Fonds Nr. 950
UIN-Fonds Nr. 798
DEVIF-Fonds Nr. 349
DEVIF-Fonds Nr. 89