# EXHIBIT C

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniProInvest: Chance / UniFavorit: Aktien** | | | | *UniProInvest: Chance was integrated into UniFavorit: Aktien as of 12/13/19* | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 6/6/2019 | 562,000 | 40.3956 | $22,702,327.20 | | | | | |
| Purchase | 6/7/2019 | 20,340 | 40.9006 | $831,918.20 | | | | | |
| Purchase | 6/7/2019 | 642,000 | 41.3222 | $26,528,852.40 | | | | | |
| Purchase | 6/10/2019 | 481,748 | 41.4989 | $19,992,012.08 | | | | | |
| Purchase | 6/11/2019 | 32,137 | 40.9793 | $1,316,951.76 | | | | | |
| Purchase | 6/11/2019 | 360,453 | 41.1709 | $14,840,174.42 | | | | | |
| Purchase | 6/12/2019 | 32,137 | 40.7804 | $1,310,559.71 | | | | | |
| Purchase | 6/12/2019 | 96,411 | 40.8675 | $3,940,076.54 | | | | | |
| Purchase | 9/18/2019 | 204,555 | 42.5770 | $8,709,338.24 | | | | | |
| Purchase | 10/25/2019 | 26,408 | 40.6190 | $1,072,666.55 | | | | | |
| Purchase | 5/29/2020 | 64,618 | 37.6800 | $2,434,806.24 | | | | | |
| Purchase | 5/29/2020 | 644,922 | 37.5493 | $24,216,369.65 | | | | | |
| Purchase | 6/2/2020 | 863,628 | 37.6809 | $32,542,280.31 | Sale | 9/10/2019 | (20,340) | 40.7863 | ($829,593.34) |
| Purchase | 7/24/2020 | 914,231 | 38.4962 | $35,194,419.42 | Sale | 3/24/2020 | (2,437,849) | 28.0302 | ($68,333,395.04) |
| Purchase | 7/27/2020 | 716,447 | 38.5099 | $27,590,302.33 | | | | | |
| Purchase | 11/9/2020 | 782,926 | 38.6187 | $30,235,584.32 | Retained | | (3,986,772) | 35.1194 | ($140,013,087.48) |
| | | 6,444,961 | | $253,458,639.37 | | | (6,444,961) | | ($209,176,075.86) |
| | | | | | | **UniProInvest: Chance / UniFavorit: Aktien Loss** | | | **($44,282,563.51)** |
| **UniNachhaltig Aktien Global** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 6/4/2019 | 203,201 | 38.8526 | $7,894,887.17 | | | | | |
| Purchase | 7/3/2019 | 7,581 | 42.7300 | $323,936.13 | | | | | |
| Purchase | 8/9/2019 | 18,005 | 43.0255 | $774,674.13 | | | | | |
| Purchase | 10/23/2019 | 53,371 | 40.5229 | $2,162,747.70 | | | | | |
| Purchase | 1/16/2020 | 52,122 | 42.8772 | $2,234,845.42 | | | | | |
| Purchase | 4/3/2020 | 40,766 | 31.3025 | $1,276,077.72 | Sale | 3/27/2020 | (111,805) | 29.8404 | ($3,336,305.92) |
| Purchase | 7/15/2020 | 370,960 | 36.4423 | $13,518,635.61 | Sale | 5/19/2020 | (129,432) | 36.1195 | ($4,675,019.12) |
| Purchase | 8/19/2020 | 44,466 | 39.6437 | $1,762,796.76 | Sale | 5/19/2020 | (133,809) | 35.8820 | ($4,801,334.54) |
| Purchase | 9/30/2020 | 62,433 | 38.0803 | $2,377,467.37 | | | | | |
| Purchase | 11/10/2020 | 105,646 | 38.1493 | $4,030,320.95 | Retained | | (583,505) | 35.1194 | ($20,492,352.36) |
| | | 958,551 | | $36,356,388.95 | | | (958,551) | | ($33,305,011.95) |
| | | | | | | **UniNachhaltig Aktien Global Loss** | | | **($3,051,377.00)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniRak Nachhaltig Konservativ** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 4/26/2019 | 2,700 | 36.9957 | $99,888.39 | | | | | |
