# EXHIBIT D

BSX 12.4

Wire: PR Newswire (PRN)
Date: Dec 4 2020  19:46:45
Pomerantz Law Firm Announces the Filing of a Class Action against Boston Scientific
Corporation and Certain Officers  - BSX

Pomerantz Law Firm Announces the Filing of a Class Action against Boston
Scientific Corporation and Certain Officers - BSX

PR Newswire

NEW YORK, Dec. 4, 2020

NEW YORK, Dec. 4, 2020 /PRNewswire/ -- Pomerantz LLP announces that a class
action lawsuit has been filed against Boston Scientific Corporation ("Boston
Scientific" or the "Company") (NYSE: BSX) and certain of its officers.  The
class action, filed in United States District Court for the Eastern District
of New York, and docketed under 20-cv-05894, is on behalf of a class
consisting of all persons other than Defendants who purchased or otherwise,
acquired Boston Scientific securities between April 24, 2019 and November 16,
2020, both dates inclusive (the "Class Period"), seeking to recover damages
caused by Defendants' violations of the federal securities laws and to pursue
remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934
(the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the
Company and certain of its top officials.

If you are a shareholder who purchased Boston Scientific securities during the
Class Period, you have until February 2, 2021, to ask the Court to appoint you
as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at
www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby
at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext.
7980. Those who inquire by e-mail are encouraged to include their mailing
address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

Boston Scientific develops, manufactures, and markets medical devices for use
in various interventional medical specialties worldwide.  The Company's
products include, among others, the LOTUS Edge Aortic Valve System, which is a
Transcatheter Aortic Valve Replacement ("TAVR") product.  Boston Scientific
announced the U.S. Food and Drug Administration's ("FDA") approval for the
LOTUS Edge Aortic Valve System in April 2019.

The complaint alleges that throughout the Class Period, Defendants made
materially false and misleading statements regarding the Company's business,
operational, and compliance policies.  Specifically, Defendants made false
and/or misleading statements and/or failed to disclose that: (i) the LOTUS
Edge Aortic Valve System's product delivery system was dysfunctional and
threatened the continued viability of the entire product line; (ii) as a

BSX 12.4

result, the Company had materially overstated the continued commercial viability and profitability of the LOTUS Edge Aortic Valve System; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On November 17, 2020, Boston Scientific announced a global recall of all unused inventory of the LOTUS Edge Aortic Valve System, citing "complexities associated with the product delivery system."  Boston Scientific further announced that "[g]iven the additional time and investment required to develop and reintroduce an enhanced delivery system, the company has chosen to retire the entire LOTUS product platform immediately."

On this news, Boston Scientific's stock price fell $3.00 per share, or 7.89%, to close at $35.03 per share on November 17, 2020.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 7980

Cision View original
content:http://www.prnewswire.com/news-releases/pomerantz-law-firm-announces-the-fil
ing-of-a-class-action-against-boston-scientific-corporation-and-certain-officers----
bsx-301186780.html

SOURCE Pomerantz LLP

Website: www.pomerantzlaw.com
-0- Dec/05/2020 00:46 GMT

----------------------------===========================-----------------------------
                              Copyright (c) 2020

############################## END OF STORY 1 ##############################