# EXHIBIT F

# DCG

**DONNELLY, CONROY & GELHAAR**, LLP

## T. Christopher Donnelly



**T**   617.720.2880 x117

**E**   tcd@dcglaw.com

Over more than three decades, Christopher Donnelly has earned respect as an effective advocate for businesses and individuals wrestling with complex, high stakes disputes. Chris offers the depth and preparedness of an experienced trial lawyer, combined with practical and common-sense business thinking earned resolving hundreds of disputes inside and outside the courtroom.

Chris handles disputes spanning a diverse range of issues faced by businesses and individuals—claims involving intellectual property, breach of contract, mergers and acquisitions, corporate control and governance, breach of fiduciary duty, employment, defamation, professional malpractice, and virtually every other commercial controversy. At stake in all of these cases are substantial financial and reputational rewards and risks. In each matter, understanding the client's goals and then developing a sensible practical plan to accomplish those aims are top priorities.

Chris is a highly experienced trial lawyer with substantial capability navigating a courtroom, having tried dozens of commercial cases spanning hundreds of trial days. He has also successfully ended countless proceedings through summary judgment or other dispositive motions. Equally valued by clients is his success in arbitration and mediation proceedings, delivering positive outcomes without the disruption, expense and time associated with protracted litigation or taking a case to trial.

Chris is a Fellow of the Litigation Counsel of America, the trial lawyer honorary society composed of less than one-half of one percent of American lawyers.  He is recognized in the 2021 edition of Best Lawyers in America for his work in Commercial Litigation, Intellectual Property Litigation, Arbitration and Corporate Governance Law. Chambers USA recognized Chris as a leading Massachusetts Commercial Ligitation Practitioner. In addition, Chris is selected annually by his peers as a New England and Massachusetts Super Lawyer in Business Litigation.



**DONNELLY, CONROY & GELHAAR**, LLP

# T. Christopher Donnelly

## RELATED PRACTICES

Complex Business Litigation

Merger & Acquisition Disputes

Intellectual Property Litigation

Employment Litigation

Appellate Litigation

Arbitration & Mediation

Corporate Governance & Shareholder Disputes

## EDUCATION

JD, with Honors, University of Michigan Law School, 1980

SB, Massachusetts Institute of Technology 1977

## CLERKSHIP

Hon. Lawrence W. Pierce, United States Court of Appeals for the Second Circuit and United States District Court for the Southern District of New York

## BAR ADMISSIONS

Massachusetts

United States Supreme Court

United States Courts of Appeals for the First, Second, Ninth and Federal Circuits

## EXPERIENCE

### Merger & Acquisition Disputes

• Obtained a winning jury verdict in a groundbreaking post-acquisition dispute involving implied reasonable efforts obligation.

• Won multimillion dollar arbitration award of post-closing milestone payments and attorneys' fees.

### Professional Liability Litigation

• Successfully defended a national accounting firm at a five week trial against $25 million claims arising from allegations involving performance of audit engagement and loan loss reserves.

• Prosecuted and defended legal malpractice cases, some involving millions of dollars.

• Represented clients in claims alleging breach of duties by trustees and other fiduciaries.

### Intellectual Property Litigation

• Successfully represented a biotechnology company in "bet the company" multi-forum lawsuits against a competitor company and major university in which we vindicated at trial our client's rights to its valuable inventions.

• Protected a musician's rights to one of the most famous names in early rock 'n roll through victory in federal circuit court.

• In a ground-breaking theft-of-idea case, won a complete victory following a two-week trial for a national magazine publisher.

• Won summary judgment dismissal of contributory copyright infringement and vicarious liability claims against a trade show producer.

• Handled a range of patent infringement cases covering a variety of inventions and issues.

### Corporate Governance & Shareholder Disputes

• Handled disputes among shareholders and directors of private, closely held companies with revenues ranging from several million to hundreds of millions of dollars.

• Won favorable jury verdict in dispute among owners of large closely held business.



## T. Christopher Donnelly

- Represented officers and directors of public companies against allegations of breach of duties.
- Advised majority and minority shareholders regarding litigation avoidance.

**Employment Litigation**

- Won dismissal after trial of age discrimination claims.
- Summary judgment dismissal of defamation claims in several cases.
- Successfully litigated countless claims involving non-competition and non-disclosure claims.

**Appellate Litigation**

- Secured affirmance of trial court order denying national accounting firm's effort to compel abritration of client claim.
- Secured affirmance of dismissed contract claims.

# DCG
## DONNELLY, CONROY & GELHAAR, LLP

## Peter E. Gelhaar



**T**   617.720.2880 x113

**E**   peg@dcglaw.com

As a former federal prosecutor, Peter Gelhaar brings a rare combination of experience, reputation and relationships to bear in defending individuals, companies and other entities facing white collar criminal, SEC or other government enforcement investigations or charges and high stakes civil litigation.

Peter's defense of his clients begins with his understanding of how to assess and overcome the allegations brought against them. He understands that cases are usually won on the facts. Tapping decades of experience, Peter investigates the facts thoroughly and forms effective arguments to persuade prosecutors to decline to pursue their cases.

Peter defends a wide range of businesses whose activities intersect with regulatory scrutiny involving securities enforcement, health care, financial services, and government procurement. He also represents individuals in investigations and proceedings before professional disciplinary boards.

