**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARIANO ERRICHIELLO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, JOSEPH M. FITZGERALD, and DANIEL J. BRENNAN, <br><br> Defendants. | Civil Action No. 1:20-cv-12225-DPW |
| ENRIQUE JEVONS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, and DANIEL J. BRENNAN, <br><br> Defendants. | Civil Action No. 1:21-cv-10033-NMG |

**RESPONSE OF EXCAVATORS UNION LOCAL 731 PENSION AND WELFARE FUNDS TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

On February 2, 2021, Excavators Union Local 731 Pension and Welfare Funds ("Local 731") moved for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of its selection of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Lead Counsel for the class and Block &

1

2828149 v1

Leviton LLP ("Block & Leviton") as Liaison Counsel for the class.  (ECF No. 25.[1])  Three other such motions were filed that day, including one by Union Asset Management Holding AG ("Union Asset").  (ECF Nos. 16, 17, 21.)

After reviewing the competing motions, Local 731 has concluded that Union Asset appears to be the movant that has the "largest financial interest in the relief sought by the class" and that also meets the typicality and adequacy requirements under Rule 23 of the Federal Rules of Civil Procedure.  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).  Thus, Local 731 does not oppose the motion of Union Asset.

If, for any reason, Union Asset's motion is not granted, Local 731, with the second largest financial interest, stands ready, willing, and able to represent the class as Lead Plaintiff.

DATED:  February 16, 2021

Respectfully submitted,

**BLOCK & LEVITON LLP**

*/s/ Jeffrey C. Block*
Jeffrey C. Block (BBO #600747)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Email: jeff@blockleviton.com

*Proposed Liaison Counsel for the Class*

**COHEN MILSTEIN SELLERS**
**& TOLL PLLC**
Steven J. Toll (*pro hac vice* pending)
Julie G. Reiser (*pro hac vice* pending)
1100 New York Avenue, N.W. / Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
Email: jreiser@cohenmilstein.com

---

[1] All ECF citations herein refer to the docket in *Errichiello v. Boston Scientific Corp.*, No. 1:20-cv-12225-DPW.

2

2828149 v1

Christopher Lometti (*pro hac vice* pending)
Benjamin F. Jackson (*pro hac vice* pending)
88 Pine Street / Fourteenth Floor
New York, N.Y. 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: clometti@cohenmilstein.com
Email: bjackson@cohenmilstein.com

*Counsel for Excavators Union Local 731
Pension and Welfare Funds and Proposed
Lead Counsel for the Class*

**2828149 v1**

3

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 16, 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

<u>/s/ Jeffrey C. Block</u>
Jeffrey C. Block

4

**2828149 v1**