UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIANO ERRICHIELLO, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, JOSEPH M. FITZGERALD, and DANIEL J. BRENNAN,<br><br>Defendants. | No. 1:20-cv-12225-DPW |
| ENRIQUE JEVONS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, and DANIEL J. BRENNAN,<br><br>Defendants. | No. 1:21-cv-10033-DPW |

**ORDER FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTING UNION ASSET MANAGEMENT HOLDING AG AS
LEAD PLAINTIFF, AND
APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Upon consideration of the several submissions of parties regarding consolidation of these actions and appointment of Lead Plaintiff with approval of Lead Plaintiff's selection of Counsel, IT IS HEREBY ORDERED THAT:

1. The motion of Union Asset Management Holding AG ("Union") (Dkt. No. 13 in 20cv12225) is GRANTED and the motions of Excavators Union Local 731 Pension and Welfare Funds (Dkt. No. 25 in 20cv12225) and of Bangalore Satyanarayana (Dkt. No. 17 in 20cv12225 and Dkt. No. 20 in 21cv10033) are DENIED.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Jevons v. Boston Scientific Corporation*, No. 1:21-cv-10033-DPW (D. Mass.), is consolidated with *Errichiello v. Boston Scientific Corporation*, No. 1:20-cv-12225-DPW (D. Mass.) (collectively, the "Consolidated Action").

3. Union, as most adequate plaintiff, is APPOINTED to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned securities class actions and all related actions consolidated pursuant to paragraphs 2 and 5 of this ORDER.

4. Union's selection of Counsel is APPROVED, and Bernstein Litowitz Berger & Grossmann LLP is APPOINTED as Lead Counsel for the Class, and Donnelly, Conroy & Gelhaar, LLP is APPOINTED as Liaison Counsel for the Class.

5. In accordance with Rule 42(a), upon motion by Lead Plaintiff any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action will be CONSOLIDATED in the Consolidated Action for all purposes, absent showing that such consolidation is improvident.

6. The Consolidated Action shall be captioned *In re Boston Scientific Corporation Securities Litigation*, and the file shall be maintained under Master File No. 1:20-cv-12225-DPW.

**IT IS SO ORDERED**.

    */s/ Douglas P. Woodlock*
    DOUGLAS P. WOODLOCK
    UNITED STATES DISTRICT JUDGE

MARCH 30, 2021