**CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

The undersigned, Dr. Carsten Fischer and Jochen Riechwald, on behalf of Union Asset Management Holding AG ("Union"), on account of the funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed the Amended Consolidated Complaint in this matter and authorize its filing.

2. We are duly authorized to institute legal action on behalf of Union and the Funds, including litigation against Boston Scientific Corporation and any other defendants.

3. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Union is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Union fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. The Funds' transactions in the Boston Scientific Corporation securities that are the subject of this action are set forth in the chart attached hereto.

6. Union was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*, No. 18-cv-4844 (N.D. Cal.)
*In re Philip Morris International Inc. Securities Litig.*, No. 18-cv-8049 (S.D.N.Y.)
*In re Kraft Heinz Securities Litigation*, No. 19-cv-1339 (N.D. Ill.)
*In re Boston Scientific Corporation Securities Litigation*, No. 20-cv-12225 (D. Mass.)

7. Union has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*In re Allergan plc Securities Litigation*, No. 18-cv-12089 (S.D.N.Y.)
*Union Asset Management AG v. Fluor Corp.*, No. 20-cv-00518 (N.D. Tex.)

8. Union will not accept any payment for serving as a representative party on behalf of the Class beyond Union's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this **4th** day of June, 2021.

For Union Asset Management Holding AG:

