**Exhibit A: Details Pertaining To Stock**
**Ownership And Sales Referenced In The Amended Complaint**

**1. Kevin J. Ballinger Stock Ownership And**
**Details Pertaining To Class Period Sales Referenced In The Amended Complaint**

| Date | Approx. Boston Scientific Stock Ownership Before Sale | Boston Scientific Shares Sold | Approx. % Sold | Public Information On Sale |
|---|---|---|---|---|
| **Control Period Sales[1]** | | | | |
| 5/17/2017[2] | 86,230 | 12,776 | 14.8% | N/A |
| 5/17/2017[3] | 73,454 | 16,088 | 21.9% | N/A |
| 3/14/2018[4] | 113,954 | 9,375 | 8.2% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 2/12/2018. |
| 3/14/2018[5] | 104,579 | 33,428 | 32.0% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 2/12/2018. |
| 5/07/2018[6] | 102,207 | 31,056 | 30.4% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 2/12/2018. |
| 6/11/2018[7] | 139,637 | 700 | 0.5% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 2/12/2018. |

---

[1] The Complaint purports to compare certain of the Individual's Class Period stock sales (sales made between 2/06/2019 – 11/16/2020) with their stock sales during a "control period" (sales made between 4/28/2017 – 2/05/2019).  (AC ¶¶ 217-24.)

[2] Tab 44 (Mr. Ballinger's SEC Forms at 1).

[3] *Id*.

[4] *Id*. at 17.

[5] *Id*.

[6] *Id*. at 19.

[7] *Id*. at 21.

| Date | Approx. Boston Scientific Stock Ownership Before Sale | Boston Scientific Shares Sold | Approx. % Sold | Public Information On Sale |
|---|---|---|---|---|
| 6/11/2018[8] | 138,937 | 31,056 | 22.4% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 2/12/2018. |
| 6/11/2018[9] | 107,881 | 36,730 | 34.0% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 2/12/2018. |
| 9/25/2018[10] | 109,438 | 37,430 | 34.2% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 2/12/2018. |
| 1/03/2019[11] | 84,363 | 2,140 | 2.5% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 2/12/2018. |
| 1/03/2019[12] | 82,223 | 12,600 | 15.3% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 2/12/2018. |
| **Class Period Sales** | | | | |
| 3/01/2019[13] | 98,472 | 20,900 | 21.2% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 2/12/2018. |
| 1/03/2020[14] | 91,093 | 11,036 | 12.1% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 11/01/2019. |

---

[8]    *Id*.

[9]    *Id*.

[10]    *Id*. at 23.

[11]    *Id*. at 30.

[12]    *Id.*

[13]    *Id*. at 39.

[14]    *Id*. at 43.

2

| Date | Approx. Boston Scientific Stock Ownership Before Sale | Boston Scientific Shares Sold | Approx. % Sold | Public Information On Sale |
|---|---|---|---|---|
| 2/19/2020[15] | 97,625 | 1,757 | 1.8% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 11/01/2019. |
| 2/25/2020[16] | 101,526 | 5,658 | 5.6% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 11/01/2019. |
| 3/02/2020[17] | 95,868 | 15,783 | 16.5% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 11/01/2019. |
| 3/04/2020[18] | 81,881 | 1,796 | 2.2% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Ballinger on 11/01/2019. |
| **Mr. Ballinger left Boston Scientific in July 2020** | | | | |
| 8/06/2020[19] | Unknown | 88,959 | Unknown | N/A |
| 9/01/2020[20] | Unknown | 63,944 | Unknown | N/A |

---

[15]  *Id*. at 46.

[16]  *Id*. at 50.

[17]  *Id*. at 52.

[18]  *Id*. at 53.

[19]  *Id.* at 55.

[20]  *Id.* at 57.

