UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re BOSTON SCIENTIFIC CORPORATION :
SECURITIES LITIGATION                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    Master File No.: No. 1:20-cv-12225-DPW
                                     :
This Document Relates To:
                                     :
     ALL ACTIONS
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF
JAMES R. CARROLL IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT**

I, JAMES R. CARROLL, pursuant to 28 U.S.C. § 1746, declare and state as

follows:

1.     I am a member of the bar of the Commonwealth of Massachusetts and of

this Court, and a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP,

counsel for Defendants Boston Scientific Corporation, Michael F. Mahoney, Joseph M.

Fitzgerald, Daniel J. Brennan, Shawn McCarthy, Ian Meredith, Kevin Ballinger and Susan

Vissers Lisa (collectively, "Defendants") in the above-captioned action.

2.     I make this Declaration in support of Defendants' Motion To Dismiss The

Amended Consolidated Complaint and for the purpose of transmitting to the Court true and

correct copies of the following documents:

1.          Transcript of "The Reveal Series: Lotus Edge and the New Era
            in TAVR Technology"[1]

---

[1]     For the convenience of the Court and the parties, these videos, which Plaintiff references
in paragraphs 226 through 228 of the Amended Consolidated Complaint, have been transcribed
by a court reporter.  Defendants stand ready to submit copies of the actual videos should the
Court desire to view them.

2.            Rule 10b5-1 Trading Plan for Michael Mahoney, dated August 25, 2020

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 19, 2021 in Boston, Massachusetts.

/s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com

*Counsel for Defendants*
*Boston Scientific Corporation,*
*Michael F. Mahoney, Joseph M. Fitzgerald,*
*Daniel J. Brennan, Shawn McCarthy,*
*Ian Meredith, Kevin Ballinger and*
*Susan Vissers Lisa*