UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re BOSTON SCIENTIFIC CORPORATION :
SECURITIES LITIGATION                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Master File No.: No. 1:20-cv-12225-DPW
                                                               :
This Document Relates To:
                                                               :
     ALL ACTIONS
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPENDIX OF PUBLIC RECORDS CITED IN MEMORANDUM OF LAW IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Dated:  July 19, 2021

James R. Carroll
Alisha Q. Nanda
Yaw Anim
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800

*Counsel for Defendants*
*Boston Scientific Corporation,*
*Michael F. Mahoney, Joseph M. Fitzgerald,*
*Daniel J. Brennan, Shawn McCarthy,*
*Ian Meredith, Kevin Ballinger and*
*Susan Vissers Lisa*

## TABLE OF CONTENTS

**DOCUMENT**                                                                                          **TAB**

Transcript of Boston Scientific Presentation at Jefferies Health Care
Conference (6/7/2016) ...................................................................................................1

Transcript of Boston Scientific Presentation at Morgan Stanley 15th
Annual Global Healthcare Conference (9/12/2017) ......................................................2

Transcript of Boston Scientific Q4 2018 Earnings Call (2/6/2019) ..............................3

Boston Scientific 2018 Form 10-K (2/19/2019) ............................................................4

Boston Scientific Press Release, "Boston Scientific Receives FDA
Approval for LOTUS Edge TM Aortic Valve System" (4/23/2019)
(available at: https://news.bostonscientific.com/2019-04-23-Boston
-Scientific-Receives-FDA-Approval-for-LOTUS-Edge-TM-Aortic-
Valve-System)..............................................................................................................5

FDA-Issued PMA Approval Letter for Lotus (4/23/2019) (available at:
https://www.accessdata.fda.gov/cdrh_docs/pdf18/P180029A.pdf)................................6

FDA-Issued "Summary of Safety and Effectiveness Data" for Lotus (4/23/2019)
(available at: https://www.accessdata.fda.gov/cdrh_docs/pdf18/P180029B.pdf) .........7

Transcript of Boston Scientific Q1 2019 Earnings Call (4/24/2019) .............................8

FDA-Approved Lotus Label (4/2019) (available at:
https://www.accessdata.fda.gov/cdrh_docs/pdf18/P180029C.pdf)................................9

Transcript of Boston Scientific Corporation Presentation at Bernstein's
35th Annual Strategic Decisions Conference (5/29/2019) ...........................................10

Transcript of Boston Scientific Analyst Investor Day 2019 (6/26/2019).....................11

Transcript of Boston Scientific 2019 Q2 Earnings Call (7/24/2019) ...........................12

Transcript of Boston Scientific Corporation Presentation at Canaccord
Genuity 39th Annual Growth Conference (8/8/2019) ..................................................13

Transcript of Boston Scientific Corporation Presents at 14th Annual
Wells Fargo Securities Healthcare Conference (9/5/2019) ..........................................14

Transcript of Boston Scientific Corporation Presentation at 31st
Transcatheter Cardiovascular Therapeutics 2019, with Presentation (9/27/2019) .......15

Transcript of Boston Scientific 2019 Q3 Earnings Call (10/23/2019) ........................................16

Boston Scientific Q3 2019 Form 10-Q (11/5/2019) ......................................................17

Transcript of Boston Scientific Corporation Presentation at Credit
Suisse 28th Annual Healthcare Conference (11/12/2019)..............................................18

Transcript of Boston Scientific Corporation Presentation at
Stephens Nashville Investment Conference (11/14/2019)..............................................19

Transcript of Boston Scientific Corporation Presentation at Stifel
2019 Healthcare Conference (11/19/2019).....................................................20

Transcript of Boston Scientific Corporation Presentation at Evercore
ISI 2nd Annual HealthCONx Conference (12/4/2019) ...................................................21

Transcript of Boston Scientific Corporation Presentation at Piper
Jaffray 31st Annual Healthcare Conference (12/5/2019) ...............................................22

Transcript of Boston Scientific Corporation Presentation at 38th
Annual J.P Morgan Healthcare Conference (1/14/2020)................................................23

