Tab 1

Company Name: Boston Scientific Corp
Company Ticker: BSX US Equity
Date: 2016-06-07

# Jefferies Health Care Conference

## Company Participants

- Susan Vissers Lisa, Vice President-Investor Relations

## Other Participants

- Raj Denhoy, Analyst

# MANAGEMENT DISCUSSION SECTION

### Raj Denhoy  {BIO 6401100 <GO>}

Thanks, everyone, again for joining us. Again, I'm Raj Denhoy, the Medical Device team. Up next, we have Boston Scientific. From the company, we have Susie Lisa who heads up the Investor Relations Group. Susie has a few slides, and then we'll do Q&A up here and then also in the breakout. So, Susie, I'll turn it to you.

### Susan Vissers Lisa  {BIO 17580618 <GO>}

Great. Thanks. Thanks, everyone, very much for coming, and Raj, for the invitation. Our usual Safe Harbors apply. So, we'll be making forward-looking statements and just have 10 slides to run through.

I think the probably most important, what – if you'd like to know what you can expect from us, and I think first and foremost is a dedication to our commitment. So, you should expect to us to be able to consistently deliver on and ideally exceed our financial goals. And from an overarching standpoint, we aim to deliver consistent mid-single-digit organic revenue growth, continue the adjusted operating margin expansion, which combined should drive double-digit adjusted earnings per share growth excluding foreign exchange. And we're able to do that nicely in 2015 with 5% organic growth, over 200 basis points of adjusted operating margin expansion and 23% earnings per share growth on adjusted basis excluding FX. And again in Q1, where we were able to grow the top line 8%, again well over 200 basis points of adjusted operating margin and 41% adjusted EPS growth.

We're also keenly focused on patients, that was driving everything that we do at Boston Scientific. And through that, looking to address unmet clinical needs in the market and entering faster growth segments such as Structural Heart, Endoscopic Ultrasound, Mapping and Navigation, the Atrial Fibrillation segments, et cetera. So as we move into faster growth segments, some of our core slower growth markets like CRM and drug-eluting stents, that too has been driving our growth.

Company Name: Boston Scientific Corp
Company Ticker: BSX US Equity
Date: 2016-06-07

And category leadership is an important strategy for us and one you'll hear us talk about a lot. We believe firmly that depths within given physician specialty call point having the deepest portfolio and all the technologies and products that can help our physician partners address the most critical needs of their most complex patients is what's helping us drive above market growth.

We also have had a big focus on emerging markets. This is a relatively recent trend for us with our CEO who came into the job about four years ago. Two key changes, we're moving to global operating unit, so each of our seven businesses now are run as one global business, as one global P&L, and can make resource allocation decisions accordingly.

And also big focus on getting the right people in the right places in emerging markets. Previously, they've mostly been run through a heavily matrix structure with a lot of it happening out in Massachusetts and Minnesota, made a big push to hire local leaders from those local markets in emerging markets, and then fully register our products and a keen focus on physician training. We have over eight training centers in those markets called Institutes for Advancing Science, and we've been able to drive strong growth, 15% emerging markets growth for our full-year 2015, and that accelerated to 21% in Q1.

And then, big focus on leading globally. It's a strong product cycle year for us in 2016, really across all seven of our businesses, and we'll go into that in more detail in the Q&A. But we see more to come in 2017 and 2018 with additional strong product launches, such as the U.S. percutaneous valve market in late 2017 or early 2018, Deep Brain Stimulation in our neuromodulation business and others.

This is a quick schematic of the businesses that I talked about. We break them into three reporting segments: Cardiovascular includes Interventional Cardiology as well as Peripheral Interventions and our Structural Heart business is reported in that segment; on the right hand side, you have our Medical Surgical businesses of Endoscopy, Urology and Pelvic Health, and Neuromodulation for the treatment of chronic back pain and other movement disorders; and then, on the bottom there, you can see our Rhythm Management reporting segment which includes both Cardiac Rhythm Management, the implantable devices, as well as our Electrophysiology business, so therapeutic catheters and diagnostic catheters for treating other arrhythmias of the heart that can't be treated with implantables.

This is our performance since 2012 along those three metrics that I talked about with the consistent top line growth, adjusted operating margin expansion and adjusted EPS growth. So, you can see there the progress in 2012 to 2015 and our 2016 guidance is for 6% to 8% organic revenue growth, so continuing the improvement there. Adjusted operating margin, we have guided from 22.3% in 2015, the guidance for this year is 24% to 24.5%. So, if we hit the midpoint there, it should be roughly another 200 basis point improvement in 2016. And then, the adjusted EPS growth should continue something in that 20% type of range for adjusted EPS growth ex-FX in 2016, we're guiding to $1.06 to $1.10.

