# Tab 2

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX
# Company Conference Presentation
## Tuesday, September 12, 2017 1:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

**1**

# Table of Contents

Call Participants          ......................................................................          3

Presentation          ......................................................................          4

Question and Answer          ......................................................................          5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Daniel J. Brennan**
*Executive VP & CFO*

**Michael F. Mahoney**
*Chairman, President & CEO*

**ANALYSTS**

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**David Ryan Lewis**
*Morgan Stanley, Research Division*
Well, I think we're ready. Well, good morning. Thanks for joining us here for day 2 of the Morgan Stanley healthcare conference. I'm pleased to start it off this morning with Boston Scientific. And 2 members of management with me, Mike Mahoney, CEO; and Dan Brennan, CFO. Just once again, you heard this from me yesterday. Go to the Morgan Stanley research disclosure website and find some fun facts and tidbits about what I like to do on weekends.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**David Ryan Lewis**
*Morgan Stanley, Research Division*

But with that, help me kick it off. We all know Boston Scientific. For those of you in the room, this has been a top large cap growth pick for us for several years. And look, Boston has been the fastest top and bottom line grower for the last 5-plus quarters. I think the question now is what's the path to sustainability, reacceleration in the back half of the year and the sustainability of that growth profile. And that's where we're going to spend most of our time this morning. So I thought, team, I'd start with the second quarter results through the back half of the year progression, for Mike or Dan. So if you look at the second quarter, it's sort of a tyranny of success. You've been printing these upper single-digit numbers. You print a mid-single-digit number largely because of harder comps. And people ask, "Okay, what does that mean? Is it a signal for forward momentum?" But generally speaking, most of your businesses are very solid. The only business that was a little weak from that perspective was Cardiovascular. But if you think about the back half of the year, you're guiding to a little bit more deceleration in the third quarter within acceleration into the fourth quarter. So can you just walk us through, from a management perspective, what the second quarter meant to you? And how do you get back to reacceleration to the fourth quarter versus the third quarter, which was guided a little lower?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. I mean, quick. One is that Cardiovascular actually a bit slower but quite a bit faster than our peer group. This is what's important to us. Just before we go right to that, one, I'd take a step back and say, look at the last 3 years, '15, '16, '17. If you look at midpoint guidance with it, 7% organic growth CAGR. Double-digit EPS growth, nice margin improvement, less access to our cash flow. When we look at the next 3 years, as we showed in our LRP, it also shows a 7% organic CAGR, absent any M&A; strong margin improvement; commitment to double-digit EPS and much stronger cash flow in terms of usability. So I think it just shows a long-term consistency of high performance of above-peer growth when you look at those blocks of times rather than just each quarter. But then get into your specific question, we're very pleased with our first half performance. Growth quite a bit faster than the marketplace, improved margins. And we were guiding full year midpoint, 6% organic. And although a bit slower than it was the previous year, in the first half, still well above peers and it sets us up to another strong 2018. And so the thing that we look at is the strength and health of our company -- of our businesses. And with the exception of maybe spinal cord stim in the U.S., I think every one of our businesses has grown at least at market, most above market. So the businesses are very strong. We have lots of room for margin improvement. And we look at that broad perspective, we don't think there's another company -- or very few companies who can deliver that type of organic CAGR over a potentially 6-year period.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. So is there any concern, Dan, if you think about the third quarter, the fourth quarter dynamics, anything to point out in terms of why you're confident you can get that reacceleration, a comp adjusted fourth quarter versus a slight deceleration in the third? Is it just timing?

**Daniel J. Brennan**
*Executive VP & CFO*

Yes, and I think you make the point, which is a lot of it is the comps from last year. So we're looking at a 10% comp in Q3, 9% comp in Q4. And that's really the biggest reason for a bit of what you call the deceleration. So midpoint organic is 4% in Q3. Haven't given guidance for Q4, but you should see that a little higher, obviously, in Q4. We have some launches that could impact the fourth quarter. But the overall, being that 6% organic, again, with -- the quarters are interesting. But managing it for the consistency that Mike mentioned overall, will be a 6% organic here.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay, so the implied lower third quarter and the higher fourth quarter does not concern you, basing it at midpoint of the...

