# Tab 10

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX
# Company Conference Presentation
## Wednesday, May 29, 2019 1:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................ | 3 |
| Presentation | ................................................................ | 4 |
| Question and Answer | ................................................................ | 5 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Michael F. Mahoney**
*Chairman, President & CEO*

**ANALYSTS**

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Unknown Analyst**

Great. Well, good morning, everybody, and welcome to SDC. We are thrilled this morning to have Mike Mahoney, CEO of Boston Scientific. Mike -- we've got question cards around the tables so feel free to fill them out, and we'll bring them up here and fit them in as we can. Mike is going to kick us off with just a few introductory remarks and then we'll jump into the Q&A.

**Michael F. Mahoney**
*Chairman, President & CEO*

Good morning, everyone. We're better than Boeing and McDonald's. I'm glad you showed up at our conference room. This growth, less controversy. Just I've been with the company for 8 years now and very -- we have our Investor Day coming up in -- what, Susie? A month or so, 45 days. We'll talk about the future of the company during that Investor Day conference as well as a bit here. But the company is doing extremely well. We've really transformed the company over those 8 years from a turnaround where we used to grow kind of at market to where we're consistently growing well-above market. Really our goal is to maintain a durable top-tier revenue growth, and we really see that through this year as well as through the following 3 to 5 years based on the diversification and strength of the portfolio.

The company also has the ability to continue to improve operating margins, and we do so in a consistent steady pace to drive leverage across the business. And also excitingly, I think many of you know just our ability to access our free cash flow going forward. It's really significant for us. We were legally encumbered with a lot of legal liabilities and tax situations that have basically been -- now are in the rearview mirror. So we really have much more access to unencumbered free cash flow to invest appropriately and also long-term durable, very, very competitive tax rate.

So we think that mix is really important. Also, I think we have a extremely highly engaged company. Our employees are very engaged. It's very much a global company, and we're really focused on our mission of advancing science for life.
So if you have any interns or daughters or sons who want to work, we're always open for business, but the company is performing very well and our team is very, very enthused about the future.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Analyst**

Great. Thanks, Mike. So maybe we'll start high level and then dig into the businesses. Maybe to start, discussion on U.S. health care reform is certainly not new but the debate has been particularly intense lately. Health care stocks have underperformed. Some investors worry about what Medicare for all might mean for the sector. So looking forward, how do you think about this debate and how it could have an impact on medtech markets where you participate?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. I think most medtech stocks have done fairly well over the prior -- the recent past. I think when I look at the medtech market itself versus maybe some others, I think you have a market where there's less single-player companies that dominate a segment. You typically have a bit more competition in most segments. You have a pricing environment that -- we have very low negative double-digit -- negative single-digit, very low negative single-digit pricing. Think of it like around negative 2%, but we see that potentially getting a little bit better as we continue to transition away from our slower-growth markets.

So I think you have environmental pricing. You don't see companies raising price as significantly as maybe other sectors. And I also think a few things for Boston. One is a bulk of our products -- as countries are trying to increase access and reduce costs, the bulk of our products today are oftentimes nonelective procedures with their acute events. And the other thing that's really different from Boston Scientific is we try to disrupt surgery and we try to disrupt pharmacy -- pharma companies. So we're really an interventional medicine company. So we reduce the length of stay, we eliminate surgeries, we try to get patients off drugs. So we think we go with the grain of health care much more so than maybe some other segments do. And for those reasons, I think we're -- I wouldn't say completely shielded, but we agree with the increasing access and reducing cost. But if you can do things less invasively, reduce the number of stays in the hospital, get patients off medications, you're really going with the grain of health care. So it's a debate that will probably rage for the next 10 years as well, but we think we're pretty well positioned based on the diversity of our portfolio and our focus on interventional.

**Unknown Analyst**

Great. Great. Okay. Q1 organic growth came in a little bit below expectations at 6.3%. Happens very rarely for Boston. You ran into a few unexpected headwinds, FDA mesh, paclitaxel concerns, sterilizer -- sterilization supplier issue and some market softness in a couple of spots, spinal cord stim and drug-eluting stents. You're guiding to acceleration over the course of the year. Help investors prioritize the drivers of acceleration through the rest of the year, 2020.

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. So I think another thing that's nice about our business is it's difficult to -- it's predictable. You see the clinical trials, you see where the products are coming from and so we -- that's where we feel comfort in our longer-term outlook. So we guided organically to 6% to 7% then you have another 100 basis points of M&A on there. That takes it to 7% to 8%. Is that correct? 7 -- sorry, 7% to 8% organic; 8% to 9% -- that's why I need Susie up here with me. Sorry, 7% to 8% organically, 8% to 9% operationally.

