# Tab 13

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX
# Company Conference Presentation

**Thursday, August 08, 2019 3:00 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants ....................................................................... 3

Presentation ............................................................................. 4

Question and Answer ................................................................ 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Lauren Tengler**
*Director of Investor Relations*

**Susan Vissers Lisa**
*Vice President of Investor
Relations*

**ANALYSTS**

**Jason Richard Mills**
*Canaccord Genuity Corp.,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Hi, good morning. Maybe get started as people file in so that we can get in as many questions here with Boston Scientific. Very happy to have Boston Scientific, a local company but certainly a global company, at the Canaccord conference. Again, I'm Jason Mills, senior medical devices analyst. Very happy to have the Head of Investor Relations, Susie Lisa; and also Lauren as well with her to talk about the business. Thank you very much for coming.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks for having us. Yes.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*
And hopefully, this is a productive meeting for you guys as well as you tell your story.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Recent news, let's just start there and maybe you can go through the BTG acquisition. You've got approval to close that and start integrating it. Take us back to the logic behind that acquisition, what you think it does for Boston Scientific's growth and leverage going forward and just remind investors why the company did that, why you're so excited about its contribution going forward.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. Thank you. So we did get U.S. FTC clearances and think that we remain on track to close this month, and we're really excited to get after it because it's been a while. We announced this in November of 2018. And we -- just to go our Peripheral Interventions business, we divide it into 3 franchises. And it's peripheral arterial, peripheral venous and then Interventional Oncology. And we are the clear category leader in peripheral arterial. And that's our strategy across all our businesses, to have the -- we're more narrowly focused, but when -- where we're focused, we have the broadest, deepest portfolio. In venous frankly, we have a thrombectomy platform in AngioJet that's doing very well, but we didn't have a lot more around that. And in Interventional Oncology, we had a good-sized business, but it was in accessories, guidewires and coils.

What BTG brings on our Interventional Medicine business is a perfect fit in terms of rounding out and creating true category leadership in venous as well as in Interventional Oncology. And on the venous side, they bring a different thrombectomy platform, the EKOS system is the only one with a pulmonary embolism indication. We're excited about that. They're also launching Sentry, which is really a next-gen vena cava filter. And that's been kind of an interesting market over time and there were some issues because they weren't always removed on time. This one is really clever in that it's a vena cava filter that, over time with bioabsorbable sutures, actually turns into a stent, so you don't have to remove it. And then they have Varithena, which is a compelling varicose vein platform. So it really makes us a true category leader now in venous.

On the Interventional Oncology side of things, it takes us from a leader in accessories to a leader in therapeutics, where physicians, thought leaders are really focused with their TheraSphere platform. And those are the irradiated beads with Y-90 as well as their ablation systems with Galil. And that's targeted more at liver cancer and then in kidney cancer. And then there's a pipeline behind that, additional clinical trials and indications. And so again, across those 3 franchises, we've seen really strong growth in arterial and good growth in the other two. But now we think it will take us to the next level.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

So that's helpful to frame the business from a product standpoint. How does it help Boston Scientific with its other initiatives? Dan talks a lot about margin leverage and about leveraging the infrastructure globally. How can you put BTG into the Boston Scientific machine and churn out the margin expansion because of it?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So we talked about $175 million in synergies with BTG in year 3. And we haven't given a specific breakdown. But the majority of those are cost synergies. So we see that we have existing sales forces in venous and in Interventional Cardiology. We also believe over time, there's opportunities from manufacturing side, R&D side types of opportunities. And then another big avenue for growth there that should follow through the P&L is that 90% of BTG's sales, even though they're U.K.-based, 90% of sales were in the U.S. And we have that existing infrastructure and sales force in place outside the U.S. We'll

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

need to register those products, in some cases, do clinical trial work. But we see that as simply kind of dropping right through, so very good line of sight to the $175 million in synergies. And that should help continue this operating margin expansion, the goals we've talked about in that 50 to 100 basis points per year range.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

So in sum, the benefits of the deal, both from a top line perspective and a P&L perspective that you laid out when you initially announced the deal, you're confirming that you see at least that level of growth in synergy in the business as you get...

**Susan Vissers Lisa**
*Vice President of Investor Relations*

That's right. So in the long term, we have -- just to be clear, we have not affirmed at the time of announcement in November, when we expected a midyear close, we talked about $0.02 to $0.03 accretion from BTG in fiscal '19 and we have not affirmed that number. But the overall $175 million in synergies and the growth profile...

