# Tab 14

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX

# Company Conference Presentation

## Thursday, September 05, 2019 1:35 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Table of Contents

Call Participants .................................................................................. 3

Presentation .................................................................................. 4

Question and Answer .................................................................................. 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Michael F. Mahoney**
*Chairman, President & CEO*

**Susan Vissers Lisa**
*Vice President of Investor Relations*

**ANALYSTS**

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Larry Biegelsen, the medical device analyst at Wells Fargo, and it's my pleasure to host this session with the management team from Boston Scientific. With us, we have Mike Mahoney, the CEO; and Susie Lisa, Vice President of Investor Relations. The format is going to be a fireside chat. If anybody has a question in the audience, please raise your hand.

So Mike and Susie, thank you very much for being here.

**Michael F. Mahoney**
*Chairman, President & CEO*

Thank you. Good morning.

**Susan Vissers Lisa**
*Vice President of Investor Relations*
Thanks, Larry.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

So Mike, I thought we'd start at a high level and then dive down into some of the individual businesses. So Mike, we've gotten a little spoiled since you've been CEO. It's been a story of kind of underpromising and overdelivering. First half of this year, you had some headwinds caused you to come in slightly below your guidance, at least the midpoint in the second quarter. And the BTG deal just closed, and I wanted to touch upon that. But I think the accretion from that was a little below what you originally expected. So I guess the question is why have we seen less upside to your guidance this year? And how are you feeling about the outlook for Boston Scientific overall?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. I think if you look at the full year guidance, obviously, we haven't -- we're not out of the full year here, but we've guided to 7% to 8% organic growth for the full year. The successful integration of closing finally of the BTG acquisition has doubled the EPS growth and good margin improvement. So I think, with that full year guidance, that we are at the high end -- higher end of the MedTech peer group. And revenue growth, strong margin improvement and strong double-digit EPS growth as well as kind of retiring many of those legal liabilities that we have had in the past.

So I think if you look at that, and we'll talk more about the pipeline in the future, you'll see a very strong positioned company. I think it's fair to say the first half wasn't as strong as we anticipated. And we had, I would say, an unusual amount of maybe unplanned onetime risk as part of that. The paclitaxel discussion has been well discussed in the past; sterilization issue that's been now resolved; the mesh recall, which was a onetime on us; and then we saw a slowdown in the SCS market. So I think that contributed to a little bit some of the softness.

We finished the first half about 6.3% organic. So good, but not quite as good as we wanted. And we obviously guided to a second half acceleration against the 7% to 8%, and we have a lot of confidence in that. We have a portfolio to deliver momentum in the business. And so I think, for the full year, we'll be proud of those results once we execute on them.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Perfect. And maybe just remind us of kind of what drives that acceleration in the second half. It is a pretty steep acceleration from roughly 6.5%.

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. It's well planned. We knew that going into the year. A couple of them are mechanically oriented, it's a selling day difference between the first half and the second half, some accounting treatment of the acquisitions that are going organic. There's 3 of them: Augmenix, NxThera and Claret that we'll see second half benefit. That's 2 reasons. The other big reason, I think, regional performance. Japan anniversaried its price cuts. Japan was a laggard growth for the company for a while. And now that business is doing extremely well. They just also had WATCHMAN approved in September here with reimbursement and they're doing a nice shop with Eluvia. And so that Japan business, which is a big part of our Asia-Pac region, is doing well.

And then the -- probably the biggest reason is just the broad-based portfolio momentum that we have. You have new product launches across the board and the company WATCHMAN is doing well. Augmenix, we can go through each one of them, but it's really the portfolio cadence that we have with new product approvals, the accounting benefit as well as the organic going to -- the operation going to organic.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Perfect. I wanted to spend a minute on BTG. I think it's the largest deal you've done in your tenure as CEO. Could you remind us of what attracted you to that asset?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. So our goal is always to be an innovative category leader, and we see hospitals purchasing that way versus purchasing very broadly. And so Interventional Oncology is a very high-growth market and it's not as crowded. In the Y-90 space, it's really BTG and a company called Sirtex. And BTG has done extremely well versus Sirtex based on the clinical efficacy of the product. So we love the space. And the asset was not as ideal because it had 2 other components -- not as ideal -- maybe not as clear for other competitors, but we have a lot of confidence. We did a lot of due diligence and we view that we could have acquired the interventional business, which is the real gem in this, which is a beautiful complement to our Vascular business and makes it the clear #1 leader in Interventional Oncology. And the 2 other assets are very independent businesses that can be portfolio managed appropriately over time.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

In the Interventional Medicine business, where the Interventional Oncology is a part of, about a $400 million business. Any color commentary on what kind of growth we can expect?

