# Tab 15

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX
# Company Conference Presentation

**Friday, September 27, 2019 8:00 PM GMT**

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ............................................................................ 3

Presentation ............................................................................ 4

Question and Answer ............................................................................ 9

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

## EXECUTIVES

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

**Jeffrey B. Mirviss**
*Senior VP & President of Peripheral Interventions*

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

**Susan Vissers Lisa**
*Vice President of Investor Relations*

## ANALYSTS

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

**Kristen Marie Stewart**
*Barclays Bank PLC, Research Division*

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

**Unknown Analyst**

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Hi, guys. It's noon, so we're going to get started. As people are getting settled, thank you very, very much for joining us here at the Boston Scientific Transvascular Cardio Therapeutics Conference 2019.

Really grateful for the opportunity here. And my name is Susie Lisa, I'm with the Investor Relations team at Boston Scientific, joined by my colleague Lauren Tengler. We have a great lineup of speakers for you today. We'll try and keep it tight to about 15 to 20 minutes of prepared remarks and then leave lots of time for your questions.

So to move right into, we will be making forward-looking statements today, and the usual regulatory disclaimers apply as well as from financial disclaimers, we encourage you to seek our latest 10-K and 10-Q filings with the SEC for a full discussion of risk factors.

And with that, I'm very happy to turn it over to Jeff Mirviss, our Senior Vice President and President of Peripheral Interventions. Thanks, Jeff.

**Jeffrey B. Mirviss**
*Senior VP & President of Peripheral Interventions*

Super. Thank you, Susie. Hello, everybody. Just a quick reminder relative to the peripheral space, I touched on this in June at Investor Day. But we're very comfortable with this mid-single-digit growing market. A lot of patients still have low awareness and under penetration in these disease states. So we see really good market fundamentals, and we're very happy about that.

And about half of our TAM is in the arterial segment, where we've been really focused on drug-eluting and PAD products, and now we're moving -- more focused into the CLI space. And then the other half of the TAM is sort of broken up roughly 50-50 between venous and Interventional Oncology. And prior to the BTG acquisition, we were very focused on the deep venous system with things like AngioJet and stents and balloons. And now we're focused a lot more broadly in venous with both superficial as well as pulmonary embolism.

And on the oncology side, we sort of had a very focused point of view on liver cancer, and now we're sort of opening the aperture of the camera, if you will, on other cancers in kidney and other places. So, yes, we like the market, and we like the fundamentals, and we see a really -- lot of opportunities to innovate and grow in the future.

And that's obviously aided in large part by our organic portfolio, but also with the BTG acquisition. So we see a lot of complementary aspects of the portfolio on the oncology and venous side, where we can bring together our delivery tools and our capabilities in that area with our cancer treatment, and our vast commercial footprint on the venous side.

And this acquisition lets us move faster into some of these higher growth adjacencies that I just touched on. Some of the key highlights being superficial, venous insufficiency with Varithena and pulmonary embolism and obviously treating cancer.

And you're aware that the BTG business is largely U.S.-based. And so one of our top priorities right now is focusing on the geographic expansion opportunities. And so the team is working very hard on figuring out which products, in which geographies and in what sequence do we bring the BTG portfolio. And we're very excited about being able to treat more patients and bring these technologies to more patients and more countries around the world.

And then finally, we see a lot of Boston Scientific capabilities to be more efficient with the BTG business, both on the revenue side that I just touched on, but also the cost aside. And so the team's been hard at work. It's only been less than 2 months, but the team's been hard at work figuring out exactly how we can

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

accelerate our way to get these efficiencies in place. And we are very comfortable with our commitment that we made of $175 million in synergies by year 3. And as soon as we get more sort of data on that, we'll give you an update as soon as possible. So we're feeling quite good about where we're at right now with the BTG aspect of the PI business.

And of course, the other thing that's taken up a lot of time is paclitaxel. There's been some updates here at this at this TCT meeting. The FDA is very interested in additional studies and of course, additional randomized studies. And the good news is, we have one of the biggest trials that's underway right now that's going to help elucidate this issue more going forward, and that's the EMINENT trial, which will be done enrolling at the end of this year or beginning of next year. That's a European trial with Eluvia. 750 patients randomized to all FDA-approved bare-metal stents. So I think that's going to be an important data set for the future that will help figure out what's going on with the signal and help in terms of the resolution there.

I'd also say that physicians are having really good conversations with patients -- better conversations with patients about the importance of medical therapy, exercise, their comorbidities as well as what we're seeing in the signal. So I think that's helping the market sort of return back to some improvement. And we see many hospitals now putting paclitaxel back on the shelf, making it more available for their physicians to treat patients.

And then, of course, there was more data here at this TCT meeting. It seems like every time these same trials get reviewed and more patients come into the analysis, the signal goes down. I think it started at something like a 93% signal, it's down to something in the 20s. So I think we'll see that continue as more patients come back in those trials and then, of course, new trials, new registries, new randomized trials, new analysis for Medicare, I think, will help -- really resolve what's causing the signal.

And we think through all of that, BSC is well positioned, first, because we have a highly differentiated portfolio and second because we're the only company that's investing in comparative data. And it's the type of contemporary evidence that physicians want to see to help inform the decisions that they make for treating their patients.

Eluvia is continuing to open up new accounts in the U.S. I think we've opened up more than 75 new accounts since the panel meeting, so we're seeing some nice progress there. And the topic of Eluvia not being in the meta-analysis has been a nice talking point for physicians as they consent their patients.

And then we have RANGER, which we believe is around the corner next year. And so RANGER will be the only drug-coated balloon that will have comparative evidence. You'll see that at LINC in January of 2019 -- or 2020. That's a 414 patient trial head-to-head against Medtronic. And then you'll see our pivotal trial results at VIVA, which is the RANGER Drug-Coated Balloon randomized against the POBA.

So 2 really robust data sets in the next few months. And then, of course, we will have long-term data coming more with RANGER. We already have 3-year data now. So essentially what the FDA asked for, which is longer-term data, we'll have that, and ensuring that the device is no less safe than what's on the market, we'll have comparative evidence. So we feel good about RANGER in 2020.

And then we have seen a pickup in the SAVAL enrollment since the panel meeting. So we are comfortable with our projection that you'll see SAVAL released in the 2022 time frame.

So we're feeling pretty good about where things are at in the drug-eluting space. Obviously, we'd like to see it accelerate more, but I think the guidance we gave earlier in the year still holds, and we're seeing positive signs, and we'll keep you posted as we get more data.

So with that, let me turn it to Kevin for an IC update. Thanks very much.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks, Jeff.

**Kevin J. Ballinger**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Executive VP & President of Interventional Cardiology*

Thank you, Mirv. Good afternoon, everyone. So thanks for coming and spending some time with us today. I'm just going to give a little bit of quick context of kind of the latest updates for Interventional Cardiology, and then we'll -- Ian will make a couple of comments on the clinical side, and we'll get into Q&A.

So a slide that I showed at Investor Day just to reiterate kind of what our strategy has really been for several years. We put a lot of effort into refueling our portfolio and really driving into higher-growth markets, and we've really reshaped our portfolio. So I'm very proud of the internal team. But our commitment has never been stronger to category leadership in stents and coronary, our foundational business, in complex PCI and also in the structural heart. So you see some of the numbers here.

So just a few points of observation. So in 2019, as I mentioned in Investor Day, our non-DES coronary business will be bigger than our DES business. So this diversification strategy and growth we're seeing in complex PCI is certainly healthy and paying off from a coronary perspective.

