# Tab 18

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX Company Conference Presentation

## Tuesday, November 12, 2019 3:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ..................................................................................... 3

Presentation ..................................................................................... 4

Question and Answer ..................................................................................... 5

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Susan Vissers Lisa**
*Vice President of Investor
Relations*

**ANALYSTS**

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research
Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*
So good morning. Thanks, everyone, for joining us. My name is Matt Miksic, medical device analyst here at Crédit Suisse. Very pleased to have with us Susie Lisa, Director of Investor Relations, Boston Scientific.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

So we'll jump right into questions. There's a number of topics we can cover obviously but I wanted to maybe start with -- the natural thing would be to start with some of the headwinds that came up ahead of the third quarter and how they played out or how you think that they'll play out or how to quantify them. I know the mic here is a little bit noisy. But I'd like to start instead with maybe some of the key highlights from Q3, where you saw areas of momentum, where you saw areas of strength and maybe as we turn the corner into 2020, where you see some of the most significant growth drivers that we can expect to see late this year, early next year.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. Thanks, Matt. And just apologies on Mike's behalf that he is not here as originally planned due to an upcoming board meeting and weather back in Boston. So thanks for having us.

But yes, I think, really pleased by the 9.3% organic growth that we posted in Q3. And I think of particular note is just the breadth of the results, both geographically as well as across all of our businesses. So it's a little hard to pick a favorite, but I'll give a few highlights.

I think one of the obvious ones was our Interventional Cardiology results where they grew 15%, and that is a reflection of very strong -- we talked about mid-teens growth in our Complex PCI portfolio, more than offsetting kind of mid-single-digit declines in drug-eluting stent. So our coronary therapies business grew 6% in aggregate and then structural heart drove the growth up to 15% organic for the business. And that really reflected strength across the board in the LOTUS Edge launch, ongoing WATCHMAN penetration, geographic expansion, et cetera, Sentinel uptake now that we've resolved all the supply constraints as well as ACURATE continued growth. And we said on the call that we now expect our structural heart franchise to deliver towards the high end of that $700 million to $725 million in revenue for 2019.

It's [ API ] was strong at plus 8 despite some of the challenges, which I'm sure we'll get into, so encouraging to see that result, although they'll likely slow into Q4 given the comp from the Eluvia launch in the U.S.A. year ago, but still a good result out of PI, and we're really excited now that BTG has closed and to get right to that. Med surg, another quarter of excellent results with both in the double-digit territory, continue to see really strong results in core Stone and Urology and Pelvic Health where we just are the large-scale player with all the tools, lithotripsy, lasers, LithoVue, bringing all of those to bear on that market and then good uptake in prostate health. Particularly on the inorganic side, really pleased with Augmenix, which is our hydrogel that you use to protect the rectum during prostate cancer radiation therapy, and that goes organic or went organic starting October 1. So excited about the outlook there.

And then in endoscopy, we're on the precipice of a major launch with EXALT-D, our single-use duodenoscope, but they grew very strongly in the quarter, really the culmination of the prior 18 months and the 12 launches we've had over that period of time, things like ORISE Gel and a new hemostasis clip, et cetera. And then that brings us to our rhythm and neuro businesses, where I'd say probably Neuromod was the standout where you did see still low single-digit declines in spinal cord stim, but more than offset by a doubling in growth in deep brain stimulation. So that netted out to 8% organic growth, and then you layer Vertiflex inorganically on top of that.

