# Tab 19

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX

# Company Conference Presentation

## Thursday, November 14, 2019 9:15 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ...................................................................... | 3 |
| Presentation | ...................................................................... | 4 |
| Question and Answer | ...................................................................... | 5 |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Susan Vissers Lisa**
*Vice President of Investor Relations*

**ANALYSTS**

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Well, good afternoon, everyone. I appreciate you joining us here at the latter afternoon sessions. I'm Chris Cooley. I'm the senior medical device analyst here at Stephens. And our last company, but arguably one of the most interesting companies we've got in our medical device and hospital supply track today, is Boston Scientific. And so we're honored to have Susie Lisa, who's Vice President and Director of Investor Relations for Boston Scientific with us here today.

Susie, thanks so much for joining us.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks for having us, Chris.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*
We appreciate you being here in Nashville.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Let's just start off with -- when we think about the company here, you recently guided to 6% to 9% when we think about organic top line growth, 2020 to 2022 at the Investor Day, still getting leverage there from a margin perspective. I know some became a little bit concerned with some other exogenous variables, shall we say, here recently. But talk to us about maybe just the major constructs that give you confidence in the company's ability to continue to be the fastest-growing there within the medtech space and large-cap and continue at the same time to drive that level of market accretion over time?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. Thanks for the question. Yes, we've talked long-term 6% to 9% organic revenue growth with an annual adjusted operating margin improvement goal of 50 to 100 basis points. And we think that, that 50 to 100 basis point rate is the appropriate one where we continue to make the right investments and continue to have good visibility on that top-tier organic revenue growth for the sector but also start to approach being closer to peers in terms of adjusted operating margin and drive double-digit adjusted earnings per share growth, which is our goal throughout.

And so I think that a big part of that 6% to 9% growth and why we feel we have good visibility on it is that we have undergone over the past 5 to 7 years a pretty significant transformation of the portfolio and trying to lessen our reliance upon slower growth markets like drug-eluting stents and cardiac rhythm management implants, which are still really important and foundational from a physician relationship standpoint and a great entrées into very fast-growing markets like AFib ablation and structural heart. But that portfolio transformation really has led us to greater investments, both internally and through M&A, into our MedSurg businesses like Endoscopy and Urology and Pelvic Health, most recently, increased investment in our peripheral franchises in Vascular and Interventional Oncology through the BTG acquisition and some recent acquisitions on the -- I mentioned in MedSurg but with the Augmenix and NxThera acquisitions in Urology and Pelvic Health driving faster growth there.

We also continue to invest internally, enjoying strong growth and diversification in our Neuromodulation franchise. For instance, with recent launch of our deep brain stimulation to treat Parkinson's disease, it's helping offset what we believe is temporary weakness in the spinal cord stimulation segment of that market. And then this year, we also acquired another pain product called Vertiflex. The company is called Vertiflex and really excited about offering our pain customers another option, this time for their lumbar spinal stenosis patients.

So we've talked in aggregate that we believe we have the platforms and technologies in-house to enter $22 billion in new markets over the coming 3 to 5 years. And so it's strong growth in the core. We think of our core market as kind of being 4% to 5% growers and then continuing to add these faster growth adjacent markets like structural heart, prostate health, interventional oncology, et cetera, to continue to achieve that 6% to 9% organic range.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Maybe just a couple more for me, then I'll open it up for the room. Following along, you just mentioned structural heart. I think post TCT, there's a little bit of concern that SCOPE1 would damper the TAVI opportunity when we think about both in the States and maybe the structural heart opportunity more broadly.

