# Tab 20

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX Company Conference Presentation

## Tuesday, November 19, 2019 4:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ............................................................................ 3

Presentation ............................................................................ 4

Question and Answer ............................................................................ 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Daniel J. Brennan**
*Executive VP & CFO*

**Susan Vissers Lisa**
*Vice President of Investor Relations*

**ANALYSTS**

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*
Good morning, again. I think it's still morning. If not, good afternoon. A little early. I am thrilled, as always, to welcome my friends from Boston Scientific: Dan Brennan, Executive Vice President and Chief Financial Officer; and Susie Lisa, the wonderful Head of Investor Relations at Boston Scientific.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And Dan, just there's so many topics. Let's just quickly just before we dive into the topics du jour and some of the specific growth drivers, let's just talk briefly at a high level about some of the puts and takes as we think about next year. I mean you -- first half of '19 was not what you wanted. You're accelerating as expected -- thank you -- in the second half, you've got easy comps to start out next year, tougher now, hopefully, for the full second half of 2020. But just how are you thinking about it? And how would you help us think about it?

**Daniel J. Brennan**
*Executive VP & CFO*

Sure. Yes, thanks, Rick. Thanks for the invitation. Pleasure to be here as always. I think as you look at 2019, let's take a look at the year in its totality as we look at our guidance ranges for the full year. So we have approximately 7.5% organic revenue guidance. We have -- which would be an acceleration versus last year. We have our adjusted operating margin guidance of 26% to 26.25%, which would be 50 to 75 basis points on top of last year's 25.5%. And we have a guidance range of $1.55 to $1.58 adjusted EPS, which would be 11% to 13% growth if you exclude the $0.07 of the onetime IRS tax benefit last year, which would actually be, I think the seventh year in a row of double-digit adjusted earnings per share growth, which we're proud of as a team. So I think if you kind of put the bow on -- it's not over yet, but if you put the bow on that from a guidance perspective and said you achieve those numbers, I think we'd say that's a very solid year. In a year where we probably saw a couple of unanticipated headwinds relative to the growth path for Eluvia and the spinal cord stimulation market. So which was probably a driver of the slower first half, to your point, the 6.3% growth that we put up in each of the first 2 quarters.

As you look at the back half of this year and heading into 2020, we have some nice things that are going on in the second half. So LOTUS is ramping kind of per plan, as we've talked about. We have WATCHMAN, which is launching in Japan. Deep brain stimulation, our Vercise product, which we got MRI-safe approval for kind of midyear is ramping very nicely. So we have -- Sentinel is going well. Augmenix is going well. So we have some things that are helping us as we work through the back half of 2019. And then when you go to 2020, I think one of the exciting parts is the launches that we have are entering kind of entirely new markets. So it's not replacing product A with product B in the markets we're in today. LOTUS will continue to ramp over that time frame. But you look at the EXALT, the single-use duodenoscope opportunity that we have. We'll launch an implantable cardiac monitor in the U.S., in the CR market. We'll launch into the cryo market for ablation in Europe by the beginning of the year. So we have a lot of launches that -- we talk a lot about the $22 billion of new markets we'll be entering as a company over the next few years, of which we only have $1 billion of sales today in those markets. And you're going to start to hopefully see the fruits of that play out as we move into 2020.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great. That's an excellent overview. And if you don't mind, I'd like to just tick through some of the topics you raised and some you didn't.

**Daniel J. Brennan**
*Executive VP & CFO*

Sure.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

This weekend was an exciting weekend in Philadelphia. The ischemia data from...

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Daniel J. Brennan**
*Executive VP & CFO*

I thought you were going to talk about the Patriots' win.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

I'm sorry, they have a sports team in Philadelphia?

