# Tab 21

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX

# Company Conference Presentation

## Wednesday, December 04, 2019 4:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Table of Contents

Call Participants .................................................................................... 3

Presentation .................................................................................... 4

Question and Answer .................................................................................... 5

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Lauren Tengler**
*Director of Investor Relations*

**Susan Vissers Lisa**
*Vice President of Investor
Relations*

**ANALYSTS**

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities,
Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Okay. I think we'll get started here. Thanks everyone for joining us this morning. Vijay Kumar, I cover devices and tools at Evercore. Happy to have with us, Boston Scientific, in their backyard. We have representing the company, Susie Lisa; and Lauren Tengler from the IR team. Susie, Lauren, welcome and thank you for participating.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thank you.

**Lauren Tengler**
*Director of Investor Relations*
Thank you.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

So I guess just maybe starting with what happened in 3Q. I mean organic came in really, really strong. I thought, even ex the extra selling days, organic came in really, really strong. Maybe -- was there anything that surprised you guys? I know you guys said all this -- the guidance that's baked in this back half acceleration, but did anything surprise you guys at all in that 3Q performance?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I think as we mentioned, we had always known, given our launches and then some of the selling day benefit that we see a back-end loaded year, similarly on the operating margin standpoint as well. I think it was great to see really diversified strength across the portfolio, all 7 businesses as well as diversified strength regionally, too, very good performances there.

I think probably if we had to call out a few things, our MedSurg businesses continued to be real standouts. And then within interventional cardiology, it was nice to see -- of that business, the core drug-eluting stents well more -- continues to decline there, but that was much more than offset by our coronary -- our Complex PCI portfolio, was in the mid-teens. So in aggregate, coronary therapies is up mid-single digits. We typically seek to have that to be about flat for one to neutralize the other, but instead it grew mid-single digits. And then the structural heart strength across the portfolio there goes to the mid-teens for total IC.

We also are pleased to talk about for the full year, we're comfortable now with the high end of our structural heart revenue guidance of $700 million to $725 million. I'd call out too in neuromodulation, while spinal cord stim still remains a challenge. We were really encouraged by the uptake in our deep brain stimulation system, Vercise, where we launched it directionally at the beginning of '19 in the U.S. and then August got MRI approval. And so that we said nearly doubled in sales. And that's kind of critical mass enough to drive total neuromodulation growth to 8% in the quarter, even offsetting contraction in spinal cord stims.

So really it's a story of, again, a broad portfolio of strength and as well regional strength, too, so very encouraged. But probably that coronary therapies growth in structural heart is one to call out.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

And so maybe starting with the coronary ischemia where we've seen the results. For what it's worth, maybe I'm being biased, but I thought it came in much better versus the fear that the market had. I'm kind of surprised that I'm still hearing now that we know the results are, there is still some debate ongoing. And maybe from Boston's perspective, did ischemia come in, in line with how you guys were expecting or better? And within that range of outcomes you gave, plus or minus, for next year, where do these results fall out?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So we definitely would say that it came in better than expected. This is a large -- a very large NIH, NHLBI-funded study looking at a percentage of the PCI population -- well, actually patients with coronary ischemia, but then a subset of that population, those with stable ischemia. So a majority, 80% of stents implanted in patients with unstable ischemia or post-MI. We think about 20% go into stable ischemic patients, but then given the 26 exclusion criteria in the ischemia study, we think that cut it down by about half. So I'd say 10% were represented in this study.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And the fear had been that as you've seen with other studies that there would be no mortality benefit or hindrance for the revascularization arm, which included both stentsing and CaVent. Or that you would see no quality of life improvement, which is why you're typically implanting stents in this patient population, but they had a low level of angina symptoms to begin with. And so there was a fear that there wouldn't be enough room to make an improvement.

