Tab 22

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX Company Conference Presentation

**Thursday, December 05, 2019 4:00 PM GMT**

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .................................................................. 3

Presentation .................................................................. 4

Question and Answer .................................................................. 5

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Susan Vissers Lisa**
*Vice President of Investor*
*Relations*

**ANALYSTS**

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research*
*Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

All right. Good morning. Thanks so much for joining us. My name is Matt O'Brien. I cover devices here at Piper Jaffray. We've got Boston Scientific with us on stage here. Susie Lisa, who is the Head of HR -- or Head of HR -- Head of IR. So thanks for -- I don't think we have a joke for that. But thanks so much for joining us, and I know it's been a long day for you. So I do appreciate, again, you coming.

**Susan Vissers Lisa**
*Vice President of Investor Relations*
Thanks for having me. Battlefield promotion there maybe?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Yes. Is that a promotion or a demotion? So let's talk about Q4 guide. You posted really strong Q3. Q4 you got a little bit easier comp, but 1 less selling day, you've guided to a little bit less than that. So are there some puts and takes in there on the guide that we should be aware of about to speak about Q4? Or is it just maybe a little bit of conservatism?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. So I think, as you said, a strong Q3, 9.3% organic growth, which was above the high end of our guidance range. We're talking 8% to 9% for Q4, which is still, I think, a really strong result overall, and 7.5% organic growth for the full year, which I think is -- again, we're pleased with that outlook, particularly given some of the headwinds that we faced this year, many of which were unexpected. But some reason for that slowdown, which is against an easier comp, as you noticed, kind of in priority order. I won't give specifics on it, but the biggest differential, really, is that we've talked all year about a back-end loaded year related, at least in part, to selling days. So there's a -- more than a full day benefit in the second half of '19 year-on-year versus second half of '18. It was the opposite in the first half of the year. And there was more of a benefit accruing in Q3 than in Q4. So that sequential less of a benefit from selling days is probably the biggest factor. We would also expect to see our peripheral business slow in Q4 given that they're facing really tough comps from the Eluvia launch in the U.S. a year ago and also a competitor had some manufacturing issues that probably added 100 basis points of growth from our share capture of that, which has since been -- that situation has been rectified. And then some smaller timing issues, I'd say. Again, this is kind of third of 3 factors related to change of a distributor in Japan, on the CRM side of things, so some stocking in Q3 that benefited. And then some minor, kind of, revenue recognition benefits in Q3 in some of the lumpier emerging markets, where we have strict essentially -- we recognize sales upon cash collection, and so you might see a little bit of a slowdown, but nothing too fundamental. So I think overall, there's more continued solid momentum and proud of that guidance range and seek to deliver.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. Okay. So think about next year a little bit. 2020, lots of products coming out. Talk about some of the different technologies you're introducing, some of the bigger ones that should really kind of drive things for Boston.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. So some of what should have helped drive that 9.3% growth in Q3 and should see continued good momentum in their launches, principally in structural heart, so kind of across the board there. LOTUS Edge launching in the U.S. and Europe this year is a big driver. WATCHMAN continues to do well. We're launching a second-gen FLX in Europe now as we speak and are on target to do that in the second half of 2020 in the U.S. Our Sentinel product, which is for a cerebral embolic protection device to reduce the risk of stroke during TAVR procedures, we have been somewhat capacity constrained through the first half of the year. That's since been rectified as of beginning of Q3. We'll continue to drive global adoption there and excited to start a randomized clinical study in 2020, which we believe will help prove it out as standard of care, protected versus unprotected TAVR. And then our ACURATE valve, and I'm sure we'll get into that a little bit, we would expect to see that slow a bit, but then are excited in middle of 2020 to launch a next-gen there in Europe called neo2, which adds a skirt to help address paravalvular leak and improve that. And so we're excited for the overall structural heart franchise as well as we continue to plug away, still very early days, but our Millipede acquisition closed the beginning of '19. And we are still on track to get into an early feasibility study in the U.S. next year. So that's kind of structural heart

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**BOSTON SCIENTIFIC CORPORATION COMPANY CONFERENCE PRESENTATION | DEC 05, 2019**

in aggregate. We said we expected it to be this year at the high end of our $700 million to $725 million guidance range.

