Tab 26

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX

# Company Conference Presentation

## Thursday, February 27, 2020 3:30 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .................................................................................... 3

Presentation .................................................................................... 4

Question and Answer .................................................................................... 5

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Susan Vissers Lisa**
*Vice President of Investor
Relations*

**ANALYSTS**

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research
Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

All right. Good morning, everyone. Thanks for joining us. Nice to see an almost full room on the -- in one of the last presentations at the conference. So thank you, guys. My name is Danielle Antalffy, I'm one of the med tech analysts here at SVB Leerink. And we are very lucky to have with us Boston Scientific Head of Investor Relations, Susie Lisa or Lisa Susie depending on how you look at it. No, I'm kidding.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks, Antalffy.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*
So this is just going to be pure fireside chat format.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

So why don't we kick it off, Susie? You guys reported full Q4 earnings. The big sort of event or -- I don't know how to describe it but what's evolved since then has been COVID-19. You guys did try to frame, quantify an impact for us of $10 million to $40 million. How are you thinking about it now and, not just from a sales perspective but maybe also touch on the supply side?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. So I'll say our primary focus is on our employees, and I'm happy to say that we -- to date, we've had no employees directly impacted by it. And we focus also on patients and physicians with donations of supplies, et cetera. But it is obviously a very challenging situation, and we continue to work through it.

So back at the time of our call on February 5, we gave guidance for the first quarter of organic revenue growth in the 5% to 7% range. At the time, we had talked about that represented core growth, if you will, in the 6% to 7.5% range. And then that $10 million to $40 million in a potential negative impact from coronavirus represented 50 to 100 basis points. So that's what -- including that, brought you down to 5% to 7% for Q1.

And just to go into some of the details there, I'd say, broadly speaking, our core business remains healthy, and then the COVID-19 situation remains challenging. But the derivation of that $10 million to $40 million range back on February 5 was such that we talked about our China business at our Investor Day last year is roughly $500 million business in 2019. It's been growing 20% plus, so that gets you to $600 million for 2020. And just doing the simple math there, that's a monthly run rate of about $50 million per month. And so that last February and March, about $100 million in sales, and we took roughly a $25 million haircut to that from a bottoms-up analysis, came back in early February and range that plus or minus $15 million to get to the $10 million to $40 million. And so we won't update intra-quarter in terms of guidance. But on that 5% to 7%, with the 2 components there, core remains healthy and COVID-19 situation remains challenging. You see -- I think it's well-known now. But at the time of our call, we went into more detail on the 2,000 hospitals that are designated as special virus treatment centers, the prioritization of coronavirus detection, treatment, containment. And there's other -- all other procedures, other than the most emergent being deferred, and then patients making those choices as well.

From a supply chain standpoint, less of an impact for us. We don't manufacture in China. We do source some componentry. But the primary impact is really more one of deferred procedure volumes. We do believe that we'll be able to recapture some of that later on in the year, and I think that kind of varies by what I'm seeing from the different med device companies. But based on our stars experience, we would expect to see some of that come back later over the course of the year.

And just to touch on, again, the guidance for the full year on the February 5 call of 6.5% to 8.5% did assume some recapture of those volumes lost in Q1 in China as well as the potential over the course of the year to make that up in other regions and other businesses.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Okay. Got it. So maybe let's talk about Q4 a little bit and some of the pain points or one of the big pain points, I guess, was on the ICD side of things. But now we have all manufacturers having reported, and it looks like perhaps Boston didn't lose share. So maybe give a little bit more color now that we have all the data points on how you're thinking about the ICD business?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So we had talked at the time of preannouncing and then on the call that we had seen a sort of unusual dip in the business in December. But we are waiting to see others report as well as to get -- there's validated industry volume data that we will receive on a lag. But we did actually get that earlier this week and confirm that you did see a decline in volumes globally in December, worse than the trend in October and November. And so we believe that we did not lose share, which would make sense because there were no major product launches or anything like that. And that would be unusual behavior in December. And we think that part of that decline in volumes in December, at least part of it is attributable to the Wednesday holidays for both Christmas and New Years, particularly on the replacement side, where those are scheduled procedures. So I don't think it explains all of it, but it explains part of it. And broadly speaking then, that December trend is consistent with what looks like a Q4 CRM market globally that was down low single digits and consistent with our call for the market in 2020 as being flat to down low single digits, with our results being more in line with market than in the past 2 years we've been above market, principally because of being well above market in defib. And just as you kind of revert to the mean, I think in defib we have those tough comps. That's why we'd expect to be more in line with market this year.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

