# Tab 35

19 August 2020
Equity Research
Americas | United States



# Boston Scientific Corp.

## Virtual Fireside Chat with Management – Transcript

Medical Supplies & Devices | Management Meeting

**BSX**

Target price (12M, US$)
## 47.00
## Outperform

■ **What's New?** We hosted a virtual fireside chat with Dan Brennan, Executive Vice President and CFO of Boston Scientific, Susan Lisa, Vice President, Investor Relations, and Lauren Tengler, Director, Investor Relations, to discuss recent business and industry trends with the impact of COVID-19, as well as steps to re-accelerating margin improvement, key pipeline products and investment in digital technologies, and prospects for capital allocation.

■ We have included the full, unedited transcript of the call in this document. In addition, we summarized key take-aways from our discussion with management in our note *Fireside Chat Reinforces BSC's Path to Improving Growth and Margins*, published August 19th.

■ **Replay Details:** Domestic: (855) 859-2056/International: (404) 537-3406; Conference ID: 7597686

| Price (18 Aug 20, US$) | 39.33 |
| 52-week price range | 45.71 - 25.83 |
| Enterprise value (US$ m) | 63,278 |

### Research Analysts

**Matt Miksic**
212 325 4381
matt.miksic@credit-suisse.com

**Vik Chopra**
212 325 1749
vik.chopra@credit-suisse.com

### Share price performance



On 18-Aug-2020 the S&P 500 INDEX closed at 3389.78Daily Aug20, 2019 - Aug18, 2020, 08/20/19 = US$42.5

### Financial and valuation metrics

| Year | 12/19A | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| EPS (CS adj.) (US$) | 1.58 | 1.08 | 1.54 | 2.14 |
| Prev. EPS (US$) | - | - | - | - |
| Revenue (US$ m) | 10,736.0 | 10,124.9 | 11,765.9 | 13,595.2 |
| EBITDA (US$ m) | 3,112.0 | 2,525.2 | 3,191.8 | 4,158.2 |
| P/OCF (x) | 34.7 | 39.5 | 23.7 | 17.7 |
| EV/EBITDA (current) | 21.2 | 25.1 | 19.2 | 14.0 |
| Net debt (US$ m) | 9,791 | 7,009 | 4,946 | 2,068 |
| ROIC (%) | 10.97 | 8.40 | 11.06 | 15.03 |
| Number of shares (m) | 1,430.67 | IC (current, US$ m) | | 23,668.00 |
| Net debt (Next Qtr., US$ m) | - | Dividend (current, US$) | | - |
| Net debt/tot eq (Next Qtr.,%) | - | | | |

Source: Company data, Refinitiv, Credit Suisse estimates

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019A | 0.35 | 0.39 | 0.39 | 0.46 |
| 2020E | 0.28 | 0.08 | 0.30 | 0.42 |
| 2021E | 0.17 | 0.41 | 0.43 | 0.53 |

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, LEGAL ENTITY DISCLOSURE AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

19 August 2020

**CREDIT SUISSE**

# Boston Scientific Corp. (BSX)

Price (18 Aug 2020): **US$39.33**                    Target Price: **47.00**

Analyst: **Matt Miksic**

Rating: **Outperform**

| Income Statement | 12/19A | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Revenue (US$ m) | 10,736.0 | 10,124.9 | 11,765.9 | 13,595.2 |
| EBITDA (US$ m) | 3,112 | 2,525 | 3,192 | 4,158 |
| Depr. & amort. | (1,011) | (1,096) | (1,158) | (1,181) |
| EBIT (US$) | 2,800 | 2,191 | 2,841 | 3,801 |
| Net interest exp | (321) | (328) | (272) | (228) |
| PBT (US$) | 2,410 | 1,761 | 2,549 | 3,553 |
| Income taxes | (176) | (190) | (280) | (391) |
| Profit after tax | 2,234 | 1,572 | 2,269 | 3,162 |
| Minorities | - | - | - | - |
| Net profit (US$) | 2,234 | 1,567 | 2,269 | 3,162 |
| Reported net income (US$) | 2,234 | 1,567 | 2,269 | 3,162 |
| Other NPAT adjustments | 0 | 0 | 0 | 0 |
| Adjusted net income | 2,234 | 1,567 | 2,269 | 3,162 |
| **Cash Flow** | 12/19A | 12/20E | 12/21E | 12/22E |
| EBIT | 2,800 | 2,191 | 2,841 | 3,801 |
| Net interest | (321) | (328) | (272) | (228) |
| Change in working capital | (282) | (362) | (352) | (427) |
| Cash flow from operations | 1,836 | 1,437 | 2,441 | 3,287 |
| CAPEX | (461) | (350) | (378) | (408) |
| Free cashflow to the firm | 1,375 | 1,087 | 2,063 | 2,878 |
| Acquisitions | (4,382) | 0 | 0 | 0 |
| Divestments | 97 | 0 | 0 | 0 |
| Cash flow from investments | (5,041) | (350) | (378) | (408) |
| Net share issue(/repurchase) | 123 | 1,695 | 0 | 0 |
| Dividends paid | 0 | 0 | 0 | 0 |
| Changes in Net Cash/Debt | (2,881) | 2,782 | 2,063 | 2,878 |
| **Balance Sheet (US$)** | 12/19A | 12/20E | 12/21E | 12/22E |
| Assets | | | | |
| Cash & cash equivalents | 217 | 2,595 | 4,408 | 6,786 |
| Account receivables | 1,828 | 1,993 | 2,226 | 2,420 |
| Other current assets | 1,075 | 1,075 | 1,075 | 1,075 |
| Total current assets | 4,699 | 7,763 | 9,819 | 12,609 |
| Total fixed assets | 2,079 | 2,095 | 2,123 | 2,173 |
| Investment securities | - | - | - | - |
| Total assets | 30,565 | 32,983 | 34,459 | 36,576 |
| Liabilities | | | | |
| Total current liabilities | 4,866 | 4,805 | 4,771 | 4,604 |
| Total liabilities | 16,688 | 16,709 | 16,550 | 16,133 |
| Total liabilities and equity | 30,565 | 32,983 | 34,459 | 36,576 |
| Net debt | 9,791 | 7,009 | 4,946 | 2,068 |
| **Per share** | 12/19A | 12/20E | 12/21E | 12/22E |
| No. of shares (wtd avg) | 1,411 | 1,438 | 1,471 | 1,479 |
| CS adj. EPS | 1.58 | 1.08 | 1.54 | 2.14 |
| Prev. EPS (US$) | - | - | - | - |
| Dividend (US$) | 0.00 | 0.00 | 0.00 | 0.00 |
| Free cash flow per share | 0.97 | 0.76 | 1.40 | 1.95 |
| **Earnings** | 12/19A | 12/20E | 12/21E | 12/22E |
| Sales growth (%) | 9.3 | (5.7) | 16.2 | 15.5 |
| EBIT growth (%) | 11.9 | (21.7) | 29.7 | 33.8 |
| Net profit growth (%) | 13.0 | (29.9) | 44.8 | 39.4 |
| EPS growth (%) | 12.2 | (31.7) | 42.4 | 38.7 |
| EBITDA margin (%) | 29.0 | 24.9 | 27.1 | 30.6 |
| EBIT margin (%) | 26.1 | 21.6 | 24.1 | 28.0 |
| Pretax margin (%) | 22.4 | 17.4 | 21.7 | 26.1 |
| Net margin (%) | 20.8 | 15.5 | 19.3 | 23.3 |
| **Valuation** | 12/19A | 12/20E | 12/21E | 12/22E |
| EV/Sales (x) | 6.15 | 6.25 | 5.20 | 4.29 |
| P/E (x) | 24.8 | 36.3 | 25.5 | 18.4 |
| Price to book (x) | 4.1 | 3.5 | 3.3 | 2.9 |
| Asset turnover | 0.4 | 0.3 | 0.3 | 0.4 |
| **Returns** | 12/19A | 12/20E | 12/21E | 12/22E |
| ROE stated-return on (%) | 20.0 | 10.6 | 13.5 | 16.7 |
| ROIC (%) | 11.0 | 8.4 | 11.1 | 15.0 |
| **Gearing** | 12/19A | 12/20E | 12/21E | 12/22E |
| Net debt/equity (%) | 70.6 | 43.1 | 27.6 | 10.1 |
| Interest coverage ratio (X) | 8.7 | 6.7 | 10.4 | 16.7 |
| **Quarterly EPS** | Q1 | Q2 | Q3 | Q4 |
| 2019A | 0.35 | 0.39 | 0.39 | 0.46 |
| 2020E | 0.28 | 0.08 | 0.30 | 0.42 |
| 2021E | 0.17 | 0.41 | 0.43 | 0.53 |

Source: Company data, Refinitiv, Credit Suisse estimates

## Company Background

Boston Scientific Corp. is a global manufacturer and provider of medical devices and equipment in the areas of vascular intervention, cardiac rhythm management, neuromodulation, digestive orders, structural heart and men's and women's health.

### Blue/Grey Sky Scenario



Blue Sky US$53.00

Target Price US$47.00

Current Price US$39.33

Grey Sky US$36.00

**Our Blue Sky Scenario (US$)**                    **53.00**

Our $53 one-year valuation in a Blue Sky scenario is based on an EV/EBITDA of 18.5x on our Blue Sky NTM EBITDA, one-year forward of ~$4.4 bil.

