# Tab 36

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX
# Company Conference Presentation

**Wednesday, September 16, 2020 1:00 PM GMT**

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ...................................................................... 3

Presentation ...................................................................... 4

Question and Answer ...................................................................... 5

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Daniel J. Brennan**
*Executive VP & CFO*

**Michael F. Mahoney**
*Chairman, President & CEO*

**ANALYSTS**

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Well, good morning, everyone, and welcome to day 3 of the Morgan Stanley healthcare conference 2020. My name is David Lewis, medical device analyst at Morgan Stanley, and thanks for your -- for joining us bright and early, earlier for me than for you on the East Coast.

It's my pleasure to kind of kick off day 3 here with one of our large-cap companies, Boston Scientific. We have both their CEO, Michael Mahoney; as well as their CFO, Dan Brennan. Pleased to have you both this morning.
And with that, we're ready for action.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**David Ryan Lewis**
*Morgan Stanley, Research Division*

So team, I thought we'd start off where I'd been starting off kind of all week and just talk about COVID-19 recovery, your thoughts and anything you're willing to share here post the quarter. How have month-on-month trends been here in the third quarter? Most of our companies have talked about kind of nice sequential month-on-month improvement. I just wondered if you could comment on what you see here since the second quarter here as we work into the back half of the year.

**Michael F. Mahoney**
*Chairman, President & CEO*

Good morning, David. Nice to see you. Sure. Thanks for having us on the call this morning. Dan Brennan is with us as well.

So we outlined in the April call that we expected a strong improvement in the third quarter, with an aim to grow in the fourth quarter. And so we're sticking with that. Similar to your comments, we have seen a strong improvement in third quarter versus second quarter given the nature of our procedures and the excellent job hospitals have done of managing COVID while also managing through elective procedures. So we're very encouraged by the recovery and very much consistent with the guidance that we provided post our April call.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. And we're kind of modeling something around, The Street is, kind of upper single-digit like declines. Your comfortability versus where The Street sits in the third quarter at sort of upper single-digit declines -- and our sense is, at this conference, maybe people can do a little better than that, maybe sort of low to mid-single digits. Any sense there on how you're trending ?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, yes. We'll see. We won't give a -- our estimate of the third quarter in the call here, but we've seen a consistent monthly improvement since the down period in April, which is really encouraging, based on the recovery of hospitals as well as the -- complemented by a very rich portfolio and as some of the new launches begin to take traction. But we won't be providing actual estimate of third quarter on the call other than that -- it's going to be nicely better than the second quarter. And we, again, aim to grow into fourth quarter, is the goal.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. Are you feeling any better about the dynamic of growing in the fourth quarter now, Mike, just based on what you've seen here in the third quarter?

**Michael F. Mahoney**
*Chairman, President & CEO*

I think it's too early to call. I think a lot of it still depends on the environment that we're in with COVID. The -- our commercial teams are very much doing their jobs in the field, working with the customers. We're starting to ramp up our clinical trials more. We're starting to see some improved traction with our product launches. But still, the environment, I think, is still heavily dependent on what happens in the fourth quarter with COVID.

If things stay kind of more in check, which I don't know if in check's the right word, but maybe describe that as today, then the odds improve. If there's more flare-ups in a more significant way, then that would

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

be, obviously, a headwind on the entire industry. So I think it's too early to call, to give you any certainty as to the projections because I think so much of it depends on what happens in the fourth quarter with COVID.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

I totally understand. So very, very helpful kind of in the near term. If we just kind of move out longer term. Maybe, Dan, for you.

We started to ask some of the management teams about 2021 versus 2019, and obviously, no one's giving formal guidance here. But I sort of looked at my model last night. In 2021, I'm kind of, I don't know, 11%, 12% above 2019, which some days I wake up and I feel like that looks like a conservative number.

I wonder if just -- qualitatively, can you talk at all about how 2021 can look versus '19? A lot of investors are very fixed in on that metric. And even on the margin perspective, can you get back to low 70s like GMs in 2021?

**Daniel J. Brennan**
*Executive VP & CFO*

Sure. Let me hit each one of those separately. And I think the first one really piggybacks on what Mike had said, which is it's a little too early to call 2021. We're certainly not going to give any numbers on that for revenue for next year.

I think I would just go back and say what we've been successfully executing as a company is growing at the high end of our peer set, and that's our goal heading into 2021. Obviously, comps are going to be a little crazy for '20 and '21. So when you normalize the comps for COVID and all of the dust settles, I'd like to think we can still be one of the companies that grows at the high end of the peer range. So not a lot of detail on that, but I think appropriate for where we sit today.

