# Tab 42

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX
# Special Call
## Tuesday, November 17, 2020 1:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ..................................................................... 3

Presentation ..................................................................... 4

Question and Answer ..................................................................... 6

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Daniel J. Brennan**
*Executive VP & CFO*

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

**Michael F. Mahoney**
*Chairman, President & CEO*

**Susan Vissers Lisa**
*Vice President of Investor Relations*

## ANALYSTS

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

**David Ryan Lewis**
*Morgan Stanley, Research Division*

**Joanne Karen Wuensch**
*Citigroup Inc., Research Division*

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

**Matthew Charles Taylor**
*UBS Investment Bank, Research Division*

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

**Robert Justin Marcus**
*JPMorgan Chase & Co, Research Division*

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day and welcome to the Boston Scientific Investor Update. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Susan Lisa, Vice President, Investor Relations. Please go ahead.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thank you, Andrew. Good morning, everyone, and thanks for joining us. With me on today's call are Mike Mahoney, Chairman and Chief Executive Officer; Dan Brennan, Executive Vice President and Chief Financial Officer; Dr. Ian Meredith, Global Chief Medical Officer; and Joe Fitzgerald, Executive President -- Executive Vice President and President, Interventional Cardiology. We issued a press release earlier this morning announcing the voluntary recall and product discontinuation of the LOTUS Edge aortic valve system and will spend the duration of this morning's call discussing our decision.

Before we begin, I'd like to remind everyone that on the call, operational revenue excludes the impact of foreign currency fluctuations, and organic revenue further excludes the impact of certain acquisitions, including BTG through August 15 as there are no prior period related net sales as well as the divestiture of the global embolic microspheres portfolio and the intrauterine health franchise. On this call, all references to sales and revenue, unless otherwise specified, are organic.

Of note, this call contains forward-looking statements within the meaning of federal securities laws, which may be identified by words like anticipate, expect, believe, estimate and other similar words. They include, among other things, the impact of the COVID-19 pandemic upon the company's operations and financial results; statements about our growth and market share; new product approvals and launches; clinical trials; cost savings and growth opportunities; our cash flow and expected use; our financial performance, including sales, margins and earnings; as well as our tax rates, R&D spend and other expenses.

Factors that may cause such differences include those described in the Risk Factors section of our most recent 10-K and subsequent 10-Qs filed with the SEC. These statements speak only as of today's date, and we can disclaim any intention or obligation to update them.

At this point, I'll turn it over to Mike for his comments. Mike?

**Michael F. Mahoney**
*Chairman, President & CEO*

Thanks, Susie. Good morning, everyone, and thanks for joining us on short notice. Earlier today, we announced the initiation of a global voluntary recall of all unused inventory of the LOTUS Edge aortic valve system due to complex fees associated with the product delivery system. Importantly, the voluntary recall is related solely to the delivery system and not the valve. The valve continues to achieve positive clinical performance post implant, and there is no safety issue for patients who currently have one implanted.

The complexity of the LOTUS Edge delivery system has resulted in the valve's current niche role in the market despite our commercial efforts. Given the additional product development work required to reintroduce an enhanced delivery system to the market and reduce the training and case support necessary to scale clinical use and ensure competitiveness, we've made the difficult decision to retire the entire LOTUS platform immediately.

While we are confident in the differentiated benefits of the LOTUS Edge valve and its positive clinical outcomes, we've determined that it's not prudent to sustain the level of investment required for delivery system change and the increasing burden of training and case support requirements. In addition, we faced increases in both manufacturing complexity and the investment required for clinical scalability, which

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

has led us to decide to stop all investments, including all commercial, clinical, R&D and manufacturing activities on the LOTUS product platform.

