# Tab 48



FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 23 MM

510(k)[7] DeNovo[8] Registration & Listing[9] | Adverse Events[10] | Recalls[11] PMA[12] HDE[13] Classification[14] Standards[15]

CFR Title 21[16] Radiation-Emitting Products[17] X-Ray Assembler[18] Medsun Reports[19] CLIA[20] TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 23 MM**

Back to Search Results

**Model Number** 10394
**Device Problems** Entrapment of Device (1212); Malposition of Device (2616); Difficult to Advance (2920); Device Dislodged or Dislocated (2923); Material Twisted/Bent (2981); Adverse Event Without Identified Device or Use Problem (2993)
**Patient Problems** Stroke/CVA (1770); Death (1802)
**Event Date** 08/20/2019
**Event Type** Death
**Event Description**

It was reported that the lotus edge valve post was jammed, the valve embolized and the patient died. Implant summary: vascular access was obtained via the right femoral artery. The patient experienced two episodes of tachycardia which were resolved by cardioversion before insertion of the 23mm lotus edge valve system. Due to a severe bend in the very tortuous gothic aortic arch two separate pigtail catheters with extra stiff wires were required to straighten the anatomy. The 23mm lotus edge valve system was advanced to the homograft aorta. A lot of manipulation was needed for the lotus edge valve system to cross the aortic annulus into position for implant. During deployment there were no issues unsheathing the valve. The valve was locked and unlocked successfully and repositioned to adjust the depth in accordance with the dfu. However, during another attempt at locking one of the three delivery system posts was twisted and jammed. The physicians' attempted to sheath and unsheath the valve, the push-pull technique and torquing the outer sheath to try and resolve the jammed post but were not successful. Due to the patient's instability it was decided to leave the lotus edge valve inside the patient and prepare a 23mm non-boston scientific (bsc) valve. However during the release maneuver of the lotus edge valve the jammed post did not release from the delivery system. The patient was sent for open heart surgery where the jammed post was cut. This allowed the lotus edge delivery system to be removed transfemorally with the lotus edge valve still inside the patient. The team then implanted the 23mm non-bsc valve inside the lotus edge valve in a valve-in-valve (viv) technique via an open heart trans aortic approach. During implant of the non bsc valve the implant balloon ruptured, but the implant seemed acceptable. After closing the aortic arch, the x ray showed both the lotus edge valve and the non bsc valve had embolized to the aorta. The aortic arch was opened again and the lotus edge valve and the non bsc valve were surgically removed. A second 23mm non bsc valve was implanted in an open heart surgical approach. Final angiogram showed moderate paravalvular leak, but a stable valve. The patient was stable and the patients chest was surgically closed. Post procedure summary: the patient was kept in an induced coma with the intent to be removed from sedation two days later. It was later reported that the patient died. The cause of death was reported to be related to post-procedural stroke.

**Search Alerts/Recalls**[22]

New Search | Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE SYSTEM
**Type of Device** LOTUS EDGE TM VALVE SYSTEM 23 MM
**Manufacturer *(Section D)*** BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer *(Section G)*** BOSTON SCIENTIFIC CORPORATION
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson

Two Scimed Place
Maple Grove, MN 55311
7634942574

**MDR Report Key**9078635
**MDR Text Key**158884098
**Report Number**2134265-2019-10322
**Device Sequence Number**1
**Product Code**NPT 24
**Combination Product (Y/N)**N
**Reporter Country Code**SW
**Number of Events Reported**1
**Summary Report (Y/N)**N
**Report Source**Manufacturer
**Source Type**COMPANY REPRESENTATIVE,FOREIG
**Reporter Occupation**
**Type of Report**Initial,Followup,Followup
**Report Date**11/22/2019
*1* **Device Was Involved in the Event**
*1* **Patient Was Involved in the Event**
**Date FDA Received**09/17/2019
**Is This An Adverse Event Report?**Yes
**Is This A Product Problem Report?**Yes
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**11/21/2019
**Device MODEL Number**10394
**Device Catalogue Number**10394
**Device LOT Number**0023361919
**Was Device Available For Evaluation?**Device Returned To Manufacturer
**Date Returned to Manufacturer**09/06/2019
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**11/01/2019
**Was Device Evaluated By Manufacturer?**Yes
**Date Device Manufactured**02/18/2019
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**No
**Type of Device Usage**Initial

**Patient TREATMENT DATA**
**Date Received: 09/17/2019 Patient Sequence Number: 1**

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

 U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 5 of 65

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 6 of 65



FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 27 MM

510(k)[7] | DeNovo[8] | Registration & Listing[9] | Adverse Events[10] | Recalls[11] | PMA[12] | HDE[13] | Classification[14] | Standards[15]

CFR Title 21[16] | Radiation-Emitting Products[17] | X-Ray Assembler[18] | Medsun Reports[19] | CLIA[20] | TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 27 MM**

Back to Search Results

**Model Number** 10418

**Device Problems** Break (1069); Entrapment of Device (1212); Mechanical Problem (1384); Activation, Positioning or SeparationProblem (2906); Material Twisted/Bent (2981); Positioning Problem (3009)

**Patient Problem** No Consequences Or Impact To Patient (2199)

**Event Date** 10/03/2019

**Event Type** Malfunction

**Event Description**

(b)(6) study. It was reported that the valve post was jammed. Prior to the index procedure, heparin or other anticoagulant was given and the subject was on a prior regimen of aspirin at the time of index procedure. A lotus introducer sheath was placed and then the 26. 6 mm, minimally calcified native aortic valve was attempted to be treated with 27mm lotus edge valve (24248122). The lotus edge valve (24248122) was initially placed too high and unsheathing was asymmetrical. The valve was partially resheathed and repositioned in accordance with the directions for use (dfu). During unsheathing, the valve again appeared to be asymmetrical. While attempting to lock the valve, it was noted that the right coronary cusp (rcc) post was twisted and jammed. A partial resheath was attempted to help mitigate the twisted post. The post remained twisted and the lotus edge valve (24248122) valve was unable to be locked. The valve was forcefully resheathed and successfully removed from the patient. The lotus edge valve (24248122) was exchanged for a second 27mm lotus edge valve (24248123). There was correct positioning of a second 27mm lotus edge valve (24248123) into the proper anatomical location. Electrocardiogram (ecg) post index procedure revealed left bundle branch block with qrs duration of 174 milliseconds. Electrophysiology study revealed hv interval of 81 milliseconds and a non-bsc pacemaker insertion for backup right ventricular (rv) pacing in case of complete heart block was recommended. One (1) days post index procedure, a single chamber pacemaker was implanted and during the procedure, subject was noted to be in complete heart block. At this point, temporary transvenous pacemaker was placed. Four (4) days post index procedure, ecg revealed sinus rhythm with complete heart block and wide qrs rhythm and rbbb and left posterior fascicular block. The subject continued to be in complete heart block, hence biventricular pacemaker was recommended. A biventricular pacemaker was implanted. The event was considered to be resolved. Five (5) days post index procedure, the subject was discharged on aspirin.

**Search Alerts/Recalls**[22]

New Search | Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE SYSTEM
**Type of Device** LOTUS EDGE TM VALVE SYSTEM 27 MM
**Manufacturer** *(Section D)* BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer** *(Section G)* BOSTON SCIENTIFIC CORPORATION
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson
Two Scimed Place
Maple Grove, MN 55311
7634942574
**MDR Report Key** 9252105

**MDR Text Key**165252052
**Report Number**2134265-2019-13132
**Device Sequence Number**1
**Product Code**NPT [24]
**Combination Product (Y/N)**N
**Reporter Country Code**US
**Number of Events Reported**1
**Summary Report (Y/N)**N
**Report Source**Manufacturer
**Source Type**COMPANY REPRESENTATIVE,HEALTH
**Reporter Occupation**
**Type of Report**Initial,Followup
**Report Date**12/06/2019
*1* **Device Was Involved in the Event**
*0* **PatientS WERE Involved in the Event:**
**Date FDA Received**10/29/2019
**Is This An Adverse Event Report?**No
**Is This A Product Problem Report?**Yes
**Device Operator**HEALTH PROFESSIONAL
**Device MODEL Number**10418
**Device Catalogue Number**10418
**Device LOT Number**0024248122
**Was Device Available For Evaluation?**Device Returned To Manufacturer
**Date Returned to Manufacturer**10/18/2019
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**11/15/2019
**Was Device Evaluated By Manufacturer?**Yes
**Date Device Manufactured**08/11/2019
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**
**Type of Device Usage**Initial

