**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re BOSTON SCIENTIFIC CORPORATION SECURITIES LITIGATION | Master File No.: No. 1:20-cv-12225-DPW |

**DECLARATION OF MICHAEL D. BLATCHLEY IN SUPPORT OF LEAD PLAINTIFF UNION ASSET MANAGEMENT HOLDING AG'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT**

I, Michael D. Blatchley, declare as follows:

1.      I am a partner at Bernstein Litowitz Berger & Grossmann LLP, counsel for Court-appointed Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class. I submit this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss.

2.      In connection with their Motion to Dismiss, Defendants submitted a chart purporting to identify the false and misleading statements alleged in the Action, as well as additional argument concerning the alleged misrepresentations.  ECF No. 54-2 ("Exhibit B").  To the extent the Court is inclined to consider Defendants' Exhibit B, Plaintiff respectfully submits a chart titled "Plaintiffs' Response to Defendants' Chart of Challenged Statements" as Exhibit A.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated:  August 30, 2021                                        /s/ *Michael D. Blatchley*
                                                                              Michael D. Blatchley

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants.

Dated: August 30, 2021

/s/ *Michael D. Blatchley*
Michael D. Blatchley