UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re BOSTON SCIENTIFIC CORPORATION : 
SECURITIES LITIGATION                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    Master File No.: No. 1:20-cv-12225-DPW
                                                              :
This Document Relates To:
                                                              :
     ALL ACTIONS
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF
JAMES R. CARROLL IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT**

I, JAMES R. CARROLL, pursuant to 28 U.S.C. § 1746, declare and state as

follows:

1.      I am a member of the bar of the Commonwealth of Massachusetts and of

this Court, and a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP,

counsel for Defendants Boston Scientific Corporation, Michael F. Mahoney, Joseph M.

Fitzgerald, Daniel J. Brennan, Shawn McCarthy, Ian Meredith, Kevin Ballinger and Susan

Vissers Lisa (collectively, "Defendants") in the above-captioned action.

2.      I make this Declaration in further support of Defendants' Motion To

Dismiss The Amended Consolidated Complaint and for the purpose of transmitting to the Court

a true and correct copy of the following document:

1.          Transcript of Boston Scientific Corporation Presentation at
              Stifel 2020 Healthcare Conference (11/18/2020)[1]

---

[1]     The Court may properly consider this document on this motion because it is publicly-available and Plaintiff's Amended Consolidated Complaint relies upon it (*see* AC ¶ 194). *See Watterson v. Page*, 987 F.2d 1, 3 (1st Cir. 1993).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 20, 2021 in Boston, Massachusetts.

/s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com

*Counsel for Defendants*
*Boston Scientific Corporation,*
*Michael F. Mahoney, Joseph M. Fitzgerald,*
*Daniel J. Brennan, Shawn McCarthy,*
*Ian Meredith, Kevin Ballinger and*
*Susan Vissers Lisa*