# EXHIBIT 1

**S&P Global**
Market Intelligence

# Boston Scientific Corporation NYSE:BSX Company Conference Presentation

**Wednesday, November 18, 2020 1:40 PM GMT**

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................ | 3 |
| Presentation | ................................................................ | 4 |
| Question and Answer | ................................................................ | 5 |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Call Participants

**EXECUTIVES**

**Daniel J. Brennan**
*Executive VP & CFO*

**Joseph M. Fitzgerald**
*Executive VP & President of
Interventional Cardiology*

**Susan Vissers Lisa**
*Vice President of Investor
Relations*

**ANALYSTS**

**Frederick Allen Wise**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Good morning, everybody, and welcome to Day 3 of the Stifel Healthcare Conference. I'm really pleased and glad to welcome Boston Scientific: Joe Fitzgerald, Executive Vice President and President of the Interventional Cardiology Division; Dan Brennan, EVP and Chief Financial Officer; Susie Lisa, Head of Investor Relations. This is a particularly timely discussion this morning given yesterday's announcement about the company's LOTUS TAVR valve, the decision to stop that program and focus on other growth platforms.

But in no particular order, first of all, welcome to all of you. Thank you for being here. Really appreciate it.

**Daniel J. Brennan**
*Executive VP & CFO*

Thanks, Rick. Thanks for the invitation. Pleasure to be here.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*
And Joe is a surprise guest, so it's fantastic to have you here with us today.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Joe, just maybe to start off. I was reflecting on it last night. Obviously, we've all been following the TAVR space for some time and watching decisions other structural heart TAVR-focused companies have made. And what did Boston think that you could achieve with a dual platform strategy? What was your thinking when the market leader ultimately felt that wasn't, in fact, the right way to go or not an optimal project? Just curious to hear your thoughts there.

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Yes. So I think if you look at the market today, Rick, it's a huge market. It's growing faster probably than any segment of cardiovascular medicine. And I think we got it right at the outset with going after the intra-annular space because it was really us and Edwards. And today, that's 70% of the market. So I think our strategic decision 10 years ago was right. And then I think being opportunistic, because you also have a 30% segment, which is, again, huge, that's $1 billion-plus, in the supra-annular space. So I think the opportunistic move to buy Symetis and what we know today about ACURATE and ACURATE neo2, I think it was the right strategic move.

Now we got some things to talk about on LOTUS and that journey and that decision. But I think we took a big swing at saying we're going to play in both of these huge segments, which are both growing fast and are both going to -- you know the growth profile and where you project the TAVR market. So I think it was the right strategy. It's obviously more difficult to go after 2 valves, but you've got 2 huge segments. And I'm not going to get into who predicts, is supra-annular is going to be 40% in the future, et cetera. We took a bet that we wanted to play both. And I think that was the right bet, albeit a more difficult strategy to execute.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

No, that makes sense. And I apologize for asking, it's sort of a rude question, but what the heck took so long? I mean, the delivery issues have been front and center for years. You all are outstanding at manufacturing and so sophisticated. What took so long to make the decision to focus elsewhere?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Well, I think we have to get the valve -- and think about it this way. It is -- we purposely made this once we bought ACURATE. We niched this in Europe, right, just because of the COGS profile, et cetera. So we have prioritized ACURATE neo from the day we bought Symetis in Europe. And we really had to get LOTUS into higher-ASP geographies like the U.S. and like Japan.

So really, when you think about it, with getting approval in April and then going into our limited market release a few months later and then really full launch this time last year, right? So we've had essentially 12 months. And oh, by the way, COVID is right in the middle of those 12 months. But we needed to get the U.S. experience to determine what's going to be the rightful place in the universe for the LOTUS valve.

And the decision we came to after thousands of implants, we launched about 100 accounts in the U.S., was that LOTUS was going to remain a niche, a really important niche for a subset of patients. And that's the physician feedback we can get into later. But it is going to remain a niche. And it took launching in a country like the U.S. for us to figure that out because of the past of what we purposefully did in Europe.

