UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re BOSTON SCIENTIFIC CORPORATION : 
SECURITIES LITIGATION :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Master File No.: 1:20-cv-12225-DPW
 :
This Document Relates To:
 :
    ALL ACTIONS
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' NOTICE REGARDING CLOSURE OF SEC INVESTIGATION**

Defendants Boston Scientific Corporation ("Boston Scientific" or the "Company"), Michael F. Mahoney, Joseph M. Fitzgerald, Daniel J. Brennan, Shawn McCarthy, Ian Meredith, Kevin Ballinger and Susan Vissers Lisa (collectively, "Defendants") respectfully submit this notice informing the Court that by letter dated January 3, 2022, the U.S. Securities and Exchange Commission ("SEC") concluded its investigation into whether the Company violated any federal securities laws with respect to its discontinuation of its Lotus Edge product, and that the SEC *does not* intend to recommend an enforcement action against the Company. (*See* Jan. 3, 2022 letter from C. Forbes to A. Nanda, attached hereto as Exhibit 1.)

In its Amended Complaint and Opposition, Plaintiff relied on the existence of the SEC investigation, contending that it bolstered its claims in this action. (*See, e.g.*, Am. Compl. ¶ 200 (Dkt. No. 44); Opp. at 12 (Dkt. No. 61) ("On February 23, 2021, Boston Scientific revealed that the Boston Regional Office of the SEC had commenced an investigation into Lotus Edge. The SEC has since issued at least two sets of document requests to the Company, and the investigation remains pending. ¶ 200."). Further, in a colloquy with the Court during the hearing on Defendants' motion to dismiss, counsel for Plaintiff argued that this case should be kept "alive," and that any dismissed individual Defendants should be dismissed without

prejudice, because of the possibility that adverse facts concerning those dismissed Defendants could turn up through the SEC investigation.  (*See* 11/19/2020 Hearing Tr. at 60:8-13.)

Plaintiff's allegations regarding the SEC's investigation were themselves inadequate to support any inference of scienter or securities claim.  That investigation is now over, the SEC did not bring an enforcement action, and the prior existence of an investigation adds nothing to Plaintiff's deficient Amended Complaint.

Dated: January 3, 2022  
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll  
James R. Carroll (BBO #554426)  
Alisha Q. Nanda (BBO #657266)  
Yaw A. Anim (BBO #569512)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
500 Boylston Street  
Boston, Massachusetts 02116  
(617) 573-4800  
james.carroll@skadden.com  
alisha.nanda@skadden.com  
yaw.anim@skadden.com

*Counsel for Defendants  
Boston Scientific Corporation,  
Michael F. Mahoney, Joseph M.  
Fitzgerald, Daniel J. Brennan, Shawn  
McCarthy, Ian Meredith, Kevin Ballinger  
and Susan Vissers Lisa*