# EXHIBIT 1



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

January 3, 2022

**By E-Mail to Alisha.Nanda@skadden.com**

Alisha Q. Nanda, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, Massachusetts  02116

    Re:    **Boston Scientific Corporation (B-03461)**

Dear Ms. Nanda:

    We have concluded the investigation as to Boston Scientific Corporation ("Boston Scientific").  Based on the information we have as of this date, we do not intend to recommend an enforcement action by the Commission against Boston Scientific.  We are providing this notice under the guidelines set out in the final paragraph of Securities Act Release No. 5310, which states in part that the notice "must in no way be construed as indicating that the party has been exonerated or that no action may ultimately result from the staff's investigation."  (The full text of Release No. 5310 can be found at:  http://www.sec.gov/divisions/enforce/wells-release.pdf.)

    Very truly yours,

    *Celia D. Moore*

    Celia D. Moore
    Assistant Director
    Division of Enforcement

cc:    James R. Carroll, Esq. (James.Carroll@skadden.com)
        Yaw A. Anim, Esq. (Yaw.Anim@skadden.com)
        Colin D. Forbes, Esq. (ForbesCo@sec.gov)