UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re BOSTON SCIENTIFIC CORPORATION :
SECURITIES LITIGATION                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    Master File No.: No. 1:20-cv-12225-DPW
                                                :
This Document Relates To:
                                                :
    ALL ACTIONS
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER
AND PROPOSED ESI PROTOCOL**

Lead Plaintiff Union Asset Management Holding AG, together with Defendants Boston Scientific Corporation, Michael F. Mahoney, Joseph M. Fitzgerald, Daniel J. Brennan, Shawn McCarthy, Ian Meredith, Kevin Ballinger, and Susan Vissers Lisa (collectively, the "Parties") hereby respectfully move this Court for an order entering the attached Stipulation and Proposed Order Concerning the Production and Exchange of Confidential Information and Proposed Agreed ESI Protocol Order.  In support of this Motion, the Parties hereby state:

1. Discovery in this matter may involve documents that contain confidential and/or proprietary information.  The Parties want to ensure that these documents remain confidential and that any person who views them has agreed to maintain the same standards of confidentiality.

2. To preserve confidentiality of the documents and to facilitate discovery, the Parties have worked cooperatively on a mutually agreed-upon Stipulation and Proposed Order Concerning the Production and Exchange of Confidential Information, which is attached hereto as Exhibit A, and a Proposed Agreed ESI Protocol Order, which is attached hereto as Exhibit B.

3. The Parties agree that it is appropriate to request that this Court formalize their agreement by entering the attached Stipulation and Proposed Order Concerning the Production and Exchange of Confidential Information and Proposed Agreed ESI Protocol Order.

4. Pursuant to Rule 26(c), this Court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including an order "that a trade secret or other confidential . . . commercial information not be revealed or be revealed only in a specified way." Fed. R. Civ. P. 26(c)(1)(G).

5. The Stipulation and Proposed Order Concerning the Production and Exchange of Confidential Information attached as Exhibit A balances the interests of the Parties, allowing the Parties and their attorneys, experts, and witnesses to obtain and use confidential information in the course of this litigation while simultaneously assuring that none of the Parties or non-parties to this litigation will use the confidential information for other purposes or disclose it outside the confines of this litigation.

6. The Stipulated Confidentiality Order attached as Exhibit A contains appropriate procedures for the protection of the Parties' confidential information from unnecessary disclosure.

7. The Proposed ESI Protocol attached as Exhibit B will facilitate discovery and describes the specifications for the production and use of electronically stored information to be followed by the Parties during discovery.

WHEREFORE the Parties jointly request that this Court enter the Stipulation and Proposed Order Concerning the Production and Exchange of Confidential Information attached hereto as Exhibit A and the Proposed ESI Protocol attached hereto as Exhibit B.

Dated: February 28, 2023

Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ James R. Carroll*

James R. Carroll (BBO #554426)
Alisha Q. Nanda (BBO #657266)
Yaw A. Anim (BBO #569512)
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
james.carroll@skadden.com
alisha.nanda@skadden.com
yaw.anim@skadden.com

*Counsel for Defendants Boston Scientific, Michael F. Mahoney, Joseph M. Fitzgerald, Daniel J. Brennan, Shawn McCarthy, Ian Meredith, Kevin Ballinger, and Susan Vissers Lisa*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Michael D. Blatchley*

Michael D. Blatchley
Salvatore Graziano
Mark Lebovitch
Alexander T. Payne
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
michaelb@blbglaw.com
salvatore@blbglaw.com
markl@blblgaw.com
alex.payne@blbglaw.com

*Lead Counsel for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants.

Date: February 28, 2023

/s/ Michael D. Blatchley
Michael D. Blatchley