UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
In re BOSTON SCIENTIFIC          )
CORPORATION SECURITIES           )
LITIGATION                       )      CIVIL ACTION NO.
---------------------------------)      20-12225-DPW
This Document Relates To:        )
     ALL ACTIONS                 )
_____)
```

**FURTHER ORDER RE ENTRY OF PROTECTIVE ORDER**

WOODLOCK, D.J.

The Joint Stipulation and Order Concerning the Production and Exchange of Confidential Information [ECF #86] and the Agreed ESI Protocol Order [ECF #87] having been entered this day, IT IS FURTHER ORDERED that such Orders are subject to the continued jurisdiction of this Court to modify as deemed appropriate.

*/s/ Douglas P. Woodlock*
_____
DOUGLAS P. WOODLOCK
United States District Judge

DATE:  March 7, 2023