**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE BOSTON SCIENTIFIC CORPORATION SECURITIES LITIGATION | Master File No.: 1:20-cv-12225-DPW<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF SALVATORE J. GRAZIANO IN SUPPORT OF LEAD
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Salvatore J. Graziano, hereby declare as follows:

1.      I am an attorney licensed to practice law in New York, and I am admitted to practice *pro hac vice* before this Court. I am a partner at the law firm of Court-appointed Lead Counsel Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz" or "Lead Counsel"), located at 1251 Avenue of the Americas, New York, NY, 10020 and counsel for court-appointed Lead Plaintiff Union Asset Management Holding AG ("Lead Plaintiff").  I submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification (the "Motion"). I have personal knowledge of the facts stated herein, and if called to testify, could and would competently thereto.

2.      Attached as Exhibit A is a true and correct copy of the Declaration of Dr. Carsten Fischer and Jochen Riechwald on Behalf of Union Asset Management Holding AG in Support of Lead Plaintiff's Motion for Class Certification, dated April 20, 2023.

3.      Attached as Exhibit B is a true and correct copy of the Expert Report of Chad W. Coffman, CFA, dated April 21, 2023.

4.      Attached as Exhibit C is a true and correct copy of the firm resume of Bernstein Litowitz.

5.      Since the inception of this litigation, Lead Counsel have vigorously prosecuted this action for the benefit of Lead Plaintiff and the Class.  Lead Counsel's efforts have included, among other things, (i) conducting a thorough pre-suit investigation; (ii) drafting a detailed amended complaint; (iii) overcoming in part Defendants' hard-fought motion to dismiss; (iv) propounding extensive document requests and interrogatories on Defendants; (v) responding to document requests from Defendants and producing documents in response; (vi) consulting with an expert in market efficiency and damages as well as with medical device industry experts; (vii) working with dedicated teams of experienced attorneys and staff to prosecute the claims on behalf of Lead

Plaintiff and the Class; and (vii) drafting and filing this motion for class certification. Lead Counsel is committed and will continue to vigorously prosecute the action for the benefit of Lead Plaintiff and the Class.

6.       Attached as Exhibit D is a true and correct copy of an order issued by the United States District Court for the Northern District of California in an unrelated action where Bernstein Litowitz served as lead counsel for the lead plaintiff in that case, SEB Investment Management AB, and as class counsel for the certified class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, No. 3:18-cv-2902-WHA, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021). As reflected in the order, counsel for an unsuccessful lead plaintiff movant raised questions about Bernstein Litowitz's hiring of a former employee of the lead plaintiff in that action. Following discovery and extensive briefing, the court allowed Bernstein Litowitz to continue as class counsel. *See id*. at *1-2. The court nevertheless ordered Bernstein Litowitz to bring the order to the attention of any court in which Bernstein Litowitz seeks appointment as class counsel, and also to the decisionmaker for the proposed lead plaintiff who is selecting class counsel. *See id*. at *2. Accordingly, Lead Counsel has provided the order to Lead Plaintiff. Since that order, the court in *Symantec* granted final approval of the $70 million settlement in that action, commenting on the record that Bernstein Litowitz "did a good job, so thank you for that." *See SEB Inv. Mgmt. AB v. Symantec Corp.*, No. 3:18-cv-2902-WHA, ECF No. 425 at 18 (N.D. Cal. Feb. 10, 2022). Additionally, courts have repeatedly approved Bernstein Litowitz as lead counsel and class counsel in securities class actions after being apprised of the *Symantec* order. Attached as Exhibit E is a list of over 20 such actions in which courts have appointed Bernstein Litowitz as lead counsel or class counsel after being apprised of the *Symantec* order.

7.	Attached as Exhibit F is a true and correct copy of a document bearing the Bates stamp BSC-LOTUS-0000453 to BSC-LOTUS-0000472 produced by Boston Scientific to Lead Plaintiff in discovery, with relevant portions highlighted.  This document, together with Exhibits G through J below, were designated as "Confidential" under the terms of the Protective Order (ECF No. 85-1) so ordered by this Court (ECF No. 86).  Pursuant to Paragraph 25 of the Protective Order, Lead Plaintiff is filing wholly redacted versions of Exhibits F through J, and a redacted version of the Memorandum of Law in support of the Motion, on the public docket, and serving an unredacted version of the filings on counsel for Defendants.  Under the terms of Paragraph 25 of the Protective Order, Defendants may file within five (5) business days a Motion to Impound Designated Material in accordance with the District of Massachusetts Local Rule 7.2 and ECF Administrative Procedures if they wish this material to remain under seal.

8.	Attached as Exhibit G is a true and correct copy of a document bearing the Bates stamp BSC-LOTUS-0000568 to BSC-LOTUS-0000591 produced by Boston Scientific to Lead Plaintiff in discovery, with relevant portions highlighted.

9.	Attached as Exhibit H is a true and correct copy of a document bearing the Bates stamp BSC-LOTUS-0003374 to BSC-LOTUS-0003376 produced by Boston Scientific to Lead Plaintiff in discovery, with relevant portions highlighted.

10.	Attached as Exhibit I is a true and correct copy of a document bearing the Bates stamp BSC-LOTUS-0123062 produced by Boston Scientific to Lead Plaintiff in discovery, with relevant portions highlighted.

11.	Attached as Exhibit J is a true and correct copy of a document bearing the Bates stamp BSC-LOTUS-0010944 to BSC-LOTUS-0010946 produced by Boston Scientific to Lead Plaintiff in discovery, with relevant portions highlighted.

Executed on this 21st day of April 2023, in New York, New York.

/s/ *Salvatore J. Graziano*
Salvatore J. Graziano