# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE BOSTON SCIENTIFIC CORPORATION SECURITIES LITIGATION | Master File No.: 1:20-cv-12225-DPW |

**DECLARATION OF DR. CARSTEN FISCHER AND JOCHEN RIECHWALD ON BEHALF OF UNION ASSET MANAGEMENT HOLDING AG IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

We, Carsten Fischer and Jochen Riechwald, declare as follows:

1.      We respectfully submit this Declaration in support of the application of Union Asset Management Holding AG ("Union" or "Plaintiff"), Court-appointed Lead Plaintiff in the above-captioned action (the "Action"), to serve as a representative for the Class (as defined in Lead Plaintiff's Motion for Class Certification).

2.      We respectively serve as General Counsel and Assistant General Counsel to Union. We are authorized to make this Declaration on behalf of Union and have personal knowledge about the information in this Declaration.

3.      As set forth in prior pleadings, Union purchased or acquired a significant number of shares of common stock issued by Boston Scientific Corporation during the Class Period and suffered substantial losses when Boston Scientific's stock price declined following the corrective disclosure on November 17, 2020 alleged in the Amended Consolidated Class Action Complaint (the "Complaint") (ECF No. 44).

4.      Union understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As a class representative, Union, a sophisticated institutional investor, is committed to vigorously prosecuting this litigation. Union intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

5.      Union has diligently pursued the effective prosecution of this Action and actively monitored its progress. Among other things, it has authorized the filing of the motion seeking to be appointed Lead Plaintiff, reviewed the Complaint and various pleadings, successfully opposed Defendants' motion to dismiss in part, negotiated a case schedule, and propounded and responded to discovery. Since Union's appointment as Lead Plaintiff, it has reviewed periodic updates and other correspondence from its proposed Class Counsel and Court-appointed Lead Counsel

Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings and Court orders, and discussed the progress of the litigation and case strategy with them. As a Class Representative, Union would continue to diligently pursue the effective prosecution of the Action.

6.    Union is committed to continuing to actively direct this litigation and maximize the recovery for the proposed Class by attending hearings and/or trial, sitting for deposition, and overseeing the preparation and filing of pleadings, as appropriate.

7.    Union understands that, as a Class Representative, it would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and would continue to work actively with Class counsel in order to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

8.    Union seeks appointment of Bernstein Litowitz as Class Counsel based on their substantial experience and expertise in prosecuting securities class actions. Union believes that Bernstein Litowitz possess the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

9.    Union understands that its service as a Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class. If there is a recovery in this case, Union does not expect to receive any more than its pro-rate share of the amount recovered, beyond that which is provided by the PSLRA.

10.    We declare, pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this _____ day of _____, 2023.

*On behalf of Union Asset Management Holding AG*

Dr. Carsten Fischer
General Counsel

Jochen Riechwald
Legal Counsel