**REDACTED VERSION FOR PUBLIC FILING**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re BOSTON SCIENTIFIC CORPORATION    :
SECURITIES LITIGATION                              :    Master File No.: No. 1:20-cv-12225-DPW
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
This Document Relates To:                           :

     ALL ACTIONS                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF YAW ANIM, ESQ.
IN SUPPORT OF DEFENDANTS' OPPOSITION TO
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, YAW ANIM, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.     I am a member of the bar of the Commonwealth of Massachusetts and of this Court and an associate with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants in the above-captioned action.

2.     I make this declaration in support of Defendants' Memorandum Of Law In Opposition To Lead Plaintiff's Motion For Class Certification filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following documents attached as Exhibits to this Declaration:

| Exhibit | | Date | *Production Nos.*<br>*(Dep. Ex. No.)* |
|---|---|---|---|
| **1.** | List of Union Transactions In Boston Scientific Stock | -- | UNION001642<br>(Riechwald Ex. 4) |
| **2.** | Transcript of deposition testimony of Lead Plaintiff's Rule 30(b)(6) designee Jochen Riechwald | 5/16/2023 | -- |
| **3.** | Union Investment Coverage Details Regarding Boston Scientific, dated Aug. 6, 2020 (with certified translation) | 8/06/2020 | UNION0015164<br>(Riechwald Ex. 8) |

| *Exhibit* | | *Date* | *Production Nos. (Dep. Ex. No.)* |
|---|---|---|---|
| **4.** | Union Investment Summary of Meeting with Boston Scientific (with certified translation) | 9/16/2020 | UNION0006574 |
| **5.** | Union Investment Memorandum Regarding Boston Scientific, dated Jan. 12, 2021 (with certified translation) | 1/12/2021 | UNION0006578 (Riechwald Ex. 7) |
| **6.** | Union Investment Coverage Details Regarding Boston Scientific (with certified translation) | 2/04/2021 | UNION0006579 |
| **7.** | Electronic mail message from F. Oberhofer to Daniel Ceccarelli, among others | 11/17/2020 | UNION0009348 (Riechwald Ex. 9) |
| **8.** | Declaration Of T. Christopher Donnelly In Support Of The Motion Of Union Asset Management Holding AG For Appointment As Lead Plaintiff, Approval Of Its Selection Of Counsel, And Consolidation Of Related Actions | 2/02/2021 | (Riechwald Ex. 2) |
| **9.** | Electronic mail messages between S. Buch and F. Oberhofer, among others | 1/12/2021 | UNION0007434 (Riechwald Ex. 6) |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Boston, Massachusetts on May 26, 2023.

/s/ Yaw Anim
Yaw Anim (BBO# 569512)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
yaw.anim@skadden.com

*Counsel for Defendants*
*Boston Scientific Corporation, Michael F.*
*Mahoney, Joseph M. Fitzgerald, Daniel J.*
*Brennan, Shawn McCarthy, Ian Meredith,*
*Kevin Ballinger and Susan Vissers Lisa*