# EXHIBIT 8



EXHIBIT
RIECHWALD 2
5·16·23 LG

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIANO ERRICHIELLO, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, JOSEPH M. FITZGERALD, and DANIEL J. BRENNAN,<br><br>Defendants. | No. 1:20-cv-12225-DPW<br><br>CLASS ACTION |
| ENRIQUE JEVONS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, and DANIEL J. BRENNAN,<br><br>Defendants. | No. 1:21-cv-10033-DPW<br><br>CLASS ACTION |

**DECLARATION OF T. CHRISTOPHER DONNELLY IN SUPPORT OF THE MOTION OF UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

I, T. Christopher Donnelly, declare as follows:

1.     I am a member in good standing of the bar of the State of Massachusetts and am admitted to practice before this Court. I am a partner with the law firm Donnelly, Conroy & Gelhaar, LLP ("Donnelly, Conroy & Gelhaar"). I respectfully submit this declaration in support of the Motion of Union Asset Management Holding AG ("Union") for entry of an Order: (1) appointing Union as Lead Plaintiff; (2) approving Union's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel and Donnelly, Conroy & Gelhaar as Liaison Counsel for the Class; (3) consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting such other and further relief as the Court may deem just and proper.

2.     Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:   Union's Declarations of Assignment;

EXHIBIT B:   Certification of Union;

EXHIBIT C:   Chart of transactions and losses of Union;

EXHIBIT D:   Notice of pendency of *Jevons v. Boston Scientific Corporation*, No. 1:20-cv-05894 (E.D.N.Y.), published December 4, 2020;

EXHIBIT E:   Bernstein Litowitz's Firm Résumé; and

EXHIBIT F:   Biographies of T. Christopher Donnelly, Peter E. Gelhaar, and Peter K. Levitt of Donnelly, Conroy & Gelhaar.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of February, 2021.

                              /s/ T. Christopher Donnelly
                              T. Christopher Donnelly

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants on the Notice of Electronic Filing (NEF).

/s/ T. Christopher Donnelly
T. Christopher Donnelly

# EXHIBIT A

## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT PRIVATFONDS GMBH
## TO UNION ASSET MANAGEMENT HOLDING AG

We, Giovanni Gay and Dr. Frank Engels, hereby declare as follows:

1.  We are Managing Directors of Union Investment Privatfonds GmbH ("UIP") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Schedule A (the "Funds") are managed under German law by UIP.

3.  On behalf of the UIP, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against Boston Scientific Corporation ("Boston Scientific") and certain of its senior executives on or around 2 February 2021; (b) declaring that UIP will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIP in any and all claims, demands, and causes of action of any kind whatsoever that UIP has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Boston Scientific. Further, UIP hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIP.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2?ʳᵈ day of ___Tanuary___, 2021 in Frankfurt, Germany.

For Union Investment Privatfonds GmbH (Assignor):

_____                    _____
Giovanni Gay                               Dr. Frank Engels
Managing Director                          Managing Director

For Union Asset Management Holding AG (Assignee):

_____                    _____
Dr. Carsten Fischer                        Marcus Hermanns
General Counsel                            Assistant General Counsel

## Schedule A

UniProInvest: Chance
UniFavorit: Aktien
UniNachhaltig Aktien Global
Uni21.Jahrhundert -net-
VR Westmünsterland Aktiv

## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT LUXEMBOURG S.A.
## TO UNION ASSET MANAGEMENT HOLDING AG

We, Maria Löwenbrück and Marc Lauterfeld, hereby declare as follows:

1. We are Board Members of Union Investment Luxembourg S.A. ("UIL") and we have personal knowledge of all matters stated herein.

2. The funds listed in Schedule A (the "Funds") are managed under Luxembourg law by UIL.

3. On behalf of the UIL, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against Boston Scientific Corporation ("Boston Scientific") and certain of its senior executives on or around 2 February 2021; (b) declaring that UIL will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIL in any and all claims, demands, and causes of action of any kind whatsoever that UIL has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Boston Scientific. Further, UIL hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIL.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of _____January_____, 2021 in Luxembourg, Luxembourg/Frankfurt, Germany.

For Union Investment Luxembourg S.A. (Assignor):

_____
Maria Löwenbrück
Board Member

_____
Marc Lauterfeld
Board Member

For Union Asset Management Holding AG (Assignee):

_____
Dr. Carsten Fischer
General Counsel

_____
Marcus Hermanns
Assistant General Counsel

## Schedule A

UniRak Nachhaltig Konservativ
UniRak Nachhaltig
UniSector: HighTech
UniDynamicFonds: Global
LIGA-Pax-Cattolico-Union
UniInstitutional SDG Equities
UniGarant80: Dynamik

### DECLARATION OF ASSIGNMENT BY
### UNION INVESTMENT INSTITUTIONAL GMBH
### TO UNION ASSET MANAGEMENT HOLDING AG

We, André Haagmann and Klaus Bollmann, hereby declare as follows:

1. We are Managing Directors of Union Investment Institutional GmbH ("UIN") and we have personal knowledge of all matters stated herein.

2. The funds listed in Schedule A (the "Funds") are managed under German law by UIN.

3. On behalf of the UIN, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against Boston Scientific Corporation ("Boston Scientific") and certain of its senior executives on or around 2 February 2021; (b) declaring that UIN will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIN in any and all claims, demands, and causes of action of any kind whatsoever that UIN has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Boston Scientific. Further, UIN hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIN.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of ___January___, 2021 in Frankfurt, Germany.

For Union Investment Institutional GmbH (Assignor):

_____          _____
André Haagmann                     Klaus Bollmann
Managing Director                  Managing Director


For Union Asset Management Holding AG (Assignee):

_____          _____
Dr. Carsten Fischer                Marcus Hermanns
General Counsel                    Assistant General Counsel

**Schedule A**

UIN-Fonds Nr. 816
UIN-Fonds Nr. 759
DEVIF-Fonds Nr. 91
MKD-Union-Fonds
UIN-Fonds Nr. 727
UIN-Fonds Nr. 997
SV-Union-Fonds
Demografiefonds
UIN-Fonds Nr. 860
UIN-Fonds Nr. 982
UIN-Fonds Nr. 950
UIN-Fonds Nr. 798
DEVIF-Fonds Nr. 349
DEVIF-Fonds Nr. 89

# EXHIBIT B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

The undersigned, Dr. Carsten Fischer and Jochen Riechwald, on behalf of Union Asset Management Holding AG ("Union"), on account of the funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.  We have reviewed a complaint filed in this matter.

2.  We are duly authorized to institute legal action on behalf of Union and the Funds, including litigation against Boston Scientific Corporation and any other defendants, and file this motion for appointment of Union as lead plaintiff.

3.  The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4.  Union is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Union fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5.  The Funds' transactions in the Boston Scientific Corporation securities that are the subject of this action are set forth in the chart attached hereto.

6.  Union was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification

*City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*, No. 18-cv-4844 (N.D. Cal.)
*In re Philip Morris International Inc. Securities Litig.*, No. 18-cv-8049 (S.D.N.Y.)
*In re Kraft Heinz Securities Litigation*, No. 19-cv-1339 (N.D. Ill.)

7.  Union has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*Union Asset Management AG v. Fluor Corp.*, No. 20-cv-00518 (N.D. Tex.)
*In re Allergan plc Securities Litigation*, No. 18-cv-12089 (S.D.N.Y.)

8. Union will not accept any payment for serving as a representative party on behalf of the Class beyond Union's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this **2nd** day of ____**February**____ , 2021.

For Union Asset Management Holding AG:


_____          _____
Dr. Carsten Fischer                       Jochen Riechwald
General Counsel                           Assistant General Counsel

## Union Asset Management Holding AG
## Transactions in Boston Scientific Corp.

| Fund | Transaction | Date | Shares | Price |
|------|------------|------|--------|-------|
| UniProInvest: Chance | Purchase | 6/7/2019 | 20,340 | 40.9006 |
| UniProInvest: Chance | Purchase | 10/25/2019 | 26,408 | 40.6190 |
| UniProInvest: Chance | Sale | 9/10/2019 | (20,340) | 40.7863 |
| UniFavorit: Aktien | Purchase | 6/6/2019 | 562,000 | 40.3956 |
| UniFavorit: Aktien | Purchase | 6/7/2019 | 642,000 | 41.3222 |
| UniFavorit: Aktien | Purchase | 6/10/2019 | 481,748 | 41.4989 |
| UniFavorit: Aktien | Purchase | 6/11/2019 | 32,137 | 40.9793 |
| UniFavorit: Aktien | Purchase | 6/11/2019 | 360,453 | 41.1709 |
| UniFavorit: Aktien | Purchase | 6/12/2019 | 32,137 | 40.7804 |
| UniFavorit: Aktien | Purchase | 6/12/2019 | 96,411 | 40.8675 |
| UniFavorit: Aktien | Purchase | 9/18/2019 | 204,555 | 42.5770 |
| UniFavorit: Aktien | Purchase | 5/29/2020 | 64,618 | 37.6800 |
| UniFavorit: Aktien | Purchase | 5/29/2020 | 644,922 | 37.5493 |
| UniFavorit: Aktien | Purchase | 6/2/2020 | 863,628 | 37.6809 |
| UniFavorit: Aktien | Purchase | 7/24/2020 | 914,231 | 38.4962 |
| UniFavorit: Aktien | Purchase | 7/27/2020 | 716,447 | 38.5099 |
| UniFavorit: Aktien | Purchase | 11/9/2020 | 782,926 | 38.6187 |
| UniFavorit: Aktien | Sale | 3/24/2020 | (2,437,849) | 28.0302 |
| UniNachhaltig Aktien Global | Purchase | 6/4/2019 | 203,201 | 38.8526 |
| UniNachhaltig Aktien Global | Purchase | 7/3/2019 | 7,581 | 42.7300 |
| UniNachhaltig Aktien Global | Purchase | 8/9/2019 | 18,005 | 43.0255 |
| UniNachhaltig Aktien Global | Purchase | 10/23/2019 | 53,371 | 40.5229 |
| UniNachhaltig Aktien Global | Purchase | 1/16/2020 | 52,122 | 42.8772 |
| UniNachhaltig Aktien Global | Purchase | 4/3/2020 | 40,766 | 31.3025 |
| UniNachhaltig Aktien Global | Purchase | 7/15/2020 | 370,960 | 36.4423 |
| UniNachhaltig Aktien Global | Purchase | 8/19/2020 | 44,466 | 39.6437 |
| UniNachhaltig Aktien Global | Purchase | 9/30/2020 | 62,433 | 38.0803 |
| UniNachhaltig Aktien Global | Purchase | 11/10/2020 | 105,646 | 38.1493 |
| UniNachhaltig Aktien Global | Sale | 3/27/2020 | (111,805) | 29.8404 |
| UniNachhaltig Aktien Global | Sale | 5/19/2020 | (129,432) | 36.1195 |
| UniNachhaltig Aktien Global | Sale | 5/19/2020 | (133,809) | 35.8820 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniRak Nachhaltig Konservativ | Purchase | 4/26/2019 | 2,700 | 36.9957 |
| UniRak Nachhaltig Konservativ | Purchase | 4/30/2019 | 5,600 | 36.7737 |
| UniRak Nachhaltig Konservativ | Purchase | 5/2/2019 | 28,338 | 36.3059 |
| UniRak Nachhaltig Konservativ | Purchase | 5/6/2019 | 23,362 | 36.7276 |
| UniRak Nachhaltig Konservativ | Purchase | 5/10/2019 | 10,000 | 36.3600 |
| UniRak Nachhaltig Konservativ | Purchase | 7/3/2019 | 5,000 | 42.5000 |
| UniRak Nachhaltig Konservativ | Purchase | 7/16/2019 | 15,000 | 42.4664 |
| UniRak Nachhaltig Konservativ | Purchase | 8/16/2019 | 10,000 | 42.2500 |
| UniRak Nachhaltig Konservativ | Purchase | 9/4/2019 | 20,000 | 41.4041 |
| UniRak Nachhaltig Konservativ | Purchase | 10/1/2019 | 5,000 | 40.2977 |
| UniRak Nachhaltig Konservativ | Purchase | 1/15/2020 | 5,000 | 42.5200 |
| UniRak Nachhaltig Konservativ | Purchase | 2/5/2020 | 10,000 | 42.9496 |
| UniRak Nachhaltig Konservativ | Purchase | 2/7/2020 | 25,000 | 42.7102 |
| UniRak Nachhaltig Konservativ | Purchase | 2/14/2020 | 5,000 | 42.1500 |
| UniRak Nachhaltig Konservativ | Purchase | 2/21/2020 | 5,000 | 42.2497 |
| UniRak Nachhaltig Konservativ | Purchase | 3/2/2020 | 15,000 | 36.8500 |
| UniRak Nachhaltig Konservativ | Purchase | 6/4/2020 | 5,000 | 37.3700 |
| UniRak Nachhaltig Konservativ | Purchase | 6/11/2020 | 10,000 | 36.6000 |
| UniRak Nachhaltig Konservativ | Purchase | 7/7/2020 | 10,000 | 35.3000 |
| UniRak Nachhaltig Konservativ | Purchase | 8/26/2020 | 5,000 | 39.1000 |
| UniRak Nachhaltig Konservativ | Purchase | 9/30/2020 | 6,080 | 37.7499 |
| UniRak Nachhaltig Konservativ | Purchase | 10/16/2020 | 3,920 | 38.7800 |
| UniRak Nachhaltig Konservativ | Purchase | 10/21/2020 | 20,000 | 37.2499 |
| UniRak Nachhaltig Konservativ | Purchase | 11/3/2020 | 10,000 | 35.2973 |
| UniRak Nachhaltig Konservativ | Purchase | 11/11/2020 | 30,000 | 37.7265 |
| UniRak Nachhaltig | Purchase | 4/26/2019 | 4,500 | 36.9957 |
| UniRak Nachhaltig | Purchase | 4/29/2019 | 95,500 | 36.8122 |
| UniRak Nachhaltig | Purchase | 5/10/2019 | 15,000 | 36.3600 |
| UniRak Nachhaltig | Purchase | 7/16/2019 | 10,000 | 42.4664 |
| UniRak Nachhaltig | Purchase | 8/6/2019 | 5,000 | 41.6000 |
| UniRak Nachhaltig | Purchase | 8/30/2019 | 5,000 | 42.6000 |
| UniRak Nachhaltig | Purchase | 9/10/2019 | 5,000 | 40.5112 |
| UniRak Nachhaltig | Purchase | 10/1/2019 | 10,000 | 40.2977 |
| UniRak Nachhaltig | Purchase | 1/31/2020 | 5,000 | 42.4000 |
| UniRak Nachhaltig | Purchase | 2/5/2020 | 5,000 | 42.9496 |
| UniRak Nachhaltig | Purchase | 2/7/2020 | 15,000 | 42.7102 |
| UniRak Nachhaltig | Purchase | 2/11/2020 | 5,000 | 42.3500 |

## Union Asset Management Holding AG
## Transactions in Boston Scientific Corp.

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniRak Nachhaltig | Purchase | 2/14/2020 | 2,500 | 42.1500 |
| UniRak Nachhaltig | Purchase | 2/21/2020 | 2,500 | 42.2497 |
| UniRak Nachhaltig | Purchase | 3/2/2020 | 15,000 | 36.8500 |
| UniRak Nachhaltig | Purchase | 5/29/2020 | 25,000 | 37.4963 |
| UniRak Nachhaltig | Purchase | 6/4/2020 | 10,000 | 37.3700 |
| UniRak Nachhaltig | Purchase | 6/10/2020 | 10,000 | 37.1000 |
| UniRak Nachhaltig | Purchase | 7/1/2020 | 20,000 | 34.9977 |
| UniRak Nachhaltig | Purchase | 7/7/2020 | 10,000 | 35.3000 |
| UniRak Nachhaltig | Purchase | 9/30/2020 | 3,040 | 37.7499 |
| UniRak Nachhaltig | Purchase | 10/21/2020 | 3,460 | 37.2799 |
| UniRak Nachhaltig | Purchase | 11/3/2020 | 3,500 | 35.3500 |
| UniRak Nachhaltig | Purchase | 11/11/2020 | 15,000 | 37.7265 |
| UniSector: HighTech | Purchase | 9/18/2019 | 35,000 | 42.5770 |
| UniSector: HighTech | Purchase | 7/17/2020 | 25,000 | 36.5874 |
| UniSector: HighTech | Purchase | 7/20/2020 | 30,000 | 37.6058 |
| UIN-Fonds Nr. 816 | Purchase | 7/22/2019 | 36,500 | 42.6100 |
| UIN-Fonds Nr. 816 | Purchase | 7/13/2020 | 4,685 | 35.0428 |
| UIN-Fonds Nr. 816 | Purchase | 8/12/2020 | 3,686 | 39.8832 |
| UIN-Fonds Nr. 816 | Sale | 3/9/2020 | (20,175) | 34.2246 |
| UIN-Fonds Nr. 816 | Sale | 4/29/2020 | (11,361) | 36.8000 |
| UIN-Fonds Nr. 816 | Sale | 10/8/2020 | (2,846) | 40.2500 |
| UIN-Fonds Nr. 759 | Purchase | 8/23/2019 | 19,290 | 42.3027 |
| UIN-Fonds Nr. 759 | Purchase | 6/22/2020 | 4,863 | 36.4400 |
| UIN-Fonds Nr. 759 | Purchase | 8/10/2020 | 4,446 | 38.9505 |
| UIN-Fonds Nr. 759 | Sale | 3/10/2020 | (5,336) | 34.4306 |
| UIN-Fonds Nr. 759 | Sale | 3/23/2020 | (5,692) | 24.4739 |
| UIN-Fonds Nr. 759 | Sale | 4/8/2020 | (8,262) | 34.4133 |
| UniDynamicFonds: Global | Purchase | 5/28/2020 | 89,646 | 37.4355 |
| DEVIF-Fonds Nr. 91 | Purchase | 6/5/2019 | 8,600 | 39.2100 |
| DEVIF-Fonds Nr. 91 | Purchase | 7/19/2019 | 18,600 | 42.8504 |
| DEVIF-Fonds Nr. 91 | Purchase | 7/13/2020 | 20,965 | 35.0428 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| DEVIF-Fonds Nr. 91 | Purchase | 8/13/2020 | 1,228 | 39.7400 |
| DEVIF-Fonds Nr. 91 | Sale | 4/22/2020 | (27,200) | 34.9421 |
| MKD-Union-Fonds | Purchase | 8/30/2019 | 30,843 | 38.7640 |
| MKD-Union-Fonds | Purchase | 5/29/2020 | 2,905 | 37.6800 |
| MKD-Union-Fonds | Purchase | 5/29/2020 | 28,993 | 37.5493 |
| MKD-Union-Fonds | Purchase | 7/15/2020 | 7,867 | 36.4423 |
| MKD-Union-Fonds | Sale | 5/19/2020 | (30,843) | 36.1413 |
| Uni21.Jahrhundert -net- | Purchase | 7/20/2020 | 50,000 | 37.2878 |
| Uni21.Jahrhundert -net- | Sale | 5/11/2020 | (30,000) | 37.3585 |
| LIGA-Pax-Cattolico-Union | Purchase | 7/16/2019 | 35,100 | 42.5389 |
| LIGA-Pax-Cattolico-Union | Purchase | 7/1/2020 | 6,287 | 35.1700 |
| LIGA-Pax-Cattolico-Union | Purchase | 8/14/2020 | 12,584 | 39.1600 |
| LIGA-Pax-Cattolico-Union | Purchase | 10/2/2020 | 14,307 | 38.4800 |
| LIGA-Pax-Cattolico-Union | Sale | 9/12/2019 | (2,100) | 42.5550 |
| LIGA-Pax-Cattolico-Union | Sale | 11/15/2019 | (4,200) | 41.8800 |
| LIGA-Pax-Cattolico-Union | Sale | 1/31/2020 | (28,800) | 43.1448 |
| VR Westmünsterland Aktiv Nachhaltig | Purchase | 7/8/2019 | 8,000 | 42.5018 |
| VR Westmünsterland Aktiv Nachhaltig | Purchase | 8/30/2019 | 3,000 | 42.7627 |
| UniInstitutional SDG Equities | Purchase | 10/13/2020 | 2,500 | 40.9140 |
| UniInstitutional SDG Equities | Purchase | 10/14/2020 | 4,800 | 40.6077 |
| UniInstitutional SDG Equities | Purchase | 11/16/2020 | 10,000 | 38.1875 |
| UIN-Fonds Nr. 727 | Purchase | 8/23/2019 | 6,170 | 42.3027 |
| UIN-Fonds Nr. 727 | Purchase | 6/22/2020 | 3,805 | 36.4400 |
| UIN-Fonds Nr. 727 | Purchase | 8/10/2020 | 3,750 | 38.9505 |
| UIN-Fonds Nr. 727 | Purchase | 11/12/2020 | 2,006 | 37.1700 |
| UIN-Fonds Nr. 727 | Sale | 4/8/2020 | (6,170) | 34.0246 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UIN-Fonds Nr. 997 | Purchase | 10/15/2019 | 6,530 | 38.1530 |
| UIN-Fonds Nr. 997 | Purchase | 11/5/2019 | 3,265 | 40.5463 |
| UIN-Fonds Nr. 997 | Purchase | 2/6/2020 | 4,205 | 42.6231 |
| SV-Union-Fonds | Purchase | 7/2/2019 | 6,910 | 42.6900 |
| SV-Union-Fonds | Purchase | 12/4/2019 | 1,300 | 42.8200 |
| SV-Union-Fonds | Purchase | 12/13/2019 | 1,468 | 44.4500 |
| SV-Union-Fonds | Purchase | 3/3/2020 | 1,009 | 38.3000 |
| SV-Union-Fonds | Sale | 10/30/2019 | (3,180) | 41.5312 |
| Demografiefonds | Purchase | 6/13/2019 | 2,000 | 40.8100 |
| Demografiefonds | Purchase | 1/15/2020 | 1,000 | 42.5343 |
| Demografiefonds | Purchase | 2/18/2020 | 1,000 | 42.1395 |
| Demografiefonds | Purchase | 6/3/2020 | 1,100 | 37.7936 |
| Demografiefonds | Purchase | 6/9/2020 | 871 | 38.2853 |
| Demografiefonds | Purchase | 8/21/2020 | 1,900 | 38.7100 |
| Demografiefonds | Sale | 3/13/2020 | (1,993) | 31.2692 |
| Demografiefonds | Sale | 3/26/2020 | (2,007) | 31.5077 |
| UIN-Fonds Nr. 860 | Purchase | 1/16/2020 | 4,000 | 42.8772 |
| UIN-Fonds Nr. 982 | Purchase | 7/31/2019 | 20,457 | 40.8937 |
| UIN-Fonds Nr. 982 | Purchase | 7/8/2020 | 7,869 | 34.5256 |
| UIN-Fonds Nr. 982 | Purchase | 8/13/2020 | 6,552 | 39.6468 |
| UIN-Fonds Nr. 982 | Purchase | 8/31/2020 | 4,394 | 41.0293 |
| UIN-Fonds Nr. 982 | Purchase | 10/2/2020 | 1,528 | 38.1627 |
| UIN-Fonds Nr. 982 | Sale | 11/1/2019 | (1,480) | 42.2947 |
| UIN-Fonds Nr. 982 | Sale | 1/15/2020 | (18,977) | 42.3859 |
| UIN-Fonds Nr. 982 | Sale | 9/4/2020 | (1,427) | 41.2738 |
| UIN-Fonds Nr. 950 | Purchase | 6/18/2019 | 3,750 | 41.6442 |
| UIN-Fonds Nr. 798 | Purchase | 6/18/2019 | 3,650 | 41.6442 |
| UniGarant80: Dynamik | Purchase | 10/24/2019 | 3,907 | 40.2200 |

## Union Asset Management Holding AG
## Transactions in Boston Scientific Corp.

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniGarant80: Dynamik | Purchase | 6/22/2020 | 1,770 | 36.4400 |
| UniGarant80: Dynamik | Purchase | 8/10/2020 | 1,713 | 38.9505 |
| UniGarant80: Dynamik | Purchase | 11/12/2020 | 900 | 37.1700 |
| UniGarant80: Dynamik | Sale | 1/29/2020 | (863) | 43.5863 |
| UniGarant80: Dynamik | Sale | 4/28/2020 | (3,044) | 37.4200 |
| DEVIF-Fonds Nr. 349 | Purchase | 6/18/2019 | 4,500 | 41.6442 |
| DEVIF-Fonds Nr. 349 | Sale | 1/16/2020 | (2,000) | 43.1250 |
| DEVIF-Fonds Nr. 89 | Purchase | 6/13/2019 | 3,450 | 40.6599 |
| DEVIF-Fonds Nr. 89 | Sale | 1/28/2020 | (1,300) | 43.2112 |

# EXHIBIT C

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniProInvest: Chance / UniFavorit: Aktien** | | | | *UniProInvest: Chance was integrated into UniFavorit: Aktien as of 12/13/19* | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 6/6/2019 | 562,000 | 40.3956 | $22,702,327.20 | | | | | |
| Purchase | 6/7/2019 | 20,340 | 40.9006 | $831,918.20 | | | | | |
| Purchase | 6/7/2019 | 642,000 | 41.3222 | $26,528,852.40 | | | | | |
| Purchase | 6/10/2019 | 481,748 | 41.4989 | $19,992,012.08 | | | | | |
| Purchase | 6/11/2019 | 32,137 | 40.9793 | $1,316,951.76 | | | | | |
| Purchase | 6/11/2019 | 360,453 | 41.1709 | $14,840,174.42 | | | | | |
| Purchase | 6/12/2019 | 32,137 | 40.7804 | $1,310,559.71 | | | | | |
| Purchase | 6/12/2019 | 96,411 | 40.8675 | $3,940,076.54 | | | | | |
| Purchase | 9/18/2019 | 204,555 | 42.5770 | $8,709,338.24 | | | | | |
| Purchase | 10/25/2019 | 26,408 | 40.6190 | $1,072,666.55 | | | | | |
| Purchase | 5/29/2020 | 64,618 | 37.6800 | $2,434,806.24 | | | | | |
| Purchase | 5/29/2020 | 644,922 | 37.5493 | $24,216,369.65 | | | | | |
| Purchase | 6/2/2020 | 863,628 | 37.6809 | $32,542,280.31 | Sale | 9/10/2019 | (20,340) | 40.7863 | ($829,593.34) |
| Purchase | 7/24/2020 | 914,231 | 38.4962 | $35,194,419.42 | Sale | 3/24/2020 | (2,437,849) | 28.0302 | ($68,333,395.04) |
| Purchase | 7/27/2020 | 716,447 | 38.5099 | $27,590,302.33 | | | | | |
| Purchase | 11/9/2020 | 782,926 | 38.6187 | $30,235,584.32 | Retained | | (3,986,772) | 35.1194 | ($140,013,087.48) |
| | | 6,444,961 | | $253,458,639.37 | | | (6,444,961) | | ($209,176,075.86) |
| | | | | | **UniProInvest: Chance / UniFavorit: Aktien Loss** | | | | **($44,282,563.51)** |
| **UniNachhaltig Aktien Global** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 6/4/2019 | 203,201 | 38.8526 | $7,894,887.17 | | | | | |
| Purchase | 7/3/2019 | 7,581 | 42.7300 | $323,936.13 | | | | | |
| Purchase | 8/9/2019 | 18,005 | 43.0255 | $774,674.13 | | | | | |
| Purchase | 10/23/2019 | 53,371 | 40.5229 | $2,162,747.70 | | | | | |
| Purchase | 1/16/2020 | 52,122 | 42.8772 | $2,234,845.42 | | | | | |
| Purchase | 4/3/2020 | 40,766 | 31.3025 | $1,276,077.72 | Sale | 3/27/2020 | (111,805) | 29.8404 | ($3,336,305.92) |
| Purchase | 7/15/2020 | 370,960 | 36.4423 | $13,518,635.61 | Sale | 5/19/2020 | (129,432) | 36.1195 | ($4,675,019.12) |
| Purchase | 8/19/2020 | 44,466 | 39.6437 | $1,762,796.76 | Sale | 5/19/2020 | (133,809) | 35.8820 | ($4,801,334.54) |
| Purchase | 9/30/2020 | 62,433 | 38.0803 | $2,377,467.37 | | | | | |
| Purchase | 11/10/2020 | 105,646 | 38.1493 | $4,030,320.95 | Retained | | (583,505) | 35.1194 | ($20,492,352.36) |
| | | 958,551 | | $36,356,388.95 | | | (958,551) | | ($33,305,011.95) |
| | | | | | **UniNachhaltig Aktien Global Loss** | | | | **($3,051,377.00)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniRak Nachhaltig Konservativ** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 4/26/2019 | 2,700 | 36.9957 | $99,888.39 | | | | | |
| Purchase | 4/30/2019 | 5,600 | 36.7737 | $205,932.72 | | | | | |
| Purchase | 5/2/2019 | 28,338 | 36.3059 | $1,028,836.59 | | | | | |
| Purchase | 5/6/2019 | 23,362 | 36.7276 | $858,030.19 | | | | | |
| Purchase | 5/10/2019 | 10,000 | 36.3600 | $363,600.00 | | | | | |
| Purchase | 7/3/2019 | 5,000 | 42.5000 | $212,500.00 | | | | | |
| Purchase | 7/16/2019 | 15,000 | 42.4664 | $636,996.00 | | | | | |
| Purchase | 8/16/2019 | 10,000 | 42.2500 | $422,500.00 | | | | | |
| Purchase | 9/4/2019 | 20,000 | 41.4041 | $828,082.00 | | | | | |
| Purchase | 10/1/2019 | 5,000 | 40.2977 | $201,488.50 | | | | | |
| Purchase | 1/15/2020 | 5,000 | 42.5200 | $212,600.00 | | | | | |
| Purchase | 2/5/2020 | 10,000 | 42.9496 | $429,496.00 | | | | | |
| Purchase | 2/7/2020 | 25,000 | 42.7102 | $1,067,755.00 | | | | | |
| Purchase | 2/14/2020 | 5,000 | 42.1500 | $210,750.00 | | | | | |
| Purchase | 2/21/2020 | 5,000 | 42.2497 | $211,248.50 | | | | | |
| Purchase | 3/2/2020 | 15,000 | 36.8500 | $552,750.00 | | | | | |
| Purchase | 6/4/2020 | 5,000 | 37.3700 | $186,850.00 | | | | | |
| Purchase | 6/11/2020 | 10,000 | 36.6000 | $366,000.00 | | | | | |
| Purchase | 7/7/2020 | 10,000 | 35.3000 | $353,000.00 | | | | | |
| Purchase | 8/26/2020 | 5,000 | 39.1000 | $195,500.00 | | | | | |
| Purchase | 9/30/2020 | 6,080 | 37.7499 | $229,519.39 | | | | | |
| Purchase | 10/16/2020 | 3,920 | 38.7800 | $152,017.60 | | | | | |
| Purchase | 10/21/2020 | 20,000 | 37.2499 | $744,998.00 | | | | | |
| Purchase | 11/3/2020 | 10,000 | 35.2973 | $352,973.00 | | | | | |
| Purchase | 11/11/2020 | 30,000 | 37.7265 | $1,131,795.00 | Retained | | (290,000) | 35.1194 | ($10,184,629.41) |
| | | 290,000 | | $11,255,106.89 | | | (290,000) | | ($10,184,629.41) |
| | | | | | | | | | |
| | | | | | | | **UniRak Nachhaltig Konservativ Loss** | | **($1,070,477.48)** |
| **UniRak Nachhaltig** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 4/26/2019 | 4,500 | 36.9957 | $166,480.65 | | | | | |
| Purchase | 4/29/2019 | 95,500 | 36.8122 | $3,515,565.10 | | | | | |
| Purchase | 5/10/2019 | 15,000 | 36.3600 | $545,400.00 | | | | | |
| Purchase | 7/16/2019 | 10,000 | 42.4664 | $424,664.00 | | | | | |
| Purchase | 8/6/2019 | 5,000 | 41.6000 | $208,000.00 | | | | | |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/30/2019 | 5,000 | 42.6000 | $213,000.00 | | | | | |
| Purchase | 9/10/2019 | 5,000 | 40.5112 | $202,556.00 | | | | | |
| Purchase | 10/1/2019 | 10,000 | 40.2977 | $402,977.00 | | | | | |
| Purchase | 1/31/2020 | 5,000 | 42.4000 | $212,000.00 | | | | | |
| Purchase | 2/5/2020 | 5,000 | 42.9496 | $214,748.00 | | | | | |
| Purchase | 2/7/2020 | 15,000 | 42.7102 | $640,653.00 | | | | | |
| Purchase | 2/11/2020 | 5,000 | 42.3500 | $211,750.00 | | | | | |
| Purchase | 2/14/2020 | 2,500 | 42.1500 | $105,375.00 | | | | | |
| Purchase | 2/21/2020 | 2,500 | 42.2497 | $105,624.25 | | | | | |
| Purchase | 3/2/2020 | 15,000 | 36.8500 | $552,750.00 | | | | | |
| Purchase | 5/29/2020 | 25,000 | 37.4963 | $937,407.50 | | | | | |
| Purchase | 6/4/2020 | 10,000 | 37.3700 | $373,700.00 | | | | | |
| Purchase | 6/10/2020 | 10,000 | 37.1000 | $371,000.00 | | | | | |
| Purchase | 7/1/2020 | 20,000 | 34.9977 | $699,954.00 | | | | | |
| Purchase | 7/7/2020 | 10,000 | 35.3000 | $353,000.00 | | | | | |
| Purchase | 9/30/2020 | 3,040 | 37.7499 | $114,759.70 | | | | | |
| Purchase | 10/21/2020 | 3,460 | 37.2799 | $128,988.45 | | | | | |
| Purchase | 11/3/2020 | 3,500 | 35.3500 | $123,725.00 | | | | | |
| Purchase | 11/11/2020 | 15,000 | 37.7265 | $565,897.50 | Retained | | (300,000) | 35.1194 | ($10,535,823.53) |
| | | 300,000 | | $11,389,975.15 | | | (300,000) | | ($10,535,823.53) |

