**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE BOSTON SCIENTIFIC CORPORATION SECURITIES LITIGATION | Master File No.: 1:20-cv-12225-DPW<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF LAUREN A. ORMSBEE IN SUPPORT OF LEAD PLAINTIFF'S
REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION
<u>FOR CLASS CERTIFICATION</u>**

2

I, Lauren A. Ormsbee, hereby declare as follows:

1.      I am an attorney licensed to practice law in New York, and I am admitted to practice *pro hac vice* before this Court. I am a partner at the law firm of Court-appointed Lead Counsel Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), located at 1251 Avenue of the Americas, New York, NY, 10020 and counsel for court-appointed Lead Plaintiff Union Asset Management Holding AG ("Lead Plaintiff" or "Union").  I submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification (the "Motion"). I have personal knowledge of the facts stated herein, and if called to testify, could and would competently thereto.

2.      Attached as Exhibit A is a true and correct copy of the Declaration of Chad Coffman, CFA, dated June 23, 2023.

Executed on this 23rd day of June 2023, in New York, New York.

/s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee