# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE BOSTON SCIENTIFIC CORPORATION SECURITIES LITIGATION | Master File No.: 1:20-cv-12225-DPW |

**DECLARATION OF CHAD COFFMAN, CFA**

I, Chad Coffman, CFA, declare as follows:

1.      I respectfully submit this Declaration related to the Motion for Class Certification filed by Union Asset Management Holding AG ("Union" or "Lead Plaintiff") at the request of Lead Plaintiff's counsel.  ECF No. 91.

2.      I have read Defendants' Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification, in which Defendants argued that Union "fails to offer any evidence or analysis to show that those losses [during the Class Period] actually occurred," and that I "did not even calculate Union's own losses here."  ECF No. 109 at 17.

3.      To respond, Lead Plaintiff's counsel asked me to calculate Union's Class Period losses based on the trading and holding information contained in the PSLRA-required Certification and charts setting forth calculations of Union's losses submitted with Union's Motion for Appointment as Lead Plaintiff on February 2, 2021.  ECF Nos. 24-2; 24-3.  The PSLRA Certification and loss charts are attached as Exhibits A and B to this Declaration.

4.      Based on this information, and applying both the standard first-in, first-out (FIFO) and last-in, first-out (LIFO) calculation methodologies along with the 90-day look-back period (the latter of which is the same methodology applied in the February 2, 2021 loss charts (Exhibit B)), I can confirm that the trading and holding information previously submitted by Lead Plaintiff demonstrates Class Period losses totaling approximately $3 million, as set forth in Exhibit C. This

calculation is consistent with Lead Plaintiff's sworn statement that it suffered losses during the Class Period.  *See* ECF No. 93-1 ¶3 ("As set forth in prior pleadings, Union purchased or acquired a significant number of shares of common stock issued by Boston Scientific Corporation during the Class Period and suffered substantial losses when Boston Scientific's stock price declined following the corrective disclosure on November 17, 2020 . . . .").

5.      I declare under penalty of penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on June 23, 2023.

Chad Coffman, CFA

# Exhibit A

# EXHIBIT B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

The undersigned, Dr. Carsten Fischer and Jochen Riechwald, on behalf of Union Asset Management Holding AG ("Union"), on account of the funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint filed in this matter.

2. We are duly authorized to institute legal action on behalf of Union and the Funds, including litigation against Boston Scientific Corporation and any other defendants, and file this motion for appointment of Union as lead plaintiff.

3. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Union is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Union fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. The Funds' transactions in the Boston Scientific Corporation securities that are the subject of this action are set forth in the chart attached hereto.

6. Union was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification

*City of Sunrise Firefighters' Pension Fund v. Oracle Corp.,* No. 18-cv-4844 (N.D. Cal.)
*In re Philip Morris International Inc. Securities Litig.,* No. 18-cv-8049 (S.D.N.Y.)
*In re Kraft Heinz Securities Litigation,* No. 19-cv-1339 (N.D. Ill.)

7. Union has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*Union Asset Management AG v. Fluor Corp.,* No. 20-cv-00518 (N.D. Tex.)
*In re Allergan plc Securities Litigation,* No. 18-cv-12089 (S.D.N.Y.)

8. Union will not accept any payment for serving as a representative party on behalf of the Class beyond Union's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this **2nd** day of ___ **February** ___, 2021.

For Union Asset Management Holding AG:

