UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re BOSTON SCIENTIFIC CORPORATION :
SECURITIES LITIGATION                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x        Master File No.: No. 1:20-cv-12225-ADB

                                        :

This Document Relates To:                :        **<u>ORAL ARGUMENT REQUESTED</u>**

                                        :

    ALL ACTIONS                              :

                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>DEFENDANTS' MOTION FOR PROTECTIVE ORDER</u>

Defendants Boston Scientific Corporation ("Boston Scientific"), Michael F. Mahoney, Joseph M. Fitzgerald, Daniel J. Brennan, Shawn McCarthy, Ian Meredith, Kevin Ballinger, and Susan Vissers Lisa (collectively, "Defendants") hereby move, pursuant to Rule 26 of the Federal Rule of Civil Procedure, Federal Rule of Evidence 502(d) and the Confidentiality Order entered in this action, seeking a determination that three emails between Boston Scientific executives and in-house counsel regarding the legal and regulatory implications of a recall notice (the "Disputed Emails") are protected by the attorney-client privilege.

Specifically, Defendants respectfully request that the Court order Plaintiff to (i) return or destroy all copies of the Disputed Emails and certify to Defendants that all such Disputed Emails have been returned or destroyed, (ii) refrain from any further use or disclosure of the Disputed Emails; and (iii) take reasonable steps in good faith to retrieve any copies of the Disputed Emails disclosed prior to receiving notice.

The grounds for this Motion are set forth in the accompanying memorandum of law and declaration, which are submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request a hearing on this Motion.

## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

The undersigned hereby certifies that counsel for Defendants has conferred with the counsel for Plaintiff and has attempted in good faith to resolve or narrow the issues involved in this Motion.  The undersigned further certifies that counsel for Defendants has complied with the provisions of Rule 37.1 of the Local Rules of this Court.  As required by Local Rule 37.1, details of the conference are set out in the accompanying memorandum.

Dated:  September 1, 2023
       Boston, Massachusetts

Respectfully submitted,

*/s/ James R. Carroll*
James R. Carroll (BBO #554426)
Alisha Q. Nanda (BBO #657266)
Yaw A. Anim (BBO #569512)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
yaw.anim@skadden.com

*Counsel for Defendants*
*Boston Scientific Corporation,*
*Michael F. Mahoney, Joseph M.*
*Fitzgerald, Daniel J. Brennan, Shawn*
*McCarthy, Ian Meredith, Kevin Ballinger*
*and Susan Vissers Lisa*