REDACTED VERSION FOR PUBLIC FILING

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re BOSTON SCIENTIFIC CORPORATION  :
SECURITIES LITIGATION               :   Master File No.: No. 1:20-cv-12225-ADB
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
This Document Relates To:         :

    ALL ACTIONS             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF
ALISHA Q. NANDA ESQ. IN SUPPORT OF
DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

I, Alisha Q. Nanda, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.    I am a member of the bar of this Court and a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and counsel for Defendants Boston Scientific Corporation ("Boston Scientific"), Michael F. Mahoney, Joseph M. Fitzgerald, Daniel J. Brennan, Shawn McCarthy, Ian Meredith, Kevin Ballinger, and Susan Vissers Lisa (collectively, "Defendants") in the above-captioned matter.   I make this Declaration on the basis of my personal knowledge and my review of the documents cited in this Declaration.

1.    I submit this declaration in support of Defendants' Motion for Protective Order and for the purpose of transmitting to the Court true and correct copies of the documents attached to this Declaration.

| Exhibit | Description |
| --- | --- |
| A | July 21, 2023 Letter from Yaw Anim to counsel for Plaintiff |
| B | July 21, 2023 to August 4, 2023 email chain between counsel for Plaintiff and counsel for Defendants |
| C | Declaration of Eric Brandt, Esq. in Support of Defendants' Motion for Protective Order |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 1, 2023 in Boston, Massachusetts.

/s/ Alisha Q. Nanda
Alisha Q. Nanda (BBO #657266)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
alisha.nanda@skadden.com

*Counsel for Defendants*
*Boston Scientific Corporation,*
*Michael F. Mahoney, Joseph M.*
*Fitzgerald, Daniel J. Brennan, Shawn*
*McCarthy, Ian Meredith, Kevin*
*Ballinger and Susan Vissers Lisa*

2