# EXHIBIT A

S KADDEN, A RPS, S LATE, M EAGHER & F LOM LLP

500 BOYLSTON STREET

BOSTON, MASSACHUSETTS 02116
_____

TEL: (617) 573-4800

FAX: (617) 573-4822

WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
------
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
------
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(617) 573-4894
DIRECT FAX
(617) 305-4894
EMAIL ADDRESS
YAW.ANIM@SKADDEN.COM

July 21, 2023

**BY EMAIL**

Lauren A. Ormsbee, Esq.
Bernstein Litowitz
    Berger & Grossman LLP
1251 Avenue of the Americas
New York, New York 10020
lauren@blbglaw.com

RE: In re Boston Scientific Securities Litigation, No. 20-12225-
DPW (D. Mass)

Dear Counsel:

Enclosed please find Defendants Boston Scientific Corporation, Michael Mahoney, Shawn McCarthy, Ian Meredith, Joseph Fitzgerald, Kevin Ballinger and Susan Vissers Lisa (collectively, "Defendants") Privilege and Redaction logs.

We are also making available via FTP, on behalf of Defendants, a production of documents to Lead Plaintiff Union Asset Management Holding AG ("Lead Plaintiff") in response to Lead Plaintiff's First Set of Requests for the Production of Documents directed to Defendants, dated January 27, 2023 (the "Requests"). Defendants' production bears Bates numbers BSC-LOTUS-0222798 - BSC-LOTUS-0223291 and contains documents marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" pursuant to the Joint Stipulation and Order Concerning the Production and Exchange of Confidential Information, so ordered on

Lauren A. Ormsbee, Esq.
July 21, 2023
Page 2

March 7, 2023, Doc No. 86 (the "Protective Order").  Included in this production are documents identified for production during the process of preparing Defendants' Privilege and Redaction logs, and overlay files for documents previously produced to you with redactions that were also identified during that process.

        Additionally, we have identified the following documents containing privileged information that were inadvertently produced to Lead Plaintiff:  BSC-LOTUS-0216996; BSC-LOTUS-0217401; BSC-LOTUS-0217411; BSC-LOTUS-0217457; BSC-LOTUS-0217534; BSC-LOTUS-0001379; and, BSC-LOTUS-0009762.  Pursuant to Section XI of the Protective Order, we request that you return, sequester or destroy all copies of these documents and confirm as much, refrain from any further use or disclosure of these documents, and take reasonable steps in good faith to retrieve any copies of these documents disclosed in accordance with the Protective Order prior to receiving notice.  We are producing overlay images of those documents, with the same Bates numbers, containing redactions and those documents have also been logged on Defendants' Redaction log.

                    Sincerely,

                    /s/ *Yaw A. Anim*

                    Yaw A. Anim

Enclosure via FTP

cc:  All counsel (by email)