# EXHIBIT B

**From:**     Emily Tu
**To:**       Anim, Yaw A (BOS); Salvatore Graziano; Lauren Ormsbee (McMillen); Michael Blatchley; Aasiya Glover; Alexander Payne; 'Peter K. Levitt'
**Subject:**  RE: [Ext] RE: In re Boston Scientific Securities Litigation, No. 20-12225-DPW (D. Mass.)
**Date:**     8/4/2023 11:28:00 AM
**CC:**       Carroll, James R (BOS); Nanda, Alisha Q (BOS); Foster, Mark (PAL); Prasad, Vasundhara (BOS)
**BCC:**

**Message:**
Yaw,

We are available next Wednesday between 3-5 PM to meet and confer concerning this dispute.  We will keep an eye out for the calendar invite.

Thanks,
Emily

---

**From:** Anim, Yaw A <Yaw.Anim@skadden.com>
**Sent:** Thursday, August 3, 2023 5:12 PM
**To:** Emily Tu <Emily.Tu@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Lauren Ormsbee (McMillen) <Lauren@blbglaw.com>; Michael Blatchley <MichaelB@blbglaw.com>; Aasiya Glover <Aasiya.Glover@blbglaw.com>; Alexander Payne <Alex.Payne@blbglaw.com>; 'Peter K. Levitt' <pkl@dcglaw.com>
**Cc:** Carroll, James R <James.Carroll@skadden.com>; Nanda, Alisha Q <Alisha.Nanda@skadden.com>; Foster, Mark <Mark.Foster@skadden.com>; Prasad, Vasundhara <Vasundhara.Prasad@skadden.com>
**Subject:** RE: [Ext] RE: In re Boston Scientific Securities Litigation, No. 20-12225-DPW (D. Mass.)

**[External]**

---

Emily,

We disagree with your assertion that the documents Bates-labeled BSC-LOTUS-0001379 and BSC-LOTUS-0009762, which Defendants are seeking to claw back, are not in fact privileged.

*First*, to clarify since it was not clear from your email, we are only intending to claw back the last three emails in the email chain reflected in the documents identified above, each of which are addressed to Eric Brandt, an attorney and senior managing counsel at Boston Scientific, and reflect ███████████

███████████████████████████████████████████████

*Second*, we disagree with your characterization of the emails sent to Mr. Brandt as lacking a request for legal advice because they purportedly (in your view) do not address him.  That is incorrect on its face.  Mr. Brandt was directly addressed in the "to" line of the initial email concerning this topic, and he was directly addressed in the "reply all" responses in the subsequent two emails. ███████████

███████████████████████████████████████████████

*Third*, your contention that the discussion in those emails concerns a "business decision" is incorrect. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

We are available next week on Tuesday, Wednesday or Thursday between 9-5 ET to meet and confer concerning this dispute. Please let us know what day/time works for you and we will circulate a calendar invitation.

Thank you,
Yaw

---

**From:** Emily Tu <Emily.Tu@blbglaw.com>
**Sent:** Friday, July 28, 2023 4:28 PM
**To:** Anim, Yaw A (BOS) <Yaw.Anim@skadden.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Lauren Ormsbee (McMillen) <Lauren@blbglaw.com>; Michael Blatchley <MichaelB@blbglaw.com>; Aasiya Glover <Aasiya.Glover@blbglaw.com>; Alexander Payne <Alex.Payne@blbglaw.com>; 'Peter K. Levitt' <pkl@dcglaw.com>
**Cc:** Carroll, James R (BOS) <James.Carroll@skadden.com>; Nanda, Alisha Q (BOS) <Alisha.Nanda@skadden.com>; Foster, Mark (PAL) <Mark.Foster@skadden.com>; Prasad, Vasundhara (BOS) <Vasundhara.Prasad@skadden.com>
**Subject:** [Ext] RE: In re Boston Scientific Securities Litigation, No. 20-12225-DPW (D. Mass.)

