# EXHIBIT C

REDACTED VERSION FOR PUBLIC FILING

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re BOSTON SCIENTIFIC CORPORATION   :
SECURITIES LITIGATION                 :   Master File No.: No. 1:20-cv-12225-ADB
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
This Document Relates To:             :

    ALL ACTIONS                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF
ERIC BRANDT ESQ. IN SUPPORT OF
DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

I, ERIC BRANDT, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.      I am an attorney and senior managing counsel at Boston Scientific Corporation ("Boston Scientific"). I am a member of the bar of Minnesota. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath. I submit this Declaration in support of Defendants' Motion for Protective Order.

2.      I joined Boston Scientific's legal department in 2017, and in October 2020, I began providing legal support to Boston Scientific's Interventional Cardiology Division as what Boston Scientific refers to as a "Business Unit Lawyer." In my role, I provide legal advice on numerous subjects, including, among other things, commercial matters (*e.g.*, vendor and customer contracts, mergers & acquisitions), regulatory issues (*e.g.*, field actions, advertising and public communications) and general compliance with law and Boston Scientific's policies and procedures.

3.      On or around October 30, 2020,



4.      On November 10, 2020, I had a call with Brian Novak, the Vice President of Regulatory Affairs for the Interventional Cardiology Division at Boston Scientific; Trish Backes, the Director of Business Unit Communications; John Donohue, Vice President of Quality Assurance; and Karen Kelso, Director of Regulatory for the EMEA region.

5.      On November 12, 2020, Mr. Novak sent me, Ms. Backes, and Nicole Pshon (a Field Action Manager), an email, copying Dan Krause, the Director of Regulatory Affairs.  I received two additional, related emails from Ms. Backes and from Mr. Novak on November 12, 2020.

6.

2

3

7.      I understood that Mr. Novak and Ms. Backes (neither of whom is currently employed at Boston Scientific) addressed me as a recipient on these confidential emails, which were intended to remain confidential, further to our meeting on November 10.  Mr. Novak and Ms. Backes were seeking or expecting my legal advice, as appropriate,

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 1, 2023 in _Maple Grove, MN._

Eric Brandt

3