**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In re BOSTON SCIENTIFIC CORPORATION SECURITIES LITIGATION | Master File No. 1:20-cv-12225-ADB |

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Proposed Settlement and Authorizing Dissemination of Notice of Settlement dated December 27, 2023, and upon (a) the Declaration of Salvatore J. Graziano in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (b) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (c) all other papers and proceedings herein, Lead Plaintiff Union Asset Management Holding AG, on behalf of itself and the Settlement Class, will and does hereby move this Court, before the Honorable Allison D. Burroughs, on April 23, 2024 at 9:00 a.m. in Courtroom 17 of the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, or at such other location and time as set by the Court, for entry of a Judgment approving the Settlement as fair, reasonable and adequate and for entry of an Order approving the proposed Plan of Allocation as fair, reasonable and adequate.  A final proposed Judgment and proposed Order approving the proposed Plan of Allocation will be submitted with Lead Plaintiff's reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

DATED:  March 19, 2024                    Respectfully submitted

                                          **BERNSTEIN LITOWITZ BERGER**
                                            **& GROSSMANN LLP**

                                          */s/ Salvatore J. Graziano*
                                          Salvatore J. Graziano (admitted *pro hac vice*)
                                          Michael D. Blatchley (admitted *pro hac vice*)
                                          Lauren A. Ormsbee (admitted *pro hac vice*)
                                          Aasiya F. Mirza Glover (admitted *pro hac vice*)
                                          Emily A. Tu (admitted *pro hac vice*)
                                          1251 Avenue of the Americas, 44th Floor
                                          New York, NY 10020
                                          Telephone: (212) 554-1400
                                          Facsimile: (212) 554-1444
                                          salvatore@blbglaw.com
                                          michaelb@blbglaw.com
                                          lauren@blbglaw.com
                                          aasiya.glover@blbglaw.com
                                          emily.tu@blbglaw.com

                                          *Lead Counsel for Lead Plaintiff*
                                          *and the Settlement Class*


                                          **DONNELLY, CONROY & GELHAAR, LLP**
                                          T. Christopher Donnelly (BBO #129930)
                                          Peter E. Gelhaar (BBO #18830)
                                          Peter K. Levitt (BBO #565761)
                                          260 Franklin Street, Suite 1600
                                          Boston, Massachusetts 02110
                                          Telephone: (617) 720-2880
                                          Facsimile: (617) 720-3554
                                          tcd@dcglaw.com
                                          peg@dcglaw.com
                                          pkl@dcglaw.com

                                          *Liaison Counsel for Lead Plaintiff*