# Exhibit 1

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re BOSTON SCIENTIFIC CORPORATION SECURITIES LITIGATION | Master File No. 1:20-cv-12225-ADB |

**DECLARATION OF JOCHEN RIECHWALD,
ASSISTANT GENERAL COUNSEL OF UNION ASSET MANAGEMENT HOLDING
AG, IN SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF
SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S
<u>MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES</u>**

I, JOCHEN RIECHWALD, declare as follows:

1.     I am the Assistant General Counsel of Union Asset Management Holding AG ("Union AG"), the Court-appointed Lead Plaintiff in the above-captioned action (the "Action").[1]  I submit this declaration in support of: (a) Lead Plaintiff's motion for final approval of the proposed settlement of the Action for $38.5 million in cash (the "Settlement") and approval of the proposed Plan of Allocation; (b) Lead Counsel's motion for attorneys' fees and litigation expenses; and (c) Union AG's request to recover its reasonable costs and expenses incurred in connection with the prosecution of this litigation.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

## I.     **Background**

### A.     **Union AG**

2.     Union AG is the parent holding company of the Union Investment Group.  The Union Investment Group, based in Frankfurt-am-Main, Germany, was founded in 1956, and is one of Germany's leading asset managers for retail and institutional clients with €433 billion in assets under management as of September 30, 2023.

3.     On March 30, 2021, the Court issued an Order appointing Union AG as the Lead Plaintiff in the Action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approving Union AG's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel in the Action.

4.     Union AG has monitored the prosecution and settlement of this Action through the active and continuous involvement of myself, as well as Dr. Carsten Fischer, Union AG's General

---

[1]  Unless otherwise indicated, capitalized terms shall have their meaning as defined in the Stipulation and Agreement of Settlement, dated December 14, 2023 (ECF No. 152-1) (the "Stipulation").

Counsel and Julia Luther, Union AG's Senior Legal Counsel. We have had regular communications with Bernstein Litowitz concerning the prosecution and settlement of this case. We have communicated with Bernstein Litowitz throughout the litigation, including in connection with each material event in the case and when important decisions needed to be made. When necessary, we briefed other representatives of Union AG on the status of the Action.

5.  Based on its active participation in the prosecution of this Action, Union AG has been able to capably oversee the prosecution of this case as well as the ultimate settlement of the Action. Union AG was able to directly observe the substantial efforts undertaken by Lead Counsel to obtain a favorable proposed recovery for the Settlement Class, notwithstanding the meaningful and multiple risks Lead Plaintiff and the Settlement Class faced in this litigation.

6.  Union AG, consistent with its strong interest in the outcome of this litigation and the exercise of its fiduciary duties to the Settlement Class, worked diligently to ensure that the recovery in this Action was maximized to the greatest extent possible in light of the risks and circumstances of the case.

**B.  Union AG's Extensive Participation
in the Prosecution and Settlement of this Action**

7.  Throughout the litigation, Union AG engaged in frequent discussions with Bernstein Litowitz concerning case developments and strategy, and received frequent status reports from Bernstein Litowitz. Among other things, in its role as a Lead Plaintiff, Union AG has:

a.  Analyzed the merits of the potential case prior to seeking appointment as Lead Plaintiff in this Action, including evaluating: (i) the potential alleged wrongdoing of and securities claims against Boston Scientific and the other Defendants; and (ii) the critical legal and procedural issues involved in prosecuting the Action;

2

b.    Reviewed and commented on pleadings filed in the Action, including the Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint");

c.    Submitted declarations in support of the motion for appointment as lead plaintiff and motion for class certification;

d.    Reviewed and commented on briefs filed in the Action, including the opposition to Defendants' motion to dismiss the Complaint and papers in support of Lead Plaintiff's motion to certify the class;

e.    Searched for and collected documents for production in response to Defendants' requests and consulted with Bernstein Litowitz regarding the same;

f.    Consulted with Bernstein Litowitz regarding counsel's review and assessment of the document discovery obtained from Defendants;

g.    I travelled to New York along with Julia Luther, to prepare for my deposition, and then sat for my deposition on May 16, 2023 in New York City;

h.    Consulted with Lead Counsel throughout the mediation process and settlement negotiations that ultimately led to the agreement in principle to settle the Action; and

i.    Evaluated and approved the proposal that the Action be settled for $38.5 million in cash.

