# Exhibit 5

**EXHIBIT 5**

*In re Boston Scientific Corp. Securities Litigation*
Master File No. 1:20-cv-12225-ADB (D. Mass.)

**SUMMARY OF PLAINTIFFS' COUNSEL'S
LODESTAR AND EXPENSES**

| Exhibit | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 5A | Bernstein Litowitz Berger & Grossmann LLP | 16,945.00 | $8,451,687.50 | $390,847.98 |
| 5B | Donnelly, Conroy & Gelhaar, LLP | 119.10 | $99,235.00 | $552.00 |
| | **TOTAL:** | **17,064.10** | **$8,550,922.50** | **$391,399.98** |