# Exhibit 6

**EXHIBIT 6**

*In re Boston Scientific Corp. Securities Litigation*
Master File No. 1:20-cv-12225-ADB (D. Mass.)

**BREAKDOWN OF PLAINTIFFS' COUNSEL'S
EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $778.00 |
| Service of Process | $530.00 |
| Online Factual Research | $53,936.28 |
| Online Legal Research | $47,254.82 |
| Document Management & Litigation Support | $19,089.87 |
| Telephone | $59.25 |
| Postage & Express Mail | $335.37 |
| Hand Delivery | $171.50 |
| Local Transportation | $1,925.85 |
| Out-of-Town Travel | $11,623.99 |
| Working Meals | $1,285.26 |
| Experts & Consultants | $233,938.74 |
| Court Reporting & Transcripts | $5,564.44 |
| Mediation | $14,906.61 |
| | |
| **TOTAL:** | **$391,399.98** |