# Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In re BOSTON SCIENTIFIC
CORPORATION SECURITIES
LITIGATION

Master File No. 1:20-cv-12225-ADB

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING:**
**(A) MAILING OF THE NOTICE AND CLAIM FORM AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND CLAIM FORMS RECEIVED**

I, LUIGGY SEGURA, hereby declare under penalty of perjury as follows:

1.     I am the Vice President of Securities Operations at JND Legal Administration ("JND").  Pursuant to the Court's December 27, 2023 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (ECF No. 155) (the "Preliminary Approval Order"), JND was appointed to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action (the "Action").[1]  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Luiggy Segura Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated March 19, 2024 (ECF No. 160-4) (the "Initial Mailing Declaration").  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated December 14, 2023 (ECF No. 152-1) (the "Stipulation").

**CONTINUED MAILING OF THE NOTICE PACKET**

2.      Since the execution of the Initial Mailing Declaration, JND has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to additional requests from potential Settlement Class Members and nominees. As of the date of this Declaration, JND has mailed a total of 128,813 Notice Packets to potential Settlement Class Members and nominees.

**TELEPHONE HELPLINE AND WEBSITE**

3.      JND continues to maintain the toll-free telephone helpline (1-877-595-0084) and interactive voice response system to accommodate inquiries from Settlement Class Members. JND also continues to maintain the dedicated website for the Action (www.BostonScientificSecuritiesLitigation.com) in order to assist Settlement Class Members. On March 19, 2024, JND posted to the website copies of the papers filed in support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses. JND will continue to maintain and, as appropriate, update the Settlement website and toll-free telephone helpline until the conclusion of this administration.

**REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

4.      The Notice informed potential members of the Settlement Class that requests for exclusion from the Settlement Class were to be sent to the Claims Administrator so that they are received no later than April 2, 2024.  The Notice also sets forth the information that must be included in each request for exclusion. As of the date of this Declaration, JND has received three requests for exclusion, all of which were received before April 2, 2024.  Exhibit 1 attached hereto lists the names of the persons and entities who requested exclusion from the Settlement Class and

2

their city and state.  Copies of the requests for exclusion are attached hereto as Exhibits 2, 3, and

4.[2]

        I declare, under penalty of perjury under the laws of the United States, that the foregoing

is true and correct.  Executed this 15th day of April 2024, at New Hyde Park, New York.

                                                                       LUIGGY SEGURA

---

[2] In the interest of privacy, the requests for exclusion have been redacted to remove the requesters' street addresses and telephone numbers.

3

## **Exhibit 1**

1.      Gilbert Dlugy, Trustee and
        Monique Dlugy, Trustee
        U/A DTD 1/16/2006
        Wilmington, NC

2.      Malta Pension Investments
        St. Julians, MALTA

3.      Wilbanks, Smith & Thomas
        Norfolk, VA

# Exhibit 2



March 6, 2024

Boston Scientific Securities Litigation, EXCLUSION,
℅ JND Legal Administration
P.O Box 91477
SEATTLE, WA 098111

Sir,

We hereby notify you that we request our EXCLUSION from the Settlement Class in In re Boston Scientific Corporation Securities Litigation, Master File No 1:20-cv-12225-ADB.

Please take note of this and respect our decision.

Sincerely.

GILBERT DLUGY TTE          MONIQUE DLUGY TTE

U/ADTD 01/16/2006

BY GILBERT DLUGY ET AL

████████████, WILMINGTON NC 28409

Cell: ████████████

1234 MAIN STREET   ANYTOWN, STATE ZIP   (123) 456-7890

Mr. Gilbert Dlugy

Wilmington, NC 28409



RALEIGH NC  275
Research Triangle Region
7 MAR 2024   PM 4   L

Boston Scientific Securities Litigation, EXCLUSION
c/o JND Legal Administration
P.O Box 91477
SEATTLE, WA 098111

MAR 1 2 2024

98111-019677

# Exhibit 3

**Malta Pension
Investments**

Date 14ᵗʰ February, 2024

Malta Pension Investments

███████████, St. Julian's STJ 3140, Malta

*Boston Scientific Securities Litigation*
EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91477
Seattle, WA 98111

> Received
> MAR 0 1 2024
> by JNDLA

**Request exclusion from the Settlement Class in *In re Boston Scientific Corporation
Securities Litigation*, Master File No. 1:20-cv-12225-ADB**

Name:  MALTA PENSION INVESTMENTS

Address:    ████████████████████

           ███████████

           St. Julians  STJ3140

               Malta

Contact:  Markus Pawlik, Managing Director

Email:  ████████████████████

Telephone:  ███████████

Trading history and proof of ownership being in the attached custodian certificate.

