UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re BOSTON SCIENTIFIC CORPORATION  :
SECURITIES LITIGATION                        :      Master File No.: No. 1:20-cv-12225-ADB

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This Document Relates To:                     :

    ALL ACTIONS                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF ALISHA Q. NANDA, ESQ.
### REGARDING DEFENDANTS' COMPLIANCE WITH 28 U.S.C. § 1715

I, Alisha Q. Nanda, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.      I am a member of the bar of the Commonwealth of Massachusetts and of this Court and a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Boston Scientific Corporation ("Boston Scientific"), Michael F. Mahoney, Joseph M. Fitzgerald, Daniel J. Brennan, Shawn McCarthy, Ian Meredith, Kevin Ballinger, and Susan Vissers Lisa (collectively, "Defendants") in the above-captioned action (the "Class Action").

2.      Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, on December 21, 2023, after the parties reached a proposed settlement of the Class Action, I caused a letter and enclosed CD containing the information and documents required by 28 U.S.C. § 1715(b) ("CAFA Notice Package") to be sent via United States Postal Service mail or electronic mail (for officials who indicated that they preferred to receive CAFA notices electronically) to the appropriate State and Federal officials, as defined by 28 U.S.C. § 1715(a) and as listed in Appendix A to the letter.  Attached as Exhibit 1 is a true and correct copy of that December 21, 2023 letter, without the documents enclosed with the letter.

3.      My office has confirmed via tracking information that all CAFA Notice

Packages sent via United States Postal Service mail were all delivered.  Additionally, with respect to the CAFA Notice Packages sent via electronic mail, we received no emails indicating an incorrect email address or that an email was not delivered.

4.      We have not received any responses to the CAFA Notice Packages.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Boston, Massachusetts on April 16, 2024.

/s/ Alisha Q. Nanda
Alisha Q. Nanda (BBO# 657266)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
alisha.nanda@skadden.com

*Counsel for Defendants*
*Boston Scientific Corporation,*
*Michael F. Mahoney, Joseph M.*
*Fitzgerald, Daniel J. Brennan, Shawn*
*McCarthy, Ian Meredith, Kevin Ballinger*
*and Susan Vissers Lisa*