# EXHIBIT 1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

500 BOYLSTON STREET

BOSTON, MASSACHUSETTS 02116
—
TEL: (617) 573-4800

FAX: (617) 573-4822

www.skadden.com

FIRM/AFFILIATE OFFICES
————
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
617-573-4801
DIRECT FAX
617-305-4801
E-Mail Address
JAMES.CARROLL@SKADDEN.COM

December 21, 2023

**VIA MAIL AND ELECTRONIC DELIVERY**

TO: ALL ADDRESSEES LISTED IN APPENDIX A

Re:     Notice of Proposed Class Action Settlement
        *In re Boston Scientific Corporation Securities Litigation*,
        Civ. No. 20-12225-ADB (D. Mass.)

Dear Sir or Madam:

Pursuant to Section 3 of the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), you are hereby notified of a proposed settlement of the above-captioned class action lawsuit (the "Action") currently pending before the United States District Court for the District of Massachusetts (the "Court"). This notice (the "CAFA Notice") is provided on behalf of Defendants Boston Scientific Corporation ("Boston Scientific" or the "Company"), Michael F. Mahoney, Daniel J. Brennan, Shawn McCarthy, Ian Meredith, Joseph M. Fitzgerald, Kevin Ballinger, and Susan Vissers Lisa (collectively, the "Defendants"). This notice and the accompanying materials are intended to satisfy any and all notification obligations that the Defendants have pursuant to CAFA with respect to the Action.

Pursuant to 28 U.S.C. § 1715, Defendants enclose a CD containing the following:

(1)     <u>The complaint and any materials filed with the complaint</u>. 28 U.S.C. § 1715(b)(1). The Amended Consolidated Complaint, filed on June 4, 2021, is included on the enclosed CD as Exhibit 1.

(2)     <u>Notice of any scheduled judicial hearing in the class action</u>. 28 U.S.C. § 1715(b)(2). On December 15, 2023, an Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class (the "Motion") was filed with the Court. A copy of the Motion and supporting papers is provided on the enclosed CD as Exhibit 2. A copy of the [Proposed] Order Preliminarily Approving Settlement And Authorizing Dissemination of Notice of Settlement

December 21, 2023
Page 2

("Preliminary Approval Order") is provided on the enclosed CD as Exhibit 3.  No hearings are currently scheduled in the Action.

(3)    Any proposed or final notification to class members.  28 U.S.C. § 1715(b)(3).  The text of the proposed notification to class members of the proposed settlement, including their rights to request exclusion from the class, is included as part of the Preliminary Approval Order that is Exhibit 3 on the enclosed CD.  More specifically, the notice to be mailed to class members is Exhibit 1 to the Preliminary Approval Order, and the summary notice to be published according to the Preliminary Approval Order is Exhibit 3 to the Preliminary Approval Order.

(4)    Any proposed or final class action settlement.  28 U.S.C. § 1715(b)(4). The proposed class action settlement is set forth in the Stipulation and Agreement of Settlement, a copy of which is provided on the enclosed CD as Exhibit 4, along with the corresponding exhibits.

(5)    Any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.  28 U.S.C. § 1715(b)(5).  On December 14, 2023, the parties entered into a confidential Supplemental Agreement that has not been filed with the Court.  A redacted version of the Supplemental Agreement is included on the enclosed CD as Exhibit 5.  A non-redacted version will be provided upon request.

(6)    Any final judgment or notice of dismissal.  28 U.S.C. § 1715(b)(6).  No final judgment or notice of dismissal has been entered.  The [Proposed] Judgment Approving Class Action Settlement is included on the enclosed CD as Exhibit 6.

(7)    A reasonable estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement.  28 U.S.C. § 1715(b)(7)(B).  CAFA requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement."  *See* 28 U.S.C. §1715(b)(7)(A)-(B).  This is a securities class action brought on behalf of persons who purchased or otherwise acquired Boston Scientific common stock during a specified period.  In this Action, brought on behalf of persons who purchased or sold securities that are traded on a nationwide exchange, the number of class members, as well as the class members' names, states of residence, and claim amounts will not be known until after notice of the settlement is given and potential class members submit claim forms.  Thus, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a

December 21, 2023
Page 3

reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement.

(8)    Any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b)(3) through (6).  28 U.S.C. § 1715(b)(8).  There are no written judicial opinions relating to the materials described in 28 U.S.C. § 1715(b)(3) through (6) as of this date.

