UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

                                          )
                                          )
IN RE BOSTON SCIENTIFIC CORPORATION       )    Civil Action
SECURITIES LITIGATION                     )    No. 20-12225-DPW
                                          )

_____

BEFORE THE HONORABLE ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE

SETTLEMENT CONFERENCE

April 29, 2024

John J. Moakley United States Courthouse
Courtroom No. 17
One Courthouse Way
Boston, Massachusetts  02210

Kelly Mortellite, RMR, CRR
Official Court Reporter
One Courthouse Way, Room 3200
Boston, Massachusetts  02210
mortellite@gmail.com

APPEARANCES:

Michael Dains Blatchley
Lauren A. Ormsbee
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
212-554-1400
Michaelb@blbglaw.com

T. Christopher Donnelly
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street
Boston, MA 02110
617-720-2880
Tcd@dcglaw.com

James R. Carroll
Alisha Quintana Nanda
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
617-573-4800
James.Carroll@skadden.com

P R O C E E D I N G S

(Case called to order.)

COURTROOM CLERK:  Will counsel identify themselves for the record.

MR. BLATCHLEY:  Good morning.  Michael Blatchley from Bernstein Litowitz Berger & Grossmann on behalf of lead plaintiff Union.

MS. ORMSBEE:  Good morning, Your Honor.  Lauren Ormsbee, also from Bernstein Litowitz Berger & Grossmann on behalf of Union.

MR. DONNELLY:  Good morning, Your Honor.  Christopher Donnelly, Donnelly, Conroy & Gelhaar, liaison counsel for the class.

MS. NANDA:  Alisha Nanda, Skadden, for Boston Scientific and individual defendants.

MR. CARROLL:  Good morning, Your Honor.  James Carroll also for the defendants.

THE COURT:  Is there anyone here that wants to be heard today other than the attorneys?  Has anyone shown up to object?  No.  I know my law clerk is not going to object.

Okay.  So I reviewed all of this before I left.  There were submissions made while I was on vacation, which I have read this morning.  But just to make sure I have an accurate take on this, there's no reverter on this, right?

MR. BLATCHLEY:  Correct, Your Honor.

THE COURT:  You all -- normally the attorney fee petition comes in later.  Are you all asking me to sign off on the fee petition today?

MR. BLATCHLEY:  We are, Your Honor.  In securities class actions like this one, traditionally it is, the fee application gets submitted together with proposed settlement. I would point out that the fee application is entirely separate from the settlement approval.  Your Honor can approve the settlement, and it doesn't impact the fee.

THE COURT:  But you are asking me to rule on the fee petition today?

MR. BLATCHLEY:  Yes, we are, Your Honor.

THE COURT:  I know Mr. Carroll knows this, and I assume you also know, I don't like reverters and I normally don't sign off on them.  There's not a reverter here.  The percentage that's requested is perfectly reasonable, so I will sign off on them all.  Unless there's any reason not to, no?

MR. CARROLL:  None, Your Honor.

MS. NANDA:  No objection.

THE COURT:  All right.  Let me see if I can make adequate findings on the record with my limited printed materials.

I'm going to approve the class settlement action consistent with the order that's been submitted by the parties. I find that I have jurisdiction, and I will certify the class

that's proposed for settlement purposes with the exclusions outlined by the parties.

I'm going to find that the settlement class satisfies the requirements of Rule 23, which are numerosity, commonality, typicality, and adequacy of representation, with the class action being superior to other available methods of adjudicating the claims.  I will certify the lead plaintiff as the class representative, appoint counsel as requested.  Notice was adequate.  And as I understand it, there were no objections.

There were three people that opted out of the settlement.  Does anyone know what their plans are?

MR. BLATCHLEY:  Sorry, Your Honor?

THE COURT:  Do you know what their plans are --

MR. BLATCHLEY:  I don't.  Maybe defendants can speak to that.  I would point out that at least one of the exclusions is not a settlement class member.  The other one didn't provide any information about their trading, so we don't know if they're a class member.  And the third who has a potential claim, I'm not sure if there's been any contact with defendants.

MS. NANDA:  There's been no contact, Your Honor, on other claims.

THE COURT:  All right.  So the rest of the order will be approved as it's outlined in the settlement order.  The

allocation of the net settlement funds is fine.  And I'll sign that order as well.  I will also sign the attorneys' fees and litigation expenses, which I find to be reasonable both as a percentage and under the lodestar.

Anything else that plaintiffs feel I need to make clear on the record today?

MR. BLATCHLEY:  No, Your Honor.  I believe that does it.

MS. NANDA:  Nothing here, Your Honor.  Thank you.

THE COURT:  May the rest of my day be as painless as this.  Thanks, everyone.  You know I inherited this from Judge Woodlock, and it was, at least during the time it's been with me, it's been very efficiently litigated and professionally litigated, and I appreciate it.

MR. CARROLL:  Thank you, Your Honor.

THE COURT:  We did, I will tell you, we had a draft of the motion ready to go.  I won't tell you how it came out.  But we would have issued it the day you asked for the stay.  So I am a little bitter about the amount of work that went into that, but you made up for it on the other end.

MR. CARROLL:  That's tantalizing, Your Honor.

THE COURT:  Completed drafted, cite checked.  We can go off the record.

(Adjourned, 9:08 a.m.)

CERTIFICATE OF OFFICIAL REPORTER


I, Kelly Mortellite, Registered Professional Reporter, Registered Merit Reporter and Certified Realtime Reporter, in and for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing transcript is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter to the best of my skill and ability.

Dated this  29th day of April, 2024.


/s/ Kelly Mortellite


_____

Kelly Mortellite, RPR, RMR, CRR

Official Court Reporter