# EXHIBIT A
# DEFICIENCY LETTER



Claim ID:

**Boston Scientific Securities Litigation**
**c/o JND Legal Administration**
**P.O. Box 91477**
**Seattle, WA 98111**

**Email: info@BostonScientificSecuritiesLitigation.com**
**Toll-Free Number: 877-595-0084**
**Settlement Website: www.BostonScientificSecuritiesLitigation.com**

Mailing Date:

Response Due Date:
Claim ID:

Eligible Security: Boston Scientific Corporation
("Boston Scientific") common stock

Class Period: September 16, 2020, to November 16, 2020, inclusive

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim and Release Form ("Claim" or "Claim Form") you submitted in the above-referenced securities litigation settlement. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies, you must submit a written response with any required documentation, as specified below, postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**Reason for deficiency/ineligibility (Please see back for explanation):**
**NO PURCHASE WAS CLAIMED IN THE CLASS PERIOD**

Claim ID:

**Explanation of Claim Deficiency/Ineligibility:**

### NO PURCHASE WAS CLAIMED IN THE CLASS PERIOD

This Claim does not contain any purchases or acquisitions of Boston Scientific common stock during the Class Period.

**How To Fix:**

You can only resolve this deficiency by submitting documentation supporting purchases or acquisitions of Boston Scientific common stock during the Class Period.

Please Note: If you have purchases or acquisitions of Boston Scientific common stock during this period, you must also provide documentation supporting those transactions and all other information and supporting documentation called for in the Claim Form with respect to your holdings of and transactions in Boston Scientific common stock.

Claim ID:

**Please note, even if you cure the noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above. Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your argument(s). A copy of this letter must be included with your request for Court review. If you request Court review, your Claim and supporting documentation will be submitted to the Court for consideration and will become part of the public record. Your Claim and supporting documentation will be partially redacted to protect your privacy.

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. SPECIFICALLY, COURT REVIEW SHOULD BE REQUESTED ONLY IF YOU BELIEVE THE DETERMINATION OF YOUR CLAIM IS DUE TO THE INCORRECT PROCESSING OR CALCULATION OF YOUR CLAIM. COURT REVIEW SHOULD NOT BE REQUESTED ON THE BASIS THAT YOU DISAGREE WITH THE TERMS OF THE COURT-APPROVED PLAN OF ALLOCATION.**

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration