# EXHIBIT C DEFICIENCY SPREADSHEET

| JND ID | Claim ID | Account | Account Name | Deficiency |
|--------|----------|---------|--------------|------------|
| XX | XXX | X | XXXXX | XX |
| XXX | XX | XX | XX | XX |
| XX | XXXXX | XXXXX | XXXXX | X |

| JND ID | Claim ID | Account | Account Name | Transaction Type | Transaction Date | Quantity | Share Price | Total Price | Deficiency |
|---|---|---|---|---|---|---|---|---|---|
| XX | XXX | XX | X | X | X | XXX | XX | XX | XX |
| XX | XXXX | XX | X | XXXX | XX | XX | XX | XXXX | XXX |
| XXX | XX | XX | X | X | XXXX | XX | X | XX | X |
| X | X | XXX | X | XX | X | XXXX | XXX | XX | XXX |
| X | XXX | XXX | X | XX | XX | XX | XXXX | XX | XX |
| | | | | | | | | | |
| | | | | | | | | | |

| Claim Level Deficiency | | | |
|---|---|---|---|
| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
| XX | CLAIM DOES NOT BALANCE | The Claim as submitted is not a balanced Claim. The number of shares of Boston Scientific common stock held at the opening of trading on September 16, 2020 plus the number of shares purchased or acquired from September 16, 2020 through February 12, 2021 do not equal the number of shares of Boston Scientific common stock sold from September 16, 2020 through February 12, 2021 plus the number of shares held at closing of trading on February 12, 2021. The total number of shares of Boston Scientific common stock entered in sections 1, 2, and 3 must equal the total number of shares entered in sections 4 and 5 of the Schedule of Transactions (Part III of the Claim Form). | You can resolve this deficiency by supplying revised data with all the called-for share amounts in the Schedule of Transactions together with the required supporting documentation. |
| XX | CLAIM SUBMITTED WAS FOR AN INELIGIBLE SECURITY | A security listed in your Claim is not an eligible security. Boston Scientific common stock is the only security eligible under the Settlement. | You can only resolve this deficiency by submitting revised data supporting purchases or acquisitions of Boston Scientific common stock during the Class Period (from September 16, 2020 to November 16, 2020, inclusive). Please Note: If you have purchases or acquisitions of Boston Scientific common stock during this period, you must also provide data supporting those transactions and all the other information called for in the Claim Form with respect to your holdings of and transactions in Boston Scientific common stock. |
| XX | NO PURCHASES WERE CLAIMED IN THE CLASS PERIOD | This Claim does not contain any purchase or acquisition of Boston Scientific common stock during the Class Period (from September 16, 2020 to November 16, 2020, inclusive). | You can only resolve this deficiency by submitting revised data supporting purchases or acquisitions of Boston Scientific common stock during the Class Period (from September 16, 2020 to November 16, 2020, inclusive). Please Note: If you have purchases or acquisitions of Boston Scientific common stock during this period, you must also provide data supporting those transactions and all the other information called for in the Claim Form with respect to your holdings of and transactions in Boston Scientific common stock. |
| XX | DUPLICATE CLAIM FILED | The Claim referenced is duplicative of another claim filed directly by a beneficial owner or another institution that has submitted an authorization with a more recent date. | You can only resolve this condition of ineligibility if you can demonstrate that this Claim is not a duplicate of the Primary Claim. You must send an email explaining why you believe this Claim should not be deemed a duplicate along with acceptable documentation to support your position. If you acknowledge that this Claim is a duplicate of the Primary Claim but wish this Claim to be the operative Claim and the Primary Claim to be rejected, a signed, notarized letter from the beneficial owner of the securities stating that this Claim should be considered and that the Primary Claim should be withdrawn must be submitted along with a copy of this notice. |
| XX | CLAIM SUBMITTED BY OR ON BEHALF OF AN EXCLUDED PERSON OR ENTITY | The person or entity on whose behalf this Claim was filed is an excluded person or entity under the terms of this Settlement. | Excluded from the Settlement Class are: (i) Defendants; (ii) Immediate Family Members of any Individual Defendant; (iii) any person who was an Officer or director of Boston Scientific during the Class Period and any of their Immediate Family Members; (iv) any parent, subsidiary, or affiliate of Boston Scientific; (v) any firm, trust, corporation, or other entity in which any Defendant or any other excluded person or entity has, or had during the Class Period, a controlling interest; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded persons or entities. Also excluded from the Settlement Class are any persons or entities who or which exclude themselves by submitting a request for exclusion.<br><br>If you believe that the person or entity on whose behalf this Claim was filed was incorrectly identified as an Excluded Person, please contact or call the Claims Administrator. |
| XX | CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM | The Claim referenced above does not calculate to a Recognized Claim pursuant to the Court-approved Plan of Allocation and is, therefore, ineligible to receive a payment from the Net Settlement Fund. Some common reasons why the Claim may not calculate to a Recognized Claim are (1) that all shares of Boston Scientific common stock purchased in the Class Period (i.e., from September 16, 2020, through November 16, 2020) were sold before the close of trading on November 16, 2020; or (2) all shares were sold for gain. For more details on how the "Recognized Claim" is calculated, please review the Plan of Allocation set out in Appendix A to Notice, which is available at www.BostonScientificSecuritiesLitigation.com. | You can resolve this condition of ineligibility only by submitting revised data with additional purchase transactions or acquisitions of Boston Scientific common stock during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. |
| XX | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all the called-for transactional information in a revised data file. |

