# EXHIBIT E

# LATE BUT OTHERWISE ELIGIBLE CLAIMS



**BOSTON SCIENTIFIC SECURITIES LITIGATION**
**LATE BUT OTHERWISE ELIGIBLE CLAIMS**

**TOTAL CLAIMS: 386**
**TOTAL RECOGNIZED CLAIMS: $5,991,614.91**

_____

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| D28ACZSWLB | $ 371.52 | DGR58XM2QZ | $ 162.35 |
| D2FDL78TN4 | $ 287.74 | DGRUWX9SPH | $ 1,660,810.87 |
| D2FRCKX85Z | $ 134.08 | DGU6CWS8TZ | $ 94.46 |
| D2HL6AYC98 | $ 157.54 | DGVPY29K8A | $ 673.63 |
| D2LESM5CQX | $ 158.90 | DGY75HR6L3 | $ 23.47 |
| D2MX3T9YWH | $ 377.88 | DH28LVMEDR | $ 94.46 |
| D2PV7YJAZH | $ 145.06 | DH2PKQMJEB | $ 2,852.13 |
| D2QW49BYHK | $ 2,794.16 | DH4G9YQFDR | $ 570.06 |
| D2XKLFWCEJ | $ 47.09 | DH6S9XMVJC | $ 5.28 |
| D34EVUGBDR | $ 220,852.10 | DHDUARVZ3W | $ 297.65 |
| D35KGQ2XWS | $ 22.16 | DHQ7SUBADE | $ 324.19 |
| D38N7UGHQJ | $ 59,118.43 | DHQFLMNCY3 | $ 922.41 |
| D38XL6RN7E | $ 123.02 | DHZNDLEKCR | $ 1,336,256.88 |
| D3A6F9V87T | $ 332.26 | DJ2QZH8PSL | $ 2,488.86 |
| D3H8UX294B | $ 255.07 | DJ3829C4Y5 | $ 839.41 |
| D3KQ5LE2FA | $ 324.33 | DJ6WR973HT | $ 118.30 |
| D3PD4JER9G | $ 174.97 | DJ7KLBM5N8 | $ 306.45 |
| D3SCMPHXJB | $ 92.28 | DJ9M8Z7ANQ | $ 263.93 |
| D3T9MZJWRE | $ 252.30 | DJCDXBLYZ7 | $ 162.35 |
| D3TPUD9GW4 | $ 138.50 | DJHRFVU8SW | $ 153.60 |
| D4EFNRKA3X | $ 236.56 | DJM9Z6YXWS | $ 199.44 |
| D4FGTAS3PE | $ 700.97 | DJP8SY7GEZ | $ 21.34 |
| D4GD6PZ82M | $ 142.10 | DJPEZL9S8V | $ 1,816.75 |
| D4JN5HUVDX | $ 468.43 | DJRKUCQP8T | $ 220.31 |
| D4Q5JVBRDA | $ 1,208.97 | DJSL6XAD3G | $ 14.67 |
| D4QD6FZJSE | $ 19.56 | DJSYV7B2LT | $ 328.02 |
| D4V2XGJA6C | $ 1,680.17 | DJVM7L8HDC | $ 42,733.91 |
| D4VW8B67AK | $ 521.17 | DJXLMG6ZFQ | $ 503.02 |
| D4W8T9YPRB | $ 84,492.63 | DJXRFS597G | $ 412.48 |
| D53PSL74CA | $ 161.78 | DJY9KU7GD2 | $ 24.93 |
| D54QWMR69C | $ 236.66 | DK8S3EWYMF | $ 7,000.88 |
| D59BFEM48V | $ 2,000.84 | DKJHALY4NE | $ 96.45 |
| D59EVUYX8P | $ 569.83 | DKLEMP8FG5 | $ 26.40 |
| D5EWZTA49X | $ 36.01 | DKS7XC8UWG | $ 209.41 |
| D5FTDL2HYV | $ 1,648.73 | DKTCPHJ2RA | $ 16.62 |

