# EXHIBIT G

# INVOICES

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| 1/29/2024 | 170942 | $17,603.64 |
| 3/1/2024 | 171166 | $117,942.50 |
| 3/20/2024 | 171232 | $127,712.82 |
| 4/24/2024 | 171535 | $131,684.82 |
| 5/21/2024 | 171667 | $24,684.04 |
| 6/26/2024 | 171904 | $51,333.70 |
| 7/24/2024 | 172107 | $190,119.17 |
| 8/29/2024 | 172457 | $14,439.29 |
| 9/24/2024 | 172623 | $30,387.64 |
| 10/16/2024 | 172809 | $16,936.94 |
| 11/20/2024 | 173007 | $20,432.44 |
| 12/13/2024 | 173204 | $15,767.43 |
| 1/3/2025 | 173868 | $5,415.14 |
| 2/11/2025 | 174097 | $7,055.70 |
| 11/20/2024 | Distribution Estimate (173008) | $73,321.99 |

| Total | $ 844,837.26 |
|---|---|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/29/2024 | 170942 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (Inception - December 31, 2023) | | |
| | | | |
| | Fee: | | |
| 1 | Initial Set-Up Fee | 7,500.00 | 7,500.00 |
| 1 | IVR Set-Up Fee | 1,900.00 | 1,900.00 |
| 3 | IVR Maintenance Fee | 50.00 | 150.00 |
| 3 | Website Hosting/month | 250.00 | 750.00 |
| 2.5 | Working with DTC/Brokers | 135.00 | 337.50 |
| 27 | Project Management | 180.00 | 4,860.00 |
| | | | |
| | Expense: | | |
| 3 | Dedicated P.O. Box | 175.00 | 525.00 |
| | Photocopies | 10.50 | 10.50 |
| | Broker Reimbursement | 900.00 | 900.00 |
| | Domain Registration | 670.64 | 670.64 |

| | **Invoice Total** | $17,603.64 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/1/2024 | 171166 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - 31, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 29.18 | IVR Minutes | 0.32 | 9.34 |
| 65.75 | Interactive Website (Online Claim Filing) | 135.00 | 8,876.25 |
| 17 | Class Member Communications | 100.00 | 1,700.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 60 | Working with DTC/Brokers | 135.00 | 8,100.00 |
| 58.5 | Quality Assurance and Fraud Review | 210.00 | 12,285.00 |
| 3.75 | Broker Mailing | 210.00 | 787.50 |
| 55.25 | Project Management | 180.00 | 9,945.00 |
| 1 | Exclusion Processing | 160.00 | 160.00 |
| 101 | Address Update | 0.025 | 2.53 |
| 100,000 | Print 24-page Notice Packet | 0.63 | 63,000.00 |
| 2 | Claims Processing - Paper Claims | 3.95 | 7.90 |
| | | | |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 175.00 | 175.00 |
| 5,850 | Electronic Storage | 0.006 | 35.10 |
| | Photocopies | 192.50 | 192.50 |
| | Broker Reimbursement | 3,911.60 | 3,911.60 |
| | Postage | 6,069.78 | 6,069.78 |
| | FedEx | 2,385.00 | 2,385.00 |

**Invoice Total** $117,942.50

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/20/2024 | 171232 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (February 1 - 29, 2024) | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 645.31 | IVR Minutes | 0.32 | 206.50 |
| 4.5 | Building and Testing Database Calculation Module | 275.00 | 1,237.50 |
| 6.5 | Contact Center Agent | 65.00 | 422.50 |
| 39 | Class Member Communications | 100.00 | 3,900.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 64.5 | Working with DTC/Brokers | 135.00 | 8,707.50 |
| 2.75 | Quality Assurance and Fraud Review | 210.00 | 577.50 |
| 15 | Broker Outreach | 135.00 | 2,025.00 |
| 53 | Project Management | 180.00 | 9,540.00 |
| 542 | Address Update | 0.025 | 13.55 |
| 75,000 | Print 24-page Notice Packet | 0.63 | 47,250.00 |
| 405 | Process Undeliverables | 0.25 | 101.25 |
| 3 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 180.00 | 540.00 |
| 3.5 | Working with Institutions, Brokers and Other Electronic Filers | 160.00 | 560.00 |
| 65 | Claims Processing - Electronic Claims | 1.95 | 126.75 |
| 65 | Claims Processing - Paper Claims | 3.95 | 256.75 |
| | The Wall Street Journal | 19,750.00 | 19,750.00 |
| | PR Newswire | 3,295.00 | 3,295.00 |
| | EXPENSES: | | |