| Purchase | 4/30/2019 | 5,600 | 36.7737 | $205,932.72 | | | | | |
| Purchase | 5/2/2019 | 28,338 | 36.3059 | $1,028,836.59 | | | | | |
| Purchase | 5/6/2019 | 23,362 | 36.7276 | $858,030.19 | | | | | |
| Purchase | 5/10/2019 | 10,000 | 36.3600 | $363,600.00 | | | | | |
| Purchase | 7/3/2019 | 5,000 | 42.5000 | $212,500.00 | | | | | |
| Purchase | 7/16/2019 | 15,000 | 42.4664 | $636,996.00 | | | | | |
| Purchase | 8/16/2019 | 10,000 | 42.2500 | $422,500.00 | | | | | |
| Purchase | 9/4/2019 | 20,000 | 41.4041 | $828,082.00 | | | | | |
| Purchase | 10/1/2019 | 5,000 | 40.2977 | $201,488.50 | | | | | |
| Purchase | 1/15/2020 | 5,000 | 42.5200 | $212,600.00 | | | | | |
| Purchase | 2/5/2020 | 10,000 | 42.9496 | $429,496.00 | | | | | |
| Purchase | 2/7/2020 | 25,000 | 42.7102 | $1,067,755.00 | | | | | |
| Purchase | 2/14/2020 | 5,000 | 42.1500 | $210,750.00 | | | | | |
| Purchase | 2/21/2020 | 5,000 | 42.2497 | $211,248.50 | | | | | |
| Purchase | 3/2/2020 | 15,000 | 36.8500 | $552,750.00 | | | | | |
| Purchase | 6/4/2020 | 5,000 | 37.3700 | $186,850.00 | | | | | |
| Purchase | 6/11/2020 | 10,000 | 36.6000 | $366,000.00 | | | | | |
| Purchase | 7/7/2020 | 10,000 | 35.3000 | $353,000.00 | | | | | |
| Purchase | 8/26/2020 | 5,000 | 39.1000 | $195,500.00 | | | | | |
| Purchase | 9/30/2020 | 6,080 | 37.7499 | $229,519.39 | | | | | |
| Purchase | 10/16/2020 | 3,920 | 38.7800 | $152,017.60 | | | | | |
| Purchase | 10/21/2020 | 20,000 | 37.2499 | $744,998.00 | | | | | |
| Purchase | 11/3/2020 | 10,000 | 35.2973 | $352,973.00 | | | | | |
| Purchase | 11/11/2020 | 30,000 | 37.7265 | $1,131,795.00 | Retained | | (290,000) | 35.1194 | ($10,184,629.41) |
| | | 290,000 | | $11,255,106.89 | | | (290,000) | | ($10,184,629.41) |

|  |  |
|---|---|
| **UniRak Nachhaltig Konservativ Loss** | **($1,070,477.48)** |

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniRak Nachhaltig** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 4/26/2019 | 4,500 | 36.9957 | $166,480.65 | | | | | |
| Purchase | 4/29/2019 | 95,500 | 36.8122 | $3,515,565.10 | | | | | |
| Purchase | 5/10/2019 | 15,000 | 36.3600 | $545,400.00 | | | | | |
| Purchase | 7/16/2019 | 10,000 | 42.4664 | $424,664.00 | | | | | |
| Purchase | 8/6/2019 | 5,000 | 41.6000 | $208,000.00 | | | | | |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/30/2019 | 5,000 | 42.6000 | $213,000.00 | | | | | |
| Purchase | 9/10/2019 | 5,000 | 40.5112 | $202,556.00 | | | | | |
| Purchase | 10/1/2019 | 10,000 | 40.2977 | $402,977.00 | | | | | |
| Purchase | 1/31/2020 | 5,000 | 42.4000 | $212,000.00 | | | | | |
| Purchase | 2/5/2020 | 5,000 | 42.9496 | $214,748.00 | | | | | |
| Purchase | 2/7/2020 | 15,000 | 42.7102 | $640,653.00 | | | | | |
| Purchase | 2/11/2020 | 5,000 | 42.3500 | $211,750.00 | | | | | |
| Purchase | 2/14/2020 | 2,500 | 42.1500 | $105,375.00 | | | | | |
| Purchase | 2/21/2020 | 2,500 | 42.2497 | $105,624.25 | | | | | |
| Purchase | 3/2/2020 | 15,000 | 36.8500 | $552,750.00 | | | | | |