Peter's success defending white collar criminal and securities enforcement investigations is tied to his tenure as an Assistant U.S. Attorney for the District of Massachusetts. As a Federal prosecutor, he served in the Criminal Division as a member of the Major Crimes and Public Corruption Units, and in the Civil Division as Deputy Chief and Chief of Affirmative Civil Enforcement. Having specialized in the prosecution of cases involving financial fraud, government contracting fraud, and health care fraud, he has an insider's view of how best to defend against these cases.

Over the years, Peter has earned a reputation for working collaboratively and respectfully with all parties involved with bringing and defending cases. As a result, he has been appointed to serve on critical oversight boards including the Massachusetts Judicial Nominating Commission which plays a key role in selecting judges in the Commonwealth, and the Massachusetts Board of Registration in Medicine which oversees the medical profession. Peter also served as New England Regional Co-Chair of the American Bar Association's White Collar Crime Subcommittee. He is a frequent panelist in programs educating lawyers on criminal white collar and securities enforcement topics.



DONNELLY, CONROY & GELHAAR, LLP

## Peter E. Gelhaar

### RELATED PRACTICES

White Collar Defense & Government Investigations

SEC Enforcement Defense

Corporate Governance & Shareholder Disputes

### EDUCATION

JD, *cum laude*, Boston College Law School, 1982, *Boston College Law Review*

BA, *cum laude*, University of Vermont, 1978, Phi Beta Kappa

### CLERKSHIP

Massachusetts Superior Court

### BAR ADMISSIONS

Massachusetts

United States District Court (D. Mass.)

United States Court of Appeals (1st Cir.)

Peter is recognized as a Massachusetts leader in white collar crime and government investigations by Chambers USA which notes his "deep strategic sense." Chambers has observed that Peter "maintains a broad white-collar criminal litigation and investigations practice" with an "inordinate level of expertise in healthcare fraud matters… [and a] practical approach that doesn't involve reinventing the wheel." He has also been named a Massachusetts Super Lawyer and recognized by The Best Lawyers in America® for many consecutive years in a peer-driven selection process.

### EXPERIENCE

**White Collar Defense & Government Investigations**

• Obtained the dismissal at trial of bank fraud and bank bribery charges against the president and director of a large metropolitan Boston bank.

• Obtained a not guilty verdict against an individual accused of defrauding a federal agency.

• Successfully defended numerous targets of grand jury investigations addressing allegations of health care fraud.

• Exonerated numerous individuals accused of committing fraud against Federal and State taxing authorities.

• Successfully represented individuals involved in investigations concerning alleged violations of the Foreign Corrupt Practices Act.

• Successfully represented a defense contractor executive in an allegation of fraudulent pricing of work, creating false records and lying to auditors.

• Represented executives outside the United States in an investigation of patient injury allegedly tied to a medical device.

**SEC Enforcement Defense**

• Successfully represented numerous individuals accused by the Securities and Exchange Commission of committing investor fraud, insider trading, accounting fraud violations, the market-timing of mutual funds, and the back-dating of stock options.

• Successfully defended investment advisors in investigations conducted by Federal prosecutors and securities regulators into fraudulent investment practices.

• Represented an investment advisor in an SEC investigation related to promotional materials.

# DCG
## DONNELLY, CONROY & GELHAAR, LLP

## Peter K. Levitt



**T** 617.720.2880 x140

**E** pkl@dcglaw.com

Peter Levitt is an experienced trial lawyer who focuses his practice on white collar criminal defense, internal investigations, and regulatory enforcement matters. Before joining DCG, Peter served for 17 years as an Assistant U.S. Attorney for the District of Massachusetts. At the U.S. Attorney's Office, Peter served in the Health Care Fraud Unit, Drug Task Force, and as Chief of the Organized Crime and Gang Unit. Peter's work as a prosecutor included leading numerous successful investigations and prosecutions covering a broad spectrum of crimes, including health care fraud, financial fraud, money laundering, RICO, and tax evasion, as well as drug trafficking, murder, and murder for hire.

Prior to serving as a federal prosecutor, Peter worked at a large Boston law firm, and served as a Law Clerk for the Honorable Chief Judge Juan R. Torruella of the United States Court of Appeals for the First Circuit, and as a Law Clerk for the Honorable Nathaniel M. Gorton of the United States District Court for the District of Massachusetts.

Peter serves on the Board of Trustees of Buckingham Browne & Nichols School and the Board of Trustees of Epiphany School.

Peter is honored as a Massachusetts Super Lawyer.

### EXPERIENCE

**White Collar Defense & Government Investigations**

• Defended numerous individuals in federal and state health care fraud investigations.

• Represented individuals in federal investigations involving wire fraud, mail fraud, tax evasion, and other federal crimes.

• Conducted numerous internal investigations for entities subject to federal, state, and local regulatory oversite.



**DONNELLY, CONROY & GELHAAR**, LLP

# Peter K. Levitt

### RELATED PRACTICES

White Collar Defense & Government Investigations

SEC Enforcement Defense

### EDUCATION

JD, *summa cum laude*, Boston University School of Law, 1993

AB, Bowdoin College, 1988

### BAR ADMISSIONS

Massachusetts

United States District Court (D.Mass)

United States Court of Appeals (1st Cir.)

**SEC Enforcement Defense**

• Represented individuals in Securities and Exchange Commission investigations relating to insider trading, fraud, and other securities related matters.

**Disciplinary Investigations**

• Represented individuals in connection with disciplinary proceedings at university graduate and undergraduate level.