_____
Dr. Carsten Fischer
General Counsel

_____
Jochen Riechwald
Assistant General Counsel

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniProInvest: Chance | Purchase | 6/7/2019 | 20,340 | 40.9006 |
| UniProInvest: Chance | Purchase | 10/25/2019 | 26,408 | 40.6190 |
| UniProInvest: Chance | Sale | 9/10/2019 | (20,340) | 40.7863 |
| UniFavorit: Aktien | Purchase | 6/6/2019 | 562,000 | 40.3956 |
| UniFavorit: Aktien | Purchase | 6/7/2019 | 642,000 | 41.3222 |
| UniFavorit: Aktien | Purchase | 6/10/2019 | 481,748 | 41.4989 |
| UniFavorit: Aktien | Purchase | 6/11/2019 | 32,137 | 40.9793 |
| UniFavorit: Aktien | Purchase | 6/11/2019 | 360,453 | 41.1709 |
| UniFavorit: Aktien | Purchase | 6/12/2019 | 32,137 | 40.7804 |
| UniFavorit: Aktien | Purchase | 6/12/2019 | 96,411 | 40.8675 |
| UniFavorit: Aktien | Purchase | 9/18/2019 | 204,555 | 42.5770 |
| UniFavorit: Aktien | Purchase | 5/29/2020 | 64,618 | 37.6800 |
| UniFavorit: Aktien | Purchase | 5/29/2020 | 644,922 | 37.5493 |
| UniFavorit: Aktien | Purchase | 6/2/2020 | 863,628 | 37.6809 |
| UniFavorit: Aktien | Purchase | 7/24/2020 | 914,231 | 38.4962 |
| UniFavorit: Aktien | Purchase | 7/27/2020 | 716,447 | 38.5099 |
| UniFavorit: Aktien | Purchase | 11/9/2020 | 782,926 | 38.6187 |
| UniFavorit: Aktien | Sale | 3/24/2020 | (2,437,849) | 28.0302 |
| UniNachhaltig Aktien Global | Purchase | 6/4/2019 | 203,201 | 38.8526 |
| UniNachhaltig Aktien Global | Purchase | 7/3/2019 | 7,581 | 42.7300 |
| UniNachhaltig Aktien Global | Purchase | 8/9/2019 | 18,005 | 43.0255 |
| UniNachhaltig Aktien Global | Purchase | 10/23/2019 | 53,371 | 40.5229 |
| UniNachhaltig Aktien Global | Purchase | 1/16/2020 | 52,122 | 42.8772 |
| UniNachhaltig Aktien Global | Purchase | 4/3/2020 | 40,766 | 31.3025 |
| UniNachhaltig Aktien Global | Purchase | 7/15/2020 | 370,960 | 36.4423 |
| UniNachhaltig Aktien Global | Purchase | 8/19/2020 | 44,466 | 39.6437 |
| UniNachhaltig Aktien Global | Purchase | 9/30/2020 | 62,433 | 38.0803 |
| UniNachhaltig Aktien Global | Purchase | 11/10/2020 | 105,646 | 38.1493 |
| UniNachhaltig Aktien Global | Sale | 3/27/2020 | (111,805) | 29.8404 |
| UniNachhaltig Aktien Global | Sale | 5/19/2020 | (129,432) | 36.1195 |
| UniNachhaltig Aktien Global | Sale | 5/19/2020 | (133,809) | 35.8820 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniRak Nachhaltig Konservativ | Purchase | 4/26/2019 | 2,700 | 36.9957 |
| UniRak Nachhaltig Konservativ | Purchase | 4/30/2019 | 5,600 | 36.7737 |
| UniRak Nachhaltig Konservativ | Purchase | 5/2/2019 | 28,338 | 36.3059 |
| UniRak Nachhaltig Konservativ | Purchase | 5/6/2019 | 23,362 | 36.7276 |
| UniRak Nachhaltig Konservativ | Purchase | 5/10/2019 | 10,000 | 36.3600 |
| UniRak Nachhaltig Konservativ | Purchase | 7/3/2019 | 5,000 | 42.5000 |
| UniRak Nachhaltig Konservativ | Purchase | 7/16/2019 | 15,000 | 42.4664 |
| UniRak Nachhaltig Konservativ | Purchase | 8/16/2019 | 10,000 | 42.2500 |
| UniRak Nachhaltig Konservativ | Purchase | 9/4/2019 | 20,000 | 41.4041 |
| UniRak Nachhaltig Konservativ | Purchase | 10/1/2019 | 5,000 | 40.2977 |
| UniRak Nachhaltig Konservativ | Purchase | 1/15/2020 | 5,000 | 42.5200 |
| UniRak Nachhaltig Konservativ | Purchase | 2/5/2020 | 10,000 | 42.9496 |
| UniRak Nachhaltig Konservativ | Purchase | 2/7/2020 | 25,000 | 42.7102 |
| UniRak Nachhaltig Konservativ | Purchase | 2/14/2020 | 5,000 | 42.1500 |
| UniRak Nachhaltig Konservativ | Purchase | 2/21/2020 | 5,000 | 42.2497 |
| UniRak Nachhaltig Konservativ | Purchase | 3/2/2020 | 15,000 | 36.8500 |
| UniRak Nachhaltig Konservativ | Purchase | 6/4/2020 | 5,000 | 37.3700 |
| UniRak Nachhaltig Konservativ | Purchase | 6/11/2020 | 10,000 | 36.6000 |
| UniRak Nachhaltig Konservativ | Purchase | 7/7/2020 | 10,000 | 35.3000 |