**2. Daniel J. Brennan Stock Ownership And Details Pertaining To Control And Class Period Sales Referenced In The Amended Complaint**

| Date | Approx. Boston Scientific Stock Ownership Before Sale | Boston Scientific Shares Sold | Approx. % Sold | Public Information On Sale |
|---|---|---|---|---|
| **Control Period Sales[1]** | | | | |
| 7/11/2017[2] | 307,118 | 92,158 | 30.0% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Brennan on 5/24/2017. |
| 3/19/2018[3] | 339,392 | 60,209 | 17.7% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Brennan on 2/12/2018. |
| **Class Period Sales** | | | | |
| 2/14/2019[4] | 301,621 | 22,438 | 7.4% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Brennan on 11/30/2018. |
| 3/04/2019[5] | 325,543 | 64,223 | 19.7% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Brennan on 11/30/2018. |
| 3/14/2019[6] | 261,320 | 46,360 | 17.7% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Brennan on 11/30/2018. |

---

[1] The Complaint purports to compare certain of the Individual's Class Period stock sales (sales made between 2/06/2019 – 11/16/2020) with their stock sales during a "control period" (sales made between 4/28/2017 – 2/05/2019).  (AC ¶¶ 217-24.)

[2] Tab 45 (Mr. Brennan's SEC Forms at 1).

[3] *Id*. at 14.

[4] *Id*. at 18.

[5] *Id*. at 28.

[6] *Id*. at 29.

| Date | Approx. Boston Scientific Stock Ownership Before Sale | Boston Scientific Shares Sold | Approx. % Sold | Public Information On Sale |
|------|------|------|------|------|
| 10/02/2019[7] | 235,422 | 20,462 | 8.7% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Brennan on 11/30/2018. |
| 2/13/2020[8] | 250,710 | 20,463 | 8.2% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Brennan on 8/26/2019. |

---

[7]    *Id*. at 30.

[8]    *Id*. at 34.

### 3. Joseph M. Fitzgerald Stock Ownership And
### Details Pertaining To Class Period Sales Referenced In The Amended Complaint

| Date | Approx. Boston Scientific Stock Ownership Before Sale | Boston Scientific Shares Sold | Approx. % Sold | Public Information On Sale |
|---|---|---|---|---|
| **Control Period Sales[1]** | | | | |
| 2/07/2018[2] | 237,152 | 85,227 | 35.9% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Fitzgerald on 11/03/2017. |
| **Class Period Sales** | | | | |
| 2/12/2019[3] | 242,176 | 44,236 | 8.3% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Fitzgerald on 8/31/2018. |
| 6/28/2019[4] | 226,835 | 1,906 | 0.8% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Fitzgerald on 2/25/2019. |
| 7/01/2019[5] | 224,929 | 20,673 | 9.2% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Fitzgerald on 2/25/2019. |
| 12/13/2019[6] | 308,377 | 107,692 | 34.9% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Fitzgerald on 2/25/2019. |
| 9/11/2020[7] | 298,688 | 77,640 | 26.0% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Fitzgerald on 2/10/2020. |

[1] The Complaint purports to compare certain of the Individual's Class Period stock sales (sales made between 2/06/2019 – 11/16/2020) with their stock sales during a "control period" (sales made between 4/28/2017 – 2/05/2019).  (AC ¶¶ 217-24.)

[2] Tab 46 (Mr. Fitzgerald's SEC Forms at 8).

[3] *Id.* at 23.

[4] *Id.* at 35.

[5] *Id.*

[6] *Id.* at 37.

[7] *Id.* at 50.

## 5. Michael F. Mahoney Stock Ownership And
## Details Pertaining To Class Period Sales Referenced In The Amended Complaint

| Date | Approx. Boston Scientific Stock Ownership Before Sale | Boston Scientific Shares Sold | Approx. % Sold | Public Information On Sale |
|---|---|---|---|---|
| **Control Period Sales[1]** | | | | |
| 9/10/2018[2] | 2,139,770 | 116,666 | 5.5% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Mahoney on 8/09/2018. |
| 10/01/2018[3] | 2,023,104 | 116,666 | 5.8% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Mahoney on 8/09/2018. |
| 11/01/2018[4] | 1,906,438 | 116,666 | 6.1% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Mahoney on 8/09/2018. |
| **Class Period Sales** | | | | |
| 11/03/2020[5] | 2,219,628 | 259,207 | 11.7% | Represents shares sold pursuant to a Rule 10b5-1 trading plan adopted by Mr. Mahoney on 8/25/2020. |

---

[1] The Complaint purports to compare certain of the Individual's Class Period stock sales (sales made between 2/06/2019 – 11/16/2020) with their stock sales during a "control period" (sales made between 4/28/2017 – 2/05/2019).  (AC ¶¶ 217-24.)

[2] Tab 47 (Mr. Mahoney's SEC Forms at 13).

[3] *Id.* at 14.

[4] *Id.* at 15.

[5] *Id.* at 38.