Transcript of Boston Scientific 2019 Q4 Earnings Call (2/5/2020) .............................................24

Boston Scientific 2019 Form 10-K (2/25/2020) .............................................................25

Transcript of Boston Scientific Corporation Presentation at 9th
Annual SVB Leerink Global Healthcare Conference (2/27/2020)..............................................26

Transcript of Boston Scientific Corporation Presentation at Cowen
and Company 40th Annual Health Care Conference (3/3/2020)................................................27

Transcript of Boston Scientific Corporation Presentation at Barclays
Global Healthcare Conference (3/11/2020) .....................................................28

Boston Scientific Form 8-K (4/29/2020) ...............................................................29

Transcript of Boston Scientific Q1 2020 Earnings Call (4/29/2020) .........................................30

Boston Scientific Q1 2020 Form 10-Q (5/6/2020) .......................................................31

Boston Scientific Form 8-K (7/29/2020) ...............................................................32

Transcript of Boston Scientific 2020 Q2 Earnings Call (7/29/2020) .........................................33

3

Boston Scientific Q2 2020 Form 10-Q (8/5/2020) ........................................................................34

Transcript of Credit Suisse Fireside Chat (8/19/2020) ...............................................................35

Transcript of Boston Scientific Corporation Presentation at
Morgan Stanley 18th Annual Global Healthcare Conference (9/16/2020) ...................................36

Boston Scientific Press Release, "Boston Scientific Launches ACURATE
neo2™ Aortic Valve System in Europe" (9/28/2020) (available at:
https://news.bostonscientific.com/2020-09-28-Boston-Scientific-
Launches-ACURATE-neo2-TM-Aortic-Valve-System-in-Europe) .............................................37

Transcript of Boston Scientific Corporation Presentation at
Transcatheter Cardiovascular Therapeutics 2020 (10/15/2020) ....................................................38

Boston Scientific Form 8-K (10/28/2020) ....................................................................................39

Transcript of Boston Scientific 2020 Q3 Earnings Call (10/28/2020) .........................................40

Boston Scientific Q3 2020 Form 10-Q (11/5/2020) ......................................................................41

Transcript of Boston Scientific Special Call (11/17/2020)............................................................42

Boston Scientific Press Release, "Boston Scientific Announces
LOTUS Edge™ Aortic Valve System Voluntary Recall and Product
Discontinuation" (11/17/2020) ......................................................................................................43

SEC Forms for Kevin Ballinger Reflecting the Acquisition or
Disposition of Beneficially Owned Boston Scientific Securities
(4/28/2017 - 11/16/2020)[*]...........................................................................................................44

SEC Forms for Daniel Brennan Reflecting the Acquisition or
Disposition of Beneficially Owned Boston Scientific Securities
(4/28/2017 - 11/16/2020)[*]...........................................................................................................45

SEC Forms for Joseph Fitzgerald Reflecting the Acquisition or
Disposition of Beneficially Owned Boston Scientific Securities
(4/28/2017 - 11/16/2020)[*]...........................................................................................................46

SEC Forms for Michael Mahoney Reflecting the Acquisition or
 Disposition of Beneficially Owned Boston Scientific Securities
(4/28/2017 - 11/16/2020)[*]...........................................................................................................47

---

[*] Consecutive page numbers added by Defendants for ease of reference

4

FDA MAUDE Database Reports Regarding "Twisted Post"-related
Complications ........................................................................................................................48

Dated:    Boston, Massachusetts          Respectfully submitted,
          July 19, 2021

                                         /s/ James R. Carroll
                                         James R. Carroll (BBO #554426)
                                         Alisha Q. Nanda (BBO #657266)
                                         Yaw A. Anim (BBO #569512)
                                         SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                         500 Boylston Street
                                         Boston, Massachusetts 02116
                                         (617) 573-4800
                                         james.carroll@skadden.com
                                         alisha.nanda@skadden.com
                                         yaw.anim@skadden.com

                                         *Counsel for Defendants*
                                         *Boston Scientific Corporation,*
                                         *Michael F. Mahoney,*
                                         *Joseph M. Fitzgerald*
                                         *and Daniel J. Brennan*