Company Name: Boston Scientific Corp
Company Ticker: BSX US Equity
Date: 2016-06-07

These are the five strategic imperatives that drive all of our businesses, and how we frame our annual operating plan and our strategic plan reviews, and how we drive our business on a quarterly, yearly and long-term basis. So we look to strengthen that category leadership that I mentioned, become a preferred leader, a partner to our physicians, (05:22) the podium presence, greater pull through the entire portfolio.

We're also looking, as I said, to expand into higher growth market, markets that are adjacent to our current call point. So, we often see or get asked about some of our slower growth end markets like drug-eluting stents and cardiac rhythm management. We see those relationships as key to faster growth markets. For instance, we have drug-eluting stents, those interventional cardiologist relationship are what – are helping drive our strength in the early days in the Structural Heart. Similarly, on Cardiac Rhythm Management, strength of relationships with electrophysiologists helps drive our Mapping and Navigation System, RHYTHMIA, and our other EP businesses.

Driving global expansion, I also talked about a big push in emerging markets. We're getting the right leaders in place, registering products, et cetera.

And then, really this fund the journey to fuel growth is our operating margin story. So, a lot of it has been gross margin driven to-date. Focus going forward, you'll still see some gross margin gains but more of a focus on operating expense reductions as we feel that many of the investments that we made in our emerging markets structure, in Structural Heart, et cetera that we can start to leverage some of those. And then, really a focus on people and developing key capabilities.

I talked about this, these are some of the key faster growth segments across all seven of our businesses that we're targeting. So in the MedSurg area, I think some of particular interests are endoscopic ultrasound technique. In Urology and Pelvic Health, it really is across the board, as now we're a combined entity with the legacy Boston Scientific franchises in kidney stones and then leveraging the Men's Health business that we acquired from AMS, it will be a year ago in August.

Neuromodulation, still lots of room to grow in the spinal cord stimulation market, but also excited to see new opportunities in movement disorder treatment through Deep Brain Stimulation. We're still early days with the launch in Europe, and hope to enter that market in the U.S. late 2017, early 2018.

I talked about some of the growth markets in Cardiac Rhythm Management already. And then, in peripheral and the cardiovascular side of things, lots of opportunity. Atherectomy is one of the fastest-growing segments. We're excited for essentially drug-eluting technologies to begin to take off here. You've seen strong receptivity to our drug-eluting stents, early days with our launch in Europe, that's ongoing now.

Currently, obviously drug-coated balloons have been an exciting therapy for patients both in Europe and the U.S. where we're partner with Bard and Medtronic. And then, atherectomy and our interventional oncology businesses are all some of what's been

FINAL

Bloomberg Transcript

Company Name: Boston Scientific Corp
Company Ticker: BSX US Equity
Date: 2016-06-07

FINAL

Bloomberg Transcript

driving strong growth in peripherals, which grew 14% in Q1. And we talked about the Structural Heart.

A little bit more with (08:02) some of the global expansion, this gives you some of the numbers around the emerging markets growth and our split of revenue by region. I did mention the 21% growth in emerging markets in Q1 after being up for the full year in 2015 about 12%. China continues to be a very strong story for us, and we're targeting 12% of total sales to come from emerging markets in 2016.

A little bit more of a deeper dive on the operating margin expansion. This has been our progress to-date. As I mentioned, a lot of it to-date has been driven by gross margin. And going forward, we see more of it coming from operating expense reductions as we remain on track to hit our target that we laid out in February 2013 to improve to 25% adjusted operating margin by 2017. So, we're on track just for that, as I mentioned, 24% to 24.5% is our goal for 2016.

And then, earlier this year, we laid out another long-term goal to get to 27% to 28% by 2020, and that will come from an ongoing mix of efforts, again some gross margin more of it driven by OpEx.

Just from a cash flow perspective, $1.5 billion is our adjusted free cash flow guidance for 2016 with the stretched goal to $1.6 billion. Priorities for cash this year are focused on debt repayment. We will repay about $215 million in debt. We remain committed to investment grade metric. And post our AMS acquisition, which is $1.6 billion, we need to pay down debt in order to save some of that (09:37) $2.5 billion range. And then, through EBITDA growth over time get that close to the 2.25 (09:41) in terms of our leverage.