**Daniel J. Brennan**
*Executive VP & CFO*

If it adds up to 6% organic for the year, I think we call that a success.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. So kind of following this into 2018, you talked about this at the Analyst Day recently a few months ago. The goal, longer term, is to get to 6% to 8%. You're guiding next year to sort of 5% to 7%. I mean, some investors have asked you, we really wanted that 6% to 8% for 2018. Kind of irrelevant to get there long term. Is the factors, Mike, for next year, 5% to 7% versus 6% to 8%, it feels like the single biggest factor is really Lotus, right? In an ideal world, Lotus would have been ready, full commercial launch beginning of '18. It's probably going to be U.S., mid-'18. Is that really the principal factor? Or is there anything else [ we can assume for it ]

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, we likely would've guided to 6% to 8% if we were launching Lotus January 1. So we missed a good half year -- we missed a half year based on our estimates of Lotus in the U.S., the biggest market. So that's really the driver. We still think 5% to 7% organic, and likely we'll have some potential upside on top of that with M&A. But 5% or 7% organic, still well above market and the -- if we would've had Lotus January 1, it likely would've been a 6% to 8%.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. And kind of a related question, Dan, I mean, before the growth reaccelerated, the story of Boston for 18, 24 months was all about margin. And your margin performance has been 3 to 4x frankly to your peers, 200-plus versus 50 bps or less for your peers. For next year, you said more like 50 to 100 versus 100 to 200. The dynamics there once again, I mean, walk us through kind of what happens next year. My sense was you have all the commercial expenses from all these new products that sets you up for '19 and beyond, but you have half a year revenue. That's obviously going to weigh on margins. But I think investors would've been more expecting a 200 to 150 to 100 basis points of margin progression, sort of inverted where you're going to get 50-plus next year and get better than that at '19. So kind of walk us through that.

**Daniel J. Brennan**
*Executive VP & CFO*

I think that's fair. I think at the highest level though, that we've talked very openly about the 28% goal for 2020, and that remains the goal for our adjusted operating margin. The midpoint of guidance this year is 25.5%, so we have 250 to go to get to that 28% by 2020. And we the -- what we had laid out at Investor Day was around 50 for next year, 100 the following year, and 100 the following year to get to that 28%. The pieces that you mentioned are really the main factors, which is, it's kind of a once-in-a-lifetime opportunity to launch TAVR to the U.S. We want to make sure we capitalize on that, have a great commercial presence. There's some spend associated with that. And similarly, with the U.S. DBS opportunity. We want to make sure that we have the commercial infrastructure and the opportunity to capitalize on that. So those really are the 2 larger pieces, and that's -- when you get into ''19 and '20, you start to get more contribution from those adjacencies from things like TAVR, from things like DBS. In '19 and '20, you'll see Eluvia come to the U.S., our drug-eluting peripheral stent. So you'll burn off the clinical

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

expense there and start to see much more contribution from other adjacencies. So that's the story and the reason why it's the 50, 100, 100.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. So one last near-term question, then we'll get into the fun stuff. The other [indiscernible] dynamic was this nonop -- higher nonop expense for 2018. You kind of walked through the interest expense. You see contribution hedging. That $290 million, $300 million of nonop, is that still the way you see it?

**Daniel J. Brennan**
*Executive VP & CFO*

It is, yes. So this year, just to be clear, so this year we see about $240 million from interest: $30 million from the equity method dilution from our venture portfolio, and $20 million for the actual cost of our FX hedging program, so $290 million. See that likely being similar, maybe the buckets are a little different next year, but kind of in that $300 million range next year as well.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay, all right. So let's move into mid-growth drivers that get you kind of that 6% to 8% longer term. So the first thing, Mike, just as we think about the TAVR program and Lotus, how confident are you, you get back on the markets this year, in the international market or European market for Lotus EDGE, Lotus EDGE; and then next year, midyear timing for the U.S.