And we feel very comfortable with that guidance. We have a number of key drivers in the second half. First, related most importantly to product launches and product cadence. The first would be really in our structural heart category. We're really excited about this LOTUS Edge launch that we're just initiating now. I was just at PCR last week in Europe. We're ramping up supply for that product. There's a demand for a differentiated valve in the marketplace.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

The second big category in structural heart is our ACURATE neo valve or TAVI valve, which will have a next-generation neo2, which will have a reduced -- further reduced paravalvular leakage rate for that platform. And we're also expanding into France as well as other Asian markets.

And then you have along with that, in structural heart, our ongoing growth of WATCHMAN and pending approval and reimbursement that we see in Japan, which should be a very, very big market for that in the second half. And really to go with that, our team has done a great job with the Claret acquisition, and we've significantly ramped up our ability to supply that product. And you'll see the impact of that in the second half.

And so we think Protected TAVI, where you can reduce the risk of stroke while you have a TAVI procedure, will become standard of care over time. And so freeing up capacity along with that, with our ACURATE neo valve, with our LOTUS Valve and then the added benefits of WATCHMAN is very, very strong. And then in PI, we have this VENITI launch that we just received FDA approval for and we'll close the BTG acquisition hopefully this summer here pretty quickly. And with that, we expect some nice synergies, not only cost side but also revenue side.

Then we have some other products, the D scope, our disposable scope as well as some improvements we have in our deep brain stimulation. So the big one is product cadence that we have. The second thing that we have is we have some of our acquisitions that will turn organic. There's 3 of those. That will have some impact in the second half of the year. And then the third one, which is the fact is selling days. So based on our accounting calendar, we have 1 less selling day in the first half of the year, 1 more selling day in the second half of the year and that adds quite a bit of growth to the second half. So we feel comfortable with that guidance, and that gets us to the 7% to 8% organic, which would be 8% to 9% operational, which would be certainly on the upper tier of the medtech peer group.

**Unknown Analyst**

Great. Excellent. Lots of drivers there we'll pick up on in a minute. Maybe a couple of questions about margins. In our view, Boston's relatively decentralized structure is a meaningful competitive advantage. How do you give the different business units independence they need to [ succeed ] while still driving consistent and meaningful SG&A leverage at the corporate level?

**Michael F. Mahoney**
*Chairman, President & CEO*

So we spend a lot of time on that. So we've consistently improved our operating margins this year. I don't have the dates over the past 8 years how much we've improved, but we've improved it significantly and we see a path to do plus 30% operating income margin over the coming years. And so kind of in that 50 to 100 basis points range per year. And the way we get there is we clearly invest long term, we're at the higher end of our peer group in R&D, but we see leverage across those businesses. And so we do run things -- our business units in a decentralized way, but we also drive a lot of cost synergies and leverage across the business.

So if you're running a global business unit for, say, Endoscopy, you'd be responsible for our global sales and global operating income. And the goal is to grow our sales faster than the peers and our income faster than sales but with the exception of EP, where sometimes we're a bit above market, sometimes at market, sometimes below market.

Every single business across BSC, with the exception of that business, has consistently grown above market. And in parallel with that, we're having all these new growth drivers that we can talk about that leads to the growth over the next few years. So you're responsible for that -- with that as a strategy, our focus on clinical, our portfolio prioritization.

But then we also drive leverage across the operational footprint. So our manufacturing supply chain, IT, quality, global reg is very much centralized. And so we drive a lot of synergies and efficiencies that way but our BU presidents focus 95% of their time on their business. And with that, they're very accountable to the number, they can move resources around very quickly and they also have a long-term view.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

But with that, we also do make priority calls across those business units on where we see unique opportunities, we may drive additional leverage out of one business unit to fund other opportunities. So we do have ways where we're smartly looking at portfolio optimization across our company as well as our [ BD ] prioritization.

So I think it's a bit more decentralized than many companies in medtech. We've also taken out a number of layers. We don't have a COO in the company, so the global business unit leaders and the regional leaders report into myself. And so I think with that, we have a little bit more agility and the -- if you're a leader, they want to lead. And the BU leaders really enjoy that type of organizational setup.

**Unknown Analyst**

Right. You mentioned R&D. You do spend 10.5% to 11% of sales on R&D, which is above the peer group. Is that level of R&D a core piece of your strategy for sustained growth? Or is there room to capture operating efficiency there?

**Michael F. Mahoney**
*Chairman, President & CEO*

Both -- yes to both. So we're proud that we invest at the high end of the peer group. And many of these investments will impact second half of this year but also over the next 5 years. So we have many projects that will be 5 years out based on unique opportunities that we see. And so again, those BU leaders, they're responsible for that R&D prioritization. But we believe we'll continue to invest at the high end of the peer group. We think that number can come down 1 point, potentially 1.5 points over the coming 3 years and it's through a couple of different areas.