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

That's also not in your current guidance of the company.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

That's right. We'll update once we close.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

When you close. So you'll update it before the third quarter call at some point somehow?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

That's right. Yes.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Okay. Great. Moving on to -- well, first, before we get off BTG, we've talked about what they have. What kind of pipeline do they have that maybe a lot of us didn't see and that you see, but longer-term pipeline areas that you're willing to talk about that will augment growth over the longer term?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I think this whole concept of localized delivery of cancer-fighting agents, whether it's -- they have bland beads or chemo-infused agents, that's a business that we divested to or plan to divest to Varian, but they have a larger franchise there; or then the irradiated beads with TheraSphere. I think it still feels like it's early days. So there's 2 big clinical trials they've talked about with EPOCH and STOP-HCC that should read out next year that would represent upside to our scenario of continued expansions. I think it's still the days of liver cancer and kidney cancer therapy, there's still a long way to go in terms of improved outcomes. And then we see opportunity in other cancer types as well. We've talked about, I think, as well as in bone and pancreatic and some other indications as well.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. Sticking with asking you about acquisitions, but those that are about to anniversary. It's been our [ call ] that we're going to see improvements on organic growth rates. I wonder from your perspective, just in part because some of the businesses that you've acquired are growing faster. Now they're going to be anniversary-ing, some of which already have. Others will in the next couple of months. They're growing faster and now will be part of the organic growth calculation. Maybe talk about the trends there, in part because what I've just talked about, in part because of strength in other businesses. But your organic growth trends and how excited you are perhaps about that being as good or better than what we've seen over the last couple of quarters.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. So in the second quarter, we had 3 primary contributors to 170 basis points of inorganic growth on top of the 6.3% that we did organically. The smallest contributor is because it anniversaries in May was Rezûm, which was the NxThera acquisition for BPH. Starting this month in August, a bigger contributor is Claret, which manufactures Sentinel. So that's the cerebral embolic protection device. That's a nice sequential step-up Q1 to Q2. And now we've talked about, we had some supply constraints in the first half as we ramped up the supply chain and manufacturing there. And so we're excited to continue to open new centers and see higher penetration rates in existing centers and really see this emerging as the standard of care for use during TAVR procedures and significantly reducing the risk of stroke.

And it's also helpful as we roll out our LOTUS Edge TAVR valve in the U.S. and ACURATE and LOTUS in Europe to come with that category leadership in Structural Heart and offering Sentinel to reduce the risk of stroke is a compelling offering. And the biggest contributor will be Augmenix. So this is in the urology and pelvic health business. This is a hydrogel to protect the rectum during prostate cancer radiation therapy. And that contributed 100 basis points in Q2. That gives you some size of it. We talked about it doing $100 million in full year '19 sales. And it is organic the full fourth quarter. It goes organic October 1.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Got it. I'm going to ask you this question on a broader scale in a minute. But now ask it relative to both the BTG acquisition and these other acquisitions you've done, what is the, in your mind, the most common misconception investors hold about the strategy you've engaged in over the last couple of years with respect to these specific acquisitions and why they are good for Boston Scientific, if any, that you've heard, you talk to investors all the time? What do you think is the most underappreciated about this strategy or about any one of those acquisitions? Most of them are not -- I mean some of them are small, but they're all material in some way, shape or form. How would you answer that?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I guess one we didn't talk about that we closed in June, right, so it's still inorganic, is Vertiflex. And that's maybe a good example where we stuck very closely to our playbook for -- they are tuck-ins. Now BTG is a big tuck-in, but we have an existing sales force, we know the market, competitors, referral channel, reimbursement, we understand it.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

So it's more of a tuck-in than a full-size...

**Susan Vissers Lisa**
*Vice President of Investor Relations*

And so we are sticking very closely to it. Even Vertiflex, I think people's reaction was, "Oh, you're getting into spine." No, this is an interventional pain physician that we're already calling on with our spinal cord stim and RF COGNIS system. So I think sticking to that and no appetite really for something "transformational" or larger deal. We just see a better playbook. And maybe what's underappreciated, it

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

typically, it can do more. The asset can do more in our hands, it can grow faster because of again that category leadership. But it also oftentimes helps drive faster pull-through of our legacy businesses. And as for probably the best example of that, Bayer peripheral assets, the same type of thing.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

And tuck-ins, by definition, should be able to leverage existing infrastructure, which should imply that you have some margin expansion potential, too. Is that appreciated?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think there, some of these though have required some market development and are still earlier stages in the ramp-up. So over time, I think that's the case. But that's part of why, if you look back almost a year ago, we stepped back from 100-plus bps of operating margin expansion to more like 50 to 100. So many of them are OI-accretive, but they are OM-dilutive in our 26-ish range that we're shooting for. But over time, yes.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Okay. Great. You mentioned Vertiflex in pain management. It's not your biggest business, but it's a material business, Neuromodulation. And a lot of questions on that because over the past couple of quarters, we've seen results that are a little slower, not just for Boston Scientific but for the entire industry. Maybe give us an overview of your thoughts on Neuromodulation.