**Michael F. Mahoney**
*Chairman, President & CEO*

We think that's a double-digit growth business based on the market attractiveness, the pricing is strong in that area. And the big upside for us, besides the revenue synergies, once you combine that with our Vascular [ and IO team ], which are real, besides the revenue synergies in the mature markets like the U.S., it's bringing it outside the U.S. So we just made some investments in China for Y-90. And you'll see us focusing on product approvals in Vascular and in Interventional Oncology in Europe and Asia, where BTG really didn't have the focus or resources to do that. Ironically, they're a London-based headquarter company. I think what, 98% of their sales were in the U.S.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Last one on BTG for me. You guided to, I think, $0.04 to $0.05 of accretion in 2020 for BTG. Do you want people to think about that on top of kind of your underlying double-digit annual EPS kind of goal -- growth goal?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. So when we announced the -- our plans to divest the licensing business, I think we communicated just recently kind of the $0.04 to $0.05 accretion from BTG in '20. And then we clearly have the planned goals for delivering double-digit EPS independent of that. So that would be an additive to it.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Perfect. All right. So I wanted to move on to some of the exciting pipeline opportunities you have. I thought a good place to start would be MedSurg. Given the news last week from FDA or the safety announcement on a reusable duodenoscope, it seems to me, at least, that the -- your single-use duodenoscope, which you expect approval of this year, is one of your, if not most largest pipeline opportunities. Would you agree? And how should we think about that opportunity?

**Michael F. Mahoney**
*Chairman, President & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. We certainly agree, and Susie can help out with this as well. But I'm really proud of the endoscopy team. They've been -- developed the SpyGlass digital scope years ago, and they reiterated and continued to improve that. And that drives a big differentiator for our endo business. And we had the same capability in neurology, our LithoVue scope, and now multiple generations of that. So we have a lot of capability internally. You can't just turn this on, these new capabilities. So this has been baking in the company for maybe 7, 8 years now. And so the duodenoscope is perfectly timed given the FDA communications on risk factors with duodenoscopes. So I think it's an ideal time to launch the product. And it's right into our call point that we know extremely well. And it's a high concern and a high-interest level for physicians to look at our scope.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

I mean your endoscopy business has been growing nicely. I think it grew 8% in the first half of 2019. Do you see this as an accelerator of that growth?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. You saw at Investor Day, we laid out our vision and Art talked about the opportunity to be a $3 billion division. I'm sure what [ Yuri said, '20 ]. We should be careful.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

$3 billion by 2024. I have it written down.

**Michael F. Mahoney**
*Chairman, President & CEO*

And so clearly, endo will be accretive to Boston Scientific's growth given the duodenoscope platform, the surgical scope that we have planned to get approval in 2020. And then you combine that with all the other product launches that they have and the momentum. And I would say that's -- of all the different businesses that we have, that's the service line where we have -- or we see the most contract -- contracting capability across the wide range of our products in endoscopy. And when you have products like AXIOS, digital SpyGlass and now the duodenoscope that really are unique differentiators, that help pull through some of the more mature products.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

People have asked me if you -- if you'll be capacity constrained next year. Let's just -- and then -- and maybe, I mean, how should we think about the ramp for EXALT-D?

**Michael F. Mahoney**
*Chairman, President & CEO*

So I -- we don't really know if we're going to be capacity constrained because it will be a brand-new launch. And so we've added more capacity and invested more capital in our plans for EXALT-D than we had originally intended given the -- we expected momentum from this as well as the advisories that have come out. And so we're investing a bit more than we originally planned. And our goal will not to be capacity constrained, but we'll see how the launch goes.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Okay. And I wanted to ask about urology and public -- pelvic health, excuse me. You also put out a pretty bullish forecast for that business at the Investor Day.