Structural heart this year will represent over 25% of our revenue. So we're getting scale, we've got scale, and we're getting scale every single day. So we are excited about the -- our entries into the TAVR field to complement our WATCHMAN procedures. This number, this 26% is a number that corresponds to our revenue guidance for structural heart of $700 million to $725 million. We feel committed to that. We feel strongly that, that will be achieved, and we're holding firm to that.

So good underlying growth markets. Overall Interventional Cardiology broadly $13 billion market, growing at 6% annually, and that's primarily driven by structural heart, but also kind of underlying coronary therapies market that is flattish to maybe slight single-digit growth.

On the coronary therapy side, our commitment and our strategy has always been to -- in any given calendar year to launch 5 to 10 new products or indications. And so we're maintaining that philosophy this year. And just a couple of examples right now.

So our Complex PCI business has been growing really nicely. In fact, for the last many quarters, we've been growing at double-digit rates in Complex PCI. And we see that has the capability of staying at a high single-digit kind of top line grower. And it's driven by product innovation. And Rota is a good example of that. So Rota is -- shows our commitment to the calcium space. Some -- numbers from this year through the first half -- we've grown Rota over 20% globally this year.

And we've also introduced a new product, ROTAPRO, which really expands upon the ease of use. And you can see some of the numbers there. We've -- were launched in about 650 accounts globally with ROTAPRO, but just in the U.S. alone, we've seen over 40% growth in our Rota business this year. And so I think the ease-of-use improvements have been appreciated.

On the Stents side, we're happy to announce this past week that we got CE approval for our MEGATRON, SYNERGY MEGATRON stent. So a purpose-built proximal stent, a stronger stent. I think this type of innovation is going to be what matters in the stent side. We'll have a 48-millimeter stent launching in the U.S. next year -- later next year as well. So we anticipate from an FDA approval perspective, that should come sometime in the first half of 2020.

And indication expansion is certainly something that is very important as well. So Ajay Kirtane just presented yesterday the first prospective global randomized trial in the U.S. of -- not randomized trial, I'm sorry, the first prospective trial with the high-bleeding risk patients. We're very pleased with those results, and we look forward to SYNERGY being the first product in the U.S. with the indication for high-bleeding risk.

On the WATCHMAN side, very excited to announce we've passed the 100,000 patient threshold since the original launch. So that's a key milestone that the team is very proud of. With that, we've got reimbursement that's been a good story over the last few years, really since 2015 when we launched. We expect, in fact, next week, the next reimbursement increase to go into effect, so that's good for profitability of U.S. sites.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

WATCHMAN FLX in Europe, we finished our limited market evaluation, and we're really pleased with that. So we're -- now in September have moved into full launch mode, and the performance has been exceptional. Japan is going to be another critical market for us in WATCHMAN. 1 million AFib patients. A lot of concern about bleeding on OACs. And so I think it could be one of the more important individual countries for WATCHMAN over time. So the launch is underway. It started in September. So we're maybe 4 weeks into the launch right now and so far so good.

And then the OPTION trial, a 1,600 patient trial, looking -- it's the first trial looking at kind of contemporary OACs versus WATCHMAN, and this is in a post-AF ablation population. But proud of this trial. The commitment to clinical science is strong.

And finally on structural heart, before I -- valves that is, before I turn it over to Ian for a few comments. A lot of good momentum here, obviously. So those that maybe saw the case this morning from Columbia on LOTUS, a really great example, I think, of the typical types of cases we're seeing and the results, frankly.

So we're positive, we're encouraged on LOTUS. The early stages of the launch is now going very, very well. We are on track to open 150 accounts in the first year, and that's the first year from FDA approval, which was April. So by Q2-ish next year, just to give you a sense of the pace of our plans to launch, we'll plan to be in 150 or more accounts. We're launching it in a very thoughtful, measured way.

Pacemaker rates, I'm sure that'll come up in the Q&A. We do think we've got competitive pacemaker rates. We can say more about that, but I think what we've seen so far has only given us more confidence that this will be a competitive product relative to pacemaker rate.

And one of the things we certainly need to do and we realize that is, is have a smaller sheath offering, so an expandable sheath. And we are now in a limited market evaluation for our 15 French iSLEEVE expandable sheath. Previous to that, we were using the larger sheath and that certainly has been something that has held back some usage. But we're now in an LME for the 15 French and expect to be full commercial on 15 French in the fourth quarter, likely in mid-November time frame.

Sentinel, a lot of really good momentum as well. We're in over 400 accounts. We think we've -- it's used right now in 15% of all TAVR procedures in the U.S. In the U.S., we're in about 250-ish accounts, so the 400 number is globally. So that's going to continue to rise. It gives us some really unique opportunities and rounds out our portfolio in a very clinically relevant way.

We were happy to announce this week a randomized trial. We'll say more about that, I'm sure, in the Q&A. But we plan to do a randomized trial on Sentinel in 2020 and that will be a hard stroke end point. Ian can say more about that, but we're doing that because we got more and more confidence that the Sentinel results. I think we're more confident than we've ever been about what we're seeing and the fact that putting that randomized trial data out there could be a really powerful driver for those that are still nonbelievers.

And on ACURATE neo2, so we've started the U.S. enrollment. That trial is underway. And recall, neo2 has the anti-PVL skirt to prevent or at least diminish PVL. U.S. trial is enrolling. The customer feedback's been very good. We anticipate the U.S. approval, as I said at Investor Day, being in the 2021 time frame. CE approval for neo2 in the mid-2020 time frame.

As Ian comes up now, he can make -- give some perspective on the clinical trials that have been presented. SCOPE1, obviously, was just presented this morning. That was with the neo1 version, and I think the neo2 will certainly improve some of the PVL performance that we've seen in that trial.

So Ian, I'll ask you to make a few overarching comments on some of the trial activity at TCT, and then we can move into Q&A.

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

Thank you very much, Kevin. So I think most of you are aware of the trials that we presented or have been involved in here at this meeting. I think if I can make a couple of very brief comments, firstly about

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**BOSTON SCIENTIFIC CORPORATION COMPANY CONFERENCE PRESENTATION | SEP 27, 2019**

REPRISE III. We presented the 3-year data in this randomized trial. We'd say that the results look very consistent and well sustained out to 3 years. The stroke difference of almost double -- half the stroke rate is still there and the PVL benefits are still there. As a consequence of that, we also had an economic study showing that the costs associated with LOTUS were significantly less when you take into account -- even though there was a higher pacemaker rate, there was a significant less need for a second intervention because you didn't put a valve in a valve as frequently with LOTUS as you did with CoreValve. And of course there was lower PVL, so fewer rehospitalizations with heart failure. So great durable results in REPRISE III, and the economic analysis shows that it's a net win at 12 months to use the LOTUS valve.

I think you've -- I'll just briefly touch on EVOLVE Short DAPT. You heard Kevin mention that. Critical study, single-arm study against an objective performance criteria. Not a randomized trial. But we showed that in patients at high-bleeding risk, 3 months of dual antiplatelet therapy was a great outcome. You saw there was no difference in mortality at the 15-month end point and there was certainly no difference in MI. We met the expected objective performance criteria for stent thrombosis.

Now paradoxically, there was slightly higher bleeding in the Short DAPT arm versus the historical control. That doesn't make sense. If you're or no anticoagulation or no antiplatelet agents, it's unlikely that you're going to have a higher-bleeding rate than a person who is on long-term dual antiplatelet or anticoagulant therapy. So the difference there is probably ascertainment of low acuity bleeding between the objective [indiscernible] and indeed the -- well, I'll use this microphone because this is pretty irritating, isn't it? And indeed, the study arm -- perhaps the one study.