CRM was plus 2%, I believe, which is a good result in that market. And EP was really the one where we didn't grow above market, but portfolio is coming together, and we're excited to get there in 2020.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Right. Yes, and as much as you have done a great job, I think, in our opinion anyway, in EP, you still don't really have a full portfolio lined up to compete toe-to-toe with the other players out there at the moment, but that comes maybe sometime next year.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

That's right. So by the end of this year, we'll launch our Cryterion acquisition catheter called POLARx, which we view as the next-gen and the first -- the second entrant into the cryo balloon of PVI, pulmonary vein isolation single-shot market, which is probably a $700 million market worldwide. And then we'll be the only player with single-shot therapies, a fully developed portfolio of therapeutic catheters, particularly in Europe. We're still trailing in the U.S. but we'll get there, and then a top-notch mapping and navigation system in RHYTHMIA. So excited to get there, and then after that, continue to launch new catheters like StablePoint and DirectPoint, and then we have an RF version for single-shot as well from our Apama acquisition called LUMINIZE.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Okay. And I mean, even if I would say maybe, in Europe, you'll have a reasonably full portfolio by the end of next year in EP with Contact Force Sensing, you won't really have that portfolio in the U.S., but if we look at your business as a whole, call it, inorganic or new product launch-driven, but you're going to have some nice decent drivers in that business that maybe get you to, I don't know if you get to market growth in 2020 or is that a goal or is that a target or how have you thought about that performance?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I'd say getting to market growth is a goal for 2020 as we enter into, again, that single-shot market, and we think we'd hope to make pretty rapid inroads there and then getting DirectSense in the U.S. and StablePoint in Europe next year.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Great. And we're sorry that Mike had to fly back, weather in Boston, which is shocking to everybody. But one of the things that came out on the call, I think, there was this sense of some of the issues that came up. Maybe putting aside the late BTG close, which is what it is. I mean these things take a little longer to close, and when they do, there's follow-on effects of that sales force attrition or whatever else is going to happen.

But putting that aside, which is more of a timing issue, maybe talk a little bit about this sort of fear versus reality of scope and ischemia. Like where was the concern, and how do you sort of quantify that or put it into context for us?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. I think maybe just for context, we always knew we'd have a back-end loaded year, given the timing of our launches from a revenue standpoint as well as just given some of the selling day impact. But I think that the 6.3% growth we put up in the first half just led people to be more anxious about the back half when the news about SCOPE1, which showed that the accurate -- the first-gen ACURATE neo valve was inferior to Sapien 3, and it's primarily related to lack of a skirt on that first-gen valve, which we have -- which we've added to ACURATE neo 2, which should launch in Europe the middle of next year. I think that surprised people.

And then the concern about what potentially ischemia might mean to PCI market, results are this Saturday. This is a study randomizing stents -- revascularization for stents and CABG against optimal medical therapy in a pretty narrowly defined patient population. But I think people just were concerned,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

you saw hysteria over ORBITA and other similar studies where if stents don't show a mortality benefit, there's concern that you could see a slowdown in the market.

Our view, and we talked about on the Q3 call, was that the population studied in ischemia, the stable ischemic heart disease, but you have a relatively low level of symptoms. And in a stable ischemic population, that's typically why you're getting a stent. It's not to save your life but to improve your quality of life and to reduce your episodes of ischemia. So we'll see how the results look, but we quantified it as saying we think a worse case is probably something anywhere in the 0 to $40 million headwind on that coronary therapies business, both stents and complex PCI products.