Help us kind of come back to that a little bit and better understand the ACURATE neo, its user base, why it's sticky. And also, let's maybe take it a step further and then think a little bit about LOTUS Edge and

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

how you really see that market opportunity unfolding here in the U.S. because there's definitely a distinct opportunity there for that device moving forward, taking some share.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

That's right. So our structural heart franchise is part of our $2.6 billion, $2.7 billion Interventional Cardiology business. And we've guided this year, said we'll be at the high end of our original revenue guidance of $700 million to $725 million. There are several key products, the largest of which is our WATCHMAN Device for closing off your left atrial appendage and reducing stroke in patients who have nonvalvular atrial fibrillation. But then we are also uniquely positioned with 2 valves in the TAVR space. So that's our LOTUS Edge valve and the ACURATE valve, neo, as you mentioned. And then the final product there is -- that we are uniquely positioned is with Sentinel, which is a device that provides protection from stroke during TAVR procedures, a cerebral embolic protection device. It has been growing very nicely and went organic middle of this year.

Back to your question with respect to the heart valve outlook. So at TCT, a major cardiology show at the end of September, we did have surprise negative data in an investigator-sponsored study called SCOPE1 that showed that, randomized head-to-head, our ACURATE neo valve, the first gen versus Edwards' Sapien 3. And instead of a noninferiority result, it showed that it was inferior due largely to a higher rate of paravalvular leak, so regurgitation of blood back around the valve after implant.

We know and believe that this is addressed in our second gen, neo2, which should launch in Europe middle of next year. And it's the neo2 valve that is currently enrolling in the IDE approval study here in the U.S. So we'll go right to that second gen here in the U.S.

But we're comfortable at the high end overall of our structural heart revenue guidance really because the other 3 products are all achieving towards the high end of their original ranges. And ACURATE neo, we felt in going back to all of our key implanters that they -- the feedback has been that they don't feel the SCOPE1 results reflect their clinical experience, and that this is a very good supra-annular valve, very intuitive, easy to implant, quick implant procedure, and they have no expectations to change their implanting choices based on that data. And then as I mentioned, when we move to neo2, I think that's what will make it -- we may have some headwinds, as we talked about, in opening new accounts until we launch neo2. So we talked about growth slowing in ACURATE neo in that franchise but still being accretive to total Interventional Cardiology, which grew 15% in Q3 as well as the total of Boston Scientific, which grew 9% and change in Q3.

On the LOTUS side of things, we're really excited with the early days. We just launched this earlier this year in the U.S. and Europe. And this is a very differentiated valve. It's the only one where you essentially mechanically deploy it outside the patient's body. So you -- there's never a point of no return. You can always reposition and retrieve it. So it gives the physician a safety net and ability to make sure that it's landing in exactly the right place. It's very controllable and very predictable. It doesn't jump off a balloon or pop out of a sheath.

And so we're seeing docs kind of test drive it in very complex, challenging cases like those with bicuspid leaflets or very heavy calcification. And they're seeing very good results. We have talked about a limited market release, taking our time to get to 150 accounts in the first year of launch to make sure that everything is proctored and trained because it's a different -- it's not harder. It's just a different method of deployment than physicians are used to in the U.S.

And so we're really pleased and, I think long term, firmly believe an extension of our category leadership strategy to have kind of multiple options for physicians based on their preferences or dictates of the patient case to have a dual-valve strategy will make a lot of sense for us long term, both to have an intra-annular valve like Lotus Edge, supra-annular like ACURATE with different preferences based on physician or patient case.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Any questions in the room? Or maybe then I'll just keep following along here. BTG, you mentioned that as well. And clearly, that acquisition, I think, is promising, a little bit later though in terms of the close than what we all anticipated. So maybe if you'd help us just kind of unpack. When we think about the growth here, it's supposed to be about 2/3 of the, what, 235 basis points, when I think about the back half here, 155 from Interventional Medicine, about another 175 -- or I should say, about -- I'm sorry. Let me rephrase that, about 235, 240 basis points of growth from BTG.

So help us think a little bit and again about Interventional Medicine and specialty pharma component there and its contribution overall to the top line for this year and then for next year as well, kind of the key drivers behind both of those 2 segments.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. So in the Interventional Medicines business, this is the one that starting in Q4 will roll up and be reported with our Peripheral Interventions business. And we have always talked about having 3 core franchises in our peripheral business: an arterial franchise, a venous franchise and interventional oncology franchise. And frankly, we were a clear category leader in arterial, but we had some gaps in both vascular and interventional oncology that BTG just really fits very, very nicely.