**Daniel J. Brennan**
*Executive VP & CFO*

Sorry. I'm sorry.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

But we finally saw the data. And I think it was pretty much as we thought. And I came away feeling like very much reflected in that -- investors' thinking in -- but likely to have a more modest impact on patient volumes than feared. Is that the way you're thinking about it. That's much more important. What do you think?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I think the joke was that we were getting angina heading into the ischemia results, frankly. And I think we actually feel the results were significantly better than we had feared. So we had talked about, on our Q3 earnings call, in sort of a worst to worst outcome that we had expected a $0 to $40 million headwind to our drug-eluting stent and complex PCI business. And that would have -- that reflected expectations for no mortality benefit or force -- excuse me, no mortality benefit for stents and then no quality of life benefit either because that's why you put stents into this stable ischemic patient population, but the ischemia study enrolled patients with very low levels of angina. So we're concerned that there was a risk that you wouldn't see enough of an improvement. And what we finally saw with the results, I think was very encouraging to us. And we'd say that at worst, it's a neutral effect upon the market. The reason being on the mortality endpoint, there was a short-term differential in favor of medical therapy. But that was -- the curves crossed, right, and there is a long-term benefit to stenting. So not statistically significant, but if you dig into the details on that, it's driven short term in the revascularization arm by periprocedural MI; and in the long term, in disadvantage for medical therapy with spontaneous MI, right. And which would you rather have, an elevation in your troponin markers on the table during your procedure or an MI that happens at home or at work or what have you? So we think there's reasons to believe that over time, those curves will continue to separate, showing benefit to PCI Intervention. And I think most importantly, without any sort of detriment to intervening, it's proven, it's safe. We saw a clear benefit in terms of the quality of life endpoint, i.e., reducing those angina symptoms, at -- essentially, initially at 1 year, persistent through 3 years. So if there's no reason not to intervene, why not do it and make these patients feel better and remove the risk long-term of spontaneous MI? And I think that you -- physicians will also talk, perhaps there is more watchful waiting or sent for another test or patients with no angina symptoms, which is about 20% in the study population, which we think represented 10% of the overall PCI population. But we think that, that could very well be offset by physician recognition that the 80% to 90% adherence to optimal medical therapy in the trial doesn't happen in the real world. As well as, again, kind of flipping it on its head and saying, if there's no detriment to intervening from sort of the primary endpoint standpoint, why not go ahead and do it if patients feel better at 3 years? We know it's not a placebo effect.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

So to -- just to put a bottom line on it, you're not only less concerned, you feel reasonably optimistic, confident that the business trajectory will continue?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