And you saw -- so we had talked about a 0 to $40 million kind of worst-case scenario, seeing a mortality benefit for drugs versus revascularization and no mortality benefit on angina symptoms or quality of life. And you saw neither. So you did see a benefit in advance in favoring drugs on the mortality side of things early in the study, that's when the curves cross at 2 years. And it favored revascularization in the back half. And it's really a lower rate of spontaneous MI that you're seeing that's driving that versus with pharma. And so we think with longer-term follow-up, those curves could actually continue to separate. But in essence, if you want to take it at a base level, there's no mortality hiccup or headwind that you have to suffer for what proved to be very significant angina symptom relief across all patient subsets.

So we viewed it absolutely as better than feared. And I think, yes, of course, you will see physicians having conversations with stable ischemic, low or no angina symptom patients, but that's current practice today, and we think very largely practiced affirming, guideline affirming. And at worst, I would say likely a neutral benefit to the -- neutral to the market and potentially a benefit if more people are having these conversations could lead to more screening and could lead to additional [indiscernible]. Again, no mortality headwind for that significant symptomatic relief -- durable symptomatic relief.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

And just one maybe on the mortality side because, I think, I've read somewhere in the treatment arm, 25% of those patient populations, they got CaVent. And they were lumped along with the PCI. Could that maybe explain the early mortality signal? I mean, I'm not -- I would imagine an open heart versus a stent procedure, there are some difference with your outcomes.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think that's right. It's also, you have to consider periprocedural MI versus again spontaneous MI. And strict definition, so you could have an elevation of your troponin markers on the table in a well-controlled scenario while the procedure is happening. And that was defined as an MI, and that has much less sort of clinical impact than a spontaneous MI at home 3, 4 years later. So that's why we believe -- or many physicians believe it is likely that those curves could continue to separate.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

That's helpful, Susie. And maybe one last on this topic. I think the fear was we'll have the popular media pick up the resource. And I mean I didn't see it looks like the 24-hour news cycle activity kind of died down. Is that the right way to interpret, just from a media perspective, that we haven't seen the media hyping those results?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I mean you did see it kind of the weekend of, certainly in that large a study. I think that's to be expected. But again, I think our on-the-ground sense with physicians is that this was largely practice-affirming, if not slightly better in terms of patient discussions and the volumes that could result. And I do think, yes, from a media standpoint, it does feel like it's gone pretty quiet. And we haven't seen the study published. It's been online, but not in a publication. So -- and there could be more to come, but it feels pretty manageable to us overall.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's helpful. And then maybe just overall when you look at your coronary therapies for next year, so we had ischemia, which is out of the way. And that it really looks like on the other part of the complex PCI portfolio. It's on fire. You have synergy in MEGATRON, which is coming -- which will be launching next year. Should overall coronary therapies be in the positive territory for you guys next year?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes, definitely. I think volume growth in this business just with annual [ incidence in the lead ], they're probably low single digits. And then the complex PCI part of that portfolio has kind of benign pricing and strong penetration into emerging markets and just increasingly becoming standard of care. Plus, we're launching new products at a pretty consistent rate. As you talked about MEGATRON, this year benefiting from our WOLVERINE cutting balloon, a relaunch of our atherectomy system, ROTAPRO, et cetera. So more to come there and would expect to continue to be able to grow above that market rate. And then again, the goal is to offset declines in DES, where you also see decent volume growth, but offset by pricing.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Sure. And what percent of the market is addressed by MEGATRON? That's still large, I guess.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes, the large vessel segment of the market is probably about 10%.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. That's helpful. And then maybe turning the page to MedSurg. This is one where -- I mean it's -- I feel like this is a little bit harder for us to model just because there are so many different products. I can't pick on one ischemia trial or one MEGATRON, so it's a little bit challenging. But also, I feel like that's positive for you guys because there's a number of drivers. Maybe talk about the 2020 drivers for you guys as you see the business today.

**Lauren Tengler**
*Director of Investor Relations*

Yes. So thanks, Vijay. I think overall we've seen really strong growth in MedSurg in 2019 with our most recent quarter at 10%, with -- for both divisions. And that's real strengthened the base, and I promise I'll get to continued accelerators. But strengthened the base on urology and our stone franchise, which makes up about 50% of that business, we had low double-digit growth. And that's really on a base of LithoVue and continued innovation with ethnographic studies, which really are trying to prove out what can we do, what products can we offer to improve throughput.