Outside of structural heart, our coronary therapies business continues to do well. In IC, we talked about the MEGATRON launch, which is in the large vessel segment and continue to push forward on that whole complex PCI portfolio of products. I'd say in Peripheral, it will really be a story of -- now we've closed BTG and really excited. We have clear direction from a -- we've stabilized in the sales force. Everyone knows, kind of, what jersey they're wearing, what's in their bags, who their manager is, what their quotas are, et cetera. And so we're excited to really now be the truth -- the only really scaled player in venous and interventional oncology with both therapeutics and accessory products, we have the legacy accessory products, BTG brought the therapeutics, to go with our arterial category leadership and really see PI kind of hit the next segment.

And then just briefly, I'd say some highlights outside of those -- the big one is certainly in MedSurg, where we're launching single-use scopes, the duodenoscope, EXALT-D, remains on track to launch by the end of this year. We'll launch Spy Discover, another in that whole therapeutic imaging portfolio in 2020. And in urology, I'd say the focus is on SpaceOAR, which is the Hydrogel for use during prostate cancer radiation therapy if there is rectal injury. That should continue to expand in the U.S. as well as globally. And finally, in Rhythm and Neuro -- sorry, yes, in Rhythm and Neuro, we'll launch an implantable cardiac monitor in 2020 in -- around the middle of the year. And I think exciting times in EP. By the end of this year, we'll get into the single shot market in the U.S. with POLARx. That's our Cryterion acquisition. And in the Neuromodulation space, I'd say, continued rollout of our Vercise Deep Brain Stimulation System, Vertiflex on the pain side of the organic next year. And so it's a story of portfolio diversification, and then we'll have data at NANS on the spinal cord stim side.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

So you don't have much going on at Boston Scientific. Okay. So let's talk about structural heart a little bit. The thing I've been -- I guess, I was a little surprised by Medtronic and you have to opine on any of this stuff, but they had said you're only probably about 1% or 2% share owner at this point domestically. So it kind of feels to me like you're going a little bit slower. Is the rollout of LOTUS in the U.S., kind of, on track for you guys? Is it a little slower than you might have thought? Are there some learnings? Do you need Sentinel to bring that in, have more capacity to sell that product? I mean what's going on with LOTUS specifically?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I'd say we're really pleased with how the LOTUS launch is going. And we're not giving specifics in terms of dollars or accounts. And we said, we're on track to launch into 150 accounts in the U.S. 1 year in. So that takes us to the end of Q1 of 2020. But I think one point of evidence is we grew mid-teens in Interventional Cardiology in Q3, which was a clear acceleration. And back to structural heart, we're comfortable at the high end of our guidance range. So pleased with how LOTUS is going. It's a differentiated valve. It's not a me too. It's the only one that's always fully repositionable and retrievable. It is a #DramaFreeTAVR. You can get it exactly where you need it to be. It's well suited in heavily calcified patients or bicuspid patients. It's getting tried out in those tough cases and doing very well. So we're really pleased with how LOTUS is doing.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. Okay. What about -- a little bit finer point on Japan and when you're going to launch in Japan?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

So on track to launch Japan next year.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Any more clarity on the timing? Is it first half, second half?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

No, we've stayed vague there but working and believe it will be 2020. We also continue to enroll our intermediate risk study here in the U.S., that's REPRISE IV, and then similarly on ACURATE side of things, our supra-annular valve, we're also enrolling in the ACURATE IDE. And that's extreme, high and intermediate risk combined. And hopefully, we're on track for 2021 launches in the U.S. for those.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. Okay. Can you talk a little bit about this potential impact from the SCOPE I data as to ACURATE neo in Europe? Do you still expect accurate to be accretive to Interventional Cardiology? And the question really is, is it still on track for that mid-2020 launch that you talked about? Or could it slip a little bit and what kind of airbars do you have around that?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So for ACURATE, neo2 is the second-gen that I mentioned adds that skirt to help address paravalvular leak. And we -- back in the middle of this past year, we had pushed that time line out essentially with European MDR and the changes in the regulations there. We've kind of gotten stuck and had changed notified bodies from the ones that -- the one that we had inherited previously to the one that we use traditionally at Boston Scientific. So I feel we have good visibility on that mid-2020 European launch. And we know the data, we've seen it. It's a really good valve. And I'd say with respect to SCOPE I impact, although that study, again, on the first-gen, did show inferiority versus Sapien 3, we've gone back to all of our key implanters who feel, frankly, that their clinical experience is not reflected in the SCOPE I results. And that they know it's a very good valve and have no intention of changing their implant pattern. So that's why we talked about expecting still to see ACURATE growing at kind of that mid-teens rate. Admittedly, I think new account openings will be tougher so that's why we said that's an expected slowdown that should be addressed with the launch of neo2 on track for middle of next year.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Okay. And so -- I'm going to bounce around a little bit on you here, but you mentioned MDR. I know you're prepping for it now. But I've heard some huge numbers for companies as far as the expense associated with that. Is that something, which could be a meaningful expense headwind next year for Boston?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