And just to peel the onion back on that a little bit. I mean, it sounds like -- so as your reps are on the ground, what are the they -- are they hearing anything structurally in the business that could explain some of the December softness for the market?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So that was some of the challenge that we didn't have all the answers when we preannounced in early January and had some more but not a full explanation. And I'd say now, some affirmation of there was a worldwide decline in volumes in December. But again, I think beyond the Wednesday holidays and that people take Monday, Tuesday off as well as Wednesday or Thursday, Friday as well...

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

This whole 2 weeks, more like.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I think, again, I'm not sure that explains all of it. But I think it's probably the best -- the rest we aren't hearing anything unusual.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Structurally. Right.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

In the market. Yes.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Got it.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

So we've also gotten questions on GPO contracts because that accounted for it. You see those throughout the course of the year. We won some. We lost some. There was nothing major in Q4.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Okay. Okay. And nothing on the replacement cycle, replacement headwind or anything like that unusual ramping or?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

So for us, that's been a consistent story after many years of replacement headwinds from launching our new battery technology back in '08 that took our longevity from 7 to 10 years at the high end of the industry. We have lapped that. And so for the past -- for '18, '19 and '20, it's been tracking as expected where we actually have about a 100 basis point tailwind from replacements. And you'll start to see -- and that's on the transvenous side. S-ICD now kind of getting in the 5-, 7-year sort of longevity. It's shorter. That will start to benefit a bit. But we haven't given visibility to our trends and replacement beyond 2020. But it's tracking for that plus 100 basis points this year.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Okay. Got it. So -- and just taking a step back. So you did issue 2020 guidance of 6.5% to 8.5% sales growth organically. That's a little bit of a wider range than you've given in the past. And coming off the year, which I know Mike and Dan, and you do not like to surprise to the downside. So did you take a different approach to the guidance for 2020, a different philosophical approach? And then maybe talk about some of the drivers that make you feel good about that guidance being achievable.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Sure. Yes, we definitely hated the misses in 2019. And I think you could say in Q1 of '19, some really unforeseen exogenous factors, including, one was even after the quarter had ended, right, with mesh withdrawal. In Q4, that one was more on us, I think, very unusual patterns in some typically pretty predictable markets. But the wider range, I think, is the reflection of some of that experience reflected there. But more so, there are a lot of exciting launches. You can go through each of the businesses. And some of them could have pretty big swing factors. EXALT-D is a really good example of that as well WATCHMAN FLX even or getting ACURATE neo2 into the European market, POLARx on the EP side of things. So I think with the kind of plethora of launches that we have in 2020, it made sense to give a wider range. And then if you couple that with -- I think we always have a really good bottoms-up process to determining guidance. But after 2019, spending even more time on the risk adjustment, that's kind of where we landed.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Yes. That makes sense. Let's talk about some of these new product launches. So first, on TAVR, and you have a competitor that reported losing market share in the quarter due to sort of rep coverage issues. So curious if that's a risk now to LOTUS as they build the rep coverage or how you're thinking about the LOTUS opportunity where you are? And are you gaining share from the competitor? And then in turn, does that put you at risk as they sort of stabilize their business?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think that we're really excited about LOTUS Edge and how it's going and the opportunity in front of it. And with respect to where we're gaining share, we are seeing conversion from both the competitors in the U.S. market. But we do recall we were the only ones to run a head-to-head for our IDE approval trial in the U.S. and was head-to-head against the CoreValve platform. And LOTUS was clearly superior, right, both on disabling stroke, about half the rate as well as on paravalvular leak, about 1/5 the rate. And so I think that, that is certainly -- we have lots of entrées into the TAVR suite, differentiation of LOTUS

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Edge with its reposition ability, retrievability, our IC broader portfolio, WATCHMAN from a structural heart standpoint, Sentinel and then the head-to-head data, I think, is certainly compelling, too. So you could say that's kind of the perhaps lower-hanging fruit, but we see opportunity in both sides.