**Our Grey Sky Scenario (US$)**                    **36.00**

Our $36 one-year valuation in a Grey Sky scenario is based on an EV/EBITDA of ~16.0x our Grey Sky NTM EBITDA, one-year forward of ~$3.6 bil.

### Share price performance



On 18-Aug-2020 the S&P 500 INDEX closed at 3389.78
Daily Aug20, 2019 - Aug18, 2020, 08/20/19 = US$42.5

19 August 2020

CREDIT SUISSE

**CREDIT SUISSE SECURITIES, LLC**

**Moderator: Matt Miksic**
**August 18, 2020**
**11:00 a.m. ET**

Operator:        This is Conference # 7597686

Operator:        Ladies and gentleman, thank you for standing by and welcome to the
                 Boston Scientific Virtual Fireside Chat with Management.

                 At this time, all participants are in a listen-only mode. After the
                 speakers' presentation, there will be a question and answer session.

                 To ask a question during this session, you will need to press "star" then
                 "1" on your telephone. Please be advised that today's conference is
                 being recorded. If you require any further assistance, please press "star"
                 then "0."

                 I would now like to hand the conference over to your speaker for today,
                 Matt Miksic. You may begin.

Matt Miksic:     Thanks so much, and thanks everyone for joining us today. We are very
                 pleased to have with us today from Boston scientific, Dan Brennan, EVP
                 and CFO, and Susie – Susan Lisa, VP of IR, as well as Lauren Tengler,
                 also in IR. So, again, Dan, Susie, Lauren, so pleased to have you with
                 us. Thanks for joining us.

Dan Brennan:     Pleasure to be here. Thanks for the invitation.

Matt Miksic:     So, I wanted to start, if I could, at a – at a high level maybe, on COVID
                 trends. It's been two to three weeks since you reported, and in COVID
                 time, I think that's like six months of normal time. So, I'd ask if there's
                 anything that you've seen in the data trends. There's, of course, a lot of
                 things happening, Dan. I think in rates of infection and death were sort
                 of up (inaudible) at the time you reported, and (some of those things)
                 have moderated in some parts of the country.

                 Any data trends or business feedback that has shifted any of your
                 thinking or confidence and in the trajectory of recovery in end markets
                 either in the U.S. or elsewhere or regionally? I'd love to hear your
                 perspective.

Boston Scientific Corp.                                                              3

19 August 2020

CREDIT SUISSE

Dan Brennan:    Sure. I mean, I wouldn't comment intra quarter other than what we commented on at our earnings call at the end of July, but the good news is we commented on a lot at the end of July. And I think it was – it was all positive. So, what we had said was we thought during Q2, that April would be the trough and that May would be better than April and June would be better than May and we said we hope July would be better than June.

And all those trends continue. So, April – and for those who may not have paid as close attention to the earnings call and the specific numbers, April was down high 40s, 48 percent, and that was the trough in the quarter. May was down 24 percent and June was down 17 percent.

Importantly, those are average daily sales differences because there were differences in days in May and June. So, those are specific apples to apples versus the prior year.

So, it got better as it went through the quarter. And as we said on the call, July was tracking better than June. So, I think what it reflects is just in April, where the trough was, COVID was new and institutions and hospitals just didn't have the protocol and such to deal with it.

And now, we're kind of the better part of six months into this, five plus in many part of the world in U.S. and EMEA in particular. And hospitals seem to be developing the protocols and figuring out how to deal with the COVID, even in the place as it have the surges and still provide elected procedures because they're – they're so important to both the patients and also the bottom line of the hospitals.

They've – they seem to be figuring out how to do both figuring out how to do both as we sit currently. Who knows what the future holds relative to the virus and where it goes, but as we sit today, it feels like the – they're able to try and do both and do both pretty effectively.

Matt Miksic:    That's great. And even though I can understand you don't want to comment intra quarter. I guess what we would say is there was a lot more uncertainty when you reported and at least in the data trends than there it is now.

|  |  |
|---|---|
|  | Our perspective in terms of infection rates, (inaudible) rates, and all – rolling over and heading down and rates of deaths reported weekly due to COVID kind of flat, flattening and off of their peak. So, on the ... |
| Dan Brennan: | Yes. I think – I think this is the world – yes, I think this is the world we're going to be living in, right, until we get the – a very – an effective vaccine and a lot of people are willing to take and we get better therapeutics and such. They'll probably be brush fires of places that are high and low. |
|  | I mean, if you look at – if you look at the northeast, that – you didn't want to be in the northeast in April, right? And now, it's the best place in the country to be, right? |
|  | So, I think there's also a bit of the estates are figuring it out as well in terms of how they – how they conduct themselves. So, it's – we're learning as a society as we go through this and I think learning how to – how to deal with it is – it's not going away tomorrow. And I think the hospital healthcare ecosystem and such are a realizing that they're going to have to deal with it for some period of time and I think they're doing a pretty good job of doing that. |
| Matt Miksic: | Sounds good. Well, there were – there were some – I won't pick through the results again for Q2 because they were – the trajectory was good. The dip, I think, was more shallow than we expect than a lot of folks expected but you're doing some of your business like endoscopy and peripheral and maybe interventional cardiology. |
|  | But I did want to talk a little bit about some of these businesses heading into the back half. So, there's a whole string of products that you talked about on the second quarter that were sort of kicking into full launch in the back half and I'm wondering if you could, like, things like looks the LUX-Dx or POLARx, OUS or SpyGlass Discover, WATCHMAN FLX and I wanted to maybe if you could take through some of those products and talk a little bit about what sort of lift, what sort of magnitude of growth as a group, those things can lift growth in the back half of this year and into next year? |

19 August 2020

**Dan Brennan:** Right. Sure. And I think just a quick commercial as well and kudos to the IR team with Susie and Lauren.

Slide 13 in our financial and operational highlights on our website from her Q2 call is our cubicle is our acuity mix with emergent, semi-emergent and elective across the continuum of our divisions and products. And we updated that. We put that out of the Q1 earnings call and we updated it at Q2 earnings call with the actual results for April, June, and the quarter.

Therefore, kind of (beginning for) what May was as the (math). And so, it really tracks to kind of put a bow in Q2. It really tracks pretty much in line with what we had thought.

Again, as you said Matt, above where Street – where the Street was thinking which is good. But overall, as you look at it, the businesses that are the most elective, so things like neuromod took the biggest hit in April. I mean, their mod was down 84 percent in April.

So, a significant drop. But then, by June, it was down 11. So, we love to talk about Vs and Ws and Us and all that. But a real V-shaped recovery as those procedures came back.

And so, if you haven't had a chance to take a look at that, that's a very nice summary of our businesses where we believe they fit on the emergent, semi emergent and elective scale and how that tracks for our Q2 results. So, I think for those that are following Boston, I think that's – it's a good chart.

And I thought one of the good questions ...

**Matt Miksic:** I'm looking at it right now.

**Dan Brennan:** There you go. Yes. Credit to Lauren and Sue and team. That was – again, it's kind of who we are, right? We just – we tried to tell you what we know when we know it and we laid it out there and I think probably more so than a lot of companies just try to keep you informed as to – as to what we see and what we – what the trends are.

So, that's a good – good slide. I thought one of the interesting questions on the earnings call though was it's a – you have a lot of

Boston Scientific Corp.                                                                                   6

CREDIT SUISSE

launches and it must be a challenge for – to have the launches. And I thought Mike's answer was good where he said I had the choice of having a nice pipeline and portfolio of launches and not I would take having it. So, it's a nice problem to have.

Albeit, in a COVID environment, obviously, some of those are a little bit more stunted than they – than they would have been, obviously, in a pre-COVID environment. But the good news is, we can spend as much time or as little time as you want. But I mean, if you tick through them, you named a few, right, but we've got WATCHMAN FLX, LOTUS Edge., ACURATE neo2.

We've got new products coming out in our AFib ablation portfolio, LUX-Dx, Deep Brain Stimulation, EXALT, BTG and interventional oncology and then HeartLogic and CRM.

So, everybody has new products that are either launching or launched here as we head into the second half. Again, probably not at the level that we would have expected pre-COVID but still, hopefully, able to make a difference for '20. And then more importantly, a difference as we head into the '21.

So, maybe I'll hit a few. Lauren, feel free to jump in and take whichever ones you like and also (put one) on the backside.

Matt Miksic:     And, Dan, maybe – maybe a good – maybe a good way to divide the group or to think about the group would be maybe let's talk about the products in this list that – and I think you touched on this on the call is, for example, WATCHMAN FLX, maybe ACURATE neo, let's see, maybe I don't know, I don't know which one of these. Maybe SpyGlass Discover.

But some of these are going to require less interaction product training to kind of ramp them up and get them all – get them off to launchpad versus others which are just a little more – little more detailing, a little more training, a little more (inaudible) less familiar and maybe divide them up that way.

So, I mentioned WATCHMAN FLX and, obviously, LOTUS is, I think, we're in that category. But maybe, if you did divide them up that way.



Dan Brennan:      Yes. And in other way, and just so, Lauren, you can be thinking about it. Maybe there's also MedSurg and cardiology and Rhythm management. So, let me start in the cardiology and rhythm. Maybe, Lauren, you can take ...