Relative to gross margin, we think by the end of this year, and we said this on our last call, that we should be approaching 70% as we get the factories back to more of a normal production level. And as you look at 2021, there'll be headwinds and tailwinds. You'll have headwinds in some COVID protocols we got to put into the manufacturing plants just to be a little bit careful there, and that adds cost. The China tender probably isn't our friend, obviously, in terms of margin. And we will have some mix with new products, some of the new products that we have that are more dilutive out of the gate, certainly not longer term. And then the tailwinds are the normal process of taking our stranded costs out of the system that we have and then growth in some of our higher-margin products within IC and MedSurg and DBS, SCS, things like that.

So we'll see where that all sorts out. We're in the middle of our annual operating plan process right now, and we'll see where that all sorts out as we finalize that as well.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

If I say to you -- Dan, gross margin, there could be some headwinds into 2021. You just mentioned some of them, and obviously, new products could be on a different trajectory because of COVID. Yet, some of the companies are starting to talk about middle of the income statement leverage sort of in a post-COVID world. We've seen some restructurings out of certain corporations.

I have to imagine you've got to find some pennies available in the middle of the income statement. Can they be used to offset gross margin pressure if there is any? Or are you more inclined to reinvest that money back into the business?

**Daniel J. Brennan**
*Executive VP & CFO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

No, I think that's spot on, David. I mean, I think -- and we've proven that as a team over the last few years, that it's all about making trade-offs within different areas of the P&L. You're going to have quarters and years where gross margin is humming and you need to invest in SG&A. You're going to have quarters and years where it's a bit of a flip. So as we head into 2021, I think we'll do what we always do, examine all the areas of the P&L, make the trade-offs in investments, make the trade-offs between those areas of specific lines of the P&L and look to continue the margin expansion journey.

Specific to, I think, your commentary around SG&A, there's headwinds and tailwinds within there as well. I mean obviously, the travel and entertainment world is a lot different than it was 6 to 9 months ago. So I would envision we'll spend a lot less in 2021 there.

The other side of that is we're now needing to invest in digital and omnichannel and virtual training capabilities, which we're doing very significantly. And I think that's going to pay dividends not only for '21 but well beyond that. So again, back to headwinds and tailwinds within that line, we'll have to look and see how that shapes out as we go through the fall.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. Cool. In spec pharma -- the spec pharma divestiture, our model says, if that would happen, that's kind of $0.08 to $0.09. That's probably not the kind of thing you can offset. If that were to happen, that probably just is kind of a onetime dynamic for '21. That's the question for you.

And then for Mike, at some point, I know you don't want to have that asset potentially long term. But is there a point at which the valuation is not interesting enough to kind of get over your return threshold and you say, "You know what, it's a below cost of capital sale. We're just going to keep the downside?"

**Daniel J. Brennan**
*Executive VP & CFO*

Yes. On the first part, we're obviously not going to comment on any potential sale and just reiterate what we've consistently said. It's a noncore asset. It does operate very separately within our structure, and we'll continue to evaluate strategic options.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. Enough said there. Okay. I think that covers earnings for next year.

Mike, I want to kind of start back with you. I mean this management team has created a dramatic amount of value over the last, call it, 6, 7, 8 years. One of the comments that come up during COVID, besides the equity offering and things of that nature, was just what happened in 2019. A lot of investors who called me who want to own Boston Scientific here on the recovery said 2019 was not the best execution year for the business. Given the benefit of hindsight, Mike, what happened in 2019, just given the performance on a per quarter basis versus guidance?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. Yes. So we do have a high bar for the company. We obviously want to deliver against our commitments. If you look back at '19, that seems like a long time ago, we did deliver, I think, 7.3% organic growth. Obvious -- organic -- I can't remember what the operational number was, 1 point or 2 likely higher than that, but 7.3% operational. So there was some slight growth in '19 organically over '18. But we probably had at least -- probably had about 150 basis points of onetime headwinds.

And like any plan, we always plan on headwinds, but we had kind of a series of onetimers that we didn't expect: the paclitaxel challenges, which are now getting better; the mesh recall; there were sterilization issues. So there was a kind of a flurry of onetimers that, in hindsight, maybe we could have provided a slightly wider range. But that probably impacted 100, 150 basis points.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So overall, it's still a good year, 7.3% organic. We improved margins. We delivered double-digit EPS, which is really what we say. We say we're going to grow faster than the peer group, we're going to improve margins, we'll deliver double-digit EPS. So we did all of that.