After much analysis and careful consideration, we've determined that we can better serve patients by prioritizing and focusing our financial and employee resources on one-valve platform, the ACURATE neo2 system. ACURATE neo2 offers customers ease of use, low rates of PVL, best-in-class pacemaker rates and exceptional hemodynamics. It also features a much more flexible and straightforward manufacturing profile than LOTUS Edge both today and longer term. We're very encouraged by our ongoing launch in Europe and confident that this platform that will best serve patients, customers and shareholders over the long term.

We are as committed as ever to growing our structural heart valve footprint, including ACURATE neo2, SENTINEL, Safari Guidewire and early-stage mitral Millipede program. And we're making these difficult but necessary decisions now so that we can place greater emphasis upon this portfolio and ensure strong execution moving forward.

In addition, our structural heart franchise has, as its core foundation, the market-leading WATCHMAN FLX device. We estimate the left atrial appendage closure market will represent a $1.5 billion opportunity in 2024 and over $3 billion by 2026 and beyond given the ability of WATCHMAN FLX to reduce the risk of stroke and discontinue lifelong oral anticoagulant therapy for over 33 million atrial fibrillation patients worldwide. We continue to advance our core LAAC technology as FLX uniquely offers the ability to reposition and retrieve the device as well as our body of clinical evidence and the currently enrolling OPTION in CHAMPION AF studies. OPTION seeks to expand indication for WATCHMAN FLX in the post-AFib ablation patients, while CHAMPION AF will expand into lower bleeding risk patients.

Beyond structural heart, we made important growth drivers across each of our business units with a robust cadence of new product launches across the portfolio, such as RANGER DCB, EXALT-D and B, POLARx, ACURATE neo2, WaveWriter Alpha, Vercise Genus and LUX-Dx. We also have important recent reimbursement wins in key areas of the portfolio, including EXALT-D, Eluvia and EKOS.

Our pipeline in 2021 and beyond also positions us well in high-growth markets with new adjacencies with category-leading portfolios that offer us access, partnership and expansion of our customer reach.

Financially, this decision is expected to result in estimated total pretax GAAP charges of approximately $225 million to $300 million due to inventory, fixed intangible assets and certain other exit charges. Approximately $100 million to $150 million of these charges will impact the company's adjusted results. The vast majority of these charges will be recorded during the fourth quarter of 2020.

The LOTUS decision is expected to be accretive to GAAP and adjusted earnings per share in 2021 by approximately $0.01 to $0.02 and neutral to EPS thereafter. Importantly, this decision gives us the ability for greater commercial, clinical and development emphasis upon the other aspects of the IC portfolio, including ACURATE neo2, SENTINEL, our Millipede mitral program and our suite of complex PCI products as well as other areas. This has been a challenging decision, and we're confident that we can better serve patients by prioritizing and focusing our financial, employee resources on one valve platform, the ACURATE neo2 system, as well as the multiple high-growth opportunities across the broader Boston Scientific portfolio. We remain highly confident in our ability to grow at the high end of our peer group, improve operating margins, deliver double-digit EPS growth and strong free cash flow.
I'll be joined by Dr. Meredith, Joe and Dan and I, and we're happy to take any of your questions.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] The first question comes from Bob Hopkins of Bank of America.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Two quick questions, and I'll just state them upfront. First, to level set, I had modeled about $150 million of LOTUS Edge sales for 2021. Is that ballpark where you guys were thinking before this as well?

And then the second question, just to get it out there, is that I hear you that it's accretive to earnings for next year, but -- by a little bit. But one potential concern is that with no U.S. TAVR program until 2024, you have a less attractive interventional cardiology portfolio overall relative to your peers. And so wouldn't it make sense in your view to maybe temper expectations around the interventional cardiology growth opportunity until you're back in the TAVR market in 2024?

**Daniel J. Brennan**
*Executive VP & CFO*

Sure, Bob. Why don't I take the first one and just give you the raw numbers. So in 2019, LOTUS was approximately $60 million in revenue. In 2020, it's on track for approximately $75 million in revenue. And in 2021, our expectations were $125 million in revenue.