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy

 FDA

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

     

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

Case 1:20-cv-12225-ADB   Document 60-7   Filed 07/19/21   Page 9 of 65

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 10 of 65

**FDA**

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE LOTUS EDGE TM VALVE SYSTEM 23 MM



**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE LOTUS EDGE TM VALVE SYSTEM 23 MM**

Back to Search Results

**Model Number** H749LVSUS250
**Device Problems** Entrapment of Device (1212); Mechanical Problem (1384); Difficult to Remove (1528); Use of Device Problem (1670); Material Twisted/Bent (2981); Positioning Problem (3009)
**Patient Problems** Death (1802); Hemorrhage/Bleeding (1888); Perforation of Vessels (2135); Vascular Dissection (3160)
**Event Date** 11/11/2019
**Event Type** Death
**Event Description**

Same case as maude report mw5091072. It was reported that a jammed post, failure to re-sheath the valve, removal difficulty, vessel perforation, major hemorrhage and death occurred. The native aortic annulus was 24. 4mm in perimeter-derived diameter with severe calcification of the leaflets and calcium extending into the left ventricular outflow tract between the non coronary cusp and the right coronary cusp. Right transfemoral access was obtained. A 25mm lotus edge valve was advanced for implantation. During positioning, the lotus edge valve drifted into the ventricle. A partial re-sheath was performed in accordance with the directions for use and the valve was repositioned higher. Deployment was attempted and again the valve drifted deeper than wanted. A second partial re-sheath was performed. Another attempt was made to implant higher. The valve appeared in suitable position. The implanters proceeded to locking phase however, the middle post appeared twisted. The physician tried to recapture the valve to mitigate the twisted post. The valve appearance resembled a trumpet shape. The valve was unable to move and would not re-sheath. The post was jammed in the buckle. Surgery was ruled out for the patient so it was decided to try to lock the valve. Turning and pulling maneuvers were attempted 5-6 times. Eventually, the valve appeared locked with no gaps between the post and buckle. There was no paravalvular leak and the patient hemodynamics were good. Upon release phase 2, the sheathing aids appeared to remain engaged and would not come loose. The physician tugged and pulled aggressively in an attempt to release the valve from the delivery system but the delivery system would not withdraw. Balloon aortic valvuloplasty was performed in an effort to disengage the delivery system but was not successful. Finally with additional maneuvers the physician was able to remove the delivery system. During withdrawal the lotus edge valve came out of aortic annulus still attached to delivery system. The valve and delivery system were pulled around the aortic arch into distal aorta and withdrawn to the iliac artery but could not be collapsed into the introducer sheath for removal. An iliac artery cut down was performed which was converted to surgery. There was a large perforation of the iliac artery; the bleeding could not be stopped. The patient's blood pressure dropped. An aortic excluder and several covered stents were placed. Blood was given. A 26mm non boston scientific valve was implanted. The patient died the next morning. The cause of death was vascular damage.

**Search Alerts/Recalls**[22]

New Search | Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE
**Type of Device** LOTUS EDGE TM VALVE SYSTEM 23 MM
**Manufacturer** *(Section D)* BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer** *(Section G)* BOSTON SCIENTIFIC CORPORATION
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 11 of 65

Two Scimed Place
Maple Grove, MN 55311
7634942574

**MDR Report Key**9444675
**MDR Text Key**170059823
**Report Number**2134265-2019-15386
**Device Sequence Number**1
**Product Code**NPT 24
**Combination Product (Y/N)**N
**Reporter Country Code**US
**Number of Events Reported**1
**Summary Report (Y/N)**N
**Report Source**Manufacturer
**Source Type**COMPANY REPRESENTATIVE,HEALTH
**Reporter Occupation**
**Type of Report**Initial,Followup
**Report Date**03/25/2020
*1* **Device Was Involved in the Event**
*1* **Patient Was Involved in the Event**
**Date FDA Received**12/10/2019
**Is This An Adverse Event Report?**Yes
**Is This A Product Problem Report?**Yes
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**03/28/2020
**Device MODEL Number**H749LVSUS250
**Device Catalogue Number**H749LVSUS250
**Device LOT Number**0024014930
**Was Device Available For Evaluation?**Device Returned To Manufacturer
**Date Returned to Manufacturer**01/30/2020
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**02/27/2020
**Was Device Evaluated By Manufacturer?**Yes
**Date Device Manufactured**06/26/2019
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**No
**Type of Device Usage**Initial

**Patient TREATMENT DATA**
**Date Received: 12/10/2019 Patient Sequence Number: 1**

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of Health & Human Services

---

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

Case 1:20-cv-12225-ADB  Document 60-7  Filed 07/19/21  Page 13 of 65

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 27 MM

510(k)[7] | DeNovo[8] | Registration & Listing[9] | Adverse Events[10] | Recalls[11] | PMA[12] | HDE[13] | Classification[14] | Standards[15]

CFR Title 21[16] | Radiation-Emitting Products[17] | X-Ray Assembler[18] | Medsun Reports[19] | CLIA[20] | TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 27 MM**

Back to Search Results

**Model Number** 10418
**Device Problem** Material Twisted/Bent (2981)
**Patient Problem** Arrhythmia (1721)
**Event Date** 12/16/2019
**Event Type**  Injury
**Event Description**

It was reported that a twisted post and left bundle branch block (lbbb) occurred. Procedure summary: prior to the index procedure, heparin or another anticoagulant was given and the subject was on prior regimen of aspirin at the time of index procedure. The subject received a loading dose of 300 mg clopidogrel. A lotus introducer sheath was placed and then the aortic valve was treated with a 27 mm lotus edge valve. Successful repositioning of the 27mm lotus edge valve involved partial re-sheathing of the 27mm lotus edge valve in the delivery system catheter and deployment into a more accurate position within the aortic annulus. A twisted center post happened during the procedure, but was able to be corrected. Retrieval was attempted successfully. Event summary: on the same day of the index procedure, the subject developed left bundle branch block. Electrocardiogram (ekg) and cardiac monitoring were performed as diagnostic test for the event. Hospitalization was prolonged due to the event. At the time of reporting the event was considered recovering. Three days later, the subject was discharged on aspirin.

**Search Alerts/Recalls**[22]

New Search  |  Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE SYSTEM
**Type of Device** LOTUS EDGE TM VALVE SYSTEM 27 MM
**Manufacturer *(Section D)*** BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer *(Section G)*** BOSTON SCIENTIFIC IRELAND LIMITED
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson
Two Scimed Place
Maple Grove, MN 55311
7634942574
**MDR Report Key** 9587010
**MDR Text Key** 175907722
**Report Number** 2134265-2020-00074
**Device Sequence Number** 1
**Product Code** NPT [24]
**Combination Product (Y/N)** N
**Reporter Country Code** US
**Number of Events Reported** 1
**Summary Report (Y/N)** N
**Report Source** Manufacturer
**Source Type** COMPANY REPRESENTATIVE,HEALTH
**Reporter Occupation**

**Type of Report**Initial

**Report Date**01/14/2020

***1* Device Was Involved in the Event**

***1* Patient Was Involved in the Event**

**Date FDA Received**01/14/2020

**Is This An Adverse Event Report?**Yes

**Is This A Product Problem Report?**Yes

**Device Operator**HEALTH PROFESSIONAL

**Device EXPIRATION Date**07/05/2020

**Device MODEL Number**10418

**Device Catalogue Number**10418

**Device LOT Number**0024536819

**Was Device Available For Evaluation?**No

**Is The Reporter A Health Professional?**Yes

**Was the Report Sent to FDA?**

**Event Location**No Information

**Date Manufacturer Received**12/19/2019

**Was Device Evaluated By Manufacturer?**Device Not Returned To Manufacturer

**Date Device Manufactured**10/03/2019

**Is The Device Single Use?**Yes

**Is this a Reprocessed and Reused Single-Use Device?**No

**Type of Device Usage**Initial

**Patient TREATMENT DATA**
**Date Received: 01/14/2020 Patient Sequence Number: 1**

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy

 FDA

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

     

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

Case 1:20-cv-12225-ADB   Document 60-7   Filed 07/19/21   Page 17 of 65

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE LOTUS EDGE TM VALVE SYSTEM 23 MM