So I think, you look at it, and I think I would characterize it as it took us about 12 months after full launch to fully evaluate LOTUS, to fully understand ACURATE neo2. And Dan said it before, the easy answer would have been just keep going with both, but -- and let the market shares and which one's a workhorse

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

or a niche. We know today that ACURATE neo2 is a super workhorse valve, right? And we made the decision largely based on the niche status of LOTUS and where we're projecting it to go. And we had to have we had to have the U.S., broad, high-ASP country experience to get to that decision.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Right. And you touched on it, and I'm glad you did, Joe. What has been the reaction that you've gotten so far? Have people -- are doctors beating you up? Are they glad you did it? Are they concerned that you don't have a TAVR device today? What's the customer reaction?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

So obviously, we spent the majority of yesterday and the rest of this week talking to our physician group. But I want to step back for a minute, Rick. And I think one of our hallmarks at BSC is we are super close to our clinical customers, right? So in reality, the physicians on our advisory boards, our executive physician counsels, et cetera, right, they helped us make this decision because we've remained so close to them. So to many, right, this was not a surprise because these are large TAVR coronary therapies KOLs. And after they got their experience, they helped us come to the decision that it's a highly niched device into these difficult patient characteristics.

Are they disappointed? Yes, because of that older, highly calcified bicuspid, it is clear LOTUS works better than anything in the world in those patients. So I would say, disappointed? Obviously. Surprised? Not really. And I think they've also helped us come to the conclusion that if we're going to win in TAVR and structural heart, we need more focus. And then that points to all of the feedback that we've gotten as U.S. physicians have gotten their hands on neo2 and the IDE. And now that we're a few months in, we'd already done a premarket study in Europe, but the feedback in Europe. I think that made it obvious for us.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Yes. Joe, we've known each other a long time. I've been lucky enough to see and observe and witnessed a great job you did on the CRM side of Boston and through some complex and challenging times. But again, to ask it in sort of a rude way, which is more fun for me. What in the heck is the CRM guy doing on interventional cardiology? And what should I understand that you bring to this field, after all these years on the electrophysiology side, that should give me confidence that you're going to drive this thing forward and make it all work?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

So I'm smiling, Rick, because that's the same thing when I went over to CRM, they said, "What the hell is a cardiovascular guy with a little bit of EP experience know about CRM?" So I've heard that question before. And I think the answer is this, right?

So I spent 20 years in the cardiovascular space prior to going over to run CRM in 2011, okay? In 2008, I formally joined the CV management team with Hank Cushman, right? So I have been deep in Boston Scientific's broad cardiology, spanning peripheral, rhythm and interventional cardiology literally for the past 12 years, right?

The other thing I will tell you is keep in mind that for the vast majority of WATCHMAN's life, I ran WATCHMAN. And that pulled me directly into super close collaboration with the IC team. Because as we've said, it's about half and half in terms of who implants a WATCHMAN.

So I think the short answer is, prior to going to rhythm for 10 years, I was 20 years in cardiovascular. And there are a lot of similarities when you think about big, highly profitable markets like interventional cardiology and CRM, but they're slower growth. And then when you look at WATCHMAN and structural heart, they look very familiar to me to the EP journey that we've been on, fast, high-growth markets that

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

you just got to have that -- you got to have the management team and the management sort of agility to operate across both. And I think we have that both in rhythm and in interventional cardiology.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Yes. And at a high level, Joe, just briefly because our time is short. But after a short time there, what are your -- what's your -- what's the Fitzgerald platform here? What are your priorities? And you're a fresh pair of eyes. What do you see? And what are you trying to make happen, again, that's going to drive that solid, hopefully, above-market growth, which we'll come back to, looking ahead for years to come?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Okay. I could go on for an hour on that, so I'll try to make it really brief, right?