**UniRak Nachhaltig Loss**   **($854,151.62)**

**UniSector: HighTech**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 9/18/2019 | 35,000 | 42.5770 | $1,490,195.00 | | | | | |
| Purchase | 7/17/2020 | 25,000 | 36.5874 | $914,685.00 | | | | | |
| Purchase | 7/20/2020 | 30,000 | 37.6058 | $1,128,174.00 | Sale* | 1/21/2021 | (90,000) | 34.7910 | ($3,131,190.00) |
| | | 90,000 | | $3,533,054.00 | | | (90,000) | | ($3,131,190.00) |

**UniSector: HighTech Loss**   **($401,864.00)**

Case 1:20-cv-12225-ADB   Document 110-8   Filed 05/26/23   Page 24 of 105

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UIN-Fonds Nr. 816** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 3/9/2020 | (20,175) | 34.2246 | ($690,481.31) |
| | | | | | Sale | 4/29/2020 | (11,361) | 36.8000 | ($418,084.80) |
| Purchase | 7/22/2019 | 36,500 | 42.6100 | $1,555,265.00 | Sale | 10/8/2020 | (2,846) | 40.2500 | ($114,551.50) |
| Purchase | 7/13/2020 | 4,685 | 35.0428 | $164,175.52 | | | | | |
| Purchase | 8/12/2020 | 3,686 | 39.8832 | $147,009.48 | Retained | | (10,489) | 35.1194 | ($368,367.51) |
| | | 44,871 | | $1,866,449.99 | | | (44,871) | | ($1,591,485.12) |
| | | | | | | | **UIN-Fonds Nr. 816 Loss** | | **($274,964.88)** |
| **UIN-Fonds Nr. 759** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 3/10/2020 | (5,336) | 34.4306 | ($183,721.68) |
| | | | | | Sale | 3/23/2020 | (5,692) | 24.4739 | ($139,305.44) |
| Purchase | 8/23/2019 | 19,290 | 42.3027 | $816,019.08 | Sale | 4/8/2020 | (8,262) | 34.4133 | ($284,322.68) |
| Purchase | 6/22/2020 | 4,863 | 36.4400 | $177,207.72 | | | | | |
| Purchase | 8/10/2020 | 4,446 | 38.9505 | $173,173.92 | Retained | | (9,309) | 35.1194 | ($326,926.60) |
| | | 28,599 | | $1,166,400.73 | | | (28,599) | | ($934,276.41) |
| | | | | | | | **UIN-Fonds Nr. 759 Loss** | | **($232,124.32)** |
| **UniDynamicFonds: Global** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 5/28/2020 | 89,646 | 37.4355 | $3,355,942.83 | Retained | | (89,646) | 35.1194 | ($3,148,314.79) |
| | | 89,646 | | $3,355,942.83 | | | (89,646) | | ($3,148,314.79) |
| | | | | | | | **UniDynamicFonds: Global Loss** | | **($207,628.05)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DEVIF-Fonds Nr. 91** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/5/2019 | 8,600 | 39.2100 | $337,206.00 | Sale | 4/22/2020 | (27,200) | 34.9421 | ($950,425.12) |
| Purchase | 7/19/2019 | 18,600 | 42.8504 | $797,017.44 | Sale* | 1/11/2021 | (2,357) | 36.3015 | ($85,562.64) |
| Purchase | 7/13/2020 | 20,965 | 35.0428 | $734,672.30 | | | | | |
| Purchase | 8/13/2020 | 1,228 | 39.7400 | $48,800.72 | Retained | | (19,836) | 35.1194 | ($696,628.65) |
| | | 49,393 | | $1,917,696.46 | | | (49,393) | | ($1,732,616.41) |
| | | | | | **DEVIF-Fonds Nr. 91 Loss** | | | | **($185,080.05)** |
| **MKD-Union-Fonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 8/30/2019 | 30,843 | 38.7640 | $1,195,597.03 | | | | | |
| Purchase | 5/29/2020 | 2,905 | 37.6800 | $109,460.40 | Sale | 5/19/2020 | (30,843) | 36.1413 | ($1,114,706.12) |
| Purchase | 5/29/2020 | 28,993 | 37.5493 | $1,088,666.85 | | | | | |
| Purchase | 7/15/2020 | 7,867 | 36.4423 | $286,691.57 | Retained | | (39,765) | 35.1194 | ($1,396,523.41) |
| | | 70,608 | | $2,680,415.86 | | | (70,608) | | ($2,511,229.52) |
| | | | | | **MKD-Union-Fonds Loss** | | | | **($169,186.34)** |
| **Uni21.Jahrhundert -net-** | | | | | | | | | |
| Pre-class holdings | | 130,000 | | | Sale | 5/11/2020 | (30,000) | 37.3585 | ($1,120,755.00) |
| | | | | | Sale* | 1/12/2021 | (100,000) | 34.7910 | ($3,479,100.00) |
| | | | | | | | (130,000) | | ($4,599,855.00) |
| Purchase | 7/20/2020 | 50,000 | 37.2878 | $1,864,390.00 | Sale* | 1/12/2021 | (50,000) | 34.7910 | ($1,739,550.00) |
| | | 50,000 | | $1,864,390.00 | | | (50,000) | | ($1,739,550.00) |
| | | | | | **Uni21.Jahrhundert -net- Loss** | | | | **($124,840.00)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **LIGA-Pax-Cattolico-Union** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 9/12/2019 | (2,100) | 42.5550 | ($89,365.50) |
| Purchase | 7/16/2019 | 35,100 | 42.5389 | $1,493,115.39 | Sale | 11/15/2019 | (4,200) | 41.8800 | ($175,896.00) |
| Purchase | 7/1/2020 | 6,287 | 35.1700 | $221,113.79 | Sale | 1/31/2020 | (28,800) | 43.1448 | ($1,242,570.24) |
| Purchase | 8/14/2020 | 12,584 | 39.1600 | $492,789.44 | | | | | |
| Purchase | 10/2/2020 | 14,307 | 38.4800 | $550,533.36 | Retained | | (33,178) | 35.1194 | ($1,165,191.84) |
| | | 68,278 | | $2,757,551.98 | | | (68,278) | | ($2,673,023.58) |
| | | | | | | | **LIGA-Pax-Cattolico-Union Loss** | | **($84,528.40)** |
| **VR Westmünsterland Aktiv Nachhaltig** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 7/8/2019 | 8,000 | 42.5018 | $340,014.40 | | | | | |
| Purchase | 8/30/2019 | 3,000 | 42.7627 | $128,288.10 | Retained | | (11,000) | 35.1194 | ($386,313.53) |
| | | 11,000 | | $468,302.50 | | | (11,000) | | ($386,313.53) |
| | | | | | | | **VR Westmünsterland Aktiv Nachhaltig Loss** | | **($81,988.97)** |
| **UIN-Fonds Nr. 727** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 8/23/2019 | 6,170 | 42.3027 | $261,007.66 | Sale | 4/8/2020 | (6,170) | 34.0246 | ($209,931.78) |
| Purchase | 6/22/2020 | 3,805 | 36.4400 | $138,654.20 | Sale* | 12/21/2020 | (3,779) | 34.9300 | ($132,000.47) |
| Purchase | 8/10/2020 | 3,750 | 38.9505 | $146,064.38 | | | | | |
| Purchase | 11/12/2020 | 2,006 | 37.1700 | $74,563.02 | Retained | | (5,782) | 35.1194 | ($203,060.44) |
| | | 15,731 | | $620,289.25 | | | (15,731) | | ($544,992.69) |
| | | | | | | | **UIN-Fonds Nr. 727 Loss** | | **($75,296.56)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniInstitutional SDG Equities** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 10/13/2020 | 2,500 | 40.9140 | $102,285.00 | | | | | |
| Purchase | 10/14/2020 | 4,800 | 40.6077 | $194,916.96 | | | | | |
| Purchase | 11/16/2020 | 10,000 | 38.1875 | $381,875.00 | Retained | | (17,300) | 35.1194 | ($607,565.82) |
| | | 17,300 | | $679,076.96 | | | (17,300) | | ($607,565.82) |
| | | | | | | **UniInstitutional SDG Equities Loss** | | | **($71,511.14)** |
| **UIN-Fonds Nr. 997** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 10/15/2019 | 6,530 | 38.1530 | $249,139.09 | | | | | |
| Purchase | 11/5/2019 | 3,265 | 40.5463 | $132,383.67 | | | | | |
| Purchase | 2/6/2020 | 4,205 | 42.6231 | $179,230.14 | Retained | | (14,000) | 35.1194 | ($491,671.76) |
| | | 14,000 | | $560,752.90 | | | (14,000) | | ($491,671.76) |
| | | | | | | **UIN-Fonds Nr. 997 Loss** | | | **($69,081.13)** |
| **SV-Union-Fonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 7/2/2019 | 6,910 | 42.6900 | $294,987.90 | | | | | |
| Purchase | 12/4/2019 | 1,300 | 42.8200 | $55,666.00 | Sale | 10/30/2019 | (3,180) | 41.5312 | ($132,069.22) |
| Purchase | 12/13/2019 | 1,468 | 44.4500 | $65,252.60 | | | | | |
| Purchase | 3/3/2020 | 1,009 | 38.3000 | $38,644.70 | Retained | | (7,507) | 35.1194 | ($263,641.42) |
| | | 10,687 | | $454,551.20 | | | (10,687) | | ($395,710.64) |
| | | | | | | **SV-Union-Fonds Loss** | | | **($58,840.56)** |

Case 1:20-cv-12225-ADB   Document 110-8   Filed 05/26/23   Page 29 of 105

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Demografiefonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/13/2019 | 2,000 | 40.8100 | $81,620.00 | | | | | |
| Purchase | 1/15/2020 | 1,000 | 42.5343 | $42,534.30 | | | | | |
| Purchase | 2/18/2020 | 1,000 | 42.1395 | $42,139.50 | Sale | 3/13/2020 | (1,993) | 31.2692 | ($62,319.52) |
| Purchase | 6/3/2020 | 1,100 | 37.7936 | $41,572.96 | Sale | 3/26/2020 | (2,007) | 31.5077 | ($63,235.95) |
| Purchase | 6/9/2020 | 871 | 38.2853 | $33,346.50 | | | | | |
| Purchase | 8/21/2020 | 1,900 | 38.7100 | $73,549.00 | Retained | | (3,871) | 35.1194 | ($135,947.24) |
| | | 7,871 | | $314,762.26 | | | (7,871) | | ($261,502.71) |
| | | | | | | **Demografiefonds Loss** | | | **($53,259.54)** |
| **UIN-Fonds Nr. 860** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 1/16/2020 | 4,000 | 42.8772 | $171,508.80 | Retained | | (4,000) | 35.1194 | ($140,477.65) |
| | | 4,000 | | $171,508.80 | | | (4,000) | | ($140,477.65) |
| | | | | | | **UIN-Fonds Nr. 860 Loss** | | | **($31,031.15)** |
| **UIN-Fonds Nr. 950** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/18/2019 | 3,750 | 41.6442 | $156,165.75 | Retained | | (3,750) | 35.1194 | ($131,697.79) |
| | | 3,750 | | $156,165.75 | | | (3,750) | | ($131,697.79) |
| | | | | | | **UIN-Fonds Nr. 950 Loss** | | | **($24,467.96)** |
| **UIN-Fonds Nr. 798** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/18/2019 | 3,650 | 41.6442 | $152,001.33 | Retained | | (3,650) | 35.1194 | ($128,185.85) |
| | | 3,650 | | $152,001.33 | | | (3,650) | | ($128,185.85) |
| | | | | | | **UIN-Fonds Nr. 798 Loss** | | | **($23,815.48)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniGarant80: Dynamik** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 10/24/2019 | 3,907 | 40.2200 | $157,139.54 | Sale | 1/29/2020 | (863) | 43.5863 | ($37,614.98) |
| Purchase | 6/22/2020 | 1,770 | 36.4400 | $64,498.80 | Sale | 4/28/2020 | (3,044) | 37.4200 | ($113,906.48) |
| Purchase | 8/10/2020 | 1,713 | 38.9505 | $66,722.21 | | | | | |
| Purchase | 11/12/2020 | 900 | 37.1700 | $33,453.00 | Retained | | (4,383) | 35.1194 | ($153,928.38) |
| | | 8,290 | | $321,813.55 | | | (8,290) | | ($305,449.84) |
| | | | | | | UniGarant80: Dynamik Loss | | | ($16,363.71) |
| **UIN-Fonds Nr. 982** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 11/1/2019 | (1,480) | 42.2947 | ($62,596.16) |
| | | | | | Sale | 1/15/2020 | (18,977) | 42.3859 | ($804,357.22) |
| Purchase | 7/31/2019 | 20,457 | 40.8937 | $836,562.61 | Sale | 9/4/2020 | (1,427) | 41.2738 | ($58,897.71) |
| Purchase | 7/8/2020 | 7,869 | 34.5256 | $271,681.95 | | | | | |
| Purchase | 8/13/2020 | 6,552 | 39.6468 | $259,765.83 | Sale* | 1/11/2021 | (2,238) | 36.3800 | ($81,418.44) |
| Purchase | 8/31/2020 | 4,394 | 41.0293 | $180,282.74 | | | | | |
| Purchase | 10/2/2020 | 1,528 | 38.1627 | $58,312.61 | Retained | | (16,678) | 35.1194 | ($585,721.55) |
| | | 40,800 | | $1,606,605.73 | | | (40,800) | | ($1,592,991.08) |
| | | | | | | UIN-Fonds Nr. 982 Loss | | | ($13,614.65) |
| **DEVIF-Fonds Nr. 349** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 1/16/2020 | (2,000) | 43.1250 | ($86,250.00) |
| Purchase | 6/18/2019 | 4,500 | 41.6442 | $187,398.90 | Retained | | (2,500) | 35.1194 | ($87,798.53) |
| | | 4,500 | | $187,398.90 | | | (4,500) | | ($174,048.53) |
| | | | | | | DEVIF-Fonds Nr. 349 Loss | | | ($13,350.37) |

Case 1:20-cv-12225-ADB   Document 110-8   Filed 05/26/23   Page 30 of 105

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DEVIF-Fonds Nr. 89** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| | | | | | Sale | 1/28/2020 | (1,300) | 43.2112 | ($56,174.56) |
| Purchase | 6/13/2019 | 3,450 | 40.6599 | $140,276.66 | Retained | | (2,150) | 35.1194 | ($75,506.74) |
| | | 3,450 | | $140,276.66 | | | (3,450) | | ($131,681.30) |
| | | | | | | | **DEVIF-Fonds Nr. 89 Loss** | | **($8,595.36)** |
| | | | | | | | **LIFO TOTAL** | | **($51,480,002.22)** |

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

# EXHIBIT D

BSX 12.4

Wire: PR Newswire (PRN)
Date: Dec 4 2020  19:46:45
Pomerantz Law Firm Announces the Filing of a Class Action against Boston Scientific
Corporation and Certain Officers  - BSX

       Pomerantz Law Firm Announces the Filing of a Class Action against Boston
                Scientific Corporation and Certain Officers - BSX

PR Newswire

NEW YORK, Dec. 4, 2020

NEW YORK, Dec. 4, 2020 /PRNewswire/ -- Pomerantz LLP announces that a class
action lawsuit has been filed against Boston Scientific Corporation ("Boston
Scientific" or the "Company") (NYSE: BSX) and certain of its officers.  The
class action, filed in United States District Court for the Eastern District
of New York, and docketed under 20-cv-05894, is on behalf of a class
consisting of all persons other than Defendants who purchased or otherwise,
acquired Boston Scientific securities between April 24, 2019 and November 16,
2020, both dates inclusive (the "Class Period"), seeking to recover damages
caused by Defendants' violations of the federal securities laws and to pursue
remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934
(the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the
Company and certain of its top officials.

If you are a shareholder who purchased Boston Scientific securities during the
Class Period, you have until February 2, 2021, to ask the Court to appoint you
as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at
www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby
at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext.
7980. Those who inquire by e-mail are encouraged to include their mailing
address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

Boston Scientific develops, manufactures, and markets medical devices for use
in various interventional medical specialties worldwide.  The Company's
products include, among others, the LOTUS Edge Aortic Valve System, which is a
Transcatheter Aortic Valve Replacement ("TAVR") product.  Boston Scientific
announced the U.S. Food and Drug Administration's ("FDA") approval for the
LOTUS Edge Aortic Valve System in April 2019.

The complaint alleges that throughout the Class Period, Defendants made
materially false and misleading statements regarding the Company's business,
operational, and compliance policies.  Specifically, Defendants made false
and/or misleading statements and/or failed to disclose that: (i) the LOTUS
Edge Aortic Valve System's product delivery system was dysfunctional and
threatened the continued viability of the entire product line; (ii) as a

Page 1

BSX 12.4

result, the Company had materially overstated the continued commercial viability and profitability of the LOTUS Edge Aortic Valve System; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On November 17, 2020, Boston Scientific announced a global recall of all unused inventory of the LOTUS Edge Aortic Valve System, citing "complexities associated with the product delivery system."  Boston Scientific further announced that "[g]iven the additional time and investment required to develop and reintroduce an enhanced delivery system, the company has chosen to retire the entire LOTUS product platform immediately."

On this news, Boston Scientific's stock price fell $3.00 per share, or 7.89%, to close at $35.03 per share on November 17, 2020.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 7980

Cision View original
content:http://www.prnewswire.com/news-releases/pomerantz-law-firm-announces-the-fil
ing-of-a-class-action-against-boston-scientific-corporation-and-certain-officers----
bsx-301186780.html

SOURCE Pomerantz LLP

Website: www.pomerantzlaw.com
-0- Dec/05/2020 00:46 GMT

------------------------------------=================================--------------------------------
                                    Copyright (c) 2020

############################# END OF STORY 1 #############################

# EXHIBIT E





Trusted Advocacy. Proven Results.

Bernstein Litowitz Berger & Grossmann LLP

Attorneys at Law

# Firm Resume

**New York**
1251 Avenue of the Americas
44th Floor
New York, NY 10020
Tel: 212-554-1400
Fax: 212-554-1444

**California**
2121 Avenue of the Stars
Suite 2575
Los Angeles, CA 90067
Tel: 310-819-3470

**Louisiana**
2727 Prytania Street
Suite 14
New Orleans, LA 70130
Tel: 504-899-2339
Fax: 504-899-2342

**Illinois**
875 North Michigan Avenue
Suite 3100
Chicago, IL 60611
Tel: 312-373-3880
Fax: 312-794-7801

**Delaware**
500 Delaware Avenue
Suite 901
Wilmington, DE 19801
Tel: 302-364-3600

www.blbglaw.com



# TABLE OF CONTENTS

FIRM OVERVIEW ...................................................................................................................................1

    More Top Securities Recoveries......................................................................................................1

    Giving Shareholders a Voice and Changing Business Practices for the Better ...............................2

    Advocacy for Victims of Corporate Wrongdoing...........................................................................2

PRACTICE AREAS...................................................................................................................................4

  Securities Fraud Litigation...............................................................................................................4

  Corporate Governance and Shareholders' Rights............................................................................4

  Employment Discrimination and Civil Rights.................................................................................4

  General Commercial Litigation and Alternative Dispute Resolution ..............................................5

  Distressed Debt and Bankruptcy Creditor Negotiation...................................................................5

  Consumer Advocacy........................................................................................................................5

THE COURTS SPEAK ..............................................................................................................................6

RECENT ACTIONS & SIGNIFICANT RECOVERIES ..........................................................................7

    Securities Class Actions...................................................................................................................7

    Corporate Governance and Shareholders' Rights..........................................................................13

    Employment Discrimination and Civil Rights...............................................................................18

CLIENTS AND FEES..............................................................................................................................19

IN THE PUBLIC INTEREST ..................................................................................................................20

    Bernstein Litowitz Berger & Grossmann Public Interest Law Fellows ........................................20

    Firm sponsorship of Her Justice ...................................................................................................20

    The Paul M. Bernstein Memorial Scholarship..............................................................................20

    Firm sponsorship of City Year New York ....................................................................................20

    Max W. Berger Pre-Law Program ................................................................................................20

    New York Says Thank You Foundation ........................................................................................20

OUR ATTORNEYS .................................................................................................................................21

  Members .........................................................................................................................................21

      Max W. Berger ........................................................................................................................21

      Gerald H. Silk ..........................................................................................................................23

      Salvatore J. Graziano ...............................................................................................................24

      John C. Browne ........................................................................................................................25

      Mark Lebovitch .......................................................................................................................26

      Hannah Ross ............................................................................................................................28

      David L. Wales ........................................................................................................................29

      Avi Josefson ............................................................................................................................31

      John Rizio-Hamilton.................................................................................................................31

      James A. Harrod .......................................................................................................................32

      Jeroen van Kwawegen .............................................................................................................33

      Katherine M. Sinderson............................................................................................................34

      Jonathan D. Uslaner..................................................................................................................35

      Jeremy P. Robinson ..................................................................................................................36

      Adam H. Wierzbowski .............................................................................................................36

      Michael D. Blatchley................................................................................................................37

      Lauren McMillen Ormsbee.......................................................................................................38

      Gregory V. Varallo ..................................................................................................................38

      Rebecca E. Boon......................................................................................................................40

      Edward G. Timlin ....................................................................................................................41

      Abe Alexander.........................................................................................................................42

      Scott R. Foglietta .....................................................................................................................43

      Adam Hollander.......................................................................................................................43

      Christopher J. Orrico ................................................................................................................44



Of Counsel ........................................................................................................................ 45
    G. Anthony Gelderman, III ........................................................................................ 45
    Peter Russell .............................................................................................................. 45
    Robert "Rocky" Kravetz ............................................................................................ 46
Senior Counsel ................................................................................................................. 47
    Jai K. Chandrasekhar ................................................................................................ 47
    Richard D. Gluck ...................................................................................................... 48
    John J. Mills .............................................................................................................. 48
    David L. Duncan ....................................................................................................... 49
    Jesse L. Jensen ......................................................................................................... 49
Associates ........................................................................................................................ 51
    Kate Aufses ............................................................................................................... 51
    Brittney Balser .......................................................................................................... 51
    Andrew Blumberg ..................................................................................................... 51
    Girolamo J. "Jimmy" Brunetto ................................................................................ 52
    Lauren M. Cruz ........................................................................................................ 52
    R. Ryan Dykhouse .................................................................................................... 52
    James M. Fee ............................................................................................................ 53
    Nicholas Gersh ......................................................................................................... 53
    Will Horowitz ........................................................................................................... 54
    Thomas James .......................................................................................................... 54
    Rebecca N. Kim ....................................................................................................... 54
    Jacqueline Y. Ma ..................................................................................................... 55
    Michael Mathai ........................................................................................................ 55
    Daniel Meyer ........................................................................................................... 55
    Christopher Miles ..................................................................................................... 56
    Brenna Nelinson ....................................................................................................... 56
    Alexander T. Payne ................................................................................................... 56
    Matthew Traylor ....................................................................................................... 57
    Catherine E. van Kampen ......................................................................................... 57
    Alla Zayenchik ......................................................................................................... 58
Staff Associate ................................................................................................................. 59
    David Steacie ............................................................................................................ 59

Since our founding in 1983, Bernstein Litowitz Berger & Grossmann LLP has obtained many of the largest monetary recoveries in history – over $33 billion on behalf of investors. Unique among our peers, the firm has obtained the largest settlements ever agreed to by public companies related to securities fraud, including three of the ten largest in history.  Working with our clients, we have also used the litigation process to achieve precedent-setting reforms which have increased market transparency, held wrongdoers accountable and improved corporate business practices in groundbreaking ways.

## FIRM OVERVIEW

Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), a national law firm with offices located in New York, California, Louisiana, Illinois, and Delaware, prosecutes class and private actions on behalf of individual and institutional clients.  The firm's litigation practice areas include securities class and direct actions in federal and state courts; corporate governance and shareholder rights litigation, including claims for breach of fiduciary duty and proxy violations; mergers and acquisitions and transactional litigation; alternative dispute resolution; distressed debt and bankruptcy; civil rights and employment discrimination; consumer class actions and antitrust.  We also handle, on behalf of major institutional clients and lenders, more general complex commercial litigation involving allegations of breach of contract, accountants' liability, breach of fiduciary duty, fraud, and negligence.

We are the nation's leading firm in representing institutional investors in securities fraud class action litigation.  The firm's institutional client base includes the New York State Common Retirement Fund; the California Public Employees' Retirement System (CalPERS); the Ontario Teachers' Pension Plan Board (the largest public pension funds in North America); the Los Angeles County Employees Retirement Association (LACERA); the Chicago Municipal, Police and Labor Retirement Systems; the Teacher Retirement System of Texas; the Arkansas Teacher Retirement System; Forsta AP-fonden ("AP1"); Fjarde AP-fonden ("AP4"); the Florida State Board of Administration; the Public Employees' Retirement System of Mississippi; the New York State Teachers' Retirement System; the Ohio Public Employees Retirement System; the State Teachers Retirement System of Ohio; the Oregon Public Employees Retirement System; the Virginia Retirement System; the Louisiana School, State, Teachers and Municipal Police Retirement Systems; the Public School Teachers' Pension and Retirement Fund of Chicago; the New Jersey Division of Investment of the Department of the Treasury; TIAA-CREF and other private institutions; as well as numerous other public and Taft-Hartley pension entities.