Dr. Carsten Fischer
General Counsel

Jochen Riechwald
Assistant General Counsel

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniProInvest: Chance | Purchase | 6/7/2019 | 20,340 | 40.9006 |
| UniProInvest: Chance | Purchase | 10/25/2019 | 26,408 | 40.6190 |
| UniProInvest: Chance | Sale | 9/10/2019 | (20,340) | 40.7863 |
| UniFavorit: Aktien | Purchase | 6/6/2019 | 562,000 | 40.3956 |
| UniFavorit: Aktien | Purchase | 6/7/2019 | 642,000 | 41.3222 |
| UniFavorit: Aktien | Purchase | 6/10/2019 | 481,748 | 41.4989 |
| UniFavorit: Aktien | Purchase | 6/11/2019 | 32,137 | 40.9793 |
| UniFavorit: Aktien | Purchase | 6/11/2019 | 360,453 | 41.1709 |
| UniFavorit: Aktien | Purchase | 6/12/2019 | 32,137 | 40.7804 |
| UniFavorit: Aktien | Purchase | 6/12/2019 | 96,411 | 40.8675 |
| UniFavorit: Aktien | Purchase | 9/18/2019 | 204,555 | 42.5770 |
| UniFavorit: Aktien | Purchase | 5/29/2020 | 64,618 | 37.6800 |
| UniFavorit: Aktien | Purchase | 5/29/2020 | 644,922 | 37.5493 |
| UniFavorit: Aktien | Purchase | 6/2/2020 | 863,628 | 37.6809 |
| UniFavorit: Aktien | Purchase | 7/24/2020 | 914,231 | 38.4962 |
| UniFavorit: Aktien | Purchase | 7/27/2020 | 716,447 | 38.5099 |
| UniFavorit: Aktien | Purchase | 11/9/2020 | 782,926 | 38.6187 |
| UniFavorit: Aktien | Sale | 3/24/2020 | (2,437,849) | 28.0302 |
| UniNachhaltig Aktien Global | Purchase | 6/4/2019 | 203,201 | 38.8526 |
| UniNachhaltig Aktien Global | Purchase | 7/3/2019 | 7,581 | 42.7300 |
| UniNachhaltig Aktien Global | Purchase | 8/9/2019 | 18,005 | 43.0255 |
| UniNachhaltig Aktien Global | Purchase | 10/23/2019 | 53,371 | 40.5229 |
| UniNachhaltig Aktien Global | Purchase | 1/16/2020 | 52,122 | 42.8772 |
| UniNachhaltig Aktien Global | Purchase | 4/3/2020 | 40,766 | 31.3025 |
| UniNachhaltig Aktien Global | Purchase | 7/15/2020 | 370,960 | 36.4423 |
| UniNachhaltig Aktien Global | Purchase | 8/19/2020 | 44,466 | 39.6437 |
| UniNachhaltig Aktien Global | Purchase | 9/30/2020 | 62,433 | 38.0803 |
| UniNachhaltig Aktien Global | Purchase | 11/10/2020 | 105,646 | 38.1493 |
| UniNachhaltig Aktien Global | Sale | 3/27/2020 | (111,805) | 29.8404 |
| UniNachhaltig Aktien Global | Sale | 5/19/2020 | (129,432) | 36.1195 |
| UniNachhaltig Aktien Global | Sale | 5/19/2020 | (133,809) | 35.8820 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniRak Nachhaltig Konservativ | Purchase | 4/26/2019 | 2,700 | 36.9957 |
| UniRak Nachhaltig Konservativ | Purchase | 4/30/2019 | 5,600 | 36.7737 |
| UniRak Nachhaltig Konservativ | Purchase | 5/2/2019 | 28,338 | 36.3059 |
| UniRak Nachhaltig Konservativ | Purchase | 5/6/2019 | 23,362 | 36.7276 |
| UniRak Nachhaltig Konservativ | Purchase | 5/10/2019 | 10,000 | 36.3600 |
| UniRak Nachhaltig Konservativ | Purchase | 7/3/2019 | 5,000 | 42.5000 |
| UniRak Nachhaltig Konservativ | Purchase | 7/16/2019 | 15,000 | 42.4664 |
| UniRak Nachhaltig Konservativ | Purchase | 8/16/2019 | 10,000 | 42.2500 |
| UniRak Nachhaltig Konservativ | Purchase | 9/4/2019 | 20,000 | 41.4041 |
| UniRak Nachhaltig Konservativ | Purchase | 10/1/2019 | 5,000 | 40.2977 |
| UniRak Nachhaltig Konservativ | Purchase | 1/15/2020 | 5,000 | 42.5200 |
| UniRak Nachhaltig Konservativ | Purchase | 2/5/2020 | 10,000 | 42.9496 |
| UniRak Nachhaltig Konservativ | Purchase | 2/7/2020 | 25,000 | 42.7102 |
| UniRak Nachhaltig Konservativ | Purchase | 2/14/2020 | 5,000 | 42.1500 |
| UniRak Nachhaltig Konservativ | Purchase | 2/21/2020 | 5,000 | 42.2497 |
| UniRak Nachhaltig Konservativ | Purchase | 3/2/2020 | 15,000 | 36.8500 |
| UniRak Nachhaltig Konservativ | Purchase | 6/4/2020 | 5,000 | 37.3700 |
| UniRak Nachhaltig Konservativ | Purchase | 6/11/2020 | 10,000 | 36.6000 |
| UniRak Nachhaltig Konservativ | Purchase | 7/7/2020 | 10,000 | 35.3000 |
| UniRak Nachhaltig Konservativ | Purchase | 8/26/2020 | 5,000 | 39.1000 |
| UniRak Nachhaltig Konservativ | Purchase | 9/30/2020 | 6,080 | 37.7499 |
| UniRak Nachhaltig Konservativ | Purchase | 10/16/2020 | 3,920 | 38.7800 |
| UniRak Nachhaltig Konservativ | Purchase | 10/21/2020 | 20,000 | 37.2499 |
| UniRak Nachhaltig Konservativ | Purchase | 11/3/2020 | 10,000 | 35.2973 |
| UniRak Nachhaltig Konservativ | Purchase | 11/11/2020 | 30,000 | 37.7265 |
| UniRak Nachhaltig | Purchase | 4/26/2019 | 4,500 | 36.9957 |
| UniRak Nachhaltig | Purchase | 4/29/2019 | 95,500 | 36.8122 |
| UniRak Nachhaltig | Purchase | 5/10/2019 | 15,000 | 36.3600 |
| UniRak Nachhaltig | Purchase | 7/16/2019 | 10,000 | 42.4664 |
| UniRak Nachhaltig | Purchase | 8/6/2019 | 5,000 | 41.6000 |
| UniRak Nachhaltig | Purchase | 8/30/2019 | 5,000 | 42.6000 |
| UniRak Nachhaltig | Purchase | 9/10/2019 | 5,000 | 40.5112 |
| UniRak Nachhaltig | Purchase | 10/1/2019 | 10,000 | 40.2977 |
| UniRak Nachhaltig | Purchase | 1/31/2020 | 5,000 | 42.4000 |
| UniRak Nachhaltig | Purchase | 2/5/2020 | 5,000 | 42.9496 |
| UniRak Nachhaltig | Purchase | 2/7/2020 | 15,000 | 42.7102 |
| UniRak Nachhaltig | Purchase | 2/11/2020 | 5,000 | 42.3500 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniRak Nachhaltig | Purchase | 2/14/2020 | 2,500 | 42.1500 |
| UniRak Nachhaltig | Purchase | 2/21/2020 | 2,500 | 42.2497 |
| UniRak Nachhaltig | Purchase | 3/2/2020 | 15,000 | 36.8500 |
| UniRak Nachhaltig | Purchase | 5/29/2020 | 25,000 | 37.4963 |