Yaw,

We write concerning Defendants' clawback of certain documents related to your July 21, 2023 production. We dispute the clawback of the following two documents: BSC-LOTUS-0001379 and BSC-LOTUS-0009762. Pursuant to paragraph 38 of the Protective Order (ECF No. 86), Plaintiff and any other non-parties in possession of the seven documents listed in Defendants' July 21, 2023 letter will sequester those documents until this disagreement is resolved.

The two disputed documents, which reflect non-attorneys' discussions (specifically, communications by and concerning Defendant Fitzgerald, Rosaleen Burke, senior vice president, Global Quality & Regulatory, Brian Novak, VP Regulatory Affairs, and Trish Backes, Director, Business Unit Communications) ████████████████████████████████████████████ are not privileged.

A "key component" of the attorney-client privilege "is that communications with the attorney must call upon the attorney in his or her capacity as a professional legal adviser." *Am.'s Growth Cap., LLC v. PFIP, LLC*, 2014 WL 1207128, at *2 (D. Mass. Mar. 24, 2014). "[T]he privilege does not apply when in-house counsel is engaged in 'nonlegal work,'" which includes "the rendering of business or technical advice unrelated to any legal issues." *United States. v. Windsor Capital Corp.*, 524 F.Supp.2d 74, 81 (D. Mass. 2007). Moreover, "a communication cannot be privileged simply because of the title of the person receiving the communication." *Am.'s Growth Cap.*, 2014 WL 1207128, at *4 & n.6 (finding communications involving "GC" "[did] not turn on otherwise non-legal series of exchanges between

executives into a request for legal advice"). These emails merely copy an attorney without addressing him, and he was removed in later emails.

Here, ████████████████████████████████████████████████████████████ ████████████████████████████████████████████ Courts have found such decisions to be business ones. *See City of Springfield v. Rexnord Corp.*, 196 F.R.D. 7, 9–10 (D. Mass. 2000) (finding certain documents "not protected by the attorney-client privilege" where they "were prepared in anticipation of media inquiries and thus represent Defendants' public, albeit potential, statements," and "[t]here [was] little if anything in these documents that evidences an attorney presenting issues and analyzing claims with an eye toward applicable law"); *see also de Espana v. Am. Bureau of Shipping*, 2005 WL 3455782, at *3 (S.D.N.Y. Dec. 14, 2005) (holding after an in camera inspection that attorney notes were not protected by the attorney-client privilege because they "contain[ed] discussions of non-legal issues, including business, press and public relations strategies"). That this is a business decision is further affirmed by the fact that counsel is merely copied on the discussion and does not speak in the email chain.

Please let us know when you are available for a meet and confer.

Thanks,
Emily

---

**From:** Anim, Yaw A <Yaw.Anim@skadden.com>
**Sent:** Friday, July 21, 2023 7:03 PM
**To:** Salvatore Graziano <Salvatore@blbglaw.com>; Lauren Ormsbee (McMillen) <Lauren@blbglaw.com>; Michael Blatchley <MichaelB@blbglaw.com>; Aasiya Glover <Aasiya.Glover@blbglaw.com>; Alexander Payne <Alex.Payne@blbglaw.com>; 'Peter K. Levitt' <pkl@dcglaw.com>; Emily Tu <Emily.Tu@blbglaw.com>
**Cc:** Carroll, James R <James.Carroll@skadden.com>; Nanda, Alisha Q <Alisha.Nanda@skadden.com>; Foster, Mark <Mark.Foster@skadden.com>; Prasad, Vasundhara <Vasundhara.Prasad@skadden.com>
**Subject:** In re Boston Scientific Securities Litigation, No. 20-12225-DPW (D. Mass.)

**[External]**

---

Counsel,

Please see the attached correspondence from Defendants. The documents referenced in the attached letter can be found here: In re Boston Scientific Corporation Securities Litigation, No. 20-12225-DPW (D. Mass.) I will send the passwords for the production files separately.

Thanks,
Yaw

**Yaw A. Anim**
**Skadden, Arps, Slate, Meagher & Flom LLP**
500 Boylston Street | Boston | Massachusetts | 02116
**T: +1.617.573.4894 | F: +1.617.305.4894**
yaw.anim@skadden.com

3

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=================================================================================
=========

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=================================================================================
=========