## II.    Union AG Strongly Endorses Approval of the Settlement and the Plan of Allocation

8.    Based on Union AG's oversight of the prosecution and negotiations for the proposed settlement of this Action, Union AG strongly endorses the Settlement and believes it provides a favorable recovery for the Settlement Class, especially when measured against the substantial risks

3

of establishing liability and damages. Union AG also endorses the proposed Plan of Allocation, and believes that it represents a fair and reasonable method for valuing claims submitted by Settlement Class Members, and for distributing the Net Settlement Fund to Settlement Class Members who submit valid and timely proof of claim forms.

**III.    Union AG Supports Lead Counsel's
Motion for Attorneys' Fees and Litigation Expenses**

9.      Union AG also supports Lead Counsel's requested fee of 20% of the Settlement Fund. Union AG takes seriously its role as Lead Plaintiff to ensure that the attorneys' fees are fair in light of the result achieved for the Settlement Class and reasonably compensate counsel for the work involved and the substantial risks they undertook in litigating the Action. Union AG negotiated and approved that fee, subject to Court approval, pursuant to a retention agreement providing for different levels of percentage fees based on the state of litigation at which settlement was reached. The retention agreement was entered into in January 2021, at the outset of the Action. Following the agreement to settle the Action, Union AG has again reviewed the proposed fee and believes the requested fee is fair and reasonable in light of the outstanding result obtained for the Settlement Class, the excellent work performed by Lead Counsel, and the risks undertaken by counsel.

10.     Union AG further believes that Lead Counsel's litigation expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this securities class action. As a result, Union AG has approved the request for payment of expenses submitted by Lead Counsel.

11.     Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient cost, Union AG supports Lead Counsel's motion for attorneys' fees and expenses.

4

**IV.     Union AG's Request for Reimbursement of Costs and Expenses**

12.     Union AG understands that reimbursement of a lead plaintiff's reasonable costs and expenses is authorized under the PSLRA.  For this reason, in connection with Lead Counsel's request for payment of Litigation Expenses, Union AG seeks reimbursement for the time that its employees dedicated to the representation of the Settlement Class in the Action.

13.     One of my responsibilities as Assistant General Counsel of Union AG is to monitor outside litigation matters, including Union AG's activities in securities class actions where (as here) it has been appointed lead plaintiff.  In addition to me, the following lawyers at Union AG also participated in the prosecution and settlement of this Action: Dr. Carsten Fischer (General Counsel) and Julia Luther (Senior Legal Counsel).  The work that we performed is summarized in ¶ 7 above. In addition, Thomas Nelius and Thomas Keitzer, who are members of Union's Information Technology department, assisted Union in gathering documents and electronically stored information in response to Defendants' requests for documents.

14.     The time that I and other Union AG employees devoted to the representation of the Settlement Class in this Action was time that we otherwise would have expected to spend on other work for Union AG and, thus, represented a cost to Union AG.  Union AG seeks reimbursement in the amount of $74,250 for the time of the following personnel, as set forth in the chart below:

| Personnel | Hours | Hourly Rate | Total |
|---|---|---|---|
| Dr. Carsten Fischer, General Counsel | 22 | $500 | $11,000 |
| Jochen Riechwald, Assistant General Counsel | 75 | $425 | $31,875 |
| Julia Luther, Senior Legal Counsel | 75 | $325 | $24,375 |
| Thomas Nelius, IT Department | 25 | $200 | $5,000 |
| Thomas Keitzer, IT Department | 10 | $200 | $2,000 |
| TOTAL | 207 | | $74,250 |

15.     While Union AG devoted a significant amount of time to this Action, its request for reimbursement of costs, as set forth in the table above, is based on a conservative estimate of the number of hours we spent on this litigation.  The hourly rates used for purposes of this request are based on comparable rates for lawyers or other professionals of similar experience working in the Frankfurt, Germany market.  For example, prior to joining Union, Dr. Fischer was a lawyer at Dechert, where his hourly rate was €590.  Similarly, I was a lawyer at Willkie Farr & Gallagher prior to joining Union, where my last hourly rate was €420; and, prior to joining Union, Ms. Luther was a lawyer at Bird & Bird, where her hourly rate was €300.

V.     **Conclusion**

16.     In conclusion, Union AG was closely involved with the prosecution and settlement of this Action, strongly endorses the proposed Settlement as fair, reasonable, and adequate, and believes that it represents a highly favorable recovery for the Settlement Class in light of the risks of continued litigation.  We have reviewed and endorse the proposed Plan of Allocation as fair and reasonable for the Settlement Class.  Union AG further respectfully requests that the Court approve Lead Counsel's motion for attorneys' fees and litigation expenses.  And finally, Union AG requests reimbursement for its costs and expenses under the PSLRA as set forth above.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct to the best of my knowledge, information, and belief, this 14th day of March, 2024.

_____
JOCHEN RIECHWALD