Markus Pawlik

Managing Director

Daniel Cardeña

Authorised Signatory

For corporate details please turn over.

Phone ███████████

VAT number MT 19998221

Corporate Headquarters
Lufthansa Malta Pension Holding Ltd., Malta

Company registration number LPA 13

Executive Management
Markus Pawlik
Daniel Caruana

State Street Bank International GmbH
Zweigniederlassung Luxemburg

49, avenue J.F. Kennedy
L-1855 Luxembourg

T +352 464 010 1
R.C.S. Luxembourg B 148186

www.statestreet.com

Luxembourg, FEB 13th, 2024

**Re: Statement of positions Envision Healthcare Corporation**
**For the Claimant:** Malta Pension Investments

To Whom It May Concern,

We, State Street Bank International GmbH, Luxembourg branch, act or acted as the custodian bank for the securities listed in the attached Exhibit. We hereby certify that the transactions and holdings for the securities shown in the attached Exhibit are accurate for the dates indicated therein.

The Claimant is/was the legal and beneficial owner of the securities listed in the attached Exhibit and holds all rights and obligations relating to these securities.

State Street Bank International GmbH, Luxembourg Branch

# Rui Machado

Digitally signed by Rui Machado
Date: 2024.02.14 12:54:51
+01'00'

Name:
Title:

State Street Bank International GmbH
Aufsichtsratsvorsitzender: Jörg Ambrosius
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Kris Wulteputte
Sitz München, Brienner Str. 59, D-80333 München, Registergericht München HRB 42872

| FUND | FUND NAME | CUSIP | CUSIP DESCRIPTION | CONT SETL DATE | TRADE (bgim eff) DATE | STL LOC | TRAN TYPE | SHARES | LOCAL NET AMOUNT | LOCAL COMMISSION | LOCAL NET AMOUNT LESS LOC COMMISSION | LOCAL NET AMOUNT LESS INTEREST | AS OF SHARE / PAR POSITION | BEG LIT DATE | END LIT DATE | BROKER NAME | UNIT PRICE | LOCAL FEES | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 16-Sep-20 | | Opening balance | | | | | | 0.00 | | | | | | | |
| MP78 | Us Equity (Ubs) | 101137107 | BOSTON SCIENTIFIC CORP COMMON STOCK USD.01 | Mon, 05-Oct-20 | Mon, 23-Oct-23 | DTC | BUY | 18,809.000 | 948,257.62 | 141.07 | 948,116.55 | | 18,809.000 | | | MORGAN STANLEY CO INCORPORATED | 50.41 | 0.00 | 0.00 | U |
| MP78 | Us Equity (Ubs) | 101137107 | BOSTON SCIENTIFIC CORP COMMON STOCK USD.01 | Wed, 04-Nov-20 | Tue, 24-Oct-23 | DTC | BUY | 4,694.000 | 239,402.91 | 35.20 | 239,367.71 | | 23,503.000 | | | J.P. MORGAN SECURITIES LLC | 50.99 | 0.00 | 0.00 | U |
| MP78 | Us Equity (Ubs) | 101137107 | BOSTON SCIENTIFIC CORP COMMON STOCK USD.01 | Wed, 02-Dec-20 | Thu, 04-Jun-20 | DTC | BUY | 35,181.000 | 1,319,333.24 | 527.72 | 1,318,805.52 | | 35,181.000 | | | PIPER JAFF RAY & CO. | 37.49 | 0.00 | 0.00 | U |
| MP78 | Us Equity (Ubs) | 101137107 | BOSTON SCIENTIFIC CORP COMMON STOCK USD.01 | Fri, 04-Dec-20 | Wed, 17-Jun-20 | DTC | BUY | 2,192.000 | 80,868.36 | 5.48 | 80,862.88 | | 37,373.000 | | | GOLDMAN SACHS + CO LLC | 36.89 | 0.00 | 0.00 | U |
| MP78 | Us Equity (Ubs) | 101137107 | BOSTON SCIENTIFIC CORP COMMON | Fri, 14-May-21 | Wed, 13-Jan-21 | DTC | BUY | 15,061.000 | 543,506.30 | 225.91 | 543,280.39 | | 52,434.000 | | | PERSHING LLC | 36.07 | 0.00 | 0.00 | U |

State Street Bank International GmbH
Aufsichtsratsvorsitzender Jörg Ambrassa
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Detaku, James Fagan,
Andreas Niklaus, Kris Wultepute
Sitz München, Brienner Str. 59, D-80333 München, Registergericht München HRB 42872