This Notice is timely.  CAFA provides two timing deadlines for service of the CAFA Notice, and Defendants have complied with both.  First, 28 U.S.C. § 1715(b) requires Defendants to serve this notice "[n]ot later than 10 days after a proposed settlement of class action is filed in court."  Defendants have complied with this deadline because the Stipulation and Agreement of Settlement and Motion were filed with the Court on December 15, 2023 and this Notice is being served by U.S.P.S. certified mail on December 21, 2023.

Second, § 1715(d) provides that "[a]n order giving final approval of a proposed settlement may not be issued earlier than 90 days after" service of the CAFA Notice on the appropriate Federal and State officials.  Plaintiffs' Motion provides that the final approval hearing will be at least 110 days after the Preliminary Approval Order is granted, which will necessarily be more than 90 days after the date of service of this Notice.

This Notice is provided based on the information currently available to Defendants, and based on the status of the proceedings at the time of submission of this notification.  This Notice is complete as of the date hereof and will not be amended.  Please note that the Court's docket in this Class Action is publicly accessible via the Pacer system at https://ecf.mad.uscourts.gov.

*      *      *

December 21, 2023
Page 4

   This Notice is being provided on behalf of all Defendants, by and through their respective counsel, who may be contacted at the following addresses.

James R. Carroll
Alisha Q. Nanda
Yaw A. Anim
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
james.carroll@skadden.com
alisha.nanda@skadden.com
yaw.anim@skadden.com

*Counsel for Defendants*

         Very truly yours,

         James R. Carroll

December 21, 2023
Page 5

## **APPENDIX A**

| | |
|---|---|
| MERRICK B. GARLAND<br>United States Department of Justice<br>Office of the United States Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530 | STEVE MARSHALL<br>Alabama Attorney General<br>501 Washington Ave., P.O. Box 300152<br>Montgomery, AL  36130-0152 |
| TREG TAYLOR<br>Alaska Attorney General<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 | KRIS MAYES<br>Arizona Attorney General<br>2005 N. Central Ave.<br>Phoenix, AZ  85004-2926 |
| TIM GRIFFIN<br>Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR  72201-2610 | ROB BONTA<br>Office of the California Attorney General<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814 |
| PHILIP J. WEISER<br>Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203 | WILLIAM TONG<br>Connecticut Attorney General<br>165 Capitol Avenue<br>Hartford, CT  06106 |
| KATHY JENNINGS<br>Delaware Attorney General<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE  19801 | BRIAN SCHWALB<br>District of Columbia Attorney General<br>400 6th Street NW<br>Washington, DC  20001 |
| ASHLEY MOODY<br>Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee, FL  32399-1050 | CHRISTOPHER CARR<br>Georgia Attorney General<br>40 Capitol Square SW<br>Atlanta, GA  30334-1300 |
| ANNE E. LOPEZ<br>Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI  96813 | RAÚL LABRADOR<br>Idaho Attorney General<br>*Via email to* nathan.nielson@ag.idaho.gov |

December 21, 2023
Page 6

| | |
|---|---|
| KWAME RAOUL<br>Illinois Attorney General<br>James R. Thompson Ctr.<br>100 West Randolph Street<br>Chicago, IL  60601 | TODD ROKITA<br>Indiana Attorney General<br>Indiana Government Center South, 5th Fl<br>302 West Washington Street<br>Indianapolis, IN  46204 |
| BRENNA BIRD<br>Iowa Attorney General<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, IA  50319 | KRIS KOBACH<br>Kansas Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS  66612-1597 |
| DANIEL CAMERON<br>Kentucky Attorney General<br>700 Capitol Avenue,<br>Capitol Building, Suite 118<br>Frankfort, KY  40601-3449 | JEFF LANDRY<br>Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA  70804-4095 |
| AARON FREY<br>Maine Attorney General<br>State House Station 6<br>Augusta, ME  04333 | ANTHONY G. BROWN<br>Maryland Attorney General<br>*Via email* to ddevoe@oag.state.md.us |
| ANDREA JOY CAMPBELL<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 20th floor<br>Boston, MA  02108 | DANA NESSEL<br>Michigan Attorney General<br>G. Mennen Williams Building<br>525 West Ottawa Street<br>P.O. Box 30212<br>Lansing, MI  48909-0212 |
| KEITH ELLISON<br>Suite 102, State Capital<br>75 Dr. Martin Luther King, Jr. Blvd.<br>Saint Paul, MN 55155 | LYNN FITCH<br>Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS  39205 |
| ANDREW BAILEY<br>Missouri Attorney General<br>Supreme Ct. Building<br>207 West High St.<br>Jefferson City, MO  65101 | AUSTIN KNUDSEN<br>Montana Attorney General<br>Justice Building<br>215 North Sanders<br>Helena, MT  59620-1401 |