| Transaction Level Deficiency | | | |
|---|---|---|---|
| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
| XX | TRANSACTION(S) IS/ARE TRANSFER IN | The Claim referenced contains one or more transactions that were presented or identified as a gift or transfer into your account (also called a "free receipt") during the Class Period (i.e., from September 16, 2020, through November 16, 2020). The data submitted, however, does not reflect when each share was purchased. | For the Claim to be properly calculated, you must submit revised data that provides information regarding the **original** purchase/acquisition of each share in the noted transaction(s) before they were transferred into the account. Specifically, you must submit, with respect to each transaction, revised data that either (a) reflects that the shares were held as of the opening of trading on September 16, 2020 or (b) for shares purchased on or after September 16, 2020, reflects (i) the date on which the shares in each transaction were purchased/acquired, and (ii) the price paid per share. |
| XX | PRICE PER SHARE OUT OF RANGE | The price per share or the price multiplied by quantity is outside of the normal range for that day. Please check dates and data. If you submitted a transaction in a foreign currency, the Price Per Share and Net Amount have been converted to US Dollars, therefore, the transaction information will not appear as it was submitted. | Please review your data to confirm the price of the transaction. If the data is correct, provide revised data with the correct price and/or net amount. |
| XX | NET OUT OF RANGE | The price per share or the price multiplied by quantity is outside of the normal range for that day. Please check dates and data. If you submitted a transaction in a foreign currency, the Price Per Share and Net Amount have been converted to US Dollars, therefore, the transaction information will not appear as it was submitted. | Please review your data to confirm the net amount of the transaction. If the data is correct, provide revised data with the correct net amount. |
| XX | INELIGIBLE SECURITY(IES) CLAIMED FOR CERTAIN TRANSACTION(S) | A security claimed for the transaction(s) set forth is not an eligible security for this Settlement. | The only security eligible in this Settlement is Boston Scientific common stock. If you did not purchase or acquire Boston Scientific common stock during the Class Period, you are not eligible to participate in the Settlement. |
| XX | TRANSACTION(S) IS/ARE OUTSIDE CLASS PERIOD | The purchase transaction(s) set forth did not occur during the Class Period (i.e., from September 16, 2020, through November 16, 2020, inclusive). Unless the date(s) originally submitted is (are) incorrect, then the transaction(s) will not be included in your Claim. | You can only resolve this deficiency by submitting revised data supporting purchases or acquisitions of Boston Scientific common stock during the Class Period (from September 16, 2020 to November 16, 2020, inclusive). Please Note: If you have purchases or acquisitions of Boston Scientific common stock during this period, you must also provide data supporting those transactions and all the other information and supporting documentation called for in the Claim Form with respect to your holdings of and transactions in Boston Scientific common stock. |
| XX | TRANSACTION(S) IS/ARE TRANSFER OUT | The Claim referenced contains one or more transactions that were presented or identified as a transfer out of your account (also called a "free delivery") during the Class Period or 90-day lookback period (i.e., from September 16, 2020, through February 12, 2021, inclusive). The data submitted, however, does not reflect the date and means of final disposition of each share. | In order to include the below-noted shares in the calculation of the Claim, you must submit revised data demonstrating that the final sale of those shares subsequent to the transfer out of the account occurred during the period from September 16, 2020, through February 12, 2021, inclusive, or that the shares were still held as of close of trading on February 12, 2021. Specifically, if the shares identified below as a "Transfer Out" were ultimately sold during the period from September 16, 2020, through February 12, 2021, inclusive, you must submit, with respect to each transaction, revised data that reflects the date of the final sale of the shares and the price received per share. |
| XX | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all the called-for transactional information in a revised data file. |