1

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| D5FTZJSWRU | $ 98.01 | DKVWLEYTMN | $ 17,582.92 |
| D5RWK7NZ9M | $ 166.02 | DKZVAXL7MG | $ 430.98 |
| D5TLJQPW3D | $ 1,231.20 | DL28HYGBRT | $ 72.65 |
| D5VXRMACLY | $ 397.99 | DL4C3N89VU | $ 95.20 |
| D5W9GY4NTM | $ 143.85 | DL7QWA8M64 | $ 67.65 |
| D67K8JTQ3D | $ 122.65 | DL8GWPV46X | $ 152.11 |
| D67LDA5UMB | $ 72.49 | DL98YDT2BN | $ 260.43 |
| D689W7RECD | $ 237.73 | DLA5QVTJPF | $ 68.04 |
| D69XZY5TVL | $ 277.00 | DLGRAYT8UH | $ 117.19 |
| D6QNVLEUR3 | $ 51.54 | DLGVD7C5KJ | $ 189.21 |
| D6TAB4ZRPC | $ 277.00 | DLTXPH243R | $ 326.22 |
| D6XV42NAFS | $ 749.01 | DLVN65QJ9H | $ 809.27 |
| D6ZB9CR2YK | $ 11.08 | DLXFVAYKE7 | $ 569.83 |
| D7CRVG2QEA | $ 401.91 | DM2RV7YSEJ | $ 17,866.59 |
| D7DL824F5U | $ 704.39 | DM69RLXSZW | $ 96.50 |
| D7E26FAH5L | $ 60.31 | DM7QF4PJV6 | $ 1,976.19 |
| D7KJ4VCS95 | $ 119.39 | DM7RJLZX65 | $ 69.25 |
| D7LQYAZEBH | $ 60.40 | DMAHBDSJ6Y | $ 687.55 |
| D7MABZKJCX | $ 4,710.89 | DMBYZFW63S | 60.65 |
| D7RSH594PA | $ 1,190.68 | DMEFSJ2693 | $ 131.91 |
| D7YWSLKM53 | $ 583.35 | DMEHL7DU5A | $ 190,643.10 |
| D7ZS6L8NEX | $ 116.67 | DMGHKD5PFB | $ 163.44 |
| D83UN5M2GD | $ 25.90 | DMHG275LDR | $ 495.85 |
| D845VGUBPY | $ 177.74 | DMHJLW4RAZ | $ 495.85 |
| D87AVHZJE3 | $ 22.80 | DMKT6DCS9G | $ 56.47 |
| D87N3Z6TRK | $ 323.74 | DMNQPB3ZVT | $ 301.08 |
| D8AUGWNEP5 | $ 1,426.50 | DMPVXGE8TL | $ 111.63 |
| D8BT9HJNM6 | $ 2,673.78 | DMQE8NF2H5 | $ 7.84 |
| D8CNLUHVME | $ 329.65 | DMRVG985JH | $ 0.98 |
| D8DWR6F9T4 | $ 16,135.06 | DMTFBENWAH | $ 554.00 |
| D8KFNME5D3 | $ 531.84 | DMZPAKNVR5 | $ 100,321.09 |
| D8KFY5VQ4B | $ 58.32 | DN2LGV5USP | $ 27.70 |
| D8L2FH7V3B | $ 262.51 | DN4WT36SQZ | $ 24.93 |
| D8Z63C2FSA | $ 31.06 | DN5LPZQH2W | $ 152.11 |
| D8ZWXCRN6T | $ 263.87 | DN65GR8UA9 | $ 131.89 |
| D92YDKE4PJ | $ 33.82 | DNBACVH2ZP | $ 271.20 |
| D95DTNFWRS | $ 491.41 | DNEM9G3JPB | $ 166.86 |
| D95RZM6PK2 | $ 324.11 | DNHT8JRA5G | $ 739.30 |
| D95UQVJYPG | $ 394.20 | DNRPY8WK3A | $ 554.00 |
| D97SFTPE8Z | $ 333.67 | DNTUWCL4RG | $ 536.88 |
| D98A7FVKU6 | $ 229.90 | DNUDKWSXFJ | $ 29.34 |
| D9BFP68UQ2 | $ 34.23 | DNVMHRA3L4 | $ 63.85 |
| D9D3WMNEUZ | $ 118.13 | DP32A5M4JH | $ 523.87 |
| D9EMRUJBYL | $ 334.76 | DPAFYW5GDS | $ 25.57 |
| D9G2UNSKCD | $ 448.78 | DPBCGYF5JX | $ 19.97 |