| | |
|---|---|
| | **Invoice Total** |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/20/2024 | 171232 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Dedicated P.O. Box | 175.00 | 175.00 |
| 33,872 | Electronic Storage | 0.006 | 203.23 |
| | Broker Reimbursement | 676.60 | 676.60 |
| | Postage | 26,553.19 | 26,553.19 |
| | FedEx | 1,295.00 | 1,295.00 |

| | |
|---|---|
| **Invoice Total** | $127,712.82 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/24/2024 | 171535 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - 31, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1,459.18 | IVR Minutes | 0.32 | 466.94 |
| 68.75 | Contact Center Agent | 65.00 | 4,468.75 |
| 40 | Class Member Communications | 100.00 | 4,000.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 25 | Working with DTC/Brokers | 135.00 | 3,375.00 |
| 63 | Project Management | 180.00 | 11,340.00 |
| 107 | Process Undeliverables | 0.25 | 26.75 |
| 5.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 180.00 | 945.00 |
| 13.75 | Working with Institutions, Brokers and Other Electronic Filers | 160.00 | 2,200.00 |
| 291 | Claims Processing - Electronic Claims | 1.95 | 567.45 |
| 378 | Claims Processing - Paper Claims | 3.95 | 1,493.10 |
| | | | |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 175.00 | 175.00 |
| 53,419 | Electronic Storage | 0.006 | 320.51 |
| | Broker Reimbursement | 101,182.36 | 101,182.36 |
| | Postage | 176.96 | 176.96 |
| | Box Storage | 2.50 | 2.50 |
| | Copy Charges | 644.50 | 644.50 |

**Invoice Total** $131,684.82

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/21/2024 | 171667 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (April 1 - 30, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 510.17 | IVR Minutes | 0.32 | 163.25 |
| 12.25 | Contact Center Agent | 65.00 | 796.25 |
| 12.25 | Class Member Communications | 100.00 | 1,225.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 1.5 | Interactive Website (Online Claim Filing) | 135.00 | 202.50 |
| 26 | Working with DTC/Brokers | 135.00 | 3,510.00 |
| 44.75 | Project Management | 180.00 | 8,055.00 |
| 62 | Process Undeliverables | 0.25 | 15.50 |
| 709 | Print/Mail Postcard Acknowledgement | 0.08 | 56.72 |
| 3,352 | Claims Processing - Electronic Claims | 1.95 | 6,536.40 |
| 314 | Claims Processing - Paper Claims | 3.95 | 1,240.30 |
| 2.5 | Building and Testing Database Calculation Module | 275.00 | 687.50 |
| | | | |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 175.00 | 175.00 |
| 62,493 | Electronic Storage | 0.006 | 374.96 |
| | Broker Reimbursement | 281.18 | 281.18 |
| | Postage | 50.42 | 50.42 |
| | Box Storage | 10.00 | 10.00 |
| | Copy Charges | 65.25 | 65.25 |
| | FedEx | 938.81 | 938.81 |

**Invoice Total**   $24,684.04

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/26/2024 | 171904 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2024) | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 472.33 | IVR Minutes | 0.32 | 151.15 |
| 8.5 | Contact Center Agent | 65.00 | 552.50 |
| 17.75 | Class Member Communications | 100.00 | 1,775.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 15 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 180.00 | 2,700.00 |
| 60.25 | Working with Institutions, Brokers and Other Electronic Filers | 160.00 | 9,640.00 |
| 57.25 | Project Management | 180.00 | 10,305.00 |
| 2.5 | Fraud Review/Research | 210.00 | 525.00 |
| 42 | Process Undeliverables | 0.25 | 10.50 |
| 151 | Print/Mail Postcard Acknowledgement | 0.08 | 12.08 |
| 10,244 | Claims Processing - Electronic Claims | 1.95 | 19,975.80 |
| 908 | Claims Processing - Paper Claims | 3.95 | 3,586.60 |
| 1 | Building and Testing Database Calculation Module | 275.00 | 275.00 |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 175.00 | 175.00 |
| 85,575 | Electronic Storage | 0.006 | 513.45 |
| | Postage | 427.12 | 427.12 |
| | Box Storage | 10.00 | 10.00 |
| 1,598 | Copy Charges | 0.25 | 399.50 |