| Purchase | 5/29/2020 | 25,000 | 37.4963 | $937,407.50 | | | | | |
| Purchase | 6/4/2020 | 10,000 | 37.3700 | $373,700.00 | | | | | |
| Purchase | 6/10/2020 | 10,000 | 37.1000 | $371,000.00 | | | | | |
| Purchase | 7/1/2020 | 20,000 | 34.9977 | $699,954.00 | | | | | |
| Purchase | 7/7/2020 | 10,000 | 35.3000 | $353,000.00 | | | | | |
| Purchase | 9/30/2020 | 3,040 | 37.7499 | $114,759.70 | | | | | |
| Purchase | 10/21/2020 | 3,460 | 37.2799 | $128,988.45 | | | | | |
| Purchase | 11/3/2020 | 3,500 | 35.3500 | $123,725.00 | | | | | |
| Purchase | 11/11/2020 | 15,000 | 37.7265 | $565,897.50 | Retained | | (300,000) | 35.1194 | ($10,535,823.53) |
| | | 300,000 | | $11,389,975.15 | | | (300,000) | | ($10,535,823.53) |

|  |  |  |  |  |  |  | **UniRak Nachhaltig Loss** | | **($854,151.62)** |
|---|---|---|---|---|---|---|---|---|---|

**UniSector: HighTech**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 9/18/2019 | 35,000 | 42.5770 | $1,490,195.00 | | | | | |
| Purchase | 7/17/2020 | 25,000 | 36.5874 | $914,685.00 | | | | | |
| Purchase | 7/20/2020 | 30,000 | 37.6058 | $1,128,174.00 | Sale* | 1/21/2021 | (90,000) | 34.7910 | ($3,131,190.00) |
| | | 90,000 | | $3,533,054.00 | | | (90,000) | | ($3,131,190.00) |

|  |  |  |  |  |  |  | **UniSector: HighTech Loss** | | **($401,864.00)** |
|---|---|---|---|---|---|---|---|---|---|

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UIN-Fonds Nr. 816** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 3/9/2020 | (20,175) | 34.2246 | ($690,481.31) |
| | | | | | Sale | 4/29/2020 | (11,361) | 36.8000 | ($418,084.80) |
| Purchase | 7/22/2019 | 36,500 | 42.6100 | $1,555,265.00 | Sale | 10/8/2020 | (2,846) | 40.2500 | ($114,551.50) |
| Purchase | 7/13/2020 | 4,685 | 35.0428 | $164,175.52 | | | | | |
| Purchase | 8/12/2020 | 3,686 | 39.8832 | $147,009.48 | Retained | | (10,489) | 35.1194 | ($368,367.51) |
| | | 44,871 | | $1,866,449.99 | | | (44,871) | | ($1,591,485.12) |
| | | | | | | **UIN-Fonds Nr. 816 Loss** | | | **($274,964.88)** |
| **UIN-Fonds Nr. 759** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 3/10/2020 | (5,336) | 34.4306 | ($183,721.68) |
| | | | | | Sale | 3/23/2020 | (5,692) | 24.4739 | ($139,305.44) |
| Purchase | 8/23/2019 | 19,290 | 42.3027 | $816,019.08 | Sale | 4/8/2020 | (8,262) | 34.4133 | ($284,322.68) |
| Purchase | 6/22/2020 | 4,863 | 36.4400 | $177,207.72 | | | | | |
| Purchase | 8/10/2020 | 4,446 | 38.9505 | $173,173.92 | Retained | | (9,309) | 35.1194 | ($326,926.60) |
| | | 28,599 | | $1,166,400.73 | | | (28,599) | | ($934,276.41) |
| | | | | | | **UIN-Fonds Nr. 759 Loss** | | | **($232,124.32)** |
| **UniDynamicFonds: Global** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 5/28/2020 | 89,646 | 37.4355 | $3,355,942.83 | Retained | | (89,646) | 35.1194 | ($3,148,314.79) |
| | | 89,646 | | $3,355,942.83 | | | (89,646) | | ($3,148,314.79) |