| UniRak Nachhaltig Konservativ | Purchase | 8/26/2020 | 5,000 | 39.1000 |
| UniRak Nachhaltig Konservativ | Purchase | 9/30/2020 | 6,080 | 37.7499 |
| UniRak Nachhaltig Konservativ | Purchase | 10/16/2020 | 3,920 | 38.7800 |
| UniRak Nachhaltig Konservativ | Purchase | 10/21/2020 | 20,000 | 37.2499 |
| UniRak Nachhaltig Konservativ | Purchase | 11/3/2020 | 10,000 | 35.2973 |
| UniRak Nachhaltig Konservativ | Purchase | 11/11/2020 | 30,000 | 37.7265 |
| UniRak Nachhaltig | Purchase | 4/26/2019 | 4,500 | 36.9957 |
| UniRak Nachhaltig | Purchase | 4/29/2019 | 95,500 | 36.8122 |
| UniRak Nachhaltig | Purchase | 5/10/2019 | 15,000 | 36.3600 |
| UniRak Nachhaltig | Purchase | 7/16/2019 | 10,000 | 42.4664 |
| UniRak Nachhaltig | Purchase | 8/6/2019 | 5,000 | 41.6000 |
| UniRak Nachhaltig | Purchase | 8/30/2019 | 5,000 | 42.6000 |
| UniRak Nachhaltig | Purchase | 9/10/2019 | 5,000 | 40.5112 |
| UniRak Nachhaltig | Purchase | 10/1/2019 | 10,000 | 40.2977 |
| UniRak Nachhaltig | Purchase | 1/31/2020 | 5,000 | 42.4000 |
| UniRak Nachhaltig | Purchase | 2/5/2020 | 5,000 | 42.9496 |
| UniRak Nachhaltig | Purchase | 2/7/2020 | 15,000 | 42.7102 |
| UniRak Nachhaltig | Purchase | 2/11/2020 | 5,000 | 42.3500 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniRak Nachhaltig | Purchase | 2/14/2020 | 2,500 | 42.1500 |
| UniRak Nachhaltig | Purchase | 2/21/2020 | 2,500 | 42.2497 |
| UniRak Nachhaltig | Purchase | 3/2/2020 | 15,000 | 36.8500 |
| UniRak Nachhaltig | Purchase | 5/29/2020 | 25,000 | 37.4963 |
| UniRak Nachhaltig | Purchase | 6/4/2020 | 10,000 | 37.3700 |
| UniRak Nachhaltig | Purchase | 6/10/2020 | 10,000 | 37.1000 |
| UniRak Nachhaltig | Purchase | 7/1/2020 | 20,000 | 34.9977 |
| UniRak Nachhaltig | Purchase | 7/7/2020 | 10,000 | 35.3000 |
| UniRak Nachhaltig | Purchase | 9/30/2020 | 3,040 | 37.7499 |
| UniRak Nachhaltig | Purchase | 10/21/2020 | 3,460 | 37.2799 |
| UniRak Nachhaltig | Purchase | 11/3/2020 | 3,500 | 35.3500 |
| UniRak Nachhaltig | Purchase | 11/11/2020 | 15,000 | 37.7265 |
| UniSector: HighTech | Purchase | 9/18/2019 | 35,000 | 42.5770 |
| UniSector: HighTech | Purchase | 7/17/2020 | 25,000 | 36.5874 |
| UniSector: HighTech | Purchase | 7/20/2020 | 30,000 | 37.6058 |
| UIN-Fonds Nr. 816 | Purchase | 7/22/2019 | 36,500 | 42.6100 |
| UIN-Fonds Nr. 816 | Purchase | 7/13/2020 | 4,685 | 35.0428 |
| UIN-Fonds Nr. 816 | Purchase | 8/12/2020 | 3,686 | 39.8832 |
| UIN-Fonds Nr. 816 | Sale | 3/9/2020 | (20,175) | 34.2246 |
| UIN-Fonds Nr. 816 | Sale | 4/29/2020 | (11,361) | 36.8000 |
| UIN-Fonds Nr. 816 | Sale | 10/8/2020 | (2,846) | 40.2500 |
| UIN-Fonds Nr. 759 | Purchase | 8/23/2019 | 19,290 | 42.3027 |
| UIN-Fonds Nr. 759 | Purchase | 6/22/2020 | 4,863 | 36.4400 |
| UIN-Fonds Nr. 759 | Purchase | 8/10/2020 | 4,446 | 38.9505 |
| UIN-Fonds Nr. 759 | Sale | 3/10/2020 | (5,336) | 34.4306 |
| UIN-Fonds Nr. 759 | Sale | 3/23/2020 | (5,692) | 24.4739 |
| UIN-Fonds Nr. 759 | Sale | 4/8/2020 | (8,262) | 34.4133 |
| UniDynamicFonds: Global | Purchase | 5/28/2020 | 89,646 | 37.4355 |
| DEVIF-Fonds Nr. 91 | Purchase | 6/5/2019 | 8,600 | 39.2100 |
| DEVIF-Fonds Nr. 91 | Purchase | 7/19/2019 | 18,600 | 42.8504 |
| DEVIF-Fonds Nr. 91 | Purchase | 7/13/2020 | 20,965 | 35.0428 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| DEVIF-Fonds Nr. 91 | Purchase | 8/13/2020 | 1,228 | 39.7400 |
| DEVIF-Fonds Nr. 91 | Sale | 4/22/2020 | (27,200) | 34.9421 |
| MKD-Union-Fonds | Purchase | 8/30/2019 | 30,843 | 38.7640 |
| MKD-Union-Fonds | Purchase | 5/29/2020 | 2,905 | 37.6800 |
| MKD-Union-Fonds | Purchase | 5/29/2020 | 28,993 | 37.5493 |
| MKD-Union-Fonds | Purchase | 7/15/2020 | 7,867 | 36.4423 |
| MKD-Union-Fonds | Sale | 5/19/2020 | (30,843) | 36.1413 |
| Uni21.Jahrhundert -net- | Purchase | 2/7/2019 | 100,000 | 38.9071 |