We will continue to do a smaller tuck-in M&A as our capacity allows, and then third priority is to maintain flexibility for some of our ongoing liabilities, namely our mesh litigation and IRS transfer price litigation.

And that brings us back to where we started in terms of, again, from us you should be able to expect consistent mid-single-digit organic revenue growth, continued operating margin expansion and a continued double-digit earnings per share growth on an adjusted basis ex-FX. Okay. Thank you.

# Q&A

### Q - Raj Denhoy {BIO 6401100 <GO>}

Thank you, Susie. We have about 13 or so minutes for questions, because I can start with one, if anybody has any, please feel free to raise your hand. I think we're all still struggling with the 8% growth you put up last quarter, I guess medical device companies of your size aren't supposed to grow 8%, but...

### A - Susan Vissers Lisa {BIO 17580618 <GO>}

Company Name: Boston Scientific Corp
Company Ticker: BSX US Equity
Date: 2016-06-07

That's a good struggling, in fact.

### Q - Raj Denhoy  {BIO 6401100 <GO>}

Right. Right. I think what was somewhat surprising is where that growth came from, Endoscopy, Urology and Pelvic Health, those were up 11% and 12%, I think, respectively. Those aren't typically businesses that we focused on for Boston Scientific. But you, over the last several years, have made effort, it seems, to focus on those segments to get better growth out of those. Perhaps you could just talk a bit about that focus on Urology and Pelvic Health, Endoscopy, and where that growth is, what the products are, whether you can sustain that level of growth going forward here.

### A - Susan Vissers Lisa  {BIO 17580618 <GO>}

Sure. Yeah, that has been – a key strategy of ours has been overall portfolio diversification. So, away from slower growth end markets to faster growth end markets, to markets where there is more diffused competition and less pricing pressure, and strong demographics. And I think Endoscopy and Urology and Pelvic Health check the box on all of those. So, it has been a purposeful focus of ours. Perhaps the best evidence of that is the AMS deal, right, putting $1.6 billion of capital to work to essentially double our presence in urology and pelvic health business.

So, we see strong demographics, driving both those markets, age, just the diabetes, obesity on the urology and pelvic health side of things, 40% of erectile dysfunction patients don't respond to pharmaceutical therapies, et cetera.

On the endoscopy side of things, again it's age, obesity, and increased incidence of cancer, it's a big – there are a lot of oncology accessories for colonoscopies and essentially all cancers of the GI tract from esophageal and down.

So, I think strong demographics underlying that, and then really it is category leadership that's helping us drive stronger growth here. So, when you're 60% of the market like in Endo and partnered with physicians again on their most complex patients and bringing them new innovative technologies. So, pipeline too is helping drive this as well.

For instance, our SpyGlass DS Visualization System in Endoscopy, where instead of having to guess where you are in time and space in 2D fluoroscopy, now you have a digital image in 3D exactly at the point in the bile duct where you're trying to figure out where your biopsies should be taken from or how to remove stones or where the stricture is.

Similarly, in Urology and Pelvic Health, launching our LithoVue, single-use ureteroscope, again a visualization system that's helping drive pull through of the entire portfolio.

And I think one thing that we try and remind this truth (13:06) about is that emerging markets growth has probably been some of our strongest growing division have been Endoscopy and Urology, where it is very much about still an ongoing conversion of the standard of care. From open surgical procedures, for instance, a million bile duct stones,

Company Name: Boston Scientific Corp
Company Ticker: BSX US Equity
Date: 2016-06-07

procedures are done as open surgical procedures in China each year, and they are done as minimally-invasive endoscopic procedures anywhere else.

So, that's an ongoing conversion that's been driving strong growth there as well. So, I'd say, it's the portfolio, the category leadership, some important new product launches and then emerging markets growth certainly has been important part of it as well.

So, they did, as we said, grow 11% and 12%, That's probably about 2x the market, so part of the reason, in your next question about that 8%, right, we've guided 6% to 8% for the full year up from the 4% to 7% where we started. And part of that is that it's hard to grow at kind of 2x or more than 2x the market for a continued period of time. Certainly, an aspiration. And there is nothing that necessarily changes our competitive in roads that are coming, but that's probably tough to sustain. And that's some of why we think 6% to 8% is the right number.

### Q - Raj Denhoy  {BIO 6401100 <GO>}

Part of what we all saw in the first quarter was it seems like there was stronger procedure volumes kind of across the board. These were two categories that may have benefited from that. Did you, in fact, see stronger procedure volumes? Do you think that's sustainable, any thoughts there?