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, so our answers have been very consistent. We're delivering very robust quality expectations in Lotus. We have one time to launch this in the U.S. So we have automated a lot of the quality procedures to identify the issues, and the team's working through the regulatory process in Europe with DEKRA and also in the U.S. with the FDA. So we still believe year-end for PMA submission as well as year-end for a European approval of Lotus. And then when you combine that with our Symetis offering as well as in Europe, it will position us for a 2 tiered -- 2 offerings, quite frankly, with Symetis and Lotus in Europe, which would be very unique. And we'll launch Lotus, then get the benefit of that second half of the year. So it is looking to 2018, we'll have -- or 2019, the full year benefit of Lotus. The other thing I'd just comment on, on the margin. If you look at right now, we've got a number of major clinical programs in place. PI has 3. We have our Lotus. We have our Symetis programs in place. So that combination with the investing forward on our commercial spend, supports the 50 basis points improvement. But it really sets us up from a -- for stronger growth, as we said in our LRP period.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

So any chance the European approval comes around [ lung and valve ]? Is that just too early?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. That's too early.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. And the timing for mid-2018 for U.S. launch just comes down to the PMA timing.

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

So we get that filed by end of the year, 6 months...

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, if it takes less than 6 months, it'd come earlier. If it takes longer than 6 months, which we don't anticipate, it'd be longer. But we think -- we targeted end of June.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. If it comes any faster, are you prepared from a capacity perspective to execute the commercial launches of that?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, yes.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay, that's good to know. So when you think about TAVR, I think it's important for the growth investors in the audience, you talked about kind of '20 -- I think it was 2021, be at #2 share player. So I used my small brain to do the math, 15%, 20% of the TAVR market potential is a $1 billion opportunity, if you sort of assume it's a $5 billion market by 2021. What gives you the confidence in 20% share? If I think about your business last year, I feel like that European business, when Lotus was still in the market, was more around mid-single-digit type share. What gets you from 5 percentage-type share to 20% share over the next 4 years?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, so in Europe, we hadn't been able to penetrate the French market. It's primarily focused on Germany and the U.K. So weren't able to play in all the countries yet with reimbursement, which we're working through. That's probably not the best comparison, but we look at it as our cardiology business is very strong. We have an excellent commercial footprint around the world. Combine the uniqueness of our TAVR offering with Lotus, and then you add onto that the abilities that we have at WATCHMAN and the share of mind that it has with interventional cardiologists as well as our SYNERGY Stent and Complex PCI. So we think with a differentiated valve, which we have with Lotus, and you add onto that our WATCHMAN capabilities and the kind of adjacency benefit of our DES portfolio, Complex PCI, we think it's a unique offering for cardiology for hospitals. And we also have a very differentiated valve that has superiority versus CoreValve based on the study that we just ran. So this is not a new customer for us. Our team's been prepping for a long time. We have a clinical sales force team ready to go, and we'd be highly disappointed if we have less than 20% share 5 years from now.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. You did show in head-to-head trials some superiority relative to first-generation CoreValve on some specific clinical endpoint. If you, you're running similar trials or planning to increase 4 and 5 against the SAPIEN 3, which is really the best-in-class valve, is equivalency with SAPIEN 3 enough for you to execute your strategy, if you're just as good as SAPIEN 3?

**Michael F. Mahoney**
*Chairman, President & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, we do think it's -- I think the answer is yes, we do think Lotus is better. We think the mechanical properties and the way you can position a Lotus Valve is very unique. It's very unique for complex patients. And oftentimes, you build a lot of trust with cardiologists. We help them out with their most complex cases. So we think the mechanical ease-of-use properties are differentiated, the PVL rates are best-in-class, and the stroke rates continue to -- I'm sorry, the pacemaker rate continues to come down with Lotus EDGE. So we think we've got a at least on-par offering, and I think superior ease-of-use characteristics of it. And then you combine that in the future, if you look out, we'll eventually have Symetis also approved in the U.S. if you look at the LRP period. And that also will have a skirt to reduce PVL. So I think we'll have a unique offering with both Lotus as well as ACURATE in Europe next year and also coming to the U.S. And therefore, with the strength of our cardiology sales force and WATCHMAN and share of mind, it would -- it'd be disappointing to have less than 20% in 2020 -- 2022.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay, best-in-class distribution, you get 2 different valve platforms. You're going to have head-to-head clinical evidence in the U.S. Do you need to use price if you have those 3 things? Can you price at parity in the U.S. and still get to 20%?

**Michael F. Mahoney**
*Chairman, President & CEO*

We're not going to share our whole pricing strategy, but we think this is an excellent valve. And so there's no reason for us to be a discounted price strategy. So you won't see us doing that, and we think the characteristics of Lotus Valve deserve at minimum on par with Edwards, in terms of pricing.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. So I feel like all this is focused on TAVR. There's been less focus on left atrial appendage or WATCHMAN. You sort of disclosed at the Analyst Day, you kind of have 1% penetration in the market, which kind of equates to $250 million business. But you're all alone for at least another 3 years probably. Can WATCHMAN be $1 billion business by 2021, 2022?