One is just the globalization of our R&D footprint. We're doing sustaining engineering now all over the world in Costa Rica and India. We've built up a significant R&D footprint now in China as well as in India. And so the globalization of our footprint drives cost efficiencies and sustainability as well as a lot of our software engineering takes place in India now. It also drives more productivity.

We also have centers of excellence that cut across the business units. And so we look at ablation capabilities or oncology, cancer therapeutics and we look at how we can leverage that across interventional cardiology, peripheral and urology. So despite those businesses running relatively independently, we drive leverage and capabilities there, but we do see about 1, 1.5-point improvement in R&D productivity over these coming years as we continue to improve our operating income margin.

**Unknown Analyst**

Right. Okay. Maybe a couple of capital allocation and M&A questions. You had a busy 2018 on M&A, but you mentioned on your 4Q '18 call that investors should not expect to see the same volume of M&A activity in 2019. You're also looking at a meaningful step-up in unencumbered free cash flow. How are you thinking about capital allocation priorities from here? And does your M&A guidance reflect a need to focus resources on integration? Or does it speak more to opportunities or a lack of opportunity [ in the ] market for M&A?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. We've been very consistent with our strategy and category leadership. And the acquisitions that we've done have enhanced our innovation and our uniqueness in the categories that we want to play in. And with that, we've also grown into many new adjacencies. So as you look out back half of this year in 2020, we'll be closing the BTG acquisition, which for us is a large deal, about $4.5 billion. We just closed Vertiflex. And so what we talked about in '19 and '20, is we have ample capacity for more tuck-in-oriented acquisitions, you likely won't see a deal the size of BTG in the coming 18 months. But more tuck-in acquisitions, kind of 2 to 3 in 2019 and likely a similar number in 2020 as we look to delever to get down to about 2.5 post-BTG. So you'll see really a focus on deleveraging a bit but also having some ample capacity for tuck-in M&A, which we think we're quite good at and have successfully integrated these companies and done well with those.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The other I think really important part of our portfolio is our venture portfolio and back when we had less access to our free cash flow, we were more aggressive in early-stage investing in the DC business. And we have a portfolio now of about 35 to 40 companies and a couple of great success stories. Cryterion, which will be a second gen we think differentiated cryo balloon for atrial fibrillation. We actually started that company by investing cryo IP and launching -- and investing in that company and acquiring it.

We acquired 4 of those companies over the past 12 months, and we see a lot of opportunities just from kind of cherry-picking that DC portfolio where we have very strong equity and ownership in, and we know those companies quite well. So we have a strong list to pick through, but we're also very disciplined. Some of the valuations are very high, and so we're disciplined, but we have many different investment areas throughout the company. But it will be a combination of deleveraging and tuck-in M&A over the next 18 months.

**Unknown Analyst**

Great. Okay. You mentioned category leadership, which is clearly an important focal point of your strategy. In the past, you've highlighted Endo and Uro as 2 businesses that particularly benefit from the category leadership approach. Maybe can you spend a couple of minutes talking about how you think about breadth versus depth across your various business?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. So 7, 8 years ago and we're looking at how do we transform the company to where we are today and going forward. We basically made the bet based on insights that we have in the marketplace that category leadership in a service line is more important than having the widest possible company because we see less leverage from a customer standpoint. Most customers today, we have a difficult time getting them to buy our neuromodulation products and our cardiology products and our endoscopy products.

I think some of the other companies that you'll hear from over the next 2 days have a very difficult time bundling a spine product or a general surgery product with an orthopedic product. So what we see in hospitals today and what we see over the next 3 or 4 years are really service-line orientation. And so how do you be the best category leader, service line leader within orthopedics? Within cardiovascular? Within urology? Within endoscopy?

So based on that, we essentially have focused our R&D investments, our [ BD ] and our venture on driving innovation and differentiation in a service line, and we've created very strong category leadership in urology, as you mentioned, through various acquisitions. We've done the same now in Peripheral Interventions, and we've reached in with Interventional Radiology. We'll be the category leader now in Interventional Oncology. And recently with Vertiflex, for Neuromodulation, we really enjoy that one. So that one will be a capability for us to treat for a interventional pain, as service line leader, their most difficult-to-treat pain patients with the Spinal Cord Stimulator and we'll be able to move kind of closer to the continuum with RF ablation and also the Vertiflex acquisition for spinal stenosis.

So it's not a spine company. It's done by interventional pain medicine. So we want to be able to uniquely serve a physician in that way through a continuum of products. And we see the most likely potential for bundling, if you will, which bundling is not our preferred practice within a service line. And so if we have differentiation and innovation within that service line and the broadest portfolio in that service line, you're more apt to win.