**Lauren Tengler**
*Director of Investor Relations*

I get to take that.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Great. Can you please turn on the mic, please? Thank you. Sorry.

**Lauren Tengler**
*Director of Investor Relations*

So thanks. So Q2, overall, we were flat on an organic basis. And I just do want to mention we had strong growth in DBS with our launch of our Cartesia Directional Lead. But that was, of course...

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

We're making you sound really bad with that mic. Do you want to stand, just maybe go up to the -- the mic was bad. It wasn't doing you any -- and it's not you at all.

**Lauren Tengler**
*Director of Investor Relations*

Can you hear me now?

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Yes, much better. I'm sorry, but it's better than people hearing a voice that isn't yours.

**Lauren Tengler**
*Director of Investor Relations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So in Q2, we were flat. And again, I just want to mention, we had strong growth in our DBS franchise with the launch of our Cartesia Directional Lead, which was, of course, offset by our SCS volume softness. And we've been seeing this now for a couple of quarters. And there's still nothing definitive, no themes that were -- cause us to have longer-term concern. Some of the things we do know is that the market tends to tick up with new product launches and new data releases, of which we haven't had much of in the back half of 2018, first half of 2019. We also have heard that insurance companies are using third parties, which is delaying the time line of patients actually getting the procedures done. And then finally, we've heard that there was some potential bulking in 2018 with some of our competitors, which is obviously impacting these first 6 months.

So all that being said, we see points of optimism in the back half of the year and still affirm our belief that this is a 7% to 10% growth market over the long term. So those points of optimism are some of the competitive product launches, which as I mentioned, tend to tick up the market as well as our own WaveWriter system enhancement. And we've also got an initial data release with our COMBO randomized clinical trial coming out and that's in Q4. And this is still a highly underpenetrated market. We're not hearing that the patients are gone. We're hearing that they're still there. We're still doing a lot of activity with our patient activation. And anecdotally, from Q1 to Q2, we did see modest growth in our SCS sales numbers. And just to remind you, we did have a really tough comp with the WaveWriter launch in 2018 that makes it difficult to continue that growth trajectory. I don't know, Susie. Anything else, Susie?

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

That's good. I want to just highlight here, let's put a flag in the Neuromodulation business in general because I do think investors should go back and not only go over what you've just said, look at the industry, we have a competitor reporting tonight. And then also we didn't get to the deep brain stim business, which if you want to give 30 seconds on deep brain stim, I have to get off to other topics. But I think it's important as it relates to the portfolio of Neuromodulation and the market opportunities in both SCS and DBS are relatively big. So they're growth engines, not just for you but others.

**Lauren Tengler**
*Director of Investor Relations*

Yes. Thank you. So DBS, really strong growth in the first half of this year. Again, I mentioned our Cartesia Directional Lead launch. And that's without the MRI indication that we should actually get in the back half of this year. This is a really compelling market. And part of our overall category leadership is to kind of diversify our portfolio. And that's really what we're doing in DBS, SCS and in RF.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Thank you. Again, put a flag in this area, so come back to it in one-on-ones or whatever. Want to get off to -- go back to Interventional Cardiology and specifically recent language of a notification from the FDA with respect to paclitaxel-coated products. It's obviously a big area for you. It didn't seem to me to be as egregious as it could have been when we sat and listened to KOLs respond to that meta-analysis not quite a year ago perhaps. So maybe your commentary and thoughts, perspective on the FDA language for investors and what that means to Boston Scientific's broad peripheral drug-coated balloon and drug-coated stent business going forward?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. Thanks. So I'd say yesterday's guidance letter from FDA was broadly in line with expectations. It was slightly more conservative, I think, than the panel in February in the 24-hour summary in that, in that document at the panel discussion, there were no subgroups identified, whereas in the language now, it's saying essentially those patients, it's appropriate to use paclitaxel-coated devices in those patients who are at high risk of developing restenosis or those that are high risk of a repeat intervention. I think the good news is that, that's a large part of the population. We think kind of in the 40% to 60% range. And

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

doctors present these big analysis of the Medicare database, CMS patients, over 16,000 patients, that was 51% of those were in that bucket.