**Michael F. Mahoney**
*Chairman, President & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Is there anything else you want to say on the scope, Susie?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I guess maybe just to add, we do have -- we're a market leader in single-use scopes today. I think people have kind of overlooked that with our single-use ureteroscope LithoVue as well as SpyGlass DS that Mike mentioned. But those are more, you could argue, niche procedures, kind of 150,000 a year versus the duodenoscope right there. You hear different number, 1.5 million to 1.8 million ERCPs done each year. So this is -- and we have talked about it. That alone is probably $1 billion market opportunity for the duodenoscope. And then there's a portfolio of additional single-use scopes behind that, our gastroscope, our bronchoscope. Next step will be Spy Discover (sic) [ SpyGlass Discover ], which is for the surgical call point. And we think that's an incremental $1 billion as well. So $2 billion ahead of us, we think, in the whole single-use scope space over the coming 5-plus years.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Great. And then the duodenoscope single-use, you're a -- you have about a 1-year lead over the competition. Is that fair?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Right. And I think lots of room for -- back to that procedure number, but do feel that it's our call point, and we know endoscopy like nobody else. And it's probably one of our best examples of category leadership, as Mike mentioned, with the contracting and the breadth of portfolio there.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

And Mike, what are you hearing anecdotally from physicians on single-use scopes? Is it -- do you hear a lot of excitement? What is your sense of the market anticipation of this product?

**Michael F. Mahoney**
*Chairman, President & CEO*

Well, the teams did a great job of segmenting where to go first because I think the big concern on duodenoscopes and as it played out with the FDA. And so I think the team did smart in terms of picking which segment to track first. And the doctors that have been part of the trials are just wanting to get it approved. So the kind of clinical goal was to make it seamless in terms of ease of use and perception versus the reusable scopes because that's what they're so used to using every day. And so we really want to kind of mirror the look and the feel of what they're used to today, but this sophistication of a single-use scope. So a lot of encouragement, and we'll hopefully get some good feedback in December here.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Sounds good. And the other area of MedSurg is, obviously, urology and pelvic health. You put out a pretty bullish forecast at the Investor Day there, I think $2 billion in sales by 2022. That implies, by our math, kind of a low double-digit CAGR. So what's driving the growth there?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. So the big drivers there are: one, is international growth is doing extremely well. We continue to add resources and capabilities all over the world beyond the U.S. The second one is just it's all about the portfolio. It's just the common theme. And so this business is all about your portfolio. And so this LithoVue scope, [ I think we have the scope morning ], has done incredibly well. And kudos to the team that keep coming up with next generation's LithoVue, that approved imaging chain, the simplicity of the device to make it more productive for the physicians. And it's a very fast-growing market. And the scope allows us,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

much like the endo business, to pull through our core stone business. So our core stone business, we're the market leader and that's growing nicely above market. And we see that trend continuing. And then that's being augmented by Augmenix, which is our -- which is right in that same call point. The acquisition that we just did, that's doing extremely well to protect the rectum during prostate cancer treatment therapy. So it's a very strong, high gross margin business for us. It's a one-and-only product. There isn't a comparator for it, and it fits right into that call point.

The men's health business is doing well. We've got some new product launches there for the first time in years in men's health. And you've seen the impact of the mesh, which, although was a bad onetime, [indiscernible] helped the growth rate as we anniversaried that recall.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Perfect. So let's transition now to Interventional Cardiology and start with Structural Heart. You're guiding to, I think, $700 million to $725 million this year. That implies pretty good -- pretty strong growth. By our math, almost 50%. That portfolio is obviously loaded, ACURATE neo, Sentinel and WATCHMAN. Maybe at a high level, Mike, just talk about how you're feeling about those growth drivers, maybe start with kind of the relaunch of LOTUS and just that portfolio, which seems to have a lot of momentum.

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. It's so fun to see this finally coming together. Years and years of investment and planning. So just -- maybe I'll just start with WATCHMAN because that's one -- the biggest growth driver, at least this year in terms of dollars. So the WATCHMAN business is doing extremely well. Just received approval in Japan and reimbursement in Japan. So we're anxious to launch there, which we just did our first [ few ] cases recently and really encouraged about the results of the FLEX device, our next-gen device. And so we're -- we've gained quite a bit of share in Europe with our FLEX device. And we aim to have our FLEX device approved in the U.S., call it, summertime 2020. So we think we're very well positioned with WATCHMAN. And we've also continued to expand our clinical capabilities there.