[Audio Gap]

search, it was a randomized trial with a complex, compound, multifaceted, safety and efficacy composite end point at 30 days and you saw the number of variables that went into that.

We missed that primary noninferiority endpoint, so we were not noninferior and that not noninferior was driven by an increased rate of paravalvular leak and the consequences thereof. An indeed acute kidney injury and the latter is really a consequence of the former.

So I think for those of you who were there for the discussion after that, I think, it was very balanced and reasonable endpoints out that S3 is a mature third-generation technology. ACURATE neo is a second-generation device in evolution. And of course, the device we have studying in the U.S. is the ACURATE neo2 with the extended skirt. And we already know from the CE Mark trial that was conducted with ACURATE neo2 that the rate of paravalvular leak, core-lab adjudicated moderate PVL was about 3%.

So that is just one study, of course, in a multitude of studies that are ongoing. We have the U.S. IDE which is a randomized trial head-to-head against either S3 or CoreValve Evolut PRO and R, and that's currently underway. And of course, there's the SCOPE2 trial, which is also randomized against the Evolut R and PRO in Europe. And that's also in the context of many other studies that are going on in Europe and studies that have previously been undertaken that are propensity-matched analyses.

So the only other thing that I'd like to draw to your attention is the WATCHMAN FLX early clinical experience. We've seen excellent data thus far from the -- from this, suggesting that it'll -- that it's going to do very well in clinical hands. Very high rates of procedural success, great rates of ceiling and extremely low rates of complications. So all good news on that front.

So perhaps open it up for questions.

**Susan Vissers Lisa**
*Vice President of Investor Relations*
Thank you. So why don't we get the microphone and start with Rick, we'll go down that row and then down the row here, please. So Rick, thanks.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Rick Wise, Stifel. A couple of questions just to start. Maybe just start from an odd spot with Sentinel. I think your statement that you're willing to conduct a randomized trial, obviously, you have to be confident. But the risks associated with that as well given the most growth rates or the best in TAVR, why are you so confident that they will work? Maybe just -- as long as you're talking about it, Ian, talk about some of the early experience. Some doctors are talking about time to lucidity dramatically better with Sentinel, some of the anecdotal feedback there.

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

Okay. And so if I can deal with the first question first. And we are confident because if you look at the totality of evidence, Rick, from registries either single-site registries or pooled registries, we're seeing that the 72-hour stroke rate is reduced by anywhere between 60% and 80%. Plus the evidence that we saw from a post hoc analysis from the original Sentinel trial and there's other data sets emerging, that again, single registries all point in that same direction.

So the trial that we've designed is a properly powered, hard end point, real stroke, 72-hour study for 2,500 patients randomized to Sentinel supported or protected TAVR versus no protection of TAVR. And we believe we'll hit this endpoint. And you need only look at the SCOPE trial that you just heard, which is contemporary practice in Europe that just finished. Then you saw the S3 had a 3% stroke rate, ACURATE had a 2% stroke rate.

Now going back to what you said before about the low-risk study. Remember that the S3 low-risk study PARTNER 3 excluded bicuspid valves, excluded heavily calcified low-risk valves. So in the real world, where you don't exclude patients and you take the universal set of low-risk patients as opposed to a selected subset within that universal set, you will see a constellation of risk. And so we're pretty confident that the stroke rate is going to be around 4%.

The other thing is we have neurological assessment. Now when you have a trained neurological professional see the patient beforehand, and then after their event, the ascertainment of stroke is much more thorough and accurate. So an estimate of 4%, and we're aiming for a 50% reduction in that event rate.

So we think all the evidence points to that. But at some point, we need that powerful scientific evidence if we're going to change practice, get it in the guidelines and be a standard of care. You have to have it. We believe we will get it with this trial. The other question?

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Well, I'll leave that for a second and turn to the SCOPE trial. Obviously as Dr. Leon eloquently said, not atypical for first-generation device, we saw not thrilling results. Help us put in perspective, I mean, should we be disappointed and concerned that this is some kind of terminal psychological blow for ACURATE or no -- help us find a more balanced thought process? Thank you.

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

So I've been in -- first in human trials for only just...

**Susan Vissers Lisa**
*Vice President of Investor Relations*

On the webcast. Yes. Ian, you need to use the handheld, sorry.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

Just switch it off, Lauren.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

It's the podium too. There turn it up. How about maybe take a break. And, David, can you ask Kevin a question and then we'll come back to Ian. Is that okay? Go ahead, David. Sorry.

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

So I think I'm right actually. Is this working?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Just give us a sec. Just give us a sec.

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

You've just turned off all microphones.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Go ahead, David.

**Unknown Analyst**

[indiscernible] to your comments of first-gen versus third-gen valve. As it relates to next-g and as neo2 coming in European continent in mid-2020. [indiscernible] over the next 9 months [indiscernible] commercial impact in Europe based on the growth of neo1?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Kevin, could you repeat the question?

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

The question essentially was, in the interim time period in Europe will we have neo1 not neo2, which -- between now and mid 2020 what is the commercial impact potential for the European -- our European business. And I'd say, in general, Dave, my view on that, it certainly is -- it's a headwind. But I would say, I don't view it as an enormous headwind. And the reason is we've got 20,000 patients in Europe that have been implanted with ACURATE neo. There's a really rich experience set. The physicians that use neo really have their own large, rich patient sets and they know the performance of that device. And generally where neo -- ACURATE neo is used, it's one of the primary valves.

So I would say, this year generally, it's at minimum of 20% or so in those accounts that have neo, it goes all the way up to 70%. So many accounts that use neo use it for the majority of their patients. And I just think that overarching point of 20,000 patients' worth of individualized experience is going to win the day.

Now clearly, we'd like to have neo2 sooner and -- to put -- and we're doing everything we can to attempt to accelerate that. But I think it'll be okay over the next several months just based on individual physician experience.

**Unknown Analyst**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**BOSTON SCIENTIFIC CORPORATION COMPANY CONFERENCE PRESENTATION | SEP 27, 2019**

Do you think you can still grow ACURATE [ claims ] during this period or could [ neo rest ] growth to flat?

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Well, I think ACURATE has been going very strongly. 30%, 40% many quarters. So I think it'll -- it's got the potential to flatten out a bit, but I do think there's still opportunities for growth there, especially if you look at the holistic Boston Scientific TAVR portfolio with SENTINEL now. We've got healthy production levels of SENTINEL, so we can be more aggressive in terms of commercial bundles in Europe. And you get through the summer months in Europe and you can really start to work more deals.

So I think with LOTUS now in Europe, and SENTINEL in Europe, I think that also can help through ACURATE and the portfolio can work hand-in-hand. So a potential for a little bit of momentum growth blunting compared to what we've experienced for this interim period. But I think the net-net of it will still all kind of balance out based on other geographies and price.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

And Rick, maybe, can you finish up on SENTINEL. Could you repeat that question or...

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

Rick was on -- on ACURATE.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sorry.

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

[indiscernible] This is -- I think, the reality is that PVL will be addressed by the seal and a larger size will actually pay in the future as well, and the 14 French iSLEEVE will be [indiscernible] vascular complications and almost all of the acute kidney injury that you saw there was related to managing PVL by [ hostile ] mutations. So I think that once you address the PVL -- that -- this issue will be significantly reduced.

And just to your point actually, a very important point is that we're already reviewing data sets that people are going to present at London Valves and we can say this -- these results that look deeper from what we've seen in SCOPE1. So I think there's a considerable following and loyalty to the ACURATE for valve, particularly those who are] [ enjoying ] high volumes and are getting good results. So I don't know if [ they will ] readily change their practice.