And that's thinking something kind of -- it's a 10% population represented by ischemia. If you want to broaden it out, maybe it's 20% and we'd expect a 10% headwind or you could do the math the other way and say it's more like a 20% headwind to 10% of the population and still get something in that 0 to $40 million range.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Right. And so maybe -- and to put that into some -- into further context, I think you've also talked about within interventional or coronary vascular, complex coronary, next year becomes sort of bigger than DES, so this kind of further puts maybe DES into a box within that larger bucket. And then I guess, the other thing on scope is I think you talked about growth in Q3 and you talked about continued growth in 2020, albeit where some of the sensitivity might be is around new centers and maybe talk about the timing and how you see that playing out?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes, right. Thanks. To circle back on SCOPE1, we said on the Q3 call, after meeting and talking with many of our loyal users, that they don't feel that those results reflect their experience and would not expect to see a change in their implanting behaviors. I think we might have more of a challenge with opening new centers until we have neo2 with the skirt. So we've talked about still accretive to Boston Scientific overall IC growth and Boston Scientific growth but ACURATE likely growing at a slower rate than it had been.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Right. So maybe back to some of the things that were showing some strength and momentum in Q3, and you talked a little bit about EXALT-D in endoscopy. We're all focused on this single-use scope opportunity and how big it could potentially be and it's exciting and it's new. I guess maybe how does that splash over, if you will, kind of pull through and pull along some of the other businesses within endoscopy. In other words, when you have a single-use scope, is that -- do you anticipate that's putting it into new accounts? Is that opening up conversations with touch points in that business that you can have a strong relationship with and can have a stronger relationship given sort of the footprint of some of the traditional scope players in that market? There's a lot of questions around single-use itself, pricing and adoption, but how does that interplay with -- across the rest of the business as well, do you think?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So in endoscopy, we're the clear category leader and with significant market share, so I don't think it will be a matter of opening new accounts. But we absolutely see this is we're providing a much needed solution to our physicians and hospitals to address the issue of contamination in scopes, which per the FDA published study back in April, with 1 in 20, there is an issue in terms of a contamination in the FDA study. And we think that partial solutions like single-use tip to the scope are not fool-proof. And also given kind of current market shares and who's approved would involve a significant new capital equipment outlay, essentially a changeover in lab. So we think that the EXALT-D single-use brings that 0 contamination risk. We know it's fully sterile, but also it brings great portability. You can take it to the OR,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

the ICU. There's just the ability to -- from a throughput standpoint, there's always a scope on the shelf. You can see it being used first case of the day, last case of the day, weekend cases, et cetera.

And then there's just avoiding the need for all of the reprocessing and the human capital that's involved in that, and now it's 38 steps and takes twice as long so you see hospitals having to exercise their reusable fleet of scope. So we think that there are significant advantages to EXALT-D, and we're really excited to bring it to market by the end of this year. And I think from the standpoint of the rest of the business, today, many of our entirely single-use portfolio, biopsy forceps, [ neuros ] and baskets are going through reusable scopes. And so in the future, we can see them going through Boston Scientific single-use scopes and helping drive pull-through of the whole portfolio. But again, really partnering physicians and the Hippocratic oath to do no harm, this is a big relief for them in many ways.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Sure. No, I think a lot of people can understand the value of having a single-use scope versus a scope that's been used. Maybe if you could talk on that front because it is such a -- it is a new market. It's positioning product in a new way for the U.S. market, with some significant support from FDA and interest from clinicians. But sort of what gives Boston the right to lead that kind of coming into this market? What have you done that led up to this? And what do you have in your portfolio or your core competencies that enable you to sort of iterate and broaden that offering?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So I think the team deserves a ton of credit for identifying this as a need to kind of 4, 5 years ago and having worked on this, and then certainly, the regulatory backdrop has only improved over that time frame. So a wise bet that was made many years ago, we had brought in and enhanced our existing R&D talent from a cam technology, visualization, steerability. We've looked to replicate exactly the feel of reusable scopes, where you have to have very high level of fidelity between the physician and the scope to ensure success.

These are really physical types of procedures where the doc is really tweaking it to make all those twists and turns and get into the papilla to do the procedures. So we have a lot of confidence there. But then in the future, the [ 5 10 ] gauge device, look forward to kind of a steady stream of iterations, and you could foresee where you could see right-handed scope, left-handed scope, scopes for people with smaller hands, et cetera, and a very good ability to continuously improve the product too.