So in vascular now, we are a clear scale player across the spectrum. We've had the thrombectomy platform for a while, and now we add EKOS, which gives us a pulmonary embolism indication. And BTG also brings with it a new entrant into the vena cava filter market. We had acquired VENITI, which brought the only -- now 1 of only 2 venous stents that are on label in the U.S. And then also, I think, a pleasant surprise has been the Varithena platform from BTG on the varicose or superficial vein side of things. So we're a true scale player in venous, and we've run this playbook in our other businesses where having the complete portfolio helps drive, we think, above-market growth.

And on the interventional oncology side of things, similarly, we had a $200 million-plus business, but it was primarily in accessory products, guidewires and coils. And the real attraction to BTG on their interventional oncology businesses, they have the therapeutics. So 2 key platforms, one is TheraSphere that you use primarily for liver cancer. So these are irradiated beads that you can place directly at the tumor site. As well as their Galil cryoablation platform for kidney cancer. And in the pipeline next year, you should see a microwave ablation version of that. And we feel that having the complete portfolio of both the therapeutics and the accessories and, again, being one of the leading scale players, if not the leading scale player in the space, should help us drive overall faster growth.

And we think that, in aggregate, these 2 areas of BTG are long-term double-digit growth type of player. It will dip below that likely this year due to some of the disruptions, the delayed close, as you mentioned. But we've already moved to stabilize in the field and assign kind of who's on what team and who your manager is and taking steps there. We've talked explicitly about $175 million in cost synergies by year 3, 80% of which are -- sorry, $175 million in synergies, 80% of which are cost; and some revenue synergies, which are primarily related to the fact that BTG sales mix is 90% U.S., 10% OUS. And we have an infrastructure globally on the commercial side, so we can leverage that right in.

So we're really excited about the outlook and really comes down to running that category leadership playbook now across all 3 aspects of the peripheral franchise.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Maybe just if I can slide one more follow-on along those lines before I open it back up. You just made a good point. It's basically a U.S.-centric business. So what has to happen from a registry's perspective so that you can ultimately get this close to like a 60-40, 50-50 type mix when we think about both Europe and Asia?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, it's a range. I'd say that some products were already registered, but they just didn't have -- BTG didn't have the commercial infrastructure, and others will take a longer time. The big -- one of the biggest opportunities in Interventional Oncology on the liver cancer side of things is in China. Where there's 700,000 new cases of liver cancer diagnosed each year, half of those are in China, and that will take the registry and some clinical -- that will take longer time. We'll need clinical data there, but that work is starting to get underway. So we're excited for that. But other things will be much nearer term, if not already happening. And we're moving forward on the cost synergy front, kind of from day 1 back in August as well.

And sorry, you had mentioned on the spec pharma side of things. So we have -- there were really 3 legs to the BTG franchise. There was Interventional Medicines, then a licensing business, a royalty business, where we've announced an intent. There's a process underway, and we expect to divest that and close that by the end of this year. And then there's a specialty pharma business that consists primarily of 3 antidotes, the largest of which is called CroFab and is anti-snakebite. And that is a business that we're learning more about. It's relatively, I think, straightforward to manage. Hospitals stock these on the shelf. You use one. You replace it. So we're learning more about it. It's noncore to Boston Scientific but currently no plans as there are plans with licensing.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Are there any questions maybe? If not, maybe let's just maybe switch a little bit to the capital structure.

You all recently completed a $1 billion tender on select tranches of the debt. Could you just maybe walk us through what that did from a capital structure perspective? What kind of anti-dilutive effects were there or, alternatively, what kind of latitude it provided just from an operational standpoint?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. So this was our first Eurobond offering at really attractive rates, as many have seen. And we had never issued in the Eurobond market before principally because prior to U.S. corporate tax reform, you would have had to have kept the proceeds in Europe, and we saw more of a need in the U.S. from an M&A or an R&D standpoint. But then post corporate tax reform, you had more flexibility. And so what we had done actually is we had replicated Eurobond-type rates but through net investment hedges.