That's right. We think it's, for sure, a firm's current practice and perhaps could, over time, give it a tailwind.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Right. As you mentioned, Dan, the drug-coated balloon, paclitaxel, issues have been an issue in '19. My sense that TCT was -- were already sort of seeing a lift off the bottom. I've heard that from both you and Medtronic. And this morning, they seem to -- Medtronic reported saying that they're seeing sequential improvement as well. Is that going to be less of a headwind? Are you seeing the same thing as you contemplate next year?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So I think that what we were encouraged -- so we most recently presented 2 data sets in the drug-eluting portfolio at VIVA 2 weeks ago. So it's a 2-year data on our RANGER -- from our RANGER -- excuse me, on our Eluvia IMPERIAL study, 1-year data from a RANGER SFA study. And I think continue to see very good results in terms of primary patency, lower needs to reintervene and then kind of in line to better mortality data. I think it's going to continue to take this evolution of longer-term data getting out to 5 years. And we think the datasets like the 2 that we had at VIVA helped with that. And we are excited still for the prospects for the drug-eluting category, right. We'll bring RANGER to the U.S. next year. Eluvia is going very well in Japan. I'd say it's in line with our revised expectations in the U.S. and perhaps beginning to thaw. So I think we're encouraged, it makes sense. There's still no reasonable explanation for mechanism of action, but I think it will continue to take longer-term datasets to get this back to where we ultimately think it should be. But we're encouraged.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And again, we might imagine sort of continued -- this gradual slow move back towards more positive territory as we contemplate the year ahead. The Pacemaker business has been one area of pressure. I -- if I remember correctly, you were down low single digits worldwide last quarter. You launched a new programmer, I don't know if that's something you want to talk about as helping. But Medtronic is just reporting in the U.S., high single-digit growth helped by their Micra device, and now they have an expanded label. Am I more concerned about this business for next year? I mean is '20 going to be a rougher year? Or how should we think about that business and what's ahead?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I think that on our CRM business, it's been pretty consistent story where we've outperformed the market very nicely in defib, which is a much bigger business for us than our brady business. And we've underperformed in brady in the U.S., I'd say, where we are suffering from, I'd say, competitive inroads on a single-chamber pacemaker where we're still few years out from a commercial response there. But we see sort of that same recipe teeing up for the same sort of results where we hope -- where it nets out to kind of a plus 2%, 3% type of growth for CRM. On the defib side, it's S-ICD, where we're still the only competitor without a defibrillator that needs to put leads in the heart. It's our HeartLogic FDA-approved heart failure alert that gives you 30-day advance notice about an impending heart failure event. And that's a replacement cycle, where we're still in tailwind mode heading into 2020 as well. And on brady, in the U.S., we have seen, I'd say, headwinds from that. I think with respect to expanding that device to a bigger percentage of market for dual chamber, we're probably -- it seems like to date, less optimistic than the Street is. Given the data we've seen today, while it was better than the first data set, it still showed in patients who were in a doctor's office, after 20 minutes of rest and in a supine position, just an 89% rate of AV synchrony. And if you stood up and walked around, it fell into the mid-70%. A traditional pacemaker will be 100% virtually all the time, that you can walk around, you can exercise, et cetera. And also, our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

pacemakers are on label for 16.7 years duration. And the study authors in that paper talked about 100x kind of the battery drain. So we'll see. But I think likely, more of the same. We wouldn't necessarily expect it to get worse in '20.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And maybe I'll just jump back -- a numbers question for Dan. Just thinking about the fourth quarter, I mean fourth quarter guidance is 8% to 9% organic sales growth. Obviously, impressive, solid, excellent kind of range. But third quarter, you grew 9.3%. Is it just all about the extra day? Is that the difference as I think about the fourth quarter and how you're ending up? Because it seems like you do have positive accelerating momentum across the portfolio and some of the bad things are a little less bad maybe.

**Daniel J. Brennan**
*Executive VP & CFO*

Yes. I'd say that's the largest piece of it. As we looked at the second half, we obviously had an advantage relative to the prior year in days and the more of that accrued to us in Q3 than it does in Q4.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Yes. So back to some other recent controversies. At TCT, we saw the ACURATE data, not the outcome one would have dreamt and maybe not unexpected either though. We've had a bunch of conversations with the European docs that are actually pretty encouraging. And we left those conversations feeling like, in fact, there would not be a massive change or significant change because of the data. Is that still the right way to read it? Is that the way you're reading it? Is that the way we should think about it as we look in the quarters ahead?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. We'd agree with you, Rick. And in fact, post the results at TCT of SCOPE I, we went and met with all of our key implanters of the ACURATE neo valve. And to the person, feel that their results do not reflect the studies, results are not reflected in their clinical practice, and they still like the valve very much for a very quick, intuitive, easy implant of a supra-annular valve, I think it has had very good uptake, and they indicate no change in their expectations for usage. We did talk about, we would expect growth in overall ACURATE neo franchise to slow a bit, given that it arguably will be harder to open new accounts with that dataset out there but that we still expect it to be a strong grower and accretive to total IC, which grew mid-teens and which grew 15% in Q3.

**Daniel J. Brennan**
*Executive VP & CFO*

And at the same time, reiterated the guidance range that we had for structural heart, which obviously, ACURATE is part of and actually talked about the high end of that range. So I think still good, solid confidence in ACURATE as a growth driver for the company.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And where are you with the ACURATE -- the neo2 approval? Just, do you want to remind us the time lines and your confidence? And I think midyear, you talked about...