And an example of that is our LithoVue Empower, which allows physicians to, on their own, instead of needing a scrub tech, deploy a basket successfully to retrieve a kidney stone. We've had really strong strength in emerging markets where you're moving the standard of care from open surgical procedures over to our minimally invasive procedures to remove kidney stones.

And then on endo, just a tremendous strength there with over 12 product launches in the last 18 months. And continued strength in the base with things like AXIOS, the infection-prevention franchise, which was our EndoChoice acquisition about 3 years ago. That business has tripled in size.

And so then when you start to think about what are the things that are going to make the needle move in 2020, on the urology side, I would highlight prostate health. So we've got 2 major products there. So the first is SpaceOAR, which is our Augmenix acquisition. So that's a hydrogel that protects organs at risk when a man's undergoing radiation treatment for prostate cancer. And this market is a $750 million

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

market, of which we're the only player today. And we talked about our revenue in 2018 being about $50 million. And this year, our goal is $100 million. So still a lot of runway there, a lot of opportunity.

And then we also have Rezum. So that's our minimally invasive therapy for the treatment of benign prostatic hyperplasia. So this is a huge unmet need, 14 million men are diagnosed with BPH every year, of which 2% are seeking MIT treatment. And we've got really great 4-year clinical data showing durability versus our competition. So we remove the prostate tissue, whereas our competition sort of pulls it back. And this patient population is getting younger and likely to look for more durable treatment. And then we've got a CPT code with [ Allmax ]confirming over the first half of this year, so reasons to see growth in 2020 and beyond.

And then EXALT, do you want me to hit on that?

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

No. No. No. Go ahead, please.

**Lauren Tengler**
*Director of Investor Relations*

Yes. So EXALT is our single-use scope for -- duodenoscopes. It represents the biggest patient population for single-use scopes that we're entering into, 1.7 million-plus ERCPs. We're really excited about this, on track to launch by year-end, and see a tremendous benefit in leveraging our existing sales team, the call point, our category leadership to really fuel that growth in a very thoughtful way that will build this market for the future.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Maybe starting with the Class 1 on Exalt-D. You're in launch, I mean, I think over in December. Has it launched or yet to launch?

**Lauren Tengler**
*Director of Investor Relations*

We're on track for year-end.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

On track for year-end. December 31, really?

Just maybe on pricing, I feel like I've put something out in -- which caused some confusion in the market. How -- just -- because I still aim back with this question, how can Boston justify premium pricing when you have a competitor talking about a sub-$1,000 price point? Maybe explain like what is different about your offering versus what hypothetically competition could have? And does the market -- does the reimbursement code support the premium pricing?

**Lauren Tengler**
*Director of Investor Relations*

Yes. So we have talked externally about the pricing here, which we don't typically do just because there was a bit of confusion, not all due to you, Vijay. And we today, offer our SpyGlass for the same amount, and we get that price, right? So this is not a surprise to our physicians. And really for good reason. I understand why the analyst community had some questions here. The estimate is that a reasonable scope is, on a hard cost basis, is roughly $1,000 per procedure.

We -- so our product will work identical. We did our own clinical trial to prove out that our single-use scope works identical to the reusable scope. And there is no infection risk, and you have portability. You have

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

more efficiencies in the OR. That scope is always available when you need it. And it does fit in nicely within the ERCP reimbursement that is available today. I don't know, would you add anything else, Susie?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

No.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

And just maybe on the FDA comments on how -- are you getting the feedback from the field on physicians being concerned on infection? Or is it more of a -- because I've gotten mixed feedback on how to interpret FDA stance. On the one hand, they've been strict in certain categories, right? And this feels like 5% infection rate is serious enough. But why isn't the FDA more aggressive on this topic?