We've been working on this for 5 years, and I'd say it has been an expense headwind. And there are portions of it that we think are appropriate to be excluded from adjusted EPS results. So we'll give more guidance on that in February, but it's baked into our overall assumption and what we've been talking about for this kind of annual rate of adjusted operating margin improvement in the 50 to 100 basis point range.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. Okay. So let's shift over to WATCHMAN real quick. Unbelievably strong results there. Can you just talk about the launch of WATCHMAN in Japan? I know it's early days, but how do we think about that going forward?

**Susan Vissers Lisa**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**BOSTON SCIENTIFIC CORPORATION COMPANY CONFERENCE PRESENTATION | DEC 05, 2019**

*Vice President of Investor Relations*

Sure. So I think one great thing we've learned with the WATCHMAN U.S. rollout, if you call, we were kind of our own gatekeepers and opened about 125, 150 centers a year, is that it's so important to have proctoring and on-site training, field clinical support for every case to make sure that any time you go from a pharma standard of care to an intervention, you have to make sure you have excellent results or you risk losing that referral channel. And I'd say, Japanese market is probably even more that way. So there are about 1 million AFib patients in Japan. We see this as likely our #2 or #3 largest market after the U.S., China and Japan, we think we'll vie for that #2 spot, but we're taking our time and making sure that our physicians are trained and comfortable. I think there is a higher incidence of bleeds in Japanese patients so that's a strong driver. But then perhaps a higher bar cultural reticence to go from a pharma to an interventional standard. But so far so good. We're excited about it. It has good reimbursement as of September 1, and we see significant opportunity.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Okay. But on the sell side, we should probably tamp down on our expectations a little bit and not get too bowed up about things, just given how well R&D has gone in the U.S. with WATCHMAN.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think in Q3, our U.S. and OUS growth rates were pretty comparable. So U.S. still dominates. But we're seeing nice, balanced growth globally. But yes, I think slower expectation. I think stickier market share longer term will derive from a slow steady launch in Japan.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. Okay. And so then thinking about the U.S. with FLX next year, how big of a contributor could that technology be as far as expanding utilization of WATCHMAN?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

So we're hearing great things from the field in Europe about just the improved ease of use. It's fully repositionable, it's fully retrievable, it's a little shorter, it just has a wider range of anatomies. We removed the knob to help address potential issues of device-related thrombosis, et cetera. So I think hearing really great things. And it's sort of just this -- the whole way. We're trying to come at building WATCHMAN from all directions, all the direct-to-patient direct defer advertising, improving the product, pushing the clinical science, training additional docs, et cetera. So I think it's all a part of it, but it has helped us definitely accelerate in Europe.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Okay, okay. So expecting somewhat of a tailwind though when you do get it to the U.S. next year?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think that's right, yes. And also -- but it's probably a little hard to tell how much will be FLX versus as you get to kind of a tipping point within centers and you have built that referral channel through all your direct-to-patient marketing. Like I said, we're -- we don't -- it doesn't really matter as to where they come from but we're trying to drive it from all directions.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**BOSTON SCIENTIFIC CORPORATION COMPANY CONFERENCE PRESENTATION | DEC 05, 2019**

Got it. How do you think about -- and I should probably pause now to see if there's any questions from the audience before I move on. Okay. So how do you think about the competitive landscape going forward? There's big companies coming in. There's a small company that we're aware of that's got a nice system that they're working on. How do you kind of combat that threat that they're going to have probably over the next few years to what's a pretty meaningful franchise for you?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. Our expectation is currently for U.S. competition in 2021. So I think from that standpoint, the FLX timing of the U.S. launch back half of next year is ideal really. And we'll see how the -- WATCHMAN is the most studied LAAC device on the market. And I think it will also be helpful if they're launching their products. It will be compared to our older-gen device. So I think that's helpful too. And then all the work we've done in terms of that patient and refer, education and building referral channels. We've tried to build a moat essentially. And I also think it's such a large market, adding more voices to make people aware that there's an alternative to oral anticoagulants is important. Also, I just touched on a little bit, but on the clinical side, why we continue to enroll in ASAP-TOO, which expands into patients with an absolute contraindication to oral anticoagulants. And then exciting is this year, we started for the first time, our OPTION study, which is looking at first-line therapy for WATCHMAN, and that's in a totally new patient population post atrial fibrillation ablation patients. You're a younger patient, you're cured of your AFib from your ablation procedure and then you're told to go take oral anticoagulants the rest of your life. They're pretty motivated to get off those drugs. And so this study will randomize you first-line to either WATCHMAN or DOAC and so continue to push things forward that way.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