On the rep side of things, we had to really deal with some challenges in retaining our reps while we have the LOTUS market delays. And so I think we've been really smart about that. And now with that broad -- we didn't just come at this. We want to have a TAVR valve. We came at it with a category leadership approach in structural heart. So two, with the dual valve platform, with WATCHMAN, with Sentinel, we have the market-leading guidewire. We're still getting back in clinic now in mitral, but we see this as a big play. And that's what reps like. I mean, they like to have good products that make a difference and visibility to the pipeline. So we'll do our best to continue to retain them.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

And from a center add perspective, it sounds like you guys are tracking exactly as you expected. Are you seeing centers add LOTUS to the shelf? Are you seeing any centers actually just replace whatever they have with LOTUS?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

That's right. So we're on track. We set to hit 150 centers opened in the first year. And then typically, they are -- we are seeing LOTUS Edge added as a third valve. Recall, it's still -- it's indicated for extreme and high risk. So particularly, as you expand -- as others have on label for intermediate and low...

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Medium amount.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. Exactly.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Got it. And you brought up Sentinel. So I want to go there. You mentioned last night some positive data points for Sentinel. So maybe talk about what you're seeing in the adoption curve with Sentinel in the U.S. and how that's helping the TAVR business, if it is? I don't want to put words in your mouth.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. Definitely. I think coming in with -- certainly, Sentinel, we talked about it being in close to 20% of all U.S. TAVR procedures. And so clearly, it's being used with valve beyond LOTUS Edge in the U.S. And I think that's really encouraging trend and saving a lot of stroke rates. So there are different commercial packages, whether you're using Sentinel stand-alone or with LOTUS Edge. So I do think that that's helpful. And back to that, we're not just trying to pick off a product here or there. It's a portfolio and trying to see category leadership for solutions for those patients broadly.

Within -- so it was actually -- it was, I would say, perhaps neutral or negative article in JAMA, but there were surprisingly positive data points within it, if you dug into it for Sentinel. So it's a retrospective look at, I think, over 11,000 patients in the valve registry in the U.S., looking at those that use Sentinel and those didn't. And it essentially showed, from a statistical standpoint, that there was equivalence in stroke rates. But if you dug into it, numerically fewer strokes as well as debilitating strokes and mortality within the Sentinel arm. So statistically the same, numerically fewer as well as interestingly, over one day shorter length of stay with Sentinel patients, which is important, right? And then I think, we'll see. And this is

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**BOSTON SCIENTIFIC CORPORATION COMPANY CONFERENCE PRESENTATION | FEB 27, 2020**

exactly why we're doing the protected TAVR study. So this is a randomized clinical study that we started this quarter. That is kind of all-comers, all valve types, either you're randomized to using Sentinel or not in your TAVR procedure, 3,000 patients. And we would look -- it's a fairly acute endpoint, 72-hour per procedural stroke. So we're encouraged for that.

But if you dig into the data on this retrospective observational study, I think -- and the authors admit that there is no way to calculate sort of learning curve with Sentinel or risk stratification. And there was no -- importantly, there's no neurological assessment. And we know broadly that in TAVR, there's an underreporting of stroke. But I think it'd be reasonable to have two things in this study. And this is why we have to do a randomized study to figure it out, but that physicians will be more likely to use Sentinel in patients they thought were at higher risk of stroke. So that could be confounding it. And then afterwards, if you use Sentinel, probably more likely to go looking for stroke side effects than if you didn't. So I think some -- potentially some confounding factors. Interesting data, but speaks to why we're doing protected TAVR.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Yes. It makes sense. And I would say, numeric reduction in stroke is good enough when you're talking about something like stroke.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Right. Strictly if you're the one, right?