Matt Miksic:      OK.

Dan Brennan:      ... the MedSurg. So, on a – the WATCHMAN FLX, I mean, super excited about that. Right, so that's – and again, I'll credit companies like Edwards, right, from a TAVR perspective. They – they were the first one that come in TAVR and but a lot of things – when a lot of folks think of TAVR now, they think of Edwards. They're the leader. They helped evolve the market.

So, credit to them. We're trying to do this exact same thing in left atrial appendage closure, right? So, not sure when competition will be here. I'll let you deal with them relative to that.

But this is our second-generation technology coming out in a market that we've thoughtfully developed direct to consumer, poured a lot of dollars into that and then this is a – this is really – it really is a game changer. This is not like a tiny inch up of a product that, OK, now you – you just wanted to stay, you got your second generation out. So, good for you.

This is actually a big change. It actually helps us regain number one share position in Europe with WATCHMAN FLX. It's ease of use, so it's repositional, retrievable (like) LOTUS, and it has improved safety features, treats a wider range of patients. And we're really excited about bringing that to market.

So, WATCHMAN was one of those that – and we didn't put all the numbers but as you would expect, that had a pretty big drop in the early part of Q2, but has recovered nicely and then having FLX now is a real – a real opportunity for us in that franchise as we head into the back half of this year and into 2021.

So, and I won't go through this. A ton of clinical evidence as well on that, but the takeaway should be WATCHMAN FLX is not just some little



neat second-generation inch up. This is a really – the know product that will help us continue to drive that market.

Matt Miksic:    And one follow-up on that and it's been the sort of (inaudible) for structural heart for a while and the growth driver for that category for Boston. But it is a – it is a technically challenging procedure. It's something that I think the company was wise to sort of take a conscious or sort of measured methodical path to opening new centers and making sure folks are trained, new centers were trained up.

Does this – there's product launches, as you say, that just – it's a new version and sort of secures your current users and your current centers. Does this open up the procedure to a wider audience because of some of the safety retrievable sort of wider treatment targets kind of characteristics of the product?

Dan Brennan:    I think it does. And that's, obviously, I don't think that's center-specific because you can't find a lot of centers that aren't at least in the WATCHMAN FLX game. But within a center, if Susie and Lauren and I are all (inaudible) in that center, maybe Lauren's a little bit less excited about it for whatever reason whether it's safety or the ability to treat a wide range of patient.

And now, all of a sudden, I think this might have her take another look at the – at WATCHMAN as they – as a real earlier line therapy for folks that have the specific type of (inaudible) that this is beneficial, too.

So, yes. I think it is. Again, so this is- that's my point, is this doesn't just go out to all the physicians that are WATCHMAN and say, hey, we got a new thing. It's called FLX. I think this does actually open a different and a broader set of people that will take a look at it.

So, we're super excited about WATCHMAN. LOTUS Edge, obviously, it's a little different because that does require more of the – at the phase of the launch that we're in, a bit more of the proctoring and the handholding. Again, and we're not – we're not willing to compromise on that, right, just because we're in the world we're in.

As you said directly, when we launched WATCHMAN, we took a very methodical, a very safety-first approach back in March of, what was it,

CREDIT SUISSE

2013, when we – '13 or '15, when we launched. That really was helpful for us to just get great results because that's what it's all about.

So, with LOTUS Edge, it's a little more challenging to be launching LOTUS Edge in a COVID world because there's not a lot of people jumping on planes and traveling and proctoring. But that's where necessity being the mother of invention, you have a lot of good digital tools that we have – we had developed and we are continuing to develop around proctoring.

And so, were doing it at an appropriate pace, albeit probably slower than and – in a pre-COVID world. But again, we're not willing to compromise the safety and the outcomes for the patients to try and outpace a particular number. So, that is probably slower than pre-COVID but going – going well for us overall.

And then, neo2 which …

Matt Miksic:     Can I ask …

Dan Brennan:     Yes. Sure. Go ahead.

Matt Miksic:     … then before you hop in to the neo2 is you had set a target to get to all the sort of U.S. pivotal study centers for the LOTUS in your rollout. Have we – have we crossed that threshold at this point?

Dan Brennan:     Yes. We had said that we get to 150 U.S. accounts one year post launch. I'll defer to Lauren and Susie as to what the latest public comment would be on that.

Lauren Tengler:     Yes. So, we're on track pre-COVID and we hit 138th counts. And so, you can expect our work to be similar in the next 12 months. We have a very thoughtful and methodical approach.

Matt Miksic:     OK. So, you're off of that 130 and that – is that – does that – covers, in other words, to your point about training, that covers folks who had some familiarity with valves? Who are into new – (went into) new centers (that are) seeing it for the first time?

Dan Brennan:     Right.

Matt Miksic:     Got it. OK.

CREDIT SUISSE

Dan Brennan:    Correct. Yes. Exactly.

OK. And ACURATE neo2, again, that's a – that's a big game changer for the ACURATE franchise because the ACURATE, all – a lot of – many of the benefits of the ACURATE valve, ease of procedure, the pacemaker rate, a lot of other things. It didn't have a skirt for paravalvular leakage.

Now, the neo2 has that, so it's another nice advantage for neo2. So, we'll be launching that in the second half.

And that was the big discussion at the end of last year and this year was the little trial to mean for ACURATE and we are you to be able open new accounts so I believe that conversational goes away with SCOPE trial and what's going to – what's that going to mean for ACURATE and are you going to be able to open new accounts.

And so, I believe that conversation all goes away with ACURATE neo2. There's already clinical data that's out there that neo2 is obviously extremely differentiated versus the original version. And so, I think that give us an opportunity. Similar to what I said with WATCHMAN FLX to get folks that might have looked at ACURATE originally whether it was scope data or just anything in a PVL and say I'm happy with what I have. I think this opens up the door for them to take another look at ACURATE as well.

So, at – we're excited about that as well.

Matt Miksic:    And that is – that's in limited launch now or that has begun a full launch where – what 's the status at this point?

Dan Brennan:    I think it's in – it's in a phase now where we're – we'll be launching it over the second half. So, I mean, it's not – again, with valves, it's not show up at everybody's door on day one and launch a new valve to every single account. It's a methodical – limited at first, but then rolling out more significantly as you go through the second half.

So, it's contribution, should continue to increase to the – through the second half, through future ...

CREDIT SUISSE

19 August 2020

| | |
|---|---|
| Matt Miksic: | OK. So, there'll be some Q3, the greater Q4 impact. |
| Dan Brennan: | Yes. There should be. I mean, again, and you're comparing to last year which is – which is pre-COVID. But if you ... |
| Matt Miksic: | Yes. |
| Dan Brennan: | ... put yourself in a COVID world, the benefits of neo2 to the ACURATE franchise should be – should be helpful of that – as that – as we go through the second half. |
| Matt Miksic: | Great. |
| Dan Brennan: | OK. So, then kind of staying on the – in the – in the heart, the AFib ablation franchise, the key thing there is that – that has been an issue for us has been are our catheters, right? We have a nice mapping system in EP. We're going to be launching, obviously, our cryo device in Europe which should be only the second one of its kind. |
| | So, we're making progress there. The general AFib ablation catheter standard ablation AFib, a-fibrillation catheters have been a bit of our Achilles' heel. In Europe ... |
| Matt Miksic: | Sure. |
| Dan Brennan: | ... we're starting to cure that. We're starting to cure that. |
| | A bit in the U.S. because we now have DirectSense as well. So, (for us, it's) kind of the rage, right, overtime as many folks know which we'll have in – we'll have in Europe. We're getting good feedback on that. So, we'll have – Europe should be a nice EP franchise for us because it will have really, all the – all the toys. |
| | It will have everything all the way up through (fourth), it will have everything including a new cryo catheter that, again, as I mentioned from our acquisition of POLARx cryo cath device. So, the – looking forward to when we get those to the U.S. because that's really when EP kinks so you'll that the looking forward to get those to the U.S. that's really when need be you know God takes the curve in terms of growth. |
| | But Europe should really be performing well with their generations that they have because there really aren't any really – real gaps now from a |

19 August 2020

CREDIT SUISSE

technology perspective. So, they can go out and fight the real fight with all – all the same technologies and many cases, better technologies than competitors have.

So, excited to see what they can do. And hopefully, that's a bit of a harbinger of what – what might happen in the U.S. as we start to put points on the board in Europe.

And then LUX-Dx. We got approval (for June) for that ...

Matt Miksic:          And before ...

Dan Brennan:          Yes. Yes?

Matt Miksic:          And before we go there, Dan, on ...

Dan Brennan:          Sure. Yes. Sure.

Matt Miksic:          These products, I would imagine fall into the category of a little more detail required. And digital tools you put in place for proctoring and helping to get through these launches remotely or in a remote way (inaudible) like ways, that – how should we think about Europe? Is this – is this just work sort of the same and across the globe in different regions? Or is there a greater uptake in some regions versus others?

What's – what does that look like rolling at a European sort of product that requires with (paramedic) detailing training?

Dan Brennan:          Sure. And I'm not sure what other companies have in terms of their portfolios of digital capabilities. But in our company, actually, Europe has led the way.

Europe was digital before digital was cool. So, they've been – they've been working on this for the last five years to really surround the customer and do it in a – in an effective way, not just showing up at the door, knocking on the door and explaining the features and benefits of a product a la 1994, right?