We also took down a lot of risk with some of our contingent liabilities in the legal front to free up our -- better use of free cash flow. So overall, we also advanced the portfolio. There were some maybe less than great, stellar performance versus some of the projections. But overall, I think it was a good year, but we had an unusual amount of onetimers, I would say, in the year.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. So great. Idiosyncratic risk, there's no structural dynamics that you see kind of coming out of '19 that we should be concerned about as we head into '21?

**Michael F. Mahoney**
*Chairman, President & CEO*

No. Again, I think we grew at the higher end of the peer group at 7.3% organic, continued our margin improvement and double-digit EPS while investing at the high end of our peer group in R&D for our portfolio for the future. So not our best year, but certainly not a bad year.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

So we talked about this in the earnings call as well. We talked about the 6% to 9% number for Boston Scientific. Can you get back to that range?

Obviously, as Dan mentioned, '21 is going to be kind of a wonky year. Let's just take -- forget '21, it's a wonky year. If we go underlying '21 or go into '22, I mean, how confident are you this business can get back to that 6% to 9% zone?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. If you try to neutralize all these comps, as you know, '21 will have easy comps, and '22, we may have tough comps. But if you try to neutralize for all that, really nothing's changed other than, obviously, with COVID, most companies, including Boston, have new capabilities as a result of COVID that we're doubling down on. As Dan said, the long-term travel impact and others is changing the way we do business, I think, for more productivity. The regulators have done a great job in Europe and U.S. on approving products. We've had some additional tailwinds with some recent reimbursement wins.

So if you kind of neutralize for COVID, nothing has changed in the story. Our addressable served market growth continues to kind of be in the 5% to -- maybe 5% to 6% range based on the portfolio strategic shift we've had over the years where DBS and CRM become a smaller piece of our business each year, each quarter. And then we layer on the organic pipeline that we have and our flexibility to do some tuck-in M&A.

So nothing's changed with the longer-term story in terms of the pipeline that we have, the growth we have, opportunities regionally. The balance sheet actually is better now than it was pre COVID. And so from that perspective, I think we exit COVID with more unique capabilities, slightly stronger balance sheet, less contingent liabilities and the same portfolio that we talked about pre COVID.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. I think some investors looked at the secondary offering and your need to sort of stay active on M&A and venture and said maybe you're not as comfortable getting to 6% to 9% with the portfolio you have today. It sounds like you believe the portfolio that you have today can get you to that 6% to 9% number.

**Michael F. Mahoney**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chairman, President & CEO*

Yes, we do. We have a lot of confidence. We're just -- we're launching, we can go through some of the products, a lot of products right now than we will in 2021. And we've had a history -- BTG was a large deal that we did that was very strategic for us, and we think it's going exceptionally well. Very pleased that we did that.

And since BTG, we've been quiet on the M&A front, except for our venture portfolio. So our venture portfolio primarily could lead to some tuck-in acquisitions over the next -- call it, within the next 18 months. And we're certainly looking at other opportunities that fill strategic needs and have the right return profile. So tuck-in M&A will continue to be part of our strategy, but the organic investments that we have with our pipeline are quite strong to deliver against that commitment.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. So raising the equity was really about just making sure that you can maintain the same type of forward front portfolio, forward front action that you've had historically. It doesn't suggest to people that you need to urgently go out and do deals because you're feeling not as good about the core portfolio.

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, yes. Well, we did the equity raise. It was a bit of a different era with COVID. So we're concerned about that. And we didn't want to be, as you said, flat-footed on the defense over the next 18 months with our ability to leverage that venture portfolio and other opportunities.

So we think it was the smart move for the company for the long term. And not in a big hurry to do it again, that's for sure, but we think it was the right move at the time for the company.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Mike, I've got this thesis that I don't think you agree with but I'm throwing out there anyway. But this dynamic that -- LOTUS was supposed to be a much bigger product in my mind, and maybe it's turned out to be. And my concern was that LOTUS may have resulted in a kind of a gap in the portfolio, and I guess that we've talked about this. I'm not sure you agree. But any concerns that LOTUS could have been a $400 million, $500 million, $600 million product, $700 million product and it's not, and that has sort of forced the company to sort of shift things around or it created a void in the RFP that has to be filled with M&A?