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. And so just a broader cardiology question, and maybe Joe can also pipe in. So Dan just gave you the numbers for 2020 estimates. $75 million and $125 million is our AOP target for 2021. And so broadly, in cardiology, you've got basically 3 businesses here, the largest being our coronary business, which is really led by our complex coronary business, which is growing, essentially accretive to Boston Scientific's overall profile. And it's becoming a larger part of the business. It's our largest business in Asia Pac as DES continues to get smaller across the company.

Bob, you're also obviously aware of the WATCHMAN program, and that continues to exceed expectations in 2020. We've got big plans for that in 2021 and beyond. And clearly, in TAVR, we have a hole in the U.S. We'll do everything possible, Joe and the team, to enroll the -- and our clinical team to enroll the ACURATE study in the U.S., and we're launching that platform now.

So we clearly would rather have a TAVR platform right now in the U.S., but we think this is the right decision based on the script that I just read you. And we have a lot of confidence that we can really now resource properly and effectively the ACURATE neo2 program as well as other opportunities in complex coronary. And also, just improve the focus on other areas at BSC that are very exciting in terms of our growth profile. So we'd rather have a TAVR valve in the U.S., but we think this is the best long-term decision for the company.

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Yes, Mike. And I would add, we showed a lot of the things that are coming at our TCT call on the complex PCI front. We've still got launches coming on the DES front. We talked about our imaging growth platform, and you've already mentioned it, we are very bullish on WATCHMAN FLX. We're, call it, 4 or 5 months into that launch right now, and we told you some of the statistics and some of the KPIs that we were looking at, and those all continue to trend.

So I think it's just refocusing the group on our growth priorities that we have, which are many, across our interventional cardiology group. We will maintain a structural heart sales force to drive SENTINEL, our accessories, our Safari wire. And I think this allows us to, again, challenge ourselves on the ACURATE neo2

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

timing in the U.S., i.e., the IDE enrollment being the primary driver in terms of determining the timing on that as well.

**Operator**

The next question comes from David Lewis of Morgan Stanley.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Just a couple for me. I want to just stick with growth here, Mike, for a second. I think for the last couple of years, the company has talked about the 6% to 9% profile. And I think right or wrong, there's been a view that WATCHMAN and TAVR, you get you to the high end of that plan. Some people, I think, initially thought it could get you sort of over that plan. And on the facts, I think TAVR is worth or LOTUS itself is worth a little over a point of growth, a point, a point a quarter, so you still could sort of be in that range.

But given investors are so focused on those 2 platforms and the view that got you to the higher end of the range, how should investors sort of now think about it? Is it as simple as just saying, it's 6% to 9%, we take out a point and we're still within that range? How can you sort of convince people that the upper half of that 6% to 9% is sort of still on the table if you have this sort of issue in the TAVR program? And then I have a couple of follow-ups.

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. Yes. If you put your world where there's no COVID and you take away all the comp challenges because, obviously, we're going to have very easy comps in 2020. And then -- so if you neutralize for that, the 6% to 9% company that we said before, we would take 1 basis point off the high end to 6% to 8%.

If you look at LOTUS, it kind of contributes about 50 to 60 basis points of growth. And we also talked about the delays with our ACURATE neo2 platform. So on a combined basis there, we would clip off 1 point at the high end, which would take us to 6% to 8%. And we feel like there's many other growth accelerators across the company with the new product launches.

So going forward, if you were to model the BSX ex COVID impact, we would call it the 6% to 8% versus the 6% to 9% based on the 2 movements in the structural heart category.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

Okay. Very helpful. And Mike, other question is far more strategic. And I think when the company made a decision to have a 2-valve platform, a lot of investors questioned about what that said for LOTUS. So there's been a series of issues around sort of LOTUS and, to a lesser extent, ACURATE, seemingly one after another.