510(k)[7] DeNovo[8] |Registration & Listing[9] |Adverse Events[10] |Recalls[11] |PMA[12] |HDE[13] |Classification[14] |Standards[15] CFR Title 21[16] |Radiation-Emitting Products[17] |X-Ray Assembler[18] |Medsun Reports[19] |CLIA[20] |TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE LOTUS EDGE TM VALVE SYSTEM 23 MM**          Back to Search Results

**Model Number** H749LVSUS230
**Device Problems** Entrapment of Device (1212); Mechanical Problem (1384); Material Twisted/Bent (2981); Adverse Event Without Identified Device or Use Problem (2993)
**Patient Problem** No Consequences Or Impact To Patient (2199)
**Event Date** 12/18/2019
**Event Type** Malfunction
**Event Description**

It was reported that a jammed post occurred. The patient's qualify conditions were a bicuspid native valve with moderate to severe calcium on the non-coronary cusp leaflet and trace-to-mild calcium on the fused left- and right-coronary cusp leaflets. A vascular access was obtained via the right femoral artery. A 23mm lotus edge valve delivery system was selected for a transcatheter aortic valve replacement procedure. The lotus edge delivery system successfully crossed the arch. During deployment of the lotus edge valve, a post of the delivery system became twisted. A partial resheath was attempted but did not resolve the twisted post. The physician attempted to lock the valve and the twisted post became jammed. The delivery system was pulled back to the arch and the valve was forcefully recaptured within the delivery system. The lotus edge valve and delivery system were successfully removed. The procedure was completed with a non-bsc valve. No patient complications were reported and the patient was noted to be doing fine.

**Search Alerts/Recalls**[22]

New Search | Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE
**Type of Device** LOTUS EDGE TM VALVE SYSTEM 23 MM
**Manufacturer** *(Section D)* BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer** *(Section G)* BOSTON SCIENTIFIC CORPORATION
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson
Two Scimed Place
Maple Grove, MN 55311
7634942574
**MDR Report Key** 9586127
**MDR Text Key** 178024876
**Report Number** 2134265-2019-16620
**Device Sequence Number** 1
**Product Code** NPT [24]
**Combination Product (Y/N)** N
**Reporter Country Code** US
**Number of Events Reported** 1
**Summary Report (Y/N)** N
**Report Source** Manufacturer
**Source Type** COMPANY REPRESENTATIVE,HEALTH

**Reporter Occupation**
**Type of Report**Initial,Followup
**Report Date**02/10/2020
*1* **Device Was Involved in the Event**
*0* **PatientS WERE Involved in the Event:**
**Date FDA Received**01/14/2020
**Is This An Adverse Event Report?**No
**Is This A Product Problem Report?**Yes
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**04/29/2020
**Device MODEL Number**H749LVSUS230
**Device Catalogue Number**H749LVSUS230
**Device LOT Number**0024176405
**Was Device Available For Evaluation?**Device Returned To Manufacturer
**Date Returned to Manufacturer**01/06/2020
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**01/21/2020
**Was Device Evaluated By Manufacturer?**Yes
**Date Device Manufactured**07/28/2019
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**No
**Type of Device Usage**Initial

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of Health & Human Services

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE LOTUS EDGE TM VALVE SYSTEM

510(k)[7] | DeNovo[8] | Registration & Listing[9] | Adverse Events[10] | Recalls[11] | PMA[12] | HDE[13] | Classification[14] | Standards[15]
CFR Title 21[16] | Radiation-Emitting Products[17] | X-Ray Assembler[18] | Medsun Reports[19] | CLIA[20] | TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE LOTUS EDGE TM VALVE SYSTEM**

Back to Search Results

**Model Number** H749LVSUS250

**Device Problems** Difficult to Remove (1528); Use of Device Problem (1670); Difficult to Advance (2920); Material Integrity Problem (2978); Material Twisted/Bent (2981); Adverse Event Without Identified Device or Use Problem (2993)

**Patient Problems** Cardiopulmonary Arrest (1765); Death (1802); Hemorrhage/Bleeding (1888); Perforation of Vessels (2135)

**Event Date** 12/19/2019

**Event Type** Death

**Event Description**

It was reported that removal difficulties, vascular perforation and death occurred. Vascular access was obtained via a transfemoral approach. The patient's anatomy was calcified and extremely tortuous. A lotus introducer sheath was placed in the right common femoral artery. A 25mm lotus edge valve was prepped per the directions for use with no issues. Contralateral access was obtained for a non-bsc buddy wire to facilitate device tracing through the tortuous anatomy. Balloon aortic valvuloplasty (bav) was performed with a 20mm non- bsc balloon. The 25mm lotus edge valve was advanced with considerable torque required to deliver the device through the anatomy to the aortic annulus. The 25mm lotus edge valve was deployed. Asymmetric unsheathing was noted and the final result was considered high, so the physician made a second deployment attempt with a lower starting position. At the pause stage, prior to locking the 25mm lotus edge valve, a twisted post was identified. Resheathing of the 25mm lotus edge valve was performed to attempt to fix the twisted post. A third attempt to deploy the 25mm lotus edge valve was performed with a twisted posted notice again. The physician called for a non-bsc valve to complete the case. While resheathing the 25mm lotus edge valve in accordance with the dfu, the physician was only able to partially resheath the valve. The control knob had been rotated away from the user as far as possible and it was noticed that there was accordioning of the outer catheter. The partially resheathed 25mm lotus edge valve and lotus introducer sheath were removed together. The patient was hemodynamically unstable from ai (aortic insufficiency) and a 29mm non- bsc valve was implanted. The patient remained unstable. Extravasation from the right iliac system was noted. Multiple non-bsc covered stent grafts were placed to manage the iliac perforation; however a complete seal of the perforation was not achieved. The patient died.

Search Alerts/Recalls[22]

New Search  |  Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE
**Type of Device** LOTUS EDGE TM VALVE SYSTEM
**Manufacturer** *(Section D)* BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer** *(Section G)* BOSTON SCIENTIFIC CORPORATION
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson
Two Scimed Place
Maple Grove, MN 55311
7634942574
**MDR Report Key** 9598312

**MDR Text Key**175283994

**Report Number**2134265-2019-16697

**Device Sequence Number**1

**Product Code**NPT 24

**Combination Product (Y/N)**N

**Reporter Country Code**US

**Number of Events Reported**1

**Summary Report (Y/N)**N

**Report Source**Manufacturer

**Source Type**COMPANY REPRESENTATIVE,HEALTH

**Reporter Occupation**

**Type of Report**Initial,Followup,Followup

**Report Date**03/13/2020

*1* **Device Was Involved in the Event**

*1* **Patient Was Involved in the Event**

**Date FDA Received**01/16/2020

**Is This An Adverse Event Report?**Yes

**Is This A Product Problem Report?**Yes

**Device Operator**HEALTH PROFESSIONAL

**Device EXPIRATION Date**05/28/2020

**Device MODEL Number**H749LVSUS250

**Device Catalogue Number**H749LVSUS250

**Device LOT Number**0024324938

**Was Device Available For Evaluation?**Device Returned To Manufacturer

**Date Returned to Manufacturer**01/10/2020

**Is The Reporter A Health Professional?**Yes

**Was the Report Sent to FDA?**

**Event Location**No Information

**Date Manufacturer Received**02/29/2020

**Was Device Evaluated By Manufacturer?**Yes

**Date Device Manufactured**08/26/2019

**Is The Device Single Use?**Yes

**Is this a Reprocessed and Reused Single-Use Device?**

**Type of Device Usage**Initial

**Patient TREATMENT DATA**
**Date Received: 01/16/2020 Patient Sequence Number: 1**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy

FDA

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

    

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

 U.S. Department of Health & Human Services

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

Case 1:20-cv-12225-ADB  Document 60-7  Filed 03/19/21  Page 25 of 65

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 27 MM

510(k)[7] |DeNovo[8] |Registration & Listing[9] |Adverse Events[10] |Recalls[11] |PMA[12] |HDE[13] |Classification[14] |Standards[15] CFR Title 21[16] |Radiation-Emitting Products[17] |X-Ray Assembler[18] |Medsun Reports[19] |CLIA[20] |TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 27 MM**

Back to Search Results

**Model Number** 10418
**Device Problems** Entrapment of Device (1212); Material Twisted/Bent (2981)
**Patient Problems** No Consequences Or Impact To Patient (2199); No Known Impact Or Consequence To Patient (2692)
**Event Date** 02/04/2020
**Event Type** Malfunction
**Event Description**