First, and it's the same formula I think we run across all of BSC. I think Mike has really made this sort of the way we do this, the way we do things at BSC. First, we have to have the right people in the right jobs, right? And I walked in here 6 months ago, and I'm telling you, our Interventional Cardiology Group is as stacked with talent as our Rhythm Management Group was when I left it. That's a really good thing. Because when I first took over rhythm, I would not have said that. But I can clearly say it on my exit of rhythm. When I walked into interventional cardiology, top-notch talent, top-notch leadership, top-notch people.

Secondly, right, we have to remain focused on innovation. And if you look, whether it be in our Imaging Group, our Plaque Management Group, our DES Group, Structural Heart and WATCHMAN, we have to innovate, right? We're never going to achieve growth at the top end of our peer group or better than our peer group if we don't keep our innovation machine running.

So I think, honestly, if I picked 2 things, that's it. And I like what I see, and we've got multiple high-innovation projects in all of those areas that I've talked about, for instance, at the TCT webinar. I'm just -- I'm -- we've got more things. Our biggest problem is how do we whittle our list down, right, and make sure we're working on the top x projects? And why have we, call it, defocus some of the other ones.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got you. And yesterday, Mike highlighted why you like the ACURATE valve platform. ACURATE neo2 launching, it sounds like it's going really well. But inevitably, The Street looks to -- just I think human psychology. You look, "Oh my God, LOTUS is gone." We saw 2 data sets over a 12-month period for Gen 1. I understand why, but not ideal data sets. Why do you think -- why -- what's your case that ACURATE is that workhorse and it's going to win for Boston Scientific?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Yes. I think Ian gives a great answer to this, so I'm going to parrot him.

Number one, you got to remember, SCOPE I and SCOPE II was a first-gen ACURATE against third-gen or second-gen products. And I think, on the physician panel, many said, "if you would have run the same study, Sapien versus Sapien 3, you would have had similar outcomes," right? So first point, SCOPE I, SCOPE II, there are a lot of things we love about that data set.

We don't like missing the primary endpoint, but I think it points directly to the big change on ACURATE neo2, which is PVL. Right? So we have a 60% larger skirt on neo2. We've seen that in the European pre-market. We've got hundreds of patients enrolled in our IDE, and now we're beyond a few hundred patients in our CE Mark -- post-CE Mark launch in Europe. So -- and again, I won't repeat everything. You've heard us say it before. But PVL is a big thing in neo2, really big improvement.

**Frederick Allen Wise**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And sort of a broader question. I don't know if this is for you, Dan or Joe. Have at it. But again, inevitably, a highly visible disappointment like LOTUS, the SCOPE early data, it makes people question Boston's ability to innovate successfully. I mean, it seems illogical to me given the scores, hundreds, thousands of successful product technology launches. But Dan, does it say anything about Boston and its ability to take on programs like this and complete them successfully?

**Daniel J. Brennan**
*Executive VP & CFO*

No. Frankly, I think I hold the same view that you do. Because as you look at the diversification and the pipeline and the portfolio across the entire company, and I'm not going to go through and name all of them. But if you look at EXALT and RANGER and Eluvia and SpyGlass and WATCHMAN, all the different areas of innovation, and I missed a bunch, obviously, I feel very good about the pipeline and the portfolio and our ability to innovate and execute.

I look at the LOTUS situation as one where, right decision to make, tough call. We made it and we'll move forward. It'll provide a little bit more opportunity for us to invest in other areas, both within Joe's world as well as outside. And I'm confident in our ability to continue to execute and innovate.

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Yes. I would add to that, Rick. I think the totality of the evidence, and I won't list them all, but look at what PI has done in drug elution, interventional oncology, leader in arterial, leader in venous. Look at CRM, we're the only company, I think, that we can say actually took share over the last 5 years while doing multiple acquisitions, from S-ICD all the way through the Cryterion and the pending Farapulse potential.

And then you look across this very complex suite of things that we do in interventional cardiology, everything from WATCHMAN to intravascular imaging, and I think the totality of evidence really points to BSC executes better than our peer group.