### MORE TOP SECURITIES RECOVERIES

Since its founding in 1983, Bernstein Litowitz Berger & Grossmann LLP has litigated some of the most complex cases in history and has obtained over $33 billion on behalf of investors.  Unique among its peers, the firm has negotiated the largest settlements ever agreed to by public companies related to securities fraud, and obtained many of the largest securities recoveries in history (including 6 of the top 13):

**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

- *In re WorldCom, Inc. Securities Litigation* – $6.19 billion recovery
- *In re Cendant Corporation Securities Litigation* – $3.3 billion recovery
- *In re Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation* – $2.43 billion recovery
- *In re Nortel Networks Corporation Securities Litigation* ("Nortel II") – $1.07 billion recovery
- *In re Merck & Co., Inc. Securities Litigation* – $1.06 billion recovery
- *In re McKesson HBOC, Inc. Securities Litigation* – $1.05 billion recovery*

*Source: ISS Securities Class Action Services

For over a decade, ISS Securities Class Action Services has compiled and published data on securities litigation recoveries and the law firms prosecuting the cases. BLB&G has been at or near the top of their rankings every year – often with the highest total recoveries, the highest settlement average, or both.

BLB&G also eclipses all competitors on ISS SCAS's "Top 100 Settlements of All Time" report, having recovered nearly 40% of all the settlement dollars represented in the report (over $25 billion), and having prosecuted over a third of all the cases on the list (35 of 100).

## GIVING SHAREHOLDERS A VOICE AND CHANGING BUSINESS PRACTICES FOR THE BETTER

BLB&G was among the first law firms ever to obtain meaningful corporate governance reforms through litigation. In courts throughout the country, we prosecute shareholder class and derivative actions, asserting claims for breach of fiduciary duty and proxy violations wherever the conduct of corporate officers and/or directors, as well as M&A transactions, seek to deprive shareholders of fair value, undermine shareholder voting rights, or allow management to profit at the expense of shareholders.

We have prosecuted seminal cases establishing precedents which have increased market transparency, held wrongdoers accountable, addressed issues in the boardroom and executive suite, challenged unfair deals, and improved corporate business practices in groundbreaking ways.

From setting new standards of director independence, to restructuring board practices in the wake of persistent illegal conduct; from challenging the improper use of defensive measures and deal protections for management's benefit, to confronting stock options backdating abuses and other self-dealing by executives; we have confronted a variety of questionable, unethical and proliferating corporate practices. Seeking to reform faulty management structures and address breaches of fiduciary duty by corporate officers and directors, we have obtained unprecedented victories on behalf of shareholders seeking to improve governance and protect the shareholder franchise.

## ADVOCACY FOR VICTIMS OF CORPORATE WRONGDOING

While BLB&G is widely recognized as one of the leading law firms worldwide advising institutional investors on issues related to corporate governance, shareholder rights, and securities litigation, we have also prosecuted some of the most significant employment discrimination, civil rights and consumer protection cases on record. Equally important, the firm has advanced novel and socially beneficial principles by developing important new law in the areas in which we litigate.

 Bernstein Litowitz
Berger & Grossmann LLP

The firm served as co-lead counsel on behalf of Texaco's African-American employees in *Roberts v. Texaco Inc.*, which resulted in a recovery of $176 million, the largest settlement ever in a race discrimination case. The creation of a Task Force to oversee Texaco's human resources activities for five years was unprecedented and served as a model for public companies going forward.

In the consumer field, the firm has gained a nationwide reputation for vigorously protecting the rights of individuals and for achieving exceptional settlements. In several instances, the firm has obtained recoveries for consumer classes that represented the entirety of the class's losses – an extraordinary result in consumer class cases.

**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

## PRACTICE AREAS

### SECURITIES FRAUD LITIGATION

Securities fraud litigation is the cornerstone of the firm's litigation practice. Since its founding, the firm has had the distinction of having tried and prosecuted many of the most high-profile securities fraud class actions in history, recovering billions of dollars and obtaining unprecedented corporate governance reforms on behalf of our clients. BLB&G continues to play a leading role in major securities litigation pending in federal and state courts, and the firm remains one of the nation's leaders in representing institutional investors in securities fraud class and derivative litigation.

The firm also pursues direct actions in securities fraud cases when appropriate. By selectively opting out of certain securities class actions, we seek to resolve our clients' claims efficiently and for substantial multiples of what they might otherwise recover from related class action settlements.

The attorneys in the securities fraud litigation practice group have extensive experience in the laws that regulate the securities markets and in the disclosure requirements of corporations that issue publicly traded securities. Many of the attorneys in this practice group also have accounting backgrounds. The group has access to state-of-the-art, online financial wire services and databases, which enable it to instantaneously investigate any potential securities fraud action involving a public company's debt and equity securities.

### CORPORATE GOVERNANCE AND SHAREHOLDERS' RIGHTS

The Corporate Governance and Shareholders' Rights Practice Group prosecutes derivative actions, claims for breach of fiduciary duty, and proxy violations on behalf of individual and institutional investors in state and federal courts throughout the country. The group has obtained unprecedented victories on behalf of shareholders seeking to improve corporate governance and protect the shareholder franchise, prosecuting actions challenging numerous highly publicized corporate transactions which violated fair process and fair price, and the applicability of the business judgment rule. We have also addressed issues of corporate waste, shareholder voting rights claims, workplace harassment, and executive compensation. As a result of the firm's high-profile and widely recognized capabilities, the corporate governance practice group is increasingly in demand by institutional investors who are exercising a more assertive voice with corporate boards regarding corporate governance issues and the board's accountability to shareholders.

The firm is actively involved in litigating numerous cases in this area of law, an area that has become increasingly important in light of efforts by various market participants to buy companies from their public shareholders "on the cheap."

### EMPLOYMENT DISCRIMINATION AND CIVIL RIGHTS

The Employment Discrimination and Civil Rights Practice Group prosecutes class and multi-plaintiff actions, and other high-impact litigation against employers and other societal institutions that violate federal or state employment, anti-discrimination, and civil rights laws. The practice group represents diverse clients on a wide range of issues including Title VII actions: race, gender, sexual orientation and age discrimination suits; sexual harassment, and "glass ceiling" cases in which otherwise qualified employees are passed over for promotions to managerial or executive positions.

Bernstein Litowitz Berger & Grossmann LLP is committed to effecting positive social change in the workplace and in society. The practice group has the necessary financial and human resources to ensure that the class action approach to discrimination and civil rights issues is successful. This

4



**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

litigation method serves to empower employees and other civil rights victims, who are usually discouraged from pursuing litigation because of personal financial limitations, and offers the potential for effecting the greatest positive change for the greatest number of people affected by discriminatory practice in the workplace.

## GENERAL COMMERCIAL LITIGATION AND ALTERNATIVE DISPUTE RESOLUTION

The General Commercial Litigation practice group provides contingency fee representation in complex business litigation and has obtained substantial recoveries on behalf of investors, corporations, bankruptcy trustees, creditor committees and other business entities. We have faced down powerful and well-funded law firms and defendants – and consistently prevailed. However, not every dispute is best resolved through the courts. In such cases, BLB&G Alternative Dispute practitioners offer clients an accomplished team and a creative venue in which to resolve conflicts outside of the litigation process. BLB&G has extensive experience – and a marked record of successes – in ADR practice. For example, in the wake of the credit crisis, we successfully represented numerous former executives of a major financial institution in arbitrations relating to claims for compensation. Our attorneys have led complex business-to-business arbitrations and mediations domestically and abroad representing clients before all the major arbitration tribunals, including the American Arbitration Association (AAA), FINRA, JAMS, International Chamber of Commerce (ICC) and the London Court of International Arbitration.

## DISTRESSED DEBT AND BANKRUPTCY CREDITOR NEGOTIATION

The BLB&G Distressed Debt and Bankruptcy Creditor Negotiation Group has obtained billions of dollars through litigation on behalf of bondholders and creditors of distressed and bankrupt companies, as well as through third-party litigation brought by bankruptcy trustees and creditors' committees against auditors, appraisers, lawyers, officers and directors, and other defendants who may have contributed to client losses. As counsel, we advise institutions and individuals nationwide in developing strategies and tactics to recover assets presumed lost as a result of bankruptcy. Our record in this practice area is characterized by extensive trial experience in addition to completion of successful settlements.

## CONSUMER ADVOCACY

The Consumer Advocacy Practice Group at Bernstein Litowitz Berger & Grossmann LLP prosecutes cases across the entire spectrum of consumer rights, consumer fraud, and consumer protection issues. The firm represents victimized consumers in state and federal courts nationwide in individual and class action lawsuits that seek to provide consumers and purchasers of defective products with a means to recover their damages. The attorneys in this group are well versed in the vast array of laws and regulations that govern consumer interests and are aggressive, effective, court-tested litigators. The Consumer Practice Advocacy Group has recovered hundreds of millions of dollars for millions of consumers throughout the country. Most notably, in a number of cases, the firm has obtained recoveries for the class that were the entirety of the potential damages suffered by the consumer. For example, in actions against MCI and Empire Blue Cross, the firm recovered all of the damages suffered by the class. The group achieved its successes by advancing innovative claims and theories of liabilities, such as obtaining decisions in Pennsylvania and Illinois appellate courts that adopted a new theory of consumer damages in mass marketing cases. Bernstein Litowitz Berger & Grossmann LLP is, thus, able to lead the way in protecting the rights of consumers.

 **BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

# THE COURTS SPEAK

Throughout the firm's history, many courts have recognized the professional excellence and diligence of the firm and its members. A few examples are set forth below.

### IN RE WORLDCOM, INC. SECURITIES LITIGATION

### THE HONORABLE DENISE COTE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

> *"I have the utmost confidence in plaintiffs' counsel...they have been doing a superb job.... The Class is extraordinarily well represented in this litigation."*
>
> *"The magnitude of this settlement is attributable in significant part to Lead Counsel's advocacy and energy.... The quality of the representation given by Lead Counsel...has been superb...and is unsurpassed in this Court's experience with plaintiffs' counsel in securities litigation."*
>
> *"Lead Counsel has been energetic and creative. . . . Its negotiations with the Citigroup Defendants have resulted in a settlement of historic proportions."*

### IN RE CLARENT CORPORATION SECURITIES LITIGATION

### THE HONORABLE CHARLES R. BREYER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

> *"It was the best tried case I've witnessed in my years on the bench . . ."*
>
> *"[A]n extraordinarily civilized way of presenting the issues to you [the jury]. . . . We've all been treated to great civility and the highest professional ethics in the presentation of the case...."*
>
> *"These trial lawyers are some of the best I've ever seen."*

### LANDRY'S RESTAURANTS, INC. SHAREHOLDER LITIGATION

### VICE CHANCELLOR J. TRAVIS LASTER OF THE DELAWARE COURT OF CHANCERY

> *"I do want to make a comment again about the excellent efforts . . . put into this case. . . . This case, I think, shows precisely the type of benefits that you can achieve for stockholders and how representative litigation can be a very important part of our corporate governance system . . . you hold up this case as an example of what to do."*

### MCCALL V. SCOTT (COLUMBIA/HCA DERIVATIVE LITIGATION)

### THE HONORABLE THOMAS A. HIGGINS OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

> *"Counsel's excellent qualifications and reputations are well documented in the record, and they have litigated this complex case adeptly and tenaciously throughout the six years it has been pending. They assumed an enormous risk and have shown great patience by taking this case on a contingent basis, and despite an early setback they have persevered and brought about not only a large cash settlement but sweeping corporate reforms that may be invaluable to the beneficiaries."*

 **BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

# RECENT ACTIONS & SIGNIFICANT RECOVERIES

Bernstein Litowitz Berger & Grossmann LLP is counsel in many diverse nationwide class and individual actions and has obtained many of the largest and most significant recoveries in history. Some examples from our practice groups include:

## SECURITIES CLASS ACTIONS

**CASE:**  *IN RE WORLDCOM, INC. SECURITIES LITIGATION*

**COURT:**  **United States District Court for the Southern District of New York**

**HIGHLIGHTS:**  $6.19 billion securities fraud class action recovery – the second largest in history; unprecedented recoveries from Director Defendants.

**CASE SUMMARY:**  Investors suffered massive losses in the wake of the financial fraud and subsequent bankruptcy of former telecom giant WorldCom, Inc. This litigation alleged that WorldCom and others disseminated false and misleading statements to the investing public regarding its earnings and financial condition in violation of the federal securities and other laws. It further alleged a nefarious relationship between Citigroup subsidiary Salomon Smith Barney and WorldCom, carried out primarily by Salomon employees involved in providing investment banking services to WorldCom, and by WorldCom's former CEO and CFO. As Court-appointed Co-Lead Counsel representing Lead Plaintiff the **New York State Common Retirement Fund**, we obtained unprecedented settlements totaling more than $6 billion from the Investment Bank Defendants who underwrote WorldCom bonds, including a $2.575 billion cash settlement to settle all claims against the Citigroup Defendants. On the eve of trial, the 13 remaining "Underwriter Defendants," including J.P. Morgan Chase, Deutsche Bank and Bank of America, agreed to pay settlements totaling nearly $3.5 billion to resolve all claims against them. Additionally, the day before trial was scheduled to begin, all of the former WorldCom Director Defendants had agreed to pay over $60 million to settle the claims against them. An unprecedented first for outside directors, $24.75 million of that amount came out of the pockets of the individuals – 20% of their collective net worth. *The Wall Street Journal*, in its coverage, profiled the settlement as literally having "shaken Wall Street, the audit profession and corporate boardrooms." After four weeks of trial, Arthur Andersen, WorldCom's former auditor, settled for $65 million. Subsequent settlements were reached with the former executives of WorldCom, and then with Andersen, bringing the total obtained for the Class to over $6.19 billion.

**CASE:**  *IN RE CENDANT CORPORATION SECURITIES LITIGATION*

**COURT:**  **United States District Court for the District of New Jersey**

**HIGHLIGHTS:**  $3.3 billion securities fraud class action recovery – the third largest in history; significant corporate governance reforms obtained.

**CASE SUMMARY:**  The firm was Co-Lead Counsel in this class action against Cendant Corporation, its officers and directors and Ernst & Young (E&Y), its auditors, for their role in disseminating materially false and misleading financial statements concerning the company's revenues, earnings and expenses for its 1997 fiscal year. As a result of company-wide accounting irregularities, Cendant restated its financial results for its 1995, 1996 and 1997 fiscal years and all fiscal quarters therein. Cendant agreed to settle the action for $2.8 billion to adopt some of the most extensive corporate governance changes in history. E&Y settled for $335 million. These settlements remain the largest sums ever recovered from a public company and a public accounting firm through securities class action litigation. BLB&G represented Lead Plaintiffs **CalPERS** – the **California Public Employees' Retirement System**, the **New York State Common Retirement Fund** and the **New York City Pension Funds**, the three largest public pension funds in America, in this action.



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

| | |
|---|---|
| *CASE:* | *IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE, AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION* |
| *COURT:* | **United States District Court for the Southern District of New York** |
| *HIGHLIGHTS:* | $2.425 billion in cash; significant corporate governance reforms to resolve all claims. This recovery is by far the largest shareholder recovery related to the subprime meltdown and credit crisis; the single largest securities class action settlement ever resolving a Section 14(a) claim – the federal securities provision designed to protect investors against misstatements in connection with a proxy solicitation; the largest ever funded by a single corporate defendant for violations of the federal securities laws; the single largest settlement of a securities class action in which there was neither a financial restatement involved nor a criminal conviction related to the alleged misconduct; and one of the 10 largest securities class action recoveries in history. |
| *DESCRIPTION:* | The firm represented Co-Lead Plaintiffs the **State Teachers Retirement System of Ohio**, the **Ohio Public Employees Retirement System**, and the **Teacher Retirement System of Texas** in this securities class action filed on behalf of shareholders of Bank of America Corporation ("BAC") arising from BAC's 2009 acquisition of Merrill Lynch & Co., Inc. The action alleges that BAC, Merrill Lynch, and certain of the companies' current and former officers and directors violated the federal securities laws by making a series of materially false statements and omissions in connection with the acquisition. These violations included the alleged failure to disclose information regarding billions of dollars of losses which Merrill had suffered before the BAC shareholder vote on the proposed acquisition, as well as an undisclosed agreement allowing Merrill to pay billions in bonuses before the acquisition closed despite these losses. Not privy to these material facts, BAC shareholders voted to approve the acquisition. |
| *CASE:* | *IN RE NORTEL NETWORKS CORPORATION SECURITIES LITIGATION ("NORTEL II")* |
| *COURT:* | **United States District Court for the Southern District of New York** |
| *HIGHLIGHTS:* | Over $1.07 billion in cash and common stock recovered for the class. |
| *DESCRIPTION:* | This securities fraud class action charged Nortel Networks Corporation and certain of its officers and directors with violations of the Securities Exchange Act of 1934, alleging that the Defendants knowingly or recklessly made false and misleading statements with respect to Nortel's financial results during the relevant period. BLB&G clients the **Ontario Teachers' Pension Plan Board** and the **Treasury of the State of New Jersey and its Division of Investment** were appointed as Co-Lead Plaintiffs for the Class in one of two related actions (Nortel II), and BLB&G was appointed Lead Counsel for the Class. In a historic settlement, Nortel agreed to pay $2.4 billion in cash and Nortel common stock (all figures in US dollars) to resolve both matters. Nortel later announced that its insurers had agreed to pay $228.5 million toward the settlement, bringing the total amount of the global settlement to approximately $2.7 billion, and the total amount of the Nortel II settlement to over $1.07 billion. |
| *CASE:* | *IN RE MERCK & CO., INC. SECURITIES LITIGATION* |
| *COURT:* | **United States District Court, District of New Jersey** |
| *HIGHLIGHTS:* | $1.06 billion recovery for the class. |
| *DESCRIPTION:* | This case arises out of misrepresentations and omissions concerning life-threatening risks posed by the "blockbuster" Cox-2 painkiller Vioxx, which Merck withdrew from the market in 2004. In January 2016, BLB&G achieved a $1.062 billion settlement on the eve of trial after more than 12 years of hard-fought litigation that included a successful decision at the United States Supreme Court. This settlement is the second largest recovery ever obtained in the Third Circuit, one of the top 11 securities recoveries of all time, and the largest securities recovery ever achieved against a pharmaceutical company. BLB&G represented Lead Plaintiff the **Public Employees' Retirement System of Mississippi.** |



**BLB&G**   Bernstein Litowitz
Berger & Grossmann LLP

| | |
|---|---|
| *CASE:* | *IN RE MCKESSON HBOC, INC. SECURITIES LITIGATION* |
| *COURT:* | **United States District Court for the Northern District of California** |
| *HIGHLIGHTS:* | $1.05 billion recovery for the class. |
| *DESCRIPTION:* | This securities fraud litigation was filed on behalf of purchasers of HBOC, McKesson and McKesson HBOC securities, alleging that Defendants misled the investing public concerning HBOC's and McKesson HBOC's financial results.  On behalf of Lead Plaintiff the **New York State Common Retirement Fund**, BLB&G obtained a $960 million settlement from the company; $72.5 million in cash from Arthur Andersen; and, on the eve of trial, a $10 million settlement from Bear Stearns & Co. Inc., with total recoveries reaching more than $1 billion. |

| | |
|---|---|
| *CASE:* | *IN RE LEHMAN BROTHERS EQUITY/DEBT SECURITIES LITIGATION* |
| *COURT:* | **United States District Court for the Southern District of New York** |
| *HIGHLIGHTS:* | $735 million in total recoveries. |
| *DESCRIPTION:* | Representing the **Government of Guam Retirement Fund**, BLB&G successfully prosecuted this securities class action arising from Lehman Brothers Holdings Inc.'s issuance of billions of dollars in offerings of debt and equity securities that were sold using offering materials that contained untrue statements and missing material information. |
| | After four years of intense litigation, Lead Plaintiffs achieved a total of $735 million in recoveries consisting of: a $426 million settlement with underwriters of Lehman securities offerings; a $90 million settlement with former Lehman directors and officers; a $99 million settlement that resolves claims against Ernst & Young, Lehman's former auditor (considered one of the top 10 auditor settlements ever achieved); and a $120 million settlement that resolves claims against UBS Financial Services, Inc.  This recovery is truly remarkable not only because of the difficulty in recovering assets when the issuer defendant is bankrupt, but also because no financial results were restated, and that the auditors never disavowed the statements. |

| | |
|---|---|
| *CASE:* | *HEALTHSOUTH CORPORATION BONDHOLDER LITIGATION* |
| *COURT:* | **United States District Court for the Northern District of Alabama** |
| *HIGHLIGHTS:* | $804.5 million in total recoveries. |
| *DESCRIPTION:* | In this litigation, BLB&G was the appointed Co-Lead Counsel for the bond holder class, representing Lead Plaintiff the **Retirement Systems of Alabama**.  This action arose from allegations that Birmingham, Alabama based HealthSouth Corporation overstated its earnings at the direction of its founder and former CEO Richard Scrushy.  Subsequent revelations disclosed that the overstatement actually exceeded over $2.4 billion, virtually wiping out all of HealthSouth's reported profits for the prior five years.  A total recovery of $804.5 million was obtained in this litigation through a series of settlements, including an approximately $445 million settlement for shareholders and bondholders, a $100 million in cash settlement from UBS AG, UBS Warburg LLC, and individual UBS Defendants (collectively, "UBS"), and $33.5 million in cash from the company's auditor.  The total settlement for injured HealthSouth bond purchasers exceeded $230 million, recouping over a third of bond purchaser damages. |

**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

| | |
|---|---|
| CASE: | IN RE CITIGROUP, INC. BOND ACTION LITIGATION |
| COURT: | **United States District Court for the Southern District of New York** |
| HIGHLIGHTS: | $730 million cash recovery; second largest recovery in a litigation arising from the financial crisis. |
| DESCRIPTION: | In the years prior to the collapse of the subprime mortgage market, Citigroup issued 48 offerings of preferred stock and bonds. This securities fraud class action was filed on behalf of purchasers of Citigroup bonds and preferred stock alleging that these offerings contained material misrepresentations and omissions regarding Citigroup's exposure to billions of dollars in mortgage-related assets, the loss reserves for its portfolio of high-risk residential mortgage loans, and the credit quality of the risky assets it held in off-balance sheet entities known as "structured investment vehicles." After protracted litigation lasting four years, we obtained a $730 million cash recovery – the second largest securities class action recovery in a litigation arising from the financial crisis, and the second largest recovery ever in a securities class action brought on behalf of purchasers of debt securities.  As Lead Bond Counsel for the Class, BLB&G represented Lead Bond Plaintiffs **Minneapolis Firefighters' Relief Association**, **Louisiana Municipal Police Employees' Retirement System**, and **Louisiana Sheriffs' Pension and Relief Fund**. |

| | |
|---|---|
| CASE: | IN RE WASHINGTON PUBLIC POWER SUPPLY SYSTEM LITIGATION |
| COURT: | **United States District Court for the District of Arizona** |
| HIGHLIGHTS: | Over $750 million – the largest securities fraud settlement ever achieved at the time. |
| DESCRIPTION: | BLB&G was appointed Chair of the Executive Committee responsible for litigating the action on behalf of the class in this action.  The case was litigated for over seven years, and involved an estimated 200 million pages of documents produced in discovery; the depositions of 285 fact witnesses and 34 expert witnesses; more than 25,000 introduced exhibits; six published district court opinions; seven appeals or attempted appeals to the Ninth Circuit; and a three-month jury trial, which resulted in a settlement of over $750 million – then the largest securities fraud settlement ever achieved. |

| | |
|---|---|
| CASE: | IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION; IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION |
| COURT: | **United States District Court for the District of New Jersey** |
| HIGHLIGHTS: | $688 million in combined settlements (Schering-Plough settled for $473 million; Merck settled for $215 million) in this coordinated securities fraud litigations filed on behalf of investors in Merck and Schering-Plough. |
| DESCRIPTION: | After nearly five years of intense litigation, just days before trial, BLB&G resolved the two actions against Merck and Schering-Plough, which stemmed from claims that Merck and Schering artificially inflated their market value by concealing material information and making false and misleading statements regarding their blockbuster anti-cholesterol drugs Zetia and Vytorin.  Specifically, we alleged that the companies knew that their "ENHANCE" clinical trial of Vytorin (a combination of Zetia and a generic) demonstrated that Vytorin was no more effective than the cheaper generic at reducing artery thickness.  The companies nonetheless championed the "benefits" of their drugs, attracting billions of dollars of capital.  When public pressure to release the results of the ENHANCE trial became too great, the companies reluctantly announced these negative results, which we alleged led to sharp declines in the value of the companies' securities, resulting in significant losses to investors.  The combined $688 million in settlements (Schering-Plough settled for $473 million; Merck settled for $215 million) is the second largest securities recovery ever in the Third Circuit, among the top 25 settlements of all time, and among the ten largest recoveries ever in a case where there was no financial restatement.  BLB&G represented Lead Plaintiffs **Arkansas Teacher Retirement System,** the **Public Employees' Retirement System of Mississippi,** and the **Louisiana Municipal Police Employees' Retirement System**. |

**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

| | |
|---|---|
| CASE: | *IN RE LUCENT TECHNOLOGIES, INC. SECURITIES LITIGATION* |
| COURT: | **United States District Court for the District of New Jersey** |
| HIGHLIGHTS: | $667 million in total recoveries; the appointment of BLB&G as Co-Lead Counsel is especially noteworthy as it marked the first time since the 1995 passage of the Private Securities Litigation Reform Act that a court reopened the lead plaintiff or lead counsel selection process to account for changed circumstances, new issues and possible conflicts between new and old allegations. |
| DESCRIPTION: | BLB&G served as Co-Lead Counsel in this securities class action, representing Lead Plaintiffs the **Parnassus Fund**, **Teamsters Locals 175 & 505 D&P Pension Trust**, **Anchorage Police and Fire Retirement System** and the **Louisiana School Employees' Retirement System.** The complaint accused Lucent of making false and misleading statements to the investing public concerning its publicly reported financial results and failing to disclose the serious problems in its optical networking business. When the truth was disclosed, Lucent admitted that it had improperly recognized revenue of nearly $679 million in fiscal 2000. The settlement obtained in this case is valued at approximately $667 million, and is composed of cash, stock and warrants. |

| | |
|---|---|
| CASE: | *IN RE WACHOVIA PREFERRED SECURITIES AND BOND/NOTES LITIGATION* |
| COURT: | **United States District Court for the Southern District of New York** |
| HIGHLIGHTS: | $627 million recovery – among the 20 largest securities class action recoveries in history; third largest recovery obtained in an action arising from the subprime mortgage crisis. |
| DESCRIPTION: | This securities class action was filed on behalf of investors in certain Wachovia bonds and preferred securities against Wachovia Corp., certain former officers and directors, various underwriters, and its auditor, KPMG LLP. The case alleges that Wachovia provided offering materials that misrepresented and omitted material facts concerning the nature and quality of Wachovia's multi-billion dollar option-ARM (adjustable rate mortgage) "Pick-A-Pay" mortgage loan portfolio, and that Wachovia's loan loss reserves were materially inadequate. According to the Complaint, these undisclosed problems threatened the viability of the financial institution, requiring it to be "bailed out" during the financial crisis before it was acquired by Wells Fargo. The combined $627 million recovery obtained in the action is among the 20 largest securities class action recoveries in history, the largest settlement ever in a class action case asserting only claims under the Securities Act of 1933, and one of a handful of securities class action recoveries obtained where there were no parallel civil or criminal actions brought by government authorities. The firm represented Co-Lead Plaintiffs **Orange County Employees Retirement System** and **Louisiana Sheriffs' Pension and Relief Fund** in this action. |

| | |
|---|---|
| CASE: | *BEAR STEARNS MORTGAGE PASS-THROUGH LITIGATION* |
| COURT: | **United States District Court for the Southern District of New York** |
| HIGHLIGHTS: | **$500 million recovery -** the largest recovery ever on behalf of purchasers of residential mortgage-backed securities. |
| DESCRIPTION: | **BLB&G served as Co-Lead Counsel in this securities action, representing Lead Plaintiffs the Public Employees' Retirement System of Mississippi. The case alleged that Bear Stearns & Company, Inc.'s sold mortgage pass-through certificates using false and misleading offering documents. The offering documents contained false and misleading statements related to, among other things, (1) the underwriting guidelines used to originate the mortgage loans underlying the certificates; and (2) the accuracy of the appraisals for the properties underlying the certificates. After six years of hard-fought litigation and extensive arm's-length negotiations, the $500 million recovery is the largest settlement in a U.S. class action against a bank that packaged and sold mortgage securities at the center of the 2008 financial crisis.** |

**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

| | |
|---|---|
| *CASE:* | *GARY HEFLER ET AL. V. WELLS FARGO & COMPANY ET AL* |
| *COURT:* | **United States District Court for the Northern District of California** |
| *HIGHLIGHTS:* | $480 million recovery - the fourth largest securities settlement ever achieved in the Ninth Circuit and the 31st largest securities settlement ever in the United States. |
| *DESCRIPTION:* | BLB&G served as Lead Counsel for the Court-appointed Lead Plaintiff Union Asset Management Holding, AG in this action, which alleged that Wells Fargo and certain current and former officers and directors of Wells Fargo made a series of materially false statements and omissions in connection with Wells Fargo's secret creation of fake or unauthorized client accounts in order to hit performance-based compensation goals. After years of presenting a business driven by legitimate growth prospects, U.S. regulators revealed in September 2016 that Wells Fargo employees were secretly opening millions of potentially unauthorized accounts for existing Wells Fargo customers.  The Complaint alleged that these accounts were opened in order to hit performance targets and inflate the "cross-sell" metrics that investors used to measure Wells Fargo's financial health and anticipated growth. When the market learned the truth about Wells Fargo's violation of its customers' trust and failure to disclose reliable information to its investors, the price of Wells Fargo's stock dropped, causing substantial investor losses. |

| | |
|---|---|
| *CASE:* | *OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM V. FREDDIE MAC* |
| *COURT:* | **United States District Court for the Southern District of Ohio** |
| *HIGHLIGHTS:* | $410 million settlement. |
| *DESCRIPTION:* | This securities fraud class action was filed on behalf of the **Ohio Public Employees Retirement System** and the **State Teachers Retirement System of Ohio** alleging that Federal Home Loan Mortgage Corporation ("Freddie Mac") and certain of its current and former officers issued false and misleading statements in connection with the company's previously reported financial results. Specifically, the Complaint alleged that the Defendants misrepresented the company's operations and financial results by having engaged in numerous improper transactions and accounting machinations that violated fundamental GAAP precepts in order to artificially smooth the company's earnings and to hide earnings volatility.  In connection with these improprieties, Freddie Mac restated more than $5 billion in earnings.  A settlement of $410 million was reached in the case just as deposition discovery had begun and document review was complete. |

| | |
|---|---|
| *CASE:* | *IN RE REFCO, INC. SECURITIES LITIGATION* |
| *COURT:* | **United States District Court for the Southern District of New York** |
| *HIGHLIGHTS:* | Over $407 million in total recoveries. |
| *DESCRIPTION:* | The lawsuit arises from the revelation that Refco, a once prominent brokerage, had for years secreted hundreds of millions of dollars of uncollectible receivables with a related entity controlled by Phillip Bennett, the company's Chairman and Chief Executive Officer. This revelation caused the stunning collapse of the company a mere two months after its initial public offering of common stock.  As a result, Refco filed one of the largest bankruptcies in U.S. history. Settlements have been obtained from multiple company and individual defendants, resulting in a total recovery for the class of over $407 million.  BLB&G represented Co-Lead Plaintiff **RH Capital Associates LLC**. |

**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

## CORPORATE GOVERNANCE AND SHAREHOLDERS' RIGHTS

*CASE:* *CITY OF MONROE EMPLOYEES' RETIREMENT SYSTEM, DERIVATIVELY ON BEHALF OF TWENTY-FIRST CENTURY FOX, INC. V. RUPERT MURDOCH, ET AL.*

*COURT:* **Delaware Court of Chancery**

*HIGHLIGHTS:* Landmark derivative litigation establishes unprecedented, independent Board-level council to ensure employees are protected from workplace harassment while recouping $90 million for the company's coffers.