| UniRak Nachhaltig | Purchase | 6/4/2020 | 10,000 | 37.3700 |
| UniRak Nachhaltig | Purchase | 6/10/2020 | 10,000 | 37.1000 |
| UniRak Nachhaltig | Purchase | 7/1/2020 | 20,000 | 34.9977 |
| UniRak Nachhaltig | Purchase | 7/7/2020 | 10,000 | 35.3000 |
| UniRak Nachhaltig | Purchase | 9/30/2020 | 3,040 | 37.7499 |
| UniRak Nachhaltig | Purchase | 10/21/2020 | 3,460 | 37.2799 |
| UniRak Nachhaltig | Purchase | 11/3/2020 | 3,500 | 35.3500 |
| UniRak Nachhaltig | Purchase | 11/11/2020 | 15,000 | 37.7265 |
| UniSector: HighTech | Purchase | 9/18/2019 | 35,000 | 42.5770 |
| UniSector: HighTech | Purchase | 7/17/2020 | 25,000 | 36.5874 |
| UniSector: HighTech | Purchase | 7/20/2020 | 30,000 | 37.6058 |
| UIN-Fonds Nr. 816 | Purchase | 7/22/2019 | 36,500 | 42.6100 |
| UIN-Fonds Nr. 816 | Purchase | 7/13/2020 | 4,685 | 35.0428 |
| UIN-Fonds Nr. 816 | Purchase | 8/12/2020 | 3,686 | 39.8832 |
| UIN-Fonds Nr. 816 | Sale | 3/9/2020 | (20,175) | 34.2246 |
| UIN-Fonds Nr. 816 | Sale | 4/29/2020 | (11,361) | 36.8000 |
| UIN-Fonds Nr. 816 | Sale | 10/8/2020 | (2,846) | 40.2500 |
| UIN-Fonds Nr. 759 | Purchase | 8/23/2019 | 19,290 | 42.3027 |
| UIN-Fonds Nr. 759 | Purchase | 6/22/2020 | 4,863 | 36.4400 |
| UIN-Fonds Nr. 759 | Purchase | 8/10/2020 | 4,446 | 38.9505 |
| UIN-Fonds Nr. 759 | Sale | 3/10/2020 | (5,336) | 34.4306 |
| UIN-Fonds Nr. 759 | Sale | 3/23/2020 | (5,692) | 24.4739 |
| UIN-Fonds Nr. 759 | Sale | 4/8/2020 | (8,262) | 34.4133 |
| UniDynamicFonds: Global | Purchase | 5/28/2020 | 89,646 | 37.4355 |
| DEVIF-Fonds Nr. 91 | Purchase | 6/5/2019 | 8,600 | 39.2100 |
| DEVIF-Fonds Nr. 91 | Purchase | 7/19/2019 | 18,600 | 42.8504 |
| DEVIF-Fonds Nr. 91 | Purchase | 7/13/2020 | 20,965 | 35.0428 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| DEVIF-Fonds Nr. 91 | Purchase | 8/13/2020 | 1,228 | 39.7400 |
| DEVIF-Fonds Nr. 91 | Sale | 4/22/2020 | (27,200) | 34.9421 |
| MKD-Union-Fonds | Purchase | 8/30/2019 | 30,843 | 38.7640 |
| MKD-Union-Fonds | Purchase | 5/29/2020 | 2,905 | 37.6800 |
| MKD-Union-Fonds | Purchase | 5/29/2020 | 28,993 | 37.5493 |
| MKD-Union-Fonds | Purchase | 7/15/2020 | 7,867 | 36.4423 |
| MKD-Union-Fonds | Sale | 5/19/2020 | (30,843) | 36.1413 |
| Uni21.Jahrhundert -net- | Purchase | 7/20/2020 | 50,000 | 37.2878 |
| Uni21.Jahrhundert -net- | Sale | 5/11/2020 | (30,000) | 37.3585 |
| LIGA-Pax-Cattolico-Union | Purchase | 7/16/2019 | 35,100 | 42.5389 |
| LIGA-Pax-Cattolico-Union | Purchase | 7/1/2020 | 6,287 | 35.1700 |
| LIGA-Pax-Cattolico-Union | Purchase | 8/14/2020 | 12,584 | 39.1600 |
| LIGA-Pax-Cattolico-Union | Purchase | 10/2/2020 | 14,307 | 38.4800 |
| LIGA-Pax-Cattolico-Union | Sale | 9/12/2019 | (2,100) | 42.5550 |
| LIGA-Pax-Cattolico-Union | Sale | 11/15/2019 | (4,200) | 41.8800 |
| LIGA-Pax-Cattolico-Union | Sale | 1/31/2020 | (28,800) | 43.1448 |
| VR Westmünsterland Aktiv Nachhaltig | Purchase | 7/8/2019 | 8,000 | 42.5018 |
| VR Westmünsterland Aktiv Nachhaltig | Purchase | 8/30/2019 | 3,000 | 42.7627 |
| UniInstitutional SDG Equities | Purchase | 10/13/2020 | 2,500 | 40.9140 |
| UniInstitutional SDG Equities | Purchase | 10/14/2020 | 4,800 | 40.6077 |
| UniInstitutional SDG Equities | Purchase | 11/16/2020 | 10,000 | 38.1875 |
| UIN-Fonds Nr. 727 | Purchase | 8/23/2019 | 6,170 | 42.3027 |
| UIN-Fonds Nr. 727 | Purchase | 6/22/2020 | 3,805 | 36.4400 |
| UIN-Fonds Nr. 727 | Purchase | 8/10/2020 | 3,750 | 38.9505 |
| UIN-Fonds Nr. 727 | Purchase | 11/12/2020 | 2,006 | 37.1700 |
| UIN-Fonds Nr. 727 | Sale | 4/8/2020 | (6,170) | 34.0246 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UIN-Fonds Nr. 997 | Purchase | 10/15/2019 | 6,530 | 38.1530 |
| UIN-Fonds Nr. 997 | Purchase | 11/5/2019 | 3,265 | 40.5463 |
| UIN-Fonds Nr. 997 | Purchase | 2/6/2020 | 4,205 | 42.6231 |
| SV-Union-Fonds | Purchase | 7/2/2019 | 6,910 | 42.6900 |
| SV-Union-Fonds | Purchase | 12/4/2019 | 1,300 | 42.8200 |
| SV-Union-Fonds | Purchase | 12/13/2019 | 1,468 | 44.4500 |
| SV-Union-Fonds | Purchase | 3/3/2020 | 1,009 | 38.3000 |
| SV-Union-Fonds | Sale | 10/30/2019 | (3,180) | 41.5312 |
| Demografiefonds | Purchase | 6/13/2019 | 2,000 | 40.8100 |
| Demografiefonds | Purchase | 1/15/2020 | 1,000 | 42.5343 |
| Demografiefonds | Purchase | 2/18/2020 | 1,000 | 42.1395 |
| Demografiefonds | Purchase | 6/3/2020 | 1,100 | 37.7936 |
| Demografiefonds | Purchase | 6/9/2020 | 871 | 38.2853 |
| Demografiefonds | Purchase | 8/21/2020 | 1,900 | 38.7100 |
| Demografiefonds | Sale | 3/13/2020 | (1,993) | 31.2692 |
| Demografiefonds | Sale | 3/26/2020 | (2,007) | 31.5077 |
| UIN-Fonds Nr. 860 | Purchase | 1/16/2020 | 4,000 | 42.8772 |
| UIN-Fonds Nr. 982 | Purchase | 7/31/2019 | 20,457 | 40.8937 |
| UIN-Fonds Nr. 982 | Purchase | 7/8/2020 | 7,869 | 34.5256 |
| UIN-Fonds Nr. 982 | Purchase | 8/13/2020 | 6,552 | 39.6468 |
| UIN-Fonds Nr. 982 | Purchase | 8/31/2020 | 4,394 | 41.0293 |
| UIN-Fonds Nr. 982 | Purchase | 10/2/2020 | 1,528 | 38.1627 |
| UIN-Fonds Nr. 982 | Sale | 11/1/2019 | (1,480) | 42.2947 |
| UIN-Fonds Nr. 982 | Sale | 1/15/2020 | (18,977) | 42.3859 |
| UIN-Fonds Nr. 982 | Sale | 9/4/2020 | (1,427) | 41.2738 |
| UIN-Fonds Nr. 950 | Purchase | 6/18/2019 | 3,750 | 41.6442 |
| UIN-Fonds Nr. 798 | Purchase | 6/18/2019 | 3,650 | 41.6442 |
| UniGarant80: Dynamik | Purchase | 10/24/2019 | 3,907 | 40.2200 |