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | STOCK USD.01 | | | | | | | | | | | | | | | | | | |
| MP7 8 | Us Equity (Ubs) | 10113710 7 | BOSTON SCIENTIFIC CORP COMMON STOCK USD.01 | Thu, 08-Jul-21 | Fri, 29-Jan-21 | DT C | BUY | 972.000 | 34,450.11 | 2.43 | 34,447.68 | | 53,406.00 0 | | | CITIGROUP GLOBAL MARKETS INC | 35.44 | 0.00 | 0.00 | ( |
| MP7 8 | Us Equity (Ubs) | 10113710 7 | BOSTON SCIENTIFIC CORP COMMON STOCK USD.01 | Wed, 16-Mar-22 | Fri, 30-Apr-21 | DT C | SELL | (17,005.000 ) | -740,660.90 | -255.07 | -740,405.83 | | 36,401.00 0 | | | CREDIT SUISSE SECURITIES (USA) LLC | 43.57 | -3.78 | 0.00 | ( |
| MP7 8 | Us Equity (Ubs) | 10113710 7 | BOSTON SCIENTIFIC CORP COMMON STOCK USD.01 | Mon, 28-Mar-22 | Fri, 25-Jun-21 | DT C | SELL | (8,756.000) | -385,479.18 | -131.34 | -385,347.84 | | 27,645.00 0 | | | WELLS FARGO SECURITIES, LLC | 44.04 | -1.97 | 0.00 | ( |
| MP7 8 | Us Equity (Ubs) | 10113710 7 | BOSTON SCIENTIFIC CORP COMMON STOCK USD.01 | Thu, 05-May-22 | Tue, 06-Jul-21 | DT C | SELL | (3,764.000) | -164,175.43 | -9.41 | -164,166.02 | | 23,881.00 0 | | | MORGAN STANLEY CO INCORPORATED | 43.62 | -0.84 | 0.00 | ( |
| MP7 8 | Us Equity (Ubs) | 10113710 7 | BOSTON SCIENTIFIC CORP COMMON STOCK USD.01 | Mon, 06-Jun-22 | Mon, 26-Jul-21 | DT C | SELL | (23,881.000 ) | ######## | -179.11 | 1,050,281.02 | | 0.000 | | | J.P. MORGAN SECURITIES LLC | 44.00 | -5.36 | 0.00 | ( |
| | | | | 16-Nov-20 | | Closing balance | | | | | | | 0.00 | | | | | | | |

Information Classification: Limited Access

State Street Bank International GmbH
Aufsichtsratsvorsitzender: Jörg Ambrosius
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Pris Wullepitte
Sitz München, Brienner Str. 59, D-80333 München, Registergericht München HRB 42872



MAR 0 1 2024





6 FEB 202-

SAN GILJAN

MaltaPost p.l.c.   16-Feb-2024

**Stamps Affixed**
€        0.00   Foreign Post - Letters
                Registered

**Total Postage Value**

€                7.40

Destination:
                                    USA

WEIGHT  0.037  Kg    St Julians
                     ACH337
FOREIGN   ZONE  B   (1)  STJ001544582T
                         STJ0812343B
c94bace69aeb59bbc9d789c2593f6bbd  12:54:02



RR437918273MT



**RR** Registered Item
RR437918273MT   malta**post**

USA

**Malta Pension Investments**

█████████████████████████████

St. Julians STJ 3140, Malta



RR437918273MT
Customer's Signature and ID.



# Exhibit 4

  WILBANKS
SMITH &
THOMAS



Norfolk, VA 23510

Office:
Fax:
www.wstam.com

February 7, 2024

Boston Scientific Securities Litigation, Exclusions

c/o JND Legal Administration

P.O. Box 91477, Seattle, WA 98111



Dear JND Legal Administration,

Wilbanks, Smith & Thomas requests exclusion from the Settlement Class in "In re Boston Scientific Corporation Securities Litigation, Master File No. 1:20-cv-12225-ADB."

We are requesting exclusion from 500 shares of Boston Scientific common stock. These were owned as of 9/16/2020. Our clients' accounts did not purchase/acquire/sell these shares during the period 9/16/2020 – 2/12/2021.

Let me know if you have any questions.

Sincerely,

Tim Mc Daniel

Tim McDaniel

Operations Associate

Wilbanks Smith & Thomas Asset Management, LLC



WILBANKS
SMITH &
THOMAS

Norfolk, VA 23510



RICHMOND VA 230

7 FEB 2024 PM 1 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 23510 $000.64⁰
02 7W
0008026882 FEB. 07. 2024

FEB 1 5 2024

Boston Scientific Securities Litigation, Exclusions
c/o JND Legal Administration
P.O. Box 91477
Seattle, WA 98111

JND 02/15/24

98111-019677