December 21, 2023
Page 7

| | |
|---|---|
| MIKE HILGERS<br>Nebraska Attorney General<br>State Capitol P.O. Box 98920<br>Lincoln, NE  68509-8920 | AARON D. FORD<br>Nevada Attorney General<br>100 North Carson Street<br>Carson City, NV  89701 |
| JOHN FORMELLA<br>New Hampshire Attorney General<br>33 Capitol Street<br>Concord, NH  03301 | MATTHEW J. PLATKIN<br>New Jersey Attorney General<br>*Via email* to Njag.electronicservice.<br>civilmatters@law.njoag.gov |
| RAUL TORREZ<br>New Mexico Attorney General<br>P.O. Drawer 1508 Santa Fe, NM 87504-1508 | LETITIA A. JAMES<br>New York Attorney General<br>Dept. of Law – The Capitol, 2nd fl.<br>Albany, NY 12224 |
| JOSH STEIN<br>North Carolina Attorney General<br>Dept. of Justice, P.O.Box 629<br>Raleigh, NC  27602-0629 | DREW WRIGLEY<br>North Dakota Attorney General<br>State Capitol<br>600 East Boulevard Avenue<br>Bismarck, ND  58505-0040 |
| DAVE YOST<br>Ohio Attorney General<br>State Office Tower<br>30 East Broad Street<br>Columbus, OH  43266-0410 | GENTNER DRUMMOND<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK  73105 |
| ELLEN F. ROSENBLUM<br>Oregon Attorney General<br>Justice Bldg.<br>1162 Court Street, NE<br>Salem, OR  97301-4096 | MICHELLE A. HENRY<br>Pennsylvania Attorney General<br>*Via email* to<br>mrobinson@attorneygeneral.gov |
| PETER F. NERONHA<br>Rhode Island Attorney General<br>150 South Main Street<br>Providence, RI  02903 | ALAN WILSON<br>South Carolina Attorney General<br>Rembert C. Dennis Office Bldg.<br>P.O. Box 11549<br>Columbia, SC  29211-1549 |
| MARTY JACKLEY<br>South Dakota Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD  57501-8501 | JONATHAN SKRMETTI<br>Tennessee Attorney General<br>425 5th Avenue North<br>Nashville, TN  37202 |

December 21, 2023
Page 8

| | |
|---|---|
| KEN PAXTON<br>Texas Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX  78711-2548 | SEAN D. REYES<br>Utah Attorney General<br>*Via email* to uag@agutah.gov |
| CHARITY R. CLARK<br>Vermont Attorney General<br>109 State Street<br>Montpelier, VT  05609-1001 | JASON MIYARES<br>Virginia Attorney General<br>202 North Ninth Street<br>Richmond, VA  23219 |
| BOB FERGUSON<br>Washington Attorney General<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA  98504-0100 | PATRICK MORRISEY<br>West Virginia Attorney General<br>State Capitol<br>1900 Kanawha Blvd., E.<br>Charleston, WV  25305 |
| JOSH KAUL<br>Wisconsin Attorney General<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East<br>P.O. Box 7857<br>Madison, WI  53707-7857 | BRIDGET HILL<br>Wyoming Attorney General<br>State Capitol Bldg.<br>Cheyenne, WY  82002 |
| FAINU'ULELEI F. ALA'ILIMA-UTU<br>American Samoa Attorney General<br>American Samoa Gov't, Exec. Ofc. Bldg<br>Utulei<br>Territory of American Samoa, Pago Pago, AS 96799 | DOUGLAS MOYLAN<br>Office of the Attorney General<br>ITC Building<br>590 South Marine Corps Dr., Suite 706<br>Tamuning, Guam  96913 |
| EDWARD E. MANIBUSAN<br>Northern Mariana Islands Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP  96950-8907 | DOMINGO EMANUELLI HERNÁNDEZ<br>Secretary of Justice of Puerto Rico<br>PO Box 9020192<br>San Juan, PR 00902-0192 |
| ARIEL K. SMITH<br>Virgin Islands Attorney General<br>3438 Krondprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI  00802 | |