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| D9L4JCWR7B | $ 24.51 | DPCRUF5AW6 | $ 339.09 |
| D9QPRYNBJA | $ 22.07 | DPE4FCMTYD | $ 1,977.61 |
| D9RC7ES8WX | $ 36.86 | DPKQW6RFJV | $ 94.18 |
| D9S2UEGVWQ | $ 667.33 | DPMR3KVJL8 | $ 334,968.08 |
| D9UCP6DQR2 | $ 266.95 | DPRCDQ48J2 | $ 161.15 |
| D9UTSRVB28 | $ 30.47 | DPRZ7U54FG | $ 80.00 |
| D9VA8B2MUD | $ 54.95 | DPSDGH76F4 | $ 172.67 |
| D9W784KC6P | $ 63.10 | DPSYF9XM6W | $ 3,047.00 |
| D9ZDH26Y4G | $ 58.31 | DPWH4RYA2V | $ 238.01 |
| DA2WGDR74K | $ 166.21 | DPY9TMK37D | $ 28,497.45 |
| DA5QZU3KYS | $ 2,137.57 | DQ5CE6FHPN | $ 157.54 |
| DA5THWNPSB | $ 166.02 | DQFB5WUVXH | $ 534.96 |
| DA8RZN72FQ | $ 504.79 | DQFZ9PXDBN | $ 175.82 |
| DAGE94UP7F | $ 2.68 | DQHCXG7YB4 | $ 292.55 |
| DAHJ3MS7QR | $ 268.69 | DQHLUSJMW2 | $ 260.15 |
| DAJ47GDEK2 | $ 271.88 | DQK54EZDNA | $ 166.86 |
| DAJRQBV5PE | $ 9,543.07 | DQLGU8HJPM | $ 211.09 |
| DAK94Q8PC6 | $ 167.64 | DQS26BZKDJ | $ 86.54 |
| DALZ85QW6D | $ 130.76 | DQTZKBPM9N | $ 145.42 |
| DASY8HZDBK | $ 56.97 | DQUG9ZAVKB | $ 60.31 |
| DAW2J4ZFUK | $ 468.13 | DR69SPJ5HY | $ 3,475.01 |
| DAX825Y6J7 | $ 7.44 | DR8L27YEH3 | $ 255.07 |
| DAYWP2MD8E | $ 101.70 | DR9K4XFUH2 | $ 102.68 |
| DAZ7WJHCS3 | $ 17.88 | DRACKGZWY3 | $ 249.84 |
| DB54D7PKMU | $ 699.93 | DRUZYJ3H4T | $ 497.82 |
| DB7ZH68P9D | $ 476.38 | DRYPBMWCED | $ 178.87 |
| DB8RWXM2VU | $ 475.46 | DS6T73NCUY | $ 26.40 |
| DB9WM72Y8T | $ 33.61 | DSCXZK84VQ | $ 30.97 |
| DBC2A6XQ47 | $ 73,230.04 | DSQXNWR67E | $ 14,012.25 |
| DBDT8MVHEQ | $ 129.84 | DT2REB6LJP | $ 13.54 |
| DBEKLVXNFZ | $ 656.52 | DT67FM2ZRY | $ 326.88 |
| DBG29MPN8S | $ 691.06 | DT8CKSJY2M | $ 276.36 |
| DBGZUK2QC7 | $ 12.48 | DT8EJPBX2S | $ 229.02 |
| DBQSENRP6A | $ 652.01 | DTFE2AX9VP | $ 114.57 |
| DBQWFN5DVX | $ 1,078.89 | DTFV84CRKS | $ 116.67 |
| DBRXJSGYWP | $ 789.67 | DTK687HZP3 | $ 129.06 |
| DBS6MAYDFN | $ 4,312.34 | DTR7Z2CGP9 | $ 176.90 |
| DBTA8Z4JGC | $ 401.79 | DTSP2U6ZKE | $ 255.07 |
| DBU954P2M6 | $ 176.51 | DU45DXH8RA | $ 146.30 |
| DBUWDVGQZC | $ 169.22 | DU654CEG9X | $ 554.00 |
| DBWHXES8KM | $ 886.53 | DU84WNFG5A | $ 4,080.91 |
| DBXV46F8KG | $ 837.70 | DUKEHTDFLX | $ 236.59 |
| DC39FQ8BWN | $ 163.44 | DULFN7V83A | $ 189.50 |
| DC4QEA8DRT | $ 15,678.25 | DUMC78XRW2 | $ 401.91 |
| DCAD5J4XST | $ 22,227.45 | DUWHXRL2S5 | $ 172.67 |