**Invoice Total**   $51,333.70

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/24/2024 | 172107 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2024) | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 317.51 | IVR Minutes | 0.32 | 101.60 |
| 4.25 | Contact Center Agent | 65.00 | 276.25 |
| 20.25 | Class Member Communications | 100.00 | 2,025.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 27.5 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 180.00 | 4,950.00 |
| 11.25 | Working with Institutions, Brokers and Other Electronic Filers | 160.00 | 1,800.00 |
| 18.25 | Project Management | 180.00 | 3,285.00 |
| 13.25 | Quality Assurance and Fraud Review | 210.00 | 2,782.50 |
| 39 | Process Undeliverables | 0.25 | 9.75 |
| 354 | Print/Mail Postcard Acknowledgement | 0.08 | 28.32 |
| 88,103 | Claims Processing - Electronic Claims | 1.95 | 171,800.85 |
| 228 | Claims Processing - Paper Claims | 3.95 | 900.60 |
| | | | |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 175.00 | 175.00 |
| 183,998 | Electronic Storage | 0.006 | 1,103.99 |
| | Postage | 45.40 | 45.40 |
| 7 | Box Storage | 2.50 | 17.50 |
| 956 | Copy Charges | 0.25 | 239.00 |
| | FedEx | 278.41 | 278.41 |

**Invoice Total** $190,119.17

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/29/2024 | 172457 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 493.17 | IVR Minutes | 0.32 | 157.81 |
| 4.75 | Contact Center Agent | 65.00 | 308.75 |
| 23.75 | Class Member Communications | 100.00 | 2,375.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 21.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 180.00 | 3,825.00 |
| 1 | Working with Institutions, Brokers and Other Electronic Filers | 160.00 | 160.00 |
| 23 | Project Management | 180.00 | 4,140.00 |
| 3.25 | Quality Assurance and Fraud Review | 210.00 | 682.50 |
| 901 | Print and Mail Deficiency and Rejection letters | 0.08 | 72.08 |
| 38 | Claims Processing - Electronic Claims | 1.95 | 74.10 |
| 5 | Claims Processing - Paper Claims | 3.95 | 19.75 |
| | | | |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 175.00 | 175.00 |
| 184,517 | Electronic Storage | 0.006 | 1,107.10 |
| | Postage | 962.45 | 962.45 |
| 7 | Box Storage | 2.50 | 17.50 |
| 249 | Copy Charges | 0.25 | 62.25 |

| | |
|---|---|
| **Invoice Total** | $14,439.29 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA 98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/24/2024 | 172623 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2024) | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 140.93 | IVR Minutes | 0.32 | 45.10 |
| 4.5 | Contact Center Agent | 65.00 | 292.50 |
| 4.75 | Interactive Website (Online Claim Filing) | 135.00 | 641.25 |
| 20.25 | Class Member Communications | 100.00 | 2,025.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 44 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 180.00 | 7,920.00 |
| 75.75 | Working with Institutions, Brokers and Other Electronic Filers | 160.00 | 12,120.00 |
| 27.5 | Project Management | 180.00 | 4,950.00 |
| 52 | Processing Undeliverables | 0.25 | 13.00 |
| 382 | Claims Processing - Electronic Claims | 1.95 | 744.90 |
| 6 | Claims Processing - Paper Claims | 3.95 | 23.70 |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 175.00 | 175.00 |
| 185,724 | Electronic Storage | 0.006 | 1,114.34 |
| | Postage | 1.60 | 1.60 |
| 7 | Box Storage | 2.50 | 17.50 |
| 15 | Copy Charges | 0.25 | 3.75 |

| | |
|---|---|
| **Invoice Total** | $30,387.64 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/16/2024 | 172809 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 14.79 | IVR Minutes | 0.32 | 4.73 |
| 1.5 | Contact Center Agent | 65.00 | 97.50 |
| 1 | Interactive Website (Online Claim Filing) | 135.00 | 135.00 |
| 20.75 | Class Member Communications | 100.00 | 2,075.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 24.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 180.00 | 4,455.00 |
| 35.5 | Working with Institutions, Brokers and Other Electronic Filers | 160.00 | 5,680.00 |
| 14.75 | Project Management | 180.00 | 2,655.00 |
| 662 | Processing Undeliverables | 0.25 | 165.50 |
| 11 | Claims Processing - Electronic Claims | 1.95 | 21.45 |
| 1 | Claims Processing - Paper Claims | 3.95 | 3.95 |
| | | | |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 175.00 | 175.00 |
| 186,159 | Electronic Storage | 0.006 | 1,116.95 |
| 7 | Box Storage | 2.50 | 17.50 |
| 2 | Copy Charges | 0.25 | 0.50 |
| | FedEx | 33.86 | 33.86 |

| | |
|---|---|
| **Invoice Total** | $16,936.94 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/20/2024 | 173007 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (October 1 - 31, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 15.5 | IVR Minutes | 0.32 | 4.96 |
| 8.75 | Class Member Communications | 100.00 | 875.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 46.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 180.00 | 8,325.00 |
| 15.5 | Working with Institutions, Brokers and Other Electronic Filers | 160.00 | 2,480.00 |
| 39.5 | Project Management | 180.00 | 7,110.00 |
| 4 | Claims Processing - Electronic Claims | 1.95 | 7.80 |
| | | | |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 195.00 | 195.00 |
| 186,196 | Electronic Storage | 0.006 | 1,117.18 |
| 7 | Box Storage | 2.50 | 17.50 |