| | | | | | | **UniDynamicFonds: Global Loss** | | | **($207,628.05)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DEVIF-Fonds Nr. 91** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/5/2019 | 8,600 | 39.2100 | $337,206.00 | Sale | 4/22/2020 | (27,200) | 34.9421 | ($950,425.12) |
| Purchase | 7/19/2019 | 18,600 | 42.8504 | $797,017.44 | Sale* | 1/11/2021 | (2,357) | 36.3015 | ($85,562.64) |
| Purchase | 7/13/2020 | 20,965 | 35.0428 | $734,672.30 | | | | | |
| Purchase | 8/13/2020 | 1,228 | 39.7400 | $48,800.72 | Retained | | (19,836) | 35.1194 | ($696,628.65) |
| | | 49,393 | | $1,917,696.46 | | | (49,393) | | ($1,732,616.41) |
| | | | | | | | **DEVIF-Fonds Nr. 91 Loss** | | **($185,080.05)** |
| **MKD-Union-Fonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 8/30/2019 | 30,843 | 38.7640 | $1,195,597.03 | | | | | |
| Purchase | 5/29/2020 | 2,905 | 37.6800 | $109,460.40 | Sale | 5/19/2020 | (30,843) | 36.1413 | ($1,114,706.12) |
| Purchase | 5/29/2020 | 28,993 | 37.5493 | $1,088,666.85 | | | | | |
| Purchase | 7/15/2020 | 7,867 | 36.4423 | $286,691.57 | Retained | | (39,765) | 35.1194 | ($1,396,523.41) |
| | | 70,608 | | $2,680,415.86 | | | (70,608) | | ($2,511,229.52) |
| | | | | | | | **MKD-Union-Fonds Loss** | | **($169,186.34)** |
| **Uni21.Jahrhundert -net-** | | | | | | | | | |
| Pre-class holdings | | 130,000 | | | Sale | 5/11/2020 | (30,000) | 37.3585 | ($1,120,755.00) |
| | | | | | Sale* | 1/12/2021 | (100,000) | 34.7910 | ($3,479,100.00) |
| | | | | | | | (130,000) | | ($4,599,855.00) |
| Purchase | 7/20/2020 | 50,000 | 37.2878 | $1,864,390.00 | Sale* | 1/12/2021 | (50,000) | 34.7910 | ($1,739,550.00) |
| | | 50,000 | | $1,864,390.00 | | | (50,000) | | ($1,739,550.00) |
| | | | | | | | **Uni21.Jahrhundert -net- Loss** | | **($124,840.00)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **LIGA-Pax-Cattolico-Union** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| | | | | | Sale | 9/12/2019 | (2,100) | 42.5550 | ($89,365.50) |
| Purchase | 7/16/2019 | 35,100 | 42.5389 | $1,493,115.39 | Sale | 11/15/2019 | (4,200) | 41.8800 | ($175,896.00) |
| Purchase | 7/1/2020 | 6,287 | 35.1700 | $221,113.79 | Sale | 1/31/2020 | (28,800) | 43.1448 | ($1,242,570.24) |
| Purchase | 8/14/2020 | 12,584 | 39.1600 | $492,789.44 | | | | | |
| Purchase | 10/2/2020 | 14,307 | 38.4800 | $550,533.36 | Retained | | (33,178) | 35.1194 | ($1,165,191.84) |
| | | 68,278 | | $2,757,551.98 | | | (68,278) | | ($2,673,023.58) |
| | | | | | | **LIGA-Pax-Cattolico-Union Loss** | | | **($84,528.40)** |
| **VR Westmünsterland Aktiv Nachhaltig** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 7/8/2019 | 8,000 | 42.5018 | $340,014.40 | | | | | |
| Purchase | 8/30/2019 | 3,000 | 42.7627 | $128,288.10 | Retained | | (11,000) | 35.1194 | ($386,313.53) |
| | | 11,000 | | $468,302.50 | | | (11,000) | | ($386,313.53) |
| | | | | | | **VR Westmünsterland Aktiv Nachhaltig Loss** | | | **($81,988.97)** |
| **UIN-Fonds Nr. 727** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 8/23/2019 | 6,170 | 42.3027 | $261,007.66 | Sale | 4/8/2020 | (6,170) | 34.0246 | ($209,931.78) |