| Uni21.Jahrhundert -net- | Purchase | 3/26/2019 | 30,000 | 38.4928 |
| Uni21.Jahrhundert -net- | Purchase | 7/20/2020 | 50,000 | 37.2878 |
| Uni21.Jahrhundert -net- | Sale | 5/11/2020 | (30,000) | 37.3585 |
| LIGA-Pax-Cattolico-Union | Purchase | 7/16/2019 | 35,100 | 42.5389 |
| LIGA-Pax-Cattolico-Union | Purchase | 7/1/2020 | 6,287 | 35.1700 |
| LIGA-Pax-Cattolico-Union | Purchase | 8/14/2020 | 12,584 | 39.1600 |
| LIGA-Pax-Cattolico-Union | Purchase | 10/2/2020 | 14,307 | 38.4800 |
| LIGA-Pax-Cattolico-Union | Sale | 9/12/2019 | (2,100) | 42.5550 |
| LIGA-Pax-Cattolico-Union | Sale | 11/15/2019 | (4,200) | 41.8800 |
| LIGA-Pax-Cattolico-Union | Sale | 1/31/2020 | (28,800) | 43.1448 |
| VR Westmünsterland Aktiv Nachhaltig | Purchase | 7/8/2019 | 8,000 | 42.5018 |
| VR Westmünsterland Aktiv Nachhaltig | Purchase | 8/30/2019 | 3,000 | 42.7627 |
| UniInstitutional SDG Equities | Purchase | 10/13/2020 | 2,500 | 40.9140 |
| UniInstitutional SDG Equities | Purchase | 10/14/2020 | 4,800 | 40.6077 |
| UniInstitutional SDG Equities | Purchase | 11/16/2020 | 10,000 | 38.1875 |
| UIN-Fonds Nr. 727 | Purchase | 8/23/2019 | 6,170 | 42.3027 |
| UIN-Fonds Nr. 727 | Purchase | 6/22/2020 | 3,805 | 36.4400 |
| UIN-Fonds Nr. 727 | Purchase | 8/10/2020 | 3,750 | 38.9505 |
| UIN-Fonds Nr. 727 | Purchase | 11/12/2020 | 2,006 | 37.1700 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UIN-Fonds Nr. 727 | Sale | 4/8/2020 | (6,170) | 34.0246 |
| UIN-Fonds Nr. 997 | Purchase | 10/15/2019 | 6,530 | 38.1530 |
| UIN-Fonds Nr. 997 | Purchase | 11/5/2019 | 3,265 | 40.5463 |
| UIN-Fonds Nr. 997 | Purchase | 2/6/2020 | 4,205 | 42.6231 |
| SV-Union-Fonds | Purchase | 7/2/2019 | 6,910 | 42.6900 |
| SV-Union-Fonds | Purchase | 12/4/2019 | 1,300 | 42.8200 |
| SV-Union-Fonds | Purchase | 12/13/2019 | 1,468 | 44.4500 |
| SV-Union-Fonds | Purchase | 3/3/2020 | 1,009 | 38.3000 |
| SV-Union-Fonds | Sale | 10/30/2019 | (3,180) | 41.5312 |
| Demografiefonds | Purchase | 6/13/2019 | 2,000 | 40.8100 |
| Demografiefonds | Purchase | 1/15/2020 | 1,000 | 42.5343 |
| Demografiefonds | Purchase | 2/18/2020 | 1,000 | 42.1395 |
| Demografiefonds | Purchase | 6/3/2020 | 1,100 | 37.7936 |
| Demografiefonds | Purchase | 6/9/2020 | 871 | 38.2853 |
| Demografiefonds | Purchase | 8/21/2020 | 1,900 | 38.7100 |
| Demografiefonds | Sale | 3/13/2020 | (1,993) | 31.2692 |
| Demografiefonds | Sale | 3/26/2020 | (2,007) | 31.5077 |
| UIN-Fonds Nr. 860 | Purchase | 1/16/2020 | 4,000 | 42.8772 |
| UIN-Fonds Nr. 982 | Purchase | 7/31/2019 | 20,457 | 40.8937 |
| UIN-Fonds Nr. 982 | Purchase | 7/8/2020 | 7,869 | 34.5256 |
| UIN-Fonds Nr. 982 | Purchase | 8/13/2020 | 6,552 | 39.6468 |
| UIN-Fonds Nr. 982 | Purchase | 8/31/2020 | 4,394 | 41.0293 |
| UIN-Fonds Nr. 982 | Purchase | 10/2/2020 | 1,528 | 38.1627 |
| UIN-Fonds Nr. 982 | Sale | 11/1/2019 | (1,480) | 42.2947 |
| UIN-Fonds Nr. 982 | Sale | 1/15/2020 | (18,977) | 42.3859 |
| UIN-Fonds Nr. 982 | Sale | 9/4/2020 | (1,427) | 41.2738 |
| UIN-Fonds Nr. 950 | Purchase | 6/18/2019 | 3,750 | 41.6442 |
| UIN-Fonds Nr. 798 | Purchase | 6/18/2019 | 3,650 | 41.6442 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniGarant80: Dynamik | Purchase | 10/24/2019 | 3,907 | 40.2200 |
| UniGarant80: Dynamik | Purchase | 6/22/2020 | 1,770 | 36.4400 |
| UniGarant80: Dynamik | Purchase | 8/10/2020 | 1,713 | 38.9505 |
| UniGarant80: Dynamik | Purchase | 11/12/2020 | 900 | 37.1700 |
| UniGarant80: Dynamik | Sale | 1/29/2020 | (863) | 43.5863 |
| UniGarant80: Dynamik | Sale | 4/28/2020 | (3,044) | 37.4200 |
| DEVIF-Fonds Nr. 349 | Purchase | 6/18/2019 | 4,500 | 41.6442 |
| DEVIF-Fonds Nr. 349 | Sale | 1/16/2020 | (2,000) | 43.1250 |
| DEVIF-Fonds Nr. 89 | Purchase | 6/13/2019 | 3,450 | 40.6599 |
| DEVIF-Fonds Nr. 89 | Sale | 1/28/2020 | (1,300) | 43.2112 |