### A - Susan Vissers Lisa  {BIO 17580618 <GO>}

Yeah. Lots of questions around this. I think prior to the most recent quarter, we get questions on, what sort of benefit have you seen, if any, from the Affordable Care Act, et cetera? And it's always been tough for us to tease out, and don't think there has been a discernible benefits given most of our procedures are pretty acute and patients were getting reimbursed or the procedure was getting done one way or the other.

It does feel, all that being said in Q1, that the markets were probably about 100 basis points better. And I think is that – ACA is that arguably in some of the key markets four years or five years ago, there were rates of over implantation and then Appropriate Use Criteria were put in place, drug-eluting stents, ICDs (15:10) and then, arguably it depends on (15:11) price flung too far back other way. And it feels to us now like it's sort of settled out in this range that where volume growth is about right in line with annual insensitive (15:21) disease. So, it does feel a little better, tough to say exactly what it is, but it doesn't feel too hot to us in terms of where things have settled out.

### Q - Raj Denhoy  {BIO 6401100 <GO>}

Okay. A couple of the new product categories have gotten a lot of focus, MedSurg Structural Heart, but maybe we can focus on WATCHMAN for a minute. You received a very positive NCD last year. Anything you can provide in terms of how that adoption is tracking at this point. We hear very positive things from clinicians about that product, maybe if you could just update what you're seeing internally.

### A - Susan Vissers Lisa  {BIO 17580618 <GO>}

FINAL

Bloomberg Transcript

Company Name: Boston Scientific Corp
Company Ticker: BSX US Equity
Date: 2016-06-07

Sure. Thanks. Yeah. So, we are excited about the ongoing launch of WATCHMAN where we received the NCD, it feels like last year, it was February 8.

## Q - Raj Denhoy  {BIO 6401100 <GO>}

Yeah. Feels like a long time ago.

## A - Susan Vissers Lisa  {BIO 17580618 <GO>}

And so, it's effective as of February 8 for the broad patient population, this is a disease that affects the – essentially for patients with atrial fibrillation – non-valvular atrial fibrillation who had elevated risk of stroke. Our WATCHMAN devices closes off the left atrial appendage. So, it can reduce the risk of stroke and also eliminate the need to take lifelong oral anticoagulants, many of which are difficult to dose properly or patient just don't feel well while on them, and they are certainly elevated risk of bleed which can have significant quality of life impact. So, we launched the product in the U.S. in March of 2015 and said that throughout 2015, we exceeded our goal of launching the product in 100 centers in the U.S., and we have a similar goal in 2016, another 100 centers. And we remain on track to do that in 2016.

We're very pleased with what we've seen in terms of the patients outcomes here. We recognize we have a responsibility to develop this market. We're likely the only providers of left atrial appendage closure devices in the U.S. for probably at least two, three, maybe more years. So, responsibility to develop this market properly. So, a big focus on physician training, that's why we've gated opening just 100 centers per year. And we've seen procedural outcomes that have been better than those in clinical studies in terms of very low adverse event rates.

I think in terms of the patients being treated, it really is an unmet need, these are all from very elderly patients who don't have options, 40% of the patients who are prescribed oral anticoagulants who had elevated risk of stroke don't take them. So, they're walking around essentially just – essentially waiting for this to happen, and there are patients who are arguably hard to treat, hard to manage. So, I think physicians are really viewing this as helping them to meet a clear clinical need.

And the final thing I'd say with respect to the NCD, the effective date was February 8, we're still awaiting the implementation date and the key factors that are still gating that, so we should see very soon the certification of the registry by ACC. And so then, sort of find out (18:10) the systems go and will become push button from a CMS, from a Medicare standpoint. We're still awaiting that, we'd expect that in the next couple of months.

But in the interim, our hospitals are implanting and are able to record the data, et cetera, and then will ultimately be reimbursed. But it's still not – everything isn't just in place yet.

## Q - Raj Denhoy  {BIO 6401100 <GO>}

But you will limit it to 100 centers, so even if you got more demand for training, you would still say, look, we've got 100 this year, and then you can sign up for 2017?

Company Name: Boston Scientific Corp
Company Ticker: BSX US Equity
Date: 2016-06-07

### A - Susan Vissers Lisa  {BIO 17580618 <GO>}

We think that's the right pace. Yes.