**Michael F. Mahoney**
*Chairman, President & CEO*

We haven't guided to that, but it could as long as we continue to drive our utilization. We said in the Investor Day, every 1% of utilization drives $250 million of revenue. That's a U.S. number. We'll launch in Japan in -- I think it's 2019. So it's -- all our focus now, we continue to open new centers, which is great, but most of our focus is on driving increased utilization, having great outcomes, driving awareness and increasing the referral pathway, it's on these various utilization efforts. We have TV ads in place. We have a lot of digital activities in place to drive more awareness. So it's incumbent to us to continue to drive awareness, have great outcomes and improve utilization. And as you said, we don't have a competitor coming for a while. When that competitor comes, we'll have second generation valve in the U.S., and we'll have a lot of clinical science behind our product. So it's really -- it's a great situation we have right now. Reimbursement's very good, and we just continue to press every lever we can to improve utilization and great outcomes.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Yes, I think one of the things I find investors don't appreciate is, if you think about your top and bottom line growth rates that are being achieved without your TAVR platform, you're basically getting 6, 7, 15-plus underlying. I mean, that's worthy of a multiple -- several turns multiple [indiscernible] business. When you think about your 6% to 8% organic growth that you sort of said that you're trying to get to, I mean, look, if you deliver this $1 billion of TAVR, we're talking about 2 to 3 points of growth in some of those years as you're hitting that inflection curve, not to mention what happens with WATCHMAN. So as you think about that 6% to 8%, is the difference between 6% and 8% in your mind heavily dependent

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

on what happens with TAVR and the WATCHMAN programs? And is there a chance you can surpass 8%, frankly, when you consider executing Lotus, WATCHMAN and the M&A story?

**Daniel J. Brennan**
*Executive VP & CFO*

I think that's probably fair, that it's probably one of the largest swing factors in the -- where we go from '19, '20 and beyond, is how successful we are in TAVR, and to Mike's point, where we plan on being successful in TAVR. So that's a range that's 3 years out. We think that's a good range for now, that 6% to 8%. Not a lot of companies, I think, could say that they've consistently done a 6% or 7% organic CAGR over a 6-, 7-year time frame.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay, but you're talking about 2 products that could add really 20% to the revenue base of the company over the next 4 years, right? So it's...

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, when you look at Lotus and ACURATE and WATCHMAN, yes. I have, yes.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. Your litigation on the TAVR program, you pointed out several times, Mike, and again at the Analyst Day, about your intellectual property position as it relates to the skirt, one of the core technologies around the Lotus. Where do you sit now on your strategy as it relates to litigation U.S., ex-U.S. in the TAVR market?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, we won't provide much color on this. We have 2 patents in Europe that were found infringed. And we have some important proceedings that'll take place in the spring in the U.S. And so we continue to believe our patent portfolio on Lotus is unique. I think it directly impacts the PVL rates, and we continue to push those forward.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. The market that we've always talked about in our notes that no one really focuses on is the MedSurg market. It's 1/3 of the business. It's grown close to 10% for 8 straight quarters. There's virtually no medical device franchise of that size anywhere that's sort of done that. In terms of the durability, and that was the key question at the Analyst Day, SpyGlass, LithoVue, multiple products there. Maybe talk about some of the key products that were not focused on MedSurg, and how confident are you that, that the business can continue to deliver in that upper single-digit range?

**Daniel J. Brennan**
*Executive VP & CFO*

The beauty of particularly endo and uro in the MedSurg, because neuromod is also in there, is the markets, right? So the markets grow mid- to high single digits. We've consistently outgrown those markets, particularly in those 2 businesses. And it's not one product. Spy and LithoVue get a lot of press, and they should. They're unique. They're disruptive. They're totally new markets that we're entering in those spaces. But there's -- we talk a lot about TAVR and LAAC as kind of being the one product within IC that people want to focus on. The beauty in endo and uro is there's dozens of products. So when you look at Endoscopy, there's a hemostasis clip that we have, the Resolution 360, that's done fantastic. We have metal stents, biopsy forceps, dilatation devices. So there's not -- it's not dependent on one device or one product to drive the growth. And the same thing in urology. Urology's been on fire, obviously, the last 6