And so that's how we've really focused on our strategy, and I think what's really special about Boston versus some other companies you may want to look at is just the growth vectors within these categories are really, really exciting, and we can go talk about each business. But we think that, that service line leadership is the way to go, and that's why we haven't bought into the vision care business or orthopedics or other areas because we'd rather use that capital to drive shareholder value in that category leadership strategy.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. You've been in this business a long time and people have been talking for a long time about the changes in the buying decision for medical devices. The economic buyer taking an increased role in the purchasing decision. But it still seems like the surgeon, the clinician has the majority of kind of the decision-making power at this point. How might that change going forward as hospital economics gets [indiscernible] and is category leadership still the right strategy for the next 5 to 10 years?

**Michael F. Mahoney**
*Chairman, President & CEO*

We think so. So I think it's truly very much a joint decision now. So in our world, more interventional, less surgery. It really is a partnership most often between the clinician as well as the hospital procurement people. Procurement leaders have become much more sophisticated. They have much larger scale than they used to and they're often partnering with a hospital KOLs -- key opinion leaders and physicians to make recommendations, either on a primary vendor or a dual vendor contract. So we see that very much as a partnership now. So therefore, we change our capabilities, our corporate account groups, our economic selling, those capabilities are much stronger than they used to be and we organize our commercial teams that way.

But we see that as a partnership between a clinician and the hospital procurement in their purchasing. And oftentimes, they're purchasing within a category. Sometimes you can't even get them to expand beyond a category. They may just do a pacemaker RFP or a RFP just for TAVI valves and it's difficult to widen it out beyond that specific category as they get increased scale. But we think the category leadership on the service line is absolutely the way to go. And as long as we can have capabilities with the economic buyer through bundling as appropriate, but also differentiation in our portfolio. And that's really the key driver to our successes. Advancing science for life is our mantra and innovating, and having unique innovation in those categories pulls through the more commodity-type products.

**Unknown Analyst**

Okay. We'll bounce quickly around your 7 businesses, so Interventional Cardiology first. LOTUS Edge was FDA-approved in April, giving you an approved TAVR Valve in the U.S. for the first time. You now have a compelling 2-valve portfolio in Europe with ACURATE neo and LOTUS, and you've got the Sentinel technology, as you mentioned, as well. How should investors be thinking about your strategy to [indiscernible] in the U.S. given your biggest competitor's head start and LOTUS' current high-risk-only indication?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, we're very excited. This has been the biggest investment in the company for a number of years now and now we're entering a market that'll be well over $5 billion, growing call it double digits and our U.S. business has been extremely low. And so at PCR last week, we're the only company globally that'll serve, we think, the full menu for a physician. So many physicians like a supra-annular valve, more like a Medtronic offering, and more physicians prefer an intra-annular valve, which is more like a LOTUS Valve. And these tables like the supra-annular valve, these like the intra-annular valve. So we're the only company that offers both of those platforms, but we're also the only company that offers Protected TAVI with our Claret device. And so I have seen the reaction in Europe where we have now both valves in the marketplace and the flexibility not only for contracting but also the unique clinical benefits of LOTUS, with Claret or ACURATE with Claret. It's very unique. And so we're excited about bringing that to the U.S. market. Just started the LOTUS launch, which is going well and we'll start enrolling the ACURATE clinical trial in the U.S. the back half of 2019.

So as you look over the next 3 years, while both of those products are approved in the U.S. also to complement our very rich portfolio in complex coronary as well as drug-eluting stents. So it's -- that interventional business within Boston, primarily historically dominated by drug-eluting stents, is shifting dramatically to complex coronary and to structural heart with also our WATCHMAN device. So we think that is dollar-wise, likely our biggest incremental growth driver over the next 3 years and really excited about finally bringing that to market.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Unknown Analyst**

Great. Okay. You touched on WATCHMAN. You just initiated a trial to compare WATCHMAN to direct oral anticoagulants for stroke risk reduction after AFib Ablation. How does that trial help extend your lead in left appendage...

**Michael F. Mahoney**
*Chairman, President & CEO*

LAAC.

**Unknown Analyst**

LAAC. Yes, yes. Thank you, thank you. And how do you expect competition -- how do you expect -- or what do you expect from competitive entry? How much of a lead [indiscernible]?

**Michael F. Mahoney**
*Chairman, President & CEO*

This is a -- just will continue to be an emerging therapy for us. For those unaware of it, LAAC, this device closes the appendage. It reduces the risk of stroke. You're 5 times more likely to have a stroke if you have atrial fibrillation. And the benefit to patients is you reduce the risk of stroke but also you can take yourself off of anticoagulation, which is fantastic. And so the awareness of this procedure grows every day for a referring physician. So we spend a lot of time on educating different referring physician groups, partnering with hospitals to do that, really to widen the net of the potential patients who can benefit from WATCHMAN. So we spend a lot of time on that and partnering with hospitals to work with them to educate the hospitals there.

But I think the second biggest thing in terms of the device itself, we have this new device called WATCHMAN FLX, which is our second-gen device, which is really just beginning to launch in Europe now, which is terrific. And so that device has some unique features of it and enhancements, and we think that will be state of the art for many years to come. And that device finished its enrollment, and we'll be launching that in the second half of 2020 in the U.S. So we think in terms of competition, that device will stand on its own to be uniquely strong. It'll launch about a year ahead of our next competitor.