And given that Eluvia, which is our drug-eluting stent and the only -- the lowest-dose paclitaxel and the only one with controlled release has been studied more in those types of patients and has been proved superior against Cook Zilver. We think there's an opportunity for us. We'll continue to message that and hope that Eluvia can take more share in that constrained market. But it's broadly in line with our expectations when we cut the forecast back in Q1, on our Q1 call, by about 50% globally for the year. Japan continues to do very, very well in terms of Eluvia launch. We actually saw a sequential uptick in worldwide sales in Q2 on the Japan launch. And we think now with this sort of definitive letter and a clear opportunity for physicians to have the conversations with appropriately selected patients, we're in good shape.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Just to push a little bit harder on that one. As this language gets to the physicians and they digest it, do you think that over time, they'll be cognizant of it, they'll have conversations with patients? But do you expect the growth or the adoption of drug -- next-generation drug-eluting balloon products, or drug-eluting stent products like Eluvia, to get back on the curve that you were on prior to this meta-analysis eventually, notwithstanding the safety signal, understanding that within a physician's mind, managing it? Can we get back to that line?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So we have talked that we feel good about the '19 outlook. And I think frankly, we just need -- it was yesterday, so we need to talk to hospital administrators about what the path back from there looks like. And I think we're optimistic but probably just need a little more time to work through that. We are still expecting to see approval of our Ranger Drug-Coated Balloon in the U.S. next year. And then SAVAL is our drug-eluting stent for below the knee that we pushed out to 2022 because it's continuing to enroll. But Ranger is in follow-up. So no information with the competitor, whose below-the-knee balloon, the PMA, has been pushed out. So still some more work to do, but still know that this is a tremendous patient need. And going back 7 years in the treatment algorithm and those reintervention rates isn't good for patients either, so more to come.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

So the perspective, from my perspective, and maybe you can comment on this, is you've taken down expectations for peripheral drug-coated balloon products specifically this year. But perhaps next year, it gets better. You want to wait and see. BTG adds to that portfolio in Interventional Cardiology, where I'm getting -- and you've got other products as well that are picking up there, including what you mentioned about new product launches next year. It seems like the setup in 2020 over 2019 for that business specifically is a little easier from a comp perspective than you've seen in the past.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

When I say peripheral grew 8% in Q2, even with all the uncertainty around paclitaxel-coated devices, I think we'd expect it to continue to be accretive to total Boston Scientific. And when you add BTG on to that, on an organic basis, increasingly so.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Fair enough. I get 4 minutes to try to go over Electrophysiology and Structural Heart. That's going to be relatively easy. Where do you want to start? I like both markets. So let's start with Electrophysiology. And I think people are expecting me to start with Structural Heart. I like to be different. So in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Electrophysiology, you have a broad business but a business that's still waiting on therapeutic catheters to really round that out. How do you see, just broadly speaking, 20,000 feet, and you can take it down to the ground and into the weeds as much as you like, but I want you to give investors a perspective on whether that going forward, you think is accretive to Boston Scientific's growth and why?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So it's been our one business that's grown below market, kind of the 8%, 9% range of late. And....

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Below market but above Boston Scientific organic.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. Accretive to BSC and below market. And we seek to grow above market across all our businesses. We've been able to do that, except in EP. And it has been due to, I think, a lack of a full therapeutic catheter portfolio. And why we're excited about the prospects here is we know have a very good mapping and navigation system. We're close to rounding out the therapeutic catheter portfolio. And then starting in the back half of this year, we'll launch in Europe, will be the second entrant into the pulmonary vein isolation single-shot market, which is probably a $700 million monopoly market today. We feel that we're coming with a next-gen cryo system called -- Cryterion was the acquisition. POLARx is the product, in Europe. And then the first half of next year, we'll come with an RF balloon. That's the Apama acquisition.