LOTUS is going very well. We've -- I've spent a lot of time in LOTUS cases and we're spending a lot of time in that area. And we aimed at -- open up about 150 centers during the first year. So it's not going after every single hospital. But the results have been very strong. We're seeing very high reorder rates of LOTUS, and the launch really is going as planned -- as adjusted in 2019, not as planned in 2016 when we had some challenges with it. But we're very pleased with it. And I think, at the end of the day, you've got doctors who are -- who've been implanting Edwards or Medtronic for a while. And so I think what's important is you really can't come up with a kind of me-too product. It has to be uniquely differentiated to make an impact, and that's exactly what LOTUS is. And when you see physicians use it and it literally eliminates PDL like a surgery -- surgical procedure would, and the flexibility that they have to position the valve is very unique versus our competition. And it requires that differentiation in order to make an impact in a market that's -- has 2 strong competitors in it. So we're seeing strong reorder rates with it. You package it with Sentinel, which we see very strong momentum with. And then we'll bring ACURATE -- launched or enrolled in that trial today. So as you look forward in the LRP, we'll be the only company with an intra-annular valve, a supra-annular valve, multi-second generations with both those platforms and the only company with the embolic protection device.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Mike, on LOTUS, when we hear -- talk to the competition, the competition is saying it's kind of been a more deliberate rollout, if you will, Europe and the U.S., which is understandable. When do you kind of put your foot on the gas a little bit more on LOTUS?

**Michael F. Mahoney**
*Chairman, President & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, it -- I would say deliberate control, whatever word you want to use, that's absolutely true because we want to have excellent outcomes, whether we know the size of this market. And we want the experience to be very positive with physicians and the reputation to be very strong. And so we're not in this just for 2019 or 2020. We're in this TAVR market for the next -- forever. And so it's important for us to have great outcomes. And the key is physicians have to be proctored. And so you can't take a doctor who's been implanting the competition for 5 years and just put LOTUS in it because it requires proctoring to different deployment mechanisms. So that's why you have more of a controlled launch.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think also I'll just add that given the differentiation of LOTUS and that predictability in control, you are seeing kind of out-of-the-gate sites trying it in their most complex patients, those with heavy calcifications or bicuspid patients as well, so back to ensuring terrific outcomes. That's another reason for the controlled launch. And then over time, it is a workhorse valve making sure that it's -- that that's the role that it takes over.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Got it. I wanted to ask about peripheral. You touched upon earlier, I think, the drug-eluted -- drug-coated balloon issue. But I guess the question is, since the FDA letter in August, kind of -- what kind of reaction have you heard from physicians?

**Michael F. Mahoney**
*Chairman, President & CEO*

So now that, that decision has been made, we're selling the product in the U.S. and in Japan. And so sites that have historically been buying Eluvia, our drug-eluting stent, are still purchasing Eluvia. We're seeing some improvement, I would say, in new account opening. So it's not a -- the trajectory that we had planned a year ago given the paclitaxel warnings and so forth. But now that the decision is done, we're confident that in this year, as well as '20, that Eluvia will be a nice growth driver for our PI business. It may not have quite the same impact that we thought it would had a year ago broadly for BSC. But within PI, which will grow accretive to BSC, it will be a key growth driver for us. And we believe because of the characteristics of Eluvia with the lowest-dose paclitaxel, the longest dilution time and the difficult patients that were involved with our clinical trial, that we'll be able to sell the unique features of Eluvia more so, quite frankly, than the balloons. We have a Ranger balloon we expect to be approved, our drug-coated balloon in 2020, which will be a nice product as well. So we'll have the balloon and the stent. But the Eluvia product, we think, has the most differentiated clinical data and characteristics of any of the paclitaxel devices.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

So just transitioning to rhythm and neuro. You have some nice pipeline products there. Maybe just starting with EP, 2 new products coming out this year, Apama and the Cryterion or POLARx, which, I think, is the one you're a little more excited about. That's going to be the first competitor to Medtronic's cryoablation. So how are you feeling about your EP business today, which is relatively small business deal?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. It's one of our -- it's our smallest business, but important to us because the market is strong, and the market is probably $5 billion-ish already today and growing in the low teens, or pick your number. And so I think we are -- again, for the long term here, we're positioned uniquely well. In the short term here, you're going to see our cryo platform be approved in Europe and hopefully have some impact towards the very end of this year and have a nice impact in 2020. And this is a very big business for our competition. And we think our cryo platform has some unique deliverability aspects, the capital equipment, the use -- ease of use of it. So we think the cryo launch will have a nice impact for our EP business, in Europe

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

specifically, primarily in 2020. And then we'll enroll our U.S. trial in 2020. So I think that'll be a big growth driver for us.