**Unknown Analyst**

Just maybe another one, Kevin, for you on LOTUS here. One of the things we're hearing at this conference is enthusiasm over NCD expansion. Backlogs are moving and low risk is heavy, so impacting the market. We've actually heard other interventional cardiology companies like AdvaMed suggest that their business is being impacted by being able to get mindshare with interventionalists right now because of the low-risk inflection.

So you got me thinking about your launch of LOTUS in the U.S. As you think about the progression of the launch relative to plan, has this distraction over low-risk inflection kind of altered your view about our how that launch is going? And just more broadly, how is that launch going kind of relative to plan? And when should we consider this being a full commercial versus moderately commercial launch?

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So I think really, I would've called -- I would say September this past month and we're now almost in October, was really the -- what I would call the full launch mode in terms of the -- opening the number of accounts we plan to on a go-forward basis per month. So we're kind at that clip now fully ramped through LME and launching the rest of the -- multiple next months will look like September in terms of account openings. I'd say there's been very little distraction by this low-risk expansion. And I think you get widely different views on what that all means.

But I think the one thing about LOTUS, and I've talked a lot about this before, is even for this staunchest core valve or Sapien users, for the most part, we hear them say LOTUS has a role. After using it -- then they say that even more strongly after using it, LOTUS has a place. Now what does that mean in terms of share? Well, it varies by account.

So some users we're already seeing will adopt this as a mainline therapy, a frontline workhorse product. Others are kind of dipping their toe in the water around more complex cases. So it's an interesting dynamic. And in all my years in the space, you typically would go in, launch a product and typically it would be first used in relatively simple patients and you'd work your way up from there. And it's flipped on its head with LOTUS that in many situations, it's used in the absolute toughest of the tough cases where they literally reserve that patient like this -- we need a LOTUS here. And so -- and it might be their first experience.

And so I guess the good news is, what this test says builds our confidence. So we're seeing that I think pretty frequently where accounts will start using it in the very difficult cases, but then gradually transitioning as you get more comfortable with the -- handle the technology, if you will. Whereas what they might have a perception that it's a complicated device, they use it [ a few times ] and it's actually not a complicated device and it actually tremendously simplifies the procedure because it functions very early and takes the stress out of the procedure.

Just one final point I'd make is there's potential expansion of additional accounts, just trying to get to your question directly, the potential under capacity in the system from the expansion that might be needed over time. There are a lot of accounts, and this is in our first -- our frontline strategy. But there a lot of systems or accounts that want to open new TAVR shops that are certainly talking to us about can LOTUS be one of the initial entries into this new TAVR shop.

Now that is not our strategy. They might occasionally be that. But I think -- and you saw Dr. Isaac's quote. I think his belief is that for operators that have less experience, LOTUS would be an excellent valve of choice because there's no point of no return. So I'd leave it at that.

But momentum is good. It's on pace with our expectation. The performance -- given the twists and turns we had to get in this point, I would say, for me personally, it's -- in terms of just the valve performance itself, it's probably even exceeding my expectations. And I had very high expectations coming in, in terms of clinical performance. And today's case at Columbia was an exceptional example of that where you've got leading physicians like that really thrilled over a result in that type of complicated patient.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks, Kevin. Larry?

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Larry Biegelsen, Wells Fargo. Jeff, I'll give you a chance to do some talking. A couple of questions on PI. First, for BTG, the Y90 trials, the 2 big ones, EPOCH and STOP-HCC. What's the status? And maybe you can help us put those into perspective, how important are those for that interventional oncology business. Number one.

And second, on paclitaxel, it does feel like we've hit -- we've bottomed. At least that's my sense from talking to doctors here, and we should maybe gradually improve a little bit coming out. Would you agree? And how do you feel about the $700 million number that you talked about in June?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jeffrey B. Mirviss**
*Senior VP & President of Peripheral Interventions*

Yes. Thanks, Larry. On the BTG Y90 trials, so we're learning a lot more about them. I would say they'll probably a little bit later than what's published right now on clinicaltrials.gov. So the trials need to just read out for all the patients. So I would expect them probably sometime later in 2020 or first half of 2021. That's as of right now our best estimate.

And what we've modeled in our model is sort of no change in the market for Y90. So not a big catalyst one way or the other. So I think it's modeled conservatively. And we like that business, and it's a differentiated product. And so we think that with the geographic expansion as well, there's lots of opportunities there for Y90.

Then on paclitaxel, I would agree with your comment that it does feel like we've turned the corner. Things do appear to be improving. I mentioned the number of new account openings. It does appear that physicians have resumed using some paclitaxel, especially the ones that haven't used it because it wasn't available to them. I think the patient conversations are dramatically improved. And so FDA's guidance, from our perspective, is being executed in the marketplace by physicians. You've seen the labeling. All the companies will go ahead and update the labeling, and we see that as just another data point.

And then I think as more data comes forward then it will elucidate exactly what is causing the signal. I think that's the big question. And I don't think anyone is saying that there isn't a signal anymore. It's more like what is the cause. A lot of doctors feel it's not paclitaxel. So we'll just have to see as more data comes. And again, we think we're well positioned in that regard.

And my comments at Investor Day, we're optimistic based on the 24-hour summary, and I think you all picked up on that. And I think the official statement from FDA was different than the 24-hour summary, and it was more in line with our original guidance, which is why I made the comment that we're comfortable with the original guidance that we made earlier this year. Hopefully that clarifies it.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Did you want to add anything, Ian?

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

There has been a slight attitude shift, I think, for those -- -- Larry, you were present yesterday at the FDA town hall and you can see that the -- there's an understanding that there is this signal here but considerable doubt as to whether it's related to paclitaxel or not or whether it's just a byproduct of the quality of those 4 or 5 trials that really have driven the analysis, and [indiscernible] Medicare analysis being presented today and along the time point, we'll sort of add more data about the hazard ratio being [ one or less ] which we've seen from the study side note. I think there's certainly an air of positivity on the panel that I was on yesterday.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Okay, Chris?

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

Chris Pasquale, Guggenheim. Ian, I'm curious on SENTINEL, the start of an RCT is obviously an important step for that product. Any plans to iterate the design of the device itself? Do you guys not feel like covering the entire arch is worth it for the added complexity? And then any plans to look at that product in other procedure categories?

**Ian T. Meredith**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Executive VP & Global Chief Medical Officer*

So good questions. So first of all, there are plans to iterate the device, and -- but that won't -- those devices won't be here during the course of the current SENTINEL trial. The SENTINEL device that will be used in the PROTECT TAVI trial. The question of whether you deflect around the arch, and therefore, interfere with the path of devices crossing the arch, or whether you actually are in the great vessels or near to the origin of the great -- the arch in the great vessels. That's the important question.

So the future devices we'll have will both be a deflector and cover all 4 vessels. That's a fair way off but we are looking towards iterating that device, and there will be trials for that in due time when that becomes a reality.

Now as to other spaces, we're exploring that -- those options at the moment. Clearly, mitral valve is a valve in high-risk pulmonary vein isolation. Indeed, other complex first-line procedures could all benefit from this because it's the [ asynchronous cerebral ] [indiscernible] on MR are very common even after pulmonary vein isolation -- high-risk pulmonary vein isolation. And studies have shown between 5% and 49% of patients have some form of MRI defect after pulmonary vein isolation [indiscernible] complex left ventricular appendage closure.