And then there's a pipeline beyond that, where we focused on key areas where there's significant rationale. It may be infection prevention, like the duodenoscope. It may be bedside utility and quick access in an ICU like for a bronchoscope. It may be a mix of both like a gastroscope where there's some infection concerns, and there's also the utility and scheduling aspect. So we have a full portfolio, and I've talked about the duodenoscope is likely $1 billion incremental opportunity by '24. And then the rest of the portfolio, the next of which will be Spy Discover, also launched next year. It adds another $1 billion by that 2024 time frame, so $2 billion aggregate.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

That's great. Maybe changing gears to some of the drivers that are kind of up and running, new markets but markets in which you're already kind of participating in. WATCHMAN leading in the U.S., TAVR and LOTUS sort of entering the U.S. market and sort of fully engaged OUS. Maybe talk a little bit about the pace of launch, how sustainable that is, and looking into 2020, what some of the catalysts are that either sustain that growth or accelerate that growth with the adoption of FLEX.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. So WATCHMAN continues to be a terrific story for us and really having patients meet an unmet need and helping them reduce the risk of stroke and just continue their lifelong oral anticoagulant, continues to put up very, very good growth numbers and actually saw an acceleration in the year-on-year growth in Q3 versus Q2. And so it's continued penetration into the U.S., less so from a new center standpoint, where I think that we're in a really good spot today. But going back and training additional physicians at the same site, really focused on our market development efforts with direct-to-patient education and advertising as well as direct defer and just building that whole referral channel, training additional anesthesiologist, kind of coming at this from many, many different sides.

And then, in addition, launching WATCHMAN FLX in Europe, where it has gone very well, and physicians really like the ease-of-use benefits that, that product brings. We also launched in Japan, our first-gen WATCHMAN on September 1 with reimbursement and excited for the potential there, continue to see China as another big opportunity. And then on the clinical side, we continue to develop the body of evidence, enrolling ASAP-TOO, which is looking at patients with an absolute contraindication to oral anticoagulants. And then also now enrolling in OPTION, which is a new patient population and first-time -- as first-line therapy for patients post atrial fibrillation ablation, then they're randomized either to WATCHMAN or oral anticoagulants because their AIDS has been cured, but then they need to take raw anticoagulants for the rest of their life. So it's the younger population, we think, will be motivated to come off drug, and we're excited to continue to push that.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

And when you talk about this market over the past several years, you've said something along the lines of 1% penetration is about $250 million in the U.S. And so you're still sort of low single digits, mid-single-digit kind of penetration in the U.S. These additional trials and indications, are they expanding beyond that or are they helping you further penetrate that defined market?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes, that 1% penetration equals $250 million. The math on that is just the relative contraindication to oral anticoagulants. It'd be another bucket for absolute contraindication and a completely new patient population for post-AFib ablation patients.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

So if you're -- obviously, you're facing competition in a couple of years from now or something like that, given what's happening in Europe with FLEX and the feature enhancements that, that brings, which should get here by end of next year, you're pretty well positioned, I think, to face that competition if and when Abbott reaches the U.S.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

We do feel -- yes, we think that FLEX, Which we're targeting for second half of 2020 in the U.S. Based on our European experience again, those ease of it's repositionable, it's retrievable, it's fully covered, it's a little bit shorter so it addresses the greater range of anatomies. We think we're well positioned in addition to all the other market development work and clinical development work that we've been doing.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

I guess the question is with the centers that you have, do you have enough to really take this market from sort of low to mid-single digits to something bigger? I mean how does this market develop over time, other than the things you talked about, new clinical evidence, improved device platform?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, I think just given the size of the AFib population, and it's in -- it's a disease of the age, right, it's only getting bigger. And I think even with better oral anticoagulants, there's still a very high rate. Most studies will talk something like 40% rates of noncompliance, the patients at risk of stroke and given the debilitating consequences of stroke, we absolutely see this as a major, major market opportunity, over time, and getting bigger.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Right, but it seems like you're going to -- we're going to have to go beyond this several hundred center number to sort -- to support that. I mean that would be our impression. But how do you see it playing out over time? It's got to be a 500 -- 300 to 500 centers or whatever the number is now. There's, what, 600 TAVR centers, there's 1,200 cardiac surgery centers. There's plenty of heart failure, cardiac care centers that are sort of addressing care for patients with AFib. So does this -- is it -- I mean, if you're going to -- is it double over time? I mean how many centers cover TAVR in Boston?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes, I think that we haven't put a number on it, but we have talked about in the U.S., a strong overlap of TAVR centers as well as some additional high-volume ablation centers, too, that might not be TAVR centers. But recall here in the U.S., it's about a 50-50 split in terms of implanters, between electrophysiologists and interventional cardiologists. So long runway.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