And so from a near-term standpoint, there is no change to the outlook because we already had achieved the very low rates. But essentially, we replaced what we had on synthetically. Now we replaced it organically with this issuance and extended the term out to 8 years. Hedges got pretty expensive post 5 years. So now we have this visibility on it through 8 years, I think, replacing a blended rate in the high 3s, low 4s from the tender. So really excited about that. And it balanced out kind of -- about 20% of our revenues, roughly -- assets are in Europe. So I think, reaching a global investor base and balancing out our assets and liabilities and then, obviously, the long-term savings on there were all pretty attractive to us.

Our goal post BTG, we will lever up long term. We seek to be something in the 2.25 to 2x from a gross debt-to-EBITDA standpoint, consistent principally with BBB+ types of ratings. With BTG, we will be a good bit in excess of that this year. But we've outlined a debt paydown plan between $1 billion and $1.5 billion between now and the end of 2020 and have a goal we'd expect to be back to 2.5x by the end of next year and then through kind of normal EBITDA growth get closer back to the 2.25.

And there's one other thing I'd mention. Within that framework, that still includes about $1 billion for capital to be deployed in both '19 and '20 for tuck-in M&A. We've done 2 deals this year, Millipede in the mitral space and Vertiflex in pain, as I mentioned, for about $850 million. And next year probably gives us room for 2 or 3 smaller tuck-ins.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then maybe let's switch gears to maybe changing the game a little bit. Let's talk about EXALT-D and duodenoscopes. I can say that 5 times fast here late in the afternoon. But help us think about sizing that market opportunity. I think it's a little over 1.5 million procedures a year, if I'm thinking about this correctly. But what has to happen, I don't -- I guess, to really drive that growth from an education standpoint, from a market awareness?

And then this isn't your first run at a single-use scope. You have some experience here. So what does that bring to bear from a Boston Scientific perspective as well to help you be successful with EXALT-D?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. So EXALT-D will be a single-use duodenoscope that targets a procedure called ERCP, which is essentially procedures for your pancreas and biliary duct. And one of the big rationales for bringing a single-use scope is that a reusable duodenoscope, any scope for a duodenoscope, has an elevator essentially at the end of the scope that has to turn a corner, and it's very challenging to clean that part of the scope as well as the entire scope. And you -- the FDA published a study in April showing that what they thought would be maybe a 1% contamination risk after taking the 38 steps they mandate for sterilization. It was more like a 5% contamination rate. So 1 in 20 is at risk of contamination. There have been patient deaths as a result of contamination and infection in these scopes. And I say it's a real concern for physicians, right? Hippocratic Oath and do no harm, these are absolutely lifesaving necessary procedures. But they know there's an inherent risk just from the infection.

So we've been -- we're a market leader in endoscopy, have been there for 40 years. Saw this as a need maybe 10 years ago, was probably ahead of its time, made -- started to make the investment in a major way kind of 3, 4 years ago. And really, it felt like the regulatory tailwind and the awareness has started to increase over the past 12 to 24 months. So one was I mentioned this FDA study published in April. In August, I believe, they published guidance talking about recommending, considering changes towards single-use tips as well as future, to-be-approved fully single-use scopes. And then there was a panel last week also talking about, I think -- more focused on reprocessing because there are still no single-use scopes approved but, I think, clearly leaving a wide door open and encouraging their use.