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. So we -- yes, we are on track to launch that in Europe in the middle of 2020. And then neo2 is the valve that we're using to enroll in our IDE study here in the U.S. So that's currently enrolling in an extreme high and intermediate-risk study with neo2.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And the next data set is SCOPE II. When do we see that -- and I don't know if you're comparing it to Medtronic. But what are the chances that the ACURATE data are even better? Is that a reasonable hope and dream?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I think the timing is likely probably second half of 2020. So potentially, TCT, again, next year. And I think based on some nuances of the study and the comparability of the valve types that we would hope for better results next time in terms of being noninferior.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And as we contemplate -- as you're thinking about your strategy here, do you -- when you think about the U.S. strategy, do you -- how are you thinking about having both LOTUS and ACURATE here? And what is -- it's difficult to -- do you want a 2-valve strategy just because different strokes for different folks? Or is there something more specific in your drive to bring them both...

**Daniel J. Brennan**
*Executive VP & CFO*

Right, we have them both in Europe today. And so we will -- which is a nice place for that to play out as it comes to the U.S. And it's -- both valves are -- can operate in workhorse valve territory, and they both have benefits on the edges of that. So there's a -- it's a nice opportunity for us to be the only company that'll have the 2-valve strategy. It's playing out well in Europe, and we're excited to bring it to the U.S.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And then you highlighted the structural heart guidance at the upper end despite some of the challenges. And as I think about 2020, LOTUS should get better and better. Sentinel seems to be gaining traction, ACURATE neo in the second half. Sort of a dumb question, but why can't structural heart growth continue at the rate it's been growing and be potentially solidly over $1 billion in 2020? Is that too big a dream? Or...

**Daniel J. Brennan**
*Executive VP & CFO*

I don't think we'll give you guidance on that today, but I don't disagree with the tenet of what you say. I mean if you look at the different growth drivers there, we would expect that LOTUS as we get -- continue to go at a controlled rollout pace and enter new accounts, we'll continue to grow, as would ACURATE with neo2. Sentinel is doing very well. I think that's one of the better acquisitions that we've done. And then you left out WATCHMAN, which is a great growth driver as well.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

[indiscernible]

**Daniel J. Brennan**
*Executive VP & CFO*

The -- Yes. Right. Go for it. WATCHMAN, again, for us has been a great product for the last 5 years. We see it as a growth driver within structural heart for many years to come. As you'd want us to, we're differentially investing in that franchise to make sure that we have the awareness of the patients, the awareness of the referring physicians, the awareness and the training for the interventional cardiologists,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

whether it's direct-to-consumer, social, digital, television, all the different ways to make sure that people are aware there's an alternative out there. And that product continues to grow very nicely.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Talk about -- please, Susie.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