**Lauren Tengler**
*Director of Investor Relations*

Yes. I think the FDA panel or advisory meeting was focused largely on reprocessing duodenoscopes, which I think is right. There is no single-use scope available today, and we have to kind of figure that out. Because when we launch, we're not going to be able to supply the 1.7 million ERCPs that are happening globally. So it's appropriate to kind of focus on both avenues. And as we launch, we do have a lot of clinical trials -- clinical sites. That's kind of where we'll start with EXALT and places that focus on infection prevention in oncology centers. So I do think there is a path for us to kind of smartly build out this market and learn as we go.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

And when we think about the adoption curve for next year, how should we think about just the ramp? Is this a slow, steady? Is there a learning curve? Or -- I'm just trying to get a sense for how meaningful this could be for Boston medium term.

**Lauren Tengler**
*Director of Investor Relations*

Yes. So I think there's estimates kind of all over the map. I think our stance is it will be a controlled, very thoughtful launch. We're building this market for the future. And we hope for -- that we've cited that this is a $1 billion market opportunity by 2024 and hope that we get there soon.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

And we've talked broadly about endoscopy, the therapeutic imaging, single-use scope opportunity, $2 billion in aggregate by 2024. Half of that, the duodenoscope, as Lauren talked about, half of that other scopes that we'll launch with a cadence of one a year. But at that if you do the math on getting to our stated goal for endo overall, it takes us to double digits -- consistent double-digit grower.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

That's helpful. And then maybe on SpaceOAR, you mentioned the market size, $50 million going to $100 million, is that sort of a normal cadence for you guys in terms of revenue ramp? Or are we at an inflection point? Because some of these product lines once they gain momentum, it becomes standard of care, and then you see an inflection point. How are you guys thinking about SpaceOAR?

**Lauren Tengler**
*Director of Investor Relations*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. We haven't really given too much -- it's a large market, $750 million, and we are the only player. So we see continued opportunity there.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

And geographic expansion is largely in the U.S. So that's some of the opportunity near-term in 2020. And then additionally longer term, we'll do clinical studies for indication expansion in other cancer radiation therapies.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. And resume, Susie, on the -- I guess you mentioned CPT code. I didn't see -- I don't think there was an incremental reimbursement. This is more steady reimbursement program?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. This is new in 2019. So that's 6x to roll through the regional math, et cetera. So it's more just getting seasoned.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

And is that -- getting a new CPT code, is that an incremental for 2020 for you guys or just business as usual?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I'd say it's more about increasing awareness around the durability, the convenience of being able to do a quick 5-minute in-office procedure and really just the large target market, as Lauren said, younger patients looking for more durable options and alternatives to pharma therapy, which is really where the minimally invasive market has been poaching patients from.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. And so to sum up on MedSurg when you think about these products gaining momentum, Exalt-D coming in, which is incremental, these trends, what we're seeing in MedSurg, double digits, that should sustain. Is that a fair comment?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. And then shifting gears to structural heart, you mentioned coming in at the high end. What surprised me was it seems it all came from WATCHMAN right and it seems like the utilization on a per-center basis, that's the driver versus the center expansion. Maybe explain why we're seeing this utilization uptick on WATCHMAN. And where could those utilization numbers go, I guess, on a per-center basis?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

So in structural heart, we said it will come at the high end of the range. And it's really across the board, I think potentially with the exception of ACURATE, which we said will still be accretive to total IC growth in the mid-teens range, where that one is probably more kind of in the middle of our original expectations.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

WATCHMAN and LOTUS and Sentinel, they're all achieving towards the high end. So WATCHMAN is the biggest dollar driver, but it really was a consistent theme across all 4 -- or 3 of the 4 franchises within structural heart.

On WATCHMAN specifically, it has been a great story for us and a great option for patients and alternative to oral anticoagulants. And it's been coming at it from all sides. So now we're pretty fully penetrated, I'd say, in terms of center openings in the U.S., but we're going back and training additional physicians at existing sites. We're training LAAC coordinators to help with the scheduling, additional anesthesiologists, et cetera.