What's the timing on that? Because I think that could be enormous for you guys.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes, I think we're excited -- these are long studies, typically, with kind of 18, 24 months endpoints. So probably 3-plus years, but we'll keep pushing.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. Okay. And then you mentioned the duendoscopes (sic) [ duodenoscopes ]. I know that was an area that Mike was really excited about. I think there was a competitor that just got approval. I'd love just to hear about the opportunity that you're considering for that technology?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sorry, in duodenoscopes?

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

The duodenoscopes.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. Okay. Yes. So EXALT-D is the name of our product, a single-use duodenoscope. These are used in what are called ERCP procedures for your pancreas and bile duct. There are 1.7 million of these procedures done annually, so a really large target market for us. And we're on track to launch EXALT-D by the end of this year. And the motivation we're excited about this is that FDA published results earlier this year showing about a 5% rate of contamination between scopes that are used from one patient to the next despite increased processing and regulations around how to sterilize these. I think there are 38

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

steps now that are required and still you have this 5% contamination risk. Given it's a tricky scope with kind of an elevator that turns the corner at the tip. These are life-saving procedures and I think worth that risk, but if you can eliminate that infection and contamination risk, which has resulted in patient deaths, unfortunately, at some facilities, we think this will be a major step forward.

And so we've run one clinical trial and presented those results at the UEG in Europe a few -- last month. We are on track to have another kind of concurrent with launch to support commercialization next year to expand globally in additional sites. And we think that based on sort of key opinion leaders, the regulatory tailwinds encouraging a shift towards addressing this issue, including single-use tips, which I think is what you mentioned as well as fully single-use scopes, we're excited about that. Single-use tips alone don't guarantee that you won't have an infection risk. The only way to do that is to have a fully single-use scope. So I think that is a step in the right direction. But also there's only one approved tip in the U.S. today that is not on, kind of, the 80% share. The 80% share player in reusable scopes today does not have an approved tip. So we think EXALT-D could be an easy -- an easier alternative for many to consider.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. Okay, okay. So let's flip over to BTG. Deal closed a little bit later than we were expecting. The message on the Q3 call, though, was that you continue to view it as a double-digit grower in 2020 and accretive to legacy Boston growth. What really drives that? I mean why are you so confident in that commentary?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So back to being maybe one example. When we bought AMS on the urology side of things where our legacy business had been kind of a steady grower, low single, maybe mid-single digits in kidney stones, we brought in 3 leading franchises in urology from AMS. Being that clear category leader, the only scaled player to address every need in the urologist practice, we saw not only faster growth in our hands of the legacy AMS products but better pull-through, faster growth in our legacy core business. And we think that what BTG does uniquely is we had category leadership, the broadest portfolio in arterial. Now it does it in venous. Where we really just had a thrombectomy system, BTG brings a pulmonary embolism, a vena cava filter, a varicose vein system. And on the Interventional Oncology side, TheraSphere, bringing us a therapeutic as well as their glial microablation system -- sorry cryoablation system, and we really were in accessories and coils before. So having that full portfolio with therapeutics, which is what KOLs and physicians, kind of -- is most interesting to them. And just given the patient demographics, right, you'll hear venous is a whole number of multiples larger than arterial. And Interventional Oncology, I think, is really just getting started in terms of the growth outlook and penetration into the -- into certain types of cancers like liver and kidney.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. And so I mean TheraSphere, I think, is probably the asset that you really wanted to get your hands on the most. Can you talk about the differentiation there? And then I know there's clinical studies going on for some of those technologies. When might some of those read out?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. So they are essentially -- that was another big attraction of this deal that there are essentially only 2 players in the irradiated bead market, Y-90 beads. And that's ourselves and Sirtex, which was acquired by a Chinese private equity company. And we believe TheraSphere is the better product. It's easier to handle. It's a little more forgiving in terms of how it's shipped and dose range you have to receive it at the hospital, so a lot of ease-of-use features. And I -- but it's a huge market and growing fast and with only 2 players, I think it's very attractive for the long term. The other interesting thing is that we're not even in China today and half of all liver cancers each year are diagnosed in China, like 350,000 of the 700,000 each year are in China so we see significant potential there. And these are patients. It's kind