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Exactly. Let's stick with structural heart for a second here in WATCHMAN. I mean, that has been such a strong growth engine for the last few years. How long is the runway here? And you do have a competitor that will be coming to market at some point. So how to think about the next few years growth trajectory for WATCHMAN? How sustainable is this?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I think it continues to be exciting times for WATCHMAN. So just recently at our national sales meeting for Interventional Cardiology and got to send -- there are a lot of WATCHMAN people at Boston Scientific, I'm happy to say. And really a lot of excitement. So not only from all the direct-to-patient and direct-to-referral work that we've been doing that, I think, is kind of finally hitting critical mass. Things like having worked through all the aspects to be able to let referring physicians know how their patients are doing 45 days post implant when they're off oral anticoagulants, which is a, I think, a bigger deal than many of us appreciate just what that means to people and their lifestyles and freedom from worry and risk. So on the -- all the market development work is going very, very well. We continue to push things clinically. And I think that's where a lot of the rep excitement has been as well. So enrolling a couple of trials. ASAP-TOO is looking at patients with an absolute contraindication to oral anticoagulant. And then the OPTION study is in a new patient population. So beyond just the current indication. This is looking at post-ablation procedures for atrial fibrillation patients, randomizing them to either getting WATCHMAN or oral anticoagulants. These are younger patients who are told, "Oh, you're cured of your Afib. This ablation procedure works, but go take oral anticoagulants for the rest of your life." So they're pretty motivated, I think, to come off those. So we're excited about that. And then the big one that will start later this year is CHAMPION AF, which is looking at a low bleed risk population and expanding really head-to-head versus DOAC. So excited about all of that.

And then on the product side of things, so kind of three buckets: market, clinical and then the product itself is FLEX, is coming to the U.S. the back half of this year. It's a more forgiving implant. It's repositionable. It's retrievable and, I think, has some really nice features versus the competition as well.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And so we're expecting that, I believe, in '21. And I think we're well positioned with WATCHMAN and WATCHMAN FLEX to continue to grow. And it's still early days of a very large market.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Yes. So on the clinical side, especially the post-ablation market opportunity, I mean, how do the -- that, to me, makes a ton of sense. So I feel like that -- how quickly can that be on-label indication? And can you talk about how that expands the TAM?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. So the good and bad news about this market, these are long studies, right? Typically, with, I think, 18- to 24-month follow-up. So OPTION is still definitely, I think, a couple of years away for sure. But I think in the U.S. alone, I have to check. But I believe that's about 300,000 procedures a year.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

I think that's right. And growing double. I mean, growing 10% to 15% now.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Right. Right. And that's completely outside of where WATCHMAN is being used today.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Okay. And speaking of ablation, let's talk about your EP business because that was the pain point in Q4. And just curious as to -- you've been growing below the market or you did in Q4 at least. And how Boston is approaching that market to ultimately succeed? Or is this going to be a pain point for a while?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. No, it's -- we've been below market consistently for several years now. But I think kind of the light at the end of the tunnel is getting close. And if you look consistently at our results, our European sales have been closer to market. They've been at mid-teens or at least low double digits. And really the reflection of the global number is that we're in -- we have bigger exposure to slower-growing aspects of -- the slower growing segments of the market in the U.S. But our strategy here is to really be in all 3 buckets of what we view as that EP -- of the EP market. So we have our RHYTHMIA mapping and navigation system, which has faster map capture. You can see things with RHYTHMIA we're told that you can't with others, so we know it's a very competitive system. Then you have that whole sort of diagnostic and therapeutic catheter bucket. And that's where we've really been -- had some gaps there that we're starting to get closer to filling. So DirectSense has been an important step in that direction, help drive that mid-teens growth in Europe. That's coming to the U.S. this year. And then we'll get a force sense in catheter in Europe this year. In my understanding, that's still a majority of all therapeutic cases. So to not have that has been -- we've actually -- I know you don't keep score this way. We've actually done pretty well considering we didn't have the type of catheter that's used in majority of cases.