So, they have led the way in our company. A lot of divisions have and will continue – are continuing to learn from EMEA. So, it's actually a bit of a nice stroke that they're getting these products because they have the most enhanced digital capabilities within the company.



So, I'm excited for that. And so, it doesn't – again, it is a COVID world, so it probably isn't fully as it would be in a – in the pre-COVID setting but the team there does an amazing job of – there isn't a day that goes by that don't get – I don't get some email or video of them and what they're able to do from a digital capability standpoint. So, (watch it get into) the right place.

Matt Miksic:    OK.

Dan Brennan:    Let me get – let me …

Matt Miksic:    And the one thing we didn't talk about in AFib is Luminize. So, you have a (stable point) POLARx in full launch or getting into full launch in the back half or how to think about that? And then Luminize follows. Is that – is that the phase?

Dan Brennan:    I think that's the – I think that's fair.

Again, Lauren, what have we said – what have you said publicly on that just to make sure I stay within your bounds?

Lauren Tengler:    Yes. So, (LME) for POLARx and then starting to get in for the IDE on Luminize and with expectations to follow thereafter.

Matt Miksic:    OK. So, LME maybe by yearend or is somewhere around there for Luminize?

Lauren Tengler:    We just talked about IDE and then, yes, the – sort of a launch somewhere thereafter.

Matt Miksic:    I see. OK. And then stable STABLEPOINT also still limited market. Is that right?

Lauren Tengler:    Yes. With moving the full launch over the back half.

Matt Miksic:    Got it. OK. Super. Thanks, Lauren.

Dan Brennan:    All right.

Matt Miksic:    And then you're going to go LUX-Dx.

19 August 2020



Dan Brennan:    Yes. I'll hit a couple more in CRM and then maybe, Lauren, you can hit EXALT DBS and maybe BTG if that works for you.

So, LUX, obviously, a market that Medtronic created, others have come in, not has been as successful. It's a $750 million market. It goes faster than core CRM which is great.

And we think we have a differentiated device with Bluetooth enabled algorithms that can detect atrial arrhythmia, brady-tachy, and (pause). So, we think we're not just coming in with a me-too. We think we have a little bit of a different mousetrap.

There are some accounting considerations where you have to defer a bit of the revenue based on the accounting conventions. So, this isn't a go out and launch it and get – and transform the CRM franchise. You just – you defer a bit of that revenue. But you eventually get it and it is, again, just a nice adjacent product for us to have in a market.

Core CRM is not a bastion of double-digit growth. So, it's nice to have something else in that franchise, both the EP that's – that we think should have some outsized growth that over time and then with LUX – and then within our (CAN), within HeartLogic, I think that the beauty of that is that's not a one and done launch.

That's something where as folks see that and they see the benefit that it provides in terms of being able to predict heart failure events, well in advance when they happen, therefore keeping people out of emergency room readmittance which is a good for the patient as well as the bottom line of the hospital based on some of the penalties they have to pay when that happens, it's a real differentiator that we don't think anybody will be able to replicate it anytime soon. So, that – although it doesn't get a lot of – as much press sometimes because it's embedded in the (CAN) market.

So, overall, as you look at it, you look at those products. Again, and they're probably not as high as they would have been in a pre-COVID world but as you look at the specifics and as we go through '20 and into '21, they should be gaining momentum heading into '21 and contributing all the while in the back half of '20.

CREDIT SUISSE

So, maybe, Lauren, you want to cover EXALT and DBS and interventional oncology?

Lauren Tengler:    Yes. Sure. Happy to.

So, just touching on BTG, so that portfolio has proven to be resilient in this environment, so the strength of TheraSphere and the continued breadth of (inaudible), we're on track on the immigration.

And sort of came in to 2020 with the commercial team integration and (still it's best) to achieve 80 percent of our synergy by the end of year two which is August 2021.

I think if I jump over to DBS, so from neuromod, I think broadly that the portfolio there, we diverse – we diversified with the addition of Vertiflex which when organic, as of June 1, and so we're seeing strengths continue there with that whole point, especially between SCS and Vertiflex.

And then on the DBS side, although that procedure is largely done in the hospital, we've gotten a boost with a written publication on INTREPID just showing, demonstrating the value of our DBS products and system and move forward to continuing to drive that. We're still at very low penetration rate.

So, (you need) to see that as a catalyst for recovery in the back half of the year.

And then I'll just jump over to EXALT and just hit on a little bit more in endo. So, I think COVID has really highlighted the need for infection prevention. And timing with our EXALT launch and SpyGlass Discover which I'll touch on was impacted, right? So, we got approval and really the end of 2019, early 2020.

And we're about 100 days behind based on COVID. This does require capital. It does require training and proctoring. And so, we've kind of – we're looking in towards the second half as really an opportunity to move into full launch with a full-trained commercial piece.

We've got capital programs in place to really help our hospitals, get the capital they need in order to do these procedures. And then we also

19 August 2020

CREDIT SUISSE

have the benefit of a (CPT) code which benefits our outpatient, Medicare patients.

And so, we're excited about EXALT and then the continuation of investment in the follow-on suite of single-use scopes.

And then finally, just on Discover, we did receive approval on that. We're in very early LME there. This is a smaller (call point) specific to the surgeon. And – but it does allow for a single stage removal or entry into the (inaudible)

So, really exciting opportunity to sort of launch something there and really just shows the innovation that we have within this portfolio.

So, Matt, I just (said a lot). Any questions?

Matt Miksic:    No. No. Yes. Absolutely. So, just one on BTG and interventional oncology. If you could maybe remind us when that – when those divestitures start to annualize? Does this go organic, obviously, but then you have divestitures that will weigh on that maybe another – two or three quarters? When do they – when do they roll off?

Lauren Tengler:    OK. Yes. So, great point. So, we got organic on BTG the middle of August. So, August 15th.

And (bids) was required – (the sale) that was required in order to close BTG. So, I believe that's fully out I n Q4.

Matt Miksic:    OK. Great. So, you enter next year kind of apples to apples BTG and BSX. And then on a – on the – let's see, on neuromod, similar – you look like Vertiflex added, well, down less, it would have been down less, then about 3 percent or something like that on neuromod. Is that – I think that's from the (new) slides.

And so, that kind of lift, I guess, is what we can expect heading into – how should we be thinking about the lift that Vertiflex, just because it has (set) a high-growth part of your pain business can add to that neuromodulation business?



Lauren Tengler:    Yes. I think, in general, we haven't given specific rates. We did talk about it achieving or overachieving the 60 million target that was put in place in 2019.

I think there's a real opportunity in overlap in the pain physician and our ability to kind of pull through SCS in where we might not have a presence, where we do have a Vertiflex present.

So, I think that opportunity will continue to shine. And we're still early days of low penetration rates for Vertiflex overall. So, I think there's a lot of opportunity there still to come.

Matt Miksic:    OK. So, a lift but not to be quantified at the moment. So, there was a couple of businesses that seemed like a hit, a strong inflection.

I think, Dan, you've touched on neuromodulation SCS, looking like it was – it was a great trajectory in June as did endoscopy and uro pelvic health and peripheral.

Dan Brennan:    Right.

Matt Miksic:    I guess, one of the – one of the questions we get often is around in uro pelvic health is (that we didn't) watch the competitive landscape there. I know in the call, you called out the news around NICE in the U.K.

Just what – how would you describe the competitive landscape and what you're seeing in the marketplace? Because the view from investors is that you would have a pretty tough competitor in UroLift and how you – how you sort of (edifying) that fight and where do you think you'd land?

Dan Brennan:    Yes. I think it's – the good news about that is those four businesses are probably the four that would be the poster children for category leadership. Right? If you think of our PI, our neuromod, our endoscopy and our uro PH businesses, those are – endo, just, I think is probably one of the greatest examples in med device overall, right, in terms of category leadership.

Uro is not far behind. Obviously, we've done some nice bolt-on acquisitions overtime there. BTG for PI was a real nice gamechanger

19 August 2020

there because now it really took what was kind of an interesting interventional oncology business and made a leader there.

And then neuromod, some companies have spinal cord stimulators for pain and they have deep brain stimulation but they don't have the RF ablation and the Vertiflex spacing. So, we're kind of chunking out a nice treatment along the continuum for pain that neuromod, I think is sneaking up on the others in terms of it's a – it's category leadership profile.

So, not surprisingly. And some of it's market-based, obviously, as well. But not surprisingly before businesses that the client (lift) in June, as you said, were PI, neuromod, endo and uro at 9, 10, 11 and 12. So, basically between 9 percent and 12 percent.

And so, I think that's – it's been critical. It continues to be critical now. Whether it's COVID, pre-COVID, post COVID, semi COVID, whatever you want to call, category leadership is still irreplaceable when you have a franchise. And I think that's what gives us confidence that whatever – whatever the virus deals us or whatever happens in as we go through this year into next, we have some resilient franchises and the category leadership aspect of that.

And not to say that in cardiology and CRM and such, we don't have category leadership but it's even more focal and more significant in those businesses that I mentioned. So, I think it's just category leadership is still a key part of our strategy.