**Michael F. Mahoney**
*Chairman, President & CEO*

No, I think -- certainly, LOTUS will continue to be an important product for us. It's a significant market, as you know, and even small share gains are significant for us. And so LOTUS will continue to be an important growth driver for us, supported with our whole platform with ACURATE neo 2. But you also have other offsets. I would say our overall WATCHMAN performance is stronger than we ever anticipated to be. So -- and the performance of many of our other businesses, like a small one like DBS continues to do extremely well and exceeds our expectations.

So overall, LOTUS remains a key growth driver for us. And we're not going to give you share estimates, but we're continuing to invest along those lines. We're starting to do more account openings. The reorder rate for existing users is quite high, and we're slowly being able to penetrate some new accounts with some new training. So LOTUS is important for us, but we have other tailwinds to support the company.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. Last strategic question for me before we jump into some of these important products. Is -- Dan Starks said to me once, "I like Medtronic as a competitor." And I don't think he was being nice. So he -- you now have in Medtronic a new CEO that's talking about being front-footed. And frankly, he's doing some things like -- when I hear a company say, "We're going to restructure. We're going to get leaner. We're going to get decentralized," that's very much, in my mind, the Boston Scientific playbook. Is a more front-footed, decentralized Medtronic as a key competitor who now wants to do M&A deals when the prior CEO was really kind of shooing doing M&A -- is a more aggressive, decentralized Medtronic something that you should be concerned about at Boston Scientific?

**Michael F. Mahoney**
*Chairman, President & CEO*

Companies like that have always been good companies. I would say they are pretty front-footed when they bought Covidien. We know more about Covidien years ago. That's pretty front-footed. So I think we always have good competition, and that's actually healthy for the industry, it's actually healthy for Boston Scientific.

But primarily, we invest most of our energy on our strategic portfolio, our go-to-market model. The culture of Boston Scientific, we think, is very unique and it's difficult to replicate. And we certainly wish -- we wish them well. But they've had very strong leaders in place for many generations, and that really hasn't impacted in a significant way our performance.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. Very helpful. So you mentioned WATCHMAN, Mike, as being kind of an outsized driver. Clearly, it has. And I think you've said recently that WATCHMAN FLX could be sort of the biggest incremental dollar driver heading into '21.

Is that on a kind of a gross or a net basis? I mean does that factor in some cannibalization of existing WATCHMAN users versus FLX? Or is that just a -- is that an incremental growth driver for the business? Do you think FLX is the biggest driver for '21?

**Michael F. Mahoney**
*Chairman, President & CEO*

Well, just -- I would say the business there has recovered nicely post COVID, and it's just really a comprehensive strength we have in the category. Even pre FLX launch, you're seeing more and more -- at current sites, more physicians being trained and using WATCHMAN. You're seeing increasing rates of utilization of the device, more confidence in the consumers' awareness of it. And then you layer on the benefits of FLX, which we think is a superior platform, perceived to be safer based on the clinical data, is easier to use and also the reimbursement tailwinds on part of hospitals. And we have quite a large ecosystem around that whole WATCHMAN category beyond the clinical team that supports the doctors.

So it's really that kind of ecosystem and then complemented with a superior product that we think FLX is and then additional clinical trials, as you know, which we think will widen the TAM in the future. So you roll that all together, it's one of the most important products for the company, and we think it will likely be the largest platform within the company.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. So WATCHMAN, you talked that the sustainability of that platform has been pretty amazing. It was growing kind of 30%, 35% in 2019. Is FLX the kind of thing that can sustain growth for WATCHMAN in that sort of 25% to 35% range for several years to come?

**Michael F. Mahoney**
*Chairman, President & CEO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

We'll see. We're not going to give the guidance here. But when you talk to doctors who use 2.5, they want to convert to FLX as quickly as possible. And so our team is doing smart rollout of WATCHMAN FLX in the second half of the year here. And obviously, through '21 that will occur.

But I think what it also does is it draws new users in for FLX because it is a safer device, it's easier to implant and there's more flexibility in sizes. And so you have some patients today who have difficulty -- doctors who have difficulty accessing the appendage based on the 2.5 platform and some doctors who were concerned on the safety profile despite the results being quite good. So we think FLX will boost additional confidence with current users of WATCHMAN 2.5 and likely open up a new set of users in terms of training to add to the mix.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Yes. And what you see, Mike -- obviously, with LOTUS trying to get into TAVR, you're taking share, but it's tough to take share from the incumbents.