So I guess I wonder, just in your mind, if you think back, what are some of the key learnings about the decisions that were made around LOTUS? And what would you say to investors to convince them this is very isolated to just a bad chapter with a bad product or a challenging product and it's not really related to the strategic thinking or there's no other issues in the core portfolios where these learnings, right, they could bleed into other parts of the business or other products?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. I think if you look at the other parts of the business, they're doing -- ex COVID, we had strong improvement, as you know, in third quarter. Other businesses are really growing fast in their peer growth, if you look at our Endo business, our Uro business, the strength of the PI business, the Neuromod business, and really, everything within cardiology except TAVR. So the rest of the business is performing extremely well. And we have struggled with TAVR, with the LOTUS platform, for a number of years and

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

now making a decision going forward that the best use of our resources is to focus on ACURATE and complex PCI.

So the other parts of the business are executing extremely well. It gives us confidence in that 6% to 8% level. And I think although this is a difficult decision and we'll work with the physician community, we think this allows us to really enable us to focus our resources in cardiology to the best growth areas to get them back to the growth levels that we want.

So the LOTUS chapter has been a difficult one for the company. In terms of learnings, the biggest learning, I would say, overall is just the complexity of the manufacturing process with this delivery system. So the delivery system itself brings some very unique benefits to doctors in terms of its repositioning. But the ability for us to enhance this product in a profitable way for the future to be competitive just wasn't feasible. So rather than continuing to try to do that and dilute other company resources, we felt it's best to kind of cut bait now and really focus on other areas of the portfolio.

So I think LOTUS is really a -- kind of a separate challenge for the company, and we look forward to moving on beyond it. But the rest of the business, all of the BUs in our product life cycle and cadence of pipeline approvals is pretty strong.

**David Ryan Lewis**
*Morgan Stanley, Research Division*

And Mike, it doesn't change the way you think about ACURATE and the rollout of ACURATE over time in the U.S.?

**Michael F. Mahoney**
*Chairman, President & CEO*

No. I think, if anything, it just allows our team -- that's the challenge with the dual valve portfolio is we had quite a bit of resources on both platforms. And so with ACURATE, with the performance we're seeing and the enhancements with neo2 with the PVL, and Dr. Meredith can comment on it or Joe, we're very excited about that platform. It's a platform that can be -- the simplicity of manufacturing is significantly easier and more repeatable than LOTUS and has excellent valve characteristics, and we have our next-gen neo2, which we believe will improve the PVL, which has been so far the Achilles' heel, I would say, the only Achilles' heel of ACURATE neo2.

So we're excited to launch that in Europe. That will allow us to focus our R&D and manufacturing efforts just on one platform and kind of pull any overhang in terms of having a dual valve platform in terms of internal resources.

**Operator**

The next question comes from Matt Taylor of UBS.

**Matthew Charles Taylor**
*UBS Investment Bank, Research Division*

So I guess I wanted to ask 2 things about neo2. The first is, could this allow you any flexibility to pull forward that recent time line that you gave for approval in '24 if you could focus more resources on it? And then secondly, you gave us the numbers for LOTUS. Could you just level set and give us your expectation for neo2 in the historical so we can understand how that match our models?

**Michael F. Mahoney**
*Chairman, President & CEO*

Joe, you want to comment on the first one?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. So obviously -- and it's not just the clinical trial enrollment that we're focused on, on neo2. So I think a couple of things are going to happen as a result of this decision. It will allow us -- because, for instance, in the U.S., we have both the REPRISE IV study and an ACURATE neo2 IDE. So this decision will put more resources on the enrollment of that IDE, for sure.

Second part, on the product development, I don't want to underestimate the impact of going from supporting 2 valves to just getting after things like ACURATE neo2 Prime XL. That program has been ongoing, and this will allow us to throw more people, more dollars, more effort into that. As well, it allows us -- when we think about true next-generation products beyond neo2, it allows us, because we won't be chasing 2 valve platforms, to have more resources and more focused on that.