(b)(6) study. It was reported that a jammed post occurred. The subject was on a prior regimen of aspirin at the time of index procedure. Prior to the index procedure, heparin or other anticoagulant was given and the subject received loading doses of 81 mg of aspirin and 10 mg prasugrel. A lotus introducer was placed followed by an attempt to deploy a 27 mm lotus edge valve system (lot number 24703732). A valve post was noted to be twisted and became jammed. The lotus edge valve system (lot number 24703732) was resheathed and removed. A second 27 mm lotus edge valve system (lot number 24703730) was unpacked, however the device was not used since the device was noted to be damaged when removed from packaging. A third 27 mm lotus edge valve system (lot# 24713649) was implanted successfully. Successful repositioning of the lotus edge valve (lot# 24713649) involved partial re-sheathing of the lotus edge valve in the delivery system catheter and deployment into a more accurate position within the aortic annulus, in accordance with the directions for use. On the same day as the index procedure, post valve deployment, the subject developed left bundle branch block. One day post implant, electrocardiogram (ecg) revealed sinus rhythm at 63 beats per minute with left bundle branch block. Transthoracic echocardiogram assessment revealed aortic valve area of 1. 9 cm^2. The mean aortic pressure gradient was 15 mmhg and the left ventricular ejection fraction was 35%. No aortic valve regurgitation was noted. Two (2) days post implant, the subject was discharged on aspirin and prasugrel and no further action was taken for the event during index hospitalization. In (b)(6) 2020, the subject admitted to the cardiac telemetry department due to fatigue, low energy and light headiness. Telemetry revealed type ii second degree av block with the heart rhythm 40s, associated with sinus bradycardia and intraventricular conduction delay. Cardiology consultation recommended permanent pacemaker placement due to the av block associated with left bundle branch block and chronic systolic heart failure. Twenty two (22) days post index procedure, a new bi-ventricular permanent cardiac non-boston scientific pacemaker was implanted successfully. The subject was discharged at home.

**Search Alerts/Recalls**[22]

New Search | Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE SYSTEM
**Type of Device** LOTUS EDGE TM VALVE SYSTEM 27 MM
**Manufacturer (Section D)** BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer (Section G)** BOSTON SCIENTIFIC CORPORATION
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson
Two Scimed Place
Maple Grove, MN 55311
7634942574

**MDR Report Key**9780656
**MDR Text Key**181840970
**Report Number**2134265-2020-01539
**Device Sequence Number**1
**Product Code**NPT 24
**Combination Product (Y/N)**N
**Reporter Country Code**US
**Number of Events Reported**1
**Summary Report (Y/N)**N
**Report Source**Manufacturer
**Source Type**COMPANY REPRESENTATIVE,HEALTH
**Reporter Occupation**
**Type of Report**Initial,Followup
**Report Date**04/17/2020
**1 Device Was Involved in the Event**
**0 PatientS WERE Involved in the Event:**
**Date FDA Received**03/03/2020
**Is This An Adverse Event Report?**No
**Is This A Product Problem Report?**Yes
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**08/05/2020
**Device MODEL Number**10418
**Device Catalogue Number**10418
**Device LOT Number**0024703732
**Was Device Available For Evaluation?**Device Returned To Manufacturer
**Date Returned to Manufacturer**02/27/2020
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**03/31/2020
**Was Device Evaluated By Manufacturer?**Yes
**Date Device Manufactured**11/03/2019
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**No
**Type of Device Usage**Initial

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

Case 1:20-cv-12225-ADB   Document 60-7   Filed 07/19/21   Page 28 of 65

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy

FDA

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

      

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

Case 1:20-cv-12225-ADB   Document 60-7   Filed 07/19/21   Page 29 of 65

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 30 of 65



FDA

FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE LOTUS EDGE TM VALVE SYSTEM 23 MM

510(k)[7] |DeNovo[8] |Registration & Listing[9] |Adverse Events[10] |Recalls[11] |PMA[12] |HDE[13] |Classification[14] |Standards[15]
CFR Title 21[16] |Radiation-Emitting Products[17] |X-Ray Assembler[18] |Medsun Reports[19] |CLIA[20] |TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE LOTUS EDGE TM VALVE SYSTEM 23 MM**

Back to Search Results

**Model Number** H749LVSUS250
**Device Problems** Entrapment of Device (1212); Material Twisted/Bent (2981)
**Patient Problem** No Consequences Or Impact To Patient (2199)
**Event Date** 02/05/2020
**Event Type** Malfunction
**Event Description**

It was reported that a jammed post occurred. A sentinel embolic protection system was placed via a right radial access. Vascular access was obtained via a right femoral approach. An isleeve introducer was placed. The patient had a known homograph aorta and cadaver aortic valve with mild to moderate calcification. A 25mm lotus edge valve was positioned in the aortic annulus. No issues were noted during introduction or tracking of the device. No reposition or resheathing required prior to locking attempt. The valve positioning was acceptable. The first pause was done at around 12mm from locking. The physicians proceeded to locking and noticed a non-uniform decrease in buckle/post interaction. An early click was experienced with the middle right coronary cusp (rcc) buckle post separated by approx. 2-3 mm, while the left coronary cusp (lcc) and non-coronary cusp (ncc) buckle/posts appeared to be locked. At this point, the 25mm lotus edge valve experienced a twisted post. The guidewire was in a central position throughout. The twisted post occurred on the 1st and only locking attempt. The physicians tried to separate the buckles/post; however they noticed that the post was jammed. The procedure proceeded with a slow resheathing attempt performed that was paused when tension built up in the handle/control knob. A slight push pull was applied to the catheter to alleviate tension. The physicians then proceeded with slow resheathing of the device again. The post became unjammed and the 25mm lotus edge valve could be fully resheathed into the catheter. The full resheathed 25mm lotus edge valve, was easily removed through the isleeve introducer sheath. A new 25 mm lotus edge valve was prepped and deployed with no issues. A great result was noted and there was no harm to the patient.

**Search Alerts/Recalls[22]**

New Search | Submit an Adverse Event Report[23]

| | |
|---|---|
| **Brand Name** | LOTUS EDGE VALVE |
| **Type of Device** | LOTUS EDGE TM VALVE SYSTEM 23 MM |
| **Manufacturer *(Section D)*** | BOSTON SCIENTIFIC CORPORATION |
| | Two Scimed Place |
| | Maple Grove MN 55311 |
| **Manufacturer *(Section G)*** | BOSTON SCIENTIFIC CORPORATION |
| | Ballybrit Business Park |
| | Galway |
| | EI |
| **Manufacturer Contact** | Jay Johnson |
| | Two Scimed Place |
| | Maple Grove, MN 55311 |
| | 7634942574 |
| **MDR Report Key** | 9779431 |
| **MDR Text Key** | 181833045 |
| **Report Number** | 2134265-2020-01667 |
| **Device Sequence Number** | 1 |
| **Product Code** | NPT [24] |

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 31 of 65

**Combination Product (Y/N)**N
**Reporter Country Code**US
**Number of Events Reported**1
**Summary Report (Y/N)**N
**Report Source**Manufacturer
**Source Type**COMPANY REPRESENTATIVE,HEALTH
**Reporter Occupation**
**Type of Report**Initial,Followup
**Report Date**04/14/2020
*1* Device Was Involved in the Event
*0* PatientS WERE Involved in the Event:
**Date FDA Received**03/03/2020
**Is This An Adverse Event Report?**No
**Is This A Product Problem Report?**Yes
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**03/01/2020
**Device MODEL Number**H749LVSUS250
**Device Catalogue Number**H749LVSUS250
**Device LOT Number**0023874192
**Was Device Available For Evaluation?**Device Returned To Manufacturer
**Date Returned to Manufacturer**02/26/2020
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**03/31/2020
**Was Device Evaluated By Manufacturer?**Yes
**Date Device Manufactured**05/30/2019
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**No
**Type of Device Usage**Initial

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 27 MM

510(k)[7] DeNovo[8] Registration & Listing[9] | Adverse Events[10] | Recalls[11] PMA[12] HDE[13] Classification[14] Standards[15]

CFR Title 21[16] Radiation-Emitting Products[17] X-Ray Assembler[18] Medsun Reports[19] CLIA[20] TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 27 MM**

Back to Search Results

**Model Number** 10418
**Device Problems** Difficult to Remove (1528); Material Twisted/Bent (2981)
**Patient Problem** Arrhythmia (1721)
**Event Date** 02/11/2020
**Event Type** Injury
**Event Description**

It was reported that left bundle branch block(lbbb) and failure to remove the delivery system occurred. Procedure summary: a lotus introducer sheath(lis) was placed. A 27 mm lotus edge valve was advanced to treat the native tricuspid aortic valve. Prior to pause before the locking phase, a twisted post was identified. A partial re-sheath and valve redeployment was completed in accordance with the directions for use, however, the twisted post remained. A full re-sheath was performed in accordance with the directions for use, the lotus edge delivery catheter was centralized and a second attempt to deploy the 27mm lotus edge valve was completed which resolved the twisted post. The 27mm lotus edge valve locked successfully and released without incident. Post deployment, difficulty in removing the lotus edge delivery system was noted. The lotus edge delivery system became stuck in the lotus introducer sheath. The lotus edge delivery system was removed together with the lotus introducer sheath. On the day of the index procedure, the subject developed new left bundle branch block. No diagnostic procedure was performed, and no action was taken to treat the event. The subject was discharged the day following the index procedure on aspirin and clopidogrel.