And then you throw in the fact that -- look at what we've done with acquisitions, how we bring them in, how we nurture them, how we transfer them into our plant network. And I think it's the exact opposite.

And then I'll close with this. I think if you look at -- others have tried, one of our major competitors in structural heart tried to achieve a mechanically re-capturable/reposition. So you can look at LOTUS as half empty or half full, right? And I look at it and say we took an incredibly complex technology and actually got it approved all over the world and got it to market.

And then we made the decision, and there were bumps along the way. But I think -- I look at that as, what did we learn? What kind of capabilities did we build along the way to be a structural heart valve player in the future? I don't like the outcome on LOTUS, but it's prepared us for the next couple of decades in terms of our leadership journey there.

**Daniel J. Brennan**
*Executive VP & CFO*

And Rick, I would just probably add, probably one of the better examples we have in the company is within neuromod, the DBS franchise. We started that from scratch, on our own, and now have taken a significant leadership position in that market. And we'll continue to launch new technologies through 2021 and beyond. So if you're looking for kind of the poster child of does Boston Scientific innovate well? That's a great case study to go and look at.

And we can say what we want. But I think also by the numbers, if you -- I mean, COVID's obviously impacted the entire industry and beyond. But if you look back to the 3 years prior, '19 backwards, we grew at 7.3% organic revenue, and that's kind of at the top of the peer set. So -- and obviously, COVID has challenged everybody in 2020.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**BOSTON SCIENTIFIC CORPORATION COMPANY CONFERENCE PRESENTATION | NOV 18, 2020**

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Rick, I'd add single-use scopes to that list of internal innovation as well, right up at the top.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Thank you, Susie. Joe, you sort of touched on it and I was reflecting it yesterday. In a way, LOTUS did break the ice for Boston in the United States on structural -- in, I should say, in TAVR. We talked about the 100 accounts. I'm sure there's some -- there are many positives, the sales force starting the conversation.

But are you concerned about the next couple of years until ACURATE neo is approved in the United States? Is it -- how big a burden is it for you to not have an approved device for SENTINEL, for the whole portfolio?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Well, I would rather have -- for the next 3 years, I would obviously rather have a valve on market. But as we talked about at our TCT update, due to COVID and due to the SCOPE results, we are now in negotiations with FDA. So that is what it is. The good news is, is we still are going to maintain that structural heart sales capacity in the U.S. and build that over time as we get closer to a PMA submission and a launch of ACURATE neo2 in the United States.

So I think it keeps us in the game, and I think that's a big deal. We have SENTINEL, what we're doing with the randomized study there, when will those results come. So that's the, call it, the commercial capability. And we're going to maintain a big chunk of our R&D innovation capability, just refocus it on neo2. And I think we're going to -- I know we're going to double down on our ACURATE neo2 offense in countries where that product is approved.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And Dan and Mike yesterday noted that some of the dollars spent on LOTUS would be redeployed. How -- where are your priority investments at this point and going forward beyond ACURATE neo2?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Yes. So obviously, we will move resources and money to do more things on ACURATE on the development side. We have a very interesting list of projects on the WATCHMAN side. And then we've got -- in a business as big as our coronary therapies, we've got a lot of projects. I'm not going to mention them, but we've got some very unique strategic things that will benefit from this decision as well in coronary therapies. But neo2; WATCHMAN; and our highest priority, most strategic, CT, is where we'll reallocate inside of Interventional cardiology.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

All right. And Dan, a couple of questions for you, if I could. It just seems like hourly, daily, the COVID news gets worse. Just hearing more and more from various perspectives about elective procedure delays, Europe running out of beds. I mean, just -- and it's not fair to ask, but are you more concerned about the near term for BSX employees and for the business than you were a week or 2 ago, even?

**Daniel J. Brennan**
*Executive VP & CFO*

It's something we obviously follow very closely, and we've had a task force in place since the beginning of January in terms of keeping our employees and teammates safe. And so that's gone very well across the globe. That continues to meet regularly and has done very well.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Relative to the business, I mentioned yesterday on our call, our Q4 call was aimed to grow. And with the current state of where the virus and the a path of the virus, that could prove to be a challenge. We'll obviously see how that plays out during the fourth quarter.