*DESCRIPTION:* Before the birth of the #metoo movement, BLB&G led the prosecution of an unprecedented shareholder derivative litigation against Fox News parent 21st Century Fox, Inc. arising from the systemic sexual and workplace harassment at the embattled network. After nearly 18 months of litigation, discovery and negotiation related to the shocking misconduct and the Board's extensive alleged governance failures, the parties unveil a landmark settlement with two key components: 1) the first ever Board-level watchdog of its kind – the "Fox News Workplace Professionalism and Inclusion Council" of experts (WPIC) – majority independent of the Murdochs, the Company and Board; and 2) one of the largest financial recoveries – $90 million – ever obtained in a pure corporate board oversight dispute. The WPIC is expected to serve as a model for public companies in all industries. The firm represented 21st Century Fox shareholder the **City of Monroe (Michigan) Employees' Retirement System.**

*CASE:* *IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION*

*COURT:* **United States District Court for the Central District of California**

*HIGHLIGHTS:* Litigation recovered over $250 million for investors in challenging unprecedented insider trading scheme by billionaire hedge fund manager Bill Ackman.

*DESCRIPTION:* As alleged in groundbreaking litigation, billionaire hedge fund manager Bill Ackman and his Pershing Square Capital Management fund secretly acquire a near 10% stake in pharmaceutical concern Allergan, Inc. as part of an unprecedented insider trading scheme by Ackman and Valeant Pharmaceuticals International, Inc. What Ackman knew – but investors did not – was that in the ensuing weeks, Valeant would be launching a hostile bid to acquire Allergan shares at a far higher price. Ackman enjoys a massive instantaneous profit upon public news of the proposed acquisition, and the scheme works for both parties as he kicks back hundreds of millions of his insider-trading proceeds to Valeant after Allergan agreed to be bought by a rival bidder. After a ferocious three-year legal battle over this attempt to circumvent the spirit of the U.S. securities laws, BLB&G obtains a $250 million settlement for Allergan investors, and creates precedent to prevent similar such schemes in the future. The Plaintiffs in this action were the **State Teachers Retirement System of Ohio**, the **Iowa Public Employees Retirement System**, and **Patrick T. Johnson.**

13

**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

| | |
|---|---|
| CASE: | *UNITEDHEALTH GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION* |
| COURT: | **United States District Court for the District of Minnesota** |
| HIGHLIGHTS: | Litigation recovered over $920 million in ill-gotten compensation directly from former officers for their roles in illegally backdating stock options, while the company agreed to far-reaching reforms aimed at curbing future executive compensation abuses. |
| DESCRIPTION: | This shareholder derivative action filed against certain current and former executive officers and members of the Board of Directors of UnitedHealth Group, Inc. alleged that the Defendants obtained, approved and/or acquiesced in the issuance of stock options to senior executives that were unlawfully backdated to provide the recipients with windfall compensation at the direct expense of UnitedHealth and its shareholders. The firm recovered over $920 million in ill-gotten compensation directly from the former officer Defendants – the largest derivative recovery in history. As feature coverage in *The New York Times* indicated, "investors everywhere should applaud [the UnitedHealth settlement].... [T]he recovery sets a standard of behavior for other companies and boards when performance pay is later shown to have been based on ephemeral earnings." The Plaintiffs in this action were the **St. Paul Teachers' Retirement Fund Association**, the **Public Employees' Retirement System of Mississippi**, the **Jacksonville Police & Fire Pension Fund**, the **Louisiana Sheriffs' Pension & Relief Fund**, the **Louisiana Municipal Police Employees' Retirement System** and **Fire & Police Pension Association of Colorado**. |

| | |
|---|---|
| CASE: | *CAREMARK MERGER LITIGATION* |
| COURT: | **Delaware Court of Chancery – New Castle County** |
| HIGHLIGHTS: | Landmark Court ruling orders Caremark's board to disclose previously withheld information, enjoins shareholder vote on CVS merger offer, and grants statutory appraisal rights to Caremark shareholders. The litigation ultimately forced CVS to raise offer by $7.50 per share, equal to more than $3.3 billion in additional consideration to Caremark shareholders. |
| DESCRIPTION: | Commenced on behalf of the **Louisiana Municipal Police Employees' Retirement System** and other shareholders of Caremark RX, Inc. ("Caremark"), this shareholder class action accused the company's directors of violating their fiduciary duties by approving and endorsing a proposed merger with CVS Corporation ("CVS"), all the while refusing to fairly consider an alternative transaction proposed by another bidder. In a landmark decision, the Court ordered the Defendants to disclose material information that had previously been withheld, enjoined the shareholder vote on the CVS transaction until the additional disclosures occurred, and granted statutory appraisal rights to Caremark's shareholders—forcing CVS to increase the consideration offered to shareholders by $7.50 per share in cash (over $3 billion in total). |

| | |
|---|---|
| CASE: | *IN RE PFIZER INC. SHAREHOLDER DERIVATIVE LITIGATION* |
| COURT: | **United States District Court for the Southern District of New York** |
| HIGHLIGHTS: | Landmark settlement in which Defendants agreed to create a new Regulatory and Compliance Committee of the Pfizer Board that will be supported by a dedicated $75 million fund. |
| DESCRIPTION: | In the wake of Pfizer's agreement to pay $2.3 billion as part of a settlement with the U.S. Department of Justice to resolve civil and criminal charges relating to the illegal marketing of at least 13 of the company's most important drugs (the largest such fine ever imposed), this shareholder derivative action was filed against Pfizer's senior management and Board alleging they breached their fiduciary duties to Pfizer by, among other things, allowing unlawful promotion of drugs to continue after receiving numerous "red flags" that Pfizer's improper drug marketing was systemic and widespread. The suit was brought by Court-appointed Lead Plaintiffs **Louisiana Sheriffs' Pension and Relief Fund** and **Skandia Life Insurance Company, Ltd.** In an unprecedented settlement reached by the parties, the Defendants agreed to create a new Regulatory |

14



BLB&G   Bernstein Litowitz
Berger & Grossmann LLP

and Compliance Committee of the Pfizer Board of Directors (the "Regulatory Committee") to oversee and monitor Pfizer's compliance and drug marketing practices and to review the compensation policies for Pfizer's drug sales related employees.

| | |
|---|---|
| **CASE:** | *MILLER ET A. V. IAC/INTERACTIVECORP ET AL.* |
| **COURT:** | **Delaware Court of Chancery** |
| **HIGHLIGHTS:** | Litigation shuts down efforts by controlling shareholders to obtain "dynastic control" of the company through improper stock class issuances, setting valuable precedent and sending strong message to boards and management in all sectors that such moves will not go unchallenged. |
| **DESCRIPTION:** | BLB&G obtained this landmark victory for shareholder rights against IAC/InterActiveCorp and its controlling shareholder and chairman, Barry Diller. For decades, activist corporate founders and controllers seek ways to entrench their position atop the corporate hierarchy by granting themselves and other insiders "supervoting rights." Diller lays out a proposal to introduce a new class of non-voting stock to entrench "dynastic control" of IAC within the Diller family. BLB&G litigation on behalf of IAC shareholders ends in capitulation with the Defendants effectively conceding the case by abandoning the proposal. This becomes critical corporate governance precedent, given trend of public companies to introduce "low" and "no-vote" share classes, which diminish shareholder rights, insulate management from accountability, and can distort managerial incentives by providing controllers voting power out of line with their actual economic interests in public companies. |

| | |
|---|---|
| **CASE:** | *IN RE DELPHI FINANCIAL GROUP SHAREHOLDER LITIGATION* |
| **COURT:** | **Delaware Court of Chancery – New Castle County** |
| **HIGHLIGHTS:** | Dominant shareholder is blocked from collecting a payoff at the expense of minority investors. |
| **DESCRIPTION:** | As the Delphi Financial Group prepared to be acquired by Tokio Marine Holdings Inc., the conduct of Delphi's founder and controlling shareholder drew the scrutiny of BLB&G and its institutional investor clients for improperly using the transaction to expropriate at least $55 million at the expense of the public shareholders. BLB&G aggressively litigated this action and obtained a settlement of $49 million for Delphi's public shareholders. The settlement fund is equal to about 90% of recoverable Class damages – a virtually unprecedented recovery. |

| | |
|---|---|
| **CASE:** | *QUALCOMM BOOKS & RECORDS LITIGATION* |
| **COURT:** | **Delaware Court of Chancery – New Castle County** |
| **HIGHLIGHTS:** | Novel use of "books and records" litigation enhances disclosure of political spending and transparency. |
| **DESCRIPTION:** | The U.S. Supreme Court's controversial 2010 opinion in *Citizens United v. FEC* made it easier for corporate directors and executives to secretly use company funds – shareholder assets – to support personally favored political candidates or causes. BLB&G prosecuted the first-ever "books and records" litigation to obtain disclosure of corporate political spending at our client's portfolio company – technology giant Qualcomm Inc. – in response to Qualcomm's refusal to share the information. As a result of the lawsuit, Qualcomm adopted a policy that provides its shareholders with comprehensive disclosures regarding the company's political activities and places Qualcomm as a standard-bearer for other companies. |

**BLB&G**   Bernstein Litowitz
Berger & Grossmann LLP

| | |
|---|---|
| CASE: | *IN RE NEWS CORP. SHAREHOLDER DERIVATIVE LITIGATION* |
| COURT: | **Delaware Court of Chancery – Kent County** |
| HIGHLIGHTS: | An unprecedented settlement in which News Corp. recoups $139 million and enacts significant corporate governance reforms that combat self-dealing in the boardroom. |
| DESCRIPTION: | Following News Corp.'s 2011 acquisition of a company owned by News Corp. Chairman and CEO Rupert Murdoch's daughter, and the phone-hacking scandal within its British newspaper division, we filed a derivative litigation on behalf of the company because of institutional shareholder concern with the conduct of News Corp.'s management. We ultimately obtained an unprecedented settlement in which News Corp. recouped $139 million for the company coffers, and agreed to enact corporate governance enhancements to strengthen its compliance structure, the independence and functioning of its board, and the compensation and clawback policies for management. |

| | |
|---|---|
| CASE: | *IN RE ACS SHAREHOLDER LITIGATION (XEROX)* |
| COURT: | **Delaware Court of Chancery – New Castle County** |
| HIGHLIGHTS: | BLB&G challenged an attempt by ACS CEO to extract a premium on his stock not shared with the company's public shareholders in a sale of ACS to Xerox. On the eve of trial, BLB&G obtained a $69 million recovery, with a substantial portion of the settlement personally funded by the CEO. |
| DESCRIPTION: | Filed on behalf of the **New Orleans Employees' Retirement System** and similarly situated shareholders of Affiliated Computer Service, Inc., this action alleged that members of the Board of Directors of ACS breached their fiduciary duties by approving a merger with Xerox Corporation which would allow Darwin Deason, ACS's founder and Chairman and largest stockholder, to extract hundreds of millions of dollars of value that rightfully belongs to ACS's public shareholders for himself. Per the agreement, Deason's consideration amounted to over a 50% premium when compared to the consideration paid to ACS's public stockholders. The ACS Board further breached its fiduciary duties by agreeing to certain deal protections in the merger agreement that essentially locked up the transaction between ACS and Xerox. After seeking a preliminary injunction to enjoin the deal and engaging in intense discovery and litigation in preparation for a looming trial date, Plaintiffs reached a global settlement with Defendants for $69 million. In the settlement, Deason agreed to pay $12.8 million, while ACS agreed to pay the remaining $56.1 million. |

| | |
|---|---|
| CASE: | *IN RE DOLLAR GENERAL CORPORATION SHAREHOLDER LITIGATION* |
| COURT: | **Sixth Circuit Court for Davidson County, Tennessee; Twentieth Judicial District, Nashville** |
| HIGHLIGHTS: | Holding Board accountable for accepting below-value "going private" offer. |
| DESCRIPTION: | A Nashville, Tennessee corporation that operates retail stores selling discounted household goods, in early March 2007, Dollar General announced that its Board of Directors had approved the acquisition of the company by the private equity firm Kohlberg Kravis Roberts & Co. ("KKR"). BLB&G, as Co-Lead Counsel for the **City of Miami General Employees' & Sanitation Employees' Retirement Trust**, filed a class action complaint alleging that the "going private" offer was approved as a result of breaches of fiduciary duty by the board and that the price offered by KKR did not reflect the fair value of Dollar General's publicly-held shares. On the eve of the summary judgment hearing, KKR agreed to pay a $40 million settlement in favor of the shareholders, with a potential for $17 million more for the Class. |

**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

| | |
|---|---|
| *CASE:* | *LANDRY'S RESTAURANTS, INC. SHAREHOLDER LITIGATION* |
| *COURT:* | **Delaware Court of Chancery – New Castle County** |
| *HIGHLIGHTS:* | Protecting shareholders from predatory CEO's multiple attempts to take control of Landry's Restaurants through improper means. Our litigation forced the CEO to increase his buyout offer by four times the price offered and obtained an additional $14.5 million cash payment for the class. |
| *DESCRIPTION:* | In this derivative and shareholder class action, shareholders alleged that Tilman J. Fertitta – chairman, CEO and largest shareholder of Landry's Restaurants, Inc. – and its Board of Directors stripped public shareholders of their controlling interest in the company for no premium and severely devalued remaining public shares in breach of their fiduciary duties. BLB&G's prosecution of the action on behalf of Plaintiff **Louisiana Municipal Police Employees' Retirement System** resulted in recoveries that included the creation of a settlement fund composed of $14.5 million in cash, as well as significant corporate governance reforms and an increase in consideration to shareholders of the purchase price valued at $65 million. |



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

## EMPLOYMENT DISCRIMINATION AND CIVIL RIGHTS

| | |
|---|---|
| **CASE:** | *ROBERTS V. TEXACO, INC.* |
| **COURT:** | **United States District Court for the Southern District of New York** |
| **HIGHLIGHTS:** | BLB&G recovered $170 million on behalf of Texaco's African-American employees and engineered the creation of an independent "Equality and Tolerance Task Force" at the company. |
| **DESCRIPTION:** | Six highly qualified African-American employees filed a class action complaint against Texaco Inc. alleging that the company failed to promote African-American employees to upper level jobs and failed to compensate them fairly in relation to Caucasian employees in similar positions. BLB&G's prosecution of the action revealed that African-Americans were significantly under-represented in high level management jobs and that Caucasian employees were promoted more frequently and at far higher rates for comparable positions within the company. The case settled for over $170 million, and Texaco agreed to a Task Force to monitor its diversity programs for five years – a settlement described as the most significant race discrimination settlement in history. |

| | |
|---|---|
| **CASE:** | *ECOA - GMAC/NMAC/FORD/TOYOTA/CHRYSLER - CONSUMER FINANCE DISCRIMINATION LITIGATION* |
| **COURT:** | **Multiple jurisdictions** |
| **HIGHLIGHTS:** | Landmark litigation in which financing arms of major auto manufacturers are compelled to cease discriminatory "kick-back" arrangements with dealers, leading to historic changes to auto financing practices nationwide. |
| **DESCRIPTION:** | The cases involve allegations that the lending practices of General Motors Acceptance Corporation, Nissan Motor Acceptance Corporation, Ford Motor Credit, Toyota Motor Credit and DaimlerChrysler Financial cause African-American and Hispanic car buyers to pay millions of dollars more for car loans than similarly situated white buyers. At issue is a discriminatory kickback system under which minorities typically pay about 50% more in dealer mark-up which is shared by auto dealers with the Defendants. |

> **NMAC:** The United States District Court for the Middle District of Tennessee granted final approval of the settlement of the class action against Nissan Motor Acceptance Corporation ("NMAC") in which NMAC agreed to offer pre-approved loans to hundreds of thousands of current and potential African-American and Hispanic NMAC customers, and limit how much it raises the interest charged to car buyers above the company's minimum acceptable rate.
>
> **GMAC:** The United States District Court for the Middle District of Tennessee granted final approval of a settlement of the litigation against General Motors Acceptance Corporation ("GMAC") in which GMAC agreed to take the historic step of imposing a 2.5% markup cap on loans with terms up to 60 months, and a cap of 2% on extended term loans. GMAC also agreed to institute a substantial credit pre-approval program designed to provide special financing rates to minority car buyers with special rate financing.
>
> **DAIMLERCHRYSLER:** The United States District Court for the District of New Jersey granted final approval of the settlement in which DaimlerChrysler agreed to implement substantial changes to the company's practices, including limiting the maximum amount of mark-up dealers may charge customers to between 1.25% and 2.5% depending upon the length of the customer's loan. In addition, the company agreed to send out pre-approved credit offers of no-markup loans to African-American and Hispanic consumers, and contribute $1.8 million to provide consumer education and assistance programs on credit financing.
>
> **FORD MOTOR CREDIT**: The United States District Court for the Southern District of New York granted final approval of a settlement in which Ford Credit agreed to make contract disclosures informing consumers that the customer's Annual Percentage Rate ("APR") may be negotiated and that sellers may assign their contracts and retain rights to receive a portion of the finance charge.

18

 **BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

## CLIENTS AND FEES

We are firm believers in the contingency fee as a socially useful, productive and satisfying basis of compensation for legal services, particularly in litigation. Wherever appropriate, even with our corporate clients, we will encourage retention where our fee is contingent on the outcome of the litigation. This way, it is not the number of hours worked that will determine our fee, but rather the result achieved for our client.

Our clients include many large and well known financial and lending institutions and pension funds, as well as privately-held companies that are attracted to our firm because of our reputation, expertise and fee structure. Most of the firm's clients are referred by other clients, law firms and lawyers, bankers, investors and accountants. A considerable number of clients have been referred to the firm by former adversaries. We have always maintained a high level of independence and discretion in the cases we decide to prosecute. As a result, the level of personal satisfaction and commitment to our work is high.

 Bernstein Litowitz
Berger & Grossmann LLP

# IN THE PUBLIC INTEREST

Bernstein Litowitz Berger & Grossmann LLP is guided by two principles: excellence in legal work and a belief that the law should serve a socially useful and dynamic purpose. Attorneys at the firm are active in academic, community and *pro bono* activities, as well as participating as speakers and contributors to professional organizations. In addition, the firm endows a public interest law fellowship and sponsors an academic scholarship at Columbia Law School.

### BERNSTEIN LITOWITZ BERGER & GROSSMANN PUBLIC INTEREST LAW FELLOWS
COLUMBIA LAW SCHOOL — BLB&G is committed to fighting discrimination and effecting positive social change. In support of this commitment, the firm donated funds to Columbia Law School to create the Bernstein Litowitz Berger & Grossmann Public Interest Law Fellowship. This newly endowed fund at Columbia Law School will provide Fellows with 100% of the funding needed to make payments on their law school tuition loans so long as such graduates remain in the public interest law field. The BLB&G Fellows are able to begin their careers free of any school debt if they make a long-term commitment to public interest law.

### FIRM SPONSORSHIP OF HER JUSTICE
NEW YORK, NY — BLB&G is a sponsor of Her Justice, a non-profit organization in New York City dedicated to providing *pro bono* legal representation to indigent women, principally battered women, in connection with the myriad legal problems they face. The organization trains and supports the efforts of New York lawyers who provide *pro bono* counsel to these women. Several members and associates of the firm volunteer their time to help women who need divorces from abusive spouses, or representation on issues such as child support, custody and visitation. To read more about Her Justice, visit the organization's website at www.herjustice.org.

### THE PAUL M. BERNSTEIN MEMORIAL SCHOLARSHIP
COLUMBIA LAW SCHOOL — Paul M. Bernstein was the founding senior partner of the firm. Mr. Bernstein led a distinguished career as a lawyer and teacher and was deeply committed to the professional and personal development of young lawyers. The Paul M. Bernstein Memorial Scholarship Fund is a gift of the firm and the family and friends of Paul M. Bernstein, and is awarded annually to one or more second-year students selected for their academic excellence in their first year, professional responsibility, financial need and contributions to the community.

### FIRM SPONSORSHIP OF CITY YEAR NEW YORK
NEW YORK, NY — BLB&G is also an active supporter of City Year New York, a division of AmeriCorps. The program was founded in 1988 as a means of encouraging young people to devote time to public service and unites a diverse group of volunteers for a demanding year of full-time community service, leadership development and civic engagement. Through their service, corps members experience a rite of passage that can inspire a lifetime of citizenship and build a stronger democracy.

### MAX W. BERGER PRE-LAW PROGRAM
BARUCH COLLEGE — In order to encourage outstanding minority undergraduates to pursue a meaningful career in the legal profession, the Max W. Berger Pre-Law Program was established at Baruch College. Providing workshops, seminars, counseling and mentoring to Baruch students, the program facilitates and guides them through the law school research and application process, as well as placing them in appropriate internships and other pre-law working environments.

### NEW YORK SAYS THANK YOU FOUNDATION
NEW YORK, NY — Founded in response to the outpouring of love shown to New York City by volunteers from all over the country in the wake of the 9/11 attacks, The New York Says Thank You Foundation sends volunteers from New York City to help rebuild communities around the country affected by disasters. BLB&G is a corporate sponsor of NYSTY and its goals are a heartfelt reflection of the firm's focus on community and activism.



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

# OUR ATTORNEYS

## MEMBERS

**MAX W. BERGER**, the firm's senior founding partner, has grown BLB&G from a partnership of four lawyers in 1983 into what the *Financial Times* described as "one of the most powerful securities class action law firms in the United States" by prosecuting seminal cases which have increased market transparency, held wrongdoers accountable, and improved corporate business practices in groundbreaking ways.

Described by sources quoted in leading industry publication *Chambers USA* as "the smartest, most strategic plaintiffs' lawyer [they have] ever encountered," Max has litigated many of the firm's most high-profile and significant cases and secured some of the largest recoveries ever achieved in securities fraud lawsuits, negotiating seven of the largest securities fraud settlements in history, each in excess of a billion dollars: *Cendant* ($3.3 billion), *Citigroup-WorldCom* ($2.575 billion), *Bank of America/Merrill Lynch* ($2.4 billion), *JPMorgan Chase-WorldCom* ($2 billion), *Nortel* ($1.07 billion), *Merck* ($1.06 billion), and *McKesson* ($1.05 billion). Max's prosecution of the *WorldCom* litigation, which resulted in unprecedented monetary contributions from WorldCom's outside directors (nearly $25 million out of their own pockets on top of their insurance coverage) "shook Wall Street, the audit profession and corporate boardrooms." (*The Wall Street Journal*)

Max's cases have resulted in sweeping corporate governance overhauls, including the creation of an independent task force to oversee and monitor diversity practices (*Texaco* discrimination litigation), establishing an industry-accepted definition of director independence, increasing a board's power and responsibility to oversee internal controls and financial reporting (*Columbia/HCA*), and creating a Healthcare Law Regulatory Committee with dedicated funding to improve the standard for regulatory compliance oversight by a public company board of directors (*Pfizer*). His cases have yielded results which have served as models for public companies going forward.

Most recently, before the #metoo movement came alive, on behalf of an institutional investor client, Max handled the prosecution of an unprecedented shareholder derivative litigation against Fox News parent 21st Century Fox, Inc. arising from the systemic sexual and workplace harassment at the embattled network. After nearly 18 months of litigation, discovery, and negotiation related to the shocking misconduct and the Board's extensive alleged governance failures, the parties unveiled a landmark settlement with two key components: 1) the first ever Board-level watchdog of its kind – the "Fox News Workplace Professionalism and Inclusion Council" of experts (WPIC) – majority independent of the Murdochs, the Company and Board; and 2) one of the largest financial recoveries – $90 million – ever obtained in a pure corporate board oversight dispute. The WPIC is expected to serve as a model for public companies in all industries.

Max's work has garnered him extensive media attention, and he has been the subject of feature articles in a variety of major media publications. *The New York Times* highlighted his remarkable track record in an October 2012 profile entitled "Investors' Billion-Dollar Fraud Fighter," which also discussed his role in the *Bank of America/Merrill Lynch Merger* litigation. In 2011, Max was twice profiled by *The American Lawyer* for his role in negotiating a $627 million recovery on behalf of investors in the *In re Wachovia Corp. Securities Litigation,* and a $516 million recovery in *In re Lehman Brothers Equity/Debt Securities Litigation.* For his outstanding efforts on behalf of WorldCom investors, he was featured in articles in *BusinessWeek* and *The American Lawyer*, and *The National Law Journal* profiled Max (one of only eleven attorneys selected nationwide) in its annual 2005 "Winning Attorneys" section. He was subsequently featured in a 2006 *New York Times* article, "A Class-Action Shuffle," which assessed the evolving landscape of the securities litigation arena.



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

**One of the "100 Most Influential Lawyers in America"**

Widely recognized as the "Dean" of the US plaintiff securities bar for his remarkable career and his professional excellence, Max has a distinguished and unparalleled list of honors to his name.

- He was selected as one of the "100 Most Influential Lawyers in America" by *The National Law Journal* for being "front and center" in holding Wall Street banks accountable and obtaining over $5 billion in cases arising from the subprime meltdown, and for his work as a "master negotiator" in obtaining numerous multi-billion dollar recoveries for investors.

- Described as a "standard-bearer" for the profession in a career spanning over 40 years, he was the recipient of *Chambers USA's* award for Outstanding Contribution to the Legal Profession. In presenting this prestigious honor, *Chambers* recognized Max's "numerous headline-grabbing successes," as well as his unique stature among colleagues – "warmly lauded by his peers, who are nevertheless loath to find him on the other side of the table." Max has been recognized as a litigation "star" and leading lawyer in his field by *Chambers* since its inception.

- *Benchmark Litigation* recently inducted him into its exclusive "Hall of Fame" in recognition of his career achievements and impact on the field of securities litigation.

- Upon its tenth anniversary, *Lawdragon* named Max a "Lawdragon Legend" for his accomplishments. He was recently inducted into *Lawdragon's* "Hall of Fame." He is regularly included in the publication's "500 Leading Lawyers in America" and "100 Securities Litigators You Need to Know" lists.

- *Law360* published a special feature discussing his life and career as a "Titan of the Plaintiffs Bar," named him one of only six litigators selected nationally as a "Legal MVP," and selected him as one of "10 Legal Superstars" nationally for his work in securities litigation.

- Max has been regularly named a "leading lawyer" in the *Legal 500 US Guide*, as well as *The Best Lawyers in America®* guide.

- Max was honored for his outstanding contribution to the public interest by Trial Lawyers for Public Justice, which named him a "Trial Lawyer of the Year" Finalist in 1997 for his work in *Roberts, et al. v. Texaco*, the celebrated race discrimination case, on behalf of Texaco's African-American employees.

Max has lectured extensively for many professional organizations, and is the author and co-author of numerous articles on developments in the securities laws and their implications for public policy. He was chosen, along with several of his BLB&G partners, to author the first chapter – "Plaintiffs' Perspective" – of Lexis/Nexis's seminal industry guide *Litigating Securities Class Actions*. An esteemed voice on all sides of the legal and financial markets, in 2008 the SEC and Treasury called on Max to provide guidance on regulatory changes being considered as the accounting profession was experiencing tectonic shifts shortly before the financial crisis.

Max also serves the academic community in numerous capacities. A long-time member of the Board of Trustees of Baruch College, he served as the President of the Baruch College Fund from 2015-2019 and now serves as its Chairman. In May 2006, he was presented with the Distinguished Alumnus Award for his contributions to Baruch College, and in 2019, was awarded an honorary Doctor of Laws degree at Baruch's commencement, the highest honor Baruch College confers upon an individual for non-academic achievement. The award recognized his decades-long dedication to the mission and vision of the College, and in bestowing it, Baruch described Max as "one of the most influential individuals in the history of Baruch College."

A member of the Dean's Council to Columbia Law School, Max has taught Profession of Law, an ethics course at Columbia Law School, and serves on the Advisory Board of Columbia Law School's Center on Corporate Governance. In February 2011, Max received Columbia Law School's most prestigious and highest honor, "The Medal for Excellence." This award is presented

22

 Bernstein Litowitz
Berger & Grossmann LLP

annually to Columbia Law School alumni who exemplify the qualities of character, intellect, and social and professional responsibility that the Law School seeks to instill in its students. As a recipient of this award, Max was profiled in the Fall 2011 issue of *Columbia Law School Magazine*. Max is a member of the American Law Institute and an Advisor to its Restatement Third: Economic Torts project.