**Union Asset Management Holding AG**
**Transactions in Boston Scientific Corp.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniGarant80: Dynamik | Purchase | 6/22/2020 | 1,770 | 36.4400 |
| UniGarant80: Dynamik | Purchase | 8/10/2020 | 1,713 | 38.9505 |
| UniGarant80: Dynamik | Purchase | 11/12/2020 | 900 | 37.1700 |
| UniGarant80: Dynamik | Sale | 1/29/2020 | (863) | 43.5863 |
| UniGarant80: Dynamik | Sale | 4/28/2020 | (3,044) | 37.4200 |
| DEVIF-Fonds Nr. 349 | Purchase | 6/18/2019 | 4,500 | 41.6442 |
| DEVIF-Fonds Nr. 349 | Sale | 1/16/2020 | (2,000) | 43.1250 |
| DEVIF-Fonds Nr. 89 | Purchase | 6/13/2019 | 3,450 | 40.6599 |
| DEVIF-Fonds Nr. 89 | Sale | 1/28/2020 | (1,300) | 43.2112 |

# Exhibit B

# EXHIBIT C

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniProInvest: Chance / UniFavorit: Aktien** | | | | *UniProInvest: Chance was integrated into UniFavorit: Aktien as of 12/13/19* | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 6/6/2019 | 562,000 | 40.3956 | $22,702,327.20 | | | | | |
| Purchase | 6/7/2019 | 20,340 | 40.9006 | $831,918.20 | | | | | |
| Purchase | 6/7/2019 | 642,000 | 41.3222 | $26,528,852.40 | | | | | |
| Purchase | 6/10/2019 | 481,748 | 41.4989 | $19,992,012.08 | | | | | |
| Purchase | 6/11/2019 | 32,137 | 40.9793 | $1,316,951.76 | | | | | |
| Purchase | 6/11/2019 | 360,453 | 41.1709 | $14,840,174.42 | | | | | |
| Purchase | 6/12/2019 | 32,137 | 40.7804 | $1,310,559.71 | | | | | |
| Purchase | 6/12/2019 | 96,411 | 40.8675 | $3,940,076.54 | | | | | |
| Purchase | 9/18/2019 | 204,555 | 42.5770 | $8,709,338.24 | | | | | |
| Purchase | 10/25/2019 | 26,408 | 40.6190 | $1,072,666.55 | | | | | |
| Purchase | 5/29/2020 | 64,618 | 37.6800 | $2,434,806.24 | | | | | |
| Purchase | 5/29/2020 | 644,922 | 37.5493 | $24,216,369.65 | | | | | |
| Purchase | 6/2/2020 | 863,628 | 37.6809 | $32,542,280.31 | Sale | 9/10/2019 | (20,340) | 40.7863 | ($829,593.34) |
| Purchase | 7/24/2020 | 914,231 | 38.4962 | $35,194,419.42 | Sale | 3/24/2020 | (2,437,849) | 28.0302 | ($68,333,395.04) |
| Purchase | 7/27/2020 | 716,447 | 38.5099 | $27,590,302.33 | | | | | |
| Purchase | 11/9/2020 | 782,926 | 38.6187 | $30,235,584.32 | Retained | | (3,986,772) | 35.1194 | ($140,013,087.48) |
| | | 6,444,961 | | $253,458,639.37 | | | (6,444,961) | | ($209,176,075.86) |
| | | | | | | **UniProInvest: Chance / UniFavorit: Aktien Loss** | | | **($44,282,563.51)** |
| **UniNachhaltig Aktien Global** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 6/4/2019 | 203,201 | 38.8526 | $7,894,887.17 | | | | | |
| Purchase | 7/3/2019 | 7,581 | 42.7300 | $323,936.13 | | | | | |
| Purchase | 8/9/2019 | 18,005 | 43.0255 | $774,674.13 | | | | | |
| Purchase | 10/23/2019 | 53,371 | 40.5229 | $2,162,747.70 | | | | | |
| Purchase | 1/16/2020 | 52,122 | 42.8772 | $2,234,845.42 | | | | | |
| Purchase | 4/3/2020 | 40,766 | 31.3025 | $1,276,077.72 | Sale | 3/27/2020 | (111,805) | 29.8404 | ($3,336,305.92) |
| Purchase | 7/15/2020 | 370,960 | 36.4423 | $13,518,635.61 | Sale | 5/19/2020 | (129,432) | 36.1195 | ($4,675,019.12) |
| Purchase | 8/19/2020 | 44,466 | 39.6437 | $1,762,796.76 | Sale | 5/19/2020 | (133,809) | 35.8820 | ($4,801,334.54) |
| Purchase | 9/30/2020 | 62,433 | 38.0803 | $2,377,467.37 | | | | | |
| Purchase | 11/10/2020 | 105,646 | 38.1493 | $4,030,320.95 | Retained | | (583,505) | 35.1194 | ($20,492,352.36) |
| | | 958,551 | | $36,356,388.95 | | | (958,551) | | ($33,305,011.95) |
| | | | | | | **UniNachhaltig Aktien Global Loss** | | | **($3,051,377.00)** |