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| DCDH4PF6GB | $ 877.32 | DUX49ARLYM | $ 931.11 |
| DCDKUVYNL2 | $ 396.11 | DV2W6KMZL3 | $ 511.13 |
| DCKZ7QHYW2 | $ 1,739.73 | DV3HGS8EZF | $ 14.57 |
| DCMW8NBYHS | $ 442.21 | DV5TFC3ZMR | $ 124.51 |
| DCTLKQHWGJ | $ 176.65 | DV6C38DKFQ | $ 531.08 |
| DCV2BWL9TH | $ 152.55 | DV9GTYJAFC | $ 163.50 |
| DCV2UQ89HZ | $ 58.68 | DVE3NGKXLT | $ 193.06 |
| DCVYQHPST7 | $ 83.33 | DVF9K3JCH8 | $ 7.30 |
| DD4QNYBHU8 | $ 40.75 | DVGPMCAXR6 | $ 12.94 |
| DD5VA8GK26 | $ 132.74 | DVHGRDB3QL | $ 2,437.60 |
| DD6ZFUGTKC | $ 58.31 | DVM2ZH6ER4 | $ 145.42 |
| DD72U8LKAZ | $ 1,356.82 | DVN8C2GFX9 | $ 166.02 |
| DD75RG638Y | $ 666.39 | DVNU6TFYAD | $ 13.89 |
| DDBRM8JZUP | $ 55,400.00 | DVQC6MR7F8 | $ 477.45 |
| DDFAETW5QB | $ 105,226.19 | DVQH2FRKBX | $ 334.05 |
| DDFBG9M7SC | $ 166.02 | DVU92D85BN | $ 118.30 |
| DDFKHB4TVN | $ 117.35 | DVWGXBQS2D | $ 13.04 |
| DDHSQ8CYAV | $ 116.77 | DVY3H4PW6F | $ 2,130.13 |
| DDJK8QYBUP | $ 160.88 | DVZY2NERL3 | $ 163.25 |
| DDKZT6JAXV | $ 200.27 | DW2PVDCKH7 | $ 183,283.16 |
| DDQ9UZBV5E | $ 291.64 | DW4KL8HRC5 | $ 343.07 |
| DDRYEFAHW9 | $ 83.10 | DW52TZHURP | $ 20,858.10 |
| DDUCGL8F2V | $ 73,220.19 | DW8DLG2BY3 | $ 105.60 |
| DDVU4NGKFB | $ 51,592.15 | DW8N3EKY4M | $ 302.98 |
| DDWPAU3N2H | $ 14.56 | DWABPFDRJG | $ 166.71 |
| DDXQFPAN56 | $ 47.27 | DWAC92SK53 | $ 60.31 |
| DDZKAVXS8N | $ 134.62 | DWAGX5QCFT | $ 49.86 |
| DE27JQHMYF | $ 1,531.41 | DWBQLU594T | $ 110.95 |
| DE2Z8CAX39 | $ 145.42 | DWJX2LAHRF | $ 122,928.14 |
| DE48R5Z72C | $ 89.35 | DWMHRULZ32 | $ 1,428.42 |
| DE63T8KFCM | $ 42,416.61 | DWPTKX2864 | $ 88.01 |
| DEK25SGP9Z | $ 3,974.95 | DWQ85SEY72 | $ 1,036.66 |
| DEKD6JSA4L | $ 583.51 | DWQJGRDV29 | $ 1,011.02 |
| DEMCYDSWQG | $ 262.08 | DWTGL6EACH | $ 72,236.06 |
| DENRLMW6BC | $ 888.80 | DWTMG24P9F | $ 131.36 |
| DENRYU5HVW | $ 445.01 | DX2C3BGH48 | $ 1,150.33 |
| DEPNCY8K2Q | $ 163.19 | DX2JNKS6Y4 | $ 58.68 |
| DER2F6CHA7 | $ 509.56 | DX6NJAS2TP | $ 327.62 |
| DEVX2P4FSW | $ 163.25 | DX9CKRTWSY | $ 723.33 |
| DEXSBZ39GD | $ 594.30 | DXBFUYS65V | $ 240.60 |
| DEZDS834CM | $ 1,729.03 | DXBHP2EL96 | $ 511,990.18 |
| DF3QEGBN9U | $ 51.77 | DXCVS3PEHM | $ 49.86 |
| DF3VDSANQX | $ 2,598.08 | DXF3VK7AHW | $ 116.34 |
| DF4E8PHK29 | $ 277.00 | DXNGYKFV4W | $ 96.88 |
| DFALPDZJSE | $ 182.59 | DY4FQGPLAZ | $ 44.69 |