| | Invoice Total | $20,432.44 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/13/2024 | 173204 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (November 1 - 30, 2024) | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 82.01 | IVR Minutes | 0.32 | 26.24 |
| 0.75 | Contact Center Agent | 65.00 | 48.75 |
| 12.5 | Class Member Communications | 100.00 | 1,250.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 20.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 180.00 | 3,735.00 |
| 36 | Project Management | 180.00 | 6,480.00 |
| 11.75 | Quality Assurance and Fraud Review | 210.00 | 2,467.50 |
| 16 | Claims Processing - Electronic Claims | 1.95 | 31.20 |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 195.00 | 195.00 |
| 186,217 | Electronic Storage | 0.006 | 1,117.30 |
| 7 | Box Storage | 2.50 | 17.50 |
| | FedEx | 95.44 | 95.44 |
| 14 | Copy Charges | 0.25 | 3.50 |

| | Invoice Total | $15,767.43 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/3/2025 | 173868 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (December 1 - 31, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 23.08 | IVR Minutes | 0.32 | 7.39 |
| 3.5 | Class Member Communications | 100.00 | 350.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 19 | Project Management | 180.00 | 3,420.00 |
| 2 | Claims Processing - Electronic Claims | 1.95 | 3.90 |
| 1 | Claims Processing - Paper Claims | 3.95 | 3.95 |
| | | | |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 195.00 | 195.00 |
| 186,233 | Electronic Storage | 0.006 | 1,117.40 |
| 7 | Box Storage | 2.50 | 17.50 |

| | **Invoice Total** | $5,415.14 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/11/2025 | 174097 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
|---|---|
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - 31, 2025) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 2.5 | Class Member Communications | 100.00 | 250.00 |
| 1 | Website Hosting/month | 250.00 | 250.00 |
| 27.25 | Project Management | 180.00 | 4,905.00 |
| 9 | Print/Mail Postcard Acknowledgement | 0.08 | 0.72 |
| 1 | Print and Mail Deficiency and Rejection letters | 0.08 | 0.08 |
| 1.5 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 180.00 | 270.00 |
| | | | |
| | EXPENSES: | | |
| 1 | Dedicated P.O. Box | 195.00 | 195.00 |
| 186,233 | Electronic Storage | 0.006 | 1,117.40 |
| 7 | Box Storage | 2.50 | 17.50 |

| | | **Invoice Total** | $7,055.70 |
|---|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 11/20/2024 | 173008 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020-

| PROJECT | TERMS |
| --- | --- |
| BSC - In re Boston Scientific Corporation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Distribution Estimate (Assumes 7 Months) | | |
| | | | |
| | FEES | | |
| 8,800 | Print/Mail Checks (including reissues) | 0.21 | 1,848.00 |
| 20,000 | Print/Mail De Minimis Postcards | 0.18 | 3,600.00 |
| 35 | Wire Process | 160.00 | 5,600.00 |
| 60 | Project Management | 180.00 | 10,800.00 |
| 15 | Quality Assurance and Fraud Review | 210.00 | 3,150.00 |
| 30 | Reissue Distribution Checks | 160.00 | 4,800.00 |
| 2,500 | IVR Minutes | 0.32 | 800.00 |
| 60 | Contact Center Agent | 65.00 | 3,900.00 |
| 70 | Class Member Communications | 100.00 | 7,000.00 |
| 7 | IVR Maintenance Fee | 50.00 | 350.00 |
| 7 | Website Hosting/month | 250.00 | 1,750.00 |
| 1 | OFAC Search | 5,000.00 | 5,000.00 |
| | | | |
| | EXPENSES | | |
| 8,800 | Postage for Checks | 0.71 | 6,248.00 |
| 20,000 | Postage for De Minimis Postcards | 0.45 | 9,000.00 |
| 1,303,372 | Electronic Storage | 0.004 | 5,213.49 |
| 49 | Box Storage | 2.50 | 122.50 |
| | Supplies | 150.00 | 150.00 |
| | FedEx | 75.00 | 75.00 |
| | Copy Charges | 50.00 | 50.00 |
| | Document Destruction | 2,500.00 | 2,500.00 |
| 7 | PO Box | 195.00 | 1,365.00 |

| | | Invoice Total | $73,321.99 |
| --- | --- | --- | --- |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**