| Purchase | 6/22/2020 | 3,805 | 36.4400 | $138,654.20 | Sale* | 12/21/2020 | (3,779) | 34.9300 | ($132,000.47) |
| Purchase | 8/10/2020 | 3,750 | 38.9505 | $146,064.38 | | | | | |
| Purchase | 11/12/2020 | 2,006 | 37.1700 | $74,563.02 | Retained | | (5,782) | 35.1194 | ($203,060.44) |
| | | 15,731 | | $620,289.25 | | | (15,731) | | ($544,992.69) |
| | | | | | | **UIN-Fonds Nr. 727 Loss** | | | **($75,296.56)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniInstitutional SDG Equities** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 10/13/2020 | 2,500 | 40.9140 | $102,285.00 | | | | | |
| Purchase | 10/14/2020 | 4,800 | 40.6077 | $194,916.96 | | | | | |
| Purchase | 11/16/2020 | 10,000 | 38.1875 | $381,875.00 | Retained | | (17,300) | 35.1194 | ($607,565.82) |
| | | 17,300 | | $679,076.96 | | | (17,300) | | ($607,565.82) |
| | | | | | | | **UniInstitutional SDG Equities Loss** | | **($71,511.14)** |
| **UIN-Fonds Nr. 997** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 10/15/2019 | 6,530 | 38.1530 | $249,139.09 | | | | | |
| Purchase | 11/5/2019 | 3,265 | 40.5463 | $132,383.67 | | | | | |
| Purchase | 2/6/2020 | 4,205 | 42.6231 | $179,230.14 | Retained | | (14,000) | 35.1194 | ($491,671.76) |
| | | 14,000 | | $560,752.90 | | | (14,000) | | ($491,671.76) |
| | | | | | | | **UIN-Fonds Nr. 997 Loss** | | **($69,081.13)** |
| **SV-Union-Fonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 7/2/2019 | 6,910 | 42.6900 | $294,987.90 | | | | | |
| Purchase | 12/4/2019 | 1,300 | 42.8200 | $55,666.00 | Sale | 10/30/2019 | (3,180) | 41.5312 | ($132,069.22) |
| Purchase | 12/13/2019 | 1,468 | 44.4500 | $65,252.60 | | | | | |
| Purchase | 3/3/2020 | 1,009 | 38.3000 | $38,644.70 | Retained | | (7,507) | 35.1194 | ($263,641.42) |
| | | 10,687 | | $454,551.20 | | | (10,687) | | ($395,710.64) |
| | | | | | | | **SV-Union-Fonds Loss** | | **($58,840.56)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Demografiefonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/13/2019 | 2,000 | 40.8100 | $81,620.00 | | | | | |
| Purchase | 1/15/2020 | 1,000 | 42.5343 | $42,534.30 | | | | | |
| Purchase | 2/18/2020 | 1,000 | 42.1395 | $42,139.50 | Sale | 3/13/2020 | (1,993) | 31.2692 | ($62,319.52) |
| Purchase | 6/3/2020 | 1,100 | 37.7936 | $41,572.96 | Sale | 3/26/2020 | (2,007) | 31.5077 | ($63,235.95) |
| Purchase | 6/9/2020 | 871 | 38.2853 | $33,346.50 | | | | | |
| Purchase | 8/21/2020 | 1,900 | 38.7100 | $73,549.00 | Retained | | (3,871) | 35.1194 | ($135,947.24) |
| | | 7,871 | | $314,762.26 | | | (7,871) | | ($261,502.71) |
| | | | | | | | **Demografiefonds Loss** | | **($53,259.54)** |
| **UIN-Fonds Nr. 860** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 1/16/2020 | 4,000 | 42.8772 | $171,508.80 | Retained | | (4,000) | 35.1194 | ($140,477.65) |
| | | 4,000 | | $171,508.80 | | | (4,000) | | ($140,477.65) |
| | | | | | | | **UIN-Fonds Nr. 860 Loss** | | **($31,031.15)** |