### Q - Raj Denhoy  {BIO 6401100 <GO>}

Okay. The other book end in the structural heart business is the transcatheter valve business, which you noted you're hoping to get on the U.S. market in 2017 or 2018. Your product, the Lotus Valve, has put up very good data. There was 1,000-patient registry just reported, but the one sort of Achilles heel of that product remains the pacemaker rate, I think even in that 1,000-patient registry, you'd had a 30% pacemaker rate – permanent pacemaker rate, competitive products are third of that, even lower at this point. How is that product competitive when it has that kind of permanent pacemaker rate?

### A - Susan Vissers Lisa  {BIO 17580618 <GO>}

Yeah. I think it's clear. Really, the two selling features for Lotus Valve that have been driving the share gains and the strong growth are one, on that very low paravalvular leak which is what determines mortality rate, pacemaker rate doesn't. And then secondly, the ease of use, which I think maybe gets underestimated sometimes, so our device is fully repositionable, fully retrievable. And there are stable hemodynamics throughout the procedure. So, you don't have to sort of rapid phase or hurry up because you're blocking the aorta with the balloon. And we've heard physicians describing as it takes the stress out of a TAVI procedure. You also – where you place it is exactly where it lands, where it stays, because you're actually mechanically expanding it versus with the balloon, you can see it jump or self-expanding, it doesn't always stay where it – where you thought it was going to stay.

So, I think it really is the best-in-class paravalvular leak rates and then the ease of use. And on the pacemaker side of things, you're right, the residue did show much higher rate than we'd like to see, but we feel that we have identified product feature improvements such as our LOTUS Edge product, our delivery system that will be launching at London Valves in September, that is 14 French sheath compatible and more flexible sheath and also adds in our depth guard (20:26) technology which essentially will prevent physicians from going too far down into the left ventricular outflow tract which we believe is what has led to the high pacemaker rate.

In the interim though, it's been important that you have seen single centers report their data series already at single-digit pacemaker rates. So, (20:45) is the largest (20:48) to-date that's reported in Sweden and they've shown a 9% pacemaker rate. So, we know that it is possible. And you've seen other valves improve over time. So, we would expect to see -continue to do that. But in the meantime, it has been a nice growth story for us really driven by the outcomes and as well as the ease of use.

### Q - Raj Denhoy  {BIO 6401100 <GO>}

Okay. I think you've commented you have roughly 10% share in Europe, I think you said it...

Company Name: Boston Scientific Corp
Company Ticker: BSX US Equity
Date: 2016-06-07

*FINAL*

*Bloomberg Transcript*

### A - Susan Vissers Lisa {BIO 17580618 <GO>}

We haven't updated on the share number, but we have said about a year ago that within those accounts where we have launched was just about a third of the accounts. But more than being strong holds of our IC relationships that we thought that we had about a 30% share. So – and overtime, given the strength of our Interventional Cardiology franchise combined with the Structural Heart being the only U.S. players with left atrial appendage closure, we would expect to be a meaningful player in the U.S. market.

### Q - Raj Denhoy {BIO 6401100 <GO>}

Okay. Just in the last minute, I want to ask about the margins, that's the other piece of the story along with the top line growth, 25% is your target for 2017 for operating margins, you guys did north of 25% in the first quarter. You have talked about heavier spending in the back half of the year. But you're almost at your target already, so why should we not think you'll do better than 25% by 2017?

### A - Susan Vissers Lisa {BIO 17580618 <GO>}

Well, we have the 25% plus. There is some upside there. But one important thing in Q1 is with the suspension of the Medical Device Excise Tax, that's probably about 100-basis-point benefit to us, and we have clear programs in place to R&D and sales and marketing programs to drive long-term growth to make sure we achieve that mid-single-digit organic revenue growth. And those programs are now in place and fully up and running. But in Q1, it was more the planning phase.

So, there was a full benefit of the device tax exemption in Q1, and we will spend, make up for that over the next three quarters, full year of spending within three quarters. So, that's at least one part of it. But margin goals, we've said sort of regardless where we come out within the organic revenue guidance range committed to our margin goals.

### Q - Raj Denhoy {BIO 6401100 <GO>}

Okay, well. Maybe we'll leave it there, and we'll take it to the broadway room for the breakout. So...

### A - Susan Vissers Lisa {BIO 17580618 <GO>}

Okay. Thanks, Raj.

### Q - Raj Denhoy {BIO 6401100 <GO>}

Thank you, Susie.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect,*

Company Name: Boston Scientific Corp
Company Ticker: BSX US Equity
Date: 2016-06-07

*incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2021, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

FINAL

Bloomberg Transcript