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to 8 quarters as well with double-digit growth. And that -- it's not only stone procedures, but it's also the male urinary incontinence and the erectile restoration business is starting to see much faster growth rates than the 2 to 3 that they were at when we bought them. And so that overall business, particularly in endo and uro is -- we're excited about the durability there. I'm also excited to let you know that the -- we've successfully cleared the AMS warning letter, so a huge shout out to the team in Minnetonka for all the work that they've done to clear that. And the great news with that is now we can take all the efforts and time and resources that were pointed at remediation and put them on new innovation for that business, which is an exciting day for the men's health business.

**Michael F. Mahoney**
*Chairman, President & CEO*

The other thing besides the portfolio with MedSurg, if you looked at Asia or Latin America, 5 years ago, probably 90% of our sales were cardiology. And of that, most of it was drug-eluting stents, and MedSurg was almost nowhere to be found. And so we've put a lot of investment over the past 5 years in the emerging markets with our MedSurg business, and now it does a number of things. One is, it enhances the growth profile of those MedSurg businesses, but it also diversifies and balances our portfolio in those regions. So we're not relying on drug-eluting stents to grow our business in Latin America and the emerging markets, like we were historically.

**Daniel J. Brennan**
*Executive VP & CFO*

And urology, which used to be 85% domestic, is now moving much closer, as endo has for many years, to try to get that 50-50 international-U.S. mix.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

So there are 2 companies we talked about when we think about emerging markets that have -- that are sort of a new line company or sole line company: And Medtronic, that's been there a long time. Boston and Bard made massive investments in EM starting 3 and 4 years ago, so in the last 6 to 8 quarters. And some of those quarters, you were posting 20% growth or better on 10% of your business. So that's contributed 2 points of growth to the corporate profile. So what is the sense of what your EM franchises can grow? I mean, can you get that EM business to 15% if you continue to drive upper teens by growth rates in emerging markets going forward?

**Daniel J. Brennan**
*Executive VP & CFO*

It's been our goal to get to 15% of our overall mix. Some of the M&A that we've done has been more U.S.-oriented, which has kind of tempered that near-term goal. But we eventually want to get to 15% of our overall mix in emerging markets. But we've had very strong growth there, and we don't see that stopping given the diversity despite some of the pricing pressures you see in DS. That's being overcome by the addition of these new mix of businesses that we have: physician training, R&D capabilities, now we have 300 R&D engineers in India. We have about 100 in China. We've got physician training centers. Our BU leaders are measured by their global results, and they see the growth profile, especially in MedSurg and in PI, quite frankly, and EP in these markets. And then we're investing disproportionally there, and we'll fund resources away from historic growth markets. So we don't see that our kind of 4-year trend in emerging markets stopping. We see that continuing.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. There are probably only 2 businesses in the entire Boston portfolio that are probably growing only at market or below your peers. And you talk about wanting to grow faster than peers. One of them is in MedSurg versus Neuromodulation, specifically in the U.S. So what is the strategy for growing above market, Mike, in the future in U.S.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael F. Mahoney**
*Chairman, President & CEO*

That's -- what we do in the second quarter? I think 12% or so in -- around 14%? Yes, so 14%'s pretty good for the overall business for neuromod. It's been bolstered a bit by strong growth in international markets where again, we weren't -- didn't -- we're not a player at all. And now we're about 80-20 U.S.-international versus 99 to 1. So that international growth is helping to bolster it as well as the launch of DBS in Europe. It's kind of giving us the overall growth profile of 14%, but it's been slower than market in the U.S. But we feel very confident in our spinal cord stimulation in the U.S. business, the cadence of platform that we have coming over the next 3 years. Really the great results from the recent study that we did that showed 1k is as effective as 10k and it reduces the -- prolongs the battery by 2/3. So we'll continue to focus on our waveform strategy, our frequency strategy to show that the flexibility of waveforms is critical for physicians to control patient's pain that moves. And we have a very strong commercial team, strong cadence of new products, and we continue to globalize that business, which helps offset any near-term weakness -- not weaknesses, maybe slightly below market, I would say, in the U.S.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. So you don't think -- some of your other players are responding to incumbent competition by investing in different platforms or launching new platforms. And you, you're confident you have the platform you need. It seems like you're adopting sort of a frequency, and waveform-agnostic platform. You're just going to throw a lot of things at the patient to solve pain?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, we're not really throwing a lot things. We're throwing a platform to the patient that gives that patient the most flexibility to manage the pain. And with that, you'll see platform enhancements over the next 3 years in addition to that, that we haven't disclosed much of.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. The other market is AF, right? So it's kind of a -- been sort of a duopolistic market for 15, 20 years. And the 2 emerging players trying to get into that market are Medtronic and then yourselves. Where do you think you sit? You bought a business from Bard. You bought an imaging system, so you now have more of the components now than ever before, and you put up some actually interesting growth rates just the last couple of quarters. But are you happy with who you are in AF? And...