So we'll have quite a significant lead I think in terms of partnering with hospitals, in terms of the clinical differentiation, uniqueness of the FLX device.

And the third part of our strategy is global expansion. So we're launching now. We'll be launching second half of this year in Japan. China is becoming much larger for us. We'll continue to expand that. And the last piece of the category is just advancing new clinical trials. You mentioned the OPTION trial, so we'll -- in parallel with atrial AF procedure so we'll hopefully prove you can reduce the risk of stroke and get your patients off anticoagulation post an AF ablation.

**Unknown Analyst**

Great. Drug-eluting stents declined double digits in the first quarter. To what extent has that been driven by price pressure in the market versus trialing of new competitive offerings? And how does Promus ELITE help your business in that market?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. So drug-eluting stents continues to be a nice area from us in terms of generating nice cash flow and allow us to invest in other areas that are growing much faster. So that category for Boston continues to get smaller as the percent of the pie within our Interventional Cardiology business, and quite a bit smaller within the Boston Scientific's overall revenue mix. That being the case, we're I think state-of-the-art and the leader in terms of our cost productivity and our ability to drive cost savings in terms of our COGS. So we've been able to maintain strong gross margins for that product despite significant pricing pressure.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So the bulk of that pressure has been through pricing pressure as well as some competitive trialing. So we'll have some easier comps in that category the second half of this year and going forward. But also it's been offset significantly by our complex coronary business. So our complex coronary business will be bigger than drug-eluting stents by the end of this year and that business is growing very nicely, a lot of global opportunities for that and it's more disruptive.

We also have some mix drivers for drug-eluting stents coming forward, some different matrices as well as some -- a product called MEGATRON. So those mix drivers will help but DES won't be the growth driver within Interventional Cardiology like complex coronary and structural heart will. We'll continue to drive great margins, and you'll -- I think you'll see over time less growth erosion from DES than you saw, call it, the first half of -- or the first quarter of 2019.

**Unknown Analyst**

Maybe can you give generalist investors a sense for what's in that complex coronary business? You've got a lot of drivers in there driving kind of high single digits, almost 10%.

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, so our Interventional Cardiology -- so we have 7 business units. Interventional Cardiology. Then we have our -- so we have Interventional Cardiology and Peripheral Interventions that make up cardiology for us. Interventional Cardiology is drug-eluting stents, complex coronary and structural heart. Used to be dominated all by DES and now that slice is getting smaller and smaller and complex coronary and structural heart are getting much larger.

So complex coronary is simply really 2 big areas: first one is dealing with heavy calcification. So you're trying to remove plaque and calcification within the coronaries, and so it's our new ROTAPRO device, atherectomy device just to remove calcium. It's also imaging devices, IVUS imaging so you can look at the vessel. It's also FFR to determine whether a vessel ought to be stented or not. So it's those types of imaging capabilities, calcification removal and plaque removal devices that make up complex coronary.

**Unknown Analyst**

Great. Okay. Maybe moving to...

**Michael F. Mahoney**
*Chairman, President & CEO*

You just got a love note.

**Unknown Analyst**

Yes, I did, yes. Moving to Peripheral Interventions. You've got the paclitaxel panel coming up next month. The clinicians that we speak with about this are still perplexed. Can't figure out the mortality signal here. What should we expect out of the FDA panel?

**Michael F. Mahoney**
*Chairman, President & CEO*

I think the biggest thing from an investor standpoint is BSC has so many different growth engines in the company. And so we clearly want this paclitaxel panel to go well. But even in a downside scenario, we have so many different growth drivers within our Peripheral Interventions business as well as across the company. So we're a bit frustrated with this -- the panel process as well. We have a product called Eluvia, which is a drug-eluting stent that we think most correlates to a coronary stent, which has proven very, very safe and effective over time. So this drug-eluting stent that we have is different from the drug-coated balloon offerings in that we have 1/20th the level of paclitaxel drug that's on the balloons.

And we also have an elution profile that elutes that drug over time, which best matches clinically what's needed. So we think it's a bit frustrating for us because we think Eluvia is quite different. It should be in a different category. So we're making our case with the FDA kind of independently on that. But with the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

panel, which will occur in about 3.5 weeks, hopefully we'll have more visibility there. We have reduced the model a bit in 2019 per our first quarter guidance. In Japan, we're seeing very, very healthy growth of Eluvia. And so the physicians in Japan to date are very supportive of it, and that's a terrific market for us. And so we're hoping that -- we're obviously hoping for upside post the panel, but we'll see -- we'll have better sight of that in about a month.