And we'll be the only player then that will have all 3 of those buckets, right, therapeutic catheters, mapping and navigation and pulmonary vein isolation single-shot. And we think just getting into that single-shot market alone should help us get to at market and stay there in terms of growth rates, that mid-teens growth rate. And then when you look across the whole portfolio and add DirectSense in the U.S., force sensing in Europe and then after that, force sensing in the U.S. probably longer term. And then we'll start the IDEs back half of this year for single-shot and first half on the RF side of things. When you have that whole category leadership really across all 3 franchises, we're excited for the outlook.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Great. And then moving to Structural Heart. You've had some good success gaining share in Europe with the Symetis acquisition. And now with the -- I wanted to focus a little bit on the United States market. What you see early days with LOTUS? Where are you having the most success and whether or not you're seeing success in accounts -- more success in accounts where Boston Scientific has been strong, specifically with WATCHMAN, but perhaps other products as well? But it seems to me that WATCHMAN could be a pull-through in certain accounts. Maybe comment on the TAVR market in the United States as you see it and your competitiveness over the next, say, 2 to 3 years.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

We're really excited, early days with LOTUS. We're doing a controlled release because we are seeing it used initially in more complex patients, where it's very well-suited, bicuspid, very heavily calcified native annulus. Seeing physicians, I think, frankly probably a little skeptical, kind of where has this been, and then they do these cases and have great outcomes and with the #dramafreeTAVR. So we're excited about that. And then part of this controlled release is to make sure it doesn't stay knit in those more complex patients but that, that repositionability, retrievability, control, all gets leveraged into your more plain vanilla cases as well. To date, it's small. It's early days, but we are seeing it typically added as a third valve, to answer your question. And we see it, depending on physician preferences or patient case characteristics, it can take share from either player.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Still a healthy market. We're not going to make -- I think it always makes sense to look more at 120-day windows as opposed to 90- or 60-day windows. But I think still a very healthy market to us. And even though we only have extreme and high-risk indications, that's still -- we have essentially 0% market in the U.S. and are enrolling our intermediate-risk study in LOTUS right now, that's REPRISE IV, as well as the ACURATE IDE to bring that with extreme, high and intermediate risk. I will say just on your [ comment ], we're executing category leadership here as well, so WATCHMAN accounts, our broader IC portfolio, the drug-eluting stents and complex PCI products as well as Sentinel helps drive all of that.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Do you see better early adoption within those specific accounts? Or is it too early to tell?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think that's where we're going initially, so -- but over time, yes.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

It is what you're targeting. Is Claret having an impact on your business early, with respect to LOTUS?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So I think that you've seen very good price discipline in the TAVR market. And that is always our playbook as well, is to not use discounting as a strategy. So we're selling LOTUS on a differentiation. But there can be more flexibility on, again, kind of a commercial bundle or category leadership with Sentinel, which we'll also sell standalone if you're using a different type of device. But then there can be a bundle if you're using a LOTUS or ACURATE.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

And then lastly, on Structural Heart, you have been somewhat active in mitral and tricuspid but less active than some of your competitors. I think you could make the argument that's been the right strategy because it's still early days and we don't know which technologies are going to ultimately win or not, still after several years. What is your perspective now, as you've looked at other acquisitions, seen how progress or lack thereof in some others' clinical programs, what's your perspective now? Is now the right time to get more aggressive in mitral and tricuspid from an M&A standpoint from Boston Scientific's perspective? Or get more aggressive with internal -- allocating internal resources to that? Or are we still too early?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think we feel good about where we are in terms of more of a focus on the repair market as opposed to replacement in mitral and also a full annuloplasty ring that we have in the Millipede acquisition, that, that's the appropriate place to be, too. And we'll get in clinic early next year with that and feel that, that's probably appropriate timing and then continue to look to add kind of tuck-ins to that, through the venture portfolio most likely.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Well, we're out of time. I want to ask you the question that I sort of ask with respect to those acquisitions. What's the most underappreciated or overlooked aspect about Boston Scientific total?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, we talked about EP. I'd say single-use scopes is increasingly getting attention, but we didn't get to that one at all. I'd say probably broadly, our MedSurg portfolio is still -- it's many, many thousands of products and harder to understand, but...

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

But you're excited about the forward growth profile. And perhaps that gets less attention than others.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. That's right. Yes. And we're -- EXALT-D is our single-use duodenoscope, and we're excited to launch that by the end of this year and haven't seen much innovation in that space in a long time.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

We got to a lot. I mean we didn't get to everything, but we got to...

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I thought you were going to ask me a [ chief task ] question, and I didn't get that.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

I'm pretty excited about [indiscernible]. Please join me in thanking Lauren and Susie.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks, Jason, appreciate it.

**Lauren Tengler**
*Director of Investor Relations*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.