In parallel with that, we have the RF balloon called Apama, which is a balloon with RF as well as visualization capabilities. And I would say that's -- it could be a disruptive platform as well, but likely, call it, 6 months behind the cryo platform. And the cryo platform is an easier customer base to launch into because it's a very proven safety and efficacy profile and we think a faster ramp. And the Apama balloon could be more disruptive, but will likely take a bit longer than the cryo launch.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

That's helpful. And also within rhythm and neuro, but in the CRM area, you have the insertable or implantable cardiac monitor, or ICM, that you're calling, I think, LUX. And that will be entering a pretty big market, $800-plus million market primarily also dominated by Medtronic. How important is that product for you?

**Michael F. Mahoney**
*Chairman, President & CEO*

It's a big market, as you said. It's -- it equals probably a similar sized market as cryo. And so with our commercial footprint that we have globally in CRM and the capabilities that we have with that diagnostic tool as well as the kind of the ability for us to manage the data more effectively, leveraging iPhone capabilities and AI, we think we'll have a very strong product there. And so I think that will be -- that should be a nice growth driver for our CRM business. Our CRM business, overall, it's a tough market. Our defib portfolio has been terrific. I think we've gained share against the competition for like 14 straight quarters in a row in defib based on our S-ICD as well as our HeartLogic platform, so a lot of momentum there. So adding the loop recorder device in 2020 will support that. And then you have the cryo launch would be the big driver for us in Europe in 2020. And we also made some improvements in our additional enhancements with our catheter portfolio with DirectSense and also a force sense catheter in Europe.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

LUX is U.S. and OUS launch in 2020? Calendar 2020?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

And that's in -- I think you said midyear or...

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Midyear, yes.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Mid-2020.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes.

**Lawrence H. Biegelsen**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Wells Fargo Securities, LLC, Research Division*

Got. Let me scan the room here. We've got about 7 minutes left. Plenty more to cover. Mike, the one business we haven't touched upon is Neuromodulation. You've been expanding there with Vertiflex. I think you did an RF deal not too long ago. You have deep brain stimulation there now. So you believe -- I believe in the United States approved -- so -- but SCS has obviously been challenging the last couple of quarters. How are you feeling about just kind of Neuromodulation in general?

**Michael F. Mahoney**
*Chairman, President & CEO*

So in general, we mentioned [ at the dinner ] last night, yes, historically, 6, 7 years ago, we were a U.S. business only with one device in rechargeable SCS. And so now that business, much like our urology business, has become much more -- and other business that we have much more diversified. So now our Neuromodulation business in Europe is becoming much more significant. Our SCS business in Europe is doing extremely well. And our DBS business in Europe is doing extremely well. So it kind of balances out, diversifies the growth profile.

Similarly, in SCS, we now offer a rechargeable and a primary cell leading platform in SCS. Our RF platform is doing very well, and Vertiflex is doing very well. So I think if you look at the pain continuum, we think we offer a differentiated solution. The customers versus our primary competitors, we typically offer SCS or maybe just RF. So we think our portfolio is more comprehensive.