So there are a number of options and even in surgery as well. So we're exploring that with a few small investigator-sponsored research studies that will enable us to plan a path forward, but clearly that's fine -- we are.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

And then one for Kevin. I'm curious how you translate the SYNERGY results -- or the EVOLVE results into actual share gains on the stent side. Is it really just a matter of going to physicians and saying, "Hey, this should be now your preferred option in high-risk patients or patients where you have compliance concerns." Or can you actually make an argument to payers perhaps, there's a cost-saving advantage? Anything along those lines?

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Yes. It's probably more of the former, and we've certainly tried the latter and believe in the latter. But I think the benefit of a label is real. It may not be the extent in terms of a driver as a brand-new product launch anymore, but it is meaningful. I mean it's meaningful to some sites more than others.

But I think the appreciation for the fact that SYNERGY was -- SYNERGY was designed to do this. SYNERGY was designed for the drug in the polymer to go away over the first few months and to get back to the very safe-healing, fast-healing product. And even a lot of the other bioabsorbable -- abluminal bioabsorbable polymer stents still take 12 to 24 months to degrade. And so I think it's just another positive factor for SYNERGY.

SYNERGY is already the market-leading stent in the U.S., and I think this just builds on that. Being first with the label, being the first with a U.S. trial. Many will try to talk about it as a class effect. Over time, others will need to do their U.S. studies to get that label.

I think generally people believe all stents are safe, so I'm not -- I don't want to overemphasize that it's in a completely different category on healing alone. But I will say that the deliverability of SYNERGY is still exceptional, still best-in-class in my mind. And then adding products to the SYNERGY family like the 48-millimeter, like the MEGATRON dedicated large vessel stent, and then also later next year SYNERGY EXALT-D, which is a version of SYNERGY that's really designed for radial procedure.

So I think it all goes hand-in-hand. And along with our Promus ELITE platform allows us to segment the market well and compete in a very broad way. And I think it sets us up for continuation of a market-leading drug-eluting stent portfolio.

**Susan Vissers Lisa**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Vice President of Investor Relations*

Thanks. Vijay?

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Vijay Kumar from Evercore. Kevin, back to SCOPE1. You mentioned ACURATE possibly flattening, right. But then when I tied it in with your comments on LOTUS, the pace of account opening in the U.S., that's ramped up. What caused that pace to change? Is this based on feedback you're getting from the marker or just maybe your commercial footprint buildout, training, et cetera, that's -- maybe that's improved? And I'm just wondering if that U.S. ramp, is that enough to offset the slight flattening ACURATE in Europe?

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Yes. I'm not making any predictive statements right now on ACURATE European numbers specifically. But in the context of a business that's $2.8-plus billion, I think things will be okay, right, in terms of the puts and takes of a very diversified portfolio, especially with neo2 on the way and especially with frankly the ACURATE experience that the strong ACURATE users already have and the belief in the product that they have.

Just on the U.S. LOTUS launch, so the -- what I would say is the ramp has now accelerated in the mode that we predicted in terms of the -- so opening the number of accounts per month that we predicted at full launch. And so we purposely, over the course of the summer, were more in a self-constrained limited market evaluation mode. And we started loosening that, obviously, in the July and August time frame with a stronger ramp, and now, September. We've launched about the number of accounts that we think is appropriate to ensure that we do exceptional proctor and training and giving the product the best chance possible to stick and get the attention that we need.

So we don't want to treat this like a drug-eluting stent launch where it's a big bang launch. We want to think about it more like the way we rolled out WATCHMAN and launch it at a pace that's appropriate for -- gives us the best chance for the physicians to really appreciate the product performance. So we're in that mode now. September was the first month. We'll do it again in October and November and multiple months from there.

So I think when I view our TAVR business, with SENTINEL, with 2 valves -- this dual-valve strategy, I think, is really going to be important for us. I think this is one that -- it's a growth orientation that can continue for many quarters and years. So it's -- I look at it as really a long-term growth profile as opposed to one big bang incremental step-up. I think it's something that we can keep expanding on for many quarters into the future, assuming the performance continues to be what we think and with the strength our team.

So that's exciting to have what could be a real long-term growth driver. Just like WATCHMAN since 2015 has been a -- it just keeps giving. I mean we're investing in it to keep giving, but it's nice to have those types of things in the portfolio. And I think we can do the same with TAVR and SENTINEL, so that's exciting.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

That's helpful. And then maybe one follow-up on EXALT-D. New clinical trial has started on clinicaltrials.gov. I'm just curious, did the FDA ask you guys to run a new trial? And there was some guidance from the FDA on reusable tips. Does that -- FDA's changing stance? Does that change your view on how adoption should look for this product, year 1, year 2, et cetera?

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

I'll give it to Ian or Susie.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So the question is with respect to our endoscopy franchise and our single-use duodenoscope scope, EXALT-D. We did announce yesterday a new study called DScope 02. It's a 1,000-patient study. It's solely at our own doing in order to arm us with more data for commercialization.

And there's no change to our time lines for year-end 2019 launch for EXALT-D. We're going to be very excited about the market opportunity, and this is solely at our own behest despite market rumors otherwise. So no change to EXALT-D time line. But it's 1,000-patient study to aid in commercialization.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

That's helpful.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

And with respect to the single-use tips, I think there was FDA language about 3 weeks ago. We essentially viewed it as a very encouraging sign recognizing the issues with reusable duodenoscopes. And I think single-use tips is a first step, but there's no definitive elimination completely of infection unless you have a fully single-use scope. And they left the door open for future products, and we're very excited about that.

So yes. Okay, we're going to Matt and then in the back to Bob.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Matt Miksic with Crédit Suisse. So a couple of quick follow-ups. Just one on LOTUS, just to continue that line of questions. You talked about sort of hitting a pace in September that you expect to maintain in terms of new accounts which would suggest that your -- maybe you can give us a sense of how far are you into your investigational sites in terms of rolling a complete availability, or is that just sort of assuming that they're going to have that availability? And then I have a couple of follow-ups.

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Okay. Yes, thanks, Matt. So investigational sites you're specifically talking to REPRISE III or IV?

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

The experience with LOTUS, basically, yes.

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Yes. So what's -- so it's a mix. I mean the honest answer, it's a mix. Some of those sites are commercial accounts now and some are not because they're now focused on REPRISE IV, so the intermediate risk trial. So we've got, what, 40 accounts in -- 40-ish accounts for REPRISE IV?

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

Yes. 40, 42 out of the proposed 50.

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**BOSTON SCIENTIFIC CORPORATION COMPANY CONFERENCE PRESENTATION | SEP 27, 2019**

So it's -- I don't know the stats off the top of my head, but I know it's a mix. There's some of those that are both commercial and clinical and some that are just deciding to focus for now on clinical enrollment and will open them commercially over time.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Sure. And as you get through -- they get through enrollment, they'll join maybe, whatever, sometime next year?

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Absolutely. And probably most will join even during the enrollment period.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Okay. And then just a follow-up on neo. Dr. Meredith, you talked a little bit about PVL and neo2, obviously, just as a part of that. There was a couple of other statistics, in addition obviously to trial design of SCOPE. If you could talk about -- what about the trial design, what about its delivery system. We obviously know about the skirt. Other things that can give you confidence in neo2?

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

Yes. So the other endpoint that, Matt, had, I think you saw that -- was that there was a difference in vascular complications. So being -- having the ability to use the 14 French iSLEEVE with this will actually reduce vascular complications.

The design of the trial, I think, was reasonable. And the reason it had such a compound, complex composite endpoint was that in order to do a randomized trial of only 700 patients, they had to have a lot of factors, both safety and efficacy and device-related echo valve function-related composites in order to get an event rate of around 22% so that they could have a risk difference of around 7%, which gave them a study around 750 patients. So that's how it was engineered.