So if we were to use AFib ablation centers as a proxy, I don't have that number off the top of my head, but what -- do you happen to know what that looks like?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Well, it would just be in addition to that TAVR center number, so we're talking something north of 500 centers.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Right, okay. Maybe sort of same general category, structural heart, but TAVR. So you started this sort of controlled launch strategy, given the training and the desire to have great outcomes initially and go to the root centers initially and that being your strategy. I guess when do you think that we see something that looks like an inflection point in terms of growth in TAVR for Boston?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Well, I think that as we've talked about, you've seen a steady increase in the year-on-year quarterly growth rates for interventional cardiology. So I mentioned in Q3 that, that 6% coronary therapies business, we took it up to 15% with structural heart. And Boston's a part of that, Central's a part of that, but clearly, getting into the second quarter of LOTUS launch helped with that -- drive that acceleration as well. So we're really pleased with how the launch is going. We've talked extensively about it being a limited market release. It's training of centers because it's a new method of deployment. The advantage here is that it's always repositionable and always retrievable. You get there by having it essentially mechanically deployed with the handle outside the patient's body. So it's just a new method for physicians to learn, but we've been really pleased with the results to date. They're trying it out, they're giving a test run in tough cases, bicuspid. There was a beautiful case at TCT in the main arena and a COPD bicuspid patient, and they're kind of raving about 0 PVL afterwards. So those are the types of initial cases we're getting. Recall it's still extreme and high-risk, are the indications on the valve, we don't have a full range

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of sizes, but really pleased and on-target to get to the 150 centers we talked about opening in the U.S. by the beginning -- by Q1 of 2020. So really pleased with how LOTUS has gone.

I've gotten some questions this morning on a tweet about a case that we're looking into, but believe that it was solely related to operator error and attempt to reposition after the valve had been deployed. We know that it's been -- that the valve was correct -- appropriately received and a new valve was deployed. So I don't think anything to that, and there's no -- in the tweet, it's a 35-millimeter LOTUS, which doesn't exist, so just take that for what it is. We have gotten a couple of questions on that this morning, so I wanted to throw it out. So really pleased with how LOTUS Edge is going.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Right. And the plenty of cases, I think, not to point fingers at any system, but there's certainly plenty of cases where an additional valve is deployed, a valve is retrieved, to draw a valve. I mean it does happen to other platforms, so it's not all that surprising that there would be an event like that.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

And also, one thing I'd just mention because we get this question a lot is on the pacemaker rate. We won't have data likely large-scale until next year, but in terms of the center experience to date, we've also been pleased with the results we're seeing with LOTUS Edge.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

And just last thing on TAVR. You talked about the second quarter of TAVR launch. So the first quarter was maybe half a quarter. The second quarter, which was the third quarter, the second full quarter of launch. The thing that caught my ear at TCT was how you talked about like September really being about the pace of quarter growth that you sort of expect to maintain going forward, the pace of market growth.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

In terms of reorder rate, right? It's still small in terms of centers, but yes, pleased with what we're seeing from reorder rates and where and how the valve's being used.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

So I guess, my point being that we almost haven't really seen a full quarter of sort of full-speed pace of launch that you'd expect. You've sort of been ramping up the pace of the launch, it sounds like, and hit that at the end of the third quarter.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think that's fair, and then still opening more centers all the time to also help with that.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Right. So one of the things that's always interesting to talk to you and Mike about, or to hear Mike kind of talk about, if he were here, is asking questions about 2020, where he would like very much to answer in more detail, but will defer to you as he's trying to answer the question. And so I guess we're still cutting out the middleman and go right to you on this question.