So EXALT-D is the name of our product. We are on track to launch that by the end of this year. And we haven't sized it in terms of what the initial launch curve will like. I think it's, a, it's tough to predict because there hasn't really been any innovation in this space in a long time. It's a completely new incremental market to us. We don't play in the reusable scope space today in duodenoscopes, and I'll talk in a minute about the -- where we do in other single-use scopes. But we do think that there'll be strong uptake, obviously, from facilities that have had an infection issue, from hospitals that have a strong infection prevention culture. And then I think another logical first group of adopters will be hospitals that treat large groups of immunocompromised patients like transplant centers or oncology centers. And then we'll take it from there. I think some hospitals will wait for a broader range of scopes. They don't have some reusable and some single use. That's why we've talked about our pipeline with a gastroscope and a bronchoscope. But we're really excited. And I think even single-use tips, they're likely an improvement, but it's not 100%. The only way to 100% that you don't have infection risk is a fully single-use scope.

So we're really excited about the opportunity. It's a huge patient opportunity, 1.5 million, 1.7 million depending on who you talk to in terms of ERCPs done each year. And we're really excited to go.

And I think in addition to -- we've had some concern about the pricing that we've talked about. But there are lots of other considerations, including the portability of it, the scheduling convenience, the enhanced throughput. And these are things we've learned from our other scopes. Like, LithoVue is a single-use ureteroscope that's used for kidney stone procedures, where the driving rationale there is somewhat infection prevention but more OR throughput. There's always a scope on the shelf. You don't have to cancel your 3:00 case because the scope from your 8 a.m. didn't come back in time, those types of things.

And then our SpyGlass DS scope is a scope that essentially extends the field of visualization and gives you 3D visualization at the site versus previously, you're kind of guessing into the X-ray if you were taking a biopsy sample at the right spot. And there, we've learned a lot about sort of what these procedures can

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

bear and how to integrate ourselves into the hospitals, and we're excited for the outlook. And I've talked in aggregate, by 2024, we think $1 billion market opportunity from EXALT-D, the duodenoscope alone. And then the other pipeline scopes, we'll try and launch one a year and adding another $1 billion. So $2 billion total incremental opportunity in single-use scopes by 2024.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Well, I guess then I'll switch into -- how about let's talk a little urology? And help me think a little bit about Rezum. You had some limitations there early on from a reimbursement perspective, but that's improved as we've looked out over the last year. So how do you see that device ramping in the marketplace, not only versus the more extremely invasive surgical option, but there's also a competing minimally invasive device in the space as well? And so just maybe contrast the 2 offerings, if you will, or just from your perspective, how you see that challenge ramping up.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. So our Urology and Pelvic Health business had really strong organic growth in Q3, grew 11%. And it's, I'd say, a primary outperformance in 2 areas. One, about half the business is kidney stones. So that's driven by LithoVue and the breadth of our portfolio there where we've really made some efforts to improve things, what we're calling the kind of the ethnographic front, to improve our throughput, fluid management, adding capabilities to LithoVue, kind of lots of tweaks around the edges to make this an easier procedure for physicians and patients alike. So pleased with that performance there.

Also, emerging markets are a big driver of growth broadly in Urology and Pelvic Health, where we're seeing essentially greater penetration and driving a change in the standard of care from open surgical procedures to remove kidney stones to minimally invasive techniques using our technologies.

The other big focus for us is on prostate health, as you mentioned. This is where we have 2 recent acquisitions. One is Augmenix, which is used to create essentially a barrier between the prostate and the rectum during prostate cancer radiation therapy treatment. So you essentially eliminate almost completely any sort of injury to the rectum from the radiation, and we've seen very strong growth there. We've talked about that doing $100 million in sales in calendar 2019. And that went organic October 1. So that didn't show up in that 11% in Q3, but we're excited for that to be a continued growth driver in Q4 and beyond.

And longer term, there's likely additional indications beyond prostate, pancreatic and breast are 2 that we've discussed, but that's much longer term.

Then on Rezum, so this is a therapy, a minimally invasive therapy, to treat benign prostatic hyperplasia or BPH. And I'd say that, really, ourselves and the other minimally invasive therapy in the field are taking share from pharma. So it's a -- BPH is a massive patient population and issue. And a lot of the -- I think a lot of the drugs don't always work that well and have unwanted side effects. And many times, that's all that the man is taking, and he doesn't like feeling like a patient and would rather do something curative. So these minimally invasive approaches are a really nice fit because they are less invasive than the laser therapies that we offer or surgical procedures like TURP, as you mentioned.