If I could just add too, right, with FLEX making it easier to use. We've seen great success in Europe. It's repositionable, retrievable. We'll bring that to the U.S. middle of next year. And then we're pushing on the clinical front, too, where we're enrolling in the ASAP-TOO study in patients with an absolute contraindication to oral anticoagulants versus indicated today for a relative contraindication. And then a new study we started this year we're excited about is called the OPTION study, where, for the first time, we're looking at WATCHMAN in a new patient population as first-line therapy. So for patients who have atrial fibrillation and they get an ablation procedure, they're cured of their AFib, then they're told they need to take oral anticoagulants the rest of their life. It's typically a younger patient who's probably motivated to get off those drugs. OPTION randomizes then post-AFib ablation to either WATCHMAN or a DOAC and would add an entirely new patient population to the one that we've been targeting.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got you. Let's turn to LOTUS. I mean you've been very clear about your expectations and your desire to proceed sort of carefully and thoughtfully. You said repeatedly you're on track to open 150 U.S. accounts in the first 12 months. And I'm going to assume that still stands. Feel free to correct me if that's not correct. But one thing that I think people underappreciate just based on our physician conversations is the potential impact of the 15 French sheath launch. Just physicians saying, the larger size is not something that they're comfortable doing. Where are we with the 15 French sheath launch? And what impact is that having on these early adoption days of LOTUS?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So that's called the iSLEEVE, and it's in a limited market release at this point. I think it is important to bring it down to that 15 French size from, I think what arguably is too -- oftentimes too large a bore -- an access port. And I think it is part of this overall category leadership strategy that we're trying to bring to structural heart. It's not just 1 valve, but it's 2 valves, making sure we have an intra-annular and a supra-annular option. It's the Safari Guidewire, which is the leading TAVR guidewire. It's bringing Sentinel for cerebral embolic protection. It's having access sheaths and as well as the WATCHMAN device. And then longer term, mitral solutions, too. So I think it's part of the overall, let's not just target a product, but let's address all the needs of the category and what physicians want to see.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Sentinel, Dan, and I'm thrilled to hear you say it, is one of the best deals you've done. I can imagine why you're saying it, but why are you saying that?

**Daniel J. Brennan**
*Executive VP & CFO*

Well, first and foremost, it's great for patients because it provides an opportunity to reduce the stroke in a TAVR procedure. And so from our perspective, when we approach customers, it just gives us a unique opportunity to be the only company that has that. We're able to go in with our valve, our valve in the U.S., our valves in Europe, along with the Sentinel. And it just allows us to -- again, all in the idea of category leadership, our overall strategy of being as deep as you can be in each of the 7 businesses that we support. I think that's a great example where being the only company to offer protected TAVR just

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

makes us an even more relevant player in TAVR and in cardiology and structural heart overall. So we are probably more excited today than the day we inked the deal.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

That's great. You highlighted at TCT the initiation start of a clinical trial, which says to me that -- how confident you are. Any incremental color on the trial, Susie, details, timing to enroll, when we might see -- what...

**Susan Vissers Lisa**
*Vice President of Investor Relations*

So we'll start enrollment next year. It's in a large city. I think it's 2,600 patients, if I remember correctly. We'll look at it globally. And yes, I think it is us putting our money where our mouth is, and we firmly believe that protected TAVR should become the standard of care. So it's randomizing protected TAVR versus unprotected TAVR in that study. It'll take some time. It is a large study, but we're excited about the implications and what it can mean for guidelines, too.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

The #1 pushback on -- from physicians on Sentinel has been the lack of reimbursement. Where does that stand? And how is that going to evolve? And when, I guess?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

So it currently is reimbursed in the U.S. under a new technology add-on payment, and those rates across the board improved to about 65% of the list price this year. And those do expire. But we think as it moves to become the standard of care, there's hope that as it becomes sort of part of the normal procedure that you can see that reflected in the overall TAVR DRG. So stay tuned. I think that as facilities adopt Sentinel, they see it as a draw for referrals, they see it as reducing the overall cost of debilitating risk of stroke, et cetera. So I think we're trying to come at this from different directions, but the study will be an important part of that, too.

**Daniel J. Brennan**
*Executive VP & CFO*

And I wouldn't rule out similar to what we've done now that we've developed the kind of the muscle and the core capability for that direct-to-patient that you'd see patients coming in and asking for it when they're having a TAVR procedure.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

I can imagine that. Turning to the Endoscopy business, Endoscopy has been such an outstanding growth driver for Boston. Just maybe before we get to EXALT-D, how sustainable do you think is the underlying business, then maybe, at a high level, some of the drivers there? And then we'll talk about EXALT-D.