A lot of work on reaching out to educate referring physicians as well as to educate patients that there's an alternative now to oral anticoagulants as well as educating family members. This is an elderly patient population. And while the novel oral anticoagulants are better drugs certainly than warfarin, there's still at 2% to 3% annual rate of major bleed and that's cumulative. So you're on this for 10-plus years, and your family member is dealing with getting you to the ER in a very scary emergent bleed situation, and not taking the drug increases your risk of stroke, right, I think WATCHMAN is a great alternative.

So it's a lot of direct-to-patient, social media, through your cable television box, building that referral channel, building awareness, supporting it clinically as well. So we continue to look to expand indications into patients with an absolute contraindication to oral anticoagulants. That's ASP-II study and now we're enrolling the OPTION study, looking at post-atrial fibrillation ablation patients. That's the first time we'll be looking at first-line therapy for post your AFib ablation procedure, you're randomized either to WATCHMAN or DOAC that's enrolling this year.

And then also extending geographically. In Japan, we launched in September with reimbursements. And then pushing the next-gen iteration of product with WATCHMAN FLX, which is enjoying a strong launch in Europe and is on track in the U.S. for the second half of next year.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. And on that Japan, Susie, is the reimbursement in Japan, is that a premium reimbursement? I mean, how big is Japan for you guys?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

So we think the WATCHMAN opportunity in Japan, there are about 1 million AFib patients, and that's as close as we've come to trying to size that. We think Japan or China could likely be our -- ultimately be our second largest market after the U.S. And so we're excited about growth opportunities in both.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Well, I'm sorry, on the reimbursement front, was that a premium reimbursement for you?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

It's I think in line with the value of the product that we have actually published several studies to date, showing the cost effectiveness of this therapy, both from being able to discontinue either generic or nongeneric meds as well as the reduction in stroke, which is so debilitating and expensive as a side effect.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Maybe one last WATCHMAN question on that. You mentioned ASP-II, the studies you guys were initiating to strengthen the clinical data. Isn't it a high-risk clinical strategy for you guys? That's an absolute contraindication. I mean that feels like you guys are really confident about the therapy and even versus like a couple of years ago. I mean just maybe some thought process on ASP-II, why go down the path?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Well, these are patients who don't have any other options, right? They're just at elevated risk of stroke. And the reason we initially went after relative contraindication was because the FDA wanted a control arm in the study. And that wasn't possible, if you didn't have another option. So yes, we'll continue to look at other indications and think ASP-II, where you don't have other options should arguably have a higher penetration rate, whereas we talked kind of single digits in the relative contraindication patient population because if you are well controlled on your oral anticoagulants, we've always said in that patient group, you should stay on them.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. And then switching gears to SCOPE I and ACURATE. The -- now that we've had some time to digest out the results, your thought process on just ACURATE continuing to grow next year. Have your thought process changed at all based on feedback from the field?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So right after we saw the study results at TCT at the end of September, we hit the ground with our European physicians. And I think pretty uniform across the board. We felt that their clinical experience has not -- was not reflected in the SCOPE I results and frankly I think surprised by that. And indicate no expected change in their practice patterns in appropriately selected patients. It's a very -- very good [ match ].

We're also excited in the middle of next year to launch neo2, which is the next gen, which adds a skirt to address [indiscernible], which really was a key driver of the inferiority results in SCOPE I. So I think that still with -- arguably, it would be harder to open new accounts ahead of launching neo2, but with our existing physicians who have, I think we said over 20,000 implant patient experiences here, we expect to continue to see good uptake.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. Then maybe on LOTUS, the U.S. launch, it just sounded, the center opening comments that you guys made, that it sounds incrementally more positive for us. Maybe just some thought process on how that -- what your experience has been in those early centers? What kind of share are you guys seeing? I don't know if you can comment on shares within those accounts. And historically, I think, you mentioned for some of your products, but any comments on LOTUS launch or what it could mean to numbers? I think that would be helpful.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. And sorry, just one other thing I should have mentioned on ACURATE is that we're currently enrolling the ACURATE IDE here in the U.S. for extreme, high and intermediate risk patients. And that uses the neo2 valve. So that second-gen valve is what's always been enrolling in that clinical study. So we're excited for U.S. launch in the future with ACURATE.