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of third, fourth-line therapy typically of cirrhosis. They're in a rough shape. And if you can have therapy delivered directly to the tumor site versus trying to take chemo systemically, it can really be a meaningful improvement in quality of life and hopefully extend it as well. There are 2 studies, EPIC and STOP-HCC that you're talking about. These are long event-driven studies, a little tough to peg. We may see results in 2020. I think 2021 is probably more likely. But important to note they would be upside to our deal model. They're not in the base case assumption, as successful studies in those both will be upside.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Okay. What about international? It seems like a big opportunity for you, and you talked on it a little bit with China on the liver side. What should we expect from Boston on the international side with BTG going forward? You have a huge international footprint.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

That's right. So the China opportunity will be much longer term. But in very near term, 10% of BTG sales were outside the U.S. And we have existing commercial infrastructure, as you mentioned, and we'll look to leverage those products through that channel immediately. Some we can do right away, some will take a little bit of work in terms of product registration. Others, like I mentioned, TheraSphere in certain geographies will take longer with clinical trials. So it's staged over the time we talked about for the deal, $175 million in synergies at year 3, 80% of those are cost synergies, principally related to people and sites. That 20% in revenue synergies is related primarily to pretty straightforward leveraging through our OUS commercial infrastructure.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. And is that more back-end loaded as far as that 3-year period.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

It's staged. So some, we can start right away. Others will take a little bit of work on registration and others will take clinical trial work.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. Okay. So let's shift over to, we've got a couple minutes left, peripheral. I'm sure you're sick of talking about paclitaxel. But where do we stand now? There is some data came out at VIVA last month that was pretty solid for both Eluvia and Ranger. So is that issue behind the entire industry at this point? Is it just lingering a little bit? Can you kind of frame that up? And then I think you had taken -- I want to say, you had taken some revenue expectation out associated with that. Are you comfortable with kind of back to full -- kind of full steam ahead?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I would say it's definitely still a factor in the market to the extent that back in April, with the initial news from FDA, we had cut our global Eluvia forecast by 50%, and we're still there. It's tracking to that. And -- but we're still there, I think, because of this impact. As you mentioned, we were really encouraged by the 2 data sets we showed at VIVA last month, 2-year data on Eluvia, 1-year data on Ranger that still show very, very good results, low rates of revascularization, good patency rates, in line or better mortality rates. And I think it will take continued industry, ourselves included, putting up longer and longer-term data to hopefully -- fully put that issue to bed. There's still no hypothesis for what the causality might be of this signal. Our launch in Japan of Eluvia is still going very well, where they have not taken as much stock in the meta-analysis. So I'd say it's improving. Meta has some definitive guidance. It's helpful. Not where we thought it would be, but it's in line with our expectations for today. And our message is Eluvia is

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

by far the lowest dose. The only one with controlled release and has been studied more in these tougher subgroups that they've called out where it's appropriate. So we'd hope, over time, to be able to drive, kind of, greater market share in this constrained market given Eluvia's characteristics and where it's been studied.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. That's helpful. Last really quick question, 20 seconds. M&A next year? Should we just -- I know there's only one this year, but should we expect a lot more from Boston or it just kind of depends on what kind of -- what you see?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So I guess it always depends on what we see in valuations, I mean, discipline there. We have been more quiet this year. Partially our focus is on debt paydown for BTG, where our goal is to pay down $1 billion to $1.5 billion of debt by the end of 2020 to get to around 2.6x leverage. But that still gives us capacity for about $1 billion in tuck-ins, both this year and next. So this year, we closed Millipede and bought Vertiflex for about $840 million you may see something else, you may not next year, maybe 2 to 3 tuck-ins in kind of that $1 billion total type of range is our expectation. But continue to push our venture capital portfolio as a source as well and continue to kind of scour the globe for good opportunities that extend our category leadership.

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

Got it. All right. We're all out of time, Susie. Thank you so much for participating.

**Susan Vissers Lisa**
*Vice President of Investor Relations*
Thanks, Matt. Thanks.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.