And then the third bucket is, today, has been a monopoly in the whole single-shot market. And whereas our -- the 2 kind of entrenched competitors in mapping and navigation and therapeutic catheters, they don't have this single-shot technology. We'll be the only with all 3 single-shot, a fuller therapeutic catheter portfolio, complete in Europe, and then mapping and navigation, we hope that, that -- having, again, that category leadership across all three buckets will help us get back to or exceeding market growth.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Which actually, I didn't think of that when we were speaking about this last night. But that could be very important because it's not often you talk to docs who just do the single shot. Usually, they like to have options. So, it's interesting.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

That's right. Yes.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Okay. Let's talk about -- let's shift gears again to MedSurg. And EXALT-D is another big launch you're undertaking this year. From my perspective, I was surprised to hear you've already gotten through some of these value assessment committees. And to me, that seems validating of the value proposition of the EXALT-D. Maybe talk about what you're seeing? I know it's early days, but how much should we think of this contributing to 2020? Or is this more likely 2021 and beyond given the fact that you have to go through all these facts?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. And I think it definitely will continue to grow over time. But we've just said, don't expect much contribution in Q1 because of this longer sales cycle with the valuation assessment committee aspect of it, given there is a capital component to the sale. But I think we're really encouraged by physician appetite and potential uptake for it and increasing concern about contamination and infection risk. And so -- and this is a very large patient population, right? There's 1.5 million of these ERCP procedures done each year. So I think that we continue to see single-use as a really important building block within our Endo business. And we've talked by 2024, we see it being a $2 billion incremental TAM to our existing Endo markets. We have nothing in this space today. We don't sell any reusable scopes. And about half of that is from EXALT-D. And then half is from the other single-use scopes that we'll be launching in a cadence of one a year. So Spy Discover will be the launch in 2020. And then we haven't given specifics, but there's a gastroscope and a bronchoscope in the pipeline behind that.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Okay. And I ask you this question pretty much every time I see you, but what do you think is still underappreciated by investors as it relates to Boston Scientific? Because I feel like it's a very positive product story that seems well understood. So where are we not understanding?

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think that our MedSurg businesses are still a challenge to understand just -- many of them are 510(k) products, over 1,000 products in each of those portfolios and fewer publicly traded competitors. So I think that's still one where it's also our most profitable business from an adjusted OM standpoint and I think one where we have good visibility. We've talked about a $3 billion goal for Endo revenue and a $2 billion goal for Euro, which both imply kind of low-double-digit CAGRs for both of those businesses. And they recognize it's harder to understand or get kind of underneath the hood of that, but it's portfolio diversification and entering new high-growth adjacent markets in both of those. And I think probably people are understandably still skeptical around our EP outlook and hopefully can put some numbers on the board over the course of this year and into '21 to establish that our -- we've had the right strategy.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

And last question for you in the 30 seconds or so that we have. How -- Boston Scientific has over the last few years been seemingly very successful at accessing the higher-growth markets within med tech. And

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

how will you keep doing that? Is it going to be more organic, inorganic? Maybe talk about how you're thinking just overall about the strategy going forward for Boston Scientific.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

I think it's a mix of organic and inorganic. I mean, that's where our R&D teams are focused. Deep brain stimulation is a really good example of that. EXALT-D is a great example of that. It's like, again, category leadership and deep physician relationships, understanding the unmet needs, help inform that. And then on the M&A side of things, our venture investments, that portfolio of kind of 40-plus companies, that helps inform and educate our thinking. And we'll continue to do that and then look opportunistically for other types of opportunities.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

All right. With that, we're out of time. We didn't even get to talk about BTG. Sorry about that.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks, Danielle.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

All right. Thanks, everyone.

**Susan Vissers Lisa**
*Vice President of Investor Relations*
Thanks, everyone.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.