Matt Miksic:     OK. That's helpful. And I hate to point that the one – the one product that in this portfolio that does seem like it's under some (near-term) pressure is Rezum. And I guess, back to BPH, and Dan, I apologize, but how – what, I guess, what is the – what is the strategy to compete there? Is it – it there a clinical data follow-up? Is there a – is there a category, sort of leverage strategy to sort of maintaining gain share and accounts? How do you think about that competitive lineup?

Dan Brennan:     Yes. I think – and Lauren, you – Lauren was in that business. So, I'll defer to your detailed knowledge.

CREDIT SUISSE

But I can just tell you, the last chapter hasn't been written on this one, right? So, obviously, as you look at the early days, right, where we are with Rezum and UroLift. UroLift has significantly won the day. No question about it.

So, significantly, imbursement advantages. But I can tell you one thing that if I had to have the procedure done and I would look at what are the critical points and the data points that I would look at, it's durability of symptom relief and it's not even close there relative to UroLift.

So, it's all about getting relief of symptoms and Rezum wins that bottle. And there's a lot of noise and other things that's short of that but if it's all about relieving your symptoms over a long period of time, Rezum's the winning hand there and I think as you start to see more clinical data, you start to see closing the gap on reimbursement and such. I think the last chapter has not been written there.

Lauren, anything you would add?

Lauren Tengler:    Not – so, I think that that's true, too. So, right, we have five-year clinical data which demonstrates the long-term durability of Rezum just like Dan said.

I think, in general, this is a huge and underpenetrated market. There's about 14 million men with BPH with only 2 percent seeking intervention. And so, there's real opportunity here and we're focused on ensuring we're delivering and helping our customers to understand the value of Rezum as well as their overall BPH portfolio. So, we have different offerings for different places along the patient continuum.

So, more to come.

Matt Miksic:    OK. OK. And you mentioned damage in the reimbursement leveling the playing filed. Do you have a timeline for that catalyst that seem significant and I love to understand that?

Lauren Tengler:    I think – well, we've made progress towards (covered lives) on the private side. We do have CPT code in place. I think that the (math) there is hard because the reimbursement is different because they're in



different codes and use multiple UroLift devices for one procedure which gives a perception of higher reimbursement.

But at the net level, we've done some analysis from Medicare claims and it shows that at the net, it's not that different. So, we have to do a better job of getting that information out there and helping our hospitals understand that.

Matt Miksic:   OK. So, throwing in the towel on BPH by a long shot, probably.

Dan Brennan:   No. No. It's a – to get to my Boston Bruins, they were down two nothing at the end of the second period last night and they came back in 143. So, I would – the first quarter, if you go to a four-quarter game, the first quarter has clearly gone to UroLift and we'll play out the rest of the game.

Matt Miksic:   All right. Sounds fair.

So, maybe a good point to pivot to the P&L a little bit. OK. We have 20 minutes left here. So, I think you covered the dynamics of the gross margin fairly well on the call, Dan, this idea of shipping two variances, do a lower capacity and as you talk about also filling out your furloughed manufacturing jobs and re-ramping capacity if you get to pre-COVID levels, that at some point, not clear when exactly but as your capacity rises, the variances will go away and that my understanding, I guess, is there'll be some significant step-up in margins.

Now, no promises to when that's going to happen but is that a fair – fair way to think about the pathway back to 70-plus gross margins?

Dan Brennan:   I think that's very fair. So, the gross margin, obviously, was the key driver in the overall margin for the second quarter. And I think as you said, the abnormal variances which is basically when a plant is producing below 75 percent of its normal output, it's the one way of the accounting works well.

So, it basically says, OK, you're producing below 75 percent. So, instead of taking those variances which are negative, unfavorable to the P&L. And capitalizing those and bringing (them in) the P&L over the next six months which is our inventory turn, I'm going to flush them and

get rid of them right away for you now so you don't have to live that – with that overtime for something that is truly what we believe is abnormal in one time.

So, that was over $100 million for us, over 600 basis points in the quartering Q2. So, the 63 percent gross margin looks kind of stark when you see it first, then you're like, wait a second. If I take that, we also had another charge in CRM and you add those back, you get close to 70.

And we did say that we believe over the back half of 20, so Q3 and Q4, that we should start to see margins improve significantly and approach to 70 percent.

Matt Miksic:       OK. And then, I guess with ramping and with sales coming in and sales and trends improving, as you talked about June and July, the rest of the P&L, I guess, where- what's the trajectory of spend increases after some of the cost controls that you put in place? Spend increases in R&D, spend increases in SG&A. Where should we expect to see the move – the lift …

Dan Brennan:       Yes. We're trying to track those, too. I mean, as we try to track them on the downside, as we went into Q2 with the – with the prediction correctly, that Q2 revenue would be significantly challenged. We put in the spend controls, put those in place across the organization.

Good news is, it allowed us to deliver what I think was a pretty good P&L in the world we're in of the two billion – 2 billion, 3 million of sales that we delivered in the quarter, I think we delivered a pretty nice P&L with that because of the what we did in terms of spending measures.

So, now revenue is recovering. And so, we're opening the stick a bit on the spending to make sure that we're investing in the appropriate areas both short and long term. So, we're investing in WATCHMAN, we're investing in the launches that we detailed earlier on the call and we're making sure that we've maintained the strength of the pipeline and the portfolio that's been such a big part of our story over the last six or seven years.

CREDIT SUISSE

So, I think appropriate measures in Q2 to match spending and also inventory and production to the reduced demand. So, Q2's behind us. That's good.

As we go into the back half and as revenue – as we projected revenue gets better, then we'll look to spend more relative to what we would have done in Q2 and deliver better P&Ls in Q3 and Q4 from an operating margin perspective.

Matt Miksic:     Fair enough. Yes. And hard to – hard to pin down specifics. I understand it would do with the sort of variability and sort of ...

Dan Brennan:     Right. Right.

Matt Miksic:     ... swings in this market in the moment. But just one last question on sort of capital allocation and strategic investment. I think you raised the last part of your sort of refinancing and restructuring of your debt and in capital structure which was – which I thought was expeditious and well done in the first half.

Dan Brennan:     Thank you.

Matt Miksic:     The last part of that was met with some feedback, I'm sure, around refunding the sort of capital and strategic investment budget, M&A budget. And ...

Dan Brennan:     Right.

Matt Miksic:     I think there was a time when there was this expectation of movement on that front, things that you had in mind at the top of your list. I mean, should we – you're not going to tell us what and exactly when but is this something where we'd expect to see activity in the back half or before the end of the year or is it just too hard to put a time point on?

Dan Brennan:     Yes. And just to – just do quick review on the equity rates as well, as we said at the time, not something to take lightly and something that's obviously gave a lot of thought to. But it has – it has allowed us and it will continue to allow us to be opportunistic on the M&A front.

Now, you haven't seen the press release since we did it. So, that's – some folks, they tease, why haven't you acquired something since then,

CREDIT SUISSE

right, which is the – a bit of the root of your question. But the fact remains, we are extremely active in both assessing targets that are inside our (VC) portfolio, outside our (VC) portfolio and now we have the capital to be able to do that in a thoughtful way as opposed to a very kind of helter skelter way.

And also, do that at kind of the – at that tuck-in level that we have, you wouldn't have gone out and done an equity raise for $300 million, right? You just – that just wouldn't happen.

So, now we're able to do it thoughtfully and look at the individual opportunities on a strategic and financial basis and do that as we always have versus also looking at it in the eyes of an equity raise. So, we, obviously, sincerely appreciate the support that we got from investors through that. It was a very successful offering on both sides, both tranches of the offering.

And it's put us in a good place to continue to execute our strategy. Again, which has been really successful for the last six or seven years is continue to find those tuck-in opportunities to augment what we have in terms of our traditional organic internally developed portfolio.

And, yes, there's COVID. But I think the – that strategy still will stand the test of time and we're actively seeking.

Matt Miksic:    OK. And we have a couple question coming in on email. I'm encouraging anyone else who'd like to ask questions that we haven't yet covered a topic, so if we haven't covered it, to please go ahead and shoot them into matt.miksic@creditsuisse.com.

But before we got to those, I have one question and just around no secret, really, last year, was, ironically, I would say objectively speaking, a fantastic year of revenue growth for Boston. But a frustrating year in terms of coming in where you thought you wanted to or investors thought you needed to on a quarter-to-quarter basis.

And so, I'd love to hear how – your thoughts on guidance and on how you're thinking about outlook and the growth drivers of your business. And the reason I turned to that question is around this idea of just the larger number of recent and new businesses that have come on the

CREDIT SUISSE

board to sort of help drive growth and with a large number of new pieces, obviously, maybe a larger – a wider range of potential, outcome to maybe a wider bell curve in terms of what you can expect.

And I just – I'd love to hear your thoughts on whether that – how that environment, how your growth strategy is affecting in to the way you think of that outlook with that all and what you've learned from last year, if anything, that's changing the way you think about outlook.

Dan Brennan:    Yes. I mean, obviously, we learned from last year and I wouldn't say we learned. But obviously, the quarters matter. So, we missed a couple quarters last year, the first one's out of something in the 20s in a row that we had – we had made.

Matt Miksic:    Yes.

Dan Brennan:    So, we obviously understand and – understood and understand the importance of hitting quarterly numbers.

It's in the guise of also making sure that you're running the enterprise for the next five, 10 years. So, as I look at it from – it depends on which lens I look at it. From the – you got to hit your numbers every quarter lens, absolutely. Right?