Same thing here with WATCHMAN. I wonder -- I mean our diligence on WATCHMAN suggests it's flat out a better device. It's going to be a faster procedure, it's going to be safer, it's going to be easier to do. You're obviously going to have competition some time in the next year or so. How should investors think about the risk from that competition?

And I'm thinking about the power of incumbency with a better device. I don't see a whole bunch of share loss, maybe 5, 10, 15 points of share loss. I mean what should shareholders prepare themselves for on share loss? Or are they focusing on the wrong thing and actually what you're going to see with a second player in the market is, to your point, just a significant expansion in the TAM?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes, we'll see. We're very confident in the performance of the device, the infrastructure that we have around it. And we're also launching in Japan, expanding our business in China. We're strong -- the #1 share player in Europe.

And so we're expanding to other markets. We think there's increased opportunity to improve the TAM via potential competitive offering as well as the clinical work that we're doing. And the physician communities has a lot of confidence in the FLX program.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. The Rhythm and Neuro business, Mike, it's always been steady for the last several years. You've been losing a little bit of share in pacing, but you've been taking share in high power, largely in the back of S-ICD. One of your competitors, Medtronic, set up their corridor in there, and they think they're taking share now in high power. So we've had some dynamics of market growth in that market the last 6 to 9 months. Hard to get a clear picture of who's taking share and who's doing what.

Where do you see the state of play right now? Are you losing a little bit of share in low power? Do you think you're growing share in high power -- taking share in high power? Do you think you're growing in line with the market in high power?

**Michael F. Mahoney**
*Chairman, President & CEO*

So Dan, do you want to step in here? You want me to...

**Daniel J. Brennan**
*Executive VP & CFO*

Sure. I'd be happy to, yes. I think broadly, I would agree with your perspective on that, David. The historical equation for us has been, over the last few years, we lose a little bit of share on the low-power

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

side, we gain share on the high-power side. We've been okay with that mix from both a revenue and a profitability perspective and have consistently kind of outgrown the market.

As we look forward to 2020 kind of pre COVID and where the market would be, we think we probably would be maintaining share in that high power with HeartLogic and S-ICD. So maintain share there, maybe grow a little bit but then still probably be a little bit disadvantaged with the growth of leadless pacing on the low-power side, so now to basically be at market. So whereas the last few years, we've eked out 1 point or 2 above market in the total CRM world, we have kind of been looking for something in the at market. And that feels about right to us.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. And is that more just because S-ICD has run its course, Dan, or just because some of the other competitors like Abbott have just gotten their act together?

**Daniel J. Brennan**
*Executive VP & CFO*

No, I think S-ICD, again, it continues to be the only one. I don't think it's run its course, and it has significant runway for growth in various geographies around the world. So I don't think it's that.

I think HeartLogic, again, is a proprietary algorithm that only we have that has proven significantly beneficial to hospitals in terms of predicting heart failure events. So I don't think it's a significant shift. It's more just that instead of being 1 point above the market in the net, we'd be -- net for all of CRM, we'd kind of be at market. Again, more from a bit more of the pressure on the leadless side than on the high-power side.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. And then there's a race obviously to get an integrated leadless ICD pacer product. Obviously, you started -- I think you said the EMPOWER study for leadless can start, I think it was, first half '21. When can you get that product to market?

**Daniel J. Brennan**
*Executive VP & CFO*

We haven't said -- I mean what we've said so far is that we'll be in the clinic in the first half of 2021 with our leadless pacemaker, and we'll take it from there. Obviously, the goal is to be the first one out with that combined capability, and that would be huge for us. And that's our goal.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. And Mike, when I quizzed you on the AF business, you've kind of always said these last 6 to 9 months that the business is doing probably as well as it can do with the existing product set that we have. But we have all these innovative products coming obviously, DIRECTSENSE, POLARx.

It's early for POLARx ex U.S. Any indications that you'd be willing to offer on just how the AF business is doing? It used to be we looked at the European businesses for Boston to predict what's going to happen in the U.S. What are you seeing in the AF businesses outside the U.S. and your enthusiasm around POLARx and some of these novel technologies?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. So I'd say the business is doing -- starting with Europe. We're very bullish on the fourth quarter of '20 and '21 really is being spearheaded by the POLARx launch. So we do have our DIRECTSENSE therapeutic catheter, maps with our arrhythmia mapping system. But POLARx will be the most significant launch that

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

we've had in that EP business since I've been with the company, and we have high expectations for that to do well in 2021.