I think in terms of framing up the second part of your question, we talked about what experience we have with LOTUS in the United States. I think we needed to get that experience, that first year of commercialization with LOTUS Edge. But truth be told, the Europe team -- actually, in calendar year '20, we will sell more ACURATE and ACURATE neo2 in Europe than we did LOTUS globally.

So I think that kind of speaks to the customer reception and the ease of execution in Europe where we're primarily focused on ACURATE and ACURATE neo2. So we are convinced and have been convinced of the workhorse capability and the share-taking capability of ACURATE neo2 globally.

**Daniel J. Brennan**
*Executive VP & CFO*

And so, Matt, we won't give the exact numbers on that, but I think Joe answered that relative to neo2, the European neo2 outsold LOTUS globally in 2020.

**Matthew Charles Taylor**
*UBS Investment Bank, Research Division*

Yes. Dan, that was helpful. Maybe just one follow-up. So with neo2 now being the primary valve -- in the past, you've talked about the importance of a 2-valve strategy. I can understand the change here. Would you ever think about going after another valve? Or do you think you're set on sticking with neo2? And maybe just talk about your confidence in it in light of the recent SCOPE results.

**Michael F. Mahoney**
*Chairman, President & CEO*

Joe, will you handle that one?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Yes. So I think Mike hit on it. Across all of the design characteristics of neo2 and ACURATE, the original platform, there's a ton to like: pacemaker rates, access to -- coronary simplicity of use, ease of use. And if there is an Achilles' heel, I don't like that term, but it's the PVL rate that we've seen with the ACURATE version 1. And we know that was the primary design element to neo2, and I'll let Dr. Meredith weigh in, but we think ACURATE neo2 will have best-in-class PVL rates. And maybe, Ian, you can comment on that as well.

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

Thanks, Joe, and thanks for the question. I fully support what you've just said with respect to ACURATE neo2. As you know, the ACURATE neo2 has 60% larger skirt. And in previous study that we performed with core lab adjudication, we saw that the PVL rates were consistent with best-in-class valves today with a 3% rate at 30 days and a moderate to severe PVL at 30 days and 2.5% at 1 year. So substantially better than the results that we saw with ACURATE neo, the original platform in the SCOPE trials.

We feel that the results in the SCOPE 1 and SCOPE 2 trials are accounted for by the PVL. And this has been addressed with the largest skirt. And in combination with all the other points that Joe mentioned, the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

rapid, efficient, simple deployment, the low pacemaker rate, in fact, best-in-class pacemaker rate, super expanding -- super annular valves, self-expanding valves and the excellent hemodynamics, so all point to the possibility of very good outcomes in the U.S. ACURATE IDE. So we are confident that this could fulfill the workforce capability.

**Operator**

The next question comes from Robbie Marcus of JPMorgan.

**Robert Justin Marcus**
*JPMorgan Chase & Co, Research Division*

I was hoping you could walk us through the impacts down the P&L of how this will impact or benefit you. Where were you in terms of profitability on the LOTUS Edge program? When did you expect it to happen? And how should we think about the different P&L metrics as we pull this out of the model?

**Daniel J. Brennan**
*Executive VP & CFO*

Sure, Robbie. And I think Mike gave the overall net, which is the $0.01 to $0.02 for 2021, so bottom line net. As we talked about for a long time, LOTUS has dilutive gross margins to the overall Boston Scientific profile. And we also had, as you've heard today as well relative to R&D and manufacturing, just long-term challenges around the manufacturing of the delivery system and a lot of R&D to go with that.

So that $0.01 to $0.02 that you see is in 2021. At the bottom line, EPS is a net of all the different elements of what was LOTUS. I'm not going to give you the specific numbers on LOTUS as you go through that, but it was overall a drag on the bottom line for the company.