**Search Alerts/Recalls[22]**

New Search | Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE SYSTEM
**Type of Device** LOTUS EDGE TM VALVE SYSTEM 27 MM
**Manufacturer (Section D)** BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer (Section G)** BOSTON SCIENTIFIC IRELAND LIMITED
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson
Two Scimed Place
Maple Grove, MN 55311
7634942574
**MDR Report Key** 9837317
**MDR Text Key** 183726337
**Report Number** 2134265-2020-02135
**Device Sequence Number** 1
**Product Code** NPT [24]
**Combination Product (Y/N)** N
**Reporter Country Code** US
**Number of Events Reported** 1
**Summary Report (Y/N)** N
**Report Source** Manufacturer

**Source Type**COMPANY REPRESENTATIVE,HEALTH
**Reporter Occupation**
**Type of Report**Initial,Followup
**Report Date**04/14/2020
**1 Device Was Involved in the Event**
**1 Patient Was Involved in the Event**
**Date FDA Received**03/16/2020
**Is This An Adverse Event Report?**Yes
**Is This A Product Problem Report?**Yes
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**07/30/2020
**Device MODEL Number**10418
**Device Catalogue Number**10418
**Device LOT Number**0024667645
**Was Device Available For Evaluation?**Device Returned To Manufacturer
**Date Returned to Manufacturer**02/27/2020
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**03/26/2020
**Was Device Evaluated By Manufacturer?**Yes
**Date Device Manufactured**10/28/2019
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**
**Type of Device Usage**Initial

**Patient TREATMENT DATA**
**Date Received: 03/16/2020 Patient Sequence Number: 1**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy

FDA

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

    

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

 U.S. Department of Health & Human Services

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 37 of 65

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE LOTUS EDGE TM VALVE SYSTEM 23 MM

510(k)[7]  DeNovo[8]  Registration & Listing[9]  Adverse Events[10]  Recalls[11] PMA[12] HDE[13] Classification[14] Standards[15]

CFR Title 21[16] Radiation-Emitting Products[17] X-Ray Assembler[18] Medsun Reports[19] CLIA[20] TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE LOTUS EDGE TM VALVE SYSTEM 23 MM**

Back to Search Results

**Model Number** H749LVSUS270
**Device Problem** Material Twisted/Bent (2981)
**Patient Problem** Complete Heart Block (2627)
**Event Date** 02/19/2020
**Event Type** Injury
**Event Description**

It was reported that complete heart block occurred. The native aortic annulus was 26. 4mm in diameter with moderate to severe calcification on the leaflets and large calcium extending into the left ventricle outflow tract and left coronary cusp. A 27mm lotus edge valve was advanced for implantation. During deployment, a twisted post was noted. A partial resheath was conducted. On the second deployment attempt, a twisted post was noted again. The lotus edge valve was centralized and the twisted post corrected. The lotus edge valve was successfully implanted. During the procedure, complete heart block occurred. The following day, a permanent pace maker was implanted.

**Search Alerts/Recalls**[22]

New Search  |  Submit an Adverse Event Report[23]

| | |
|---|---|
| **Brand Name** | LOTUS EDGE VALVE |
| **Type of Device** | LOTUS EDGE TM VALVE SYSTEM 23 MM |
| **Manufacturer** *(Section D)* | BOSTON SCIENTIFIC CORPORATION |
| | Two Scimed Place |
| | Maple Grove MN 55311 |
| **Manufacturer** *(Section G)* | BOSTON SCIENTIFIC CORPORATION |
| | Ballybrit Business Park |
| | Galway |
| | EI |
| **Manufacturer Contact** | Jay Johnson |
| | Two Scimed Place |
| | Maple Grove, MN 55311 |
| | 7634942574 |
| **MDR Report Key** | 9849412 |
| **MDR Text Key** | 183952927 |
| **Report Number** | 2134265-2020-02853 |
| **Device Sequence Number** | 1 |
| **Product Code** | NPT [24] |
| **Combination Product (Y/N)** | N |
| **Reporter Country Code** | US |
| **Number of Events Reported** | 1 |
| **Summary Report (Y/N)** | N |
| **Report Source** | Manufacturer |
| **Source Type** | COMPANY REPRESENTATIVE,HEALTH |
| **Reporter Occupation** | |
| **Type of Report** | Initial |
| **Report Date** | 03/18/2020 |

**1 Device Was Involved in the Event**
**1 Patient Was Involved in the Event**

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 39 of 65

**Date FDA Received**03/18/2020
**Is This An Adverse Event Report?**Yes
**Is This A Product Problem Report?**No
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**03/27/2020
**Device MODEL Number**H749LVSUS270
**Device Catalogue Number**H749LVSUS270
**Device LOT Number**0024008852
**Was Device Available For Evaluation?**No
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**02/19/2020
**Was Device Evaluated By Manufacturer?**Device Not Returned To Manufacturer
**Date Device Manufactured**06/25/2019
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**No
**Type of Device Usage**Initial

**Patient TREATMENT DATA**
**Date Received: 03/18/2020 Patient Sequence Number: 1**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

    



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 41 of 65

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



[FDA Home](#)[3] [Medical Devices](#)[4] [Databases](#)[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 25 MM

[510(k)](#)[7] | [DeNovo](#)[8] | [Registration & Listing](#)[9] | [Adverse Events](#)[10] | [Recalls](#)[11] | [PMA](#)[12] | [HDE](#)[13] | [Classification](#)[14] | [Standards](#)[15]

[CFR Title 21](#)[16] | [Radiation-Emitting Products](#)[17] | [X-Ray Assembler](#)[18] | [Medsun Reports](#)[19] | [CLIA](#)[20] | [TPLC](#)[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM 25 MM**

[Back to Search Results](#)

**Model Number** 10394

**Device Problems** Entrapment of Device (1212); Difficult to Remove (1528); Activation, Positioning or SeparationProblem (2906); Material Twisted/Bent (2981)

**Patient Problem** No Code Available (3191)

**Event Date** 02/26/2020

**Event Type** Injury

**Event Description**

It was reported that the lotus edge valve post was jammed. Procedure summary: the bi-cuspid native aortic annulus was 29. 2mm in perimeter with severe calcification. Pre balloon aortic valvuloplasty was performed. A 25mm lotus edge valve was advanced for implantation. During deployment, asymmetric unsheathing occurred and a twisted post was noted. Difficulty locking was encountered. The valve was fully resheathed one time and partially resheathed four to five times in accordance with the directions for use (dfu). Upon re-deployment, the lotus edge valve appeared to be locked, however the valve did not release from the delivery system. The patient went to surgery and the lotus edge valve was detached from the delivery system and left in the aortic annulus. The patient was in stable condition following the procedure, with no complication.