One good thing is, I think the health care ecosystem versus where we were in March and April has learned to kind of deal much better with this, obviously, than they did then. It was new and novel and not much known at that point. They know a lot more about it, and so I think they're more able to balance the treatment of COVID patients and elective procedures.

But to your point, to the extent that it becomes overwhelming and it becomes all about bed capacity and such, that may prove challenging.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Yes. And another one, Dan. A question I've gotten actually a lot just in the last 24 hours is, can you help us think through, however roughly you're comfortable doing it, the buildup of growth drivers that comfortably gets you into that 6% to 8% range that Mike seemed to feel comfortable articulating? What combination of existing business growth or geographic growth or new product launch? Can you help us make sense of that thought process?

**Daniel J. Brennan**
*Executive VP & CFO*

Sure. Let me go back on one other thing as well on a difference between kind of the April trough and now, is that -- I think I speak for the world here. It's encouraging to see some of the data on the vaccines. So I think whatever we see and whatever occurs relative to the most recent surge, I think there's more optimism that there's a light at the end of the tunnel with some vaccines, and whatever impact there is on the industry and on companies would be more temporary versus kind of the clouds we were in, in March and April.

On your question on revenue. I think between Susie and I, we can probably tag team this one. At the core, we look at our markets, and we say the markets grow 5% overall. The market basket of all the markets we participate in. And as Joe said earlier, one of the key things that we have as a tenet within the company is to outgrow your markets. So every person that runs their business is all about the accountability of my market grows x, I have to grow faster than that. And again, I point back to the 3 years prior to COVID. I think, pretty clearly, at 7.3% organic revenue growth, we had done that. Maybe, Susie, if you want to go through some of the specifics on the drivers, that would be helpful.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Yes. I think, Rick, that if you look at what we're continuing to push forward, is this portfolio diversification away from really our 2 slowest-growing markets, drug-eluting stents and CRM, and continue to increase our exposure into higher-growth markets across the portfolio, right?

Each of the businesses is targeting these big, chunky, meaningful adjacent markets where we already have an existing sales force. We know the call point. We know the reimbursement and referral channel and the competitive landscape, et cetera. So across the board, we feel like we continue to effectively diversify the portfolio. And then you add in the continued push towards emerging markets growth.

And I guess maybe just to preface this. That 6% to 8%, as Mike described it, right, is in a non-COVID world, so kind of excluding strange comps or challenging comps or easy comp either way. And so if you go back, toggle back, we had talked about, at just 10% of sales, but a mid-teens type of emerging markets growth rate, in a non-COVID world, that's helping us add 150 basis points or so. And while it is still struggling, we did see very -- really nice sequential improvement from Q2, where emerging markets were down 15%, to Q3, where they were down just 7%.

And certainly, there are challenges we've talked very openly about national tender and drug-eluting stents in China, but we still see, again, a strong push towards portfolio diversification within that China business

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

as well, and that we still expect to grow in Q4 and next year at a double-digit rate, given strength in peripheral, in urology, in endoscopy, et cetera, in China and other emerging markets.

And then I think the continued recipe for tuck-in M&A should bring us towards the higher end of that or maybe even present some upside over time, depending on what opportunities come our way.

So that's the recipe, and I think it's consistent. And coming through COVID, it's very similar game plan that we've laid out. I think with enhanced digital capabilities and a strengthened balance sheet, that I think makes us all the better positioned.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And Dan, I always quote you here because I just love this phrase. You said to me a year or more ago that Boston's balance sheet is relatively unencumbered, which is, I think, a great expression after the years of being very encumbered. Does LOTUS going away or the growth challenges or COVID or anything make you think about -- rethink some aspect of capital deployment differently or more aggressively that you'd want to talk about?