Among numerous charitable and volunteer works, Max is a significant and long-time contributor to Her Justice, a non-profit organization in New York City dedicated to providing *pro bono* legal representation to indigent women, principally battered women, in connection with the many legal problems they face. He is also an active supporter of City Year New York, a division of AmeriCorps, dedicated to encouraging young people to devote time to public service. In July 2005, he was named City Year New York's "Idealist of the Year," for his commitment to, service for, and work in the community. A celebrated photographer, Max has held two successful photography shows that raised hundreds of thousands of dollars for City Year and Her Justice. He and his wife, Dale, have also established the Dale and Max Berger Public Interest Law Fellowship at Columbia Law School and the Max Berger Pre-Law Program at Baruch College.

EDUCATION: Baruch College-City University of New York, B.B.A., Accounting, 1968; President of the student body and recipient of numerous awards. Columbia Law School, J.D., 1971, Editor of the *Columbia Survey of Human Rights Law*.

BAR ADMISSIONS: New York; U.S. District Courts for the Eastern and Southern Districts of New York; U.S. Court of Appeals for the Second Circuit; U.S. Supreme Court.

**GERALD H. SILK**'s practice focuses on representing institutional investors on matters involving federal and state securities laws, accountants' liability, and the fiduciary duties of corporate officials, as well as general commercial and corporate litigation. He also advises creditors on their rights with respect to pursuing affirmative claims against officers and directors, as well as professionals both inside and outside the bankruptcy context.

Jerry is a member of the firm's Management Committee. He also oversees the firm's New Matter department in which he, along with a group of attorneys, financial analysts and investigators, counsels institutional clients on potential legal claims. In December 2014, Jerry was recognized by *The National Law Journal* in its inaugural list of "Litigation Trailblazers & Pioneers" – one of several lawyers in the country who have changed the practice of litigation through the use of innovative legal strategies – in no small part for the critical role he has played in helping the firm's investor clients recover billions of dollars in litigation arising from the financial crisis, among other matters.

In addition, *Lawdragon* magazine, which has named Jerry one of the "100 Securities Litigators You Need to Know," one of the "500 Leading Lawyers in America," and one of America's top 500 "Rising Stars" in the legal profession, also profiled him as part of its "Lawyer Limelight" special series, discussing subprime litigation, his passion for plaintiffs' work and the trends he expects to see in the market. Recognized as one of an elite group of notable practitioners, *Chambers USA* ranked Jerry nationally "for his expertise in a range of cases on the plaintiff side." He is also named as a "Litigation Star" by *Benchmark*, is recommended by the Legal 500 USA guide in the field of plaintiffs' securities litigation, and has been selected by Thomson Reuters as a *Super Lawyer* every year since 2006.

In the wake of the financial crisis, he advised the firm's institutional investor clients on their rights with respect to claims involving transactions in residential mortgage-backed securities (RMBS) and collateralized debt obligations (CDOs). His work representing Cambridge Place Investment Management Inc. on claims under Massachusetts state law against numerous investment banks arising from the purchase of billions of dollars of RMBS was featured in a 2010 *New York Times* article by Gretchen Morgenson titled, "Mortgage Investors Turn to State Courts for Relief."



**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

Jerry also represented the New York State Teachers' Retirement System in a securities litigation against the General Motors Company arising from a series of misrepresentations concerning the quality, safety, and reliability of the Company's cars, which resulted in a $300 million settlement. He was also a member of the litigation team responsible for the successful prosecution of *In re Cendant Corporation Securities Litigation* in the District of New Jersey, which was resolved for $3.2 billion. In addition, he is actively involved in the firm's prosecution of highly successful M&A litigation, representing shareholders in widely publicized lawsuits, including the litigation arising from the proposed acquisition of Caremark Rx, Inc. by CVS Corporation – which led to an increase of approximately $3.5 billion in the consideration offered to shareholders.

A graduate of the Wharton School of Business, University of Pennsylvania and Brooklyn Law School, in 1995-96, Jerry served as a law clerk to the Hon. Steven M. Gold, U.S.M.J., in the United States District Court for the Eastern District of New York.

Jerry lectures to institutional investors at conferences throughout the country, and has written or substantially contributed to several articles on developments in securities and corporate law, including his most recent article, "SEC Statement On Emerging Markets Is A Stunning Failure," which was published by *Law360* on April 27, 2020. He has authored numerous additional articles, including: "Improving Multi-Jurisdictional, Merger-Related Litigation," American Bar Association (February 2011); "The Compensation Game," *Lawdragon*, (Fall 2006); "Institutional Investors as Lead Plaintiffs: Is There A New And Changing Landscape?," 75 *St. John's Law Review* 31 (Winter 2001); "The Duty To Supervise, Poser, Broker-Dealer Law and Regulation," 3rd Ed. 2000, Chapter 15; "Derivative Litigation In New York after Marx v. Akers," *New York Business Law Journal*, Vol. 1, No. 1 (Fall 1997).

Jerry has also been a commentator for the business media on television and in print. Among other outlets, he has appeared on NBC's *Today*, and CNBC's *Power Lunch*, *Morning Call*, and *Squawkbox* programs, as well as being featured in *The New York Times*, *Financial Times*, *Bloomberg*, *The National Law Journal*, and the *New York Law Journal*.

EDUCATION: Wharton School of the University of Pennsylvania, B.S., Economics, 1991. Brooklyn Law School, J.D., *cum laude*, 1995.

BAR ADMISSIONS: New York; U.S. District Courts for the Southern and Eastern Districts of New York.

**SALVATORE J. GRAZIANO** is widely recognized as one of the top securities litigators in the country. He has served as lead trial counsel in a wide variety of major securities fraud class actions, recovering billions of dollars on behalf of institutional investors and hedge fund clients.

Over the course of his distinguished career, Sal has successfully litigated many high-profile cases, including: *Merck & Co., Inc. (Vioxx) Sec. Litig.*(D.N.J.); *In re Schering-Plough Corp./ ENHANCE Sec. Litig.* (D.N.J.); *New York State Teachers' Retirement System v. General Motors Co.* (E.D. Mich.); *In re MF Global Holdings Limited Sec. Litig.* (S.D.N.Y); *In re Raytheon Sec. Litig.* (D. Mass.); *In re Refco Sec. Litig.* (S.D.N.Y.); *In re MicroStrategy, Inc. Sec. Litig.* (E.D. Va.); *In re Bristol Myers Squibb Co. Sec. Litig.* (S.D.N.Y.); and *In re New Century Sec. Litig.* (C.D. Cal.).

Industry observers, peers and adversaries routinely honor Sal for his accomplishments. He is one of the "Top 100 Trial Lawyers" in the nation according to *Benchmark Litigation*, which credits him for performing "top quality work." *Chambers USA* describes Sal as "wonderfully talented...a smart, aggressive lawyer who works hard for his clients," and "the go-to for the biggest cases," while *Legal 500* praises him as a "highly effective litigator." Heralded multiple times as one of a handful of Securities Litigation and Class Action "MVPs" in the nation by *Law360*, he has also

24

**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

been named a "Litigation Trailblazer" by *The National Law Journal*. Sal is also one of *Lawdragon*'s "500 Leading Lawyers in America," named as a leading mass tort and plaintiff class action litigator by *Best Lawyers®*, and is one of Thomson Reuters' *Super Lawyers*.

A highly esteemed voice on investor rights, regulatory and market issues, in 2008 he was called upon by the Securities and Exchange Commission's Advisory Committee on Improvements to Financial Reporting to give testimony as to the state of the industry and potential impacts of proposed regulatory changes being considered. He is the author and co-author of numerous articles on developments in the securities laws, and was chosen, along with several of his BLB&G partners, to author the first chapter – "Plaintiffs' Perspective" – of Lexis/Nexis's seminal industry guide *Litigating Securities Class Actions*.

A managing partner of the firm, Sal has previously served as the President of the National Association of Shareholder & Consumer Attorneys, and has served as a member of the Financial Reporting Committee and the Securities Regulation Committee of the Association of the Bar of the City of New York. He regularly lectures on securities fraud litigation and shareholder rights. Prior to entering private practice, Sal served as an Assistant District Attorney in the Manhattan District Attorney's Office.

EDUCATION: New York University College of Arts and Science, B.A., psychology, *cum laude*, 1988. New York University School of Law, J.D., *cum laude*, 1991.

BAR ADMISSIONS: New York; U.S. District Courts for the Southern and Eastern Districts of New York; U.S. Courts of Appeals for the First, Second, Third, Fourth, Sixth, Ninth and Eleventh Circuits.

**JOHN C. BROWNE**'s practice focuses on the prosecution of securities fraud class actions. He represents the firm's institutional investor clients in jurisdictions throughout the country and has been a member of the trial teams of some of the most high-profile securities fraud class actions in history.

John was Lead Counsel in the *In re Citigroup, Inc. Bond Action Litigation*, which resulted in a $730 million cash recovery – the second largest recovery ever achieved for a class of purchasers of debt securities. It is also the second largest civil settlement arising out of the subprime meltdown and financial crisis. John was also a member of the team representing the New York State Common Retirement Fund in *In re WorldCom, Inc. Securities Litigation*, which culminated in a five-week trial against Arthur Andersen LLP and a recovery for investors of over $6.19 billion – one of the largest securities fraud recoveries in history.

Other notable litigations in which John served as Lead Counsel on behalf of shareholders include *In re Refco Securities Litigation*, which resulted in a $407 million settlement, *In re the Reserve Fund Securities and Derivative Litigation*, which settled for more than $54 million, *In re King Pharmaceuticals Litigation*, which settled for $38.25 million, *In re RAIT Financial Trust Securities Litigation*, which settled for $32 million, and *In re SFBC Securities Litigation*, which settled for $28.5 million.

Most recently, John served as lead counsel in the *In re BNY Mellon Foreign Exchange Securities Litigation*, which settled for $180 million; *In re State Street Corporation Securities Litigation*, which settled for $60 million; and the *Anadarko Petroleum Corporation Securities Litigation*, which settled for $12.5 million. John also represents the firm's institutional investor clients in the appellate courts, and has argued appeals in the Second Circuit, Third Circuit and, most recently, the Fifth Circuit, where he successfully argued the appeal in the *In re Amedisys Securities Litigation*.



**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

In recognition of his achievements and legal excellence, *Law360* has twice named John a "Class Action MVP" (one of only four litigators selected nationally), and was named a "Litigation Trailblazer" by *The National Law Journal*. He is regularly named to lists of leading practitioners by *Lawdragon, Legal 500,* and Thomson Reuters' *Super Lawyers*.

Prior to joining BLB&G, John was an attorney at Latham & Watkins, where he had a wide range of experience in commercial litigation, including defending corporate officers and directors in securities class actions and derivative suits, and representing major corporate clients in state and federal court litigations and arbitrations.

John has been a panelist at various continuing legal education programs offered by the American Law Institute ("ALI") and has authored and co-authored numerous articles relating to securities litigation.

EDUCATION: James Madison University, B.A., Economics, *magna cum laude*, 1994. Cornell Law School, J.D., *cum laude*, 1998; Editor of the *Cornell Law Review*.

BAR ADMISSIONS: New York; U.S. District Court for the Southern District of New York; U.S. Courts of Appeals for the Second, Third and Fifth Circuits.

**MARK LEBOVITCH** heads the firm's corporate governance litigation practice, focusing on derivative suits and transactional litigation. He also co-leads the firm's Delaware office. Working with his institutional investor clients, he fights to hold management accountable, pursuing meaningful and novel challenges to alleged corporate governance-related misconduct and anti-shareholder practices. A seasoned litigator, Mark also prosecutes securities fraud class actions and has been a senior or lead member of the trial teams on some of the most high-profile securities fraud class actions and corporate governance litigations in history. His cases have created key legal precedents while helping recoup billions of dollars for investors and improving corporate governance practices in numerous industries.

Most recently, Mark led the *Allergan Proxy Violation Litigation*, alleging an unprecedented insider trading scheme by billionaire hedge fund manager Bill Ackman, Ackman's Pershing Square Capital Management fund and Valeant Pharmaceuticals International, Inc. After a ferocious three-year legal battle over this attempt to circumvent the spirit of the U.S. securities laws, defendants accepted a $250 million settlement for Allergan investors. In 2017, before the birth of the #metoo movement, he led the prosecution of an unprecedented shareholder derivative litigation against Fox News parent 21st Century Fox, Inc. arising from the systemic sexual and workplace harassment at the embattled network. The case resulted in one of the largest financial recoveries – $90 million – ever obtained in a pure corporate board oversight dispute; and the creation of an independent council of experts – named the "Fox News Workplace Professionalism and Inclusion Council" – which is expected to serve as a model for public companies in all industries.

For these and other several other recent prosecutions, the *New York Law Journal* bestowed Mark with its most prestigious honor, naming him the 2019 "Attorney of the Year" at the New York Legal Awards. Among other industry leading recognitions, he has been named a "Leading Lawyer" by *Lawdragon*. He is also recognized by *Chambers USA* for what quoted sources describe as his "very smart" approach, along with his "particular strength in corporate governance litigation, focusing on shareholder derivative suits."

Other select current and past representations include:

- *In re DISH Corp. Shareholder Litigation:* derivative suit challenging misappropriation and front-running by a controlling shareholder, costing investors over $800 million;

- *Insys Derivative Litigation*: challenging a board-approved illegal marketing scheme that actively encouraged off-label *marketing* of a deadly opioid fentanyl drug;

26

**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

- *In re TIBCO Software Stockholder Litigation:* pursued novel and precedent-setting merger agreement reformation claims and received 33% of potential *damages* shortly before trial;

- *In re Freeport-McMoRan Derivative Litigation:* settled for a cash recovery of nearly $154 million, plus corporate governance reforms;

- *In re Jefferies, Inc. Stockholder Litigation:* settled for a $75 million net payment paid entirely to a class of former Jefferies investors through a first-of-its-kind dividend;

- *Safeway Appraisal Litigation*: provided clients with a nearly 30% increase in value above the negotiated merger consideration;

- *In re News Corp. Shareholder Derivative Litigation*: settled for a $139 million cash recovery, and an unprecedented package of corporate governance and oversight enhancements;

- *In re El Paso Corp. Shareholder Litigation*: resulted in a $110 million post-closing settlement and a ruling that materially improved the way M&A financial advisors address conflicts of interest;

- *In re Delphi Financial Group Shareholder Litigation*: challenged the controlling shareholder's unlawful demand for an additional $55 million in connection with the sale of the company, resulting in the recovery of $49 million;

- *In re Pfizer Derivative Litigation*: resulted in a $75 million payment and creation of a new Healthcare Law Regulatory Committee, which sets an improved standard for regulatory compliance oversight by a public company board of directors; and

- *In re ACS Shareholder Litigation:* settled on the eve of trial for a $69 million cash payment to ACS shareholders.

Mark pioneered challenges to the improper but widespread practice of using "Proxy Put" provisions in corporate debt agreements, obtaining pro-shareholder rulings in cases like *In re Amylin Shareholders Litigation*, *In re SandRidge Energy, Inc. Shareholder Litigation*, and *In re Healthways, Inc. Shareholder Litigation*, which have caused the industry to materially change its use of such provisions. He also prosecutes securities litigations, and in that capacity, was the lead litigation attorney in *In re Merrill Lynch Bondholders Litigation*, which settled for $150 million; and a member of the team prosecuting *In re Bank of America Securities Litigation*, which settled for $2.425 billion. Currently, he is the lead attorney prosecuting *In re Allergan Proxy Securities Litigation*.

Mark has received national recognition for his work in securities and M&A litigation. *The National Law Journal* named Mark, as a "Plaintiffs' Lawyers Trailblazer," recognizing him among the top practitioners in the nation. He was selected 2016 national "Plaintiff Attorney of the Year" by *Benchmark Litigation* and is regularly honored as a New York "Litigation Star" by *Benchmark* in its exclusive annual list of top practitioners. Named a leading lawyer in M&A litigation by *Best Lawyers®,* Mark was selected as its 2016 M&A Litigation "Lawyer of the Year" for New York City. He is one of *Lawdragon*'s "500 Leading Lawyers in America," a New York *Super Lawyer,* and is recognized by *Chambers USA* and *Legal 500 as* one of an elite group of notable practitioners in securities and M&A litigation. In 2013, *Law360* named him as one of its five "Rising Stars" nationally in the area of securities litigation – the only plaintiff-side attorney so selected, and in 2017 and 2018 honored him as a "Titan of the Plaintiffs Bar." In 2012, *The Deal* magazine prominently profiled Mark as one of the top three lawyers nationally representing shareholder plaintiffs in M&A litigation in its feature article, "The Troika Atop the M&A Plaintiffs' Bar."

Mark serves as an Adviser on the prestigious American Law Institute's Restatement of the Law, Corporate Governance project. He is also a member of the Board of Advisors for both the Institute for Law and Economics and the NYU Institute for Corporate Governance and Finance, and is an author and a frequent speaker and commentator at industry events on a wide range of corporate governance and securities related issues. His publications include "Of Babies and

**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

Bathwater: Deterring Frivolous Stockholder Suits Without Closing the Courthouse Doors to Legitimate Claims" (*Delaware Journal of Corporate Law*, Vol. 40, 2015). "Making Order Out of Chaos: A Proposal To Improve Organization and Coordination in Multi-Jurisdictional Merger-Related Litigation" (*ABA Journal*), "'Novel Issues' or a Return to Core Principles? Analyzing the Common Link Between the Delaware Chancery Court's Recent Rulings in Option Backdating and Transactional Cases" (*NYU Journal of Law & Business*, Volume 4, Number 2), "Calling a Duck a Duck: Determining the Validity of Deal Protection Provisions in Merger of Equals Transactions" (2001 *Columbia Business Law Review* 1) and "Practical Refinement" (*The Daily Deal*, January 2002), each of which discussed evolving developments in the law of directors' fiduciary duties.

Mark clerked for Vice Chancellor Stephen P. Lamb on the Court of Chancery of the State of Delaware, and was a litigation associate at Skadden, Arps, Slate, Meagher & Flom in New York, where he represented clients in a variety of corporate governance, commercial and federal securities matters.

EDUCATION:  Binghamton University – State University of New York, B.A., *cum laude*, 1996. New York University School of Law, J.D., *cum laude*, 1999.

BAR ADMISSIONS: New York; U. S. District Courts for the Southern and Eastern Districts of New York.

**HANNAH ROSS** is involved in a variety of the firm's litigation practice areas, focusing in particular on securities fraud, shareholder rights and other complex commercial matters. She has two decades of experience as a civil and criminal litigator, and represents the firm's institutional investor clients as counsel in a number of major pending actions.

A key member and leader of trial teams that have recovered billions of dollars for investors, Hannah is widely recognized by industry observers for her professional achievements. *Euromoney/Legal Media Group* named her one of the top female litigators in the country (1 of 9 finalists for its "Best in Litigation" category).  Named a "Litigation Star," a "Top U.S. Woman Litigator" and one of the "Top 250 Women in Litigation" in the nation by *Benchmark Litigation*, she has earned praise as one of the elite in the field. She has been recognized by *The National Law Journal* as a member of the "Elite Women of the Plaintiffs' Bar" list for two consecutive years and as a "Litigation & Plaintiffs' Lawyer Trailblazer," and honored as a "Titan of the Plaintiffs Bar" by legal newswire *Law360*.  She has been named to an exclusive group of notable practitioners by *Legal 500 US* for her achievements, and to the list of the "500 Leading Lawyers in America" and the list of "500 Leading Plaintiff Financial Lawyers" compiled by leading industry publication *Lawdragon*.

In addition to her direct litigation responsibilities, she is one of the senior partners at the firm responsible for client development and client relations. A significant part of her practice is dedicated to initial case evaluation and counseling the firm's institutional investor clients on potential claims. Hannah is also one of the partners who oversees the firm's Global Securities and Litigation Monitoring Team, which monitors global equities traded in non-U.S. jurisdictions on prospective and pending international securities matters.  In that capacity, she advises the firm's institutional investor clients on their options to recover losses incurred on securities purchased in non-U.S. markets.

Hannah was a senior member of the team that prosecuted *In re Bank of America Securities Litigation*, which resulted in a landmark settlement shortly before trial of $2.425 billion, one of the largest securities recoveries ever obtained, and by far the largest recovery achieved in a litigation arising from the financial crisis.  Most recently, she was the lead partner in the securities class action arising from the failure of major mid-Atlantic bank Wilmington Trust, which settled for $210 million.  Hannah was also a senior member of the trial team that prosecuted the litigation arising from the collapse of former leading brokerage MF Global, which recovered $234.3 million on behalf of investors.  In addition, she led the prosecution against Washington Mutual and certain

28



**BLB&G**    Bernstein Litowitz
Berger & Grossmann LLP

of its former officers and directors for alleged fraudulent conduct in the thrift's home lending operations, an action which settled for $216.75 million and represents one of the largest settlements achieved in a case related to the fallout of the subprime crisis and the largest recovery ever achieved in a securities class action in the Western District of Washington. Hannah was also a key member of the team prosecuting *In re The Mills Corporation Securities Litigation*, which settled for $202.75 million, the largest recovery ever achieved in a securities class action in Virginia and the second largest recovery ever in the Fourth Circuit.

She has been a member of the trial teams in numerous other major securities litigations resulting in recoveries for investors in excess of $2 billion. These include securities class actions against Nortel Networks, New Century Financial Corporation, and the Federal Home Loan Mortgage Corporation ("Freddie Mac"), as well as *In re Altisource Portfolio Solutions S.A. Securities Litigation, In re DFC Global Corp. Securities Litigation, In re Tronox Securities Litigation, In re Delphi Corporation Securities Litigation, In re Affiliated Computer Services, Inc. Derivative Litigation, In re OM Group, Inc. Securities Litigation,* and *In re BioScrip, Inc. Securities Litigation.*

Hannah serves on the Corporate Leadership Committee of the New York Women's Foundation and has also served as an adjunct faculty member in the trial advocacy program at the Dickinson School of Law of the Pennsylvania State University.

Before joining BLB&G, Hannah was a prosecutor in the Massachusetts Attorney General's Office as well as an Assistant District Attorney in the Middlesex County (Massachusetts) District Attorney's Office.

EDUCATION: Cornell University, B.A., *cum laude,* 1995. The Dickinson School of Law of the Pennsylvania State University, J.D., *with distinction*, 1998; Woolsack Honor Society; Comments Editor of the *Dickinson Law Review;* D. Arthur Magaziner Human Services Award.

BAR ADMISSIONS: Massachusetts; New York; U.S. District Court for the Southern District of New York; U.S. Court of Appeals for the Second Circuit.

**DAVID L. WALES** One of the leaders of the firm's Corporate Governance litigation practice, David prosecutes a variety of derivative, class, and private litigation arising from breaches of fiduciary duty and other misconduct by boards of directors and senior executives at public companies.

He is an experienced trial attorney who has recovered billions of dollars on behalf of his institutional investor clients. A former Assistant United States Attorney for the Southern District of New York, David has tried numerous cases both as a prosecutor and in private practice.

David's current and recent cases include the following:

- *In re McKesson Corporation Derivative Action* – derivative action against the board of directors and senior executive officers, for breach of fiduciary duties, for failure to exercise oversight of McKesson's compliance with the Controlled Substances Act and related regulations for distribution of opioids and reporting of suspicious orders. Preliminary approval granted for proposed settlement of $175 million plus corporate governance reforms;

- *In re 21st Century Fox Derivative Action* – derivative action against the Board of Directors and controlling stockholders, and a senior executive, for breach of fiduciary duty for a systemic culture of sexual harassment and discrimination; a landmark settlement with two key components: 1) the first-ever Board-level watchdog of its kind – the "Fox News Workplace Professionalism and Inclusion Council" of experts (WPIC) – majority independent; and 2) one of the largest financial recoveries – $90 million – ever obtained in a pure corporate board oversight dispute; the WPIC is expected to serve as a model for public companies in all industries;

29



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

- *In re New Senior Investment Group, Inc. Derivative Litigation* – derivative action alleging that a conflicted Board of Directors allowed a self-dealing and over-priced transaction with entities controlled by Fortress Investment Group; $53 million settlement, representing more than 10 percent of the market capitalization of the company;

- *In re Alphabet Shareholder Derivative Action* – derivative action against the Board of Directors and senior executives of Alphabet for violating antitrust laws, including for the recent European Commission fines of $9 billion; and

- *In re Yahoo!, Inc. Derivative Litigation* – action alleging that the Board and senior executives of Yahoo breached their duties by failing to disclose large hacks of Yahoo email users, resulting in the price of the sale of Internet business being reduced by $350 million, as well as numerous consumer lawsuits; $29 million settlement.  Only derivative action based on a hack that achieved a monetary recovery; $29 million settlement.  Only derivative action based on a hack that achieved a monetary recovery.

As lead counsel in numerous major securities litigations, some of David's significant recoveries include:

- *In re Merck & Co., Inc. Securities Litigation* – a recovery of $1.06 billion in a certified class action on behalf of investors in Merck Securities;

- *In re Citigroup Inc. Bond Litigation* – a class action on behalf of investors in numerous securities offerings which resulted in $730 million recovery;

- *Public Employees' Retirement System of Mississippi v. Merrill Lynch & Co. Inc.* – $315 million settlement in a class action on behalf of investors in residential mortgage-backed securities;

- *In re Pfizer Inc. Shareholder Derivative Action* – $75 million settlement and substantial corporate governance changes in a derivative action that set new benchmark for highly regulated businesses;

- *In re Jefferies Group, Inc. Shareholders Litigation* – $70 million settlement on behalf of shareholders in the sale of the company;

- *In re Sepracor Corp. Securities Litigation* – $52.5 million recovery in a certified class action; and

- *In re Cablevision Systems Corp. Derivative Litigation* – $34.4 million recovery in a back-dated stock option action.

David is rated AV, the highest rating possible from Martindale-Hubbell®.  He has also been regularly recognized by *Legal 500* as a top practitioner, and by Thomson Reuters as a New York *Super Lawyer* for his work in securities litigation. Leading industry publication, *Lawdragon*, has also named him to its list of the "500 Leading Plaintiff Financial Lawyers." In addition, David is a frequent speaker on corporate governance and securities fraud matters.

EDUCATION:  State University of New York at Albany, B.A., *magna cum laude,* 1984. Georgetown University Law Center, J.D., *cum laude*, 1987; Notes and Comments Editor for the *Journal of Law and Technology*.

BAR ADMISSIONS:  New York; District of Columbia; U.S. Courts of Appeals for the Second, Third and Fourth Circuits; U.S. District Courts for the Eastern, Southern and Western Districts of New York; U.S. District Court for the Eastern District of Michigan; U.S. District Court for the District of Columbia; U.S. District Court for the Northern District of Illinois and Trial Bar.



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

**AVI JOSEFSON** prosecutes securities fraud litigation for the firm's institutional investor clients, and has participated in many of the firm's significant representations, including *In re SCOR Holding (Switzerland) AG Securities Litigation*, which resulted in a recovery worth in excess of $143 million for investors. He was also a member of the team that litigated the *In re OM Group, Inc. Securities Litigation*, which resulted in a settlement of $92.4 million.

As a member of the firm's new matter department, Avi counsels institutional clients on potential legal claims. He has presented argument in several federal and state courts, including an appeal he argued before the Delaware Supreme Court.

Recognized as a "Leading Plaintiff Financial Lawyer" by *Lawdragon*, Avi is also actively involved in the M&A litigation practice, and represented shareholders in the litigation arising from the proposed acquisitions of Ceridian Corporation and Anheuser-Busch. A member of the firm's subprime litigation team, he has participated in securities fraud actions arising from the collapse of subprime mortgage lender American Home Mortgage and the actions against Lehman Brothers, Citigroup and Merrill Lynch, arising from those banks' multi-billion dollar loss from mortgage-backed investments. Avi has prosecuted actions against Deutsche Bank and Morgan Stanley arising from their sale of mortgage-backed securities, and is advising U.S. and foreign institutions concerning similar claims arising from investments in mortgage-backed securities.

Avi practices in the firm's Chicago and New York offices.

EDUCATION: Brandeis University, B.A., *cum laude,* 1997. Northwestern University, J.D., 2000; *Dean's List*; Justice Stevens Public Interest Fellowship (1999); Public Interest Law Initiative Fellowship (2000).

BAR ADMISSIONS: Illinois, New York; U.S. District Courts for the Southern District of New York and the Northern District of Illinois.

**JOHN RIZIO-HAMILTON** is one of America's top shareholder litigators. He works on the most complex and high-stakes securities class action cases, and has recovered billions of dollars on behalf of institutional investor clients. Highlights of John's trial experience include the following:

- Led the trial team that recovered $240 million for investors in I*n re Signet Jewelers Limited Securities Litigation*, a precedent-setting case that marks the first successful resolution of a securities fraud class action based on allegations of sexual harassment. To our knowledge, it is also the first time claims of this nature have been certified for class treatment in the securities context and is one of the very few securities fraud cases in which statements in a Code of Conduct have been held actionable. This case sends a message to corporate executives and corporate boards that alleged systemic sexual harassment and gender discrimination can have serious ramifications through securities fraud class actions. Both the class certification decision and the Judge's decision that the Company's statements about gender equality and sexual harassment could be actionable in a securities class action are landmark decisions that exceed even the significant financial recovery achieved for shareholders.

- Key part of the trial team that prosecuted *In re Bank of America Securities Litigation*, which settled for $2.425 billion, "the largest securities class action recovery related to the subprime meltdown," per *Law360*, the largest security ever resolving violations of Sections 14(a) and 10(b) of the Securities Exchange Act, and one of the top securities litigation recoveries in history.