Page 1 of 10

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniRak Nachhaltig Konservativ** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 4/26/2019 | 2,700 | 36.9957 | $99,888.39 | | | | | |
| Purchase | 4/30/2019 | 5,600 | 36.7737 | $205,932.72 | | | | | |
| Purchase | 5/2/2019 | 28,338 | 36.3059 | $1,028,836.59 | | | | | |
| Purchase | 5/6/2019 | 23,362 | 36.7276 | $858,030.19 | | | | | |
| Purchase | 5/10/2019 | 10,000 | 36.3600 | $363,600.00 | | | | | |
| Purchase | 7/3/2019 | 5,000 | 42.5000 | $212,500.00 | | | | | |
| Purchase | 7/16/2019 | 15,000 | 42.4664 | $636,996.00 | | | | | |
| Purchase | 8/16/2019 | 10,000 | 42.2500 | $422,500.00 | | | | | |
| Purchase | 9/4/2019 | 20,000 | 41.4041 | $828,082.00 | | | | | |
| Purchase | 10/1/2019 | 5,000 | 40.2977 | $201,488.50 | | | | | |
| Purchase | 1/15/2020 | 5,000 | 42.5200 | $212,600.00 | | | | | |
| Purchase | 2/5/2020 | 10,000 | 42.9496 | $429,496.00 | | | | | |
| Purchase | 2/7/2020 | 25,000 | 42.7102 | $1,067,755.00 | | | | | |
| Purchase | 2/14/2020 | 5,000 | 42.1500 | $210,750.00 | | | | | |
| Purchase | 2/21/2020 | 5,000 | 42.2497 | $211,248.50 | | | | | |
| Purchase | 3/2/2020 | 15,000 | 36.8500 | $552,750.00 | | | | | |
| Purchase | 6/4/2020 | 5,000 | 37.3700 | $186,850.00 | | | | | |
| Purchase | 6/11/2020 | 10,000 | 36.6000 | $366,000.00 | | | | | |
| Purchase | 7/7/2020 | 10,000 | 35.3000 | $353,000.00 | | | | | |
| Purchase | 8/26/2020 | 5,000 | 39.1000 | $195,500.00 | | | | | |
| Purchase | 9/30/2020 | 6,080 | 37.7499 | $229,519.39 | | | | | |
| Purchase | 10/16/2020 | 3,920 | 38.7800 | $152,017.60 | | | | | |
| Purchase | 10/21/2020 | 20,000 | 37.2499 | $744,998.00 | | | | | |
| Purchase | 11/3/2020 | 10,000 | 35.2973 | $352,973.00 | | | | | |
| Purchase | 11/11/2020 | 30,000 | 37.7265 | $1,131,795.00 | Retained | | (290,000) | 35.1194 | ($10,184,629.41) |
| | | 290,000 | | $11,255,106.89 | | | (290,000) | | ($10,184,629.41) |

|  |  |
|---|---|
| **UniRak Nachhaltig Konservativ Loss** | **($1,070,477.48)** |

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniRak Nachhaltig** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 4/26/2019 | 4,500 | 36.9957 | $166,480.65 | | | | | |
| Purchase | 4/29/2019 | 95,500 | 36.8122 | $3,515,565.10 | | | | | |
| Purchase | 5/10/2019 | 15,000 | 36.3600 | $545,400.00 | | | | | |
| Purchase | 7/16/2019 | 10,000 | 42.4664 | $424,664.00 | | | | | |
| Purchase | 8/6/2019 | 5,000 | 41.6000 | $208,000.00 | | | | | |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/30/2019 | 5,000 | 42.6000 | $213,000.00 | | | | | |
| Purchase | 9/10/2019 | 5,000 | 40.5112 | $202,556.00 | | | | | |
| Purchase | 10/1/2019 | 10,000 | 40.2977 | $402,977.00 | | | | | |
| Purchase | 1/31/2020 | 5,000 | 42.4000 | $212,000.00 | | | | | |
| Purchase | 2/5/2020 | 5,000 | 42.9496 | $214,748.00 | | | | | |
| Purchase | 2/7/2020 | 15,000 | 42.7102 | $640,653.00 | | | | | |
| Purchase | 2/11/2020 | 5,000 | 42.3500 | $211,750.00 | | | | | |
| Purchase | 2/14/2020 | 2,500 | 42.1500 | $105,375.00 | | | | | |
| Purchase | 2/21/2020 | 2,500 | 42.2497 | $105,624.25 | | | | | |
| Purchase | 3/2/2020 | 15,000 | 36.8500 | $552,750.00 | | | | | |
| Purchase | 5/29/2020 | 25,000 | 37.4963 | $937,407.50 | | | | | |
| Purchase | 6/4/2020 | 10,000 | 37.3700 | $373,700.00 | | | | | |
| Purchase | 6/10/2020 | 10,000 | 37.1000 | $371,000.00 | | | | | |
| Purchase | 7/1/2020 | 20,000 | 34.9977 | $699,954.00 | | | | | |
| Purchase | 7/7/2020 | 10,000 | 35.3000 | $353,000.00 | | | | | |
| Purchase | 9/30/2020 | 3,040 | 37.7499 | $114,759.70 | | | | | |
| Purchase | 10/21/2020 | 3,460 | 37.2799 | $128,988.45 | | | | | |
| Purchase | 11/3/2020 | 3,500 | 35.3500 | $123,725.00 | | | | | |
| Purchase | 11/11/2020 | 15,000 | 37.7265 | $565,897.50 | Retained | | (300,000) | 35.1194 | ($10,535,823.53) |
| | | 300,000 | | $11,389,975.15 | | | (300,000) | | ($10,535,823.53) |
| | | | | | **UniRak Nachhaltig Loss** | | | | **($854,151.62)** |