4

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| DFBPK5DUYJ | $ 36.01 | DY8SRM76TK | $ 236.82 |
| DFCQYA9LNE | $ 94.17 | DY8W3MPNJA | $ 1,301.90 |
| DFE9ZGYV72 | $ 189.23 | DYBUJFTL6P | $ 86.49 |
| DFEPSU7YH4 | $ 886.51 | DYK3LFTNDS | $ 44.33 |
| DFGCQJ9TZE | $ 62,325.00 | DYM6NPJ79V | $ 55,833.57 |
| DFGVQY8J4Z | $ 30.81 | DYM9EAL2XR | $ 18.43 |
| DFJ84C9XWE | $ 177.11 | DYMNLK8BZ5 | $ 152,751.65 |
| DFK925RAN3 | $ 161.90 | DZBTYLX9UW | $ 490.31 |
| DFLAK79N2Y | $ 312.88 | DZD3BSGFWY | $ 52.63 |
| DFNM56BDLJ | $ 160.21 | DZDLAKJGS6 | $ 163.25 |
| DFRQM5LGNJ | $ 332.58 | DZEWC9X3FU | $ 23,523.50 |
| DFRVWEA47U | $ 48.90 | DZHXEBNGYK | $ 294.29 |
| DFUVY7ZBJ8 | $ 8,538.90 | DZMC2W7YQN | $ 86.54 |
| DFWEAUPC8R | $ 196.84 | DZMR56CJX3 | $ 161.27 |
| DG3N25UAF9 | $ 23,857.89 | DZPELD2S4Q | $ 1,653.75 |
| DG5CT9Y2PR | $ 828.85 | DZQKMJTGEP | $ 13.48 |
| DG73DBR9S8 | $ 323.41 | DZSKLBD5XN | $ 618.29 |
| DG7DV6L4P8 | $ 58.46 | DZUACB5MY6 | $ 830.49 |
| DGFAWNED8K | $ 6,428.50 | DZVHY7S3M9 | $ 436.27 |
| DGFCPS5L8N | $ 1,185.12 | DZYKM247AE | $ 163.44 |
| DGHPFD6J8L | $ 57.15 | P3PUL67DRM | $ 6,799.88 |
| DGL9H5KEBU | $ 179.87 | P7W46KYPUB | $ 5,267.54 |
| DGQZCTXYDU | $ 4,200.00 | PHJ98GPKXU | $ 92.62 |