| **UIN-Fonds Nr. 950** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/18/2019 | 3,750 | 41.6442 | $156,165.75 | Retained | | (3,750) | 35.1194 | ($131,697.79) |
| | | 3,750 | | $156,165.75 | | | (3,750) | | ($131,697.79) |
| | | | | | | | **UIN-Fonds Nr. 950 Loss** | | **($24,467.96)** |
| **UIN-Fonds Nr. 798** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/18/2019 | 3,650 | 41.6442 | $152,001.33 | Retained | | (3,650) | 35.1194 | ($128,185.85) |
| | | 3,650 | | $152,001.33 | | | (3,650) | | ($128,185.85) |
| | | | | | | | **UIN-Fonds Nr. 798 Loss** | | **($23,815.48)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniGarant80: Dynamik** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 10/24/2019 | 3,907 | 40.2200 | $157,139.54 | Sale | 1/29/2020 | (863) | 43.5863 | ($37,614.98) |
| Purchase | 6/22/2020 | 1,770 | 36.4400 | $64,498.80 | Sale | 4/28/2020 | (3,044) | 37.4200 | ($113,906.48) |
| Purchase | 8/10/2020 | 1,713 | 38.9505 | $66,722.21 | | | | | |
| Purchase | 11/12/2020 | 900 | 37.1700 | $33,453.00 | Retained | | (4,383) | 35.1194 | ($153,928.38) |
| | | 8,290 | | $321,813.55 | | | (8,290) | | ($305,449.84) |
| | | | | | | | | | |
| | | | | | | | **UniGarant80: Dynamik Loss** | | **($16,363.71)** |
| **UIN-Fonds Nr. 982** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 11/1/2019 | (1,480) | 42.2947 | ($62,596.16) |
| | | | | | Sale | 1/15/2020 | (18,977) | 42.3859 | ($804,357.22) |
| Purchase | 7/31/2019 | 20,457 | 40.8937 | $836,562.61 | Sale | 9/4/2020 | (1,427) | 41.2738 | ($58,897.71) |
| Purchase | 7/8/2020 | 7,869 | 34.5256 | $271,681.95 | | | | | |
| Purchase | 8/13/2020 | 6,552 | 39.6468 | $259,765.83 | Sale* | 1/11/2021 | (2,238) | 36.3800 | ($81,418.44) |
| Purchase | 8/31/2020 | 4,394 | 41.0293 | $180,282.74 | | | | | |
| Purchase | 10/2/2020 | 1,528 | 38.1627 | $58,312.61 | Retained | | (16,678) | 35.1194 | ($585,721.55) |
| | | 40,800 | | $1,606,605.73 | | | (40,800) | | ($1,592,991.08) |
| | | | | | | | | | |
| | | | | | | | **UIN-Fonds Nr. 982 Loss** | | **($13,614.65)** |
| **DEVIF-Fonds Nr. 349** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 1/16/2020 | (2,000) | 43.1250 | ($86,250.00) |
| Purchase | 6/18/2019 | 4,500 | 41.6442 | $187,398.90 | Retained | | (2,500) | 35.1194 | ($87,798.53) |
| | | 4,500 | | $187,398.90 | | | (4,500) | | ($174,048.53) |
| | | | | | | | | | |
| | | | | | | | **DEVIF-Fonds Nr. 349 Loss** | | **($13,350.37)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DEVIF-Fonds Nr. 89** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 1/28/2020 | (1,300) | 43.2112 | ($56,174.56) |
| Purchase | 6/13/2019 | 3,450 | 40.6599 | $140,276.66 | Retained | | (2,150) | 35.1194 | ($75,506.74) |
| | | 3,450 | | $140,276.66 | | | (3,450) | | ($131,681.30) |
| | | | | | **DEVIF-Fonds Nr. 89 Loss** | | | | **($8,595.36)** |
| | | | | | **LIFO TOTAL** | | | | **($51,480,002.22)** |

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*