**Michael F. Mahoney**
*Chairman, President & CEO*

No. It's an area that we spend a disproportionate amount of time on given the size of this business within Boston. And the reason we do that is because we love the market. We like the margins in that market, and the complementary nature of our CRM business. So it makes a lot of sense for us to continue to invest in EP, disproportionately within BSE, which we're doing. But it's not something you just fix overnight. So we're pleased we're getting or approaching kind of at-market growth rate the last few quarters. We have a strong cadence of new therapeutic catheters approving -- coming, and we'll continue to invest. The -- also, the operations of that business, most of the R&D now is done in Minnesota, so we can leverage our CRM capabilities with catheters and [indiscernible] growth. So we have much more efficient, productive R&D cadence than we did a few years ago. The arrhythmia platform is proving very, very, we think, disruptive. We gained a lot of traction with that, and so we think there's bright days ahead of us in the EP business, the market is so strong. So we're a long way away from being -- it's probably the only business where we don't have good category leadership. That's the one we don't yet, but we have very strong support from our physicians with CRM. That helps us a lot, and we're very committed to that specific business.

**David Ryan Lewis**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Morgan Stanley, Research Division*

Okay. Let me transition from growth for a second. Dan, back to you on margins. So one of the problems with continuous success in margins, everyone asks you how do you continue to do that kind of performance in the future. So if you said '14 to '17 versus '18 to '20, how does the component of margin improvement in Boston shift a little bit in the next 3 to 4 years that gives you the confidence, frankly, that you still have a lot of runway?

**Daniel J. Brennan**
*Executive VP & CFO*

Yes, I think if you look at '14 to '16, that 3-year period, that was almost 100% driven by gross margin. So we needed to make investments in the business, the things you covered, things in emerging markets and other SG&A investments to get to scale. So that's kind of stayed flat, and then gross margins payed the bills from '14 to '16. For '17 to '20, it shifts down to the lower part of the P&L. So gross margins still will improve, but not as a rapid a rate as it has. And then SG&A and R&D will pick up the slack. So SG&A, it's across the entire company. No stone left unturned, things like facilities, consolidation and globalization, indirect sourcing and direct sourcing programs and then business processes. I mean, I could go on and on. For R&D, we're in a 10% to 11% band right now that we -- is our guidance for this year. And frankly, we don't need to be at that, call it, 10.5%. We don't need to be at that 10.5% to fuel the engine for the company. And so that's more of an efficiency and leverage play than it is on the SG&A, where we're really focused on leaning and eliminating waste.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

So you've become kind of famous for your approximate margin targets, right? It's approximately 25%. It's going to be approximately 28% for 2020. And you can draw a truck through these approximates, squiggly lines. So I noticed though, at 28%, your business is kind of a 0.38 OM/GM kind of company. Your peers are kind of 0.4, 0.45. So the people who say to me, they're done at 28% in values. If you just got to peer based operating expense margins, you're talking about a 31%, 32%-type margin structure business. So you've talked about 30% and beyond being target after 2020. Those look very doable based on your peer set. What's the likelihood 30% is a legitimate target for 2020?