**Unknown Analyst**

Great. Okay, we got some good questions from the audience. We'll do a little lightning round in Rhythm and Neuro, ERM. In pacing, Medtronic's Micra has been a disruptive new technology. They've got a launch, early calendar 2020, that expands the applicability of that technology. How do you see the pacing market playing out over the next few years? And what should we expect to see from Boston?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. So we -- in the pacemaker market, we have our first-generation leadless pacemaker that will be paired with our S-ICD, and you'll see trials with that in the second half of 2019 here. So that will be our entry into leadless pacing. That is a market that is growing. And so you'll see some -- in terms of our CRM business overall, our defibrillator business is growing significantly well above market the past few years. We continue to see that happening. Pacemaker business, we receded some share in our pacemaker business. Between the 2, the defibrillation and -- high-power product line's strategically more important to us, given its margin profile with defibrillators and CRT-D versus pacemaker.

We've put a bit more emphasis, quite frankly, on the defib and the CRT-D segment patient, if you will, than the pacemaker. But needless -- but that being the case, we will have our leadless pacemaker in trials in the second half of 2019. We look forward to entering that. But I think most significantly in CRM, given the size of the market and the margin profile of CRT-D and ICD is our S-ICD product. So this is the only proven product for defibrillators where the lead is not in the heart, and that has had just fantastic growth in Europe and in Asia and good growth in the U.S. That's continued to drive us to above-market growth in defib [indiscernible].

**Unknown Analyst**

Great. Neuromodulation decelerated pretty meaningfully from 23% growth last year to 12.5% in the first quarter. You've got some tough comps later this year. With all the puts and takes there, how should investors be thinking about Neuromod market growth and Boston's ability to compete and capture share in 2019?

**Michael F. Mahoney**
*Chairman, President & CEO*

So I mentioned earlier, in terms of our BUs, how we're measured? They're measured on growing faster than the market and growing income faster than sales. And that's exactly what our Neuromodulation team continues to do. So the market did slow down in first quarter now that all the competitors have reported, but we grew nicely above market. And so that's really the best we can expect from our team is consistently grow faster than peer group, which our Neuromodulation business consistently is doing.

And we see that trend likely to continue to occur as you look at the second half of 2019 and the future based on enhancements that we have to our WaveWriter platform and also being significantly enhanced by our deep brain stimulation platform. So the market itself, we see consistent high single-digit hopefully double-digit growth market over the next LRP period. It did slow down quite a bit in the first quarter so I don't know why that -- it's difficult to pinpoint why that's been lumpy, but it's a very large unmet patient need. We have devices that work extremely well. They're becoming more popular in the field and also you'll see more clinical results coming out in the second half of this year, which will be promising for Boston Scientific and additional technology. So we think longer term, we'll continue to be a very strong growth market, and we have likely our most innovative R&D capabilities in that business.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. A quick one, Electrophysiology you mentioned is your smallest business, really the only one that hasn't more consistently grown above market. Is that a market that you need to participate in? And how do you compete against entrenched competition?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. So the reason -- this has been a big focus of mine for 8 years now, and the reason we need to compete and do well here, and we will, is this back to this category leadership. So within a service line, if you're electrophysiologist, you care -- you spend the most of your day, 60% of your day probably doing AF procedures and then maybe 30%, 35% doing devices where we're very strong in defibrillators. We talked about that a few minutes ago. And so this is actually the largest market that we compete in, larger than TAVI and actually grows 14% per year so it's a fantastic market.

So as you look at Boston over the next 5 years, I'm convinced that we are going to be very disruptive in this business. You look at this business, 50% of the mix for AF is single-shot products, call it 45% of the mix. And that mix -- that segment is growing faster than point-to-point ablation. So the single-shot market, call it 45% of that market, is growing faster. And so we'll be the only company that'll have a second-generation cryo product where the market is dominated by Medtronic today and as well as a differentiated RF [indiscernible] as well as some very disruptive significant equity bets that we have in some third-generation technology that we think will be different.

So we think as you look at that 45% growing to 50% segment, we'll have the most disruptive platform in that business over the next 5 years with 2 unique shots on goal as well as some venture bets. And then the other business, which will be tougher to crack in the point-to-point ablation, we are having nice success with our RHYTHMIA product and we have some therapeutic catheter launches that will be very helpful for us in Europe and the U.S. So I think you'll see that our European EP business continue to do very well, grow above market and then we'll have these new products launched in single shot hopefully by the end of the year. And you'll see a nice uptick in that in 2020. So I think over the next 5 years in that category, we'll be very disruptive in that single-shot segment and we'll continue to peck away at the point-to-point ablation market.

**Unknown Analyst**

Great. Okay. Let's hit on MedSurg quickly. Endoscopy, there's been a lot of discussion recently about your single-use scope strategy presented at DDW, and I think investors were really excited to see the scope of...

**Michael F. Mahoney**
*Chairman, President & CEO*

Scope of our scope?