The market has been challenged, as you all know, the first half of the year. We believe that, similar to historical, that this is an upper-single digit growth market. And we have a lot of capabilities in our Neuromod business to enhance our SCS system. So I think the market has been slower. We expect an uptick in the market, as we called in our LRP. And we were able to diversify the portfolio in the Neuromod business, in particular with DBS. It's helping to bolster the growth as well as Vertiflex, while SCS has been soft for the first half of the year.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

On SCS, I think, in the second quarter, you declined mid-single digits globally. Do you think that's the bottom? Are there any -- and if any people have asked about implant rates, trial rates, any data you could share that give people -- that make people feel a little bit better about the outlook?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I think back to the long-term outlook, well, there's still no definitive reason for the slowdown. We know the patients are there and that's why we have confidence in the long-range outlook for growth in that market. Recall that we launched WaveWriter, which is the first platform to offer dual waveforms back in Q1 of '18, kind of middle of the quarter. And so Q2 really was our -- it was our toughest comp in U.S. SCS on the back of that WaveWriter launch as we had all the reps fully trained and got going in WaveWriter. So our comps get -- they're still tough, mid-20s, but they get a little bit easier. And I think we're modestly encouraged, but we're just going to still play it conservatively for the balance of the year and see how things work out.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

In Vertiflex...

**Michael F. Mahoney**
*Chairman, President & CEO*

That should be easier in '20.

**Lawrence H. Biegelsen**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Wells Fargo Securities, LLC, Research Division*

Sure. Vertiflex, I think you've guided to about $60 million this year. It's the first year you own the product. How big can that product be, Mike?

**Michael F. Mahoney**
*Chairman, President & CEO*

What have we said, Susie? Get me out of trouble here.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes, so there's -- yes. There's 1.8 million patients with lumbar spinal stenosis. So this is a different paying patient but seen by our physician call point. But we're selling SCS and the Cosman RF product. And so I think there's still more room to go, but you could think of something, $750 million. You see billions types of numbers from others who have talked about the space given how many people have lumbar spinal stenosis. We're looking at moderate and then a couple of slices of that based on age, eligibility, et cetera. So an exciting opportunity and a natural fit for us.

**Michael F. Mahoney**
*Chairman, President & CEO*

I think the encouraging thing is that their clinical data is excellent. So we have a great 5-year clinical data, strong reimbursement. There really isn't a direct competitor to it and a similar call point. And so the commercial model fits with us well. It's primarily been a U.S. business, so we're looking to expand it outside the U.S. But we think it's a terrific add to our portfolio.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Mike, a couple of minutes left here. Wanted to kind of focus on kind of more big picture, looking out beyond 2019. So I think the guidance for this year calls for about 8.5% organic growth in the second half of 2019. If you achieve that, it should position you up for next year. Is that fair? And can you talk about some of the tailwinds you see in 2020? We went through a lot of them, but just maybe kind of list them and summarize them for us. And any headwinds that we might not have covered? Because it does look like you have a lot of tailwinds next year.

**Michael F. Mahoney**
*Chairman, President & CEO*

We do. So I think we guided to 6% to 9% organic growth for our '20 to '22 CAGR, is what we put in there. So -- which would be, we believed, near the top tier of the class for that CAGR period. And we also said that's a slight acceleration versus the 3-year CAGRs of the previous LRPs. And so we have a lot of support for those numbers based on the portfolio that we have and the momentum.

And so I think as you look at 2020, without going through all of it, across our businesses, we led the Structural Heart. When you have a full year rollout of LOTUS, full year with WATCHMAN in Japan and the momentum we'll have with FLEX, as well as the second-gen ACURATE platform, so a lot of momentum in Structural Heart there. You talked quite a bit about endoscopy today. We'll have a full year launch of the duodenoscope as well as the momentum for the product launches there. We'll have a few deals that will turn organic in 2020. And you'll have full year of our deep brain stimulation in Neuromod and some additional enhancements in that business as well. We talked about cryo and EP. So across the company, there's a lot of good momentum in our portfolio, highly motivated team and a pretty strong diversification of our business regionally.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I mean just one follow-up on that. I mean your full year of '19 guidance is 7% to 8%. You did have some headwinds in the first half of this year. Should -- do you think 2020 could be a better year than 2019?

**Michael F. Mahoney**
*Chairman, President & CEO*

Well, we don't comment on 2020. We'll see what happens, but we provided the 6% to 9% for the LRP period. And we have a lot of exciting things in the company. Some things happen that you unplanned, like the paclitaxel and some of these others. So we just want to plan for that. But we have many shots on goal and a lot of momentum and a hungry team.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Perfect. Really appreciate you being here.

Thank you. Thank you, Susie.

**Michael F. Mahoney**
*Chairman, President & CEO*

You bet. Thank you.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks very much.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*
We ended right on time.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.