But I think there are a lot of good information in there. If you look at the EOAs, the effective orifice areas, you note that they were typical of a supra-annular valve, about 0.3 of a square centimeter larger than you saw with the Sapien 3 valves when it was aggregated. They had about 1.47 square centimeters. And you also noted that the gradients associated with those were significantly less. Pacemaker rates were roughly the same in the 2 arms.

So I think the problem there is there's so many endpoints that are measured and the more questions you actually ask with any given endpoint, there's a subquestion, the more chance -- you'll find a chance finding.

But I think the 2 big things, PVL and vascular complications, are the things that are going to be addressed and are currently in process. So the U.S. IDE trial, ACURATE neo2 and will soon have availability for the 14 French iSLEEVE which is being used in the study as well.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

We'll go to Bob real quick and then Jason's already been patient. So do you have a mic, Bob?

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

I do. I have 2 quick ones. So first on the structural heart guidance, I think I heard you guys reiterating it at this meeting for the full year. Is that correct, despite what we saw today?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

$700 million to $725 million has been our guidance, yes, for the full year.

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Correct. Yes, we are reiterating it.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

You're reiterating it despite what we saw. Okay, great. And then, Jeff, on BTG, just wondering if you could quickly comment sort of the little bit of a slowdown in revenues that we saw relative to the original guidance that you guys gave. Any more color on what caused that and your confidence kind of going forward in at least high single-digit growth?

**Jeffrey B. Mirviss**
*Senior VP & President of Peripheral Interventions*

Yes. So the main cause was just the length of time it took to get to close, which was longer than we anticipated. And you can imagine like open sales territories in the middle of this transition was impossible to fill for BTG. So we had a higher-than expected sort of attrition rate with some of the U.S. sales reps and then we just had to leave territories open. So that definitely had an impact. That was probably the biggest driver.

And so what we're working on right now is identifying the key geographies and getting people hired as quickly as possible and getting the integration of the U.S. sales force done very, very quickly. And so we have a lot of experience integrating companies now. We have sort of built muscle. So we've been working very hard to get the U.S. sales force prioritized and done very quickly so that we can then return to growth. And we're very confident in the high single digits.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Great. Jason?

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Is this working? Jason Mills, Canaccord Genuity. Kevin, just a quick one for you and then a follow-up for Jeff. Wanted to tap back into your stream of consciousness with LOTUS in the United States. Your bullishness seems palpable and genuine, both. And I'm wondering if you could comment on that as it relates to the advent of low-risk data and how that perhaps has created fertile ground for you as more volumes -- if you're fitting in, and there was 150 centers over the next year as a device that they can use -- they have more capacity to use, I guess, is one thing. And then also the case earlier today shows its proficiency in calcium. If you could talk about sort of the fertile ground that seems to be the case in light of the fact that volume seem to be increasing.

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Yes, I'll make a couple of comments. My stream of consciousness. I'm not that conscious after 3 days at TCT, but I'll do my best.

So look, I'm really optimistic about this market in general, right, and the portfolio we've put together between ACURATE, LOTUS and Claret. I'm also very confident in the commercial team that we have. And the fact that this is the same customer base really that we've been leaders with for a decade-plus on the coronary side and to some extent on the WATCHMAN side gives me confidence that if we bring the right kind of products that we can be a player in this market.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**BOSTON SCIENTIFIC CORPORATION COMPANY CONFERENCE PRESENTATION | SEP 27, 2019**

The other thing that I really like is it's a massive market. I mean TAVR in all the years of Medtech -- maybe [ DVS ] back in the day, but TAVR -- the TAVR growth has been enormous. And the patient benefit is absolutely enormous.

And so coming into a market in the U.S. that's probably, what, $2-plus billion in this year, just in the U.S. alone, and growing nicely is an enormous opportunity for us with the portfolio we put together. So then it all comes back down to where do we uniquely fit and do we have a valve that we think brings something to the table? And I think with LOTUS in the early innings, the answer to me is yes.

Now we're clearly limited right now on indication and we're clearly limited on -- I would say the size limitation of not having the 29-millimeter is also a limitation, perhaps maybe 20% of the cases. Not having intermediate risk that's in process, low risk over time. The market's already huge without low risk, so we've got a lot of ground there to penetrate even without that. And we'll expand those indications over time, and we're really committed to doing that as well as expanding the size matrix.

So that's why I think the future for multiple years is really bright. That's why I'm so optimistic because we've got a place now for a certain subset, and that's already a large, large subset. And then we're going to continue to iterate our portfolio and our clinical science as we have. And I think our company's done a nice job at that in other product categories, and we certainly are making the investments appropriate to do that.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

One super quick one, Jason, and then we'll try and get to Kristen and then we'll be done.

**Jason Richard Mills**
*Canaccord Genuity Corp., Research Division*

Sure. On the peripheral side, the repudiation on the podium today by [ Renee Romanelli ] was so astounding to me with respect to the meta-analysis in drug-eluting stent -- drug-eluting balloons, so paclitaxel. So are we under -- the question is are we underestimating the bounce-back perhaps with respect to those technologies if that becomes -- use this -- or we use this phrase, it's a stream of consciousness going forward -- her stream of consciousness.

And then really quickly on pulmonary embolism, you mentioned a couple of times, is if Boston Scientific ultimately has the winning strategy in that field, mechanical thrombectomy for PE, is it manifested in your current technology? Or have we not seen yet the technologies that will ultimately affect that disease state better?

**Jeffrey B. Mirviss**
*Senior VP & President of Peripheral Interventions*

Yes, so in PE, it's a small market, and so I think the market will benefit by level 1 evidence, which we are looking at as well as improving in technology, which we also have in the pipeline. So we do view it as an important space for patients and to save lives and an important growth driver. And I think you'll see this market grow as time goes on with evidence and with technology.

On the paclitaxel side, I don't know. I mean, obviously, post the panel meeting, the 24-hour summary was pretty optimistic, I thought. I think the FDA is being very cautious, appropriately so. And I think it's just going to take time to get the data to find out what is causing the signal because what is clear is it's unknown that it's caused by paclitaxel. And I think there's going to be a lot more data. And I would predict that a year from now or 2 years from now, we will have the answer, and I'm optimistic that this market will still be a good market for patients and for growth.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks, Jeff. One quick one, Kristen?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Kristen Marie Stewart**
*Barclays Bank PLC, Research Division*

Kristen Stewart from Barclays. I was wondering if you could just give us your updated thoughts on the mitral valve opportunity and where you stand? An update on Millipede or just thoughts in general on repair versus replacement and whatnot?

**Kevin J. Ballinger**
*Executive VP & President of Interventional Cardiology*

Thanks, Kristin. Great question. I'm going to let Ian talk about Millipede-specific. I mean, I think the general thought, before I let him talk about the device, is our teams are working really well and hard, the engineering teams, and iterating the device performance, I think. And the goal is to get back into the clinic in 2020, with a U.S. EFS in 2020. We might do some things outside the U.S. before that. But you want to talk a bit -- in 30 seconds or this could be a 2-hour conversation because it's really interesting.

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

Aging population, growing burden of heart failure, mitral regurgitation drives that. And so it's a huge unmet need. Repair will always be the favored strategy because the vast majority of mitral regurgitation, the leaflets are normal, so why put a valve in and carry all the inherent risks of a prosthesis when you -- if you -- all you have to do is bring the leaflets back together again.

So the surgery -- we are adopting the approach to emulate or reproduce the surgical predicate of annuloplasty. Annuloplasty then leaves the option open for a edge-to-edge leaflet technology, a chordal repair or even a valve at a later stage, if you continue to progress.