One of the things that I think he said on Q3 was something to the effect of, "We're expecting -- we are on track to grow faster in '19 than '18, and we would hope to grow faster in '20 than '19." And I guess,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is that -- you haven't given 2020 guidance but is that a fair way to think about the goals of Boston at the moment with the portfolio you have?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. Well, let's stick to our discipline and not talking about the new year until the fourth quarter call, so I think it's February 4 or 5, around there. But I think a lot of the key products and the integration of good deals from 2018 that are starting to -- drove that acceleration from 6.3% organic in the first half to 9.3% in the third quarter, we see, is still kind of early days. So whether it's LOTUS Edge launch or Sentinel capacity or continued WATCHMAN penetration, the VT venous stent launch, right, earlier this year, continues to gain momentum.

Getting MRI labeling, a directional lead for our precise deep brain stimulation system back to that Neuromod acceleration to 8% growth. I think we see lots of good products that are still in early stages of their launches, and when you get a full year of them in 2020 should help drive some pretty strong results. We also have talked about the kind of the anniversary of some of the acquisitions. Sentinel went in the middle of the year. Augmenix back to SpaceOAR Hydrogel, that's a big one that happened October 1. So that should also help growth and we continue to open new centers -- that is more of a new center opening story, continuing penetration and kind of growing right along with sort of change in the standard of care for radiation therapy for the prostate.

Then getting into new markets by the end of this year with EXALT-D, the single-use duodenoscope, the single-shot pulmonary vein isolation, the POLARx balloon, and then next year also adding a few things like implantable cardiac monitors, that LUX-DX. And I think there are some other ones that I'm forgetting. Oh -- launching Ranger, a drug-coated balloon in the U.S. So almost every business has some key launches, either ongoing or slated for 2020. So we're excited for the year.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Okay. Maybe one last question in the minute or so that we have left is just around acquisition and use of cash. You did put an awful lot of, as expected, an awful lot of cash to work sort of in 2018 and maybe even pulled some of the cash that you might have put to work in the early 2019, kind of into at least committed to BTG in the back half of '18. I guess at what point and what scale or what pace, bandwidth do you think that you have or interest do you have in further investments? Or are you sort of in a -- let's execute on the pipeline that we have, let's execute -- let's integrate these acquisitions that we have?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So I think that's a lot of what you've seen in 2019, right after 10 or so deals in 2018. This year, we closed Millipede on the mitral side early in the year, and then we announced Vertiflex in the pain space in our Neuromodulation business.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Which is great, by the way.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes, really excited about that, on track to do $60 million this year. I think that we absolutely see ourselves as a continued tuck-in acquirer. And we've talked about, even with the debt paydown, $1 billion to $1.5 billion for BTG, that, that still assumes or gives us room for $1 billion in tuck-in M&A in both '19 and '20. Year-to-date, we've spent about $800 million on Millipede and Vertiflex so that still gives possibly something this year. And then the room for -- if you want to think kind of 2 or 3 tuck-in acquisitions in 2020 as well, we're nearing the tail end. There's about $200 million or so left in cash to wrap up mesh, which we think we'll do by 2020. And then there are really no other major contingencies or calls on cash.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So we see an excellent ability to continue to deploy that. And all that debt paydown and tuck-in acquisition that I'm talking about is under the scenario of getting to 2.5x gross debt-to-EBITDA leverage by the end of 2020 as per our communications post-leveraging up for BTG.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Great. I think that's a good place to stop. But thanks so much, Susie.

**Susan Vissers Lisa**
*Vice President of Investor Relations*
Okay. Thank you.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence                                                                14