And we're at early -- we're probably, I think it's, 2, 3 years behind in terms of the launch curve from our competitor. I think there's room for both of us to succeed given the massive size of the population. But I think our focus has been on the durability of our data. We have 4-year data thus far and see very, very low reintervention rates.

And I think the -- part of the strength on our system is -- that we see -- you're actually removing the hyperplastic tissue. And it's a quick in-office 5-minute procedure that uses steam to remove the procedure (sic) [ hyperplastic tissue ] versus competitor is actually moving aside the hyperplastic tissue. And a result, if you do it for all 4 lobes, you can see a pretty attractive reimbursement profile. So that is, I think, one key difference. As well as we have greater symptomatic relief. Again, after 4 years, they have faster onset. And typically, a Rezum patient will be catheterized post procedure, whereas the alternative does not.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So those are some of the gives and takes, but we see a lot of potential. Recently had a CPT code continue to roll out coverage with the regional MACs and are excited for continued progress.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Well, let's maybe shift into stim, and talk to us about the cadence. I know, obviously, you've talked about new products being key to getting that business back up into the double digits when we think about both deep brain but also sacral. And in terms of stim opportunity, talk to us about the cadence and the end markets again. That seems to be the one area that's been a little bit perplexing to us as to why we've kind of stalled as a market as a whole, not just Boston Scientific and certainly now expecting to see that business come back up. So why should we be comfortable with that?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So this is our Neuromodulation business that has 2 primary franchises. We call them pain and brain. And on the pain side, it has been a perplexing slowdown in the spinal cord stim market overall. We were still down low single digits in Q3, but that was an improvement. We believe we're starting to see signs of market stabilization and think that that's reflected in competitors' results to date. A lot of question marks, I don't think anyone really knows why this slowed from a double-digit market to flat-to-down type of market. We believe, long term, it's still a high-single, low double-digit growth market given the size of the patient population. And this is the best alternative -- nonopioid alternative for chronic pain patients.

Some theories have been, and it's true that there were not many new launches in the back half of '18 nor new clinical data. Typically, this is such an early field that even when someone launches, it helps the entire industry see an uptick in implant rates. Two competitors have talked publicly about heavy bulking or stocking in the back half of '18, so it makes sense if that worked its way through the system in the first half of '19. And also, we've seen some insurance companies shift their patient validation to third parties and not -- you're not getting no as an answer, but it's taking longer. So that too would be consistent, maybe take 6 months to work through that and then you're on your new pace.

So we're still, like you said, we're still hopeful. We haven't found a definitive reason why it would have slowed is another reason. And also, we know there are some new platforms being launched in the field now. And we're really excited to bring new randomized clinical trial data to the field in January at NANS, the big industry society, on our WaveWriter platform. So this is the combo study. And we think it will be well timed. As others are launching combination waveform theories, we'll be bringing clinical proof of its efficacy.

And then there are some software platform enhancements that are more minor, and that's really all that we've talked about for a while, but more to come there. And meanwhile, that low single-digit decline in spinal cord stim was more than offset by really strong growth in deep brain simulation. So we grew 8% in aggregate as we've diversified that portfolio, deep brain stim. These are for Parkinson's patients that nearly doubled in the quarter. It's kind of reached a critical mass where it can move the needle for neuromod. And then Vertiflex is inorganic in the quarter. But this, again, is for lumbar spinal stenosis patients. It's a 100% overlap with our call point on the spinal cord stim side of things with interventional pain physicians and really excited about what we're seeing thus far.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Maybe just a couple more for me, and then I'll make sure we have time here at the top for you to give us some concluding remarks, but ischemia. I said it. And so we'll move forward. We won't go beyond that one.