**Daniel J. Brennan**
*Executive VP & CFO*

I think it actually is probably the greatest example of category leadership that we have as a company, overall market leader, continuing to launch new innovative technologies to help physicians deal with their most challenging cases. It's a singles and doubles business. EXALT is different. Susie will -- can cover that. But for the most part, it's individual products that are launched, that are high-quality products into that market as the leader. And we would see that growth. You saw what Art had said at our Investor Day, is goal of $3 billion overall for endoscopy and believe Endo will be a nice growth driver for us for -- has been, as you said, and will be for many years to come. And EXALT is a big piece of that story. Not only EXALT but the overall SCOPE strategy.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Still on track for fourth quarter approval, maybe any updates on intimate FDA discussions you'd like to share today?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

We are still on track to launch EXALT-D, our single-use duodenoscope by the end of this year. This is the largest kind of patient population that we're targeting to date in our single-use SCOPE portfolio. So we have LithoVue on the ureteroscopy side and Spyglass DS. This goes after reusable scopes used in ERCP procedures, of which they are about 1.7 million done each year. And in which there is a -- FDA has published data recently that as many as 1 in 20 of these reusable scopes are at risk of contamination. And it has resulted in some patient deaths and real issues in hospitals. So we're excited to bring this kind of ironclad solution to the contamination issue. We think that kind of other steps, lengthening the reprocessing and sterilization procedures or even a single-use tip aren't definitive solutions, whereas a fully single-use scope like EXALT-D is. And we're excited to bring it to market by the end of this year and then really see what it can do next year. We'll target certainly those sites that have been involved in our clinical studies to date, thought leaders in infection prevention. And then we talked about sort of early adopter cycle would be facilities that have large populations of immunocompromised patients like oncology centers and transplant centers.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Yes. Neuromod is another one of the first half headwinds -- first half '19 headwinds. Medtronic talked about their spinal cord stim business being flat for the next several quarters this morning. It's a pretty good view. It's them, Abbott. How are you thinking about that business? I mean every player keeps saying, "It's all about innovation." So who gets there first with the innovation, starts the engine going again?

**Daniel J. Brennan**
*Executive VP & CFO*

Well, I think it's -- innovation would be the short term but also that would help for the medium and long term. As we look at it, obviously, we have some kind of monster comps that we're dealing with this year versus last year, kind of growth in the 20s for the spinal cord stimulation market. It has declined at a lower declining rate as we've gone through the year. We still believe that, that market is a mid- to high-single-digit growth market as you look over the medium to long term. The fact of the -- it's so underpenetrated. The technologies and treatments that are above it on the treatment algorithm haven't magically gotten better, whether it's opioids or back surgeries and such. So with a new -- to your point, with the innovation, there hasn't been a ton of new innovation in that last 6 to 9 months. So I think with some new innovation, which we will have on our front, as I'm sure will others, we should hopefully get that market back to probably not the mid-teens where it used to be, but that mid- to high single digits, which would be a nice place for it to settle into.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

If I could just throw in, Rick, too, we'll have randomized clinical data at NANS. That's our combo study on our WaveWriter platform, the first to launch was combo waveforms. And again, here, it's been about portfolio diversification within neuromod. So we've just been talking about spinal cord stim, which has been -- was down low single for us in Q3. But overall, neuromod grew 8% organically because of the strength of our deep brain stimulation franchise. And now we have Vertiflex, which is still inorganic, but adding another option for pain physicians for -- now for lumbar spinal stenosis patients.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We only have a couple minutes left, and I'll just ask you just a final kitchen-sink question. You've obviously done a number of deals. You still have financial flexibility. How are you thinking about capital priorities as you look a year ahead? And how's the early days with BTG going?

**Daniel J. Brennan**
*Executive VP & CFO*

Sure. So in the first one, I think it's one of the most exciting parts of the story is the health of the balance sheet compared to where it's been over any point, I would say, in the last decade, is our ability to deploy our free cash flow in a much more strategic manner. So we will prioritize debt paydown during -- between now and the end of next year to get back to 2.5, around 2.5x debt-to-EBITDA, which we'll be doing that within 15 months of the August acquisition of BTG. So feel [Audio Gap]
The addition of AMS really [Audio Gap]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.