And on LOTUS, we are really encouraged by the initial uptake. It's a really differentiated valve. The only one where you can always reposition and fully retrieve. There's never a point of no return. It's great control, very predictable. There's a hashtag #DramaFreeTAVR, which we know that LOTUS enables you to do.

We think that physicians understandably were skeptical. It's been a long time coming. And we've seen them, I think, be really pleased with the results in very tough cases out of the gate with how the valve has performed. And so you don't really need to have it on the shelf.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So we haven't given much in terms of details, other than to say we're on track to launch 150 accounts by the end of Q1. So give us a year post-launch to do that. We're pleased with that pace of opening accounts and the reorder rates we're seeing, and most importantly with the outcomes and the clinical aspects of how the valve is performing. So excited about LOTUS. Also enrolling our REPRISE IV study, which is the intermediate risk study there. Recall it is only on-label for extreme and high-risk today, and has, we think, about 80% of the addressable patient population in terms of available sizes today. But those are 2 headwinds against us. But pleased with performance to date, it's being used in a lot of calcification, both bicuspid or heavily calcified patients, patients with poor hemodynamics and seeing strong clinical results.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

What percent of the market is that calcified or bicuspid? Is that a 10% of the...

**Susan Vissers Lisa**
*Vice President of Investor Relations*

It's hard to guess good numbers. You hear kind of in aggregate maybe 10%, 15% of the extreme and high-risk market. Bicuspid as you know is a larger percentage of the low-risk population. So we think LOTUS could have a good role there. Once we do that clinical work to get on-label there. But we think that all of the attributes, that #DramaFreeTAVR and predictably control in those very tough cases also play fully well to work horse cases and making sure your schedule is not disrupted by you needing to do a valve-in-valve or having some sort of annular rapture.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. And maybe on the CRM side, it's done really well in '19, given your new IPG. When you think about 2020, are there any headwinds for the business just from a comp perspective? Or I think Medtronic talked about launching their own new IPG.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So we've grown kind of in the 2%, 3% range in CRM combined IPGs and Brady pacemakers combined. And that's been driven by above-market growth on the DFib side of our portfolio, which is significantly larger than our Brady portfolio, where we're benefiting from as you talked about, HeartLogic is the only FDA-approved alert for an impending heart failure event over 30 days in advance. You get advanced notice and you can help reduce rehospitalization rates, which is a significant area of focus for hospitals particularly in the heart failure segment.

Also benefiting from S-ICD, where we're still the only player without -- with a device that doesn't need to put leads in the heart on the high-voltage side of things. And then we're in the middle of a tailwind from a replacement cycle standpoint, so it adds about 100 basis points in '18, '19 and '20, and that's tracking to our expectations. So that's been driving above-market growth in DFib, and I think those trends all seem sustainable going forward.

And meanwhile, we have seen declines in our Brady business. It is significantly smaller. And it's larger than in the U.S., where you have seen good inroads by competitor with a lead-less pacemaker.

I think that we expect probably a continuation of those headwinds into 2020, but maybe less optimistic than some about the ability to expand that lead-less pacing into the dual chamber asset of the market, just given the clinical data that we've seen to date. And it looks like lower rates of AV synchrony than you have with traditional pacemakers, even in a small end in a physician's office at rest after resting in a supine position. And it drops more than the mid-70s when you're moving. So we'll see. But again, the continued overall trends of CRM, kind of a hard spot for 2 or 3, and hopefully can continue to deliver that.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's helpful. I need to do some work on the Brady...