And again, 28 out of 30, 26 out of 28, pick a number. But those two happened more recently. So, I get it.

But it's the overall, making sure that the enterprise is positioned and poised to continue to do what you need to do on an annual basis going forward. So, we're going through our strategic planning process. That leads into our annual operating plan process here in the fall for – specific for 2021.

And the whole goal is to make sure that we can continue to do what we've done as the – as a manage – as a team of 36,000 strong so well for the last six or seven years which is to be predictable, right? Folks like predictability, right? Investors and management teams like that.

So, be predicable in your quarterly and your annual predictions. And all the while, again, making sure that you're not so maniacally and myopically focused on Q3 2020, that you're also thinking about '22, '23,

CREDIT SUISSE

and '24. So, there's a balance to be struck there and we get – we fully understand that, that you need to do both. You can't just have one.

And so, I think we've proven that we do that well overall to make sure that you're focused on hitting the short-term numbers but you're also driving the enterprise for the continued strong financial performance we've seen as a company over '21, '22, '23, '24. Because I care about 24. I care about Q3 2020 but I also care about 2024.

And I think, sometimes, you can lose – you can lose that Q3 2020 is the end-all, be-all of the company versus running an enterprise for the 5- to 10-year period. So, we realize they're both important and we try to do both. (It was) excellent.

Matt Miksic:        That's helpful. And a question in from an investor and this kind of fits in to your comment about balancing the near-term and the predictability (in the long term) is where in that mix, when we hit some sort of equilibrium, if there is such a thing in the next 6-12 or 18 months, are the opportunities in the next – in 2021 say from margin expansion? And with that, is that long-term and short term thinking in mind?

Dan Brennan:       Yes. There's- so there's – I could – I could wax philosophically half an hour or two minutes. I think I'll go with the two-minute version which is there's no substitute for (durably growing) topline, right? Investors love it, and I think I might even love it more than investors because that gives up us the opportunity to leverage the rest of the P&L.

So, example, Exhibit A, finance, right? So, if we grow the topline, at some level, right, pick a number, right? I don't need to grow my expenses in finance at that level. I actually tried to keep them flat, pretty close to flat, right? And other functions, too, as well.

And so, even if we don't keep them flat, if we grow 1 percent, hopefully, we're growing sales much faster than that and there's a natural leverage opportunity there. So, there's that. So, the durably growing topline that just provides you a great opportunity.

And we still have a lot of wood to chop on the – on the shared service center of excellence front. We've done a lot but there's still a ton more that we can do and we have specific work streams. There's six that are

**CREDIT SUISSE**

in place right now that we review on a monthly basis that the, the executive committee in terms of the progress.

Take Asia Pacific. Asia Pacific center of excellence, to make sure that what was run as a bunch of countries, siloed, can now be run much as EMEA has done, our EMEA team, again, has kind of led the way and our EMEA controller just went over to run APAC, so that's not by accident.

So, there's a lot of specific things we can do as well. So, we don't just sit back and say, durably growing topline is our lifeblood and it's just going to fall from the tree. There's also specific things that we can do across each line of the P&L whether it's cost of goods, SG&A and R&D to drive specific programs to do that as well.

So, the margin ...

Matt Miksic:        OK.

Dan Brennan:       ... journey, we were 26-1 last year, 25-1 last year, the journey is 26-1, sorry, the journey is not nowhere near over. We had talked about 28 and 30 as the next stop for the train and we want to put the – we have the plans in place to do that overtime and, again, realizing that revenue growth is interesting but the companies that really succeed and get folk's attention are the ones that grow revenue and they grow operating income and margin and EPS faster than their peers.

So, nothing's changed. The global pandemic has arrived but nothing's changed for those goals for us going forward.

Matt Miksic:        Yes. And it sounds like much of that is happening kind of below the gross profit line. Not so much in COGS or what opportunities are there at the gross margin line (of that)?

Dan Brennan:       I think that – I think that's fair. There's more – there still are opportunities in gross margin but I think that's fair. The gross margin paid the bills. We went from 18 to 26.

The gross margin paid a lot of those bills along that way. And SG&A, we needed to invest in SG&A in order to do that, particularly in areas like the emerging markets and such. So, we did that. We made those

conscious, very conscious tradeoffs within the areas of the P&L to deliver the operating margin improvement knowing that gross margin was going to do that, that it would eventually slow a bit in terms of its ability but then SG&A and R&D would pick up.

We tend to be pushing 10.5 percent to 11 percent R&D. There are a lot of companies that do that. I don't think we need to do that and not because I want to do fewer projects but I just want to do them more efficiently. So, R&D can contribute SG&A. We (lead the league) there in terms of the overall percentage of sales.

Some of that's good. Some of it's bad and we're going to try and take the bad out to make sure that we continue to deliver on the margin expansion journey.

Matt Miksic:     Sure. Well, if you (learning in) kind of new products within divisions, within business lines and it's sort of ebbing and flowing of new products as they – you've talked about it before, so many new products. Subscale aren't necessarily friendly to the gross margin line.

Put that up against other businesses that are gaining scale and driving better margins. And then on the R&D line, obviously, if you bring in, I think, like Vertiflex and other business lines, that you're – that you're not necessarily able to take a lot of that R&D out if you're adding new business lines and new product lines.

At least that's the way that I see it. But that's super helpful color on the margin.

Dan Brennan:     Sure.

Matt Miksic:     One question, just following up on over the line here on EXALT D and the single-use scopes, if you could maybe just talk a little bit about the competitive landscape there and that guess, you talked a little bit – I think you're not overreacting to a new competitor in duodenoscope space, but competitive landscape and the bigger strategy of the bronchoscope whether it's next year and one-single use scope per year, what makes Boston the winner in the single-use scope category?

Dan Brennan:     Yes, I think – let me do two sentences and then Lauren, you can take it.

The two sentences are category leadership, right? So, if you are a scope company and credit to Ambu for having done a nice job in the bronchoscope world and getting over the goal line in the duodenoscope world, it really – it all becomes about performance to those scopes, particularly the duodenoscope.

So, when you put a duodenoscope, a single-use duodenoscope, in a physician's hand, that needs to basically blindfold the physician and say, wow, this feels just like my reusable scope.

And so, they're not willing to give up anything relative to performance to get the infection prevention benefits of that. We believe we've done that. We'll see if other competitors who come after us have done – have done that.

So, I think the combination of category leadership and our confidence in the performance, I mean, this h as been years and years and years in the making and it's not our first scope as well. Obviously, we've done other scopes in endo and we've done the single-use ureteroscope as well and – in urology.

So, we're confident in the technology and confident in our commercial presence and category leadership to be able to take it to market.

Anything else, Lauren, you would add?

Lauren Tengler:    Well said, Dan. We haven't seen the clinical performance of the competitive entrant. And I think on just the disposable end caps, there isn't really any data out there that supports the infection prevention. And either way, it wouldn't be definitive in the sort of whole infection prevention goal.

So, I think overall, Dan's right, we feel really good about the product we've brought to market and we'll continue to focus on innovating future pipeline.

Matt Miksic:    Great. Well, it is the top of the hour. Dan, I just wanted to ask if you have a hard stop because we do have questions in queue here. But totally respective if you got to jump.

But ...

19 August 2020

CREDIT SUISSE

Dan Brennan:     I can probably take – I can take a couple of quick ones. Yes. I do – I can
                 text ...

Matt Miksic:     OK. All right.

Dan Brennan:     ... my 12, so I'm going to be a couple minutes late.

Matt Miksic:     So, appreciate it. So, one is – this one's a bit of a challenging one. So,
                 there have been some leadership ...

Dan Brennan:     I'm sorry. I got to go ...

Matt Miksic:     No time for that ...

Dan Brennan:     If it's a (softball) question, I'll go on.

Matt Miksic:     So, this one is a little tough, but it's fair. There has been some
                 leadership changes and folks who had left for other opportunities. Just
                 (the confidence) – your thoughts on the team that you got. That should
                 be, I think, an easy one. But you – and then I have one other quick
                 follow-up.

Dan Brennan:     Yes. So, if that's specific to Kevin Ballinger leaving, I worked with Kevin
                 for over 20 years. I've been with the company 24 years, started with him
                 out in cardiology.

                 And he got the opportunity to go and be the CEO of a company,
                 simplified his life a bit in terms of traveling around the globe, three
                 weeks out of every four. And I wish him – I wish him well. It's an
                 opportunity for him to go and do that and the good news is from our
                 perspective, we didn't miss a bit.

                 We found out and then immediately, we said, OK, what are we going to
                 do? Well, we think Joe – it'd be good. Joe could run cardiology and then,
                 well, you know what? We've got our next person up in Scott Olson in
                 CRM and Scott will run CRM.

                 So, it wasn't a mad scramble to go to the search firms and say, oh, my
                 God, we've got a huge hole, let's go fill it. We take succession planning
                 as seriously as any company I could imagine. And we're ready for things
                 like that.

So, the fact that Kevin left, yes, I would have loved to have him stay and help us continue to deliver over the next 5-10 years but wish him nothing but the best and good opportunity for him and for BSC, it's plug-and-play. Joe is going to do an awesome job.