So you'll see some impact, some benefit in fourth quarter '20 as we're opening up new centers, we're ramping up capacity from a manufacturing standpoint. But we expect to see some nice share taking. We have a low base obviously in cryo, but we expect to take quite a bit of share in '21 in Europe.

And we're also enrolling that POLARx trial in the U.S. You'll see that category will be approaching $1 billion likely by the end of '21, '22. And so it's all share gain opportunity for us. We also believe we have a superior product that's easy to use. And we have a commercial team there.

We're also seeing really nice strength in Japan with more of our -- it's not POLARx, but more of our therapeutic catheter line with RHYTHMIA and as well as DIRECTSENSE. We expect Force Sensing to be in Japan by the end of '21. And essentially, most of those products will come to the U.S. over time. The DIRECTSENSE launch just recently is going on, and then we'll eventually enroll our cryo trial and our Force Sensing catheter.

So it's a strategic category for us, given the overlap of the EP and our CRM business. The market continues to grow, one of the fastest in medtech. And we do think we have a differentiated portfolio in Europe in '21, and eventually, that will come to the U.S.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Would you be disappointed, Mike, on that sort of $1 billion-ish POLAR opportunity -- or cryo opportunity if you couldn't take, let's say, 20% of the market?

**Michael F. Mahoney**
*Chairman, President & CEO*

Over time, not -- potentially not in '21, but over time, absolutely, we'd be disappointed if we were sitting at 20% 5 years from now.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. And lastly, we're kind of running out of time here a little bit, but I just want to spend some time on EXALT here. There's been -- initially, in the time of COVID, Mike, people say, "Well, hospital is going to be less focused on -- I know -- you're sort of ordained by that light, Mike. I actually like the effect around there, to be honest.

So the -- so you were basically saying hospitals are very focused on converting to disposable duodenoscopes. And people said, well, COVID, just became less of an opportunity for hospital systems. But then you got the NTAP, and I've gotten very good feedback recently from physicians on covering that total cost with the NTAP. So how are you feeling about the EXALT-D launch here in the back half of the year?

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. So we're very excited about the future of EXALT-D, kind of similar to the POLARx. We will start to pick up a little bit more momentum in the fourth quarter here. It was extremely impacted by COVID. Bringing in a whole new therapy, training, capital equipment during COVID was not -- this doesn't work real well. And so we're starting to see that build some momentum as hospitals are getting used to manage COVID and are anxious for a device that would reduce the risk of infection. So we think in a COVID world, difficult to open centers but the desire for EXALT-D is probably enhanced. And the NTAP provides certainly some tailwinds that we didn't have before as we look at '21.

So we still think it will be a multibillion-dollar market opportunity with the duodenoscope, plus all the bronchoscope and the surgical scope and all the other stuff we have in play. And so all those R&D

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

programs are being run as they were pre COVID levels. We've actually increased the R&D in acceleration of our bronchoscope. So we'll hopefully see some impact of that product in '21 as well.

But we're very comfortable with the technology that we have with our duodenoscope, the experience that our team has in launching programs like this. It's the biggest growth priority within our endo business, which is an incredibly strong business with a strong share. So I think all those things help it. It's just we went -- we had a step back with COVID, and now we're starting to come out of that.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. Our -- before we moved over to Asia, you made some pretty bullish statements at the Analyst Day about this product. Can this be a $200 million kind of product in a couple of years?

**Michael F. Mahoney**
*Chairman, President & CEO*

It has the opportunity to. We've lost all these 4 to 6 months with COVID, but the TAM hasn't changed. I think the desire for a duodenoscope, which is a complex procedure, to reduce the risk of infection is probably enhanced, and we have additional tailwinds with NTAP.

So the opportunity hasn't changed. There's a competitor there, which I think is always healthy in terms of the cadence and the spirit of our team. And it's a significant growth opportunity for endo.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. We're a couple of minutes over. But Mike and Dan, thanks so much for being here today, and I appreciate you taking the time. Enjoy your meetings. And I'm sure we'll be talking soon.

**Michael F. Mahoney**
*Chairman, President & CEO*

Great to see you.

**Daniel J. Brennan**
*Executive VP & CFO*

Thanks, David.

**Michael F. Mahoney**
*Chairman, President & CEO*

We like that background you have, by the way.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Well, I thought -- I just found it in the office, but I -- that shows you how important I am to Morgan Stanley.

All right, guys. Be well. Thank you.

**Michael F. Mahoney**
*Chairman, President & CEO*

See you later.

**Daniel J. Brennan**
*Executive VP & CFO*
Thank you.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.