**Robert Justin Marcus**
*JPMorgan Chase & Co, Research Division*

And Dan, I imagine you're not pulling all the R&D dollars out of the business that were associated with LOTUS. Where are they going to be reallocated? And how should we think about the shift in priority here of where those dollars were going to be spent?

**Daniel J. Brennan**
*Executive VP & CFO*

I think Mike covered that well. Part of it is going to go into complex coronary and focus there. Part of it will go into neo. And then part will go into the robust pipeline and portfolio and the rest of the company, whether it's MedSurg or PI or Neuromod or other areas within the overall pipeline of the company.

**Robert Justin Marcus**
*JPMorgan Chase & Co, Research Division*

So think of it as pull everything out ex R&D, R&D gets reallocated for the most part?

**Daniel J. Brennan**
*Executive VP & CFO*

I think that's the goal, is to take the R&D that we were spending on LOTUS and put it in other high-growth, highly differentiated platforms across the company.

**Operator**

Next question comes from Danielle Antalffy of SVB Leerink.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Just a follow-up, if I could, on Bob's question. And I guess this is less about the portfolio itself but sort of more about the Boston Scientific brand and the strength of that brand and preventing this from sort of

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

frustrating customers across the brand and the product portfolio and interventional cardiology. Could you talk about that a little bit?

**Michael F. Mahoney**
*Chairman, President & CEO*

Sure. So we have -- I mean I'll touch on it first, Joe, then you can. So first of all, across Boston Scientific, there's many divisions, and we're talking about interventional cardiology here. So we don't see this having any impact really across our -- call it, our EP customers, our neuro, our pain physicians, our endo customers, our uro customers and so forth. So isolated to interventional cardiology, and Joe can comment further.

We don't see a halo impact on our coronary business. With our complex coronary business, the larger of the 2, we have very unique product platforms. We're really the leader in complex coronary and calcium, and we have a strong pipeline behind that. So we don't see an issue there, and most customers really are doing RFPs and so forth on product-specific or category areas. So we don't see a halo impact on coronary.

And also WATCHMAN is just doing extremely well. WATCHMAN is used by both EP physicians and interventional cardiologists. Those physicians are choosing the best possible product to treat that disease or treat AFib with patients who have high risk of stroke. And so we don't really see a concern in terms of a sales negative on either one of those platforms. And I think if anything else, it does allow us -- that team to really focus in on ACURATE neo2 and put the appropriate R&D investments across that IC portfolio. But I see that this decision not impacting the other businesses that we compete in given the call point and the focus here of our products.

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

I would just add to that, Danielle, that when you look at it, we do run the business as 3 franchises: structured heart valves, coronary therapies and WATCHMAN. And there's probably less crosstalk and less cross-contracting. When you think about valves into coronary therapies, virtually none. So I think the brand impact on those other franchises will be minimal.

And then, obviously, with our structural heart KOLs, we've got some work to do. We're maintaining that sales force in the U.S. to sell cerebral protection, so for our guidewires to run our IDE in the United States on ACURATE neo2. And I, for one, think that this will allow us in Europe to go faster and deeper focusing that team down on a one-valve strategy, that being ACURATE neo2.

**Danielle Joy Antalffy**
*SVB Leerink LLC, Research Division*

Got it. That makes sense. And can I just ask one quick follow-up, and I apologize if I missed it. The U.S. LOTUS sales force, are they being redeployed? Or what's happening with them?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Yes. Let me take that one. I mentioned before, we will maintain a structural heart valve sales force in the United States. It will be smaller without a LOTUS marketed product. But we need that to drive our market leadership in the therapy and cerebral protection. And we're going to need that in the future when we go to launch ACURATE neo2, and we need them now because some of them are involved in the IDE from a field clinical support standpoint. And we also will take the opportunity for those that are displaced to move them into growth areas like WATCHMAN and complex PCI calcium management.