[Search Alerts/Recalls](#)[22]

New Search  |  [Submit an Adverse Event Report](#)[23]

| | |
|---:|:---|
| **Brand Name** | LOTUS EDGE VALVE SYSTEM |
| **Type of Device** | LOTUS EDGE TM VALVE SYSTEM 25 MM |
| **Manufacturer** *(Section D)* | BOSTON SCIENTIFIC CORPORATION |
| | Two Scimed Place |
| | Maple Grove MN 55311 |
| **Manufacturer** *(Section G)* | BOSTON SCIENTIFIC CORPORATION |
| | Ballybrit Business Park |
| | Galway |
| | EI |
| **Manufacturer Contact** | Jay Johnson |
| | Two Scimed Place |
| | Maple Grove, MN 55311 |
| | 7634942574 |
| **MDR Report Key** | 9862775 |
| **MDR Text Key** | 184535095 |
| **Report Number** | 2134265-2020-02636 |
| **Device Sequence Number** | 1 |
| **Product Code** | [NPT](#) [24] |
| **Combination Product (Y/N)** | N |
| **Reporter Country Code** | IT |
| **Number of Events Reported** | 1 |
| **Summary Report (Y/N)** | N |
| **Report Source** | Manufacturer |
| **Source Type** | COMPANY REPRESENTATIVE,FOREIG |
| **Reporter Occupation** | |
| **Type of Report** | Initial,Followup |

**Report Date**08/05/2020
*1* **Device Was Involved in the Event**
*1* **Patient Was Involved in the Event**
**Date FDA Received**03/20/2020
**Is This An Adverse Event Report?**Yes
**Is This A Product Problem Report?**Yes
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**06/20/2020
**Device MODEL Number**10394
**Device Catalogue Number**10394
**Device LOT Number**0024452506
**Was Device Available For Evaluation?**Device Returned To Manufacturer
**Date Returned to Manufacturer**06/24/2020
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**07/14/2020
**Was Device Evaluated By Manufacturer?**Yes
**Date Device Manufactured**09/18/2019
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**No
**Type of Device Usage**Initial

**Patient TREATMENT DATA**
**Date Received: 03/20/2020 Patient Sequence Number: 1**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

Case 1:20-cv-12225-ADB   Document 60-7   Filed 07/19/21   Page 44 of 65

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

    

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 45 of 65

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM

510(k)[7] DeNovo[8] Registration & Listing[9] | Adverse Events[10] | Recalls[11] | PMA[12] | HDE[13] | Classification[14] | Standards[15]

CFR Title 21[16] | Radiation-Emitting Products[17] | X-Ray Assembler[18] | Medsun Reports[19] | CLIA[20] | TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM**

Back to Search Results

**Model Number** H749LVSUS270
**Device Problem** Material Twisted/Bent (2981)
**Patient Problem** Complete Heart Block (2627)
**Event Date** 07/08/2020
**Event Type**  Injury
**Event Description**

It was reported that complete heart block (chb) occurred. Vascular access was obtained via a transfemoral approach. A pigtail catheter crossed the moderate to severely calcified native aortic valve and complete heart block occurred. A temporary pacer was used throughout the procedure. A 27mm lotus edge valve was positioned to treat the aortic valve. During deployment, the middle post twisted. The physician partially resheathed the 27mm lotus edge valve in accordance with the instructions for use. The 27mm lotus edge valve was able to be redeployed and successfully implanted. The patient was observed to go in and out of chb. Four (4) days post index procedure, a permanent pacemaker was implanted.

**Search Alerts/Recalls**[22]

New Search  |  Submit an Adverse Event Report[23]

| | |
|---|---|
| **Brand Name** | LOTUS EDGE VALVE SYSTEM |
| **Type of Device** | LOTUS EDGE TM VALVE SYSTEM |
| **Manufacturer *(Section D)*** | BOSTON SCIENTIFIC CORPORATION |
| | Two Scimed Place |
| | Maple Grove MN 55311 |
| **Manufacturer *(Section G)*** | BOSTON SCIENTIFIC CORPORATION |
| | Ballybrit Business Park |
| | Galway |
| | EI |
| **Manufacturer Contact** | Jay Johnson |
| | Two Scimed Place |
| | Maple Grove, MN 55311 |
| | 7634942574 |
| **MDR Report Key** | 10367142 |
| **MDR Text Key** | 201681570 |
| **Report Number** | 2134265-2020-10344 |
| **Device Sequence Number** | 1 |
| **Product Code** | NPT [24] |
| **Combination Product (Y/N)** | N |
| **Reporter Country Code** | US |
| **Number of Events Reported** | 1 |
| **Summary Report (Y/N)** | N |
| **Report Source** | Manufacturer |
| **Source Type** | COMPANY REPRESENTATIVE,HEALTH |
| **Reporter Occupation** | |
| **Type of Report** | Initial |
| **Report Date** | 08/05/2020 |

*1* **Device Was Involved in the Event**

**1 Patient Was Involved in the Event**
**Date FDA Received**08/05/2020
**Is This An Adverse Event Report?**Yes
**Is This A Product Problem Report?**No
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**09/09/2020
**Device MODEL Number**H749LVSUS270
**Device Catalogue Number**H749LVSUS270
**Device LOT Number**0024893714
**Was Device Available For Evaluation?**No
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**07/08/2020
**Was Device Evaluated By Manufacturer?**Device Not Returned To Manufacturer
**Date Device Manufactured**12/08/2019
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**
**Type of Device Usage**Initial

**Patient TREATMENT DATA**
**Date Received: 08/05/2020 Patient Sequence Number: 1**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls
23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

     

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 49 of 65

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Case 1:20-cv-12225-ADB   Document 60-7   Filed 07/19/21   Page 50 of 65



FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM

510(k)[7] |DeNovo[8] |Registration & Listing[9] |Adverse Events[10] |Recalls[11] |PMA[12] |HDE[13] |Classification[14] |Standards[15]

CFR Title 21[16] |Radiation-Emitting Products[17] |X-Ray Assembler[18] |Medsun Reports[19] |CLIA[20] |TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM**

Back to Search Results

**Model Number** 10394
**Device Problems** Difficult to Advance (2920); Material Deformation (2976)
**Patient Problem** No Consequences Or Impact To Patient (2199)
**Event Date** 08/25/2020
**Event Type** Malfunction
**Event Description**

It was reported that difficulty advancing and a catheter kink occurred. The patient was selected for a transcatheter aortic valve implantation (tavi) procedure due to aortic stenosis. The aorta and annulus were heavily calcified. The sinotubular junction (stj) was narrow. The native aortic valve was 20mm in diameter. A 23mm lotus edge valve (lot: 25066911) was advanced and difficulty locking occurred. The first lotus edge valve was re-sheathed and pulled back into the aortic arch to relieve tension. After several re-sheaths were performed a twisted post was observed. The first lotus edge valve was resheathed and removed. A second 23mm lotus edge valve (lot: 25144805) was advanced. The patient's aortic arch was angled and it was difficult to advance the second lotus edge valve. A buddy wire was used to straighten the anatomy. A kink was observed on the second lotus edge valve when it was in the aortic arch. The second lotus edge valve was removed from the patient. A 21. 5mm non-boston scientific valve was implanted with a good result. There were no patient complications.

**Search Alerts/Recalls**[22]

New Search  |  Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE SYSTEM
**Type of Device** LOTUS EDGE TM VALVE SYSTEM
**Manufacturer** *(Section D)* BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer** *(Section G)* BOSTON SCIENTIFIC CORPORATION
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson
Two Scimed Place
Maple Grove, MN 55311
7634942574
**MDR Report Key** 10502239
**MDR Text Key** 206806582
**Report Number** 2134265-2020-12103
**Device Sequence Number** 1
**Product Code** NPT [24]
**Combination Product (Y/N)** N
**Reporter Country Code** DA
**Number of Events Reported** 1
**Summary Report (Y/N)** N
**Report Source** Manufacturer
**Source Type** COMPANY REPRESENTATIVE,FOREIG
**Reporter Occupation**

**Type of Report**Initial,Followup
**Report Date**10/14/2020
*1* **Device Was Involved in the Event**
*0* **PatientS WERE Involved in the Event:**
**Date FDA Received**09/08/2020
**Is This An Adverse Event Report?**No
**Is This A Product Problem Report?**Yes
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**11/05/2020
**Device MODEL Number**10394
**Device Catalogue Number**10394
**Device LOT Number**0025144805
**Was Device Available For Evaluation?**Device Returned To Manufacturer
**Date Returned to Manufacturer**09/17/2020
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**09/18/2020
**Was Device Evaluated By Manufacturer?**Device Not Returned To Manufacturer
**Date Device Manufactured**02/03/2020
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**
**Type of Device Usage**Initial

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

    

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 53 of 65

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM

510(k)[7] DeNovo[8] Registration & Listing[9] | Adverse Events[10] | Recalls[11] PMA[12] HDE[13] Classification[14] Standards[15]