**Daniel J. Brennan**
*Executive VP & CFO*

No. I think -- thanks for quoting me. It's nice to be quoted. I look at the balance sheet and the strength and the health of it and say it's healthier than it's been in probably over a decade, which is a great thing. We made some smart, prudent capital structure moves in the second quarter. We're in a good position relative to being opportunistic with M&A. We don't have a debt maturity until April of 2022 with $500 million of bonds at that point. So we're set up well from a balance sheet perspective.

And the priorities are what they have been most recently, which is smart, high-quality tuck-in M&A, targeting high-growth adjacencies for our businesses. And so we're very active in that space, looking at things both within our VC portfolio and outside. And that's really the priority.

The moves we made in Q2, again, I think, put us in a really good spot to both weather COVID, whatever the COVID has in store for us, but also really to be opportunistic and on offense.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

That's great. And Joe, you heard the CFO say flush with cash, lots of financial flexibility. What's the Fitzgerald agenda on tuck-in M&A? What are your priorities? I mean, people are going to ask me, do you need to buy another TAVR platform? Do you need -- what aspect of structural heart would you like to be in that you're not? Any color?

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Well, I think in structural heart, right, I mean, we've got our mitral program, Millipede. So we're still maturing that, that's where we're focused.

I mean, the list of start-up companies in structural heart is extremely long. So there's a lot to keep sort of on our front windshield in terms of looking at how they progress. So there is a greenfield of opportunity there, but it's -- in that space, it's important to see who gets to FIM, who gets to these particular milestones.

In our Coronary Therapies Group, obviously, we're always focused on these adjacent tuck-in spaces, whether that be imaging, complex PCI, plaque management, et cetera, both on our VC investment portfolio and on our acquisition sort of wish list.

So we don't -- and I think you've heard me say this before, Rick, right? We never have a shortage of things that we're monitoring or things that we're highly interested in. And as I came over here to interventional cardiology, I saw the exact same playbook. No surprise. We executed in rhythm and we

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

have a prioritized list of things we wanted to either buy, partner or invest in with our VC portfolio. And I was very impressed with the -- with what I inherited when I came in. And we'll see how good I am getting some of that money from Dan and Mike.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Well, he already said it. Last real quick, we only have a minute or so, Dan. Operating margin, you've done a great job over the years in steadily moving them upwards, gross and operating margins. Does LOTUS -- the combination of LOTUS and COVID derail your ability to make progress there? Just if you could talk about that. We have a minute left.

**Daniel J. Brennan**
*Executive VP & CFO*

Sure. I think COVID's obviously been challenging. I'm proud of what the team's been able to accomplish during a difficult year relative to top line and also EPS and the margins we've put up in Q2 and Q3. As I look forward, LOTUS, in a strange way, is actually somewhat helpful relative to our margin profile going forward. One of the decisions, not the only one, but one of the factors in the decision.

So as we go forward, it's really -- it's the core fundamentals of what we're doing and our core financial fundamentals remain unchanged. It's all about consistent, durable revenue growth over time, which I think we've demonstrated; differentiated margin expansion, again, which the team has demonstrated over many years; along with double-digit EPS growth, which is always a goal over time; as well as strong cash flow generation. So those are ingrained, not only just in the leadership team. They're ingrained throughout kind of 35,000 strong within the company, and nothing has changed there.

So we have a path. We have the plans for margin expansion. Susie went through the revenue growth pipeline and portfolio. So we remain optimistic about the future for the company.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Excellent. Dan, Joe, Susie, especially Susie, of course, thank you so much for being here. Really appreciate it. Appreciate -- and best of luck, Joe, to -- and we'll see. We're watching.

**Joseph M. Fitzgerald**
*Executive VP & President of Interventional Cardiology*

Thanks, Rick. Appreciate it.

**Susan Vissers Lisa**
*Vice President of Investor Relations*

Thanks, Rick.

**Frederick Allen Wise**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Take care. Bye.

**Daniel J. Brennan**
*Executive VP & CFO*
Take care.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.