- Served as counsel on behalf of the institutional investor plaintiffs in *In re Citigroup, Inc. Bond Action Litigation,* which settled for $730 million, the second largest recovery ever in a securities class action brought on behalf of purchasers of debt securities.



**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

- Member of the team that prosecuted the *In re Wachovia Corp. Bond/Notes Litigation*, in which the firm recovered a total of $627 million on behalf of investors, one of the 15 largest securities class action recoveries in history.

- Key member of the team that recovered $150 million for investors in In re *JPMorgan Chase & Co. Securities Litigation*, a securities fraud class action arising out of misrepresentations and omissions concerning JPMorgan's Chief Investment Office, the company's risk management systems, and the trading activities of the so-called "London Whale."

In addition to his direct litigation responsibilities, John is responsible for the firm's client outreach in Canada, where he advises institutional investor clients on potential securities fraud and investor claims. He is one of the partners who oversees the firm's Global Securities and Litigation Monitoring Team, which monitors global equities traded in non-U.S. jurisdictions on prospective and pending international securities matters, and provides critical analysis of options to recover losses incurred on securities purchased in non-U.S. markets. John also manages the firm's settlements and claims administration department, which is responsible for obtaining court approval of all settlements and for distribution of the proceeds to investment class members.

For his remarkable accomplishments, John was recently named a "Litigation Trailblazer" by *The National Law Journal*. He has previously been recognized by *Law360* as a "Rising Star" and one of the country's "Top Attorneys Under 40." John is regularly named to lists of leading practitioners by *Lawdragon* and Thomson Reuters' *Super Lawyers*.

Before joining BLB&G, John clerked for the Honorable Chester J. Straub of the United States Court of Appeals for the Second Circuit, and the Honorable Sidney H. Stein of the United States District Court for the Southern District of New York.

EDUCATION: The Johns Hopkins University, B.A., *with honors*, 1997. Brooklyn Law School, J.D., *summa cum laude;* Editor-in-Chief of the *Brooklyn Law Review;* first-place winner of the J. Braxton Craven Memorial Constitutional Law Moot Court Competition.

BAR ADMISSIONS: New York; U.S. District for the Southern District of New York.


**JAMES A. HARROD** has two decades of experience prosecuting complex litigation in federal courts. His practice focuses on representing the firm's institutional investor clients in securities fraud-related matters. He also leads the firm's Global Securities and Litigation Monitoring Team, which monitors securities class and group actions around the world, and advises BLB&G's institutional clients on potential avenues for recovery in those actions.

Over the course of his career, he has obtained over a billion dollars on behalf of investor classes. His high-profile cases include *In re Motorola Securities Litigation*, in which he was a key member of the team that represented the State of New Jersey's Division of Investment and obtained a $190 million recovery three days before trial. Recently, Jim represented the class of investors in the securities litigation against General Motors arising from GM's recall of vehicles with defective ignition switches, and recovered $300 million for investors – the second largest securities class action recovery in the Sixth Circuit.

Jim represented institutional investors in several cases concerning the issuance of residential mortgage-backed securities prior to the financial crisis. He worked on the team that recovered $500 million for investors in *In re Bear Stearns Mortgage Pass-Through Certificates Litigation,* which brought claims related to the issuance of mortgage pass-through certificates during 2006 and 2007. In a similar action, *Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust v. J.P. Morgan Acceptance Corp. I,* he recovered $280 million on behalf of a class of investors. Other mortgage-backed securities cases that Jim worked on include *In re Lehman Bros. Mortgage-Backed Securities Litigation* ($40 million recovery) and *Tsereteli v. Residential Asset Securitization Trust 2006-A8 (*$10.9 million recovery).



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

Most recently, Jim has been active in prosecuting claims against foreign issuers and actions brought under foreign law, including the Israeli securities law claims currently being prosecuted in the *Perrigo* securities litigation. He currently serves as lead counsel in a class action led by Union Asset Management AG—a large German asset manager—in litigation against Equifax related to its 2017 data breach. He also served as lead counsel in litigation on behalf of investors in *Volkswagen AG American Depository Receipts* (ADRs), relating to the automaker's alleged misrepresentations concerning its "clean diesel" cars, which claims involved significant international discovery, foreign jurisdictional issues and overlapping litigation in Europe.

Among his other notable recoveries are *The Department of the Treasury of the State of New Jersey and its Division of Investment v. Cliffs Natural Resources Inc.* (class recovery of $84 million); *Anwar, et al., v. Fairfield Greenwich Limited* (settlement valued at $80 million); *In re Service Corporation International* ($65 million recovery); *Danis v. USN Communications, Inc.* ($44.6 million recovery); *In re Tower Group International, Ltd. Securities Litigation* ($20.5 million recovery); *In re Navistar International Securities Litigation* ($13 million recovery); and *In re Sonus Networks, Inc. Securities Litigation-II* ($9.5 million recovery).

In connection with his representation of institutional investors, Jim is a frequent speaker to public pension fund organizations and trustees concerning fiduciary duties, emerging issues in securities litigation and the financial markets.

Jim is recognized as a "Litigation Star" by *Benchmark Litigation*, and is regularly named to lists of leading practitioners by *Lawdragon*, and Thomson Reuters' *Super Lawyers* for his professional achievements.

EDUCATION: Skidmore College, B.A.; George Washington University Law School, J.D.

BAR ADMISSIONS:  New York; U.S. Courts of Appeals for the Second, Third, Sixth and Seventh Circuits; U.S. District Courts for the Eastern and Southern Districts of New York.

**JEROEN VAN KWAWEGEN** is a leading U.S. shareholder lawyer. Jeroen is co-head of BLB&G's corporate governance practice, and oversees all breach of fiduciary duty litigation on behalf of shareholders against boards and senior executives. Jeroen also leads BLB&G's work representing European institutional investors in shareholder litigation, including securities class actions.

Over the course of his career, Jeroen has recovered hundreds of millions of dollars for investors, improving corporate governance practices at numerous companies, and vindicating fundamental shareholder voting and franchise rights. Jeroen first-chaired trials in *Columbia Pipeline Group* appraisal (2018) and *Dieckman v. Regency GP LLP* (2019). He also led the litigation team in *Starz Stockholder*, resulting in the largest breach of fiduciary duty settlement in Delaware Chancery Court in 2018. Jeroen is widely recognized for his accomplishments, including by *Lawdragon*, which named Jeroen one of "500 Leading Lawyers" in the United States; *The National Law Journal*, which named Jeroen a "Plaintiffs' Lawyers Trailblazer," including him among the top 26 practitioners in the U.S. "who continue to make their mark in various aspects of legal work on the Plaintiffs' side;" *Legal 500*, which identified Jeroen as a leading practitioner in his field; and *Law360*, which named him a "Legal MVP."

Jeroen is currently prosecuting a number of securities class actions, including *Wells Fargo & Co.*, *Logan v. ProPetro Holding Corp.*, *Synchrony Financial Corp.*, *Symantec Corp.*, *Qualcomm Inc.*, *NVIDIA Corp.*, and *DXC Technology Co.* In addition, Jeroen is prosecuting breach of fiduciary duty actions in the *FirstEnergy* derivative action, *Vaxart, Inc.*, *Pivotal Software, Inc.*, *BGC Partners, Inc.*, and *Straight Path Communications*.

33



**BLB&G**   Bernstein Litowitz
Berger & Grossmann LLP

Jeroen is a board member of Legal Services NYC—one of the largest legal aid organizations in the United States providing legal assistance to more than 100,000 New Yorkers every year, including immigrants, veterans, the elderly, and people with disabilities. Jeroen is a frequent speaker at bar association and industry events on shareholder litigation and corporate governance related topics, and publishes often on topics of interest to institutional investors. Jeroen co-authored "Of Babies and Bathwater: Deterring Frivolous Stockholder Suits Without Closing the Courthouse Doors to Legitimate Claim" that was published in the *Delaware Journal of Corporate Law* (DJCL), Vol. 40, 2015.

EDUCATION: University of Amsterdam School of Law, LLM, 1998. Columbia University Law School, J.D., 2003; Harlan Fiske Stone Scholar.

BAR ADMISSIONS: New York; U.S. Courts of Appeals for the Second and Third Circuits; U.S. District Courts for the Eastern and Southern Districts of New York; U.S. District Court for the District of Colorado.

**KATHERINE M. SINDERSON** is involved in several the firm's practice areas, including securities fraud, corporate governance, and advisory services. She is currently leading the teams prosecuting securities class actions against The Kraft-Heinz Company, The Boeing Company, Six Flags, and Novo Nordisk.

Katie played a key role in two of the firm's largest cases, both of which settled near trial for billions of dollars on behalf of investors. In *In re Merck Securities Litigation*, she was a leader of the small trial team that achieved a $1.062 billion settlement. This settlement is the second largest recovery ever obtained in the Third Circuit, one of the top 10 recoveries of all time, and the largest recovery ever achieved against a pharmaceutical company. She was also a member of the trial team prosecuting *In re Bank of America Securities Litigation*, which resulted in a recovery of $2.425 billion, the single largest securities class action recovery ever resolving violations of Sections 14(a) and 10(b) of the Securities Exchange Act and one of the largest shareholder recoveries in history. Katie was also a leader of the team that led the securities litigation concerning Wilmington Trust, which resulted in a $210 million recovery for the class. Most recently, Katie led the teams prosecuting the securities class actions against Spectrum Brands, Inc. (which recently settled for an undisclosed sum) and FleetCor Technologies, (which settled for a $50 million recovery for FleetCor shareholders).

Katie has also been part of the trial teams in numerous other securities litigations that have successfully recovered hundreds of millions of dollars on behalf of injured investors. She led the team that recovered $74 million in the take-private merger litigation *San Antonio Fire and Police Pension Fund et al. v. Dole Food Co. et al.*, and served as a senior member of the teams that recovered $210 million in *In re Salix Pharmaceuticals, Ltd. Securities Litigation*, and $216.75 million in *In re Washington Mutual Securities Litigation*. Some of her other prominent prosecutions include *In re Bristol-Myers Squibb Co. Securities Litigation*, which resulted in a recovery of $125 million; and *In re Biovail Corporation Securities Litigation*, which resulted in a recovery of $138 million and represents the second largest recovery in any securities case involving a Canadian issuer.

Katie's success has earned her many recognitions, including being named a "Litigation Trailblazer" by *The National Law Journal*. She has been recognized as a national "Rising Star" and "Titan of the Plaintiffs Bar" by *Law360* for her work in securities litigation and, in 2016, 2017, 2018, and 2019 was named to *Benchmark Litigation*'s "Under 40 Hot List," which recognizes her as one the nation's most accomplished legal partners under the age of 40. She is was recently named a 2020 "Rising Star" by *New York Law Journal* and is regularly selected as a New York "Rising Star" by Thomson Reuters' *Super Lawyers*. She has also been named a "500 Leading Plaintiff Financial Lawyer" by *Lawdragon*.



**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

EDUCATION: Baylor University, B.A., *cum laude*, 2002. Georgetown University, J.D., *cum laude*, 2006; Dean's Scholar; Articles Editor for *The Georgetown Journal of Gender and the Law*.

BAR ADMISSIONS: New York; U.S. District Court for the Southern District of New York; U.S. Court of Appeals for the Second Circuit.

**JONATHAN D. USLANER** prosecutes class and direct actions on behalf of the firm's institutional investor clients.

Jonathan has litigated many of the firm's most high-profile litigations. These include, among others, *In re Bank of America Securities Litigation*, which resulted in a historic settlement shortly before trial of $2.43 billion, one of the largest shareholder recoveries ever obtained; *In re Genworth Financial, Inc. Securities Litigation*, which settled for $219 million, the largest recovery ever obtained in a securities class action in Virginia; *In re JPMorgan Chase & Co. Securities Litigation*, which settled for $150 million; *In re Wells Fargo Mortgage-Backed Certificates Litigation*, which settled for $125 million; and *In re Rayonier Securities Litigation*, which settled for $73 million.

Jonathan is also actively involved in the firm's direct action opt-out practice. He recently represented clients in opt-out actions brought against American Realty Capital Properties, which resulted in settlements totaling $85 million.

Jonathan has been a member of the Board of Governors of the Association of Business Trial Lawyers (ABTL). He has also been a member of the Federal Bar Association (FBA) and the San Diego County Bar Association (SDCBA).

Jonathan is also an editor of the American Bar Association's Class Actions and Derivative Suits Committee's Newsletter. He has authored multiple articles relating to class actions and the federal securities laws, including "Much More Than 'Housekeeping': Rule 23(c)(4) in Action," "Keeping Plaintiffs in the Driver's Seat: The Supreme Court Rejects 'Pick-off' Settlement Offers," and "Combating Objectionable Objections." Most recently, Jonathan authored an article for *Pensions & Investments* titled "When Watchdogs Go Astray" and co-authored a piece for *SACRS Magazine* titled "When One Share Does Not Mean One Vote: The Fight Against Dual-Class Capital Structures."

For his achievements, Jonathan has been recognized by *Benchmark Litigation* as a "Litigation Star," and selected to its "Under 40 Hot List" of the "most notable up-and-coming litigators" in the U.S. He was also selected by Law360 as a national "Rising Star" and has been named by the *Daily Journal* as one of the "Top 40 Under 40" legal professionals in California. Leading industry publication, *Lawdragon*, has also named him among its "500 Leading Plaintiff Financial Lawyers" list.

Jonathan has also been a board member of Home of Guiding Hands, a non-profit organization that serves individuals with developmental disabilities and their families in the San Diego community. For his work and contributions to the organization, he was named "Volunteer of the Year."

Prior to joining BLB&G, Jonathan was a senior litigation associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, where he successfully prosecuted and defended claims from the discovery stage through trial. He also gained significant trial experience as a volunteer prosecutor for the City of Inglewood, California, as well as a judicial extern for Justice Steven Wayne Smith of the Supreme Court of Texas.

EDUCATION: Duke University, B.A., *magna cum laude*, 2001, William J. Griffith Award for Leadership; Chairperson, Duke University Undergraduate Publications Board. The University of Texas School of Law, J.D., 2005; University of Texas Presidential Academic Merit Fellowship; Articles Editor, *Texas Journal of Business Law*.

 **BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

BAR ADMISSIONS: California; New York; U.S. District Courts for the Central and Northern Districts of California; U.S. District Court for the Southern District of New York.

**JEREMY P. ROBINSON** has extensive experience in securities and civil litigation. Since joining BLB&G, Jeremy has been involved in prosecuting many high-profile securities cases. For example, he was an integral member of the teams that prosecuted *In re Refco Securities Litigation* (total recoveries in excess of $425 million); *In re WellCare Health Plans, Inc. Securities Litigation* ($200 million settlement, representing the second largest settlement of a securities case in Eleventh Circuit history); and *In re Citigroup, Inc. Bond Action Litigation*, which settled for $730 million, representing the second largest recovery ever in a securities class action brought on behalf of purchasers of debt securities and ranking among the fifteen largest recoveries in the history of securities class actions. He also recently represented investors in *In re Bank of New York Mellon Corp. Forex Transactions Litigation*, which settled for $180 million, and in *In re Freeport-McMoRan Derivative Litigation*, which settled for a cash recovery of nearly $154 million plus corporate governance reforms. He is presently a member of the teams prosecuting *In re Allergan, Inc. Proxy Violation Securities Litigation* and *Fernandez et al. v. UBS AG et al.*

In 2000-01, Jeremy received the Harold G. Fox Scholarship and spent a year working with barristers and judges in London, England. In 2005, Jeremy obtained his Master of Laws degree from Columbia Law School, where he was honored as a Harlan Fiske Stone Scholar. Jeremy has also repeatedly been recognized as a New York *Super Lawyer*. Jeremy has also repeatedly been recognized as a leading practitioner by *Lawdragon* and Thomson Reuters' *Super Lawyers*.

EDUCATION: Queen's University, Faculty of Law in Kingston, Ontario, Canada, LL.B., 1998; Best Brief in the Niagara International Moot Court Competition; David Sabbath Prizes in Contract Law and in Wills & Trusts Law. Columbia Law School, LL.M., 2005; Harlan Fiske Stone Scholar.

BAR ADMISSIONS: Ontario, Canada; New York; U.S. District Court for the Eastern District of Michigan; U.S. District Court for the Southern District of New York.

**ADAM H. WIERZBOWSKI** has represented investors and other plaintiffs in numerous complex litigations that include securities class actions and derivative suits.

Adam was a senior member of the team that recovered over $1.06 billion on behalf of investors in *In re Merck Vioxx Securities Litigation*, which arose out of the Defendants' alleged misrepresentations about the cardiovascular safety of Merck's painkiller Vioxx. The case was settled just months before trial and after more than 10 years of litigation, during which time plaintiffs achieved a unanimous and groundbreaking victory for investors at the U.S. Supreme Court. The settlement is the second largest recovery ever obtained in the Third Circuit, among the 15 largest recoveries of all time, and the largest securities recovery ever achieved against a pharmaceutical company.

Adam was also a senior member of the team that achieved a total settlement of $688 million on behalf of investors in *In re Schering-Plough Corp./ENHANCE Securities Litigation* and *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation,* which related to Schering and Merck's alleged misrepresentations about the multi-billion dollar blockbuster drugs Vytorin and Zetia. The combined $688 million in settlements is the third largest securities class action settlement in the Third Circuit and among the top 25 securities class action settlements of all time. The cases settled after nearly five years of litigation and less than a month before trial.

Most recently, Adam was a senior member of the team that obtained $480 million for investors in the securities class action against Wells Fargo & Co. related to its fake accounts scandal. The settlement, if approved by the Court, would be the fourth largest settlement in the Ninth Circuit.

36



**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

In the *UnitedHealth Derivative Litigation*, which involved executives' illegal backdating of UnitedHealth stock options, Adam helped recover in excess of $920 million from the individual Defendants. He also represented investors in the securities litigation against General Motors and certain of its senior executives stemming from that company's delayed recall of vehicles with defective ignition switches, where the parties recovered $300 million for investors, in the second largest securities class action recovery in the Sixth Circuit.

Adam also helped obtain significant recoveries on behalf of investors in *Minneapolis Firefighters' Relief Association v. Medtronic, Inc. et al.* ($85 million recovery); *Bach v. Amedisys, et al.* ($43.75 million recovery); *In re Facebook, Inc., IPO Securities and Derivative Litigation* ($35 million recovery pending Court approval); *In re Altisource Portfolio Solutions, S.A. Securities Litigation* ($32 million recovery) and the *Monster Worldwide Derivative Litigation* (recovery valued at $32 million). He is currently a member of the teams prosecuting, *Town of Davie Police Pension Plan v. Pier 1 Imports, Inc. Securities Litigation* and *In re Stericycle, Inc. Securities Litigation*.

In 2016, Adam was named to *Benchmark Litigation's* "Under 40 Hot List," in recognition of his achievements as one of the nation's most accomplished legal partners under the age of 40. He is also regularly named as one of Thomson Reuter's *Super Lawyers* and a New York "Rising Star." No more than 2.5% of the lawyers in New York are selected to receive this honor each year.

EDUCATION: Dartmouth College, B.A., *magna cum laude*, 2000. The George Washington University Law School, J.D., *with honors*, 2003; Notes Editor for *The George Washington International Law Review*; Member of the Moot Court Board.

BAR ADMISSIONS: New York; U.S. Supreme Court; U.S. District Courts for the Eastern and Southern Districts of New York; U.S. District Court for the Eastern District of Michigan; U.S. Courts of Appeals for the Third, Fifth, Sixth, and Ninth Circuits.

**MICHAEL D. BLATCHLEY**'s practice focuses on securities fraud litigation. He is currently a member of the firm's new matter department in which he, along with a team of attorneys, financial analysts, forensic accountants, and investigators, counsels the firm's clients on their legal claims.

Michael has also served as a member of the litigation teams responsible for prosecuting a number of the firm's cases. For example, Michael was a key member of the team that recovered $150 million for investors in *In re JPMorgan Chase & Co. Securities Litigation*, a securities fraud class action arising out of misrepresentations and omissions concerning JPMorgan's Chief Investment Office, the company's risk management systems, and the trading activities of the so-called "London Whale." He was also a member of the litigation team in *In re Medtronic, Inc. Securities Litigation*, an action arising out of allegations that Medtronic promoted the Infuse bone graft for dangerous "off-label" uses, which resulted in an $85 million recovery for investors. In addition, Michael prosecuted a number of cases related to the financial crisis, including several actions arising out of wrongdoing related to the issuance of residential mortgage-backed securities and other complex financial products.

Most recently, he was a member of the team that achieved a $250 million recovery for investors in *In re Allergan, Inc. Proxy Violation Securities Litigation*, a precedent-setting case alleging unlawful insider trading by hedge fund billionaire Bill Ackman.

Among other accolades, Michael has been repeatedly named to *Benchmark Litigation*'s "Under 40 Hot List," selected as a leading plaintiff financial lawyer by *Lawdragon*, and recognized as a "Rising Star" by Thomson Reuters' *Super Lawyers*. He frequently presents to public pension fund professionals and trustees concerning legal issues impacting their funds, has authored numerous articles addressing investor rights, including, for example, a chapter in the Practising Law Institute's *2017 Financial Services Mediation Answer Book*, and is a regular speaker at institutional investor conferences. While attending Brooklyn Law School, Michael held a judicial



**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

internship position for the Honorable David G. Trager, United States District Judge for the Eastern District of New York. In addition, he worked as an intern at The Legal Aid Society's Harlem Community Law Office, as well as at Brooklyn Law School's Second Look and Workers' Rights Clinics, and provided legal assistance to victims of Hurricane Katrina in New Orleans, Louisiana.

EDUCATION: University of Wisconsin, B.A., 2000. Brooklyn Law School, J.D., *cum laude,* 2007; Edward V. Sparer Public Interest Law Fellowship, William Payson Richardson Memorial Prize, Richard Elliott Blyn Memorial Prize, Editor for the *Brooklyn Law Review,* Moot Court Honor Society.

BAR ADMISSIONS: New York, New Jersey; U.S. District Courts for the Southern District of New York, the District of New Jersey and the Western District of Wisconsin; U.S. Court of Appeals for the Ninth Circuit.

**LAUREN MCMILLEN ORMSBEE** practices out of BLB&G's New York office, focusing on complex commercial and securities litigation.

Representing institutional and private investors in a variety of class and direct actions involving securities fraud and other fiduciary violations, she has successfully prosecuted multiple major litigations obtaining hundreds of millions of dollars in recoveries on behalf of the firm's clients.

Recognized as a "500 Leading Plaintiff Financial Lawyer" by *Lawdragon*, Lauren has been an integral part of trial teams in numerous major actions, including: *In re HealthSouth Bondholder Litigation*, which obtained $230 million for the HealthSouth bondholder Class; *In re Wilmington Trust Securities Litigation*, in which a $210 million recovery was obtained for Wilmington Trust investors; *In re New Century Securities Litigation*, which resulted in $125 million for its investors after the mortgage originator became one of the first casualties of the subprime crisis; *In re State Street Corporation Securities Litigation*, which obtained $60 million in the wake of a series of alleged misrepresentations about the company's own internal portfolio; *Levy v. GT Advanced Technologies Inc.*, which resulted in a $36.7 million recovery for GTAT investors; *In re Ambac Financial Group Securities Litigation*, which obtained $33 million from the now-bankrupt insurer; *In re Altisource Portfolio Solutions, S.A. Securities Litigation*, which obtained $32 million from the mortgage loan servicer; *In re Goldman Sachs Mortgage Pass-Through Litigation*, which obtained $26.6 million for the benefit of the class of RMBS purchasers; and *Barron v. Union Bancaire Privée*, which recovered $8.9 million on behalf of the class of investors harmed by investments with Bernard Madoff, among others.

A graduate of the University of Pennsylvania Law School, where she was an editor of the *Law Review,* following law school Lauren served as a law clerk for the Honorable Colleen McMahon of the Southern District of New York. Prior to joining the firm in 2007, she was a litigation associate at Paul, Weiss, Rifkind, Wharton & Garrison LLP, where she had extensive experience in securities litigation and complex commercial litigation.

EDUCATION: Duke University, B.A., History, 1996. University of Pennsylvania Law School, J.D., *cum laude*, 2000; Research Editor for the *University of Pennsylvania Law Review.*

BAR ADMISSIONS: New York; U. S. District Courts for the Eastern and Southern Districts of New York; U.S. Courts of Appeals for the Second and Third Circuits.

**GREGORY V. VARALLO** heads BLB&G's Delaware office. Greg focuses his practice on protecting investor rights, trying cases in Delaware and around the US. Greg's cases, while primarily derivative and class actions, also include plaintiffs' side business-to-business disputes, fiduciary litigation in Bankruptcy Court, and, where appropriate, ADR.



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

Prior to joining the firm, Greg spent a distinguished 36-year career with elite corporate defense firm Richards, Layton & Finger, capped by a three-year term as its President, where he represented top U.S. and global corporations on various Delaware business matters. He has litigated hundreds of complex business disputes in state and federal courts throughout the United States, including Delaware, and has earned a reputation as one of the country's leading corporate governance experts and trial lawyers.

Greg brings a unique and varied background to his practice. As an active director of both for-profit and not-for-profit companies, and the past CEO of a large defense firm who has also prosecuted cases from the plaintiffs' side, his experience crosses traditional boundaries. That unusually wide perspective helps shape BLB&G's creative approach to problem solving for its clients.

Greg is widely recognized by the industry for his many accomplishments. He is hailed as one of the nation's leading business litigators by *Chambers USA*, *Legal 500 USA*, *Benchmark Litigation*, *Best Lawyers*, Thomson Reuters' *Super Lawyers* and *Lawdragon*. Greg was also named a "Top Lawyer" by *Delaware Today* and a "500 Leading Plaintiff Financial Lawyer" by *Lawdragon*.

Significant representative matters in which Greg has served as lead counsel or co-lead counsel include:

- Lead counsel for 21st Century Fox and its directors in settlement of derivative litigation arising from sexual abuse scandal;

- Lead counsel for News Corp. and its board in settlement of derivative litigation arising from hacking scandal;

- Lead trial and appellate counsel for Goldman Sachs Group in connection with challenge to worldwide compensation in *In Re Goldman Sachs Group, Inc. Litig.*, Del, Ch., C.A. No. 5215-VCG (Oct. 12, 2011), aff'd., No. 608, 2011 (Del. May 3, 2012);

- Lead counsel in first confidential Chancery arbitrations;

- Lead counsel for the tobacco industry in Delaware in connection with the entry of the landmark consent decree between that industry and the state attorneys general; and

- Lead counsel in *PL Capital, LLC v. Central Bancorp, Inc.*, No. 03-0554 BLS, Van Gestel, J. (Mass. Super. June 30, 2003), in which the client succeeded in enjoining and then defeating the first attempted use of the "poison pill" or stockholder rights plan against a stockholder.

A frequent speaker and author on a wide range of corporate governance and securities related issues, Greg was involved in the drafting and passage of the 2018 Delaware Certification of Adoption of Transparency and Sustainability Standards Act and the 2015 Delaware Rapid Arbitration Act. He has been published in *The Business Lawyer*, *The Securities Regulation Law Journal*, *M&A Lawyer*, *Corporate Governance Advisor*, *Insights*, and *Business Law Today*. He is co-author of several publications, including *The Practitioner's Guide to the Delaware Rapid Arbitration Act*, *Special Committees: Law and Practice*, and *Fundamentals of Corporate Governance*.

Greg is an active member in various respected legal organizations. He currently serves on the Delaware Supreme Court Rules Committee and is the Founding Trustee, Vice President and Secretary of the American College of Governance Counsel. He is also a fellow of the American College of Trial Lawyers, the Litigation Counsel of America and the Salzburg Global Seminar, Corporate Governance. Greg also served as a past Chair and Co-Chair on several committees and forums with the American Bar Association.


**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

Among his charitable and volunteer works, Greg currently serves as President of the Board of Directors for the Ministry of Caring, Inc., and is a Trustee for The American University of Rome.

EDUCATION: University of Pennsylvania, B.A., 1980. Temple University School of Law, J.D., 1983; President, Moot Court.

BAR ADMISSIONS: Delaware; U.S. Courts of Appeals for the Second, Third, and Fifth Circuits; Certified Superior Court Mediator.

**REBECCA E. BOON** has been litigating securities fraud and shareholder rights actions for over a decade, recovering more than a billion dollars for the firm's institutional investor clients.

Most recently, Rebecca led the trial team that recovered $240 million for investors in Signet, the first successful resolution of a securities fraud class action based on allegations of sexual harassment. In this case both the class certification decision and the Judge's decision that the Company's statements about gender equality and sexual harassment could be actionable in a securities class action are landmark decisions that exceed even the significant financial recovery achieved for shareholders.

Among numerous other of her notable recoveries, Rebecca was a senior member of the team that obtained $480 million for investors in the securities class action against Wells Fargo & Co. related to its fake accounts scandal, one of the largest settlements in Ninth Circuit history. Rebecca also represented the New York State Teachers' Retirement System in a securities litigation against the General Motors Company arising from a series of misrepresentations concerning the quality, safety, and reliability of the Company's cars, which resulted in a $300 million settlement – the second largest securities class action recovery in the Sixth Circuit. Most recently, Rebecca was a senior member of the trial team that recovered $240 million for investors in Signet, the first successful resolution of a securities fraud class action based on allegations of sexual harassment.

Rebecca was also a senior member of the trial team that prosecuted an unprecedented shareholder derivative litigation against Fox News parent 21st Century Fox, Inc. arising from the systemic sexual and workplace harassment at the embattled network. After nearly 18 months of litigation, the team obtained a landmark settlement with two key components: 1) the first ever Board-level watchdog of its kind – the "Fox News Workplace Professionalism and Inclusion Council" of experts – majority independent of the Murdochs, the Company, and Board; and 2) one of the largest financial recoveries – $90 million – ever obtained in a pure corporate board oversight dispute. Because of her work on the case, Rebecca subsequently narrated a feature documentary by Dow Jones' *MarketWatch* discussing both the *Fox* litigation and the ways that investors can harness their power to create meaningful social change through shareholder litigation.