**UniSector: HighTech**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 9/18/2019 | 35,000 | 42.5770 | $1,490,195.00 | | | | | |
| Purchase | 7/17/2020 | 25,000 | 36.5874 | $914,685.00 | | | | | |
| Purchase | 7/20/2020 | 30,000 | 37.6058 | $1,128,174.00 | Sale* | 1/21/2021 | (90,000) | 34.7910 | ($3,131,190.00) |
| | | 90,000 | | $3,533,054.00 | | | (90,000) | | ($3,131,190.00) |
| | | | | | **UniSector: HighTech Loss** | | | | **($401,864.00)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UIN-Fonds Nr. 816** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 3/9/2020 | (20,175) | 34.2246 | ($690,481.31) |
| | | | | | Sale | 4/29/2020 | (11,361) | 36.8000 | ($418,084.80) |
| Purchase | 7/22/2019 | 36,500 | 42.6100 | $1,555,265.00 | Sale | 10/8/2020 | (2,846) | 40.2500 | ($114,551.50) |
| Purchase | 7/13/2020 | 4,685 | 35.0428 | $164,175.52 | | | | | |
| Purchase | 8/12/2020 | 3,686 | 39.8832 | $147,009.48 | Retained | | (10,489) | 35.1194 | ($368,367.51) |
| | | 44,871 | | $1,866,449.99 | | | (44,871) | | ($1,591,485.12) |
| | | | | | | | **UIN-Fonds Nr. 816 Loss** | | **($274,964.88)** |
| **UIN-Fonds Nr. 759** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 3/10/2020 | (5,336) | 34.4306 | ($183,721.68) |
| | | | | | Sale | 3/23/2020 | (5,692) | 24.4739 | ($139,305.44) |
| Purchase | 8/23/2019 | 19,290 | 42.3027 | $816,019.08 | Sale | 4/8/2020 | (8,262) | 34.4133 | ($284,322.68) |
| Purchase | 6/22/2020 | 4,863 | 36.4400 | $177,207.72 | | | | | |
| Purchase | 8/10/2020 | 4,446 | 38.9505 | $173,173.92 | Retained | | (9,309) | 35.1194 | ($326,926.60) |
| | | 28,599 | | $1,166,400.73 | | | (28,599) | | ($934,276.41) |
| | | | | | | | **UIN-Fonds Nr. 759 Loss** | | **($232,124.32)** |
| **UniDynamicFonds: Global** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 5/28/2020 | 89,646 | 37.4355 | $3,355,942.83 | Retained | | (89,646) | 35.1194 | ($3,148,314.79) |
| | | 89,646 | | $3,355,942.83 | | | (89,646) | | ($3,148,314.79) |
| | | | | | | | **UniDynamicFonds: Global Loss** | | **($207,628.05)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DEVIF-Fonds Nr. 91** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/5/2019 | 8,600 | 39.2100 | $337,206.00 | Sale | 4/22/2020 | (27,200) | 34.9421 | ($950,425.12) |
| Purchase | 7/19/2019 | 18,600 | 42.8504 | $797,017.44 | Sale* | 1/11/2021 | (2,357) | 36.3015 | ($85,562.64) |
| Purchase | 7/13/2020 | 20,965 | 35.0428 | $734,672.30 | | | | | |
| Purchase | 8/13/2020 | 1,228 | 39.7400 | $48,800.72 | Retained | | (19,836) | 35.1194 | ($696,628.65) |
| | | 49,393 | | $1,917,696.46 | | | (49,393) | | ($1,732,616.41) |
| | | | | | | | **DEVIF-Fonds Nr. 91 Loss** | | **($185,080.05)** |
| **MKD-Union-Fonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 8/30/2019 | 30,843 | 38.7640 | $1,195,597.03 | | | | | |
| Purchase | 5/29/2020 | 2,905 | 37.6800 | $109,460.40 | Sale | 5/19/2020 | (30,843) | 36.1413 | ($1,114,706.12) |
| Purchase | 5/29/2020 | 28,993 | 37.5493 | $1,088,666.85 | | | | | |
| Purchase | 7/15/2020 | 7,867 | 36.4423 | $286,691.57 | Retained | | (39,765) | 35.1194 | ($1,396,523.41) |
| | | 70,608 | | $2,680,415.86 | | | (70,608) | | ($2,511,229.52) |
| | | | | | | | **MKD-Union-Fonds Loss** | | **($169,186.34)** |
| **Uni21.Jahrhundert -net-** | | | | | | | | | |
| Pre-class holdings | | 130,000 | | | Sale | 5/11/2020 | (30,000) | 37.3585 | ($1,120,755.00) |
| | | | | | Sale* | 1/12/2021 | (100,000) | 34.7910 | ($3,479,100.00) |
| | | | | | | | (130,000) | | ($4,599,855.00) |
| Purchase | 7/20/2020 | 50,000 | 37.2878 | $1,864,390.00 | Sale* | 1/12/2021 | (50,000) | 34.7910 | ($1,739,550.00) |
| | | 50,000 | | $1,864,390.00 | | | (50,000) | | ($1,739,550.00) |
| | | | | | | | **Uni21.Jahrhundert -net- Loss** | | **($124,840.00)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **LIGA-Pax-Cattolico-Union** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 9/12/2019 | (2,100) | 42.5550 | ($89,365.50) |
| Purchase | 7/16/2019 | 35,100 | 42.5389 | $1,493,115.39 | Sale | 11/15/2019 | (4,200) | 41.8800 | ($175,896.00) |
| Purchase | 7/1/2020 | 6,287 | 35.1700 | $221,113.79 | Sale | 1/31/2020 | (28,800) | 43.1448 | ($1,242,570.24) |
| Purchase | 8/14/2020 | 12,584 | 39.1600 | $492,789.44 | | | | | |
| Purchase | 10/2/2020 | 14,307 | 38.4800 | $550,533.36 | Retained | | (33,178) | 35.1194 | ($1,165,191.84) |
| | | 68,278 | | $2,757,551.98 | | | (68,278) | | ($2,673,023.58) |
| | | | | | | | **LIGA-Pax-Cattolico-Union Loss** | | **($84,528.40)** |
| **VR Westmünsterland Aktiv Nachhaltig** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 7/8/2019 | 8,000 | 42.5018 | $340,014.40 | | | | | |
| Purchase | 8/30/2019 | 3,000 | 42.7627 | $128,288.10 | Retained | | (11,000) | 35.1194 | ($386,313.53) |
| | | 11,000 | | $468,302.50 | | | (11,000) | | ($386,313.53) |
| | | | | | | **VR Westmünsterland Aktiv Nachhaltig Loss** | | | **($81,988.97)** |
| **UIN-Fonds Nr. 727** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 8/23/2019 | 6,170 | 42.3027 | $261,007.66 | Sale | 4/8/2020 | (6,170) | 34.0246 | ($209,931.78) |
| Purchase | 6/22/2020 | 3,805 | 36.4400 | $138,654.20 | Sale* | 12/21/2020 | (3,779) | 34.9300 | ($132,000.47) |