**Daniel J. Brennan**
*Executive VP & CFO*

Yes, I think on your metric there, I think that's -- one of the reasons for that metric is that we're probably best-in-class relative to gross margin. And we're -- our SG&A and our overall OpEx is higher than we'd like to see it, so that's the reason for the metric. Relative to 28%, I think we spent time on how we get to that. And in terms of 30% and beyond, we've said very publicly again, we think we can get to 30% and beyond that post 2020. And that's really -- consistently, there's no substitute for consistently growing top line, and that's -- we're maniacally focused on making sure we have that in the investments we make. And then there's still much more we can do relative to gross margin and OpEx beyond that. So there's no reason why we can't get to 30% and beyond. There's nothing structurally. There are other companies that operate at that level, and that's our goal.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

And so Mike, I think about -- you have TAVR. You've got WATCHMAN. Another thing people think about at the Analyst Day was you talked about $13 billion of additional adjacencies, so those people are getting very myopically focused on 2 products, but should probably take a look at the other adjacencies. I mean, I guess the message I came away with at the Analyst Day was that 6% to 8% top line -- and Dan, your commentary on margins is very important to me. You're kind of painting a picture of 6% to 8% top line, 15%-plus bottom. It doesn't just end in 2020. It feels like that number really extends through 2022 at a minimum.

**Michael F. Mahoney**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chairman, President & CEO*

That's the slide that we share with employees. We're doing very well now. We consistently are doing very well versus our peers in most all of our businesses, which is what we expect. But we're entering in the $13 billion of new markets over this next 3-year period, that our markets that are -- exist, and that we have disruptive platforms to move into with generally the commercial capabilities that we need. And we have less than $300 million sales in those markets today. So you have that, and then you have a stronger balance sheet to use more productive uses of cash for appropriate M&A or share buyback in the future. And it just gives us a lot of confidence that we can be successful in moving to that $13 billion of new market. And what it does is it just continues to strengthen the diversity and growth profile of the company. We are very much in a low-growth business, 5 or 6 years ago in CRM and DES, that is not Boston Scientific. That's a legacy view of Boston Scientific. And the market portfolio mix that we have shifted and will continue to shift to really supports a faster-growing company. And these new markets run into $13 billion. We have very strong platforms, not just ideas, it's why we want to get into this endoluminal surgery. It's actually a cadence of products that we've either acquired inorganically to do well there.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Let's wrap up with this inorganic commentary, because you're going to get talk to a lot about this more in the next few years. You've got $6.5 billion of cash, Dan, '18 through '20. Some that's encumbered with some liabilities in the latter half or beginning of 2018. But look, you still talk about $5.5 billion, $6 billion of unencumbered cash over the next 3 years, and you haven't had that in the prior 3 years. So we talked about the triple threats growth margins and now the balance sheet. I think investors have forgotten how much transformation has happened: S-ICD, WATCHMAN, Lotus have all been acquired technologies I think you've driven strong returns on. So where should we look for, Mike, in terms of the deployment of this capital. When we look at the venture portfolio, is it core adjacencies? And how impactful do you think the acquisitions can be to growth if you're talking about 1 point, 2 points a year?

**Michael F. Mahoney**
*Chairman, President & CEO*

Well, I think because of these -- the adjacent markets that we're expanding into have such a healthy growth profile, the endoluminal surgery, all the structural heart capabilities, you'll likely see us continue to focus on M&A that strengthens our category leadership, our portfolio of capabilities in these faster-growth markets. We don't feel like we need a whole new leg of the stool into orthopedics or into general surgery or something like that. [indiscernible] It's all good. I just don't feel like -- we don't need that. We have so much growth opportunities in front of us in the markets that we're expanding into. We'll do everything we can to continue to tuck-in products that strengthen that leadership position to ensure that we deliver against that $13 billion market opportunity.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

So we should expect acceleration of M&A activity back half of '18 after the liabilities are exhausted, is that a good way of thinking about it?

**Michael F. Mahoney**
*Chairman, President & CEO*

I -- we don't look at it that way. We have capacity today, and we have a disciplined team. We look at the strategic fit. We look at the financial returns. We walked from some deals that were recently announced, but we also have a venture portfolio now of over 30 companies. So over the past 3 or 4 years, when we were a bit more cash constrained, I think we were prudent to be more aggressive early stage investing. There's probably 3 to 5 companies in that mix that we'll likely seek to acquire in the next 2 years within our venture portfolio alone.

**David Ryan Lewis**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Morgan Stanley, Research Division*

Okay. Unfortunately, we're out of time. Thanks so much for joining us. Mike, Dan, thanks for being here.

**Michael F. Mahoney**
*Chairman, President & CEO*
Thanks, David. Appreciate it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.