**Unknown Analyst**

The scope of your strategy here. Can you talk a little bit about your opportunity that you see there and the unique capability that Boston brings to that market?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. Again, it's back to that being a leader within that service line. And so our Endoscopy business I think it may be one of the very best business units in all of medtech in terms of its innovation cadence, its profitability, the globalization we have as well as the -- just the scale of the portfolio there. And so just back to that category leadership, what we simply have is disruptive innovation in that category that make Boston the company that most [indiscernible] in [ differential ] GI physicians want to partner with. And the disruptive innovation we have in there is everything from our AXIOS Stent to our digital SpyGlass capabilities to our endoluminal surgery capabilities, pathology capabilities and now, the next-gen growth drivers for the next 5 years.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

BOSTON SCIENTIFIC CORPORATION COMPANY CONFERENCE PRESENTATION | MAY 29, 2019

The other ones won't stop but will be this disposable scope platform. And this duodenoscope will be our first entrée. You'll start seeing some sales for that in the second half of this year. And that's terrific opportunity for us because it's the same call point that we have. It'll leverage the contracting capabilities that we have, and doctors want a solution. You have about a 5% affection rate in current scopes and that's certainly not standard of care that we want to work with. And so we've built unique capabilities over the years with our LithoVue product within urology and our SpyGlass capabilities.

We've taken that center of excellence, combined it and now we're very, very good at making these visualization capabilities in scopes. And you'll see a platform of new scopes over the coming 3 or 4 years that will continue to widen the segments that we compete in. So it offers -- it's a great example of just another new growth driver within our Endo business, much like we have across our company.

**Unknown Analyst**

Great. Just a quick one in urology. You had some sterilization issues and supply constraints in Men's Health in the first quarter. Can you tell us where you are on those issues and should we expect any drag on the business for the remainder of the year?

**Michael F. Mahoney**
*Chairman, President & CEO*

So those have been resolved, which is great news. And so we did say in our first quarter call, we expect some softness in the second quarter because we have to get the supply chain ramped up again globally, which basically nothing has changed. But in terms of the sterilization issue, going forward, that's been resolved. We've expanded capabilities internally in New England, and we've also expanded our capabilities in Galway in Ireland for sterilization. So essentially we'll be doing more insourced sterilization of our products than we had historically.

**Unknown Analyst**

Great. Okay. A couple of question from the audience. One on emerging markets. Maybe can you talk a little bit about the growth that's -- in emerging markets as those health care systems mature and how does Boston compete for a share of that growth?

**Michael F. Mahoney**
*Chairman, President & CEO*

So we compete similar to the U.S. And so our segment of our -- mix of our business are a bit different. I don't know which emerging market you're talking about. We don't treat them all the same. But that business continues to grow plus 20% for us, and it's a big growth driver. A lot of that is led by Peripheral Interventions, Endoscopy and Interventional Cardiology are the big 3 drivers. You don't see as much in core CRM or core Neuromod in those emerging markets. So it's really Interventional Cardiology, Peripheral Interventions, Endoscopy are the big 3 that we focus on and -- but so much of it is just again registering new products in these markets and expanding our commercial force as well as doing local partnerships and local R&D and local innovation, local joint ventures and local incubators that we provide. So we do a lot on the innovation with partnerships but it's also registering our products.

But I think one question [indiscernible] one key capability is just globalizing the company. So we're acquiring BTG. Ironically, they're headquartered in London and 98% of their sales are in the U.S. And so they have a beautiful portfolio, and they did not have the commercial reach that we have in Europe and nor do they have it in Japan or the rest of Asia. So we'll be able to register those products, they're excellent, and drive them globally. So that really is our formula. Vertiflex, same thing, U.S.-oriented product. So a big part of our strategy is buying these very good companies but leveraging our capabilities globally to bring them to the emerging markets and also to certain markets in Europe.

**Unknown Analyst**

Great. Audience question on free cash flow. Maybe you can describe a little bit some of the over -- some of the calls on cash over the last couple of years, how you've gotten beyond that and how you're prioritizing free cash flow conversion going forward.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. So previous at Investor Days and so forth, we talked essentially 80% to 90% of our cash flow was kind of accounted for in tax liabilities, in legal liabilities that were historical in nature through the Guidant acquisition or mesh-related or tax-related. And so the company was able to survive that and thrive based on our organic R&D pipeline and shifting our strategy to that category leadership. So now where we stand today going forward, we think 95% of our free cash flow that we'll generate will be used for productive uses either in smart M&A activity or a share repurchase would be our 2. But in the near term as I mentioned, we'll focus on getting to 2.5% deleveraging down to about 2.5. But beyond that it's really going to be on smart M&A and share repurchase as you look over that kind of 3- or 4-year period. So it will be the first time where [indiscernible] in 10 years that we've had appropriate amount of access to our free cash flow.