So the logical physician-based approach for patients and what you will want, if you never need a functional mitral regurgitation, go repair first because it leaves you other options should you continue to live beyond 10 years.

So Millipede is a transcatheter annuloplasty device that is completely removable if you can't actually get significant leaflet coaptation. So it's a transcatheter, transvenous, transseptal device, and it actuates so you can customize the annuloplasty for the patient. So we're just making a few minor tweaks before we get back in the clinic so that it's just a lot easier to use.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Terrific.
Ian, Jeff, Kevin, and everyone, thanks very much, and we look forward to seeing you soon.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

# Boston Scientific

*Advancing science for life™*

## Investor Update
## TCT 2019

September 27, 2019



# Safe harbor for forward-looking statements

This presentation contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements may be identified by words like "anticipate," "expect," "project," "believe," "plan," "estimate," "intend" and similar words. These forward-looking statements are based on our beliefs, assumptions and estimates using information available to us at the time and are not intended to be guarantees of future events or performance. If our underlying assumptions turn out to be incorrect, or if certain risks or uncertainties materialize, actual results could differ materially from the expectations and projections expressed or implied by our forward-looking statements.

Factors that may cause such differences can be found in our most recent Form 10-K and Forms 10-Q filed or to be filed with the Securities and Exchange Commission under the headings "Risk Factors" and "Safe Harbor for Forward-Looking Statements."  Accordingly, you are cautioned not to place undue reliance on any of our forward-looking statements. We disclaim any intention or obligation to publicly update or revise any forward-looking statements to reflect any change in our expectations or in events, conditions, or circumstances on which they may be based, or that may affect the likelihood that actual results will differ from those contained in the forward-looking statements.



# Regulatory disclaimers

| Product | Regulatory Disclaimer |
| --- | --- |
| SAVAL™ Drug-Eluting Below-the-Knee Stent | U.S. Caution:  Investigational Device.  Limited by Federal (or U.S.) law to investigational use only.  Not available for sale. |
| Ranger™ Drug-Coated Balloon | CE Marked. U.S.: Caution:  Investigational Device.  Limited by Federal (or U.S.) law to investigational use only.  Not available for sale. |
| SYNERGY™ Stent XD and MEGATRON™ | CE Marked. U.S.: Caution:  Investigational Device.  Limited by Federal (or U.S.) law to investigational use only.  Not available for sale. |
| WACTHMAN FLX™ | CE Marked. U.S.: Caution:  Investigational Device.  Limited by Federal (or U.S.) law to investigational use only.  Not available for sale. |
| ACURATE *neo*™ Self-Expanding Valve Platform | CE Marked. U.S.: Caution:  Investigational Device.  Limited by Federal (or U.S.) law to investigational use only.  Not available for sale. |
| ACURATE *neo*2™ Self-Expanding Valve Platform | Pending CE Mark. U.S.: Caution:  Investigational Device.  Limited by Federal (or U.S.) law to investigational use only.  Not available for sale |



# Financial disclaimers

**Market Estimates:**

Unless noted otherwise, all references to market sizes, market share positions, and market growth rates are BSX internal estimates.

**BSX Estimates:**

All financial estimates and other projections, including but not limited to pipeline, growth drivers, and investments, as well as other references throughout this document, unless otherwise noted, exclude the proposed acquisition of BTG plc.

**Non-GAAP Financial Measures:**

This presentation contains non-GAAP measures (denoted with *) in talking about our company's performance. The reconciliations of those non-GAAP measures to their most comparable GAAP measures are contained within this document including appendices attached to the end of this presentation.

**Revenue Growth:**

All growth rates are operational unless otherwise noted.  Operational growth rates are non-GAAP measures that exclude the impact of foreign currency fluctuations. Organic growth rates are non-GAAP measures that exclude the impact of foreign currency fluctuations and the sales from the acquisitions of Symetis SA and Claret Medical, Inc. in the periods for which there are no prior period related sales.

**Segment Information:**

Effective January 1, 2018, to align the company's business and organizational structure focused on active implantable devices, we created the Rhythm and Neuro segment, which includes Cardiac Rhythm Management (CRM), Electrophysiology and Neuromodulation (previously included in the MedSurg segment). In addition, we combined the Middle East and Africa (MEA) organizations (previously included with Asia-Pacific) with Europe to create the EMEA region. Prior year balances and year over year growth rates have been updated accordingly.

**Emerging Markets:**

We define Emerging Markets as the 20 countries that we believe have strong growth potential based on their economic conditions, healthcare sectors and our global capabilities. Periodically, we assess our list of Emerging Markets; effective January 1, 2019, we updated our list of Emerging Market countries. Our current list is comprised of the following countries: Argentina, Brazil, Chile, China, Colombia, Czech Republic, India, Indonesia, Malaysia, Mexico, Philippines, Poland, Russia, Saudi Arabia, Slovakia, South Africa, South Korea, Thailand, Turkey and Vietnam. The revision had an immaterial impact on prior year sales.



# Category-Leading Peripheral Portfolio
## Serves large, growing & underpenetrated disease states

## Arterial Disease
### $3.2B Market, ~5% Growth



## Venous Disease
### $1.4B Market, ~7-8% Growth



## Interventional Oncology
### $1.6B Market, ~7-8% Growth



## $6B+ market in 2018, growing ~6% CAGR 2019 – 2022



# BTG Acquisition:
# Strong strategic fit, high growth adjacencies

## Highly Complementary Portfolio



**Interventional Oncology**

Cancer Therapies    Access & Delivery

BTG    **+**    BSX

**Venous Disease**

Pulmonary Embolism    DVT

BTG    **+**    BSX

## Enables Access to High-Growth Adjacencies



**Pulmonary Embolism**

~$0.5B oppty. by 2022

**Superficial Venous Insufficiency**

Varithena™ (polidocanol injectable foam) 1%

~$0.5B oppty. by 2022

**Cancer Therapies**

TheraSphere®    GALILMEDICAL

$1B-$1.5B oppty. by 2022

## Opportunity for Global Expansion

**Global Revenue Distribution**[1,2]

BTG

US  90%+  INTL

BSX – PI

US  50%  50%  INTL

- Leverage BSX global footprint
- Significant opportunity to bring BTG technology to Asia Pacific

## Significant Operational & Commercial Synergies

- Integration activities ongoing and accelerating
- Cross-training commercial teams
- Engaging customers as a newly combined entity
- Expect to recognize ~$175M in synergies by year 3



# FDA Guidance:
# Treatment of PAD & Paclitaxel



## Ongoing Clinical Studies



- Studies may continue
    - Eluvia Eminent Trial
- Informed consent updated to include information on late mortality signal
- Updating product labelling and patient information

## PAD Therapy



- Physicians discussing risks/benefits of all PAD therapies – improved patient discussions
- Reinforce importance of optimal medical therapy & lifestyle modifications
- Paclitaxel device access improving in many hospitals

## Signal Resolution



- Further analyses forthcoming to help explain cause of signal
    - Additional RCTs
    - Registries
    - Medicare data



# BSX Drug-Elution:
## Highly differentiated portfolio w/comparative evidence







## Eluvia™
### Drug-Eluting Vascular Stent

**Eluvia's controlled release & polymer-based design make it unique:**

- **Low Dose:** Polymer allows for lowest Ptx dose and sustained release

- **Excellent Clinical Data:** especially in pts at high risk of restenosis, **Eluvia not included in meta analysis**