I really do want to talk, though, about the cadence of the new products going forward. And when we look at 2020 and, candidly, 2021 as well, exciting. And it's across the board. It's not just in one segment or one key business unit. But kind of highlight some of the key new products that we can be seeing again in 2020 and in 2021. And just remind us again about the end markets that those address as well.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes, what we're really trying to do as a company, we have these 7 therapeutic areas or business units. And each one -- every one has the mandate to try and grow faster than your underlying market growth rate and then do that with a leveraged P&L. And so I would say, I could take the rest of the day here and kind of go through how all 7 of them have significant new launches and market opportunities ahead of them.

If I had to pick, say, 3, I think some of the most exciting growth drivers -- a little bit of a cop-out, structural heart. So I'm kind of getting 4 or 5 products in 1 there. But I think continued rollout of LOTUS Edge, launching ACURATE neo2 next year. WATCHMAN, we haven't touched on very much, but that continues to do very well in the U.S. with -- now we're going back to existing centers; training additional physicians, both implanters and anesthesiologists; a lot of work on market development in terms of direct-to-patient outreach, social media, education, building the referral channel, et cetera.

We are expanding geographically. We launched September 1 in Japan with reimbursement. And we launched a next-gen product, WATCHMAN FLX in Europe, and we'll bring that to the U.S. next year. So that's a key launch next year in the U.S. And we're continuing to push things clinically there, too. So enrolling the ASAP-TOO study, expanding into patients who have an absolute contraindication to oral anticoagulants. And then we just began this year the OPTION study, which is the first time that we're looking at WATCHMAN as first-line therapy. And it's a completely new patient population for people who have arrhythmia, atrial arrhythmias post getting an ablation procedure. You're cured of your AFib, but now you're told to go take oral anticoagulants for the rest of your life. It's typically a younger patient population. We think they're motivated to come off those drugs. So post AFib ablation, you'll be randomized either to WATCHMAN or a novel oral anticoagulant, and we're excited to expand into that opportunity. So good stuff on WATCHMAN.

And then Sentinel, we're starting a big randomized clinical trial next year, essentially protected versus unprotected TAVR, and continue to roll out and open new centers. We're in about 400 in the U.S. to date, so more to come in the U.S. and more globally as well. So also getting LOTUS Edge into Japan in 2020. And I think those are probably the highlights.

The next probably big bucket would be on the single-use scope side of things. As I said, so EXALT-D will launch by the end of this year, really have a revenue impact next year. We'll also launch a second in that franchise called Spy Discover, which is more on the surgical call point and excited for that.

And then probably also worth highlighting, on the EP, on the electrophysiology side of things, also by the end of this year, we're launching into a new market there for -- it's called single shot. A lot of arrhythmias emanate from pulmonary veins where they come into the heart. And by using a balloon, essentially, instead of drawing point by point, a line of blocks to stop the arrhythmia, you can stick a balloon in that vein and draw the circle all at once. This is currently a one-player monopoly. We're bringing a next-gen, easier-to-use version into Europe by the end of this year. We think it's a $700 million type of market. Probably about $300 million that's in Europe. And then we'll bring a radio frequency version after that. These are our Cryterion and Apama acquisitions over the past 1.5 years.

And I think once we get into the single-shot market and continue to fill out the therapeutic catheter part of our portfolio, we already have a very good mapping and navigation system, we'll be the only player with all 3 of those and hope to get to kind of mid-teens growth, which is the market growth rate, whereas we've been putting up. This is the one area where we haven't grown above market. We've been more like high single digits.

Those are probably the 3 areas I'd highlight. Getting into implantable cardiac monitor segment is another one in 2020, but those are probably the big ones.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Could I get you maybe in the time we have left and I'll promise I'll let you provide us some concluding commentary? Little out of time here. But just on -- in terms of MEGATRON and RANGER, maybe just walk us through both of those a little bit here as well.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So thanks. Two I forgot.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Thought you were going to rattle them all off there, so I was like okay...