**Susan Vissers Lisa**
*Vice President of Investor Relations*

So sorry. And launching it in the [indiscernible] monitor segment of the market in the U.S. next year should help.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

That's fantastic. And that's a $600 million market there?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think your numbers may be even a little bigger than that.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Okay. And is there a timing on the launch for -- on the monitoring side?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So LUX-DX is the name of the product, and we said midyear.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Okay. Switching to neuromod, I think you said that were sized, post-MRI, that business doubled up. I'm assuming that's a year-on-year, not a sequential number.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

That's right.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Okay. The -- is that -- when you think about floor size, what have share does floor size have right now? And can you guys end up at 50% of the market?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think that we'll refrain from giving a share goal, but we do feel that our technology was the directional lead. So instead of stim coming off the electrodes in the shape of a doughnut, it's more like a lighthouse beam. So you can very precisely direct it and have better efficacy and fewer side effects, given how precious geography in the brain is. And I think -- we've also partnered with Brainlab on the mapping and navigation side of things to try and improve the patient experience and the throughput of these procedures, which today are most typically done kind of over the course of 2 days. So looking to move these to 1-day procedures, with streamline mapping and navigation and then a better implant experience.

So I think it's very early days, and you're seeing nice innovation across the board. Still very low penetration of these Parkinson's patients, many of whom either develop tolerance so the drugs don't work very well. So we're excited and see opportunities for stim beyond Parkinson's in Europe. We have essential tremor and dystonia indications and then long-term doing very early clinical work, but in some exciting other fields as well.

**Vijay Muniyappa Kumar**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Evercore ISI Institutional Equities, Research Division*

Got you. And then on the spinal cord stim side, the market slowdown, how much of this was a function of maybe -- I don't know, a pull forward of demand, I guess? And are we now in a new trend wave? Or is there anything that could happen [indiscernible] which will reactivate this market?

**Lauren Tengler**
*Director of Investor Relations*

Yes. So we didn't see a slowdown in the first half in SCS. We did see some signs of stabilization in Q3. And I think some of the series on that slowdown were related to potential [stuffing] channels in Q4, not necessarily by us. And then the lack of new product data and new product launches back half of 2018, early part of 2019, we really didn't have much of that. And you are seeing the market reinvigorated with some product launches. We've got our own day release coming up in Q1, as you mentioned, for combo. And then we've got our own portfolio upgrades for SCS.

So overall, I still think that this is a high single-digit growth market over the long run, and it is the leading non-opioid therapy. So there's reasons to see some amount of growth. And then really, it's the broader portfolio for neuromod. So we just talked a lot about deep brain, but we've also got Vertiflex in our RF ablation. The Vertiflex is our Superion acquisition for lumbar spine stenosis. That acquisition is going really well, and we're looking forward to continued execution there. But broad category leadership is kind of the neuromod play.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

The thing on Vertiflex, you mentioned, on track to hit the $60 million number for '19.

**Lauren Tengler**
*Director of Investor Relations*

Yes.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Is there like [ a tale of ] this could be a $0.5 billion product or some number out there, longer term? When I look to the product, it looks really, really interesting. I'm just curious on what you think.

**Lauren Tengler**
*Director of Investor Relations*

Yes. You have seen some -- I think there are over 6 million lumbar spinal stenosis patients. We are targeting this very specifically at a much smaller subsegment of that, but we do see essentially over time. I mean really, the option here is steroids. And so once those wear off, I think this is a relatively straightforward in-office procedure with good efficacy, and patients are very happy and you can return to much higher quality of life. So we'll see.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. Turning to BTG. Thanks for putting that press release out and that making the [ accretion lab ] opportunity making more sense, the $0.04 to $0.05. It's still I guess, Susie, when you think about the business, there is still some pharma revenue space into that business. Does pharma really fit in with Boston? I mean there is stuff, I guess, on the winning side, some things would just fit in. I'm just curious on how you guys are thinking about the pharma business.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So certainly, the core focus for us is on interventional medicine business, which really rounds out category leadership for us in venous and interventional oncology. And then the spec pharma business is it's an antidote business, as you said, with 3 franchises inside them being about half of the business. And because it's an antidote business, we think it's very well contained. It's relatively straightforward and easy to manage. You use one, you replace one. Or it expires, you replace it. We've retained [ VTE ] leadership on that business, and we're going to learn more. And it is highly profitable and relatively easy to manage, but it is still certainly noncore to BSX.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. And then when you think about the PI business, I guess someone brought this up. Why can't [ BCC's ] PI business be similar to what AMS acquisition is to Boston's uro business? What's the right way to think about, PI under BSX?