Joe's led Target Therapeutics, EP, Peripheral, CRM, now he (plugs) into (IC). And Scott's been ready for that job for the last three years. So, it's great for him to move up into there. So, I look at it as a testament to our success planning and I don't think we'll miss a bit, with all due respect to Kevin.

Matt Miksic:   Terrific. And then the last one is kind of a dual question on it's on the impact of COVID. Two things, one is potential, it's tough in the early, but potential that there's going to be in the aftermath of COVID. Some increase in potential incidence of cardiac pathology that's going to – that's going to drive some sort of demand for additional therapeutic about what those markets were growing, heading into COVID.

Any thought you have on that? And then the other side of that is as much as you've been using digital, other folks and shifting your business models to training and selling and your comments to (about where) margins could go and leverage on the margin, does this potentially lift wherever your opportunities were for '28 to '30, those goals or make those goals a little bit easier to hit given some of this digital is going to stay with us into '21 and '22?

Dan Brennan:   Sure. I'll take the first one first. So, I don't sit here in mid-August and say, boy, I'm planning for a bolus of new procedures to come in as a result of COVID's impact on cardiac treatment and cardiac disease.

So, I don't – and again – and I'll defer to Susie and Lauren on that one if you heard anything more on that. But no, I don't – but again, we're right in the throes of our (inaudible). So, I'm aware of the question and what it is but I don't look at that as the top – one of the top things, I'm saying is, boy, we got to capitalize on that because I think that's going to be a big driver for the company. Just honestly.

And then on the margin front, yes, I mean, one thing is clear, right? We are spending and I think we will continue to spend for a while, less on

CREDIT SUISSE

travel and entertainment in the traditional sense of congresses and trade shows and internal meetings and all, right?

But on the other side, we are having to add new capabilities, digital capabilities, omnichannel, things of that sort. So, my job over the next five months is to figure out what that tug of war looks like, both for 2021 and beyond is are we going to spend more in digital than we're saving in travel? Are we going to save more in travel than we're spending in digital? What should we do and what are the rest – what's the rest of the P&L look like as we go through the annual operating plan and the strategy planning process?

So, I am in the throes of that now. Don't have a specific answer as to who's going to win that battle. But I would just point to the fact that whatever the battle is, we've shown a nice discipline overtime of making sure that we – that we employ the right tradeoff through the P&L and make sure that we – that we continue to deliver margin expansion.

Matt Miksic:        Very helpful. Thank you, Dan. Thank you, Susie. Thank you, Lauren, very much for joining us ...

Dan Brennan:       Thank you.

Matt Miksic:        ... everyone for dialing in. Have a great rest of your day.

Dan Brennan:       Great. Thanks, Matt.

Lauren Tengler:     Thank you, everyone.

Dan Brennan:       And thanks for your interest.

Matt Miksic:        You bet.

Dan Brennan:       All right.

Operator:           Ladies and gentlemen, this concludes today's conference. Thank you for your participation. You may now disconnect.


                    END

19 August 2020



**Companies Mentioned** *(Price as of 18-Aug-2020)*
**Boston Scientific Corp.** (BSX.N, $39.33, OUTPERFORM, TP $47.0)
**Edwards Lifesciences Corp.** (EW.N, $78.59)

## Disclosure Appendix

### Analyst Certification
Matt Miksic and Vik Chopra each certify, with respect to the companies or securities that the individual analyzes, that (1) the views expressed in this report accurately reflect his or her personal views about all of the subject companies and securities and (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

### 3-Year Price and Rating History for Boston Scientific Corp. (BSX.N)

| BSX.N | Closing Price | Target Price | |
|---|---|---|---|
| Date | (US$) | (US$) | Rating |
| 17-Dec-18 | 34.05 | 42.00 | O * |
| 06-Feb-19 | 38.77 | 45.00 | |
| 24-Jul-19 | 42.87 | 47.00 | |
| 08-Jan-20 | 45.64 | 51.00 | |
| 06-Mar-20 | 37.60 | 46.00 | |
| 13-Apr-20 | 35.21 | 42.00 | |
| 29-Apr-20 | 37.43 | 43.00 | |
| 30-Jul-20 | 38.94 | 47.00 | |

*\* Asterisk signifies initiation or assumption of coverage.*



### As of December 10, 2012 Analysts' stock rating are defined as follows:
**Outperform (O) :** The stock's total return is expected to outperform the relevant benchmark* over the next 12 months.
**Neutral (N) :** The stock's total return is expected to be in line with the relevant benchmark* over the next 12 months.
**Underperform (U) :** The stock's total return is expected to underperform the relevant benchmark* over the next 12 months.

*\*Relevant benchmark by region: As of 10th December 2012, Japanese ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. As of 2nd October 2012, U.S. and Canadian as well as European (excluding Turkey) ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. For Latin America, Turkey and Asia (excluding Japan and Australia), stock ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark (India - S&P BSE Sensex Index); prior to 2nd October 2012 U.S. and Canadian ratings were based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe. For Australian and New Zealand stocks, the expected total return (ETR) calculation includes 12-month rolling dividend yield. An Outperform rating is assigned where an ETR is greater than or equal to 7.5%; Underperform where an ETR less than or equal to 5%. A Neutral may be assigned where the ETR is between -5% and 15%. The overlapping rating range allows analysts to assign a rating that puts ETR in the context of associated risks. Prior to 18 May 2015, ETR ranges for Outperform and Underperform ratings did not overlap with Neutral thresholds between 15% and 7.5%, which was in operation from 7 July 2011.*

**Restricted (R) :** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Not Rated (NR) :** Credit Suisse Equity Research does not have an investment rating or view on the stock or any other securities related to the company at this time.

**Not Covered (NC) :** Credit Suisse Equity Research does not provide ongoing coverage of the company or offer an investment rating or investment view on the equity security of the company or related products.

**Volatility Indicator [V] :** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

Analysts' sector weightings are distinct from analysts' stock ratings and are based on the analyst's expectations for the fundamentals and/or valuation of the sector* relative to the group's historic fundamentals and/or valuation:

**Overweight :** The analyst's expectation for the sector's fundamentals and/or valuation is favorable over the next 12 months.
**Market Weight :** The analyst's expectation for the sector's fundamentals and/or valuation is neutral over the next 12 months.
**Underweight :** The analyst's expectation for the sector's fundamentals and/or valuation is cautious over the next 12 months.
*\*An analyst's coverage sector consists of all companies covered by the analyst within the relevant sector. An analyst may cover multiple sectors.*

19 August 2020

CREDIT SUISSE

Credit Suisse's distribution of stock ratings (and banking clients) is:

Global Ratings Distribution

| Rating | Versus universe (%) | Of which banking clients (%) |
|---|---|---|
| Outperform/Buy* | 50% | (33% banking clients) |
| Neutral/Hold* | 37% | (28% banking clients) |
| Underperform/Sell* | 12% | (20% banking clients) |
| Restricted | 1% | |

*For purposes of the NYSE and FINRA ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.

## Important Global Disclosures

Credit Suisse's research reports are made available to clients through our proprietary research portal on CS PLUS. Credit Suisse research products may also be made available through third-party vendors or alternate electronic means as a convenience. Certain research products are only made available through CS PLUS. The services provided by Credit Suisse's analysts to clients may depend on a specific client's preferences regarding the frequency and manner of receiving communications, the client's risk profile and investment, the size and scope of the overall client relationship with the Firm, as well as legal and regulatory constraints. To access all of Credit Suisse's research that you are entitled to receive in the most timely manner, please contact your sales representative or go to https://plus.credit-suisse.com .

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: https://www.credit-suisse.com/sites/disclaimers-ib/en/managing-conflicts.html .

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

Credit Suisse has decided not to enter into business relationships with companies that Credit Suisse has determined to be involved in the development, manufacture, or acquisition of anti-personnel mines and cluster munitions. For Credit Suisse's position on the issue, please see https://www.credit-suisse.com/media/assets/corporate/docs/about-us/responsibility/banking/policy-summaries-en.pdf .

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities

## Target Price and Rating
## Valuation Methodology and Risks: (12 months) for Boston Scientific Corp. (BSX.N)

**Method:** Our target price of $47 and Outperform rating for BSX are based on a 18.5x EV/EBITDA multiple on NTM EBITDA, one-year forward of ~$3.9 bil. Our multiple for BSX is above the peer group, given the company's diversified portfolio, solid and consistent management execution, and investments in the company's product pipeline. We rate BSX Outperform as we expect its total return to exceed its peers.

**Risk:** Risks to our $47 target price and Outperform rating for BSX are product delays, failure to progress to LT goals, litigation, regulatory/quality issues, and greater than expected impact from COVID-19.

Please refer to the firm's disclosure website at https://rave.credit-suisse.com/disclosures/view/selectArchive for the definitions of abbreviations typically used in the target price method and risk sections.

*See the Companies Mentioned section for full company names*

Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (BSX.N) within the next 3 months.

Credit Suisse or a member of the Credit Suisse Group is a market maker or liquidity provider in the securities of the following subject issuer(s): BSX.N

For date and time of production, dissemination and history of recommendation for the subject company(ies) featured in this report, disseminated within the past 12 months, please refer to the link: https://rave.credit-suisse.com/disclosures/view/report?i=544448&v=-26p1zogmvakbm7j8wvgin6o00 .