**Operator**

Next question comes from Larry Biegelsen of Wells Fargo.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

First, at neo2, when will you guys be able to disclose the U.S. pivotal trial design or the updated design? And how much of the LOTUS sales in Europe do you think you can capture with neo2? And I had one follow-up question.

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

So we're working with the FDA, Larry, on the final design of the -- revised design of the U.S. pivotal trial. Joe, you want to...

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Yes. And Larry, I would say probably not before our Q4 call or our Q1 call, somewhere in that time frame, we should be able to have a definitive answer to that question. Right now, with everything we know, I think there's no reason to move that 2024 date. But if there's an update, it will come probably in Q1 -- during our Q1 call.

On Lotus sales, it's a good question in Europe. And I think if you look -- and I won't give away the exact numbers, but when you look at the ratio of LOTUS sales to ACURATE sales, the vast majority of our sales in Europe are ACURATE or ACURATE neo2 here in the past few months. The segments -- not getting too complex, but there are 2 distinct segments in valves, and that's super annular or intra-annular. So it's a hard question to answer. I'm not going to try to guess at it in terms of what percentage of the LOTUS volume we have that we can capture with neo2.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

And just for my follow-up, Dan, I'll take a shot here at a broader question to see if you can answer. But with the spike in cases, how do you feel about growing sales in Q4 year-over-year? And '21 consensus numbers, any reaction kind of minus LOTUS? If you're willing to give anything on this call, obviously, we'll take it. If not, I understand.

**Daniel J. Brennan**
*Executive VP & CFO*

Yes. I think broadly speaking, Mike talked about the impact overall to that 6% to 9% mantra that we had, which you could think of as 6% to 8% in a non-COVID world, 6% to 8% revenue growth. I think relative to Q4, we'll see where the cases and the spikes go. That could make it more challenging to grow in the fourth quarter. We'll have to see how the last part of November and December go. But that's probably a fair point there. And relative to other 2021 guidance, we'll hold that. Assuming the conditions are favorable for it, our goal is to give that on our call in February, Q4 call.

**Operator**

The next question comes from Chris Pasquale of Guggenheim.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

Can you clarify whether this decision was driven primarily by manufacturing challenges and your ability to make the delivery system? Or was it pushback from customers who found it too complex to deploy? I just want to understand, is this in any way related to the pin release problem which drove the issues back in 2017?

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

Yes. So to answer the second question first, no, it's not related to the pin release system that led to the recall previously. And to answer the first question, yes, there is a perception that the delivery system is indeed complex because there are moving parts to the valve and the delivery system until the valve

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

is actually locked. And this requires physicians to follow a step-by-step process to allow the valve to be deployed and deployed effectively and safely. This perception means that the valve is seen as more complex that required training and a significant case oversight.

So to overcome that, we have been looking at design enhancements to the delivery system that might simplify the training burden and the case oversight burden. And those enhancements are not forthcoming, and thus scaling to more commercially was going to be difficult without a design enhancement that would reduce the burden of training, education and clinical case oversight.

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Yes. Chris, I would add to that. This is Joe. I would add to that, that comprehensively, the manufacturing challenges, the clinical support challenges, the repeatability, the scalability, the overall COGS profile, all of those kind of went into this. And when you -- when we pull all of that together and then you say, okay, after this voluntary recall, the unknowns on the timing, the complexity and how do we reenter the market, you throw all of that together, and that really made the decision clear.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

That's helpful. And then can you just speak to the timing of the decision between TCT and the 3Q call, we've spoken a couple of times in the last month? Was there some event that occurred that caused you guys to make this decision now?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

I can take that, Mike, if you want me to.

**Michael F. Mahoney**
*Chairman, President & CEO*

Please.