CFR Title 21[16] Radiation-Emitting Products[17] X-Ray Assembler[18] Medsun Reports[19] CLIA[20] TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM**

Back to Search Results

**Model Number** H749LVSUS250
**Device Problems** Entrapment of Device (1212); Use of Device Problem (1670); Activation, Positioning or SeparationProblem (2906); Difficult to Advance (2920); Material Twisted/Bent (2981)
**Patient Problems** Atrial Fibrillation (1729); No Consequences Or Impact To Patient (2199); Vascular Dissection (3160)
**Event Date** 09/18/2020
**Event Type** Death
**Event Description**

It was reported that difficulty to lock, a twisted post, jammed post and failure to re-sheath occurred a patient with a bicuspid aortic valve was selected for a 25mm lotus edge valve implant. Femoral access was achieved and an extra small safari2 guidewire was inserted into the left ventricle (lv). A 20mm non-bsc balloon was inserted and used to predilate the native aortic valve annulus. The 25mm lotus edge valve system was inserted and met resistance at the native aortic annulus. The lotus edge valve system was removed and a 22mm non-bsc balloon was inserted and used to predilate the native annulus. The safari2 guidewire was removed and a 260cm non-bsc guidewire was exchanged into the lv via a pigtail catheter. The lotus edge valve system was advanced over the non-bsc guidewire and it was discovered that the wire was too short. Upon removal of the lotus edge valve system the wire position in the lv was lost. Multiple attempts were made to recross the annulus with multiple wires and catheters. A transseptal approach was then attempted and accessed. A. 021 guidewire and a catheter were inserted through the transseptal sheath and advanced to the descending aorta. A snare was used to pull the wire through the lis sheath. A pigtail catheter was then advanced through the lis sheath over the guidewire and into the lv. A non-bsc 300cm wire was then exchanged through the pigtail catheter into the lv. Upon lotus edge valve deployment and locking, resistance was met in the non cusp post-buckle connection. Multiple attempts were made to lock this connection with continued resistance. An attempt to resheath the device was met with resistance and the delivery system handle was operated to reset the locking system. Multiple attempts were continued to lock all three connections. It was confirmed through multiple angiographic views that the locking components were locked, so the physician proceeded to release the valve. Upon release of the lotus edge valve from the delivery system, the connection at the non-cusp would not release. Multiple attempts were made to free the connection unsuccessfully. The patient then underwent open heart surgery. The connection that would not release was cut and the lotus edge valve delivery system components were removed. The lotus edge valve was left implanted. The patient was reported to be stable the following morning.

**Search Alerts/Recalls**[22]

New Search  |  Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE SYSTEM
**Type of Device** LOTUS EDGE TM VALVE SYSTEM
**Manufacturer *(Section D)*** BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer *(Section G)*** BOSTON SCIENTIFIC CORPORATION
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson
Two Scimed Place
Maple Grove, MN 55311

7634942574

**MDR Report Key**10608282
**MDR Text Key**209228473
**Report Number**2134265-2020-13412
**Device Sequence Number**1
**Product Code**NPT 24
**Combination Product (Y/N)**N
**Reporter Country Code**US
**PMA/PMN Number**P180029
**Number of Events Reported**1
**Summary Report (Y/N)**N
**Report Source**Manufacturer
**Source Type**COMPANY REPRESENTATIVE,HEALTH
**Reporter Occupation**
**Remedial Action**Recall
**Type of Report**Initial,Followup
**Report Date**02/26/2021
*1* **Device Was Involved in the Event**
*1* **Patient Was Involved in the Event**
**Date FDA Received**09/30/2020
**Is This An Adverse Event Report?**Yes
**Is This A Product Problem Report?**Yes
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**10/08/2020
**Device MODEL Number**H749LVSUS250
**Device Catalogue Number**H749LVSUS250
**Device LOT Number**0024989479
**Was Device Available For Evaluation?**No
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**02/11/2021
**Was Device Evaluated By Manufacturer?**Device Not Returned To Manufacturer
**Date Device Manufactured**01/06/2020
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**
**Type of Device Usage**Initial
**Removal/Correction Number**92630745-FA

**Patient TREATMENT DATA**
**Date Received: 09/30/2020 Patient Sequence Number: 1**

---

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

 U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

Case 1:20-cv-12225-ADB Document 60-7 Filed 07/19/21 Page 57 of 65

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM**

Back to Search Results

**Model Number** 10418
**Device Problem** Material Twisted/Bent (2981)
**Patient Problems** Arrhythmia (1721); Stroke/CVA (1770)
**Event Date** 09/24/2020
**Event Type** Injury
**Manufacturer Narrative**

Device eval by manufacturer: the device was not returned to boston scientific(bsc) and therefore device analysis could not be completed. The valve was implanted in the patient. Procedural imaging was provided to assist in the investigation and was reviewed by a boston scientific (bsc) quality engineer. 14 series of procedural media from a transcatheter aortic valve implantation procedure were reviewed. Balloon aortic valvuloplasty (bav) is performed on the calcified annulus. In series 5 a time-lapse of approximately 7 minutes has passed. The lotus edge valve is being visualized in the correct locking view, as the braid-marker is visualized on the non-coronary cusp (ncc) side of the valve. The valve is positioned at the annulus in the horizontal anatomy in series 5, and it is paused before lock as the posts and buckles are not meeting. In this series post-6 (p-6) does not appear twisted, as a tuning fork is clearly visible. The valve has a severe waist, most likely a result of the reported moderate calcification. It appears that the delivery system has adequate centralization. There is no evidence of guidewire bias. In series 6 and 7, a 3-minute and 4-minute time lapse has occurred respectively. The left coronary side of the valve appears to have a severe waist and there is a tuning fork present at p-6 in both series. In series 9 a contrast assessment is taking place, with adequate coronary perfusion visible. The valve appears to have been placed deeper and the severe waist of the valve has lessened. In series 11, after another time-lapse, the valve is released, and a contrast assessment is performed with no visible valvular insufficiency evident. The media provided does not have any recordings of the reported twisted post at p-6, and there are no recordings of the partial-resheaths that were performed to mitigate the reported event.

## Event Description

(b)(6) post market study. It was reported that a cerebral vascular accident (cva) occurred. Procedure summary: prior to the index procedure, heparin or other anticoagulant was given. The subject had moderate aortic valve calcification and a type 0 bicuspid aortic valve. The subject was not on a prior regimen of aspirin and antiplatelet medication other than aspirin at the time of index procedure. The subject received loading doses of 81 mg of aspirin and 300 mg of clopidogrel. A sentinel cerebral protection system was positioned. An isleeve introducer sheath was placed and then the native aortic valve was treated with balloon valvuloplasty, according to the instructions for use(ifu). Next, subsequent deployment of a 25 mm lotus edge valve involved successful repositioning of the lotus edge valve with partial re-sheathing of the valve in the delivery system catheter and deployment into a more accurate location within the aortic annulus. A twisted post was observed prior to locking. The lotus edge valve was re-sheathed and unsheathed, in accordance with the instructions for use (ifu), which mitigated the twisted post. The lotus edge valve was then locked and released without incident. The lotus edge valve was well-seated with minimal regurgitation and normal function. There was also good flow in right coronary artery(rca) and anomalous circumflex on angiography. No thrombus or shunt were noted in the intraoperative echo. The sentinel device was removed. Post procedure event summary: one day post index procedure, the subject was noted with confusion and unsteadiness. The subject was on aspirin and clopidogrel when the symptoms first appeared. Of note, the subject was alert and oriented (axo3) and independent at baseline prior to the procedure. The subject denied headache, nausea, vomiting, chest pain or shortness of breath. However, the subject was answering to questions with inappropriate giggling. On neurological examination, the subject was noted with moderate memory and concentration deficit. Legs were close to normal with 4+/5 reduced reflexes in the ankle. Recent and remote memory intact with short term recall. The subject had fluent speech with normal comprehension. Neurological exam summarized as normal cerebellar function, reflexes, cranial nerves, sensation and muscle strength. The subject was diagnosed with encephalopathy, weakness and