Rebecca has lectured at Columbia Law School and multiple conferences on the topics of social change, sexual harassment, and shareholder litigation. She is a founding member of Beyond #MeToo: A Working Group on Corporate Governance, Compliance, and Risk. Beyond #MeToo seeks to provide a neutral forum for candid discussion, practical discourse, and legal and professional scholarship in developing the next generation of policy prescriptions and best practices related to these complicated issues.

Rebecca is currently prosecuting securities class actions against Signet Jewelers Limited and Qualcomm, Inc.

In recognition of her achievements, she has been named to the *Super Lawyers* list of leading practitioners by Thomson Reuters and to the "500 Leading Plaintiff Financial Lawyer" list by *Lawdragon*.

 **BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

EDUCATION: Vassar College, B.A., 2004 (History, Correlate in Women's Studies); Social Justice Community Fellow. Hofstra University School of Law, 2007, J.D., *cum laude;* Charles H. Revson Foundation Law Students Public Interest Fellow; *Hofstra Law Review;* Distinguished Contribution to the School and Excellence in International Law Awards; Merit Scholarship.

BAR ADMISSIONS: New York; U.S. District Court for the Southern District of New York, U.S. Courts of Appeals for the Second, Fourth, and Sixth Circuits.

**EDWARD G. TIMLIN** practices out of the firm's New York office, where he prosecutes securities fraud, corporate governance and shareholder rights litigation on behalf of the firm's institutional clients.

Edward has been a senior member of the trial teams prosecuting a number of the firm's most significant recent litigations, including the *Allergan Proxy Violation Litigation*, in which the team obtained a $250 million settlement for Allergan, Inc. investors after fighting a ferocious three-year legal battle to stop an unprecedented and sophisticated insider-trading scheme by billionaire hedge fund manager Bill Ackman. In recognition of his accomplishments, Edward is regularly included in the list of leading practitioners published by Thomson Reuters' *Super Lawyers.*

Some of his other representative litigations include:

- *In re TIBCO Software Stockholder Litigation,* where the team pursued novel and precedent-setting merger agreement reformation claims and recovered 33% of potential damages shortly before trial.

- *In re Jefferies, Inc. Stockholder Litigation,* which challenged Leucadia's 2013 acquisition of Jefferies Financial Group, and settled for a $75 million net payment paid entirely to a class of former Jefferies investors.

- *In re Intuitive Surgical Shareholder Derivative Litigation*, a corporate misconduct case alleging that insiders at the robotic surgical platforms manufacturer sold hundreds of millions of dollars' worth of stock at near highs, while hiding safety defects in its electrified instruments that were causing deaths, burns, and other injuries. The suit resulted in $15 million recovery from the insiders and a variety of critical corporate governance reforms to improve the Company's FDA and insider-trading compliance.

- *In re GFI Group Inc. Stockholder Litigation*, which challenged a transaction whereby the company's founder would take a valuable piece of the business private for a pittance, while the balance was sold to the Chicago Mercantile Exchange. By challenging the transaction, the team forced the insiders to allow a far superior sale to BGC Partners and secured a $10.75 net recovery to the class.

- *In re Appraisal of Diamond Resorts*, which secured a confidential recovery for appraisal petitioners in connection with Apollo Global Management's 2016 acquisition of Diamond Resorts.

- *In re Appraisal of Jarden Corporation*, which secured a confidential recovery for appraisal petitioners in connection with Newell Brands' 2016 acquisition of Jarden Corporation.

Edward is currently a member of the teams prosecuting *In re AmTrust Financial Services, Inc.*; *Cummings v. Edens* (New Senior Investment Group); *In re Pilgrim's Pride*; *Dieckman v. Regency GP LP*; *West Palm Beach Firefighters v. Spectrum Brands Holdings, Inc.*; *In re Straight Path Communications, Inc.*; and *In re Xerox Corporation.*

Prior to joining BLB&G, Edward was a senior litigation associate at a major corporate law firm. Among other matters, he successfully represented corporate clients in complex litigation, including securities class actions, derivative actions, and merger and acquisitions matters.

 **BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

Edward received his law degree from Columbia Law School in 2009 and bachelor's degree from Cornell University in 2006, both with academic honors.

EDUCATION: Cornell University, B.A., Philosophy and History, 2006.  Columbia Law School, J.D., 2009; Harlan Fiske Stone Scholar.

BAR ADMISSION: New York.

**ABE ALEXANDER** practices out of the New York office, where he focuses on securities fraud, corporate governance and shareholder rights litigation.

As a principal member of the trial team prosecuting *In re Merck Vioxx Securities Litigation*, Abe helped recover over $1.06 billion on behalf of injured investors.  The case, which asserted claims arising out of the Defendants' alleged misrepresentations concerning the safety profile of Merck's pain-killer, VIOXX, was settled shortly before trial and after more than 10 years of litigation, during which time plaintiffs achieved a unanimous and groundbreaking victory for investors at the U.S. Supreme Court.  The settlement is the largest securities recovery ever achieved against a pharmaceutical company and among the 15 largest recoveries of all time.

Abe was also a principal member of the trial team that prosecuted *In re Schering-Plough Corp./ENHANCE Securities Litigation* and *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*, which settled on the eve of trial for a combined $688 million.  This $688 million settlement represents the second largest securities class action recovery against a pharmaceutical company in history and is among the largest securities class action settlements of any kind.

Abe has also obtained several additional significant recoveries on behalf of investors in pharmaceutical and life sciences companies, including a $142 million recovery in *Medina v. Clovis Oncology, Inc.*, a securities fraud class action arising from Defendants' alleged misstatements about the efficacy and safety of its most important drug; a $55 million recovery in *In re HeartWare International, Inc. Securities Litigation*, a case arising from Defendants' alleged misstatements about the device-maker's compliance with FDA regulations and the performance of its key heart pump; and a $44 million recovery in *In re Adeptus Health Inc. Securities Litigation*, a case arising from alleged misstatements concerning the liquidity and cash flow of the country's largest operator of freestanding emergency rooms.

Abe secured a $149 million recovery on behalf of investors in *In re Equifax, Inc.*, helping to lead a securities class action arising from one of the largest data breaches in American history. Abe also played a lead role in securing a $150 million settlement of investors' claims against JPMorgan Chase arising from alleged misrepresentations concerning the trading activities of the so-called "London Whale."

He is currently prosecuting *In re Cognizant Technology Solutions Corp. Securities Litigation*; *In re The Boeing Company Aircraft Securities Litigation; Union Asset Management Holding AG v. Kraft Heinz Co. et al.; In re City of Sunrise Firefighters' Pension Fund v. Oracle Corp.; In re Myriad Genetics, Inc. Securities Litigation*; and *Cambridge Ret. Sys. v. Amneal Pharmaceuticals, Inc.*, among others.

Prior to joining the firm, Abe represented institutional clients in a number of high-profile securities, corporate governance, and antitrust matters.

Abe was an award-winning member of his law school's national moot court team.  Following law school, Abe served as a judicial clerk to Chief Justice Michael L. Bender of the Colorado Supreme Court.


**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

*Super Lawyers* has regularly selected Abe as a New York "Rising Star" in recognition of his accomplishments.

EDUCATION: New York University – The College of Arts and Science, B.A., Analytic Philosophy, *cum laude*, 2003. University of Colorado Law School, J.D., 2008; Order of the Coif.

BAR ADMISSIONS: Delaware; New York; U.S. District Court for the District of Delaware; U.S. District Courts for the Eastern and Southern Districts of New York; U.S. Court of Appeals for the First Circuit.

**SCOTT R. FOGLIETTA** focuses his practice on securities fraud, corporate governance, and shareholder rights litigation. He is a member of the firm's New Matter Department, in which he, as part of a team of attorneys, financial analysts, and investigators, counsels Taft-Hartley pension funds, public pension funds, and other institutional investors on potential legal claims.

In addition to his role in the New Matter Department, Scott was also a member of the litigation team responsible for prosecuting *In re Lumber Liquidators Holdings, Inc. Securities Litigation*, which resulted in a $45 million recovery for investors. He is also currently a member of the team prosecuting the securities fraud class action against FleetCor Technologies. For his accomplishments, Scott was recently named a New York "Rising Star" in the area of securities litigation by Thomson Reuters *Super Lawyers*.

Before joining the firm, Scott represented institutional and individual clients in a wide variety of complex litigation matters, including securities class actions, commercial litigation, and ERISA litigation. Prior to law school, Scott earned his M.B.A. in finance from Clark University and worked as a capital markets analyst for a boutique investment banking firm.

EDUCATION: Clark University, B.A., Management, *cum laude*, 2006. Clark University, Graduate School of Management, M.B.A., Finance, 2007. Brooklyn Law School, J.D., 2010.

BAR ADMISSIONS: New York; New Jersey.

**ADAM HOLLANDER** prosecutes securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's clients.

Adam has represented investors and corporations in state and federal trial and appellate courts throughout the country. He was an integral member of the teams that prosecuted, among other cases, *In re Salix Pharmaceuticals Ltd.*, recovering $210 million for investors; *San Antonio Fire & Police Pension Fund v. Dole Food Company, Inc.*, recovering $74 million for investors; and *Bach v. Amedisys, Inc.*, recovering $43.75 million for investors after a successful appeal to the U.S. Court of Appeals for the Fifth Circuit following a previous dismissal.

Currently, Adam represents clients in a number of disputes relating to corporate misconduct and alleging harm to investors, including a securities-fraud class action against Volkswagen which recently resulted in a $48 million recovery for Volkswagen investors arising out of the "Dieselgate" emissions-cheating scandal; a securities-fraud class action on behalf of investors in the now-bankrupt renewable energy company SunEdison, Inc., a securities-fraud class action against Novo Nordisk concerning pricing of its insulin drugs; and a class action on behalf of Puerto Rico investors to whom UBS improperly recommended risky Puerto Rico securities.

Prior to joining BLB&G, Adam clerked for the Honorable Barrington D. Parker, Jr. of the U.S. Court of Appeals for the Second Circuit, and for the Honorable Stefan R. Underhill of the U.S. District Court for the District of Connecticut. He has also been associated with two New York defense firms, where he gained significant experience representing clients in various civil, criminal, and regulatory matters, including white-collar and complex commercial litigation.



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

EDUCATION:  Brown University, A.B., *magna cum laude*, 2001, Urban Studies.  Yale Law School, J.D., 2006; Editor, *Yale Law and Policy Review.*

BAR ADMISSIONS:  New York; Connecticut; U.S. District Courts for the Southern District of New York and the District of Connecticut; U.S. Court of Appeals for the Second Circuit.

**CHRISTOPHER J. ORRICO**'s practice is focused on complex litigation, including matters involving securities fraud, corporate governance and shareholder rights litigation on behalf of the firm's institutional investor clients.

Christopher has significant experience in complex litigation, representing investor plaintiffs in major securities, antitrust and ERISA litigation, as well as a variety of other business tort litigation.  He has also represented insurers in matters involving directors and officers liability policies, errors and omissions, and fiduciary liability.

Christopher obtained his joint J.D. and M.B.A. from Villanova University School of Law and School of Business.  He completed the four-year joint degree program in only three years and has since served as a guest lecturer on securities litigation for the school.  Additionally, Christopher obtained his B.A. in Economics from Yale University where he was Captain of the Varsity Baseball Team.  He is the co-author of "Entire Fairness Or Business Judgment? It's Anyone's Guess," which was published by *Law360.com* in 2015 and "The X's and O's of Football's Offseason of Discontent," which was published by the *New York Law Journal* in 2011.  He is the author of "If You Ain't Cheating You Ain't Trying!" and "The Shifting Meaning of 'Fair Value,' From Corwin to Dell: Recent Rulings and Reversals in Delaware's Courts May Spell Trouble for Investors" which were published by *The Advocate for Institutional Investors* in 2016 and 2018, respectively.

Christopher is a member of the American Bar Association, the New York State Bar Association and the Connecticut Bar Association, as well as the National Italian American Foundation.  He is also a member of the Villanova Law Alumni Mentoring Program.

Christopher was a key member of the teams that successfully litigated: *In re Appraisal of Towers Watson & Co. (*n/k/a *WTW Delaware Holding LLC)*; *Williams v. Ji, et al.* (*Sorrento Therapeutics, Inc.*); *California Public Employees' Retirement System v. IAC/InterActiveCorp, et al.*; *3-Sigma Value Financial Opportunities LP, et al. v. Jones* (*CertusHoldings, Inc.*); *In re Globe Specialty Metals, Inc. Stockholders Litigation*; *In re Appraisal of Diamond Resorts International, Inc.*; *In re Vaalco Energy, Inc. Consolidated Stockholder Litigation* and *In re Sanchez Energy Derivative Litigation.*  He is currently a member of the teams prosecuting: *In re Appraisal of Columbia Pipeline Group, Inc.* and *In re Starz Stockholder Litigation.*  In recognition of his accomplishments, he has been named by Thomson Reuters to the *Super Lawyers* list since 2015.

EDUCATION: Yale University, B.A., Economics, 2005.  Villanova University School of Law and School of Business, J.D., MBA, 2009.

BAR ADMISSIONS: New York; Connecticut.



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

## Of Counsel

**G. ANTHONY GELDERMAN, III** is a trusted advisor to the public pension fund community and a leading voice on shareholder rights and corporate governance issues, Tony heads the firm's Louisiana office and is responsible for the firm's institutional investor and client outreach. He was a pioneer of the firm's portfolio monitoring program, helping lead its development more than twenty years ago. A frequent speaker at U.S. investor conferences, Tony serves as Co-Chair of the firm's Forum for Institutional Investors, and has written numerous articles on securities litigation and asset protection.

Earlier in his career, Tony served as Chief of Staff and General Counsel to the Treasurer of the State of Louisiana, (1992-1996) and prior to that served as General Counsel to the Louisiana Department of the Treasury. He also coordinated all legislative matters for the State Treasurer during his tenure with the Treasury Department.

Tony is a former adjunct professor of law at the Tulane Law School where he has taught a course in legislative process. He served as law clerk to U.S. District Judge Charles Schwartz, Jr., Eastern District of Louisiana (1986-1987).

Tony is a member of the Louisiana State Bar Association, where he served as Chairman for the Young Lawyers Continuing Legal Education Committee between 1990 and 1993, and the American Bar Association.

BAR ADMISSIONS: Louisiana; U.S. District Courts for the Eastern and Middle Districts of Louisiana.

**PETER RUSSELL**, a trusted legal advisor to dozens of public pension and labor union funds, works on the firm's institutional investor outreach and is an active member of several institutional investor advocacy organizations.

An experienced litigator and prosecutor, earlier in his career he served as an Assistant Attorney General in the Massachusetts Attorney General's office. Prior to that served as an Assistant District Attorney in Middlesex County where he prosecuted major felonies in Superior Court. Peter was a Director in the Attorney General's Office where he tried cases in both state superior and federal courts, as well as arguing numerous matters before the Massachusetts Appeals Court. He also served in the Executive Bureau where he was the Attorney General's liaison to all of the Mayors in the Commonwealth and Union Business Managers. In addition, he coordinated legislative matters for the Attorney General during his time in the Executive Bureau. Prior to the joining the firm, he was a leading criminal defense attorney practicing throughout New England and New York.

Peter is a frequent lecturer at Boston College Law School and Suffolk Law School. He is recognized as a top practitioner by Best Lawyers, and as a Super Lawyer by Thomson Reuters, for his many professional achievements.

A former semi-professional soccer player, he coaches youth league soccer, and trains young players to be collegiate scholarship level athletes, as he was. (He captained the Providence College Varsity Soccer team as a scholar athlete.)

EDUCATION: Providence College, B.A.; M.A., History. Boston College Law School, J.D.

BAR ADMISSION: Massachusetts.

 Bernstein Litowitz
Berger & Grossmann LLP

**ROBERT "ROCKY" KRAVETZ** is Trial Counsel for the firm. Having served as an Assistant United States Attorney and Chief of Appeals for the United States Attorney's Office for the District of Delaware for over thirteen years, Robert has substantial investigative, litigation, trial, and appellate experience involving a wide array of federal criminal offenses, including financial institution, securities, and health care fraud.

His extensive experience includes leading large-scale investigations of financial institutions and auditing firms, in concert with securities and banking regulators. He has tried multiple cases to verdict as lead counsel, including a recent securities fraud case involving a bank and its senior executives that yielded multiple guilty pleas and resulted in a trial verdict against the remaining defendants. As Chief of Appeals, Robert supervised the Office's written advocacy and conducted oral arguments before the United States Court of Appeals. He has received the Executive Office of United States Attorneys Director's Award, one of the Department of Justice's highest honors, and he was previously named the Federal Bar Association's Younger Attorney of the Year.

Before becoming an Assistant United States Attorney, Robert served as a law clerk to the Honorable D. Michael Fisher on the United States Court of Appeals for the Third Circuit, and to the Honorable Joy Flowers Conti on the United States District Court for the Western District of Pennsylvania. Prior to joining BLB&G, Robert served as an Assistant Professor of Law at Duquesne University School of Law for two years, teaching courses in advanced criminal law and investigations and torts. He will continue to serve as an Adjunct Professor at Duquesne.

Robert is the past president of the Delaware Chapter of the Federal Bar Association and a recipient of the Caleb R. Layton III Service Award, chosen by the Judges of the United States District Court for the District of Delaware.

EDUCATION: Duquesne University, B.A., *summa cum laude*, 2000; J.D., 2003; Editor-in Chief, *Duquesne Law Review*.

BAR ADMISSIONS: Pennsylvania, U.S. District for the Western District of Pennsylvania, U.S. Court of Appeals for the Third Circuit.



BLB&G   Bernstein Litowitz
Berger & Grossmann LLP

## SENIOR COUNSEL

**JAI K. CHANDRASEKHAR** prosecutes securities-fraud litigation for the firm's institutional-investor clients. He has been a member of the litigation teams on many of the firm's high-profile securities cases, including *In re JPMorgan Chase & Co. Securities Litigation*, in which a settlement of $150 million was achieved for the class; *In re MF Global Holdings Ltd. Securities Litigation*, in which settlements totaling $234.3 million were achieved for the class; *In re Refco, Inc. Securities Litigation*, in which settlements totaling $367.3 million were achieved for the class; *In re Bristol Myers Squibb Co. Securities Litigation*, in which a settlement of $125 million was achieved for the class; *In re Schering-Plough Corp./ENHANCE Securities Litigation*, in which a settlement of $473 million was achieved for the class; *In re comScore, Inc. Securities Litigation*, in which a settlement of $27 million in cash and $83 million in stock was achieved for the class; and *In re Volkswagen AG Securities Litigation*, in which a settlement of $48 million was achieved on behalf of purchasers of Volkswagen AG American Depositary Receipts ("ADRs").

Jai is currently counsel for the plaintiffs in *In re Evoqua Water Technologies Corp. Securities Litigation*, a securities class action arising from misrepresentations in the registration statement for Evoqua's initial public offering of common stock and subsequent statements to investors. Plaintiffs allege that the registration statement and subsequent statements included false and misleading statements about Evoqua's numerous purportedly successful acquisitions and purportedly effective salesforce. He is also counsel for the plaintiffs in *In re Micro Focus International, plc Securities Litigation*, a securities class action arising from misrepresentations in the registration statement for shares issued in Micro Focus's acquisition of the software business of Hewlett Packard Enterprise and in subsequent statements to investors. Plaintiffs allege that the registration statement and subsequent statements included false and misleading statements about the impact of the acquisition, including disruptions in customer accounts, worsening revenue trends, and massive employee attrition.

Jai is also a member of the firm's Global Securities and Litigation Monitoring Team, which monitors global equities traded in non-U.S. jurisdictions for prospective and pending international securities matters, and provides critical analysis of options to recover losses incurred on securities purchased in non-U.S. markets.

Before joining BLB&G, Jai was a Staff Attorney with the Division of Enforcement of the United States Securities and Exchange Commission, where he investigated securities law violations and coordinated investigations involving multiple SEC offices and other government agencies. Before his tenure at the SEC, he was an associate at Sullivan & Cromwell LLP, where he represented corporate issuers and underwriters in public and private offerings of stocks, bonds, and complex securities and advised corporations on periodic reporting under the Securities Exchange Act of 1934, compliance with the Sarbanes-Oxley Act of 2002, and other corporate and securities matters.

Jai is a member of the New York County Lawyers Association, where he serves as Secretary and is a member of the Federal Courts Committee and the Board of Directors of the New York County Lawyers Association Foundation. He is also a member of the New York City Bar Association, where he serves on the Professional Responsibility Committee, and the New York State Bar Association.

EDUCATION: Yale University, B.A., *summa cum laude,* 1987; Phi Beta Kappa. Yale Law School, J.D., 1997; Book Review Editor of the *Yale Law Journal*.

BAR ADMISSIONS: New York; U.S. District Courts for the Eastern and Southern Districts of New York; U.S. Courts of Appeals for Second, Third, Fifth, and Federal Circuits; U.S. District Court for the Western District of Wisconsin.


BLB&G   Bernstein Litowitz
Berger & Grossmann LLP

**RICHARD D. GLUCK** has almost 30 years of litigation and trial experience in bet-the-company cases. His practice focuses on securities fraud, corporate governance, and shareholder rights litigation. He has been named a *Super Lawyer* in securities litigation, recognized for achieving "the highest levels of ethical standards and professional excellence" by Martindale Hubbell®, and named one of San Diego's "Top Lawyers" practicing complex business litigation.

Since joining BLB&G, Rich has been a key member of the teams prosecuting a number of high-profile cases, including several RMBS class and direct actions against a number of large Wall Street Banks. He was a senior attorney on the team prosecuting the *In re Lehman Brothers Equity/Debt Securities Litigation*, which resulted in over $615 million for investors and is considered one of the largest total recoveries for shareholders in any case arising from the financial crisis. Specifically, he was instrumental in developing important evidence that led to the $99 million settlement with Lehman's former auditor, Ernst & Young – one of the top 10 auditor settlements ever achieved. He also was a senior member of the teams that prosecuted the RMBS class actions against Bear Stearns, which settled for $500 million; JPMorgan, which settled for $280 million; Wilmington Trust, which settled for $210 million; and Morgan Stanley, which settled for $95 million. He was also a key member of the trial teams that prosecuted the litigations against MF Global, which recovered $234.3 million on behalf of investors; and Genworth, which settled for $219 million.

Before joining BLB&G, Rich represented corporate and individual clients in securities fraud and consumer class actions, SEC investigations and enforcement actions, and in actions involving claims of fraud, breach of contract and misappropriation of trade secrets in state and federal courts and in arbitration. He has substantial trial experience, having obtained verdicts or awards for his clients in multi-million dollar lawsuits and arbitrations. Prior to entering private practice, Rich clerked for Judge William H. Orrick of the United States District Court for the Northern District of California.

Rich currently is a senior member of the teams prosecuting *In re Vale, S.A. Securities Litigation, In re Intel Securities Litigation, Qualcomm, Inc. Securities Litigation,* and a number of direct actions against Valeant Pharmaceuticals International, Inc. on behalf of almost two dozen institutional investors and government retirement systems. He practices out of the firm's San Diego office.

Rich is a former President of the San Diego Chapter of the Association of Business Trial Lawyers and currently is a member of its Board of Governors.

EDUCATION: California State University Sacramento, B.S., Business Administration, *with honors*, 1987. Santa Clara University, J.D., *summa cum laude*, 1990; Articles Editor of the *Santa Clara Computer and High Technology Law Journal.*

BAR ADMISSIONS: California; U.S. District Courts for the Central, Northern and Southern Districts of California.

**JOHN J. MILLS'** practice focuses on negotiating, documenting, and obtaining court approval of the firm's securities, merger, and derivative settlements. Over the past decade, John was actively involved in finalizing the following settlements, among others: *In re Wachovia Preferred Sec. and Bond/Notes Litig.* (S.D.N.Y.) ($627 million settlement); *In re Wilmington Trust Sec. Litig.* (D. Del.) ($210 million settlement); *In re Freeport-McMoRan Copper & Gold Inc. Derivative Litig.* (Del. Ch.) ($153.75 million settlement); *Medina, et al. v. Clovis Oncology, Inc., et al.* (D. Colo.) ($142 million settlement); *In re News Corp. S'holder Litig.* (Del. Ch.) ($139 million recovery and corporate governance enhancements); *In re Mut. Funds Invest. Litig.* (MFS, Invesco, and Pilgrim Baxter Sub-Tracks) (D. Md.) ($127.036 million total recovery); *Fresno County Employees' Ret.*

48



Bernstein Litowitz
Berger & Grossmann LLP

*Ass'n, et al. v. comScore, Inc., et al.* (S.D.N.Y.) ($110 million settlement); *In re El Paso Corp. S'holder Litig.* (Del. Ch.) ($110 million settlement); *In re Starz Stockholder Litig.* (Del. Ch.) ($92.5 million settlement); and *The Dep't of the Treasury of the State of New Jersey and its Div. of Invest. v. Cliffs Natural Res. Inc., et al.* (N.D. Ohio) ($85 million settlement).

John received his J.D. from Brooklyn Law School, *cum laude*, where he was a Carswell Merit Scholar recipient and a member of *The Brooklyn Journal of International Law.* He received his B.A. from Duke University.

EDUCATION:  Duke University, B.A., 1997.  Brooklyn Law School, J.D., *cum laude,* 2000; Member of *The Brooklyn Journal of International Law;* Carswell Merit Scholar recipient.

BAR ADMISSIONS:  New York; U.S. District Courts for the Eastern and Southern Districts of New York.

**DAVID L. DUNCAN**'s practice concentrates on the settlement of class actions and other complex litigation and the administration of class action settlements.

Prior to joining BLB&G, David worked as a litigation associate at Debevoise & Plimpton, where he represented clients in a wide variety of commercial litigation, including contract disputes, antitrust and products liability litigation, and in international arbitration.  In addition, he has represented criminal defendants on appeal in New York State courts and has successfully litigated on behalf of victims of torture and political persecution from Sudan, Côte d'Ivoire and Serbia in seeking asylum in the United States.

While in law school, David served as an editor of the *Harvard Law Review.*  After law school, he clerked for Judge Amalya L. Kearse of the U.S. Court of Appeals for the Second Circuit.

EDUCATION:  Harvard College, A.B., Social Studies, *magna cum laude*, 1993.  Harvard Law School, J.D., *magna cum laude*, 1997.

BAR ADMISSIONS:  New York; Connecticut; U.S. District Court for the Southern District of New York.

**JESSE L. JENSEN** prosecutes securities fraud, corporate governance and shareholder rights litigation on behalf of the firm's institutional clients.

Prior to joining the firm, Jesse was a litigation associate at Hughes Hubbard & Reed, where he represented accounting firms, banks, investment firms and high-net-worth individuals in complex commercial, securities, commodities and professional liability civil litigation and alternative dispute resolution.  He also gained considerable experience in responding to investigations and inquiries by government regulators such as the SEC and CFTC.  In addition, Jesse actively litigated several *pro bono* civil rights cases, including a federal suit in which he secured a favorable settlement for an inmate alleging physical abuse by corrections officers.
Since joining the firm, he has helped investors achieve hundreds of millions in recoveries, including a $110 million settlement in *Fresno County Employees' Retirement Association v. comScore, Inc.*; a $32 million cash settlement in an action against real estate service provider Altisource Portfolio Solutions. S.A.; a $210 million dollar settlement in *In re Wilmington Trust Securities Litigation*; and a $22 million settlement in an action against mutual fund company Virtus Investment Partners, Inc.  He is currently assisting the firm in its prosecution of *In re Frontier Communications Corp. Sec. Litig.*; *Roofer's Pension Fund v. Papa et al.*; *In re Bristol-Myers Squibb Company Sec. Litig.*; and *In re Cognizant Technology Solutions Co. Sec. Litig.*



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

In recognition of his professional achievements and reputation, Jesse has been named a "Rising Star" for the past six years by Thomson Reuters *Super Lawyers* (no more than 2.5% of the lawyers in New York are selected to receive this honor each year).

EDUCATION:  New York University School of Law, J.D., 2009; Staff Editor, *NYU Journal of Law and Business*.

BAR ADMISSIONS:  New York; U.S. District Courts for the Eastern and Southern Districts of New York; U.S. Courts of Appeals for the Second and Third Circuits.

**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP



**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

## ASSOCIATES

**KATE AUFSES** prosecutes securities fraud, corporate governance and shareholder rights litigation out of the firm's New York office. She is currently a member of the teams prosecuting securities class actions against Facebook, Inc., Frontier Communications Corporation and Volkswagen AG – which recently resulted in a recovery of $48 million for Volkswagen investors, among others.

In addition to her direct litigation responsibilities, Kate is also a member of the firm's Global Securities and Litigation Monitoring Team, which monitors global equities traded in non-U.S. jurisdictions on prospective and pending international securities matters, and provides critical analysis of options to recover losses incurred on securities purchased in non-U.S. markets.

Prior to joining the firm, Kate was an associate at Hughes Hubbard & Reed, where she worked on complex commercial litigation.  Prior to graduating law school, she also served as a judicial intern for the Honorable Jack B. Weinstein.

EDUCATION:  Kenyon College, B.A., English, *magna cum laude*, 2008.  University of Cambridge, MPhil, American Literature, 2009.  University of Cambridge, MPhil, History of Art, 2010.  University of Michigan Law School, J.D., 2015; Managing Symposium Editor, *Michigan Journal of Law Reform.*

BAR ADMISSIONS:  New York; U.S. District Courts for the Eastern and Southern Districts of New York.

**BRITTNEY BALSER** is an associate practicing out of the New York office prosecuting securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's institutional investor clients.

She is a member of the firm's New Matter Department, in which she, as part of a team of attorneys, financial analysts, and investigators, counsels public pension funds and other institutional investors on potential legal claims.