| Purchase | 8/10/2020 | 3,750 | 38.9505 | $146,064.38 | | | | | |
| Purchase | 11/12/2020 | 2,006 | 37.1700 | $74,563.02 | Retained | | (5,782) | 35.1194 | ($203,060.44) |
| | | 15,731 | | $620,289.25 | | | (15,731) | | ($544,992.69) |
| | | | | | | | **UIN-Fonds Nr. 727 Loss** | | **($75,296.56)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniInstitutional SDG Equities** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 10/13/2020 | 2,500 | 40.9140 | $102,285.00 | | | | | |
| Purchase | 10/14/2020 | 4,800 | 40.6077 | $194,916.96 | | | | | |
| Purchase | 11/16/2020 | 10,000 | 38.1875 | $381,875.00 | Retained | | (17,300) | 35.1194 | ($607,565.82) |
| | | 17,300 | | $679,076.96 | | | (17,300) | | ($607,565.82) |
| | | | | | | **UniInstitutional SDG Equities Loss** | | | **($71,511.14)** |
| **UIN-Fonds Nr. 997** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 10/15/2019 | 6,530 | 38.1530 | $249,139.09 | | | | | |
| Purchase | 11/5/2019 | 3,265 | 40.5463 | $132,383.67 | | | | | |
| Purchase | 2/6/2020 | 4,205 | 42.6231 | $179,230.14 | Retained | | (14,000) | 35.1194 | ($491,671.76) |
| | | 14,000 | | $560,752.90 | | | (14,000) | | ($491,671.76) |
| | | | | | | **UIN-Fonds Nr. 997 Loss** | | | **($69,081.13)** |
| **SV-Union-Fonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 7/2/2019 | 6,910 | 42.6900 | $294,987.90 | | | | | |
| Purchase | 12/4/2019 | 1,300 | 42.8200 | $55,666.00 | Sale | 10/30/2019 | (3,180) | 41.5312 | ($132,069.22) |
| Purchase | 12/13/2019 | 1,468 | 44.4500 | $65,252.60 | | | | | |
| Purchase | 3/3/2020 | 1,009 | 38.3000 | $38,644.70 | Retained | | (7,507) | 35.1194 | ($263,641.42) |
| | | 10,687 | | $454,551.20 | | | (10,687) | | ($395,710.64) |
| | | | | | | **SV-Union-Fonds Loss** | | | **($58,840.56)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Demografiefonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/13/2019 | 2,000 | 40.8100 | $81,620.00 | | | | | |
| Purchase | 1/15/2020 | 1,000 | 42.5343 | $42,534.30 | | | | | |
| Purchase | 2/18/2020 | 1,000 | 42.1395 | $42,139.50 | Sale | 3/13/2020 | (1,993) | 31.2692 | ($62,319.52) |
| Purchase | 6/3/2020 | 1,100 | 37.7936 | $41,572.96 | Sale | 3/26/2020 | (2,007) | 31.5077 | ($63,235.95) |
| Purchase | 6/9/2020 | 871 | 38.2853 | $33,346.50 | | | | | |
| Purchase | 8/21/2020 | 1,900 | 38.7100 | $73,549.00 | Retained | | (3,871) | 35.1194 | ($135,947.24) |
| | | 7,871 | | $314,762.26 | | | (7,871) | | ($261,502.71) |
| | | | | | | | **Demografiefonds Loss** | | **($53,259.54)** |
| **UIN-Fonds Nr. 860** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 1/16/2020 | 4,000 | 42.8772 | $171,508.80 | Retained | | (4,000) | 35.1194 | ($140,477.65) |
| | | 4,000 | | $171,508.80 | | | (4,000) | | ($140,477.65) |
| | | | | | | | **UIN-Fonds Nr. 860 Loss** | | **($31,031.15)** |
| **UIN-Fonds Nr. 950** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/18/2019 | 3,750 | 41.6442 | $156,165.75 | Retained | | (3,750) | 35.1194 | ($131,697.79) |
| | | 3,750 | | $156,165.75 | | | (3,750) | | ($131,697.79) |
| | | | | | | | **UIN-Fonds Nr. 950 Loss** | | **($24,467.96)** |
| **UIN-Fonds Nr. 798** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 6/18/2019 | 3,650 | 41.6442 | $152,001.33 | Retained | | (3,650) | 35.1194 | ($128,185.85) |
| | | 3,650 | | $152,001.33 | | | (3,650) | | ($128,185.85) |
| | | | | | | | **UIN-Fonds Nr. 798 Loss** | | **($23,815.48)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniGarant80: Dynamik** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 10/24/2019 | 3,907 | 40.2200 | $157,139.54 | Sale | 1/29/2020 | (863) | 43.5863 | ($37,614.98) |
| Purchase | 6/22/2020 | 1,770 | 36.4400 | $64,498.80 | Sale | 4/28/2020 | (3,044) | 37.4200 | ($113,906.48) |
| Purchase | 8/10/2020 | 1,713 | 38.9505 | $66,722.21 | | | | | |
| Purchase | 11/12/2020 | 900 | 37.1700 | $33,453.00 | Retained | | (4,383) | 35.1194 | ($153,928.38) |
| | | 8,290 | | $321,813.55 | | | (8,290) | | ($305,449.84) |
| | | | | | | | **UniGarant80: Dynamik Loss** | | **($16,363.71)** |
| **UIN-Fonds Nr. 982** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 11/1/2019 | (1,480) | 42.2947 | ($62,596.16) |
| | | | | | Sale | 1/15/2020 | (18,977) | 42.3859 | ($804,357.22) |
| Purchase | 7/31/2019 | 20,457 | 40.8937 | $836,562.61 | Sale | 9/4/2020 | (1,427) | 41.2738 | ($58,897.71) |
| Purchase | 7/8/2020 | 7,869 | 34.5256 | $271,681.95 | | | | | |
| Purchase | 8/13/2020 | 6,552 | 39.6468 | $259,765.83 | Sale* | 1/11/2021 | (2,238) | 36.3800 | ($81,418.44) |
| Purchase | 8/31/2020 | 4,394 | 41.0293 | $180,282.74 | | | | | |
| Purchase | 10/2/2020 | 1,528 | 38.1627 | $58,312.61 | Retained | | (16,678) | 35.1194 | ($585,721.55) |
| | | 40,800 | | $1,606,605.73 | | | (40,800) | | ($1,592,991.08) |
| | | | | | | | **UIN-Fonds Nr. 982 Loss** | | **($13,614.65)** |
| **DEVIF-Fonds Nr. 349** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 1/16/2020 | (2,000) | 43.1250 | ($86,250.00) |
| Purchase | 6/18/2019 | 4,500 | 41.6442 | $187,398.90 | Retained | | (2,500) | 35.1194 | ($87,798.53) |
| | | 4,500 | | $187,398.90 | | | (4,500) | | ($174,048.53) |
| | | | | | | | **DEVIF-Fonds Nr. 349 Loss** | | **($13,350.37)** |