**Unknown Analyst**

Great. Another one on -- from the audience. Of the controversies regarding medtech industry practices, which of those do you think are justified and [indiscernible]?

**Michael F. Mahoney**
*Chairman, President & CEO*

[indiscernible] sure I understand that one.

**Unknown Analyst**

Medtech companies, I suppose, over the years have gotten themselves into trouble for various things, sales practices, product liability issues that are -- how do you think about dealing with [indiscernible] risks for the business?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, so we -- I think like many good companies that you'll probably meet today and tomorrow, we focus [indiscernible] high priority on our compliance initiatives, on our code of conduct capabilities. We continue to strengthen our compliance groups globally, our audit capabilities. And we feel very comfortable with that and we'll continue to improve those areas. I think all the transparency in terms of physicians, in terms of physician incentives, the transparency is extremely healthy for the industry. So I think industry has come a long way there. We very much stand behind today our decision in mesh. We felt like the mesh product absolutely is the best treatment for women for pelvic organ prolapse. Disappointed by the decision by the FDA there by us running a 3-year clinical trial and having to stop that trial after year 2.

So that was a very small business for us, only represented about $25 million of sales so not a significant revenue or OI. But for women who need pelvic organ prolapse, they believe that that's the best treatment done by the best -- the right physician, the right surgical gynecologist.

So we stand behind and we focused on doing what's right for the patient, investing in clinical science but whenever you have implantable medical devices, whether it's a hip or in some cases, a mesh issue, occasionally you're going to get into some issues despite high-quality centers that we have. It's a complicated ecosystem with different physicians. Some physicians use things off label. So you can't expect Six Sigma perfection all the time when you're trying to work in this industry. But our compliance practices are very tight, our focus on quality is extremely high and we make ethical decisions for the company and we do the right things. So we sleep very well at night on that regard. I do.

**Unknown Analyst**

Maybe zooming out a little bit in the home stretch here. A question on culture. You mentioned a little bit in your introductory remarks how you've turned the company around over time and really focused on the culture. What is the secret ingredient? What drives a positive culture at Boston Scientific?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael F. Mahoney**
*Chairman, President & CEO*

Well, there's lots of -- lots of companies have great cultures. I think it's easier for us because we work in a great industry where the benefits of our products are so readily apparent to patients. And so we really focus on bringing the benefits that we help deliver to patients into the lives of our employees. And so our employees are motivated by that, more so than the stock price and they want to make a difference. And so that's why you work at Boston Scientific, companies like ours. I think we do a pretty good job of bringing that experience to our employee base so they can feel that.

I think the second thing that we do pretty well is our company is growing. So whenever you're growing, there's more opportunities for employees, we invest in our employee's employee development. So that's very good. We also I think move at a -- maybe a slightly more agile pace than some of our competitors do. And I think that helps -- improves employee engagement and encourages the appropriate smart risk-taking to ensure that we grow differentiated versus our peer group.

**Unknown Analyst**

Great. Okay. We're asking this question to everyone of your peers this week. What are you investing in today that you think will have the biggest payoff in the next 5 years?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. So I saw the question. So the first answer is going to be the corny one, which I think is true, and then I'll give you a product one. So the first one really is our people and the globalization of our company through investments in our people. You can look at all these different businesses that we have. We have 7 of them. We have all these kind of growth drivers off of each one of these. And so globalizing, continuing to globalize Boston and investing in our people and capabilities to do that, whether it be driving BTG globally, Vertiflex globally, making the emerging markets continue to grow 20%, getting Japan back to a very strong growth driver, which we anticipate in the second half of the year through our people is really probably the biggest one as a composite because we don't have the one product that's going to live or die for Boston.

In terms of product categories. I know I'm not answering your question, but I think the 2 biggest ones in terms of dollar growth and dollar impact, the first category's clearly going to be structural heart and all things TAVI, WATCHMAN, Mitral, Protected TAVI and then I would throw this area of Endo in there with our scope business and endoluminal surgery. And the last one I think that's -- I know you didn't ask yet, but why not [ 4 ]? [ Pull ] microelectronics. What's so fascinating for Boston is our capabilities in Neuromodulation and CRM and to make devices smaller and smaller, the smart implantable devices and you wrap new clinical science around that for whether it be overactive bladder, Crohn's disease, you're seeing investments. And obviously, we have some venture investments in epilepsy. So the ability to take these smart devices, make them smaller, wrapped with artificial intelligence, we think can be very disruptive to the pharma industry and grow that microelectronics business quite well for us.

**Unknown Analyst**

Great. Last one real fast. You've got an Investor Day coming up on June 26, what should we expect?

**Michael F. Mahoney**
*Chairman, President & CEO*

Well, you have to tune in. Tune in. Thank you for listening.

**Unknown Analyst**
Right. All right. Thanks, everybody.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**                                                                                    **17**