- **New Account Openings Continue:** steady improvement in utilization

## Ranger™
### Drug-Coated Balloon

**Designed to minimize downstream particulates while maximizing effectiveness and durability:**

- **Low Dose:** Designed to offer efficient drug-transfer and low drug dose (2 µg/mm$^2$)

- **Trial Data: Only DCB with comparative data -** LINC 2020 presentation

- **U.S. launch expected in 2020**

## Saval™
### Drug-Eluting Stent

**Only controlled drug release option for patients with below-the-knee disease:**

- **Unmet Need:** Addresses significant unmet need in CLI patients via Breakthrough Pathway

- **Trial Enrollment:** SAVAL trial enrollment improving post FDA panel

- **U.S./EU launch expected in 2022**



# Interventional Cardiology Group
## BSX well-positioned to capitalize on market opportunities

| Stents | Complex PCI | Structural Heart |
| --- | --- | --- |
| Protect Leadership | Extend Leadership | Disrupt and Accelerate |

**BSX IC Revenue Mix**

**2016**
- 10% Structural Heart
- 37% Complex PCI
- 53% Stents

**2019E**
- ~26% Structural Heart
- ~38% Complex PCI
- ~36% Stents

**2022E**
- ~40% Structural Heart
- ~35% Complex PCI
- ~25% Stents

**Market Position Goal: #1**

Legend:
- Structural Heart
- Complex PCI
- Stents

**$13B market in 2018, growing ~6% CAGR 2019 – 2022**



## Coronary Therapies
## Continuous innovation to evolve patient care







**ROTA
Atherectomy**

**SYNERGY Stent
MEGATRON™**

**High Bleeding
Risk Indication**

- 21% YOY growth* globally (H1 2019)
- 43% YOY US growth driven by ROTAPRO (H1 2019)

- Purpose built large vessel DES
- Received CE Mark September 24
- Anticipate FDA approval H1 2020

- EVOLVE Short DAPT data presented September 26
- US High Bleeding Risk Indication for SYNERGY anticipated mid-2020



# WATCHMAN
## Pioneering innovative alternatives for Afib patients



 **U.S. Reimbursement Increase**

- Medicare coverage established
- 8.6% weighted average increase in 2020 reimbursement

 **EU Leadership WATCHMAN FLX**

- Full European launch underway
- Positive physician feedback

 **Japan Launch**

- Reimbursement established
- Launched September 2

 **OPTION Clinical Trial**

- Comparing WATCHMAN FLX to OAC in post-ablation patients
- Currently enrolling globally



# Structural Heart Valves
# Advancing our Structural Heart presence

## LOTUS *Edge*™ TAVR



"Lotus *Edge* represents a broad spectrum therapy for valvular heart disease. Many TAVR operators, myself included, consider this first line therapy; others utilize it for their most complex aortic valve anatomies given its consistent performance. I believe its ease of use sets it apart, making Lotus *Edge* a superb choice for operators early in their TAVR experience."
– Dr. David Rizik

- On track to open ~150 accounts in first year of launch
- Competitive PPM rate in early EU and US launch experience
- 15F iSLEEVE currently in Limited Market Release

## SENTINEL™ Cerebral Protection System



- Launched in ~400 accounts globally
- Used in ~15% of US TAVR procedures
- LOTUS *Edge*/ACURATE *neo* bundling opportunities with unconstrained supply
- Continued CMS NTAP and FY2020 add-on payment increase
- Planning randomized controlled trial in 2020

## ACURATE *neo2*™ TAVR



- Maintains benefits of ACURATE *neo* ease of use and efficiency with new anti-PVL skirt
- US IDE enrollment underway
- On track for CE Mark mid-2020
- Anticipate FDA approval in 2021



# Interventional Cardiology
## Key data at TCT

| EVOLVE Short DAPT | REPRISE III | SCOPE I |
|---|---|---|
| SYNERGY and Short DAPT in high bleeding risk patients | LOTUS v. CoreValve | ACURATE *neo* v. SAPIEN 3 |

| WATCHMAN **Budget Implications** | LOTUS Edge **Budget Implications** | WATCHMAN FLX **Early Experience** |
|---|---|---|
| Cost of WATCHMAN v. Warfarin | Cost of mechanically expanded v. self-expanding TAVR | Limited post-market analysis of WATCHMAN FLX |



# Citations

**Slide 6 (Serving large, underpenetrated disease states with significant unmet clinical needs)**

1. Fowkes, F, et. al., The Lancet, Volume 382, Issue 9901, 1329-1340
2. DRG Medtech 360 Reports. United States, Europe, Asia Pacific, Japan, Latin America.
3. Yost, ML, as presented at NCVH 2018.
4. Alvaro Alonso, MD, and Lawrence A. Garcia. The Costs of Critical Limb Ischemia. Endovascular Today. 2011; Aug: 32-36
5. Gerotziafas GT, et. al., Curr Opin Pulm Med. 2004; 10:356-365
6. Cohen AT, et.al., Thromb Haemost. 2007 Oct;98(4):756-64
7. Centers for Disease Control and Prevention. Venous Thromboembolism (Blood Clots). Data & Statistics. http://www.cdc.gov/ncbddd/dvt/data.html
8. Heit JA et.al., Abstract #910; 2005:106 (no.11) part 1 of 2, pg. 267a
9. Banovac, R et.al., J Vasc Interv Radiol. 2010; 21:44-53
10. International Association of Cancer Registries; GLOBOCAN Database: http://gco.iarc.fr/
11. American Cancer Society, Cancer Facts & Figures 2019

**Slide 7 (Opportunity for Global Expansion)**

1. BTG plc Interim Results, November 2018
2. BSX Q1 2019 Earnings, April 2019

**Slide 8 (FDA Guidance)**

1. https://www.fda.gov/medical-devices/letters-health-care-providers/august-7-2019-update-treatment-peripheral-arterial-disease-paclitaxel-coated-balloons-and-paclitaxel

**Slide 14 (Sentinel)**

1. Feldman, et al., EuroPCR 2017; Manoharan, et al., J Am Coll Cardiol Intv 2015; 8:1359-67; Moellman, et al., PCR London Valves 2015;Grube, et al., EuroPCR 2017;Kodali, et al., Eur Heart J 2016;Vahanian, et al., EuroPCR 2015; Webb, et. al. J Am Coll Cardiol Intv 2015; 8:1797-806;DeMarco, et al, TCT 2015;Meredith, et al., PCR London Valves 2015;Falk, et al. Eur Heart J 2017;Kodali, TCT 2016;Reardon, M NEJM 2017;Reichenspurner H, et al., JACC 2017;Popma et al, JACC:CVInt 2017;10(3):268-75; Maisano F presented at TVT 2018.
2. Mokin, Expert Review Of Neurotherapeutics, 2016
3. Leon B et al. J Am Coll Cardiol, 2011;57:259-69
4. Kappetein A et al., European Heart J., 2012;33:2403-18
5. Messé S, et al., Circulation.2014;129:2253-61
6. Alqahtani F, et al. Clinical and Economic Burden of Acute Ischemic Stroke Following Transcatheter Aortic Valve Replacement SHJ online 16 Nov 2018
7. Seeger J et al. 2017. JACC Cardiovasc Interv. 10(22)2297-2303
8. van Mieghem N. presented at TVT 2018
9. Chakarvarty T. presented at TVT 2018
10. Kapadia S et al. JACC 2017;69:367–77



# Supplemental Non-GAAP Disclosures

| | Six Months Ended |
|---|---|
| Worldwide ROTA Atherectomy Revenue Growth | 6/30/2019 |
| Revenue growth, as reported | 17% |
| Less: Impact of foreign currency fluctuations | -4% |
| Operational Revenue Growth | 21% |