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So -- and I should talk about ISCHEMIA, as you mentioned. So ISCHEMIA is a very large [ NI ] study, the results of which will be presented at AHA on Saturday, and essentially takes revascularization, which includes both stenting and coronary artery bypass grafting, compares it to optimal medical therapy in patients with stable ischemic heart disease. I think the fear or concern has been that if there is not a mortality benefit shown by revascularization, will you see less implantation of stents? And we have to wait and see the results, but we think that the population studied in ischemia represents about 10% of the PCI population.

And we talked in our Q3 call that we expect -- it's hard to know but kind of worst case -- a 10% headwind to that 10% of the population. Based on our business, even if you kind of 2x that, that's how you get to that 0 to $40 million potential headwind. And just to kind of frame that because I think the market has gotten very focused on this. MEGATRON is a large-vessel stent that we'll be launching -- I think we are launching currently in Europe, and we'll launch next year in the U.S. And large vessels represent approximately 10% of the market. So there will be offsets if you do see a negative result out of ISCHEMIA. And we continue to be pleased with the performance of our overall coronary therapies franchise. So this is within Interventional Cardiology, excluding structural heart, where our complex PCI portfolio grew mid-teens in Q3 as we continue to launch new cutting balloons and updated atherectomy systems, et cetera, so the clear category leader in that space. So that's ISCHEMIA and the MEGATRON launch.

And then in peripheral, I think a lot of the focus has been on BTG and the opportunity in front of us there. But clearly, we're excited to bring our RANGER Drug-Coated Balloon to the U.S. next year. We just had data published at the VIVA medical meeting last week or week before that showed very good primary patency rates, low rates of revascularization and good mortality data. And so I think that -- we also had a strong 2-year data on Eluvia, our drug-eluting stent. So I think as the industry continues to deliver strong data with longer duration, we'd hope to continue to kind of move out of this cloud that's happened in paclitaxel-coated or eluting devices. But RANGER essentially showed equivalency at half the dose of the leading drug-coated balloon, and we know that it's very deliverable. And from a convenience factor, we think this will be important, it's delivered on .018 wire, which is the same size wire that atherectomy is done with, so you don't have to change out like you do with competitors. So we'll be fourth to market, but perhaps, you could see better than typical fourth-to-market type of uptake for RANGER.

And we think back to category leadership, having both a drug-coated balloon and a drug-eluting stent helps us drive above-market share given dictates of the case or what the physician prefers, that same playbook.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Well, you definitely have best-in-class organic growth. You have a strong pipeline and already a number of positions of industry leadership across the board. So what would you have us walk away from today's

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.
**13**

meeting with when we think about Boston Scientific going into 2020 and beyond? What would be the primary takeaways you'd want us to have?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I think we're excited about the outlook and the entrance into some of these key new markets, have confidence in that long-term 6% to 9% organic revenue growth outlook. We also have good visibility on the operating margin improvement. It will be more driven by operating expense controls. In the past, we had relied upon gross margin gains. Gross margin is still very strong. We're talking kind of 72.5% to 73.5% for the fourth quarter. But more gains from here from OpEx controls, which feel very within our reach. And then all boiling down to adjusted EPS growth in the double-digit range.

And I think something that's starting to change is that we're nearing the end of -- in the past, we had some pretty significant calls on our cash. And we've settled our transfer pricing litigation going back 4 years now. We've settled on breakup fee litigation. So really, the only thing remaining is on the product liability front where that liability had peaked at over $2 billion. As of September 30, it was down to $568 million, of which about $350 million has already been paid out. So it's in restricted cash. So $200 million to go and then really able to deploy our cash flow where we want to, which for the near term will be on M&A and debt paydown and then, longer term, can maybe be tuck-in M&A and share repurchase.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*

Well, Susie, on behalf of Stephens and myself, I really appreciate you joining us today. Thanks for coming to Nashville, and we appreciate your time.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thank you, Chris. Thanks, everyone, for coming. Thank you.

**Christopher Cook Cooley**
*Stephens Inc., Research Division*
Thank you.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.