**Lauren Tengler**
*Director of Investor Relations*

Yes, we do think that like AMS, we have gone from a legacy kidney zone business to being the clear scale player in urology with men's health therapies and urinary incontinence and BPH therapies, and then having a women's health business as well. And what we saw with AMS is not only did it grow fast, the AMS legacy doesn't go faster in our hands. But we saw faster growth of our legacy stone business as well by being that combined scale category leader. And so that's the hope we'll play in venous and interventional oncology, where on the venous side of things we had a leading thrombectomy platform and are launching a venous stent. But now BTG brings us to be the clear scale player. We don't think anyone's really even close, right, with their pulmonary embolism system with EKOS, with launching their vena cava filter, SENTRY, with a varicose vein platform in Varithena.

And then on the oncology side, really exciting, we have $300 million-plus business in guide wires, accessories, coils. And now having really what KOLs care about in terms of the leading therapeutic and TheraSphere as well as the glial cryoablation platform. And combining that again, makes us clear scale player, and we think hopefully drive faster growth overall. And what we think in those 2 businesses, venous and IO are long-term double-digit type of growth businesses.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Got you. Then maybe just in the last couple of minutes here on the margin side, anything to flag out for next year, either FX or investments or one-off items?

**Lauren Tengler**
*Director of Investor Relations*

I think at Investor Day in June, we've talked about, long term, trying to drive organic revenue growth in the 6% to 9% range. We think a steady pace of 50 to 100 basis points of improvement in adjusted operating margin is what's appropriate to allow for sufficient reinvestment into the business to drive that organic revenue growth as well as continue to improve profitability and return. And then always the goal of driving double-digit adjusted EPS, and now a much better cash flow picture in terms of being able to deploy that for accretive M&A. And over time after the [ BTVs ] get paid down, share repurchase.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

And for next, just on cap deployment, I think the commentary was free cash, you still have scope for M&A next year. Is that it?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We do, yes. So we've talked about for BTG targeting getting back to 2.6x on a gross debt to EBITDA leverage basis. And that assumes a $1 billion to $1.5 billion of debt paydown between now and the end of 2020. And within that scenario still allows for about $1 billion in tuck-in M&A in both '19 and '20. '19 year-to-date, we've done about $850 million between Millipede on the mitral side and Vertiflex in pain. So maybe you see one more. We're remaining very valuation disciplined, but likely 2 to 3 additional tuck-ins totaling to about $1 billion in 2020.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Can you just do -- I mean, I guess close out, Susie, the free cash flows here, you've had some issues in the past because the one-off litigation payments were done with. So when you think about the free cash ex [ conversion], that should be a clean free cash conversion going forward, there's no adjusted free cash number.

And second, to your comments on the long-term plan, there's nothing's changed on the long-term plan one way or another?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So on the [ match] payments, we have a little bit left to go, but we expect to, I think, it's about $300 million in aggregate still left to pay out. And most of it's still sitting -- the total liability is a little north of $500 million. About $300 million sits in restricted cash. So $250 million or so left to go, but we expect to wrap that up in 2020. And then it's really just some on the integration and restructuring side of things in terms of those other adjustments. But yes, $2 billion-plus free cash flow type of profile and really no other major calls on that cash that we can see, and so really strong cash conversion profile.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Fantastic. I think we're at the end of the time. Thank you, guys, for coming over. This was as always helpful. It's a pleasure to have you, guys.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks, Vijay.

**Lauren Tengler**
*Director of Investor Relations*
Thanks, Vijay.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.