## Important Regional Disclosures

Singapore recipients should contact Credit Suisse AG, Singapore Branch for any matters arising from this research report.

The analyst(s) involved in the preparation of this report may participate in events hosted by the subject company, including site visits. Credit Suisse does not accept or permit analysts to accept payment or reimbursement for travel expenses associated with these events.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit https://www.credit-suisse.com/sites/disclaimers-ib/en/canada-research-policy.html.

Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment.

This research report is authored by:

19 August 2020

**CREDIT SUISSE**

**Credit Suisse Securities (USA) LLC**...............................................................................................Matt Miksic ; Vik Chopra

Important disclosures regarding companies that are the subject of this report are available by calling +1 (877) 291-2683. The same important disclosures, with the exception of valuation methodology and risk discussions, are also available on Credit Suisse's disclosure website at https://rave.credit-suisse.com/disclosures . For valuation methodology and risks associated with any recommendation, price target, or rating referenced in this report, please refer to the disclosures section of the most recent report regarding the subject company.

This report is produced by subsidiaries and affiliates of Credit Suisse operating under its Global Markets Division. For more information on our structure, please use the following link: https://www.credit-suisse.com/who-we-are This report may contain material that is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients of this report as its customers by virtue of their receiving this report. The investments and services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice, or a representation that any investment or strategy is suitable or appropriate to your individual circumstances, or otherwise constitutes a personal recommendation to you. Please note in particular that the bases and levels of taxation may change. Information and opinions presented in this report have been obtained or derived from sources believed by CS to be reliable, but CS makes no representation as to their accuracy or completeness. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, other communications that are inconsistent with, and reach different conclusions from, the information presented in this report. Those communications reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other communications are brought to the attention of any recipient of this report. Some investments referred to in this report will be offered solely by a single entity and in the case of some investments solely by CS, or an associate of CS or CS may be the only market maker in such investments. Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk. Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase. Some investments discussed in this report may have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed. This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed any such site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of any such website does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in **European Union (except Germany and Spain):** by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority; **Spain:** Credit Suisse Securities, Sociedad de Valores, S.A. ("CSSSV") regulated by the Comision Nacional del Mercado de Valores; **Germany:** Credit Suisse (Deutschland) Aktiengesellschaft regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). **United States:** Credit Suisse Securities (USA) LLC; **Canada:** Credit Suisse Securities (Canada), Inc.; **Switzerland:** Credit Suisse AG; **Brazil:** Banco de Investimentos Credit Suisse (Brasil) S.A or its affiliates; **Mexico:** Banco Credit Suisse (México), S.A., Institución de Banca Múltiple, Grupo Financiero Credit Suisse (México) and Casa de Bolsa Credit Suisse (México), S.A. de C.V., Grupo Financiero Credit Suisse (México) ("Credit Suisse Mexico"). This document has been prepared for information purposes only and is exclusively distributed in Mexico to Institutional Investors. Credit Suisse Mexico is not responsible for any onward distribution of this report to non-institutional investors by any third party. The authors of this report have not received payment or compensation from any entity or company other than from the relevant Credit Suisse Group company employing them; **Japan:** by Credit Suisse Securities (Japan) Limited, Financial Instruments Firm, Director-General of Kanto Local Finance Bureau ( *Kinsho*) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Investment Advisers Association, Type II Financial Instruments Firms Association; **Hong Kong:** Credit Suisse (Hong Kong) Limited; **Australia:** Credit Suisse Equities (Australia) Limited; **Thailand:** Credit Suisse Securities (Thailand) Limited, regulated by the Office of the Securities and Exchange Commission, Thailand, having registered address at 990 Abdulrahim Place, 27th Floor, Unit 2701, Rama IV Road, Silom, Bangrak, Bangkok10500, Thailand, Tel. +66 2614 6000; **Malaysia:** Credit Suisse Securities (Malaysia) Sdn Bhd; **Singapore:** Credit Suisse AG, Singapore Branch; **India:** Credit Suisse Securities (India) Private Limited (CIN no.U67120MH1996PTC104392) regulated by the Securities and Exchange Board of India as Research Analyst (registration no. INH 000001030) and as Stock Broker (registration no. INZ000248233), having registered address at 9th Floor, Ceejay House, Dr.A.B. Road, Worli, Mumbai - 18, India, T- +91-22 6777 3777; **South Korea:** Credit Suisse Securities (Europe) Limited, Seoul Branch; **Taiwan:** Credit Suisse AG Taipei Securities Branch; **Indonesia:** PT Credit Suisse Sekuritas Indonesia; **Philippines:**Credit Suisse Securities (Philippines ) Inc., and elsewhere in the world by the relevant authorised affiliate the above.
**Additional Regional Disclaimers**
**Australia:** Credit Suisse Securities (Europe) Limited ("CSSEL") and Credit Suisse International ("CSI") are authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ("FCA") and the Prudential Regulation Authority under UK laws, which differ from Australian Laws. CSSEL and CSI do not hold an Australian Financial Services Licence ("AFSL") and are exempt from the requirement to hold an AFSL under the Corporations Act 2001 ("Corporations Act") in respect of the financial services provided to Australian wholesale clients (within the meaning of section 761G of the Corporations Act) (hereinafter referred to as "Financial Services"). This material is not for distribution to retail clients and is directed exclusively at Credit Suisse's professional clients and eligible counterparties as defined by the FCA, and wholesale clients as defined under section 761G of the Corporations Act. Credit Suisse (Hong Kong) Limited ("CSHK") is licensed and regulated by the Securities and Futures Commission of Hong Kong under the laws of Hong Kong, which differ from Australian laws. CSHKL does not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act in respect of providing Financial Services. Investment banking services in the United States are provided by Credit Suisse Securities (USA) LLC, an affiliate of Credit Suisse Group. CSSU is regulated by the United States Securities and Exchange Commission under United States laws, which differ from Australian laws. CSSU does not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act in respect of providing Financial Services. Credit Suisse Asset Management LLC (CSAM) is authorised by the Securities and Exchange Commission under US laws, which differ from Australian laws. CSAM does not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act in respect of providing Financial Services. This material is provided solely to Institutional Accounts (as defined in the FINRA rules) who are Eligible Contract Participants (as defined in the US Commodity Exchange Act). Credit Suisse Equities (Australia) Limited (ABN 35 068 232 708) ("CSEAL") is an AFSL holder in Australia (AFSL 237237).
**Malaysia:** Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn Bhd, to whom they should direct any queries on +603 2723 2020.
**Singapore:** This report has been prepared and issued for distribution in Singapore to institutional investors, accredited investors and expert investors (each as defined under the Financial Advisers Regulations) only, and is also distributed by Credit Suisse AG, Singapore Branch to overseas investors (as defined under the Financial Advisers Regulations). Credit Suisse AG, Singapore Branch may distribute reports produced by its foreign entities or affiliates pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. Singapore recipients should contact Credit Suisse AG, Singapore Branch at +65-6212-2000 for matters arising from, or in connection with, this report. By virtue of your status as an institutional investor, accredited investor, expert investor or overseas investor, Credit Suisse AG, Singapore Branch is exempted from complying with certain compliance requirements under the Financial Advisers Act, Chapter 110 of Singapore (the "FAA"), the Financial Advisers Regulations and the relevant Notices and Guidelines issued thereunder, in respect of any financial advisory service which Credit Suisse AG, Singapore Branch may provide to you.
**EU:** This report has been produced by subsidiaries and affiliates of Credit Suisse operating under its Global Markets Division
In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements.
This material is issued and distributed in the U.S. by CSSU, a member of NYSE, FINRA, SIPC and the NFA, and CSSU accepts responsibility for its contents. Clients should contact analysts and execute transactions through a Credit Suisse subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.
CS may provide various services to US municipal entities or obligated persons ("municipalities"), including suggesting individual transactions or trades and entering into such transactions. Any services CS provides to municipalities are not viewed as "advice" within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. CS is providing any such services and related information solely on an arm's length basis and not as an advisor or fiduciary to the municipality. In connection with the provision of the any such services, there is no agreement, direct or indirect, between any municipality (including the officials,management, employees or agents thereof) and CS for CS to provide advice to the municipality. Municipalities should consult with their financial, accounting and legal advisors regarding any such services provided by CS. In addition, CS is not acting for direct or indirect compensation to solicit the municipality on behalf of an unaffiliated broker, dealer, municipal securities dealer, municipal advisor, or investment adviser for the purpose of obtaining or retaining an engagement by the municipality for or in connection with Municipal Financial Products, the issuance of municipal securities, or of an investment adviser to provide investment advisory services to or on behalf of the municipality. If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content. No information or communication provided herein or otherwise is intended to be, or should be construed as, a recommendation within the meaning of the US Department of Labor's final regulation defining "investment advice" for purposes of the Employee Retirement Income Security Act of 1974, as amended and Section 4975 of the Internal Revenue Code of 1986, as amended, and the information provided herein is intended to be general information, and should not be construed as, providing investment advice (impartial or otherwise).
Copyright © 2020 CREDIT SUISSE AG and/or its affiliates. All rights reserved.
When you purchase non-listed Japanese fixed income securities (Japanese government bonds, Japanese municipal bonds, Japanese government guaranteed bonds, Japanese corporate bonds) from CS as a seller, you will be requested to pay the purchase price only.