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

So I think -- I'll put it in this perspective. So we just rounded the corner right at around TCT of a 1-year anniversary of launching in the U.S. We're going through our annual operating plan process, and we're really challenging -- we're trying to figure out what's our global number, what's our U.S. number. And we're -- we have done a really good job of training and retraining around the complexities of the delivery system. But we came to the conclusion that to scale this, to go from sub-100 accounts today in the United States to hundreds of accounts, right, we really were going to struggle in replicating that deep technical, clinical support as we scale cases and go 2, 3, 4, 5x without a design enhancement.

So I think it was the proper thing for us to do to really be our own worst critics after the first full year of having LOTUS Edge on the market and commercialized in the U.S. And it became very apparent that without a design enhancement, that our program wasn't scalable and that LOTUS would ultimately remain as a niche device in a pretty expensive space to operate. So let me pull up there, Chris. Maybe that was -- that's not it.

**Operator**

The next question comes from Joanne Wuensch of Citibank.

**Joanne Karen Wuensch**
*Citigroup Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I have 2 quick ones. Gross margins, are you able to share with us what that metric is or was on LOTUS? And do you think in any way this will impact your physician relationships, either for current products or when ACURATE neo comes to the U.S. market?

**Daniel J. Brennan**
*Executive VP & CFO*

Joanne, I can take the first one. Yes, we're not going to quantify the specifics, but we have said that for years here on LOTUS that the overall gross margin is very dilutive to the overall Boston Scientific margin. And parenthetically, neo2 is actually kind of at company margins. So that's another good reason for neo2 in the future.

**Michael F. Mahoney**
*Chairman, President & CEO*

Yes. I'd say it was significantly dilutive to gross margin, LOTUS. So Joe, do you want to touch on the physician relationship question?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Yes. I talked about this in answering one of the earlier questions, right? I think it has very minimal impact in our coronary therapies and in our WATCHMAN franchise. We will and we have plans on how to communicate and how to kind of put our arms around the structural heart valve implanters. I think in Europe, that really allows them to more focus on the potential of ACURATE neo2. In the U.S., obviously, this puts a gap in our relationships for actual valve implantation between this decision today and whenever we can get ACURATE neo2.

But I do like the fact that we're -- if you take a look and you say, well, look at our SENTINEL business and our push as the market leader on cerebral protection, the vast majority of those, the uses of SENTINEL actually occur in non-LOTUS cases. So I think the ability with our Safari Guidewire, with our offense on SENTINEL, I think it really allows us to stay in the game with the TAVR implanting positions. Obviously, I'd like to be there with the valve and all that other stuff. But we'll get there with neo2, and we'll use those 2 key accessory products as a way to maintain those relationships.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Andrew, we'll take one final question, please.

**Operator**

And that question comes from Vijay Kumar of Evercore ISI.

**Vijay Muniyappa Kumar**
*Evercore ISI Institutional Equities, Research Division*

I guess 2 related questions, I'll roll them into one. On the ACURATE neo2, the 2024 launch timing, is that for high risk? Or is there perhaps -- we could see a trial design inclusive of high risk and intermediate risk patients? And the reason I ask is by 2024, your competition will have all the risk classes, perhaps moderate and asymptomatic. If you come in with a valve, with a very niche labeling, how does that impact adoption? And is there a place for Boston to play in this market?

**Ian T. Meredith**
*Executive VP & Global Chief Medical Officer*

Well, perhaps the short answer, Vijay, is that the current U.S. ACURATE IDE trial already includes intermediate risk patients, and any redesign that we discussed before, we'll announce going forward. But we already have intermediate, high and extreme risk patients in that design, and we are looking at options to lower risk.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

All right. With that, we'd like to conclude the call. Thanks for joining us today, and we appreciate your interest in Boston Scientific. Andrew, please give all the details for the replay.

**Operator**
Thank you. Please note, the recording will be available 1 hour -- in 1 hour by dialing either 1 (877) 344-7529 or 1 (412) 317-0088 using access code 101500400, again, 101500400 until November 24, 2020, at 11:59 p.m. Eastern time. The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.