incoordination at that time and differential diagnosis included stroke along with metabolic, toxic and concurrent illness. The neurology had low suspicion for stroke. Labs were done to assess encephalopathy which was later ruled out. Head computerized tomography(ct) revealed hypoattenuating area within the right frontal superior cortex with no visible intracranial hemorrhage or mass effect. Additionally, chronic appearance of left thalamic lacunar infarct was also noted. High intensity atorvastatin was initiated, and aspirin was continued. Magnetic resonance imaging(mr)i of the brain revealed bilateral acute supra and infratentorial infarcts, which were likely the source of altered mental status, largest in the right frontal lobe with a lesion of 2. 5 cm corresponding with head ct. Additionally, there was also restricted diffusion in the cerebral hemisphere (right and left), central pons, right occipital lobe and bilaterally on the basal ganglia. The subject was diagnosed with minor stroke. Hospitalization was prolonged. The etiology of the stroke was ischemic, based on clinical symptoms and neuroimaging. Two days post index procedure, the subjects mentation returned to baseline and was feeling better. The subject however continued to have issues with gait with some improvement. Mental status exam improved from the previous day as well. Dual antiplatelet (dapt) therapy with aspirin and clopidogrel was continued and physio and occupanial therapy along with cardiac rehabilitation were recommended for further improvement. Computed tomography angiography(cta) of the head and neck and medical optimization were recommended to reduce stroke risk factors. Four days post index procedure, the subjects condition improved. The subject was now able to speak in full sentences without any inappropriate giggling. The subjects gait also improved without any need for assistance. On the same day, the event was considered recovered and the subject was discharged on aspirin, clopidogrel and atorvastatin. Follow-up with the neurology stroke clinic was recommended in a month.

**Search Alerts/Recalls**[22]

New Search | Submit an Adverse Event Report[23]

| | |
|---|---|
| **Brand Name** | LOTUS EDGE VALVE SYSTEM |
| **Type of Device** | LOTUS EDGE TM VALVE SYSTEM |
| **Manufacturer *(Section D)*** | BOSTON SCIENTIFIC CORPORATION |
| | Two Scimed Place |
| | Maple Grove MN 55311 |
| **Manufacturer *(Section G)*** | BOSTON SCIENTIFIC CORPORATION |
| | Ballybrit Business Park |
| | Galway |
| | EI |
| **Manufacturer Contact** | Jay Johnson |
| | Two Scimed Place |
| | Maple Grove, MN 55311 |
| | 7634942574 |
| **MDR Report Key** | 10711082 |
| **MDR Text Key** | 212328969 |
| **Report Number** | 2134265-2020-14260 |
| **Device Sequence Number** | 1 |
| **Product Code** | NPT [24] |
| **Combination Product (Y/N)** | N |
| **Reporter Country Code** | US |
| **PMA/PMN Number** | P180029 |
| **Number of Events Reported** | 1 |
| **Summary Report (Y/N)** | N |
| **Report Source** | Manufacturer |
| **Source Type** | COMPANY REPRESENTATIVE,HEALTH |
| **Reporter Occupation** | |
| **Remedial Action** | Recall |
| **Type of Report** | Initial,Followup,Followup |
| **Report Date** | 04/26/2021 |
| *1* **Device Was Involved in the Event** | |
| *1* **Patient Was Involved in the Event** | |
| **Date FDA Received** | 10/21/2020 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | HEALTH PROFESSIONAL |
| **Device EXPIRATION Date** | 11/06/2020 |
| **Device MODEL Number** | 10418 |
| **Device Catalogue Number** | 10418 |

Device LOT Number0025153311
Was Device Available For Evaluation?No
Is The Reporter A Health Professional?Yes
Was the Report Sent to FDA?
Event LocationNo Information
Date Manufacturer Received04/02/2021
Was Device Evaluated By Manufacturer?Device Not Returned To Manufacturer
Date Device Manufactured02/04/2020
Is The Device Single Use?Yes
Is this a Reprocessed and Reused Single-Use Device?
Type of Device UsageInitial
Removal/Correction Number92630745-FA

**Patient TREATMENT DATA**
**Date Received: 10/21/2020 Patient Sequence Number: 1**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Case 1:20-cv-12225-ADB   Document 60-7   Filed 07/19/21   Page 61 of 65

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

     

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT



# MAUDE Adverse Event Report: BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM

510(k)[7] |DeNovo[8] |Registration & Listing[9] |Adverse Events[10] |Recalls[11] |PMA[12] |HDE[13] |Classification[14] |Standards[15]

CFR Title 21[16] |Radiation-Emitting Products[17] |X-Ray Assembler[18] |Medsun Reports[19] |CLIA[20] |TPLC[21]

**BOSTON SCIENTIFIC CORPORATION LOTUS EDGE VALVE SYSTEM LOTUS EDGE TM VALVE SYSTEM**

Back to Search Results

**Model Number** 10418
**Device Problem** Material Twisted/Bent (2981)
**Patient Problems** Arrhythmia (1721); Tachycardia (2095)
**Event Date** 10/28/2020
**Event Type**  Injury
**Event Description**

It was reported that left bundle branch block (lbbb), and tachycardia occurred. The patient was enrolled into the reprise iv study and the index procedure was performed on the same day. Prior to the index procedure, heparin or other anticoagulant was given and the patient was on a prior regimen of aspirin. A loading dose of 81 mg of aspirin and 300 mg of clopidogrel were given the day of the procedure. A lotus introducer was placed and the aortic valve was treated with deployment of a 23 mm lotus edge valve. A twisted post was noted that was mitigated with a successful repositioning of the lotus edge valve involving partial re-sheathing and deployment into a more accurate position within the aortic annulus, in accordance with the instructions for use (ifu). On the same day as the index procedure, electrocardiogram revealed lbbb. No action was taken to treat this event. The patient was also observed to be tachycardiac with a heart rate of 130-140 bpm. Intravenous levophed and amiodarone were started, then the patient was transferred to ccu for close monitoring overnight. The transvenous pacing from the index procedure was left in place. One day post index procedure, the patient converted to sinus rhythm and lbbb persisted. Amiodarone was discontinued and the patient was started on metoprolol. Two days post index procedure, the patient was discharged on aspirin, metoprolol and warfarin. At the time of reporting, the event was considered resolving.

**Search Alerts/Recalls**[22]

New Search  |  Submit an Adverse Event Report[23]

**Brand Name** LOTUS EDGE VALVE SYSTEM
**Type of Device** LOTUS EDGE TM VALVE SYSTEM
**Manufacturer** *(Section D)* BOSTON SCIENTIFIC CORPORATION
Two Scimed Place
Maple Grove MN 55311
**Manufacturer** *(Section G)* BOSTON SCIENTIFIC CORPORATION
Ballybrit Business Park
Galway
EI
**Manufacturer Contact** Jay Johnson
Two Scimed Place
Maple Grove, MN 55311
7634942574
**MDR Report Key** 10907570
**MDR Text Key** 218510577
**Report Number** 2134265-2020-16289
**Device Sequence Number** 1
**Product Code** NPT [24]
**Combination Product (Y/N)** N
**Reporter Country Code** US
**PMA/PMN Number** P180029
**Number of Events Reported** 1

**Summary Report (Y/N)**N
**Report Source**Manufacturer
**Source Type**COMPANY REPRESENTATIVE,HEALTH
**Reporter Occupation**
**Remedial Action**Recall
**Type of Report**Initial
**Report Date**11/25/2020
***1* Device Was Involved in the Event**
***1* Patient Was Involved in the Event**
**Date FDA Received**11/26/2020
**Is This An Adverse Event Report?**Yes
**Is This A Product Problem Report?**No
**Device Operator**HEALTH PROFESSIONAL
**Device EXPIRATION Date**11/06/2020
**Device MODEL Number**10418
**Device Catalogue Number**10418
**Device LOT Number**0025153279
**Was Device Available For Evaluation?**No
**Is The Reporter A Health Professional?**Yes
**Was the Report Sent to FDA?**
**Event Location**No Information
**Date Manufacturer Received**11/06/2020
**Was Device Evaluated By Manufacturer?**Device Not Returned To Manufacturer
**Date Device Manufactured**02/04/2020
**Is The Device Single Use?**Yes
**Is this a Reprocessed and Reused Single-Use Device?**No
**Type of Device Usage**Initial
**Removal/Correction Number**92630745-FA

**Patient TREATMENT DATA**
**Date Received: 11/26/2020 Patient Sequence Number: 1**

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT

Page Last Updated: 05/31/2021

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسى | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of Health & Human Services

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/medical-devices/medical-device-safety/medical-device-recalls

23. https://www.accessdata.fda.gov/scripts/medwatch/

24. ../cfPCD/classification.cfm?start_search=&ProductCode=NPT