Prior to joining the firm, Brittney was an associate practicing broad-based litigation encompassing white collar defense, internal investigations, civil litigation, and FINRA arbitrations at Bracewell LLP. Brittney is a graduate of Notre Dame Law School, where she was president of the International Law Society and served as the managing notes editor for the *Journal of Legislation*.

EDUCATION:  Duke University, B.A., Political Science, 2015.  Notre Dame Law School, J.D., *cum laude*, 2018; Dean's List.

BAR ADMISSIONS:  New York; U.S. District Courts for the Eastern and Southern Districts of New York.

**ANDREW BLUMBERG** practices out of the New York office, where he prosecutes corporate governance and fiduciary duty litigation on behalf of the firm's institutional investor clients.

Prior to joining the firm, Andrew was a securities litigation associate at Weil, Gotshal & Manges LLP, where he, among other things, represented clients in corporate governance and securities actions. Prior to joining Weil, Andrew clerked for Chancellor Andre G. Bouchard of the Delaware Court of Chancery.

**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

Andrew is currently a member of the teams prosecuting *In re BGC Partners, Inc. Derivative Litigation* and *In re Pilgrim's Pride Corporation Derivative Litigation.*

EDUCATION: Johns Hopkins University, B.A., Economics, 2007. Washington University Business School, MBA, 2014. Washington University School of Law, J.D., 2014.
BAR ADMISSION: New York.

**GIROLAMO J. "JIMMY" BRUNETTO** practices out of the firm's New York office, prosecuting securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's institutional investor clients.

He is a member of the firm's New Matter Department, in which he, as part of a team of attorneys, financial analysts, and investigators, counsels public pension funds and other institutional investors on potential legal claims.

Prior to joining the firm, Jimmy investigated and prosecuted securities fraud with the New York State Office of the Attorney General's Investor Protection Bureau, where he worked on a number of high-profile matters. While in law school, Jimmy was honored as a John Marshall Harlan Scholar and served as a Staff Editor for the *New York Law School Law Review.*

EDUCATION: University of Florida, B.A., Political Science, 2007; B.S.B.A, Finance, 2007. New York Law School, 2011, J.D., John Marshall Harlan Scholar; Staff Editor, *New York Law School Law Review.*

BAR ADMISSION: New York.

**LAUREN M. CRUZ** practices out of the firm's Los Angeles office, where she prosecutes class and direct actions on behalf of the firm's institutional investor clients. She is currently a member of the teams prosecuting securities class actions against NVIDIA Corporation, Impinj, Inc., and Qualcomm, Inc.

Prior to joining BLB&G, Lauren was a litigation associate at Sullivan & Cromwell LLP, where she represented domestic and international clients in complex civil litigation and alternative dispute resolution. She also gained considerable experience advising company boards following internal investigations of shareholder demands. In addition, Lauren's practice included substantial *pro bono* civil rights work on behalf of detainees with mental health concerns.

While attending New York University School of Law, Lauren worked at the Legal Aid Society, Juvenile Rights Practice as part of NYU Law's Children's Rights Clinic and served as a Senior Articles Editor for the *Journal of Law and Liberty* and a Staff Editor for the *Environmental Law Journal.*

EDUCATION: California State University Channel Islands, B.A., Business, *summa cum laude,* 2008. New York University School of Law, J.D., 2014. Senior Articles Editor, *Journal of Law and Liberty;* Staff Editor, *Environmental Law Journal.*

BAR ADMISSIONS: California; U.S. District Courts for the Central, Eastern, Northern, and Southern Districts of California; US. Court of Appeals for the Ninth Circuit.

**R. RYAN DYKHOUSE** practices out of the firm's New York office and prosecutes securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's institutional investor clients.

 Bernstein Litowitz
Berger & Grossmann LLP

Prior to joining the firm, he was a Disputes Resolution Associate with Freshfields Bruckhaus Deringer, where he represented public and private companies on internal and government investigations, sanctions compliance, and litigation matters.

While attending Harvard Law School, Ryan served as the Executive Managing Editor of the *Harvard Civil Rights – Civil Liberties Law Review*. He also represented clients in housing eviction cases as counsel with the Harvard Legal Aid Bureau, and served as a Legal Intern for the Civil Division of the United States Attorney's Office, Southern District of New York.

EDUCATION:  Olivet Nazarene University, B.A., 2012.  Hunter College, M.S.Ed., 2014. Harvard Law School, J.D. 2017; Executive Managing Editor, *Harvard Civil Rights-Civil Liberties Law Review*.

BAR ADMISSION:  New York.


**JAMES M. FEE** practices out of the firm's New York office where he works on complex commercial and securities litigation matters on behalf of the firm's institutional investor clients.

Before joining the firm, James served as an associate at Cadwalader, Wickersham & Taft, where he represented clients in securities class actions, business disputes, bankruptcy matters, and corporate governance litigation.
While attending Boston College Law School, James served as the Executive Articles Editor for the *Boston College International & Comparative Law Review*. Prior to law school, James served as a financial services legislative aide in the United States Senate.

EDUCATION:  University of Pennsylvania, B.A., 2010.  Boston College Law School, J.D., 2015; Executive Articles Editor, *Boston College International & Comparative Law Review*.

BAR ADMISSIONS:  New York; Massachusetts; U.S. District Court for the Southern District of New York.


**NICHOLAS GERSH** practices out of the firm's New York office, where he prosecutes securities fraud and shareholder rights litigation on behalf of the firm's institutional investor clients.

He is currently a member of the teams prosecuting the securities litigation against The Kraft Heinz Company and Venator Materials PLC.

Prior to joining the firm, Nicholas served as a clerk for The Honorable Judge Graham Jack of the Southern District of Texas.

During law school, he gained considerable experience as an Economic Crimes Division Extern for The United States Attorney's Office in the District of Massachusetts, and as an Enforcement Extern for U.S. Securities and Exchange Commission. He also served as the Lead U.S. Legal Researcher for the Iraqi-Kurdistan Religious Freedom Project.

EDUCATION:  Johns Hopkins University, 2014, B.A.  Harvard Law School, J.D., 2018; *International Law Journal;* The Vis Commercial Arbitration Moot Court Team*; Global Anticorruption Blog*, Contributor

BAR ADMISSION:  New York.



**WILL HOROWITZ** is an associate practicing out of the New York office in the securities litigation department. He represents the firm's institutional investor clients in securities fraud-related matters.

Prior to joining the firm, Will was an associate practicing litigation at Gibson, Dunn & Crutcher. Will is a graduate of Stanford Law School, where he was a member of the *Stanford Journal of Criminal Law and Policy* and participated in the Environmental Law Clinic. He graduated *summa cum laude* from Yale University, where he received his Bachelor of Arts degree in history.

EDUCATION: Yale University, B.A., *summa cum laude*, 2012. Stanford Law School, J.D., 2018.

BAR ADMISSIONS: California; Missouri.

**THOMAS JAMES** practices out of the firm's New York Office, where he prosecutes corporate governance and fiduciary duty litigation on behalf of the firm's institutional investor clients.

Before joining the firm, Tom was a securities litigation associate at Weil, Gotshal & Manges LLP, where he, among other things, represented clients in corporate governance, appraisal, and securities actions. Before joining Weil, he clerked for Vice Chancellor J. Travis Laster of the Delaware Court of Chancery. During law school, Tom served as a senior editor of the *Boston College Law Review.*

EDUCATION: Hamilton College, B.A., 2011. Boston College Law School, J.D., *cum laude,* 2014; Senior Editor, *Boston College Law Review.*

BAR ADMISSIONS: New York; U.S. District Courts for the Eastern and Southern Districts of New York.

**REBECCA N. KIM** practices out of the firm's New York office, prosecuting securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's institutional investor clients.

She is a member of the firm's New Matter Department, in which she, as part of a team of attorneys, financial analysts, and investigators, counsels public pension funds and other institutional investors on potential legal claims.

Prior to joining the firm, Rebecca represented institutional clients in a number of high-profile securities and antitrust matters.

While attending Columbia Law School, Rebecca was honored as a Harlan Fiske Stone Scholar. Additionally, she completed an internship at the Securities and Exchange Commission, Enforcement Division; participated in the Immigrants' Rights Clinic; and served as Articles Editor for the *Columbia Journal of Tax Law* and Submissions Editor for the *Columbia Journal of Race and Law.*

EDUCATION: Columbia Law School, J.D., 2017; Harlan Fiske Stone Scholar; Articles Editor, *Columbia Journal of Tax Law*; Submissions Editor, *Columbia Journal of Race and Law.* University of California, Berkeley, B.A., 2011.

BAR ADMISSIONS: New York; U.S. District Courts for the Eastern and Southern District of New York.

LANGUAGE: Korean.

54

 **BLB&G** Bernstein Litowitz Berger & Grossmann LLP

**JACQUELINE Y. MA** practices out of the firm's New York office, where she prosecutes corporate governance and fiduciary duty litigation on behalf of the firm's institutional investor clients.

Prior to joining BLB&G, Jacqueline was a dispute resolution associate at Linklaters LLP, where she represented financial institutions, companies, and individuals in complex commercial litigation and shareholder rights cases, including a Delaware appraisal trial. While attending Columbia Law School, she served as the Executive Managing Editor of the *Columbia Journal of Gender and Law*, as the Student Director of the CLS Writing Center, and as a judicial extern for the Honorable Lorna G. Schofield.

EDUCATION: University of Washington, Seattle, B.A., *magna cum laude, 2011.* Columbia Law School, J.D., 2016; Harlan Fiske Stone Scholar; Executive Managing Editor, *Columbia Journal of Gender and Law.*

BAR ADMISSIONS: New York; U.S. District Courts for the Eastern and Southern Districts of New York; U.S. Court of Appeals for the Second Circuit.

**MICHAEL MATHAI**'s practice focuses on securities fraud, corporate governance and shareholder rights litigation.

Prior to joining the firm, Michael was a litigation associate at O'Melveny & Myers LLP, where he represented financial services and other companies in securities class action, shareholder rights, antitrust, and commercial litigation matters in state and federal court. He also gained considerable experience representing companies and individuals in investigations and inquiries by regulatory bodies including the SEC, DOJ, FTC, and FINRA.

He is currently a member of the teams prosecuting securities class actions against Wells Fargo & Company, Signet Jewelers Limited, CenturyLink, Inc., and Henry Schein, Inc., among others.

EDUCATION: Harvard University, A.B., *cum laude*, 2006, Economics. London School of Economics and Political Science, 2008, M.Sc., Economics. Columbia Law School, J.D., 2012; Harlan Fiske Stone Scholar.

BAR ADMISSION: New York.

**DANIEL MEYER** is an associate in the corporate governance department practicing out of the firm's Delaware (not yet admitted in Delaware) office, where he represents the firm's institutional investor clients. Prior to joining the firm, Daniel was an associate working in Davis Polk & Wardwell LLP's corporate department, practicing in the restructuring group. He also served as a judicial law clerk for the Honorable Andre G. Bouchard in the Delaware Court of Chancery.

Daniel is a 2017 graduate of University of Pennsylvania Law School. While in law school, he served as a senior editor on the *University of Pennsylvania Law Review.*

EDUCATION: Princeton University, B.A., *magna cum laude*, 2012. University of Pennsylvania Law School, J.D., *magna cum laude*, 2017; Senior Editor, *University of Pennsylvania Law Review*; Order of the Coif.

BAR ADMISSION: New York.



**BLB&G**  Bernstein Litowitz
Berger & Grossmann LLP

**CHRISTOPHER MILES** is an associate practicing out of the New York office in the securities litigation department.  He is representing the firm's institutional investor clients in securities fraud-related matters.

Prior to joining the firm, Christopher was an associate practicing litigation at Sullivan & Cromwell LLP, where he specialized in complex litigation, including securities and class actions.  He is a 2014 graduate of Harvard Law School and served as an editor for the *Harvard Law Review*.  He received his undergraduate degree from the University of Nevada, Reno.

EDUCATION:  University of Nevada, B.A., 2010, *Dean's List.*  Harvard Law School, J.D., 2014; Editor, *Harvard Law Review*.

BAR ADMISSIONS:  New York; U.S. District Courts for the Eastern and Southern Districts of New York.


**BRENNA NELINSON**'s practice focuses on securities fraud, corporate governance and shareholder rights litigation.

She is currently a member of the firm's teams prosecuting securities class actions against Virtus Investment Partners and Signet Jewelers.

Prior to joining the firm, Brenna was a Litigation Associate at Hogan Lovells US LLP. She represented a variety of defendants in all aspects of corporate litigation.

EDUCATION: New York University, B.A., 2011, Individualized Study – Psychology and Philosophy.  American University Washington College of Law, J.D., *cum laude,* 2014; Note & Comment Editor, *American University International Law Review;* Moot Court Honor Society.

BAR ADMISSION:  Maryland.


**ALEXANDER T. PAYNE** practices out of the firm's New York Office in the securities litigation group.

Previously, he was a Litigation & Dispute Resolution associate at Mayer Brown's New York office where he represented financial institutions and corporations in complex commercial and securities litigations, shareholder derivative and fiduciary duty litigations, and governmental investigations.

Alex graduated from the Fordham University School of Law in 2015. While in law school, Alex was a member of the *Fordham Law Review* and served as a Judicial Intern for the Honorable Loretta A. Preska, while she was Chief Judge of the United States District Court for the Southern District of New York (S.D.N.Y.).

In recognition of his academic excellence, he was a recipient of the Henrietta Metcalf Contract Prize for excellence in the study of Contracts and the Fordham University School of Law Legal Writing Award.

Prior to entering the legal profession, Alex worked in the field of education policy analysis for the Graduate School of Education and Human Development at The George Washington University in Washington DC.

EDUCATION:  The George Washington University, B.A., *magna cum laude,* 2006.  Fordham University School of Law, J.D., *cum laude,* 2015; *Fordham Law Review;* Henrietta Metcalf Prize for Excellence in the Study of Contracts; Fordham University School of Law Legal Writing Award.



**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

BAR ADMISSIONS:  New York; U.S. District Courts for the Eastern and Southern Districts of New York.

**MATTHEW TRAYLOR** practices out of the firm's New York office, prosecuting securities fraud litigation on behalf of the firm's institutional investor clients.

Prior to joining the firm, Matthew was an associate at Cahill Gordon & Reindel where he specialized in complex litigation and investigations, including: securities, antitrust and complex commercial litigation, as well as FCPA compliance and internal investigations.

While attending law school, Matthew served as Vice President of the Black Law Student Association. In addition, he was also a member of the Public Interest Law Union, and a 2L Representative for the American Constitutional Society.

EDUCATION:  Binghamton University, B.A., *magna cum laude,* 2014.  Cornell Law School, J.D., 2017; General Editor, *Cornell Journal of Law and Public Policy.*

BAR ADMISSION:  New York.

**CATHERINE E. VAN KAMPEN**'s practice concentrates on class action settlement administration.  She has extensive experience in complex litigation and litigation management, having overseen attorney teams in many of the firm's most high-profile cases.  Fluent in Dutch, she has served as the lead investigator and led discovery efforts in actions involving international corporations and financial institutions headquartered in Belgium and the Netherlands.

Prior to joining BLB&G, Catherine focused on complex litigation initiated by institutional investors and the Federal Government.  She has worked on litigation and investigations related to regulatory enforcement actions, corporate governance and compliance matters as well as conducted extensive discovery in English and Dutch in cross-border litigation.

Catherine is a champion of social change and justice, particularly for immigrant and refugee women and children. In 2020, as a member of the New City Bar Association's United Nations Committee and African Affairs Committee, she spearheaded organizing the highly successful and widely-praised New York City Bar's International Law Conference on the Status of Women, Pro Bono Engagement Fair and EPIQ Women Awards and Huntington Her Hero Awards, featuring the Under Secretary and Special Representative to the Secretary General of the United Nations for the Prevention of Violence Against Women and other prominent, progressive women's advocates from the New York Legal Community.

A committed humanitarian, Catherine was honored as the 2018 Ambassador Medalist at the New Jersey Governor's Jefferson Awards for Outstanding Public Service for her international humanitarian and *pro bono* work with refugees. The Jefferson Awards, issued by the Jefferson Awards Foundation that was founded by Jacqueline Kennedy Onassis, are awarded by state governors and are considered America's highest honor for public service bestowed by the United States Senate.  Catherine was also honored in Princeton, New Jersey by her high school alma mater, Stuart Country Day School, in its 2018 Distinguished Alumnae Gallery for her humanitarian and *pro bono* efforts on behalf of women and children afflicted by war in Iraq and Syria.

Catherine clerked for the Honorable Mary M. McVeigh in the Superior Court of New Jersey where she was also trained as a court-certified mediator. While in law school she was a legal intern at the Center for Social Justice's Immigration Law Clinic at Seton Hall University School of Law.


**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP

EDUCATION:  Indiana University, B.A., Political Science, 1988.  Seton Hall University School of Law, J.D., 1998.

BAR ADMISSIONS:  New York, New Jersey.

LANGUAGES:  Dutch, German.

**ALLA ZAYENCHIK** practices out of the firm's New York office, where she prosecutes securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's institutional investor clients.

Alla was a key member of the trial team that successfully litigated *In re Starz Stockholder Litigation*, a breach of fiduciary duty action arising from Starz's sale to Lionsgate, which led to a $92.5 million recovery. She has successfully litigated numerous representative actions including *In re TIBCO Software Stockholder Litigation; In re DreamWorks Animation SKG, Inc.; Williams v. Ji, et al. (Sorrento Therapeutics, Inc.); In re Sanchez Energy Derivative Litigation; In re Appraisal of Towers Watson & Co.;* and *In Re Appraisal of Diamond Resorts International, Inc.* Among other cases, Alla is currently prosecuting *Dieckman v. Regency GP LP* and *In re Straight Path Communications, Inc.*

Alla is a champion of gender equality and corporate social change. She is a founding member of Beyond #MeToo: A Working Group on Corporate Governance, Compliance, and Risk. Beyond #MeToo seeks to provide a neutral forum for candid discussion, practical discourse, and legal and professional scholarship in developing the next generation of policy prescriptions and best practices related to these complicated issues.

Prior to joining BLB&G, Alla was a litigation associate at a New York law firm, where she successfully represented clients in class action and corporate governance litigation. While in law school, Alla was a Symposium Editor for the Cardozo Public Law, Policy, and Ethics Journal. She also served as a judicial intern for the Honorable Melvin L. Schweitzer of the New York Supreme Court, Commercial Division, and as a legal intern for The Innocence Project.

EDUCATION: Baruch School of the City College of New York, B.A., *summa cum laude*, Philosophy, 2010.  Benjamin N. Cardozo School of Law, J.D., 2013.

BAR ADMISSION:  New York.

LANGUAGES:  Russian, French.



BLB&G   Bernstein Litowitz
        Berger & Grossmann LLP

## STAFF ASSOCIATE

**DAVID STEACIE** has represented institutional investors in numerous securities fraud class actions. He was a member of the teams that prosecuted *In re Refco Securities Litigation* (total recoveries in excess of $400 million), *Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al.* ($410 million settlement) and *In re Biovail Corp. Securities Litigation* ($138 million settlement). David also supervises the attorneys at BLB&G who are primarily focused on electronic discovery.

Prior to joining BLB&G, David was an attorney in private practice where he focused on securities and consumer fraud class action litigation.

EDUCATION: University of Massachusetts at Amherst, B.B.A., *cum laude*, 1986. Suffolk University Law School, J.D., 1994.

BAR ADMISSION: Massachusetts.

# EXHIBIT F

# DCG

## DONNELLY, CONROY & GELHAAR, LLP

## T. Christopher Donnelly



**T**   617.720.2880 x117

**E**   tcd@dcglaw.com

Over more than three decades, Christopher Donnelly has earned respect as an effective advocate for businesses and individuals wrestling with complex, high stakes disputes. Chris offers the depth and preparedness of an experienced trial lawyer, combined with practical and common-sense business thinking earned resolving hundreds of disputes inside and outside the courtroom.

Chris handles disputes spanning a diverse range of issues faced by businesses and individuals—claims involving intellectual property, breach of contract, mergers and acquisitions, corporate control and governance, breach of fiduciary duty, employment, defamation, professional malpractice, and virtually every other commercial controversy. At stake in all of these cases are substantial financial and reputational rewards and risks. In each matter, understanding the client's goals and then developing a sensible practical plan to accomplish those aims are top priorities.

Chris is a highly experienced trial lawyer with substantial capability navigating a courtroom, having tried dozens of commercial cases spanning hundreds of trial days. He has also successfully ended countless proceedings through summary judgment or other dispositive motions. Equally valued by clients is his success in arbitration and mediation proceedings, delivering positive outcomes without the disruption, expense and time associated with protracted litigation or taking a case to trial.

Chris is a Fellow of the Litigation Counsel of America, the trial lawyer honorary society composed of less than one-half of one percent of American lawyers.  He is recognized in the 2021 edition of Best Lawyers in America for his work in Commercial Litigation, Intellectual Property Litigation, Arbitration and Corporate Governance Law. Chambers USA recognized Chris as a leading Massachusetts Commercial Ligitation Practitioner. In addition, Chris is selected annually by his peers as a New England and Massachusetts Super Lawyer in Business Litigation.



## DCG
### DONNELLY, CONROY & GELHAAR, LLP

## T. Christopher Donnelly

### RELATED PRACTICES

Complex Business Litigation

Merger & Acquisition Disputes

Intellectual Property Litigation

Employment Litigation

Appellate Litigation

Arbitration & Mediation

Corporate Governance & Shareholder Disputes

### EDUCATION

JD, with Honors, University of Michigan Law School, 1980

SB, Massachusetts Institute of Technology 1977

### CLERKSHIP

Hon. Lawrence W. Pierce, United States Court of Appeals for the Second Circuit and United States District Court for the Southern District of New York

### BAR ADMISSIONS

Massachusetts

United States Supreme Court

United States Courts of Appeals for the First, Second, Ninth and Federal Circuits

### EXPERIENCE

**Merger & Acquisition Disputes**

• Obtained a winning jury verdict in a groundbreaking post-acquisition dispute involving implied reasonable efforts obligation.

• Won multimillion dollar arbitration award of post-closing milestone payments and attorneys' fees.

**Professional Liability Litigation**

• Successfully defended a national accounting firm at a five week trial against $25 million claims arising from allegations involving performance of audit engagement and loan loss reserves.

• Prosecuted and defended legal malpractice cases, some involving millions of dollars.

• Represented clients in claims alleging breach of duties by trustees and other fiduciaries.

**Intellectual Property Litigation**

• Successfully represented a biotechnology company in "bet the company" multi-forum lawsuits against a competitor company and major university in which we vindicated at trial our client's rights to its valuable inventions.

• Protected a musician's rights to one of the most famous names in early rock 'n roll through victory in federal circuit court.

• In a ground-breaking theft-of-idea case, won a complete victory following a two-week trial for a national magazine publisher.

• Won summary judgment dismissal of contributory copyright infringement and vicarious liability claims against a trade show producer.

• Handled a range of patent infringement cases covering a variety of inventions and issues.

**Corporate Governance & Shareholder Disputes**

• Handled disputes among shareholders and directors of private, closely held companies with revenues ranging from several million to hundreds of millions of dollars.

• Won favorable jury verdict in dispute among owners of large closely held business.



DONNELLY, CONROY & GELHAAR, LLP

## T. Christopher Donnelly

- Represented officers and directors of public companies against allegations of breach of duties.
- Advised majority and minority shareholders regarding litigation avoidance.

**Employment Litigation**

- Won dismissal after trial of age discrimination claims.
- Summary judgment dismissal of defamation claims in several cases.
- Successfully litigated countless claims involving non-competition and non-disclosure claims.

**Appellate Litigation**

- Secured affirmance of trial court order denying national accounting firm's effort to compel abritration of client claim.
- Secured affirmance of dismissed contract claims.

# DCG

DONNELLY, CONROY & GELHAAR, LLP

## Peter E. Gelhaar



**T**   617.720.2880 x113

**E**   peg@dcglaw.com

As a former federal prosecutor, Peter Gelhaar brings a rare combination of experience, reputation and relationships to bear in defending individuals, companies and other entities facing white collar criminal, SEC or other government enforcement investigations or charges and high stakes civil litigation.

Peter's defense of his clients begins with his understanding of how to assess and overcome the allegations brought against them. He understands that cases are usually won on the facts. Tapping decades of experience, Peter investigates the facts thoroughly and forms effective arguments to persuade prosecutors to decline to pursue their cases.

Peter defends a wide range of businesses whose activities intersect with regulatory scrutiny involving securities enforcement, health care, financial services, and government procurement. He also represents individuals in investigations and proceedings before professional disciplinary boards.

Peter's success defending white collar criminal and securities enforcement investigations is tied to his tenure as an Assistant U.S. Attorney for the District of Massachusetts. As a Federal prosecutor, he served in the Criminal Division as a member of the Major Crimes and Public Corruption Units, and in the Civil Division as Deputy Chief and Chief of Affirmative Civil Enforcement. Having specialized in the prosecution of cases involving financial fraud, government contracting fraud, and health care fraud, he has an insider's view of how best to defend against these cases.

Over the years, Peter has earned a reputation for working collaboratively and respectfully with all parties involved with bringing and defending cases. As a result, he has been appointed to serve on critical oversight boards including the Massachusetts Judicial Nominating Commission which plays a key role in selecting judges in the Commonwealth, and the Massachusetts Board of Registration in Medicine which oversees the medical profession. Peter also served as New England Regional Co-Chair of the American Bar Association's White Collar Crime Subcommittee. He is a frequent panelist in programs educating lawyers on criminal white collar and securities enforcement topics.



**DONNELLY, CONROY & GELHAAR**, LLP

## Peter E. Gelhaar

### RELATED PRACTICES

White Collar Defense & Government Investigations

SEC Enforcement Defense

Corporate Governance & Shareholder Disputes

### EDUCATION

JD, *cum laude*, Boston College Law School, 1982, *Boston College Law Review*

BA, *cum laude*, University of Vermont, 1978, Phi Beta Kappa

### CLERKSHIP

Massachusetts Superior Court

### BAR ADMISSIONS

Massachusetts

United States District Court (D. Mass.)

United States Court of Appeals (1st Cir.)

Peter is recognized as a Massachusetts leader in white collar crime and government investigations by Chambers USA which notes his "deep strategic sense." Chambers has observed that Peter "maintains a broad white-collar criminal litigation and investigations practice" with an "inordinate level of expertise in healthcare fraud matters... [and a] practical approach that doesn't involve reinventing the wheel." He has also been named a Massachusetts Super Lawyer and recognized by The Best Lawyers in America® for many consecutive years in a peer-driven selection process.

### EXPERIENCE

**White Collar Defense & Government Investigations**

• Obtained the dismissal at trial of bank fraud and bank bribery charges against the president and director of a large metropolitan Boston bank.

• Obtained a not guilty verdict against an individual accused of defrauding a federal agency.

• Successfully defended numerous targets of grand jury investigations addressing allegations of health care fraud.

• Exonerated numerous individuals accused of committing fraud against Federal and State taxing authorities.

• Successfully represented individuals involved in investigations concerning alleged violations of the Foreign Corrupt Practices Act.

• Successfully represented a defense contractor executive in an allegation of fraudulent pricing of work, creating false records and lying to auditors.

• Represented executives outside the United States in an investigation of patient injury allegedly tied to a medical device.

**SEC Enforcement Defense**

• Successfully represented numerous individuals accused by the Securities and Exchange Commission of committing investor fraud, insider trading, accounting fraud violations, the market-timing of mutual funds, and the back-dating of stock options.

• Successfully defended investment advisors in investigations conducted by Federal prosecutors and securities regulators into fraudulent investment practices.

• Represented an investment advisor in an SEC investigation related to promotional materials.

# DCG

## DONNELLY, CONROY & GELHAAR, LLP

## Peter K. Levitt



**T**   617.720.2880 x140

**E**   pkl@dcglaw.com

Peter Levitt is an experienced trial lawyer who focuses his practice on white collar criminal defense, internal investigations, and regulatory enforcement matters. Before joining DCG, Peter served for 17 years as an Assistant U.S. Attorney for the District of Massachusetts. At the U.S. Attorney's Office, Peter served in the Health Care Fraud Unit, Drug Task Force, and as Chief of the Organized Crime and Gang Unit. Peter's work as a prosecutor included leading numerous successful investigations and prosecutions covering a broad spectrum of crimes, including health care fraud, financial fraud, money laundering, RICO, and tax evasion, as well as drug trafficking, murder, and murder for hire.

Prior to serving as a federal prosecutor, Peter worked at a large Boston law firm, and served as a Law Clerk for the Honorable Chief Judge Juan R. Torruella of the United States Court of Appeals for the First Circuit, and as a Law Clerk for the Honorable Nathaniel M. Gorton of the United States District Court for the District of Massachusetts.

Peter serves on the Board of Trustees of Buckingham Browne & Nichols School and the Board of Trustees of Epiphany School.

Peter is honored as a Massachusetts Super Lawyer.

### EXPERIENCE

**White Collar Defense & Government Investigations**

- Defended numerous individuals in federal and state health care fraud investigations.
- Represented individuals in federal investigations involving wire fraud, mail fraud, tax evasion, and other federal crimes.
- Conducted numerous internal investigations for entities subject to federal, state, and local regulatory oversite.



# DCG

## DONNELLY, CONROY & GELHAAR, LLP

## Peter K. Levitt

**RELATED PRACTICES**

White Collar Defense &
Government Investigations

SEC Enforcement Defense

**EDUCATION**

JD, *summa cum laude*, Boston
University School of Law, 1993

AB, Bowdoin College, 1988

**BAR ADMISSIONS**

Massachusetts

United States District Court
(D.Mass)

United States Court of
Appeals (1st Cir.)

**SEC Enforcement Defense**

• Represented individuals in Securities and Exchange Commission
investigations relating to insider trading, fraud, and other securities
related matters.

**Disciplinary Investigations**

• Represented individuals in connection with disciplinary proceedings
at university graduate and undergraduate level.