**Union Asset Management Holding AG**
LIFO Loss in Boston Scientific Corp. (BSX)
Class Period: 04/24/19 - 11/16/20
CUSIP: 101137107
Retained share price: $35.1194 (11/17/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DEVIF-Fonds Nr. 89** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 1/28/2020 | (1,300) | 43.2112 | ($56,174.56) |
| Purchase | 6/13/2019 | 3,450 | 40.6599 | $140,276.66 | Retained | | (2,150) | 35.1194 | ($75,506.74) |
| | | 3,450 | | $140,276.66 | | | (3,450) | | ($131,681.30) |
| | | | | | **DEVIF-Fonds Nr. 89 Loss** | | | | **($8,595.36)** |
| | | | | | **LIFO TOTAL** | | | | **($51,480,002.22)** |

*\*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

# Exhibit C

## Boston Scientific Corp.
## Union Common Stock Losses by Fund

| Institution | Fund | LIFO Accounting Losses | FIFO Accounting Losses |
|---|---|---|---|
| Union | DEVIF-Fonds Nr. 349 | $0 | $0 |
| | DEVIF-Fonds Nr. 89 | $0 | $0 |
| | DEVIF-Fonds Nr. 91 | $0 | $0 |
| | Demografiefonds | $0 | $0 |
| | LIGA Pax Cattolico Union | $40,955 | $40,955 |
| | MKD-Union-Fonds | $0 | $0 |
| | SV-Union-Fonds | $0 | $0 |
| | UIN-Fonds Nr. 727 | $4,531 | $3,107 |
| | UIN-Fonds Nr. 759 | $0 | $0 |
| | UIN-Fonds Nr. 798 | $0 | $0 |
| | UIN-Fonds Nr. 816 | $0 | $0 |
| | UIN-Fonds Nr. 860 | $0 | $0 |
| | UIN-Fonds Nr. 950 | $0 | $0 |
| | UIN-Fonds Nr. 982 | $3,884 | $3,884 |
| | UIN-Fonds Nr. 997 | $0 | $0 |
| | Uni21.Jahrhundert -net- | $0 | $0 |
| | UniDynamicFonds: Global | $0 | $0 |
| | UniFavorit: Aktien | $2,357,739 | $2,357,739 |
| | UniGarant80: Dynamik | $1,394 | $1,394 |
| | UniInstitutional SDG Equities | $62,957 | $62,957 |
| | UniNachhaltig Aktien Global | $420,709 | $420,709 |
| | UniRak Nachhaltig | $42,930 | $42,930 |
| | UniRak Nachhaltig Konservativ | $118,357 | $118,357 |
| | UniSector: HighTech | $0 | $0 |
| | VR Westmünsterland Aktiv Nachhaltig | $0 | $0 |
| **Total** | | $3,053,455 | $3,052,030 |

Notes:

1) In the case of same day transactions, purchases are assumed to occur before sales.